UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLIE R. KELLY,                     )
                  Plaintiff,         )
                                     )     C.A. No. 03-368 Erie
      -against-                      )     District Judge MCLaughin
                                     )     Magistrate Judge Baxter
MARTY SPAKO, et al.,                 )
                  Defendants.        )
                                     )
                                     )

## MOTION TO SUPPLEMENT RECORD AND RE-INSTATE
## NEGLIGENCE CLAIM

**INTO COURT** now comes Plaintiff Leslie R. Kelly and hereby
move this Honorable Court to supplement the record with additional
medical records and re-instatement of "Negligence" claim against
the Defendants' herein. In support thereof Plaintiff would show
the Court as follows:

1. On or about October 10, 2005, pursuant to Plaitiff's request
he was furnished with medical records showing: (1) Sore in nose
lasting for months; (2) Respiratory infection; (4) Infection in
neck and (5) Chest pains.

2. On July 17, 2005, the Northeast Regional Office denied Plaintiff's
request for Tort pursuant to 28 U.S.C. § 2672.

3. Plaintiff having now exhausted his administrative remedy in
regards to his claim of negligence respectfully asked that said
claim be re-instated having previously dismissed for failure to
exhaust.

WHEREFORE, Plaintiff begs and pray that this Court accepts his pleadings and exhibits as attached.

Respectfully submitted,

Leslie R. Kelly
USM#26864-039
Jesup FCI
2680 Highway 301 South
Jesup, GA 31599

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I deposited a true and exact copy of the foregoing instrument affixed with adequate postage to effectuate delivery via First Class Mail to:

United States Attorney's Office
Western District of Pennsylvania
U.S. Post Office & Courthouse
700 Grant Street, Suite 400
Pittsburg, Pennsylvania 15219

This day 24 of October, 2005.

Submitted by,

Leslie R. Kelly, Pro Se

-2-

UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

**DATE:** June 17, 2005

**REPLY TO**
**ATTN OF:** Henry J. Sadowski, Regional Counsel

**SUBJECT:** Administrative Tort Claim No. TRT-NER-2005-01398

**TO:** Leslie Romile Kelly, Reg. No. 26864-039
FCI Jesup

Your Administrative Tort Claim No. TRT-NER-2005-01398, properly
received by this agency on January 18, 2005, has been considered
for settlement as provided by the Federal Tort Claims Act (FTCA),
28 U.S.C. § 2672, under authority delegated to me by
28 C.F.R. § 543.30.  You seek compensatory damages in the
amount of $5,000,000.00 for an alleged personal injury.
Specifically, you claim you were forced to work for eight (8)
months in an unsafe, hazardous, unhealthy work environment in the
UNICOR factory at the Federal Correctional Institution (FCI),
McKean, in Bradford, Pennsylvania, causing you many mental health
and physical health problems.

After careful review of this claim, I have decided not to offer a
settlement.  Investigation reveals you worked in the UNICOR
factory at FCI McKean from September 3, 2002, through April 24,
2003.  The medical record indicates you complained of headaches
and other medical problems, however, you did not make any
complaints of hoarseness, chest pain, shortness of breath,
narcosis, mental or physical anguish during this time.  The
record indicates UNICOR air quality is within acceptable limits,
as set forth by the Occupational Safety and Health
Administration (OSHA).  OSHA's report indicates that no workers
were exposed to greater than 10% of the relevant exposure limit
and that all required safety precautions were being followed.
You fail to show that negligence on the part of any Bureau of
Prisons' employee resulted in your alleged injury.

Accordingly, your claim is denied.  If you are dissatisfied with
this decision, you may bring an action against the United States
in an appropriate United States District Court within six (6)
months of the date of this memorandum.

cc: James F. Sherman, Warden, FCI McKean
    Jose Vazquez, Warden, FCI Jesup

CARDIOVASCULAR C  .SULTANTS, P.C.
4700 WATERS AVENUE, SUITE 400
SAVANNAH, GEORGIA 31404

JAMES W. MILLER, M.D.
JAMES S. GAINER, JR., M.D.
MARK G. JENKINS, M.D.
JOHN G. SPELLMAN, M.D.
PABLO M. ELIZALDE, M.D.
BRETT C. BURGESS, M.D.

TELEPHONE (912) 355-0070
(800) 641-0070
FAX (912) 355-3220

C. WALKER BEESON, II, M.D.
EMERITUS

PRACTICE LIMITED TO
CARDIOVASCULAR DISEASE

September 23, 2005

**Attention:** Dr. Chipi
Federal Correctional Institution
2600 Highway 301, South
Jesup, GA  31545

RE:     **Leslie Kelly**

Dear Dr. Chipi:

Thank you for letting me see Leslie Kelly for the Stress Echo.

The test is completely normal. He has good LV function.  There is
no evidence of ischemia.

Thank you again for letting me see him.  I hope this is helpful in his
management.  Please give me a call if you have any questions.

Sincerely,

James W. Miller, M.D.

JWM/wg

Enclosures



Name: LESLIE KELLY
ID: 59554

HR:
BP:              52
Age:        42 Years
Sex:          Male
Race:         Black
Height:       0 In
Weight:       0 lbs

Medicine 1:
Medicine 2:
Clin. Class 1:
Clin. Class 2:
Department:      CARDIO CONSULTANTS
Technician:      NINA
Physician:       DR MILLER

9/23/2005 12:00:54

SUPINE ECG

Speed: 25mm/Sec   Gain: Limb 10mm/mV Chest 10mm/mV   Filter: OFF   .25-40Hz   Pacer: OFF   0 Rev. 3.00-e.R   Page 1

EKG:
1.   Sinus bradycardia.
2.   Normal tracing.

JAMES W. MILLER, M.D./wg
cc:   Dr. Chini
T:09/23/05

# Cardiovascular Consultants, P.C.

## Stress Echocardiogram Report

**Patient:** Kelly, Leslie    **DOB:** 12/17/67    **Chart #:** 59554    **Tape #:** Miller-69

**Date:** 09/23/05

**CC:**    Dr. Chipi (FCI, Jesup)



1=Normal, 2=Hypokinetic, 3=Akinetic, x=uninterpretable    Rest/Stress

**Stress Echocardiogram:**  He has excellent contractility throughout at rest and with exercise, and with no evidence of dyskinesia, hypokinesia or akinesia.

**Impression:**

1.    Normal Stress Echo with no evidence of ischemia.

JAMES W. MILLER, M.D./wg

cc:    Dr. Chipi/Jesup/

T:09/23/05



**Name: LESLIE KELLY**
**ID: 59554**

9/23/2005 12:26:2

HR:
BP:
RPE:

123    Phase:       Recovery
       Exercise Time: 09:00
       Stage/Time:   -/00:20
       Workload:     0.0 mph 7.9 % grade
       Protocol:     Bruce

**Treadmill Stress Test:** He exercised for 9 minutes which is the end of stage III of the Bruce protocol to a heart rate of 144, BP 170/80. The test was stopped due to dyspnea. He had no chest pain. No ST segment change or arrhythmia seen.
Impression:
1.    Excellent exercise capacity.
2.    Negative test for ischemia by EKG and clinical criteria.

