## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE R. KELLY, | ) Docket No. 03-368E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) PRAECIPE FOR APPEARANCE |
| MARTY SAPKO, et al., | ) |
| | ) Filed on behalf of: Plaintiff Leslie R. Kelly |
| Defendants | ) |
| | ) Counsel of record for this party: |
| | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall |
| | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |

### PRAECIPE FOR APPEARANCE

TO:   CLERK OF COURT

Enter my appearance on behalf of plaintiff, Leslie R. Kelly, in the above-captioned action.

        Respectfully submitted,

        KNOX McLAUGHLIN GORNALL &
        SENNETT, P.C.

        BY: /s/ Richard A. Lanzillo, Esq.
            Richard A. Lanzillo
            120 West Tenth Street
            Erie, PA  16501-1461
            (814) 459-2800

            Attorneys for plaintiff, Leslie R. Kelly

# 645765