**SCANNED**

CHANGE OF ADDRESS NOTIFICATION

Re: Leslie Kelly V.S Sapko, Forsyth
No. Erie 03-365

If your address changes, it is your obligation to notify the clerk. If the address changes and you do not notify the clerk, we will not be responsible for your failure to receive documents from the court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

NAME  Leslie Kelly
NUMBER AND STREET  696 Muckerman Road

CITY  Bennettsville   STATE  SC   ZIP CODE  29512
TELEPHONE No. ___-___-___
PRISON  FCI Bennettsville   (if applicable)
PRISONER'S REGISTRATION No.  26864039   (if applicable)
EFFECTIVE  11-26-05                    Leslie Kelly
           (DATE)                       PRO SE SIGNATURE