IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLIE KELLY,
        PLAINTIFF

v.

JOHN LAMANNA, ET AL.,
        DEFENDANTS

Civil Action No. 03-368E

Judge McLaughlin
Magistrate Judge Baxter

## Declaration of Douglas S. Goldring, Assistant General Counsel

1. I am an Assistant General Counsel employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), and assigned to Federal Prison Industries, Inc. (FPI or trade name UNICOR). I am licensed to practice law in the Commonwealth of Pennsylvania. I began my service with the BOP on September 27, 1998.

2. I am aware that inmate Leslie Kelly, Register Number 26864-039, filed a civil rights action, in which he alleges that his Constitutional rights were violated as a result of the condition in the UNICOR factory at the Federal Correctional Institution (FCI) in McKean, Pennsylvania.

3. According to records maintained in the ordinary course of business by the BOP, Leslie Kelly is a Federal inmate currently incarcerated in the Federal Correctional Institution (FCI) in Bennettsville, South Carolina. He was

convicted in the Southern District of Alabama of Accessory After the Fact In the Retaliation Against a Witness, in violation of 18 U.S.C. § 3. He was sentenced to 120 months in prison on December 1, 2000. His projected release date is April 21, 2008, via Good Conduct Time Release. **Attachment A is a true and correct copy of inmate Kelly's Sentence Monitoring Computation Data.**

4. At all times relevant to this action inmate Kelly was housed in FCI McKean, a medium security facility. Records reflect that he arrived at that facility on or around July 19, 2002. He was transferred from FCI McKean to FCI Jesup on or around May 21, 2004. He was subsequently transferred from FCI Jesup to FCI Bennettsville on or around November 23, 2005. **Attachment B is a true and correct copy of inmate Kelly's Inmate History Data.**

5. On or around January 10, 2005, inmate Kelly submitted an administrative tort claim relating to the conditions in the FPI factory in FCI McKean. That claim was denied on or around June 17, 2005. **Attachment C is a true and correct copy of Administrative Tort Claim TRT-NER-2005-1398.**

6. As an attorney for the Bureau of Prisons, I have access to

the medical records of inmates, that are maintained in the ordinary course of business. **Attachment D is a true and correct copy of inmate Leslie Kelly's complete medical records up to and including January 2006.**

I declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge and belief.

_____            Date 1/27/06
Douglas S. Goldring
Assistant General Counsel
Federal Prison Industries, Inc.