# ATTACHMENT A

```
   BOPUK   540*23  *          SENTENCE MONITORING           *     01-27-2006
   PAGE 001        *          COMPUTATION DATA              *     10:05:34
                              AS OF 01-27-2006

REGNO..: 26864-039 NAME: KELLY, LESLIE ROMILE


FBI NO............: 121160DA7           DATE OF BIRTH: 12-17-1962
ARS1..............: BEN/A-DES
UNIT..............: UNIT A-2             QUARTERS.....: A22-231U
DETAINERS.........: NO                   NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 10-21-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-21-2008 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------


COURT OF JURISDICTION............: ALABAMA, SOUTHERN DISTRICT
DOCKET NUMBER....................: 98-00056-009
JUDGE............................: BUTLER
DATE SENTENCED/PROBATION IMPOSED: 12-01-2000
DATE COMMITTED...................: 03-19-2001
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:   $00.00

------------------------CURRENT OBLIGATION NO: 010 ----------------------------

OFFENSE CODE....:  867
OFF/CHG: ACCESSORY AFTER THE FACT IN THE RETALIATION AGAINST A
         WITNESS - 18 USC 3

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 CLASS OF OFFENSE................: CLASS A FELONY
 DATE OF OFFENSE.................: 04-17-2000







G0002        MORE PAGES TO FOLLOW . . .
```

```
     BOPUK   540*23 *          SENTENCE MONITORING         *   01-27-2006
     PAGE 002 OF 002 *           COMPUTATION DATA          *   10:05:34
                                 AS OF 01-27-2006

REGNO..: 26864-039 NAME: KELLY, LESLIE ROMILE


------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 08-14-2001 AT LEW AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 12-01-2000
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 04-17-2000

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       07-31-1999     11-30-2000

TOTAL PRIOR CREDIT TIME.........: 489
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 464
TOTAL GCT EARNED................: 317
STATUTORY RELEASE DATE PROJECTED: 04-21-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-29-2009


PROJECTED SATISFACTION DATE.....: 04-21-2008
PROJECTED SATISFACTION METHOD...: GCT REL










S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```