# ATTACHMENT B

```
   BOPUK   531.01 *                  INMATE HISTORY                    *        01-27-2006
PAGE 001             *                    ADM-REL                       *        10:06:09
   REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
   CATEGORY: ARS         FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP   DATE/TIME

BEN    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-01-2005 1100 CURRENT
S42    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-01-2005 1100 12-01-2005 1100

S42    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-01-2005 0414 12-01-2005 1100

ATL    HLD REMOVE HOLDOVER REMOVED              12-01-2005 0414 12-01-2005 0414

ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 11-30-2005 1411 12-01-2005 0414

B14    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-30-2005 1411 11-30-2005 1411

B14    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-30-2005 0454 11-30-2005 1411

TAL    HLD REMOVE HOLDOVER REMOVED              11-30-2005 0454 11-30-2005 0454

TAL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 11-23-2005 0900 11-30-2005 0454

B16    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-23-2005 0900 11-23-2005 0900

B16    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-23-2005 0724 11-23-2005 0900

JES    TRANSFER   TRANSFER                      11-23-2005 0724 11-23-2005 0724

JES    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-23-2005 1457 11-23-2005 0724

JES    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-23-2005 0834 09-23-2005 1457

JES    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-16-2004 0715 09-23-2005 0834

B16    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-16-2004 0715 07-16-2004 0715

B16    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-16-2004 0305 07-16-2004 0715

TAL    HLD REMOVE HOLDOVER REMOVED              07-16-2004 0305 07-16-2004 0305

TAL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 06-29-2004 1700 07-16-2004 0305

A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-29-2004 1700 06-29-2004 1700

A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-29-2004 0900 06-29-2004 1700

OKL    HLD REMOVE HOLDOVER REMOVED              06-29-2004 0800 06-29-2004 0800

OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 05-24-2004 1755 06-29-2004 0800

A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-24-2004 1855 05-24-2004 1855

A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-24-2004 1033 05-24-2004 1855

LEW    HLD REMOVE HOLDOVER REMOVED              05-24-2004 1033 05-24-2004 1033

LEW    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 05-21-2004 1457 05-24-2004 1033

B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-21-2004 1457 05-21-2004 1457

B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-21-2004 1100 05-21-2004 1457
```

```
MCK    TRANSFER    TRANSFER                                05-21-2004 1100 05-21-2004 1100
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL           07-19-2002 0825 05-21-2004 1100
S18    RELEASE     RELEASED FROM IN-TRANSIT FACL           07-19-2002 0825 07-19-2002 0825
S18    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL          07-19-2002 0520 07-19-2002 0825
LEW    TRANSFER    TRANSFER                                07-19-2002 0520 07-19-2002 0520
LEW    A-DES       DESIGNATED, AT ASSIGNED FACIL           05-24-2002 0826 07-19-2002 0520
3-D    RELEASE     RELEASED FROM IN-TRANSIT FACL           05-24-2002 0826 05-24-2002 0826
3-D    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL          04-18-2002 1214 05-24-2002 0826
LEW    IAD         INTERSTATE AGRMNT ON DETAINERS          04-18-2002 1214 05-24-2002 0826
LEW    A-DES       DESIGNATED, AT ASSIGNED FACIL           03-19-2001 2114 04-18-2002 1214
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL           03-19-2001 2114 03-19-2001 2114
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL          03-19-2001 1113 03-19-2001 2114


G0002         MORE PAGES TO FOLLOW . . .




   BOPUK   531.01 *              INMATE HISTORY                 *      01-27-2006
PAGE 002 OF 002 *                  ADM-REL                      *      10:06:09
   REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
   CATEGORY: ARS          FUNCTION: PRT          FORMAT:
FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP   DATE/TIME
ATL    HLD REMOVE HOLDOVER REMOVED                03-19-2001 1113 03-19-2001 1113
ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF   02-21-2001 1910 03-19-2001 1113
1-Q    RELEASE    RELEASED FROM IN-TRANSIT FACL   02-21-2001 1910 02-21-2001 1910
1-Q    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  01-11-2001 1003 02-21-2001 1910
CMY    ADMIN REL  ADMINISTRATIVE RELEASE          01-11-2001 0903 01-11-2001 0903
CMY    A-ADMIN    ADMINISTRATIVE ADMISSION        01-11-2001 0851 01-11-2001 0903
P00    RELEASE 01 RELEASED FROM IN-TRANSIT, JAN   01-11-2001 0951 01-11-2001 0951
P00    A-ADMIT 01 ADMITTED TO IN-TRANSIT, JAN     01-12-2000 0530 01-11-2001 0951
```

```
1-Q    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-12-2000 0530 01-12-2000 0530
1-Q    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-14-1999 1317 01-12-2000 0530
CMY    ADMIN REL   ADMINISTRATIVE RELEASE         09-14-1999 1217 09-14-1999 1217
CMY    A-UNCOMMIT  UNCOMMITTED PERSON             08-25-1999 1123 09-14-1999 1217
I-T    RELEASE     RELEASED FROM IN-TRANSIT FACL  08-25-1999 1223 08-25-1999 1223
I-T    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-18-1999 0530 08-25-1999 1223
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL  08-18-1999 0530 08-18-1999 0530
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-17-1999 0830 08-18-1999 0530
OKL    HLD REMOVE  HOLDOVER REMOVED               08-17-1999 0730 08-17-1999 0730
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   08-11-1999 1645 08-17-1999 0730
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL  08-11-1999 1745 08-11-1999 1745
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-11-1999 1125 08-11-1999 1745
MIL    HLD REMOVE  HOLDOVER REMOVED               08-11-1999 1125 08-11-1999 1125
MIL    A-PRE       PRE-SENT ADMIT, ADULT          08-03-1999 1200 08-11-1999 1125
MIL    ADM CHANGE  RELEASE FOR ADMISSION CHANGE   08-03-1999 1159 08-03-1999 1200
MIL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   08-03-1999 1155 08-03-1999 1159


G0000         TRANSACTION SUCCESSFULLY COMPLETED
```