# ATTACHMENT
# D
# PART 1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/23/06 | S: Pt. ST in fm. medl. need. (Headaches). |
| 0700 Hr | O: BP: 115/70 HR: 78 RR: 14 T: 97.8 PAIN: 1/10 |
| | - Heent - moist mucosa, Ø jaundice. |
| | Fundoscopy - WNL |
| | A: Headaches. |
| | P: (1) Motrin 400 mg po twice a day x 10 days (1m) |
| | (2): Pt. education given about Headaches, |
| | Exercise, Diet, med-use and plan, He |
| | understood. |
| | (3) Follow up as needed. Luis Berrios, M.D. Clinical Director FCI Bennettsville |
| | [signature] MD |
| 1/26/06 | Adm Entry: |
| 1200 Hr | Pt. didn't show up for AAD evaluation. |
| | [signature] MD |
| | Luis Berrios, M.D. Clinical Director FCI Bennettsville |

NSN 7540-00-634-4176

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1/10/06 | S: Pt seen in sick call c/o nasal congestion |
| 0730 hr | O: BP: 115/80 HR: 72 RR: 14 T: 97.0 Pain: 0/10 |
| | - Heent - moist mucosa, no jaundice. Nasal congestion. |
| | - Heart - RRR. No gallops |
| | - Lungs clear to auscultation |
| | A: Sinusitis |
| | P: ① Amoxil 500 mg PO 3 times a day x 7 days. |
| | ②: Saline sol. nasal spray 1 puff each nostril twice a day x 1 week. |
| | ③: Pt education given about sinusitis, exercise, diet, med. use and plan, he understood. |
| | ④: F/U as needed. |
| | Luis Berrios, M.D. Clinical Director FCI Bennettsville |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

KELLY, LESLIE R.
28864-039

FCI BENNETTSVILLE

| REGISTER NO. | WARD NO. |
|---|---|
| | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

MEDICAL RECORD

CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE: 12-9/05 0906

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

CLINIC(S): ( )CARDIAC ()DIABETIC ()ENDO/LIPID ()GASTRO ( )GENERAL () HYPERTENSION ( )INFECT DISEASE ( )MNTL HLTH ( ) NEUROLOGY( )OB GYN ( )ORTH/RHEUM ( ) PULMONARY

SUBJECTIVE:

Pt has no hypertension. Hx takes Inderal for migraines. No migraine episodes [illegible]

PAIN SCALE

- 10
- 8
- 6
- 4
- 2
- 0

0 No Pain
1-2 Mild
3-4 Discomfort
5-6 Moderate
7-8 Severe
9-10 Worst Pain

right foot

left foot

OBJECTIVE: (Review of Systems):

Weight: 198 Temp: 97 Pulse: [illegible] Resp: 16 BP: 134/76

Mental Health/Neuro: Alert + Oriented x-3 Neuro is intact

HEENT: normocephalic [illegible] normal fundoscopy

Neck: [illegible] no masses, supple thyroid [illegible]

Heart: RRR w/o [illegible] [illegible] or gallops

Lungs: All clear

Abdomen: STD no masses

Extremities: no edema

Recent labs.

N/A ordered

| HOSPITAL OR MEDICAL FACILITY FCI/FPC BENNETTSVILLE | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, giv: Name-last first, middle; ID No or SSN; Sex; Dat of Birth; Rank/Grade.)*

FCI BENNETTSVILLE

Keely Leslie
26864-039

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12.9.05 | Cont. |
| 0900 | ASSESSMENT(S): Migraine |
| | Hyperlipidemia |
| | PLAN: |
| | **E: EDUCATION** |
| | (✓)Etiology, Complications, Prognosis, Prevention (✓)Diet, Diabetic/Cardiac/Infectious Disease, Lifestyle changes |
| | (✓)No Smoking (✓)Medication Dosage/Administration/Compliance/Side Effects (✓)Patient Understood Topics |
| | Diagnostic tests: |
| | 1- Lipid CXR |
| | 2. Basic Panel EKG |
| | 3- Referral to IDC for Vaccination: ⊖ |
| | 4- Return to Clinic for Routine Follow Up on 6m : |
| | (5) ~~Delete HTN & ..~~ Delete HTN and Gen |
| lr | (6) . Propranolol 20mg PO twice a day x-6m |
| lr | (7) Lovastatin 20mg TPO daily x-6m. |
| lr | (8). Aspirin EC 81mg TPO daily x-6m |
| | (9) |

REVIEWED
Dr. J. Berrios, MD BM
DEC 09 2005
FCI BEN

STANDARD FORM 600 *(REV. 6-97)* BACK

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| DATE/TIME | INTAKE SCREENING QUESTIONAIRE/INITIAL ORDERS |
| 12-1-05 | INTAKE MEDICAL SCREENING FOR (FCI) FPC (circle one) PPD 9/27/05 |
| 1555 | INMATE ARRIVED PER: J&C (TRANSFER) WRIT PV SELF-SURRENDER mm |
| | PPD GIVEN: Yes No/Date to be read: Reason not given 0x0mm |
| | CHEST X-RAY: Results Positive/Negative Date: |
| | ______ Does not have any of the following symptoms |
| | ______ Does have the following symptoms |
| | ______ Unexplained weight loss Fever ______ |
| | ______ Cough lasting>3 weeks Night Sweats ______ |
| | ______ Hemoptysis (coughing up blood) |
| | ALLERGIES: Yes (No) List: ______ |
| | EVIDENCE OF CONTAGIOUS DISEASE (Lice, TB, Hepatitis, HIV/AIDS) |
| | ARE YOU CURRENTLY IN PAIN: Yes (No) If yes, use pain scale 0--1--2--3--4--5--6--7--8--9--10 No Pain Mod Severe Pain |
| | WHERE IS THE PAIN LOCATED? N/A HOW LONG? |
| | HISTORY OF PSYCHIATRIC ILLNESS: Yes (No) |
| | IMMEDIATE REFERRAL TO PSYCHOLOGY/PSYCHIATRY: Yes (No) |
| | SUICIDE HISTORY OR IDEATION: Yes (No) Explain |
| | HISTORY OF SEXUAL ASSAULT: Yes (No) Explain |
| | INTAKE SCREENING REVIEWED AND NOTED: (Yes) No Reason |
| | TETANUS: Yes No Physical exam to be done: Yes No |
| | SIGN/STAMP NAME: S Deese, RN |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FCI/FPC BENNETTSVILLE | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. | WARD NO.