JAMES W. MILLER, M.D./wq
cc:  Dr. Chipi
1:09/23/05

SF 513-110

| MEDICAL RECORD | | CONSULTATION SHEET | | | |
|---|---|---|---|---|---|
| | | **REQUEST** | | | |

| TO: Cardiology | FROM: Williard | DATE OF REQUEST: 5/9/05 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

Follow up visit (        )

42 yr old Bm c long hx of HTN + ↑ lipid — need stress test — chest pain

Medication Allergies:

Current Medications:

PROVISIONAL DIAGNOSIS:

| DOCTOR'S SIGNATURE | APPROVED | | |
|---|---|---|---|

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO        PATIENT EXAMINED ☐ YES ☐ NO

**Consultant's findings and recommendations:**

Stress echo is normal

No evidence of ischemia

Good LV function

Full report to follow

Return to FCI Jesup Health Services with escorting officer. Thank you.

| SIGNATURE AND TITLE | DATE |
|---|---|

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; grade; rank; rate; hospital or medical facility)

M.D.
Medical Officer
FCI Jesup, Ga.

| | |
|---|---|
| **HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE** |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9.23.05 1515 | chest / lung  CTAB |
| | Cardio   SSr |
| | Abdomen  benign |
| | Neuro  CN II - XII   normal |
| | A/p Headache |
| | Educate pt to avoid anything that |
| | triggers headaches |
| | Motrin 600mg i po TID prn HA x 90 |
| | [illegible] |
| | [signature] 9/26/05 Medical Officer FCI Jesup, Ga. |
| | [illegible] RPH JESUP GA |
| 9/29/05 1330 | no show for sick call appt |
| | [signature] F Adam |
| | Evan Adam [illegible] FCI Jesup, GA |
| 10-3-05 1110 | Administrative Note: Update of copies from last request of 9-8-05. 7 Copies |
| | [signature] L. Oliver, HIT FCI Jesup, GA |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶ FCI JESUP, GEORGIA

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK, GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART, SERVICE IDENTIFICATION NO. | | DATE OF BIRTH |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|

**Medication:**                                    **Allergies:**

( ) Antifungal Cream APAA BIDx_____ days #_____ refills_____
( ) Milk of Magnesia 15ml/30ml p.o. qHS for constipation _____ days Refills
( ) Tylenol 325mg. (1)/(2) tablets QID pm for fever/pain relief/headaches
                                                    #_____ refills_____
( ) Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) tabs q4-6 hrs.pm ffever/pain
                                                    #_____ Reffls_____
( ) Ibuprofen 400mg lp.o. t.i.c. pm. p.c. for pain relief  #21 Refill_____
( ) HC Cream 1% APAA BIDx_____ days #_____ gm Refills_____
( ) Colace 100mg 1 capsule BID for constipation #_____ Refills_____
( ) Dulcolax take(2)or(3)tabs. qHS for constipation #_____ Refills_____
( ) Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs pm for heartburn,indigestion x___
                                                    days_____ Refills_____
( ) Tagamet 300mg/400mg p.o. q 12 hrs x_____ dats. refills_____
( ) Zantac 150mg p.o. q 12 hrs x_____ days. refills_____
( ) Antibiotic Ointment APAA BID/TID/QID x_____ days #_____ gm refills_____

( ) Antibiotics Oral/Injectables: (specify route,times,days,etc.)
                    CHECK FOR ALLERGIES:


① Bactrum DS ⊤ BID x 10 day  Non pill line
② Bactoban BID #1
③ RTC PRN

                                        Paul W. Wickard Pac

                                        Paul W. Wickard, PAC
                                        Physician Assistant
                                        FCI/FPC/FSL Jesup, Ga.

                        W

                    ___ RPH
                    ___ 0

9-8-05   Admin Note: Updated copies of
0730     file from 6-10-05 to present.
            11 copies    L Oliver HIT
                                        L. Oliver, HIT
                                        FCI Jesup, GA

9.23 05  The   pt   just   returned   from
'515     Savanah   Memorial   where   he
BP 124/74   had   a   stress   test.   He admits
P 64     to   a   headache   but   denies
R 15     any   chest   pain  , dizziness
T 97°    or   SOB
            HEENT   normacephalic

                                        Atherine Pic
                                        BOLAJI ARGM
                                        FCI  TK

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

**Medication:**                                               **Allergies:**

( )Antifungal Cream APAA BIDx _____ days # _____ refills _____ .

( )Milk of Magnesia 15ml/30ml p.o. qHS for constipation _____ days Refills

( )Tylenol 325mg. (1)/(2) tablets QID pm for fever/pain relief/headaches
# _____ refills

( )Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) tabs q4-6 hrs.pm fever/pain
# _____ Reffils

( )Ibuprofen 400mg lp.o. t.i.c. pm. p.c. for pain relief #21 Refill _____

( )HC Cream 1% APAA BIDx _____ days # _____ gm Refills _____

( )Colace 100mg 1 capsule BID for constipation # _____ Refills _____

( )Dulcolax take(2)or(3)tabs. qHS for constipation # _____ Refills _____

( )Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs pm for heartburn,indigestion x _____
days _____ Refills

( )Tagamet 300mg/400mg p.o. q 12 hrs x _____ dats. refills _____

( )Zantac 150mg p.o. q 12 hrs x _____ days. refills _____

( )Antibiotic Ointment APAA BID/TID/QID x _____ days # _____ gm refills _____

( )Antibiotics Oral/Injectables: (specify route,times,days,etc.)
CHECK FOR ALLERGIES:

① Bactrim DS ╪ BID x 10 day    Non pill line

② Bactoban BID #1

③ RTC PRN

                                        *Paul W. Wickard Pac*
                                        Paul W. Wickard, PAC
                                        Physician Assistant
                                        FCI/FPC/FSL Jesup, Ga.

9-8-05  Admin Note: Updated copies of
0730    file from 6-10-05 to present.
          11 copies
                                        *L. Oliver, HIT*
                                        L. Oliver, HIT
                                        FCI Jesup, GA

NSN 7640-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

8/9/05
123?

SUBJECTIVE:     SICK CALL   ( ) CAMP   ( ) H.S.U   ( ) S.H.U

Chief Complaint(s):   itching / rash / headache / dyspepsia / nasal congestion
    toothache / somatic pain / renew medication / other:

History of Present Illness:    c/o L nostril bleeding

Off on + 2 months  OF/c

Numeric Scale for Pain Assessment:    (1) (2) (3) (4) (5) (6) (7) (8) (9) (10)

OBJECTIVE:  B/P:     T(F):     P:     R/R:     Wgt:     FVE1:

HEENT: ( ) N/A ( ) Normal ( ) Abdominal(Describe):  L nares sm sore
lateral wall

Skin: ( ) N/A ( ) Normal ( ) Abnormal(Describe):

Heart: ( ) N/A ( ) Normal ( ) Abnormal(Describe):
Lungs: ( ) N/A ( ) Normal ( ) Abnormal(Describe):

Abdomen: ( ) N/A ( ) Normal ( ) Abnormal(Describe):

Other:

ASSESSMENT:   Dermatitis / Fungal Infection (feet) (groin) (skin) / Dyspepsia
    Rhinitis / Upper Respiratory Infection / Constipation / Headache / toothache
    Other:    infecta

PLAN:
Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( )LFT ( ) Lipids ( ) Other:
Patient Education:
( ) Etiology Complications Prognosis Adverse Reactions ( ) Diet ( )Use of MDI
( ) Stop Smoking/ Increase exercise ( ) Medication Dosage/Administration/complian

( ) Patient Undersood and agreed

Consultation / Referral:

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: ▶ | FCI JESUP, GEORGIA | |
|---|---|---|---|
| | PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION |
| | DEPART. SERVICE  SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE      STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Medication:                                    Allergies:

( )Antifungal Cream APAA BIDx _____ days # _____ refills _____.
( )Milk of Magnesia 15ml/30ml p.o. qHS for constipation _____ days Refills
( )Tylenol 325mg. (1)/(2) tablets QID pm for fever/pain relief/headaches
                                                    # _____ refills
( )Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) tabs q4-6 hrs.pm fever/pain
                                                    # _____ Refills
( )Ibuprofen 400mg lp.o. t.i.c. pm  p.c. for pain relief  #21  Refill _____
( )HC Cream 1% APAA BIDx _____ days # _____ gm, Refills _____
( )Colace 100mg 1 capsule BID for constipation # _____ Refills _____
( )Dulcolax take(2)or(3)tabs. qHS for constipation # _____ Refills _____
( )Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs pm for heartburn,indigestion x
                                            _____ days _____ Refills
( )Tagamet 300mg/400mg p.o. q 12 hrs x _____ dats. refills _____
( )Zantac 150mg p.o. q 12 hrs x _____ days. refills _____
( )Antibiotic Ointment APAA BID/TID/QID x _____ days # _____ gm refills _____

( )Antibiotics Oral/Injectables: (specify route,times,days,etc.)
                    CHECK FOR ALLERGIES: _____

① Motrin 600mg TID ē meals #60
② Amoxicill 500mg TID x 10 days

*Paul W. Wickard Pa*

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.