INMATE
INMATE **Kelly, Leslie R.** **26864-039**
**DOB: 12-17-62**
**FCI Bennettsville**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

Kelly, Leslie R. 26864-039
DOB: 12-17-62
FCI Bennettsville

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12-1-05 | INMATE EDUCATED ON SICK CALL (DENTAL/MEDICAL) PILL LINE |
| 1555 | PROCEDURES. PATIENT VOICE UNDERSTANDING AND AGREES. Yes No |
| | CARE LEVEL (Circle One) |
| | CARE LEVEL 1: Essentially Healthy Inmate, no serious medical conditions |
| | CARE LEVEL 2: Non-complex acute and chronic ambulatory conditions |
| | CARE LEVEL 3: Complex ambulatory conditions |
| | CARE LEVEL 4: Requires sub-acute/long-term inpatient care, medically complex. |
| | ADD TO CHRONIC CARE CLINICS: Yes No (Circle One) |
| | CARDIAC DIABETIC GASTRO ENDO/LIPID GENERAL |
| | HTN INFECT. DIS NEUROLOGY ORTHO/RHEM PULMONARY |
| | ESSENTIAL MEDICATIONS (Chronic Care Medications Only) |
| | Meds: |
| | ① EC-ASA 81mg po q d x 1 mo |
| | ② IBU 600mg PO TID x 1 wk |
| | ③ Lovastatin 20mg po q pm x 1 mo |
| | ④ Propranolol HCL 20 mg BID with food x 1 mo |
| | [signature] 12/5/05 |
| | Luis Berrios, M.D. Clinical Director FCI Bennettsville |
| | sign/stamp name S Deese RN |
| | Inmate Name Kelly, Leslie |
| | Inmate Number 26864-039 |

11/23/05 1738 Meds x7 days G. Martel Paramedic/EMT FCI/FDC Tallahassee

11/29/05 1938 **OK FOR TRANSFER** G. Martel Paramedic/EMT FCI/FDC Tallahassee

11-30-05 1507 OK For Transfer USP Atlanta

U.S. DEPARTMENT OF JUSTICE BUS FEDERAL BUREAU OF PRISONS

TB Clearance ... No

1. PPD Completed: 7-27-05 Date

Results: 0 mm

2. CXR Completed: N/A Date

Results: N/A

3. Symptom free per SF-600 x 30 days.

X YES ☐ NO

| Name | Reg. # | | |
|---|---|---|---|
| [signature] | 36864-039 | | |
| Departed from | Destination | Date | |
| FCI JESUP, GA | [illegible] | 11-23-2005 | |

Current Medical Problems:
1. HYPERTENSION
2. HYPERLIPIDEMIA
3. MIGRAINES
4.
5.
6.

Date of Birth: 12-17-62 | Drug Allergies: NKDA

| Medication | Dose | Route | Other Instructions | AM | Noon | PM | Bedtime | Stop Date |
|---|---|---|---|---|---|---|---|---|
| LOVASTATIN | 20mg | By mouth | take one tablet at bedtime | — | | | ✓ | 11-30-05 |
| ECASA | 81mg | By mouth | take one tablet at morning | ✓ | — | | | 11-30-05 |
| PROPRANOLOL | 10mg | By mouth | take two tablets three a day | ✓ | — | | ✓ | 11-30-05 |
| Ibuprofen | 600mg | By mouth | take one tablet Three times a day | | ✓ | ✓ | — | 11-30-05 |

ALL MEDICATION TO BE CONTINUED UNTIL EVALUATED BY PHYSICIAN UNLESS OTHERWISE INDICATED

Special medical equipment required: X NO ☐ YES (Specify):

Additional Comments:

Continue on all medication until evaluated at receiving institution

UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE

Sign and Print Name of Health Care Provider: [signature] MLO Miguel A. Terceadas, PA FCI/FPC Jesup GA

Phone: 912-427-0870

Date: 11-21-05

COMPLETE THIS SECTION, IF APPLICABLE

Transportation Restrictions: ☐ None ☐ Ground only ☐ Air only

[illegible] ☐ Yes [illegible] Comment:

[illegible]

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

11/8/05 CCC: Endo-Lipids/HTN/general, H/A 1/2
1200 times every day.
118/74 O: pt A&O x3 - Vision Persl Fundus
86 not visualized well. no signs papilledema
16 BP wnl. O PRR 5 m/g - pt had stress test 2 months ago @ ... Chest stab - abd wnl - pt denies paid alarm ... pt taking metoprolol instead of inderal for migraine. cholesterol 280/152 in 10-3-05.

A: Hyperlipidemia
HTN controlled
migraine? (H/A) not controlled.

P issue Lovastatin 20 mg q evening x 180.
ECASA 81 mg daily x 180 days
DC metoprolol start propranolol 40 mg daily x 180 d. pt to return for twice weekly B/P ✓ for 2 weeks.
Motrin 600 mg, i tid c food PRN migraine x 180 days.
taught med, side effects & change cc 180 days

F Adair

Frank Adair, MLP
FCI Jesup, GA

[signature]
M. Chipi, MD
Medical Officer
FCI Jesup, Ga.

..., RPH
JESUP, GA

NSN 7540-00-634-4176 600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9.23.05 | chest / lung CTAB |
| 1515 | Cardio S1S2 |
| | Abdomen benign |
| | Neuro CN II - XII normal |
| | A/P Headache |
| | Educate pt to avoid anything that |
| | triggers headaches |
| | Motrin 600mg i po TID prn HA x 90day |
| | [signature] |
| | [signature] 9-26-05 — M. Chipi, MD Medical Officer FCI Jesup, Ga. |
| | ...amu, ... ... Jesup, G... |
| | [initials] ...son, RPH ... JESUP, GA |
| 9/29/05 | no show for sick call appt. |
| 1330 | F Adair |
| | Frank Adair, MLP FCI Jesup, GA |
| 10-3-05 | Administrative Note; Update of |
| 1110 | copies from last request of 9-8-05. |
| | 7 Copies L Oliver, HIT |
| | L. Oliver, HIT FCI Jesup, GA |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

...Y, LESLIE
...36...-039
...17/62
F... JESUP, GA.