_____ RPH
_____ GA

800-108

| RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**DATE** 14/65 0940

**SUBJECTIVE:** SICK CALL ( ) CAMP ( ) H.S.U ( ) S.H.U

**Chief Complaint(s):** itching / rash / headache / dyspepsia / nasal congestion toothache / somatic pain / renew medication / other:

**History of Present Illness:** C/o R sided neck pain ⊖ F/c ⊖ night sweats

**Numeric Scale for Pain Assessment:**    (1) (2) (3) (4) (5) (6) (7) (8) (9) (10)

**OBJECTIVE:** B/P:    T(F):    P:    R/R:    Wgt:    FVE1:

**HEENT:** ( ) N/A ( ) Normal ( ) Abdominal(Describe): _tenderness R_

**Skin:** ( ) N/A ( ) Normal ( ) Abnormal(Describe): _sdl of neck_

**Heart:** ( ) N/A ( ) Normal ( ) Abnormal(Describe): _R ear normal_
**Lungs:** ( ) N/A ( ) Normal ( ) Abnormal(Describe): _throat + teeth_
**Abdomen:** ( ) N/A ( ) Normal ( ) Abnormal(Describe): _Normal_

**Other:**

**ASSESSMENT:** Dermatitis / Fungal Infection (feet) (groin) (skin) / Dyspepsia
Rhinitis / Upper Respiratory Infection / Constipation / Headache / toothach
Other: _Neck pain_

**PLAN:**
Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( ) LFT ( ) Lipids ( ) Other:
Patient Education:
( ) Etiology Complications Prognosis Adverse Reactions ( ) Diet ( ) Use of MDI
( ) Stop Smoking/ Increase exercise ( ) Medication Dosage/Administration/compli

( ) Patient Understood and agreed

Consultation / Referral:

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: ▶ FCI JESUP, GEORGIA |
|---|---|

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART/SERVICE/SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 300 REV ___
Prescribed by GSA and ICMR
FPMR (41 CFR) 201-45.505

Case 1:01-cv-00047-BOM-SPB   Document 24   Filed 10/31/2005   Page 15 of 41

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each copy)*

| DATE | |
|---|---|
| 6-27-05 | Medication:             Allergies:   NKDA |
| 0930 | ( )Antifungal Cream APAABIDx _____ days #_____ refills _____. |

( )Milk of Magnesia 15ml/30ml p.o. qHS for constipation _____ days Refills

( )Tylenol 325mg. (1)/(2) tablets QID pm for fever/pain relief/headaches _____

( )Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) tabs q4-6 hrs pm _____

( )Ibuprofen 400mg 1p.o. t.i.c. pm  p.c. for pain relief  #21 Refills _____

( )HC Cream 1% APAA BIDx _____ days #_____ gm  Refills _____

( )Colace 100mg l capsule BID for constipation  #_____ Refills _____

( )Dulcolax take(2)or(3)tabs. qHS for constipation  #_____ Refills _____

( )Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs pm for heartburn,indigestion x _____ days _____ Refills _____

( )Tagamet 300mg/400mg p.o. q 12 hrs x_____ dats. refills _____

( )Zantac 150mg p.o. q 12 hrs x_____ days. refills _____

( )Antibiotic Ointment APAA BID/TID/QID x_____ days #_____ gm refills _____

( )Antibiotics Oral/Injectables: (specify route,times,days,etc.)
CHECK FOR ALLERGIES:

_____ i _____ S/c _____ q war

_____ illin 500mg T  DC TID x 7days

B. Aremu, PAC
FCI Jesup, GA

_____ RPH
_____ JESUP, GA

GOVERNMENT PRINTING OFFICE: 1995-606-108      STANDARD FORM 500 BACK  REV. 5-44)

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6.23.05 | SUBJECTIVE:  (SICK CALL) ( ) CAMP ( ) H.S.U ( ) S.H.U |
| C430 | Chief Complaint(s):  itching / rash / headache / dyspepsia / nasal congestion / toothache / somatic pain / renew medication / other: |
| | History of Present Illness: / have nose bleed and head for 3 days He denies any photo sensitivity |
| | Numeric Scale for Pain Assessment:  (1) (2) (3) (4) (5) (6) (7) (8) (9) (10) |
| | OBJECTIVE: B/P: 120/ T(F): 97.3 P: 63 R/R: 18 Wgt: FVE1: |
| | HEENT: ( ) N/A ( ) Normal ( ) Abdominal(Describe): |
| | Skin: ( ) N/A ( ) Normal ( ) Abnormal(Describe): Muco purulent nasal discharge |
| | Heart: ( ) N/A ( ) Normal ( ) Abnormal(Describe): |
| | Lungs: ( ) N/A ( ) Normal ( ) Abnormal(Describe): |
| | Abdomen: ( ) N/A ( ) Normal ( ) Abnormal(Describe): |
| | Other: |
| | ASSESSMENT:  Dermatitis / Fungal Infection (feet) (groin) (skin) / Dyspepsia / Rhinitis / Upper Respiratory Infection / Constipation / Headache / toothac Other:  Headache  Migraine |
| | PLAN: |
| | Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( )LFT ( ) Lipids ( ) Other: |
| | Patient Education: ( ) Etiology Complications Prognosis Adverse Reactions ( ) Diet ( )Use of MDI ( ) Stop Smoking/ Increase exercise ( ) Medication Dosage/Administration/compli |
| | ( ) Patient Understood and agreed |
| | Consultation / Referral: |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | ▶ FCI JESUP, GEORGIA | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK, GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| STATUS/SERVICE IDENTIFICATION NO. | | DATE OF BIRTH | |

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

Medication:                                    Allergies:

( )Antifungal Cream APAA BIDx ___ days # ____ refills ____
( )Milk of Magnesia 15ml/30ml p.o. qHS for constipation ____ days Refills
( )Tylenol 325mg. (1)/(2) tablets QID pm for fever/pain relief/headaches
                                                        refills
( )Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) tabs q4-6 hrs pm for pain relief
                                                        # ____ Refills
( )Ibuprofen 400mg 1p.o. t.i.c. pm p.c. for pain relief #21 Refills
( )HC Cream 1% APAA BIDx ____ days # ____ gm Refills ____
( )Colace 100mg 1 capsule BID for constipation # ____ Refills ____
( )Dulcolax take(2)or(3)tabs. qHS for constipation # ____ Refills ____
( )Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs pm for heartburn,indigestion x___
                                                days ____ Refills ____
( )Tagamet 300mg/400mg p.o. q 12 hrs x ____ dats. refills ____
( )Zantac 150mg p.o. q 12 hrs x ____ days. refills ____
( )Antibiotic Ointment APAA BID/TID/QID x ____ days # ____ gm refills ____

( )Antibiotics Oral/Injectables: (specify route,times,days,etc.)
                    CHECK FOR ALLERGIES:

Idle x 2 days

Tylenol ES # Q8° PRN

_Paul W. Wickard_ PAC

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.