RECORDS MAINTAINED AT: FCI JESUP, GEORGIA

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | Medication: Allergies: |
| | ( )Antifungal Cream APAA BIDx ____ days # ____ refills ____. |
| | ( )Milk of Magnesia 15ml/30ml p.o. qHS for constipation days Refills |
| | ( )Tylenol 325mg. (1)/(2) tablets QID prn for fever/pain relief/headaches # refills |
| | ( )Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) tabs q4-6 hrs.prn fever/pain # Reffils |
| | ( )Ibuprofen 400mg 1p.o. t.i.c. prn p.c. for pain relief #21 Refill ____ |
| | ( )HC Cream 1% APAA BIDx ____ days # ____ gm Refills |
| | ( )Colace 100mg 1 capsule BID for constipation # ____ Refills |
| | ( )Dulcolax take(2)or(3)tabs. qHS for constipation # ____ Refills |
| | ( )Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs prn for heartburn,indigestion x ____ days Refills |
| | ( )Tagamet 300mg/400mg p.o. q 12 hrs x ____ dats. refills ____ |
| | ( )Zantac 150mg p.o. q 12 hrs x ____ days. refills ____ |
| | ( )Antibiotic Ointment APAA BID/TID/QID x ____ days # ____ gm refills ____ |
| | ( )Antibiotics Oral/Injectables: (specify route,times,days,etc.) CHECK FOR ALLERGIES: |
| | ① Bactrim DS i BID x 10 day Non pill line |
| | ② Bactoban BID #1 |
| | ③ RTC PRN |
| | Paul W. Wickard PAC |
| | Paul W. Wickard, PAC Physician Assistant FCI/FPC/FSL Jesup, Ga. |
| | W |
| | RPH |
| 9-8-05 | Admin Note: Updated copies of |
| 0730 | file from 6-10-05 to present. |
| | 11 copies L Oliver, MT |
| | L. Oliver, MT FCI Jesup, GA |
| 9.23.05 | The pt just returned from |
| 1515 | Savannah Memorial where he |
| BP 124/74 | had a stress test. He admits |
| P 64 | to a headache but denies |
| R 15 | any chest pain dizziness |
| T 97.7 | or SOB |
| | HEENT normocephalic |

U.S. GOVERNMENT PRINTING OFFICE: 1995-606-208

STANDARD FORM 600 BACK (REV. 5-84)

B Arogundade MD
BOLAJI AROGMDE
FCI JESUP

NSN 7540-00-634-4176

600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8/9/05 | SUBJECTIVE: SICK CALL ( ) CAMP ( ) H.S.U ( ) S.H.U |
| 1230 | Chief Complaint(s): itching / rash / headache / dyspepsia / nasal congestion toothache / somatic pain / renew medication / other: |
| | History of Present Illness: c/o L nostril bleeding |
| | off on x 2 months ØF/c |
| | |
| | |
| | Numeric Scale for Pain Assessment: (1) (2) (3) (4) (5) (6) (7) (8) (9) (10) |
| | OBJECTIVE: B/P: T(F): P: R/R: Wgt: FVE1: |
| | HEENT: ( ) N/A ( ) Normal ( ) Abdominal(Describe): L nares sm sore |
| | Skin: ( ) N/A ( ) Normal ( ) Abnormal(Describe): lateral wall |
| | Heart: ( ) N/A ( ) Normal ( ) Abnormal(Describe): Lungs: ( ) N/A ( ) Normal ( ) Abnormal(Describe): |
| | Abdomen: ( ) N/A ( ) Normal ( ) Abnormal(Describe): |
| | |
| | Other: |
| | ASSESSMENT: Dermatitis / Fungal Infection (feet) (groin) (skin) / Dyspepsia Rhinitis / Upper Respiratory Infection / Constipation / Headache / toothache Other: |
| | infection |
| | PLAN: |
| | Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( )LFT ( ) Lipids ( ) Other: |
| | Patient Education: ( )Etiology Complications Prognosis Adverse Reactions ( ) Diet ( )Use of MDI |
| | (✓) Stop Smoking/ Increase exercise (✓) Medication Dosage/Administration/complian |
| | (✓) Patient Undersood and agreed |
| | Consultation / Referral: |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*
KELLY, LESLIE
26864-039
12/17/62
FCI JESUP, GA.

RECORDS MAINTAINED AT: FCI JESUP, GEORGIA

| PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

NSN 7540-00-634-4176 600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6.23.05 | SUBJECTIVE: (SICK CALL) ( ) CAMP ( ) H.S.U ( ) S.H.U |
| 0930 | Chief Complaint(s): itching / rash / headache / dyspepsia / nasal congestion toothache / somatic pain / renew medication / other: |
| | History of Present Illness: I have nose bleed |
| | and head for 3 days |
| | He denies any photo sensitivity |
| | |
| | |
| | Numeric Scale for Pain Assessment: (1) (2) (3) (4) (5) (6) (7) (8) (9) (10) |
| | OBJECTIVE: B/P: 120/70 T(F): 97.3 P: 63 R/R: 18 Wgt: FVEI: |
| | HEENT: ( ) N/A ( ) Normal (✓) Abdominal(Describe): |
| | Skin: ( ) N/A ( ) Normal ( ) Abnormal(Describe): Muco purulent nasal discharge |
| | Heart: ( ) N/A ( ) Normal ( ) Abnormal(Describe): Lungs: ( ) N/A ( ) Normal ( ) Abnormal(Describe): |
| | Abdomen: ( ) N/A ( ) Normal ( ) Abnormal(Describe): |
| | |
| | Other: |
| | ASSESSMENT: Dermatitis / Fungal Infection (feet) (groin) (skin) / Dyspepsia Rhinitis / Upper Respiratory Infection / Constipation / Headache / toothache Other: Headache Migraine |
| | Sinusitis |
| | PLAN: |
| | Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( )LFT ( ) Lipids ( ) Other: |
| | Patient Education: (✓)Etiology Complications Prognosis Adverse Reactions (✓) Diet ( )Use of MDI |
| | (✓) Stop Smoking/ Increase exercise (✓) Medication Dosage/Administration/compliar |
| | (✓) Patient Undersood and agreed |
| | Consultation / Referral: |

B Aremu PAC

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

KELLY, LESLIE
20864-039
12/17/62 / /
FCI JESUP, GA.

RECORDS MAINTAINED AT: FCI JESUP, GEORGIA

B. Aremu, PAC
FCI Jesup, GA

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

6-23-05 Medication: Allergies: NKDA

0930

( )Antifungal Cream APAA BIDx ____ days # ____ refills ____.
( )Milk of Magnesia 15ml/30ml p.o. qHS for constipation ____ days Refills
( )Tylenol 325mg. (1)/(2) tablets QID pm for fever/pain relief/headaches
( )Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) tabs q4-6 hrs.pm fever/pain # ____ refills
( )Ibuprofen 400mg 1p.o. t.i.c. pm p.c. for pain relief # ____ Reffils #21 Refill ____
( )HC Cream 1% APAA BIDx ____ days # ____ gm, Refills ____
( )Colace 100mg 1 capsule BID for constipation # ____ Refills ____
( )Dulcolax take(2)or(3)tabs. qHS for constipation # ____ Refills ____
( )Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs pm for heartburn,indigestion x ____ days Refills ____
( )Tagamet 300mg/400mg p.o. q 12 hrs x ____ dats. refills ____
( )Zantac 150mg p.o. q 12 hrs x ____ days. refills ____
( )Antibiotic Ointment APAA BID/TID/QID x ____ days # ____ gm refills ____

( )Antibiotics Oral/Injectables: (specify route,times,days,etc.)
CHECK FOR ALLERGIES:

Imipenem i S/C given
Amoxicillin 500mg i PO TID x 7days

B. Aremu, PAC
FCI Jesup, GA

Watson, RPH
FCI JESUP, GA

U.S. GOVERNMENT PRINTING OFFICE: 1985-506-808

NSN 7540-00-634-4176 600-108

**HEALTH RECORD** — **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6/7/05 | SUBJECTIVE: SICK CALL ( ) CAMP ( ) H.S.U (✓) S.H.U |
| 1310 | Chief Complaint(s): itching / rash / headache / dyspepsia / nasal congestion toothache / somatic pain / renew medication / other: |
| | History of Present Illness: R chest pa last night c deep inspiration |
| | Numeric Scale for Pain Assessment: (1) (2) (3) (4) (5) (6) (7) (8) (9) (10) |
| | OBJECTIVE: B/P: 104/66 T(F): 99.3 P: 93 R/R: Wgt: FVEl: |
| | HEENT: ( ) N/A ( ) Normal ( ) Abdominal(Describe): [illegible] 6/0499 |
| | Skin: ( ) N/A (✓) Normal ( ) Abnormal(Describe): |
| | Heart: ( ) N/A (✓) Normal ( ) Abnormal(Describe): |
| | Lungs: ( ) N/A (✓) Normal ( ) Abnormal(Describe): |
| | Abdomen: ( ) N/A ( ) Normal ( ) Abnormal(Describe): |
| | Other: |
| | ASSESSMENT: Dermatitis / Fungal Infection (feet) (groin) (skin) / Dyspepsia Rhinitis / Upper Respiratory Infection / Constipation / Headache / toothache Other: URI |
| | PLAN: |
| | Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( )LFT ( ) Lipids ( ) Other: |
| | Patient Education: (✓)Etiology Complications Prognosis Adverse Reactions ( ) Diet ( )Use of MDI (✓) Stop Smoking/ Increase exercise (✓) Medication Dosage/Administration/complia[nce] |
| | (✓) Patient Undersood and agreed |
| | Consultation / Referral: |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

KELLY, LESLIE
26864-039
12/17/62 / /
FCI JESUP, GA.

RECORDS MAINTAINED AT: FCI JESUP, GEORGIA

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Medication: Allergies:

( )Antifungal Cream APAA BIDx ____ days # ____ refills ____.
( )Milk of Magnesia 15ml/30ml p.o. qHS for constipation ____ days Refills
( )Tylenol 325mg. (1)/(2) tablets QID prn for fever/pain relief/headaches # ____ refills
( )Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) tabs q4-6 hrs.prn fever/pain # ____ Reffils
( )Ibuprofen 400mg 1p.o. t.i.c. prn p.c. for pain relief #21 Refill ____
( )HC Cream 1% APAA BIDx ____ days # ____ gm Refills ____
( )Colace 100mg 1 capsule BID for constipation # ____ Refills
( )Dulcolax take(2)or(3)tabs. qHS for constipation # ____ Refills
( )Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs prn for heartburn,indigestion x ____ days Refills
( )Tagamet 300mg/400mg p.o. q 12 hrs x ____ dats. refills ____
( )Zantac 150mg p.o. q 12 hrs x ____ days. refills
( )Antibiotic Ointment APAA BID/TID/QID x ____ days # ____ gm refills ____

( )Antibiotics Oral/Injectables: (specify route,times,days,etc.)
CHECK FOR ALLERGIES:

Idle x 2 days
Tylenol ES ii Q 8° PRN

[signature]
Paul W. Wickard, PAC
~~Physician Assistant~~
FCI/FPC/FSL Jesup, Ga.

[signature]
Watson, RPH
FCI/FPC JESUP, GA

6-10-05 1015 — Admin Note: Update of file from 5-4-05 to present.

[signature] L. Oliver, HIT
L. Oliver, HIT
FCI Jesup, GA

U.S. GOVERNMENT PRINTING OFFICE: 1995-605-208

STANDARD FORM 600 BACK (REV. 5-84)

U.S. DEPARTMENT OF JUSTICE — BUS — FEDERAL PRISONER/ALIEN IN TRANSIT FORM

FEDERAL BUREAU OF PRISONS

TB Clearance Yes ✓ No

1. PPD Completed: 1-27-05 (Date)

Results: 0 mm

2. CXR Completed: N/A (Date)

Results: N/A

3. Symptom free per SF-600 x 30 days.

X YES ☐ NO

Name: Kelly, Leslie

Reg. #: 26864-039

Departed from: FCI JESUP, GA

Destination: Allen

Date: 11-23-2005

Current Medical Problems:
1. HYPERTENSION
2. HYPERLIPIDEMIA
3. MIGRAINES
4.
5.
6.

Date of Birth: 12-17-62

Drug Allergies: NKDA

| Medication | Dose | Route | Other instructions | AM | Noon | PM | Bedtime | |
|---|---|---|---|---|---|---|---|---|
| LOVASTATIN | 20mg | BY mouth | Take one tablet at bedtime | | | | ✓ | NO STOP |
| ECASA | 81mg | BY mouth | Take one tablet at morning | ✓ | | | | 11-30-05 |
| PROPRANOL | 10mg | BY mouth | Take two tablet twice a day | ✓ | | | ✓ | 11-30-05 |
| Ibuprofen | 600mg | BY mouth | Take one tablet Three times a day | ✓ | ✓ | | ✓ | 11-30-05 |
| | | | | | | | | 11-30-05 |
| | | | | | | | | NO STOP |

Reviewed 12/1/05 S. Deese, RN

S. Deese, RN, BSN
CI BENNETTSVILLE

ALL MEDICATION TO BE CONTINUED UNTIL EVALUATED BY PHYSICIAN UNLESS OTHERWISE INDICATED

Special medical equipment required? X NO ☐ YES (Specify):

Additional Comments:

Continue on all medication until evaluated at receiving institution

UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE

Sign and Print Name - Title of Health Care Provider: [signature] MLP — Miguel A. Tenadas, PA EMS/VPC Jesup GA

Phone: [illegible]

Date: 11-21-05

COMPLETE THIS SECTION IF APPLICABLE

Mode of Travel Restrictions: ☐ None ☐ Ground only ☐ Air only

Cleared [illegible] ☐ No ☐ Yes Comments:

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE/TIME: 5-5-05 0855

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

CLINIC(S): ( )CARDIAC ( )DIABETIC (X)ENDO/LIPID ( )GASTRO (X)GENERAL (X)HYPERTENSION ( )INFECT DISEASE ( )MNTL HLTH ( )NEUROLOGY ( )OB GYN ( )ORTH/RHEUM ( ) PULMONARY