____son. RPH
____ FPC JESUP GA

6-10-05 Admin Note: Update of file from 5-4-05
1015    to present. ~~_____~~

                    L Oliver, HIT
                    FCI Jesup, GA

NSN 7540-00-634-4176                                                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6/7/05 | **SUBJECTIVE:**      SICK CALL   ( ) CAMP   ( ) H.S.U   ( ) I.S.H.U |
| 1310 | **Chief Complaint(s):** – itching / rash / headache / dyspepsia / nasal congestion toothache / somatic pain / renew medication / other: |

**History of Present Illness:** K chest pa last night ī deep inspiration

**Numeric Scale for Pain Assessment:**   (1) (2) (3) (4) (5) (6) (7) (8) (9) (10)

**OBJECTIVE:** B/P: 104/76   (T°): 71   P: 93   R/R:   Wgt:   FVE1:

**HEENT:** ( ) N/A ( ) Normal ( ) Abdominal(Describe):  tx bm utx b-24/3x

**Skin:** ( ) N/A (✓) Normal ( ) Abnormal(Describe):

**Heart:** ( ) N/A (✓) Normal ( ) Abnormal(Describe):
**Lungs:** ( ) N/A (✓) Normal ( ) Abnormal(Describe):

**Abdomen:** ( ) N/A ( ) Normal ( ) Abnormal(Describe):

**Other:**

**ASSESSMENT:**   Dermatitis / Fungal Infection (feet) (groin) (skin) / Dyspepsia
                 Rhinitis  Upper Respiratory Infection / Constipation / Headache / toothac
                 Other:

**PLAN:**
Diagnostic Studies:  ( ) CBC ( ) UA ( ) SMA-24 ( ) LFT ( ) Lipids   Other:
Patient Education:
( ) Etiology Complications Prognosis Adverse Reactions ( ) Diet ( ) Use of MDI
(✓) Stop Smoking/ Increase exercise (✓) Medication Dosage/Administration/compli

(✓) Patient Understood and agreed

Consultation / Referral:

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS
MAINTAINED
AT:     ▶   FCI JESUP, GEORGIA

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| SOCIAL SECURITY NUMBER/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE        STANDARD FORM 600 REV 3-84
                                           Prescribed by GSA and ICMR



Date: 7/22/05

Inmate Name: _Kelly Leslie_

Reg. # _26864-039_

Unit: _E1_

RE:    Utilization Review Committee
       Case Review decision

Dear patient:

☑ Your case was reviewed and approved,  your procedure will be scheduled accordingly.

---------------------------------------- _Cardiology_ ----------------------------------------

❑    Your case was reviewed and will need a close follow up by your primary care physician, at this time your procedure is on hold, and re-submission of the request will be considered if medically indicated. Please watch call out.

❑    Your case was reviewed and it is consider an elective procedure that can wait until you are released from federal custody. The request for the procedure is denied. We will continue to monitor and provide treatment as necessary.

❑    Other _____

Please understand that the medical trips for outside consultations are scheduled by prioritizing the urgency of the case; therefore, your case could take longer than another inmate. Once you have received this document and you have not been treated within a six month period of your consult, you may request an update on your case through your provider.

cc: medical record

UTILIZATION REVIEW COMMITTEE

## Federal Bureau of Prisons

| Date/Time | # | Diagnosis - Treatment |
|---|---|---|
| 8/30/04<br>S/C 0850 | | Hx✓ s: ⊙ have a cavity |
| | | O: Pt. reports being told at other facility to have caries & would like tooth restored. Occlusal caries present #14. Currently asymptomatic. Radiograph taken. |
| | | A: Occlusal caries #14 |
| | | P: Periodic exam performed. RTC for gen. #14<br>MARVIN GTA, DDS, D/H<br>FCI/FPC Jesup, Ga |
| 9/2/04<br>S/C 0945 | | Hx✓ Occlusal Tyler analgm #14, 2-7CC 4% Citonest 1:200,000 epi.   Vetrolred<br>MARVIN C___, DDS, D/H<br>FCI/FPC Jesup, GA |
| 2.1.05<br>S/C 1230 | | Px: BW(4); cav + jct; Pretty Good OH; pt states he flosses everyday; L-Sub cal; slight hem; stressed brush + floss; inmate receptive to OHI   Debra Griffis<br>Debra Griffis, RDH<br>FCI/FSL/FPC<br>Jesup, GA   RDH |
| 8-3-05<br>S/C 1230 | | Px: cav + jct; Pretty Good OH; slight hem; flosses daily; stressed brush + floss; inmate receptive to OHI   Debra Griffis<br>Debra Griffis, RDH<br>FCI/FSL/FPC<br>Jesup, GA   RDH |

Height: 5'9"    Allergies:
Weight: 175lbs. Diagnosis:
-----------------------------------------------------------------------------

| MEDICATION<br>    USES INSTRUCTIONS | RX NUM | QUAN | START DATE | LAST FILL<br>REF AVAIL | EXP DATE<br>PROVIDER |
|---|---|---|---|---|---|
| METOPROLOL 50 MG TAB<br>    T/T BID | 111585 | 30 | 05/09/2005 | 05/09/2005<br>5 | 11/04/2005<br>WICKER |
| LOVASTATIN 20 MG<br>    T1T QPM WITH MEAL | 111584 | 30 | 05/09/2005 | 05/09/2005<br>5 | 11/04/2005<br>WICKER |
| ASPIRIN, E.C. 81 MG TAB<br>    T1TQD | 111583 | 30 | 05/09/2005 | 05/09/2005<br>5 | 11/04/2005<br>WICKER |
| IBUPROFEN 600 MG TAB<br>    T1TTIDCF | 111582 | 45 | 05/09/2005 | 05/09/2005<br>11 | 11/04/2005<br>WICKER |
| METOPROLOL 50 MG TAB<br>    T1TBID | 106574 | 32 | 02/11/2005 | 04/26/2005<br>0 | 05/11/2005<br>WICKER |
| IBUPROFEN 600 MG TAB<br>    T1TTIDCF | 106577 | 30 | 02/11/2005 | 04/14/2005<br>7 | 05/11/2005<br>WICKER |
| ASPIRIN, E.C. 81 MG TAB<br>    T1TQD | 106576 | 28 | 02/11/2005 | 04/14/2005<br>0 | 05/11/2005<br>WICKER |
| LOVASTATIN 20 MG TAB<br>    T1T QPM WITH MEAL | 106575 | 28 | 02/11/2005 | 04/14/2005<br>0 | 05/11/2005<br>WICKER |
| TETRACYCLINE HCL 500 MG CAP<br>    T1CQIDACHS | 107668 | 40 | 03/01/2005 | 03/01/2005<br>0 | 03/10/2005<br>WICKER |

Allergies:

( ) _____ Refills
( ) Milk of Magnesia 15 _____ constipation _____ days Refills
( ) Tylenol 325mg. (1)/(2) _____

( ) Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) _____

( ) Ibuprofen 400mg 1p.o. t.i.c. pm p.c. for pain relief #21 Refill
( ) HC Cream 1% APAA BIDx_____ days #_____ gm Refills
( ) Colace 100mg 1 capsule BID for constipation #_____ Refills
( ) Dulcolax take(2)or(3)tabs. qHS for constipation #_____ Refills
( ) Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs pm for heartburn,indigestion x_____ days _____ Refills
( ) Tagamet 300mg/400mg p.o. q 12 hrs x_____ dats. refills _____
( ) Zantac 150mg p.o. q 12 hrs x_____ days. refills
( ) Antibiotic Ointment APAA BID/TID/QID x_____ days #_____ gm refills _____

( ) Antibiotics Oral/Injectables: (specify route,times,days,etc.)
CHECK FOR ALLERGIES:

Idle x 2 days
Tylenol ES ii Q8° PRN

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.