SUBJECTIVE: Doing pretty well Appt is ok wt stable
Voiding - ok BM - ok ⊖ BTS ⊖ RBS
Exercising - walking TOB ∅
sleeping - ok
continues c HA's

PAIN SCALE
10
8
6
4
2
0
0 No Pain
1-2 Mild
3-4 Discomfort
5-6 Moderate
7-8 Severe
9-10 Worst Pain
right foot
left foot

OBJECTIVE: (Review of Systems): AGE: 47 SEX: Male RACE: AA

Weight: 202 Temp: Pulse: 79 Resp: 16 BP: 110/66 SO2% Peak Flow:

Mental Health: stable

HEENT: Normal Last Op/Opht. Eval: 4/05

Neck: ⊖ thyroid ⊖ bruit Eyes: PERRLA

Heart: RRR ∅ M

Lungs: clear

Abdomen: soft BS⊕ non tender ⊖ masses

Genital/Rectal: deferred

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, giv: Name-last first, middle; ID No or SSN; Sex; Dat of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

25864-039
12/17/62
FCI JESUP, GA.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5-9-05 Cont. | Extremities: +3 pulse ⊖ edema |
| | Recent Lab Results: |
| | ASSESSMENT(S): ① HTN ② HA ③ ↑ lipid |
| | ① Triple antibiotic BID (nose) #1 |
| | ② Motrin 600mg TID ē meals x 180 days |
| | ③ EC ASA 81mg every day x 180 day |
| | PLAN ④ Lovastatin 20mg everyday x 180 day |
| ↓ | ⑤ Metoprolol 25 mg BID x 180 day |

Luis Burgos, MD
FCI/FPC Jesup, GA

PATIENT EDUCATION:

(✓)Etiology, Complications, Prognosis, Prevention( )Diet, Diabetic/Cardiac/Infectious Disease, Lifestyle changes

(✓)No Smoking (✓)Medication Dosage/Administration/Compliance/Side Effects (✓)Patient Understood Topics

(✓)Instructed if problems or if running out of medication should sign up for sick-call.

DIAGNOSTIC STUDIES: (✓)CBC/DIFF ( )UA ( )BMP(✓)CMP (✓)LIPIDS ( )HgA1c ( )LFT ( )Viral Load ( )CD4 ( )Hepatitis Panel ( )CXR ( )EKG ( )Others: 5 months

Consultations: ( )Optometrist ( ) Ophthalmologist ( )Dietician ( )Orthopedic Surgeon ( )Other

Referral to IDC for Vaccination: ( )Influenza ( )Pneumococcal ( )Other

Return to Clinic for Routine Follow Up on: ~~90~~ days 180

Treatment(s): ALL Treatments For ~~90~~ Days. 180

AST/ALT... 113

Watson, RPH
FCI/FPC JESUP, GA

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.

STANDARD FORM 600 *(REV. 6-97)* BACK

HEALTH RECORD

# CHRONOLOGICAL RECORD OF MEDICAL CARE

600-108

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11/14/05 0940 | SUBJECTIVE: SICK CALL ( ) CAMP ( ) H.S.U ( ) S.H.U |
| | Chief Complaint(s): itching / rash / headache / dyspepsia / nasal congestion toothache / somatic pain / renew medication / other: |
| | History of Present Illness: C/o R-sided neck pain ⊖F/c ⊖ night sweats |
| | Numeric Scale for Pain Assessment: (1) (2) (3) (4) (5) (6) (7) (8) (9) (10) — (2) circled |
| | OBJECTIVE: B/P: T(F): P: R/R: Wgt: FVEl: |
| | HEENT: ( ) N/A ( ) Normal ( ) Abdominal(Describe): tenderness R side of neck |
| | Skin: ( ) N/A ( ) Normal ( ) Abnormal(Describe): |
| | Heart: ( ) N/A ( ) Normal ( ) Abnormal(Describe): |
| | Lungs: ( ) N/A ( ) Normal ( ) Abnormal(Describe): R ear normal |
| | Abdomen: ( ) N/A ( ) Normal ( ) Abnormal(Describe): throat + neck Normal |
| | Other: |
| | ASSESSMENT: Dermatitis / Fungal Infection (feet) (groin) (skin) / Dyspepsia Rhinitis / Upper Respiratory Infection / Constipation / Headache / toothache Other: Neck pain |
| | PLAN: |
| | Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( )LFT ( ) Lipids ( ) Other: |
| | Patient Education: ( )Etiology Complications Prognosis Adverse Reactions ( ) Diet ( )Use of MDI |
| | (✓) Stop Smoking/ Increase exercise (✓) Medication Dosage/Administration/complian |
| | ( ) Patient Undersood and agreed |
| | Consultation / Referral: |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

KELLY, LESLIE
26864-039
12/17/62
FCI JESUP, GA.

RECORDS MAINTAINED AT: FCI JESUP, GEORGIA

| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
|---|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Medication: Allergies:

( )Antifungal Cream APAA BIDx ____ days # ____ refills ____.
( )Milk of Magnesia 15ml/30ml p.o. qHS for constipation ____ days Refills
( )Tylenol 325mg. (1)/(2) tablets QID pm for fever/pain relief/headaches
( )Aspirin(81 mg)/(325mg) TT PO QD/QID/(1)/(2) tabs q4-6 hrs.pm fever/pain # ____ refills
( )Ibuprofen 400mg 1p.o. t.i.c. pm p.c. for pain relief # #21 Refill Reffils
( )HC Cream 1% APAA BIDx ____ days # ____ gm, Refills ____
( )Colace 100mg 1 capsule BID for constipation # ____ Refills
( )Dulcolax take(2)or(3)tabs. qHS for constipation # ____ Refills
( )Antacid Suspension(10ml)/(15ml)p.o. q 4 hrs pm for heartburn,indigestion x ____ days ____ Refills
( )Tagamet 300mg/400mg p.o. q 12 hrs x ____ dats. refills ____
( )Zantac 150mg p.o. q 12 hrs x ____ days. refills
( )Antibiotic Ointment APAA BID/TID/QID x ____ days # ____ gm refills ____
( )Antibiotics Oral/Injectables: (specify route,times,days,etc.)
CHECK FOR ALLERGIES:

① Motrin 600mg TID c̄ meals #60
② Amoxicillin 500mg TID x 10 days

Paul W. Wickard PA

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.