. Watson, RPH
FCI/FPC JESUP, GA

6-10-05 Admin Note: Update of file from 5-4-05
1015 to present.
L Oliver, HIT
FCI Jesup, GA

HEALTH RECORD

| DATE | |
|---|---|
| 6/7/05 | **SUBJECTIVE:** ( ) SICK CALL ( ) CALL ( ) H.S.U. ( ) |
| 1310 | **Chief Complaint(s):** itching / rash / headache / dyspepsia / toothache / somatic pain / renew medication / other |

**History of Present Illness:** K chest pan last night č deep inspiration

Numeric Scale for Pain Assessment: (1) (2) (3) (4) (5) (6) (7) (8) (9) (10)

**OBJECTIVE:** B/P: 104/(68F): 99.3  P: 93  R/R:    Wgt:    FVE1:

**HEENT:** ( ) N/A ( ) Normal ( ) Abdominal(Describe): tubun ita bug?

**Skin:** ( ) N/A (✓) Normal ( ) Abnormal(Describe):

**Heart:** ( ) N/A (✓) Normal ( ) Abnormal(Describe):
**Lungs:** ( ) N/A (✓) Normal ( ) Abnormal(Describe):

**Abdomen:** ( ) N/A ( ) Normal ( ) Abnormal(Describe):

**Other:**

**ASSESSMENT:** Dermatitis / Fungal Infection (feet) (groin) (skin) / Dyspepsia Rhinitis / Upper Respiratory Infection / Constipation / Headache / tootha
Other: URI

**PLAN:**
Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( ) LFT ( ) Lipids ( ) Other:
Patient Education:
( ) Etiology Complications Prognosis Adverse Reactions ( ) Diet ( ) Use of MDI
(✓) Stop Smoking / Increase exercise (✓) Medication Dosage/Administration/compl

(✓) Patient Understood and agreed

Consultation / Referral:

PATIENT'S CERTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶ FCI JESUP, GEORGIA

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART. SERVICE IDENTIFICATION NO. | | DATE OF BIRTH |

▉▉▉▉▉▉▉▉ OF MEDICAL CARE
▉▉▉▉▉▉▉▉ (Sign each entry)

| ▉▉▉▉▉▉ | DISEASE | ▉▉▉ | ▉▉▉▉▉ | ▉RHEUM |
|---|---|---|---|---|

**PAIN SCALE**

```
____ 10
____ 8
____ 6
____ 2
____ 0
```

0    No Pain
1-2  Mild
3-4  Discomfort
5-6  Moderate
7-8  Severe
9-10 Worst Pain

**right foot**



**left foot**

**SUBJECTIVE:** Doing well ▉▉▉▉▉▉▉▉▉▉
Voiding — ok  BM — ok  ⊖ BTS ⊖ OB
exercise — walking  TOB ∅
sleeping — ok
continues c̄ HA's

**OBJECTIVE:** (Review of Systems): AGE: 47   SEX: Male   RACE: AA

Weight: 202   Temp:    Pulse: 79   Resp: 16   BP: 110/66   SO2%:    Peak Flow:

Mental Health: Stable

HEENT: Normal                          Last Op/Opht. Eval: 4/05

Neck: ⊖ thyroid ⊖ bruit  Eyes: PERRLA

Heart: RRR 3 m

Lungs: clear

Abdomen: soft  BS⊕  non tender  ⊖ masses

Genital/Rectal: deferred

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name-last; first, middle; ID No. or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CA▉
Medical Re▉

DATE    SYMPTOMS DIAGNOSIS TREATMENT TREATING ORGANIZATION *(Sign each entry)*

Recent Lab Results:

ASSESSMENT(S): ① HTN    ② HA    ③ ↑ lipid

① Triple antibiotic BID (nose) #1

② Motrin 600mg TID = meals x 180 day

③ EC ASA 81mg every day x 180 day

PLAN ④ Lovastatin 20mg every day x 180 day

⑤ Metoprolol 25 mg BID x 180 day

PATIENT EDUCATION:

(✓)Etiology, Complications, Prognosis, Prevention( )Diet, Diabetic/Cardiac/Infectious Disease, Lifestyle changes

( )No Smoking (✓)Medication Dosage/Administration/Compliance/Side Effects (✓)Patient Understood Topics

(✓)Instructed if problems or if running out of medication should sign up for sick-call.

DIAGNOSTIC STUDIES: (✓)CBC/DIFF ( )UA ( )BMP(✓)CMP (✓)LIPIDS ( )HgA1c ( )LFT ( )Viral Load

( )CD4 ( )Hepatitis Panel ( )CXR ( )EKG ( )Others:    5 months

Consultations: ( )Optometrist ( ) Ophthalmologist ( )Dietician ( )Orthopedic Surgeon ( )Other

Referral to IDC for Vaccination: ( )Influenza ( )Pneumococcal ( )Other

Return to Clinic for Routine Follow Up on: 90 days  180

Treatment(s): ALL Treatments For 90 Days.  180

_____ RPH
FPC JESUP, Ga

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga

DATE: 6/8/05

MEMORANDUM FOR INMATE: Kelly Leslie

REG NO: 26864-039

FROM:            UTILIZATION REVIEW COMMITTEE (URC),

SUBJECT:         OUTSIDE CONSULTATION

Please be advised that your consult for outside medical care/treatment for

CT head

was reviewed today by the URC and your treatment has been approved/disapproved.

I will talk to you at next visit

Please understand that the medical trips for outside consultations are scheduled by prioritizing the urgency of the case; therefore, your case could take longer than another inmate. Once you have received this document and you have not been treated within a six month period of your consult, you may request an update on your case through your provider.

UTILIZATION REVIEW COMMITTEE

DATE: 5-11-05

MEMORANDUM FOR INMATE: _Leslie Kelly_

REG NO: _26864 -039_

FROM:        UTILIZATION REVIEW COMMITTEE
             (URC)

SUBJECT:     OUTSIDE CONSULTATION

Please be advised that your consult for outside medical care/treatment for
_Stress test / Cardiology evaluation_

was reviewed today by the URC and your treatment has been approved/disapproved.
_Approved — Green ( to be in less than 1 yr )_

Please understand that the medical trips for outside consultations are scheduled by
prioritizing the urgency of the case; therefore, your case could take longer than another
inmate. Once you have received this document and you have not been treated within a
six month period of your consult, you may request an update on your case through your
provider.