...n, RPH
...JESUP, Ga

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | (1) Doxycline 100mg BID x 10 day |
| | (2) GM T Q 8° PRN |
| | (3) Idle X 3 day |
| | [illegible] Paul W. Wickard, PAC Physician Assistant FCI/FPC/FSL Jesup, Ga. |
| | [illegible] [illegible] ...tson, RPH ...C JESUP, GA |
| 3-31-05 1015 | Admin Note: Copy of Lab dated 3-9-05 to inmate. 2 Copies. L Oliver, HIT L. Oliver, HIT FCI Jesup, GA |

HEALTH RECORD

# CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

3/1/03
1315

**SUBJECTIVE:** SICK CALL ( ) CAMP ( ) H.S.U. ( ) S.H.U.

**Chief Complaint(s):** itching / rash / headache / dyspepsia / nasal congestion / constipation toothache, somatic pain, renew medication other:

**History of Present Illness:** c/o head congestion
tenderness anterior chest wall
⊖ P/C ⊕ body aches ⊕ cough

**Numeric Scale for Pain Assessment:** ☺ (1) (2) (3) (4) (5) (6) (7) (8) (10) ☹

**OBJECTIVE:** B/P: T(F): P: R/R: Wgt: PVBA:

HEENT: ( ) N/A ( ) Normal ( ) Abnormal(Describe): Nares – boggy

Skin: ( ) N/A ( ) Normal ( )Abnormal(Describe): EARS – Normal

Heart: ( ) N/A ( )Normal ( )Abnormal(Describe): Throat – red

Lungs: ( ) N/A ( )Normal ( )Abnormal (Describe):

Abdomen: ( ) N/A ( )Normal ( )Abnormal(Describe): Ley slt bronchial BS

Other:

**ASSESSMENT:** Dermatitis / Fungal Infection (Feet) (Groin) ( Skin ) / Dyspepsia / Rhinitis / Upper Respiratory Infection / Constipation / Headache / Toothache /
Other: bronchitis

**PLAN:**

Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( ) LFT ( ) Lipids ( )Other:

Patient Education:
(✓) Etiology, Complications, Prognosis, Adverse Reactions ( ) Diet ( ) Use of MDI
(✓) Stop smoking / Increase exercise (✓) Medication Dosage/Administration/Compliance
(✓) Patient Understood an Agreed

Consultation / Referral:

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial) | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

SUBJECTIVE: Doing pretty well

Wt stable Voiding - ok BM

Exercise - bike + wt

Sleeping - poorly c/o dizziness

when bending over also occasion

SOB

PAIN SCALE
10
8
6
4
2
0

0 No Pain
1-2 Mild
3-4 Discomfort
5-6 Moderate
7-8 Severe
9-10 Worst Pain

right foot

left foot

OBJECTIVE: (Review of Systems): AGE: 42 SEX: Male RACE: AA

Weight: 204 Temp: Pulse: 62 Resp: BP: 120/66 SO2% Peak Flow:

Mental Health: Stable ↑pulse 64 ↑BP 134/69

HEENT: Normal Last Op/Opht. Eval: 12/02

Neck: ⊖ bruit ⊖ thyroid Eyes: PERRLA

Heart: RRR 3M

Lungs: Clear

Abdomen: soft BS⊕ nontender ⊖masses

Genital/Rectal: deferred

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME<br>KELLY, LESLIE | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, giv: Name-last first, middle; ID No or SSN; Sex; Dat of Birth; Rank/Grade.)*

12/17/62 / /

FCI JESUP, GA.

| REGISTER NO. | WARD NO. |
|---|---|
| | |

CHRONOLOGICAL RECORD OF MEDICAL C-

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Extremities:

Recent Lab Results: Chol 234 LDL [illegible]

ASSESSMENT(S): ① HTN ② Hlipid ③ Overweight ④ [illegible]

① Metoprolol 50mg BID x 90 days
② Lovastatin 20mg everyday x 90 days
③ EC ASA 81mg everyday x 90 days

PLAN ④ Motrin 600mg TID c meals x 90 days.

PATIENT EDUCATION:

(X)Etiology, Complications, Prognosis, Prevention (X)Diet, Diabetic/Cardiac/Infectious Disease, Lifestyle changes

(X)No Smoking (X)Medication Dosage/Administration/Compliance/Side Effects (X)Patient Understood Topics

(X)Instructed if problems or if running out of medication should sign up for sick-call.

DIAGNOSTIC STUDIES: (X)CBC/DIFF ( )UA ( )BMP (X)CMP (X)LIPIDS ( )HgA1c (X)LFT ( )Viral Load

( )CD4 ( )Hepatitis Panel ( )CXR ( )EKG ( )Others: 1 month fasting

Consultations: ( )Optometrist ( ) Ophthalmologist ( )Dietician ( )Orthopedic Surgeon ( )Other

Referral to IDC for Vaccination: ( )Influenza ( )Pneumococcal ( )Other

Return to Clinic for Routine Follow Up on: 90 days

Treatment(s): ALL Treatments For 90 Days.

Paul W Wickard

2-1-06 Watson, RPH Jesup, GA

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.

HEALTH RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11-18-04 | CHRONIC CARE CLINIC |
| 1100 | S) Doing pretty good — Appt well |
| | wt. stable Voiding — up alot at |
| P-71 | night CM — ⊖ OBTS ⊖ RB |
| 120/59 | SOB occurs at night wake you |
| | up ⊖ CP |
| | O) HEENT — Normal |
| | Neck ⊖ bruit ⊖ thyroid |
| | Lung — clear |
| | Heart RRR ⊖ M |
| | Abd — soft BS⊕ nontender |
| | Ext ⊖ edema ⊕ 3 pulses |
| | A) HTN |
| | P) ① Lopressor 50mg BID X 90 day |
| | ② Motrin 600mg TID c meals x 90 days |
| | ③ RTC 90 days |
| | ④ Lab recheck cholesterol — |
| | [signature] 11/18/04 1800 [signature] PAC WICLAND |
| | [signature] M. Chipi, MD Medical Officer FCI Jesup, GA |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

26864-039

12/17/62 / /

FCI JESUP, GA.

RECORDS MAINTAINED AT: FCI JESUP, GEORGIA

PATIENT'S NAME (Last, First, Middle initial) | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

12-1-04 1030 Admin Note: [illegible] to inmate. [illegible]

[illegible]
FCI Jesup, GA

U.S. GOVERNMENT PRINTING OFFICE 1995-606-208

STANDARD FORM 600 BACK (REV. 5-84)

CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

11/18/04 0645

SUBJECTIVE: (SICK CALL) / CAMP / ...

Chief Complaint(s): Itching / rash / headache / dyspepsia / nasal congestion / constipation / toothache, somatic pain, renew medication / other

History of Present Illness: C/o head congestion, post nasal drip worst at night. States CTM not working.