                              UTILIZATION REVIEW COMMITTEE

MEDICAL REPORT OF DUTY STATUS

| NAME | | HOSPITAL REGISTRATION NO. |
|---|---|---|
| *Leslie Kelley* | | *26864-039* |
| ADDRESS | *C A* | |

| INPATIENT | INCLUSIVE DATES OF TREATMENT | | |
|---|---|---|---|
| | From: | Through: | |
| OUTPATIENT | DATE | TIME ARRIVED | TIME DEPARTED |
| | | A.M./P.M. | A.M./P.M. |

| DISPOSITION | Can resume usual occupation | DATE | Can perform limited duties as specified under REMARKS | DATE |
|---|---|---|---|---|
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | | | |

REMARKS      *Idle x 2 days*

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| *FCI Iesup* | *P.W. Beard PAc* | *8-7-05* |

SF 513-110                                              NSM 7540-00-634-4127

# MEDICAL RECORD        CONSULTATION SHEET
### REQUEST

| TO: WMH | FROM: Pewlerton | DATE OF REQUEST: 6/7/07 |

REASON FOR REQUEST (Complaints and findings):

chronic HA  hy of HTN ↑ lipid

Follow up visit (    )

Medication Allergies:            Current Medications:

Needs       CT of head

PROVISIONAL DIAGNOSIS:

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ TODAY ☐ 72 HRS ☐ EMERGENCY |

### CONSULTATION REPORT
RECORD REVIEWED ☐ YES ☐ NO        PATIENT EXAMINED ☐ YES ☐ NO
## Consultant's findings and recommendations:                Elavil

CT Denied 6/8/05 URE

**Return to FCI Jesup Health Services with escorting officer.  Thank you.**

| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |
| SIGNATURE AND TITLE | | | DATE |

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name-last, first, middle; grade; rank; rate; hospital or medical facility

CONSULTATION SHEET        Medical Record        STANDARD FORM 513  REV 3-92)
Contact Telephone Number: 912-427-0870 x 425   FAX: 912-427-1250
Prescribed by GSA/ICMR, FIRMR 41 CFR, 201-9.202-1
FCI/FSL/FPC Jesup, GA

For: KELLY, LESLIE ROMILE          ID No: 26864-039      LOC3: 2D   C03 310U
Height: 5'9"        Allergies:
Weight: 175lbs. Diagnosis:
-------------------------------------------------------------------------------

| MEDICATION<br>    USES INSTRUCTIONS | RX NUM | QUAN | START DATE | LAST FILL<br>REF AVAIL | EXP DATE<br>PROVIDER |
|---|---|---|---|---|---|
| METOPROLOL 50 MG TAB<br>    T/T BID | 111585 | 30 | 05/09/2005 | 05/09/2005<br>5 | 11/04/2005<br>WICKER |
| LOVASTATIN 20 MG<br>    T1T QPM WITH MEAL | 111584 | 30 | 05/09/2005 | 05/09/2005<br>5 | 11/04/2005<br>WICKER |
| ASPIRIN, E.C. 81 MG TAB<br>    T1TQD | 111583 | 30 | 05/09/2005 | 05/09/2005<br>5 | 11/04/2005<br>WICKER |
| IBUPROFEN 600 MG TAB<br>    T1TTIDCF | 111582 | 45 | 05/09/2005 | 05/09/2005<br>11 | 11/04/2005<br>WICKER |
| METOPROLOL 50 MG TAB<br>    T1TBID | 106574 | 32 | 02/11/2005 | 04/26/2005<br>0 | 05/11/2005<br>WICKER |
| IBUPROFEN 600 MG TAB<br>    T1TTIDCF | 106577 | 30 | 02/11/2005 | 04/14/2005<br>7 | 05/11/2005<br>WICKER |
| ASPIRIN, E.C. 81 MG TAB<br>    T1TQD | 106576 | 28 | 02/11/2005 | 04/14/2005<br>0 | 05/11/2005<br>WICKER |
| LOVASTATIN 20 MG TAB<br>    T1T QPM WITH MEAL | 106575 | 28 | 02/11/2005 | 04/14/2005<br>0 | 05/11/2005<br>WICKER |
| TETRACYCLINE HCL 500 MG CAP<br>    T1CQIDACHS | 107668 | 40 | 03/01/2005 | 03/01/2005<br>0 | 03/10/2005<br>WICKER |

Medication:                                    Allergies:

( ) Antifungal Cream APAABIDx_____days #_____refills_____
( ) Milk of Magnesia 15ml/30ml p.o. qHS for constipation _____days Refills
( ) Tylenol 325mg. (1)/(2) cablets QID pm for fever/pain relief _____ inches
                                                              refills
( ) Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) _____ fever/pain
                                                              Refills
( ) Ibuprofen 400mg lp.o. t.i.c. pm  p.c. for pain relief #21_____
( ) HC Cream 1% APAA BIDx_____days #_____gm Refills_____
( ) Colace 100mg 1 capsule BID for constipation #_____Refills_____
( ) Dulcolax take(2)or(3)tabs. qHS for constipation #_____Refills_____
( ) Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs pm for heartburn,indigestion x____
                                                              days_____Refills
( ) Tagamet 300mg/400mg p.o. q 12 hrs x_____dats. refills_____
( ) Zantac 150mg p.o. q 12 hrs x_____days.  refills_____
( ) Antibiotic Ointment APAA BID/TID/QID x_____days #_____gm refills_____

( ) Antibiotics Oral/Injectables: (specify route,times,days,etc.)
                    CHECK FOR ALLERGIES:


074   Tylenol ES ii Q6° PRN #30

                                              Paul W. Wickard, PAC
                                              Physician Assistant
                                              FCI/FPC/FSL Jesup, Ga.

5-4-05  Admin Note: Update of copies
12:30   from 12-1-04 to present

                                              L. Oliver, HIT
                                              FCI Jesup, GA

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| DATE | SYMPTOMS DIAGNOSIS TREATMENT TREATING ORGANIZATION (Sign each entry) | | |

**4-22-05**

**12 30**

SUBJECTIVE:   SICK CALL ( ) CAMP ( ) H.S.U ( ) S.H.U

Chief Complaint(s): itching / rash / headache / dyspepsia / nasal congestion / toothache / somatic pain / renew medication / other:

History of Present Illness:   C/o $\bar{L}$ upper chest

pain last night ⊖ SOB ⊖ N/V non

radiat

Numeric Scale for Pain Assessment:   (1) (2) (3) (4) (5) (6) (7) (8) (9) (10)

OBJECTIVE:  B/P: 118/78  T(F):   P: 93  R/R: 16  Wgt:   FVE1:

HEENT: ( ) N/A ( ) Normal ( ) Abdominal(Describe):

Skin: ( ) N/A ( ) Normal ( ) Abnormal(Describe):

Heart: ( ) N/A ( ) Normal ( ) Abnormal(Describe): RRR sm
Lungs: ( ) N/A ( ) Normal ( ) Abnormal(Describe): CTA

Abdomen: ( ) N/A ( ) Normal ( ) Abnormal(Describe):

Other:

ASSESSMENT:   Dermatitis / Fungal Infection (feet) (groin) (skin) / Dyspepsia
Rhinitis / Upper Respiratory Infection / Constipation / Headache / tootha
Other:   Chest Wall pain

PLAN:
Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( )LFT ( ) Lipids ( ) Other:
Patient Education:
(✓)Etiology Complications Prognosis Adverse Reactions ( ) Diet ( )Use of MDI
( ) Stop Smoking/ Increase exercise (✓ Medication Dosage/Administration/compl

(✓ Patient Undersood and agreed

Consultation / Referral:

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: ▶ | FCI JESUP, GEORGIA | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84)

# CHRONOLOGICAL RECORD OF MEDICAL CARE

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

| 3/11/03 | SUBJECTIVE: | SICK CALL | HOUR: | ( ) RESUPPLY ( ) SHOWER |
|---|---|---|---|---|
| 1315 | | | | |

Chief Complaint(s):  itching / rash / headache / dyspepsia / nasal congestion / constipation / toothache, somatic pain - renew medication - other

History of Present Illness:  c/o head congestion + tenderness antnor chest wall

⊖ P/c   ⊕ body aches   ⊕ cough

Numeric Scale for Pain Assessment: : ☺ (1) (2) (3) (4) (5) (6) (7) (9) (10) ☹

OBJECTIVE:   B/P:    T(F):    P:    R/R:    Wgt:    FVS:

HEENT: ( ) N/A ( ) Normal ( ) Abnormal(Describe):   Nares - boggy

Skin: ( ) N/A ( ) Normal ( )Abnormal(Describe):   EARS - Normal

Heart: ( ) N/A ( )Normal ( )Abnormal(Describe):   Throat - red

Lungs: ( ) N/A ( )Normal ( )Abnormal(Describe):   

Abdomen: ( ) N/A ( )Normal ( )Abnormal(Describe):   Leg set bronchial BS

Other:

ASSESSMENT:   Dermatitis / Fungal Infection (Feet) (Groin) (Skin) / Dyspepsia / Rhinitis / Upper Respiratory Infection / Constipation / Headache / Toothache /
Other:   bronchitis

PLAN:
Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( ) LFT ( ) Lipids ( )Other:

Patient Education:
( ) Etiology, Complications, Prognosis, Adverse Reactions ( ) Diet ( ) Use of MDI
( ✓ ) Stop smoking / Increase exercise  ( ✓ ) Medication Dosage/Administration/Compliance
( ✓ ) Patient Understood an Agreed

Consultation / Referral:

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART., SERVICE, SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

① ~~Sent~~ line 100mg x RM 10 days

② CM—1 Q RC PRN

③ Idle X 3 day

Δ to Tetracycline out ~~pof~~
KA

dex/day

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.

....son, RTH
...C JESUP, GA

3-31-05  Admin Note: Copy of Lab dated
1015    3-9-05 to inmate. 2 Copies. L. Oliver, HIT

L. Oliver, HIT
FCI Jesup, GA

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

( )INFECT DISEASE ( )MNT HLTH ( )NEUROLOGY ( )OB GYN ( )ORTH/RHEUM ( )

**SUBJECTIVE:** Doing pretty well — App good
wt stable   Voiding — ok   BM — ok   OBTS
⊖RB   Excersize — bike  + wts
Sleepy — poorly   c/o dizzness on top
when bending over   also occasion
SOB

PAIN SCALE
— 10
— 8
— 6
— 4
— 2
— 0
0    No Pain
1-2  Mild
3-4  Discomfort
5-6  Moderate
7-8  Severe
9-10 Worst Pain

**right foot**



**left foot**

**OBJECTIVE:** (Review of Systems): AGE: 42   SEX: Male   RACE: AA

Weight: 204  Temp:    Pulse: 62  Resp:    BP: 170/66  SO2%    Peak Flow:

Mental Health: Stable   ↑pulse 64   ↑BP 134/69

**HEENT:** Normal   Last Op/Opht. Eval: 12/02

Neck: ⊖ bruit ⊖ thyroid Eyes: PERRLA

Heart: RRR ʒM

Lungs: Clear

Abdomen: Soft BSⱠ nontender ⊖masses

Genital/Rectal: deferred

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, giv: Name-last first, middle; ID No or SSN; Sex; Dat of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL C

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

Extremities: _____ Order _____

Recent Lab Results: _____

**ASSESSMENT(S):** ① HTN  ② Lipid  ③ vertigo  ④ DFD

① Metoprolol 50 mg BID x 90 day

② Lovastatin 20 mg everyday x 90 day

③ EC ASA 81 mg everyday x 90 day

**PLAN** ④ Motrin 600 mg TID c meals x 90 day

---

**PATIENT EDUCATION:**

(X)Etiology, Complications, Prognosis, Prevention ( )Diet, Diabetic/Cardiac/Infectious Disease, Lifestyle changes

(X)No Smoking (X)Medication Dosage/Administration/Compliance/Side Effects (X)Patient Understood Topics

(X)Instructed if problems or if running out of medication should sign up for sick-call.

**DIAGNOSTIC STUDIES:** (X)CBC/DIFF ( )UA ( )BMP (X)CMP (X)LIPIDS ( )HgA1c (X)LFT ( )Viral Load

( )CD4 ( )Hepatitis Panel ( )CXR ( )EKG ( )Others: 1 month fasting

Consultations: ( )Optometrist ( ) Ophthalmologist ( )Dietician ( )Orthopedic Surgeon ( )Other

Referral to IDC for Vaccination: ( )Influenza ( )Pneumococcal ( )Other

Return to Clinic for Routine Follow Up on: 90 days

Treatment(s): ALL Treatments For 90 Days.

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION

...Complete com all...
1030 to inmate -

Oliver Hitt
FCI Jesup, GA

## MEDICAL REPORT OF DUTY STATUS

| NAME | HOSPITAL REGISTRATION NO. |
|---|---|
| Leslie Kelly | 26864.639 |

ADDRESS       I A

| | INCLUSIVE DATES OF TREATMENT | | |
|---|---|---|---|
| **INPATIENT** | From: | Through: | |
| **OUTPATIENT** | DATE | TIME ARRIVED          A.M./P.M. | TIME DEPARTED          A.M./P.M. |
| **DISPOSITION** | Can resume usual occupation    DATE | Can perform limited duties as specified under REMARKS    DATE | |
| | To return to clinic    DATE | To be hospitalized    DATE | |
| | OTHER (Specify) | | |

REMARKS

Idle x 3 day - until 3/4/05

Paul W. Wickard, PAC
Physician Assistant

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER | DATE |
|---|---|---|
| FCI Jesup | Paul W Wickard | 3-1-05 |

| NAME Kelly, Leslie | | | | I.D. 26864-039 | DOB 12/17/62 | | DATE 4/20/05 | | LOC. |

**CC:** "I need new glasses."

**MEDS**

**Hx (HPI, POH):** He reads without glasses. He denies that he's been diagnosed with HTN, but the diagnosis is in his chart.

**MEDICAL Hx:**

**SOCIAL Hx:**

**FAMILY Hx:**

Allergic: NKDA

| VA sc | VA cHx | VA cc-t | VA PH | KERATOMETRY | | VA | | SPHERE | CYLINDER | AXIS | PRISM | ADD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R 20/40-2 | 20/ | | 20/ | | W | | R | | | | | |
| L 20/40-2 | 20/ | | 20/ | | | | L | | | | | |
| | | - | | FRAME SPECIFICATIONS | M | | R | | | | | |
| | | | | 50 X 24 / 6.00 | | | L | | | | | |
| TA | 18 | TIME | | PD AND SEG HT | Rx | 20/20 | R | -1.00 | -0.50 | 090 | | |
| | 18 | 14:00 | | 65/62   Seg | | 20/20 | L | -0.75 | -0.75 | 085 | | |

| | OD/OS | | | | OD/OS | | |
|---|---|---|---|---|---|---|---|
| | W | NL | ABNORMAL COMMENT | | W | NL | ABNORMAL COMMENT |
| CVF | ✓ | ✓ | | SLE AC | | | |
| EOMs | ✓ | ✓ | | Depth | ✓ | ✓ | |
| Primary Gaze | ✓ | ✓ | | Clarity | ✓ | ✓ | |
| Sensory Function | | | | SLE LENS | | | |
| CONJUNCTIVA | | | | Clarity | ✓ | ✓ | |
| Bulbar | ✓ | ✓ | | AntiPost Capsule | ✓ | ✓ | |
| Palpebral | | | | Cortex | ✓ | ✓ | |
| ADNEXA | | | | Nucleus | ✓ | ✓ | |
| Orbit | ✓ | ✓ | | FUNDUS | Dilated? ✓ M ✓ N ✓ C | | |
| Lacrimal Gland | | | | Optic Disk Size | ✓ | ✓ | |
| Lacrimal Drainage | ✓ | ✓ | | C/D Ratio | ✓ | ✓ | |
| Preauricular Nodes | | | | Appearance | ✓ | ✓ | |
| Lids | ✓ | ✓ | | Nerve Fiber Layer | | | |
| PUPILS & IRIS | | | | Vitreous | ✓ | ✓ | |
| Shape | ✓ | ✓ | | Macula | ✓ | ✓ | |
| Reaction | ✓ | ✓ | | Retina | ✓ | ✓ | |
| Size | ✓ | ✓ | | Periphery | | | |
| SLE CORNEA | | | | MENTAL STATUS | | | |
| Epithelium | ✓ | ✓ | | Orients PPT | | | cups are 0.4/0.4 |
| Stroma | ✓ | ✓ | | Mood or Affect | | | negative retinopathy |
| Endothelium | ✓ | ✓ | | | | | |
| Tear Film | ✓ | ✓ | | | | | |

**IMPRESSION, Dx**
Obtuse. Presbycusis? Anterior and posterior segments are within normal limits. Compound myopic presbyope who can read without glasses and prefers to do so.