Numeric Scale for Pain Assessment: (1) (2) (3) (4) (5) (6) (7) (9) (10) — (1) circled

OBJECTIVE: B/P: T(F): P: R/R Wgt: FVE1:

HEENT: ( ) N/A ( ) Normal ( ) Abnormal(Describe): Turbinates – pale swollen

Skin: ( ) N/A ( ) Normal ( ) Abnormal(Describe): throat red ō exudates

Heart: ( ) N/A ( ) Normal ( ) Abnormal(Describe):

Lungs: ( ) N/A ( ) Normal ( ) Abnormal (Describe):

Abdomen: ( ) N/A ( ) Normal ( ) Abnormal(Describe):

Paul W. Wicking, PAC
Physician Assistant
[illegible stamp]

Other:

ASSESSMENT: Dermatitis / Fungal Infection (Feet) (Groin) (Skin) / Dyspepsia / Rhinitis / Upper Respiratory Infection / Constipation / Headache / Toothache / Other:

PLAN:
Diagnostic Studies: ( ) CBC ( ) UA ( ) SMA-24 ( ) LFT ( ) Lipids ( ) Other:

Patient Education:
(✓) Etiology, Complications, Prognosis, Adverse Reactions ( ) Diet ( ) Use of MDI
( ) Stop smoking / Increase exercise (✓) Medication Dosage/Administration/Compliance
(✓) Patient Understood an Agreed

Consultation / Referral:

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

KELLY, LESLIE
26864-039
12/17/62
FCI JESUP, GA.

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial) | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

11/15/04 Medication:
0645
(Cont)

( ) Antifungal Cream APAA BID X ____ days
( ) Milk of Magnesia 15 ml / 30 ml p.o. qHS for constipation ____ days Refill
( ) Tylenol 325 mg. (1) / (2) tablets QID prn for fever / pain relief / headaches # ____ Refill
( ) Aspirin (81 mg) / (325 mg) TT PO QD / QID / (1) or (2) tabs q 4-6 hrs. prn fever / pain # ____ Refill
( ) Ibuprofen 400 mg 1p.o. t.i.d. prn p.c. for pain relief #21 Refill: ____
( ) HC Cream 1% APAA BID x ____ days # ____ gm Refill: ____
( ) Colace 100 mg 1 capsule BID for constipation. # ____ Refill ____
( ) Dulcolax Take (2) or (3) tabs. q HS for constipation # ____ Refill ____
( ) Antacid Suspension (10 ml) / (15 ml) p.o. q 4 hrs prn for heartburn, indigestion X ____ days # ____ Refill ____
( ) Tagamet 300 mg / 400 mg p.o. q 12 hrs X ____ days. Refills ____
( ) Zantac 150 mg p.o. q 12 hrs X ____ days. Refill ____
( ) Antibiotic Ointment APAA BID / TID / QID X ____ days. # ____ gm. Refill ____
(✓) Antibiotics Oral/ Injectables: (Specify route, times, days, etc.) **Check for allergies**

(1) Nasal saline BID #1
(2) Nasorel II spray BID #1
(3) RTC if symptoms presist/worsen

Prescription/filled Nasarel contraindicated for
Date 11/15/04 diagnosis
Time 1150
Brian North, RPH

Paul W. Wickard
Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/11/04 0830 | Admin Note: [illegible] 800mg [illegible] Paul W. Wickard, PAC Physician Assistant FCI/FPC/FSL Jesup, Ga. Brian S. North Pharm. D., RPH FCI Jesup, GA |
| 10/12/04 0700 | S) infected ingrown nail R great toe |
| | O) infected R great toe |
| | A) ingrown toenail |
| | P) (1) Keflex 500mg ii BID x10 days |
| | (2) Motrin 600mg TID c̄ meals #30 |
| | (3) RTC 10/15 12:30p partial removal of nail |
| | (4) Pt education given |
| | Paul W. Wickard, PAC Physician Assistant FCI/FPC/FSL Jesup, Ga. |
| | [signature] 10/12 ... Watson, ... ..., GA |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

KELLY, LESLIE

25854-039

12/17/62

REGISTER NO. | WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8-24-04 1340 | Admin note: Inmate seen ... today by Dr. Hein. Rec repair right ... finger. Ginger Noland, AHT G. Noland, AHT FCI Jesup, GA |
| 8-30-04 0630 | Admin Note: Copy of Lab dtd 8-17-04 to inmate. L. Oliver, AHT L. Oliver, AHT |
| 8/30/04 0716 | Lab 8/17/04 Chol 317 SGPT 90 SGOT 29 Need education diet + exercise. full Lipid panel Paul W Wickard PA-C WICKARD |
| 9-10-04 0951 BP 114/72 HR 66 | S: Visit scheduled for EKG - Inmate denies any chest pain at present. O: VSS - Cooperative - No acute distress. A: Stable P: EKG performed and placed in medical record Ginger Noland AHT Ginger Noland AHT FCI Jesup GA |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

Kelly, Leslie
26864-039
12-17-62
FCI Jesup GA

RECORDS MAINTAINED AT: FCI JESUP, GEORGIA

PATIENT'S NAME (Last, First, Middle initial) | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

9/13/04 S) sick call [illegible]
0650 [illegible] HA [illegible]
O) Nares [illegible]
EARS Normal
Throat red [illegible] exudates [illegible]
Lungs clear [illegible]
Heart RRR [illegible]
A) URI
P) Nasal saline BID #1
Nasorel [illegible] spray BID #1
RTC if symptoms present / worsen
Pt educat[illegible] give.

Paul W. Wickard PA
WICKARD

[illegible] 7-[illegible]-03
Watson, [illegible]
[illegible], GA

9/30/04 sick call - continue with headaches
1230 frontal area No visual Δ ⊖ N/V ⊖ balance
T-97.4 problems ⊖ neck pain come & go
P-74 on & off
BP-120/64 O) PERRLA
A) HA
P) ① Stop Lopressor
② Verapamil 60mg BID 7A & 7p
③ Motrin 600mg TID c̄ meals #60
④ RTC if symptoms present / worsen

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga.
Paul W. Wickard

[illegible]

2 weeks ago [illegible]

it still [illegible]

[illegible] attention

O/ [illegible]

[illegible]

A/ [illegible]

P/ [illegible]

[illegible]

Brian S. North
Pharm. D., RPh
FCI Jesup, GA

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

Kelly,
26864-039

| RECORDS MAINTAINED AT: | FCI JESUP, GEORGIA | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 8/13/04 1130 | CHRONIC CARE Neuro |
| BP 118/77 | S: 46 y/o black male pt c Hx of migraine Tx c β-blocker. [illegible] |
| P 62 | [illegible] doing well now. But when he came in this morning he had a headache. When he has headache it is 8/10 comes and goes. no blurry/double vision |
| | O alert oriented x3. |
| | Heart - [illegible] |
| | [illegible] no [illegible] |
| | Lungs - Clear to (A) |
| | Ext - no edema no [illegible] |
| | Neuro: CN - II - XII Intact. |
| | Romberg ⊖ |
| | Labs N/A |
| | A: (1) Headache H/o migraine / H/o cluster headache / H/o Tension headache. |
| | Plan (1) [illegible] |
| | (2) [illegible] |
| | (3) [illegible] |
| | (4) RTC 90 Days |
| | [signatures] 8-13-04 |