*Luis Burgos, MD FCI/FCC Jesup, GA*

**PLAN, Tx**
Wrote Rx for distance only glasses. RTC in a year to follow retinas.

*E. Mayes Kendrick, O.D.*

**U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS**
**Laboratory, 1900 W. Sunshine**
**SPRINGFIELD, MISSOURI 65808**
**(417) 862-7041**

================================================================
**\*\*\* SENSITIVE-LIMITED OFFICIAL USE \*\*\***
**FINAL REPORT**
================================================================

| | | | |
|---|---|---|---|
| Register Number : 26864-039 | | Age | : 42yr |
| Name : KELLY, LESLIE | | Sex | : M |
| Location : FCI JESUP (JES) | | Room | : |
| Admit. Physician: WICKARD | | Accession Number : 1954 | |
| Order. Physician: WICKARD | | | |
| Collected : 03/09/05 @ 12:00 by: REFE | | | |

| Test | Result | | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|---|
| LIPID TESTING | | | | | |
| COMP. METABOLIC | | | | | |
| LIVER PROFILE | | | | | |
| Glucose | 91 | | | 70 - 110 mg/dL | MS CK |
| Urea Nitrogen | 13 | | | 7 - 22 mg/dL | MS CK |
| Creatinine | 1.1 | | | 0.6 - 1.6 mg/dL | MS CK |
| SodiumI | 140 | | | 137 - 148 mmol/L | MS CK |
| Potassium | 4.6 | | | 3.5 - 5.0 mmol/L | MS CK |
| Chloridel | 105 | | | 99 - 114 mmol/L | MS CK |
| Calcium1 | 8.9 | | | 8.5 - 10.9 mg/dL | MS CK |
| Total Protein | 6.9 | | | 6.0 - 8.2 g/dL | MS CK |
| Albumin | 3.7 | | | 3.6 - 5.1 g/dL | MS CK |
| Alkaline Phos. | 88 | | | 41 - 133 U/L | MS CK |
| AST(SGOT) | 24 | | | 11 - 55 U/L | MS CK |
| LDH | 414 | | | 354 - 705 U/L | MS CK |
| Total Bilirubin1 | 0.4 | | | 0.2 - 1.3 mg/dL | MS CK |
| Cholesterol | 163 | | | 140 - 200 mg/dL | MS CK |
| Triglycerides | 53 | | | 30 - 200 mg/dL | MS CK |
| A/G Ratio | 1.14 | | | 1.00 - 2.30 | MS CK |
| Globulin | 3.2 | | | 2.0 - 3.7 g/dL | MS CK |
| ALT1(SGPT) | 55 | | | 11 - 66 U/L | MS CK |
| Direct Bilirubin | 0.1 | | | 0.0 - 0.5 mg/dL | MS CK |
| Gamma GT1 | 31 | | | 8 - 78 U/L | MS CK |
| Bilirubin Unconj | 0.3 | | | 0.0 - 1.1 mg/dL | MS CK |
| Bun/Creat Ratio | 11.6 | | | 5.0 - 30.0 | MS CK |
| HDL-Cholesteroll | 39 | | | 29 - 67 mg/dL | RS TE |
| | Other factors critical to assessment of | | | | |
| | CHD risk - Overweight, Blood Pressure, | | | | |
| | Smoking and Familial History. | | | | |
| VLDL | 11 | | | mg/dL | HS TE |
| LDL Cholesterol | 113 | | | 62 - 130 mg/dL | HS TE |
| Chol/HDL Ratio | 4.2 | | | 3.4 - 5.0 | HS TE |
| Bilirubin Conjug | 0.0 | | | 0.0 - 0.3 mg/dl | MS CK |
| CBC | | | | | |
| White Blood Cell | 5.8 | | | 4.3 - 11.1 10^3/uL | KS TE |
| Red Blood Cells | 5.46 | | | 4.46 - 5.78 10^6/uL | KS TE |
| Hemoglobin | 14.8 | | | 13.6 - 17.6 g/dL | KS TE |

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC FSL Jesup, Ga.

Legend
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AA=Abnormal

| | | | |
|---|---|---|---|
| Name : KELLY, LESLIE | | Location : JES | |
| Register Number : 26864-039 | | Page : 1 of 2 | |
| Printed : 03/10/2005 @ 16:18 | | | |

### U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI   65808
### (417) 862-7041

===========================================================================
### *** SENSITIVE-LIMITED OFFICIAL USE ***
### FINAL REPORT
===========================================================================

| | | | |
|---|---|---|---|
| Register Number : 26864-039 | | Age | : 42yr |
| Name | : KELLY, LESLIE | Sex | : M |
| Location | : FCI JESUP (JES) | Room | : |
| Admit. Physician: WICKARD | | Accession Number : 1954 | |
| Order. Physician: WICKARD | | | |
| Collected | : 03/09/05 @ 12:00 by: REFE | | |

| Test | Result | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|
| Hematocrit | 45.3 | | 40.2 - 51.4 % | KS TE |
| MCV | 82.8 | | 82.5 - 96.5 fL | KS TE |
| MCH | 27.1 | | 27.1 - 34.3 pg | KS TE |
| MCHC | 32.7 | LO | 33.0 - 35.0 g/dL | KS TE |
| RDW | 14.4 | HI | 12.0 - 14.0 % | KS TE |
| PLT | 194 | | 130 - 374 10^3/uL | KS TE |
| MPV | 10.3 | | 6.9 - 10.5 fL | KS TE |
| AUTODIFF | | | | |
| Neutrophils | 48.8 | | 43.0 - 67.0 % | KS TE |
| Lymphocytes | 41.3 | | 21.0 - 45.0 % | KS TE |
| Monocytes | 6.8 | | 5.0 - 13.0 % | KS TE |
| Eosinophils | 1.6 | | 0.0 - 7.0 % | KS TE |
| Basophils | 1.5 | HI | 0.0 - 1.0 % | KS TE |
| Neutrophil # | 2.8 | | 1.9 - 6.7 10^3/uL | KS TE |
| Lymphocyte # | 2.4 | | 1.3 - 3.7 10^3/uL | KS TE |
| Monocyte # | 0.4 | | 0.3 - 1.1 10^3/uL | KS TE |
| Eosinophil # | 0.1 | | 0.0 - 0.5 10^3/uL | KS TE |
| Basophil # | 0.1 | | 0.0 - 0.1 10^3/uL | KS TE |

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.

Luis Burgos, M.D.
FCI/FPC Jesup, GA

Legend

LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

| | | | |
|---|---|---|---|
| Name | : KELLY, LESLIE | Location | : JES |
| Register Number | : 26864-039 | Page | : 2 of 2 |
| Printed | : 03/10/2005 @ 16:18 | | |