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 07-16-2004 0800 | Administrative Note: Received at FCI/FSL/FPC Jesup, GA<br>Intake Screening Completed (BP-354) (YES) NO |
| | Have you ever received Tetanus Immunization? (YES) NO<br>If so, date of last tetanus shot ___ (if >7 years, update and document on immunization sheet) Don't Remember |
| | Any exposure to or history of infectious diseases?<br>TB: YES (NO) HIV: YES (NO)<br>VD: YES (NO) Hepatitis: YES (NO)<br>Explain, if YES Smoker: YES (NO) |
| | Inmate examined for lice: (YES) NO<br>Any found? YES (NO) (If YES, do SOAP note on reverse)<br>Inmate examined for skin infections: (YES) NO<br>Any Found? YES (NO) (If YES, do SOAP note on reverse)<br>History of recent Alcohol/Drug use? YES (NO). If Yes explain:<br>Any history of suicide attempts? YES (NO)<br>Any feeling that you will harm yourself now? YES (NO)<br>If YES, was referral made to psychology? YES (NO) |
| | Present Medical Complaints: YES NO Specify if YES:<br>N/A, (R) 5th digit broken |
| | Medication Allergies? YES (NO) Specify YES: |
| | Physician Referral made, if indicated? YES (NO) |
| | Sick call and pill line procedures explained: (YES) NO |
| | Current Medications? (YES) NO<br>If YES, Specify medications issued and/or prescribed:<br>Metoprolol 50mg ī tablet every 800 Am + 800pm |
| | [signature] Brad Tucker<br>Brad Tucker, RN<br>FCI/FPC Jesup GA |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. | WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT CDFRM
FEDERAL BUREAU OF PRISONS

TB/Clearance Yes ✓ No

1. PPD Completed: 1-8-04 Date

Results: 0X0 mm

2. CXR Completed: 5/24/04 Date

Results: WNL

3. Health Authority

Clearance: OK

[signature] 5/19/04
Sign Date

Note:
Dates listed above must be within one year of this transfer.

| Name | Prisoner/Alien Reg.# | D.O.B. |
|---|---|---|
| Kelly Leslie | 20864-035 | 12/22/62 |

| Departed From | Date Departed |
|---|---|
| McKean | 5.21.04 |

| Destination | Reason for Transfer |
|---|---|
| Jes | Non Medical |

| Dist. Name | Dist.# | Date in Custody |
|---|---|---|
| | | __/__/__ |

Current Medical Problems
1. Chronic HA
2.
3.
4.
5.
6.

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| Metoprolol | 50mg | mouth | one pill at 7AM, 7PM | [illegible] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

Special Needs Affecting Transportation

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority | Phone Number | Date Signed |
|---|---|---|
| D. Olson, MD Clinical Director [signature] | | 5/19/04 |

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

5-24-04
O.K. FOR TRANSFER
USP LEWISBURG
MEDICATIONS YES ✓ NO ___
L. Potter EMT-P

USP Lewisburg
Inmate Received, this date 5-21-04

| | |
|---|---|
| Medical History Reviewed | (Yes) No |
| Evidence of lice | Yes (No) |
| Suicidal Thoughts | Yes (No) |
| Recent Assault, Trauma or Abuse | Yes (No) |
| Signs and Symptoms of Infect Dse | Yes (No) |
| Allergies to Medications | Yes (No) |
| Medications | (Yes) No |

L. Potter EMT-P
— meds issued

CXR ORDER DATE: MAY 24 2004

FOLLOW UP PPD, IF INDICATED AT FINAL DESTINATION.

SIGNATURE AND STAMP

MEDICATION TIMES:
once daily = 8:00 a.m.
2 x daily = 8:00 a.m. & 8:00 p.m.
3 x daily = 8:00 a.m., 12:00 p.m. & 8:00 p.m.
4 x daily = 8:00 a.m., 12:00 p.m., 4:00 p.m. & 8:
Cleared Pharmacy for Transfer
FTC, Oklahoma City, OK JUN 28 2004

6/29/04 1930

Arrived at FDC Tallahassee
No medical complaints at this time

C. Mitchell, Paramedic
FCI / FDC, Tallahassee

7/15/04 1722

OK FOR TRANSFER Continue med as Rx'd

G. Mertel
Paramedic/EMT
FCI/FDC Tallahassee

7/16/04 @ 800

Arrived FCI/FPC Jesup, Ga.

Brad Tucker, RN
FCI/FPC Jesup GA

NSN 7540-00-634-4176 AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5/27/04 | S - slammed (R) little finger 2wk |
| 0840 | ago - wts. et X-Rayed. |
| 5F | O - Small lump on post. aspect of the |
| | (R) 5th Digit Distal aspect - |
| | A - R/O Fx |
| | P - Order X-Ray - |
| | E. BARBY, PA FTC OKLA. CITY, OK |
| 6/1/04 | Motrin per OTC protocol |
| 1244 | Janice Parker, ARNP Contract Mid-level Practitioner Federal Transfer Center, OKC, OK |
| 5F | |
| 6/3/04 | S = I want to know X ray result Hx of (R) Hand |
| 5F | injury 3 wks ago. |
| 8:48 | O = X ray (R) hand three view on 5/27/04 |
| | Small avulsed fracture extending |
| | from base of distal ~~phang~~ Phalanx |
| | of 5th digit, slight separation of |
| | fracture fragment |
| | A = fracture of 5th digit of (R) Hand |
| | P = Refer to Dr. Wiles for further |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| | | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Kelly, Leslie
26864-039

Federal Transfer Center
OKC, OK

REGISTER NO. | WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6/3/04 5F 08:48 | evaluation + treatment Aleem Khan, PA Federal Transfer Center, OKC, OK |
| 6/4/04 1135 5F | Sm Ofarin / OTC E. BARBY, PA FTC OKLA. CITY, OK JUN 04 2004 Tom R. Goforth, MD FTC Oklahoma City, OK |
| 6/10/04 0815 5F | NO SHOW FOR SICK CALL E. Barby, PA FTC Oklahoma City |
| 6/1[illegible] 5F | NO SHOW FOR SICK CALL E. Barby, PA FTC Oklahoma City |
| 6/17/04 0930 5F | NO SHOW FOR SICK CALL E. Barby, PA FTC Oklahoma City |
| 6/21/04 0820 5F | NO SHOW FOR SICK CALL E. Barby, PA FTC Oklahoma City |
| 6/25/04 5F 09:06 | CTM per OTC protocol Aleem Khan, PA Federal Transfer Center, OKC, OK |