# ATTACHMENT
# D
# PART  4

BP-S354.060 (NOV 94) INTAKE SCREENING (MEDICAL) CDFRM
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

(Medical staff shall complete this screening form on all arrivals to the Institution)

KELLY
LESLIE ROMILE 26864-039
B/M/O/12-17-1962
HT/509 WT/175 HR/BK EY/BN
CUSTODY/IN

Institution: FTC-OKL | Date Of Arrival | Time of Arrival

Inmate's Name | Register Number

MEDICAL CLEARENCE

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers: OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes ☑ no (If yes, enter code(s) into MDS)
Code(s) ____

6. Remarks:

| | Yes | No |
|---|---|---|
| Meds | ✓ | |
| Hot Meds | | ✓ |
| Meds Issued | ✓ | |
| Dose Given | | ✓ |
| Lice Seen | | ✓ |

Medication Allergies: NKA
Current Medical Status: No Complaints / Complaint of
TB Symptoms: None: Cough, Hemoptysis, Night Sweats, Wt. Loss
Symptoms of Skin Infection: None

| Medical Staff Signature | Date | Time |
|---|---|---|
| S. Craiger RN<br>K. Koch, RN J. Underwood, RN D. Mann, RN<br>J. Genzer, RN T. Genzer, RN R. Eaton, RN<br>M. Coover, EMT-P | 5/24/04 | 2055 |

Medical Staff Title [signature] Lt. T. Genzer, RN FTC, OKC

Record Copy - Inmate Central File; copy - File
(This form may be replicated via WP) Replace BP-S354(60) of APRIL 1990 and BP-S354 of AUG 1994

BP-S354.060 INTAKE SCREENING (MEDICAL) CDFRM
NOV 94
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| McKean | 7/19/02 | 1000 |

| Inmate's Name | Register Number |
|---|---|
| Kelly, Leslie | 26864-039 |

MEDICAL CLEARANCE

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers: OK for Continued Transport? ☐ yes; ☐ no (Explain)

   n/a

5. Disabilities? ☐ yes ☒ no (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
| [signature] | 7/19/02 | 12/6 |

Medical Staff Title
AHSA

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990 and BP-S354 of AUG 1994

BP-S354.060 INTAKE SCREENING (MEDICAL) CDFRM
NOV 94
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| USP Lewisburg Pa | 3/19/01 | 1900 |

| Inmate's Name | Register Number |
|---|---|
| Kelly, Leslie | 26864-039 |

MEDICAL CLEARANCE

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers: OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes ☑ no (If yes, enter code(s) into MDS) Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
| [signature] | 3/19/01 | 1930 |

Medical Staff Title Ivan Navarro, P.A.

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990 and BP-S354 of AUG 1994

Printed on Recycled Paper

BP-S354.060 INTAKE SCREENING (MEDICAL) CDFRM
NOV 94
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| USP Atlanta | 2-21-01 | |

| Inmate's Name | Register Number |
|---|---|
| Kelly, Leslie | 26864-039 |

## MEDICAL CLEARANCE

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☐ yes; ☑ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☑ no (Specify limitations or exclusions)

4. For Holdovers: OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes ☑ no (If yes, enter code(s) into MDS) Code(s)

6. Remarks: NKDA.

| Medical Staff Signature | Date | Time |
|---|---|---|
| [signature] | 2/21/01 | 1900 |

Medical Staff Title M. Meresee, MLP USP Atlanta

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990 and BP-S354 of AUG 1994

Printed on Recycled Paper

BP-S354.060 INTAKE SCREENING (MEDICAL) CDFRM
NOV 94

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

(Medical staff shall complete this screening form on all arrivals to the Institution)

USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

| Institution USP Lewisburg | Date of Arrival 5/24/02 | Time of Arrival 8:10 |
|---|---|---|
| Inmate's Name Kelly, Leslie | Register Number 26864-039 | |

**MEDICAL CLEARANCE**

1. BP-149(60) reviewed? ☐ yes; ☒ no (Explain)

   No 715

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers: OK for Continued Transport? ☒ yes; ☐ no (Explain)

5. Disabilities? ☐ yes ☐ no (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks: Reviewed Medical Records - Jan. 2002 - PPD done - Negative.

| Medical Staff Signature [signature] | Date 5/24/02 | Time 9:00 |
|---|---|---|
| Medical Staff Title ALAMA, FERDINAND N., PA | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990 and BP-S354 of AUG 1994

PRINTED ON RECYCLED PAPER

NAME Kelly, Leslie I.D. 26864-039 DOB 12/17/62 DATE 4/20/05 LOC

**CC**
"I need new glasses."

**MEDS**

**Hx** (HPI, POH) He reads without glasses. He denies that he's been diagnosed with HTN, but the diagnosis is in his chart.

**MEDICAL HX**

SOCIAL Hx:

FAMILY Hx:

Allergic: NKDA

| VA SC | VA CC RX | VA CC | VA PH | KERATOMETER | | VA | SPHERE | CYLINDER | AXIS | PRISM | ADD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R 20/40-2 | 20/ | | 20/ | | W | | R | | | | |
| L 20/40-2 | 20/ | | 20/ | | | | L | | | | |
| | | | | FRAME SPECIFICATIONS | M | | R | | | | |
| | | | | 50 X 24 / 6.00 | | | L | | | | |
| TA | 18 | TIME | | PD AND SEG HT | Rx | 20/20 | R -1.00 | -0.50 | 090 | | |
| | 18 | 14:00 | | 65/62 Seg | | 20/20 | L -0.75 | -0.75 | 085 | | |

| | OD | OS | ABNORMAL COMMENT |
|---|---|---|---|
| | WNL | | |
| CVF | ✓ | ✓ | |
| EOMs | ✓ | ✓ | |
| Primary Gaze | ✓ | ✓ | |
| Sensory Function | | | |
| CONJUNCTIVA | | | |
| Bulbar | ✓ | ✓ | |
| Palpebral | | | |
| ADNEXA | | | |
| Orbit | ✓ | ✓ | |
| Lacrimal Gland | | | |
| Lacrimal Drainage | ✓ | ✓ | |
| Preauricular Nodes | | | |
| Lids | ✓ | ✓ | |
| PUPILS & IRIS | | | |
| Shape | ✓ | ✓ | |
| Reaction | ✓ | ✓ | |
| Size | ✓ | ✓ | |
| SLE CORNEA | | | |
| Epithelium | ✓ | ✓ | |
| Stroma | ✓ | ✓ | |
| Endothelium | ✓ | ✓ | |
| Tear Film | ✓ | ✓ | |

| | OD | OS | ABNORMAL. COMMENT |
|---|---|---|---|
| | WNL | | |
| SLE AC | | | |
| Depth | ✓ | ✓ | |
| Clarity | ✓ | ✓ | |
| SLE LENS | | | |
| Clarity | ✓ | ✓ | |
| Ant/Post Capsule | ✓ | ✓ | |
| Cortex | ✓ | ✓ | |
| Nucleus | ✓ | ✓ | |
| FUNDUS | | | Dilated ? ✓ M ✓ N ✓ C |
| Optic Disk Size | ✓ | ✓ | |
| C/D Ratio | ✓ | ✓ | |
| Appearance | ✓ | ✓ | |
| Nerve Fiber Layer | | | |
| Vitreous | ✓ | ✓ | |
| Macula | ✓ | ✓ | |
| Retina | ✓ | ✓ | |
| Periphery | | | |
| MENTAL STATUS | | | |
| Orients PPT | | | cups are 0.4/0.4 |
| Mood or Affect | | | negative retinopathy |

IMPRESSION, Dx

Obtuse. Presbycusis? Anterior and posterior segments are within normal limits. Compound myopic presbyope who can read without glasses and prefers to do so.

PLAN, Tx

Wrote Rx for distance only glasses. RTC in a year to follow retinas.

E. Mayes Kendrick, O.D.

MEDICAL RECORD — CONSULTATION SHEET NSN 7540-00-634-41

REQUEST

TO: ortho | FROM: [illegible] | DATE OF REQUEST: 8/13/04

REASON FOR REQUEST (Complaints and findings) (R) [illegible] 5th finger distal phalanx fx

Follow up visit ( )

Medication Allergies:

Current Medications:

PROVISIONAL DIAGNOSIS:

DOCTOR'S SIGNATURE [signature] | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HRS ☐ TODAY ☐ EMERGENCY

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO PATIENT EXAMINED ☐ YES ☐ NO

**Consultant's findings and recommendations:**

41 y/o with injury right little finger [illegible] age

Exam: Mallet deformity right little finger

Xray avulsion dorsal lip distal phalanx

Imp: Displaced Mallet avulsion fx right little finger

Rec: Repair avulsion / Mallet finger right little finger

Return to FCI Jesup Health Services with escorting officer. Thank you.

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

SIGNATURE AND TITLE [signature] Dr. Douglas Hein, Orthopedic Surgeon FCI/FPC-JESUP, GA | DATE 8/24/04

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; grade; rank; rate; hospital or medical facility)

[illegible]

CONSULTATION SHEET Medical Record STANDARD FORM 513 (REV. [illegible])

Contact Telephone Number: 912-427-0870 x 425 FAX: 912-427-1150

Prescribed by GSA/ICMP, FIRMR (41 CFR) 201-9.202-1

FCI/FSL/FPC Jesup, GA

REQUEST

TO: Optometrist - Dr. Howard

FROM: (Requesting physician or activity) Dennis Olson, MD, CHP

DATE OF REQUEST

REASON FOR REQUEST (Complaints and findings)

Eye Exam

Subjective:

LATE 1/2 hour - CJH 12/4/02

~~Did not appear for scheduled appointment~~

PROVISIONAL DIAGNOSIS

blur@ far - lost glasses
age 39

DOCTOR'S SIGNATURE

D. Olson, MD
Clinical Director

APPROVED

PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL

☐ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

CONSULTATION REPORT CJH 12/4/02

RECORD REVIEWED ☐ YES ☐ NO

PATIENT EXAMINED ☑ YES ☐ NO

Visual Acuity Distance OD 20/30 - OS 20/40 uncorrected TONOMETRY: OD OS

Near OD .37m OS .37m

External Normal 67

Internal

Refraction OD -.25 -.75 x 90 20/20
OS -.50 -.75 x 90 20/20

Dx 122 +6

Diagnosis CMA

Analysis requires eyeglasses for distance vision

Plan order BOP eyeglasses

(Continue on reverse side).

REVIEWED BY: H. BEAM, MD FCI MCKEAN 12/4/02

SIGNATURE AND TITLE

Christian J. Howard OD

DATE 12/4/02

IDENTIFICATION NO.

ORGANIZATION FCI/FPC McKean

REGISTER NO. 06864-039

WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

Kelly, Leslie

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV)
Prescribed by GSA/ICMR
FPMR 101-11.806-8

# Eyeglass Prescription

| TRAY NO. | ARRIVAL DATE | | PRESCRIPTION NO. |
|---|---|---|---|
| | | | |

INSTITUTION:

CITY

STATE

ZIP

LENSES

EXTRA

FRAME OR MTG

MISC

Kelly, Leslie
25801-039
F I-A-Gun

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN | DEC OUT |
|---|---|---|---|---|---|---|---|---|
| DISTANCE | R | -.25 | -.75 | 90 | | | | |
| | L | -.50 | -.75 | 90 | | | | |

| ADD | | | SEGMENT INSTRUCTIONS: HEIGHT | WIDTH | INSET | | PUPILLARY WIDTH: DIST. | NEAR |
|---|---|---|---|---|---|---|---|---|
| | R | | R | | R | R | | |
| | L | | L | | L | L | 67 | X |

SEG. STYLE: ORTH. F TILLER D 22 | EXECUTIVE TYPE | KRYPTOK 22 | PANOPTIK 22-24 | CURVED TOP 22-25 | TRIFOCAL AND TYPE | STRAIGHT TOP 22 25 28 35 45 | OTHER.

| FRAME OR SHAPE | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|
| [illegible] | [illegible] | 48 | 22 | 6 |

SPECIAL INSTRUCTIONS
( ) LENS ONLY
( ) FRAMES ONLY

Mail to:
Federal Prison Industries
Box 100
Butner, N.C. 27509

SIGNATURE DATE

USP LVN

Printed on Recycled Paper

BP-357(60)
MAY 1984



BILL TO:
DIANE CALDWELL
FCI MCKEAN HEALTH SV
RT 59 ...
LEWIS RUN ...
PA ...

PATIENT NAME | CUST. NUMBER | INVOICE NUMBER

26364-039 LI-7 110666 PO: RB 149306

Tray No. 9553 | Date Processed 12/16/2002 | 12/30/2002

| | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | -0.25 | -0.75 | 90 | | 6.0 |
| L. EYE | -0.50 | -0.75 | 90 | | 6.0 |

| | Add | Width | Height | | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE | | | 0.0 | R. EYE | 67.0 | |
| L. EYE | | | 0.0 | L. EYE | 67.0 | |

FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 48.0 | 40.0 | 48.0 | 20.0 |

Model: TMPL. Length:

EDGED ☑ UNCUT ☐ LENS ONLY ☐ ENCLOSED ☐ TO COME ☐ SUPPLIED ☑

LENS DATA

Type | Material

FDA CODE SEC. 3, 84, 21 CFR

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84. 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

NOTE FOLLOWING EXCEPTIONS

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | |
| LEFT LENS | |
| TINT | |
| SAFETY | |

COMMENTS:

NO Temp

Sub Total

Freight

Total Due

FROM: 110666 9306

POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER.

SHIP TO:

** LIMITED OFFICIAL USE **

PSYCHOLOGY SERVICES INTAKE SCREENING SUMMARY

Date .......: July 19, 2002
Inmate .....: KELLY, LESLIE
Reg. No ....: 26864-039

Author .....: JANISE A. HINSON, PH.D.
Title ......: CLINICAL PSYCHOLOGIST
Institution : FCI MCKEAN

---

TREATMENT/MENTAL HEALTH HISTORY:

Inmate KELLY reported the following:

In-patient treatment: none
Out-patient treatment: none
Suicide Attempts: none
Violence: accessory to murder of govt wit; asslt w/great bodily harm

MENTAL STATUS:

During the screening interview no mental status items were noteworthy. His psychological stability for custody is judged to be FAVORABLE.

DRUG ABUSE HISTORY:

Inmate KELLY does not report a history of substance abuse.

PROGRAM/TREATMENT RECOMMENDATIONS:

No programs/treatment are recommended at this time.

COMMENTS:

Inmate is a 39 y/o single African American male with a 120 months sentence for accessory after the fact in the retaliation against a witness (accessory to the murder of a government witness) . Inmate has the following prior offenses: assault with great bodily harm, DUI; pending charge of felonious assault. The inmate denies any history of mental health problems or treatment. The inmate denies signs and symptoms of a severe mental illness, including hallucinations in any modality and denies bizarre beliefs including persecutory ideation or grandiose ideation. The denies any problems with eating or sleeping. The inmate denies homicidal and/or suicidal ideation. The inmate denies any family history of suicide. The inmate denies any recent or current substance abuse, but does have a DUI conviction. The inmate denies any need for substance abuse treatment or need for psychological services.

Dx: Axis I: R/O Alcohol Abuse

Axis II: Antisocial Personality disorder

7-19-02

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**PSYCHOLOGY SERVICES**
**INMATE QUESTIONNAIRE**

Entered 7-19-02

| 1. First Name | 2. Last Name | 3. Register Number |
|---|---|---|
| Leslie | Kelly | 26864039 |

| 4. Today's Date | 5. Housing Unit | 6. Case Manager | 7. Date of Birth |
|---|---|---|---|
| 7-19-02 | BB | | 12-17-62 |

| 8. Sex | 9. Race | 10. Marital Status |
|---|---|---|
| Male ✓ Female ___ | White ___ Black ✓ Asian ___ American Indian ___ | Married ___ Common Law ___ Single ✓ Divorced ___ Separated ___ Widowed ___ |

| 11. Number of Children | 12. Ages of Children | 13. Highest Grade Completed in School |
|---|---|---|
| 2 | 8 - 18 | 10 |

| 14. Main Occupation | 15. Hometown/State/Country |
|---|---|
| | |

| 16. Have you ever served in the military? | 17. Current Offense/Charges | 18. Sentence Length |
|---|---|---|
| Yes ___ No ✓ | Accessory after fact | 10 years |

| 19. Time Already Served on Sentence | 20. Total Time in Jail and Prison During Life |
|---|---|
| 38 mo. USP - Lewisb. | |

21. Have you ever received treatment for a nervous or mental problem? Yes ___ No ✓

22. If yes, when?

23. If yes, where?

24. Have you ever taken or are you now taking any medication for a nervous or mental problem? Yes ___ No ✓

25. If yes, when?

26. If yes, what medication(s)?

No SI or HI
No Halluc.
No delus.

27. Have you ever seriously considered suicide? Yes ___ No ✓

28. Have you ever attempted suicide? Yes ___ No ✓

29. Are you seriously considering suicide now? Yes ___ No ✓

30. Have you ever committed a violent act such as an assault, rape, armed robbery, or murder? Yes ___ No ✓

31. Have you ever received any incident reports for fighting or assault while you were locked up? Yes ___ No ✓

*CONTINUED ON REVERSE SIDE*

32. Have you ever been accused of threatening a government official? Yes ____ No ✓

33. Check any of the following you used in the two years before arrest:

| | | |
|---|---|---|
| ____ Amphetamine/Speed | ____ Heroin/Morphine | ____ Marijuana |
| ____ Glue/Solvent/Inhalants | ____ LSD/Psychodelics | ✓ Tobacco |
| ____ Sleeping Pills/Sedatives | ____ Cocaine/Crack | ✓ Alcohol 1x/ week |
| ____ Tranquilizers/Valium | ____ PCP | ____ Other |

34. Have you ever experienced a serious head injury? Yes ____ No ✓

35. If yes, were you unconscious? Yes ____ No ____

36. Have you ever experienced a seizure? Yes ____ No ✓

37. Do you have any serious medical conditions or concerns at this time? Yes ____ No ✓

38. If yes, describe briefly: I have a BAd allergic sinus problem

39. Check any of the following which you have experienced during the last 2 weeks:

| | |
|---|---|
| ____ Nervousness/Tension/Anxiety OK | ____ Relationship Problems |
| ____ Depression OK | ____ Loss of Appetite OK |
| ____ Sleeping Problems OK | ____ Feeling Hopeless |
| ____ Memory Problems | ____ Concentration Problems |
| ____ Dizziness | ____ Severe Headaches |
| ____ Racing Thoughts | ____ Hallucinations |

____ Other Describe ____

Is interested in DAP

40. Do you desire psychological services at this time? Yes ____ No ✓

41. Signature [signature] Date ____

BP-S618.060 CLINICAL DENTAL RECORD CDFRM
AUG 96
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

Examination: ☐ Screening ☐ Comprehensive ☑ Periodic

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 (14) 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Occlusion: Class I

Oral Hygiene: Good (Fair) Poor

CPITN

| 2 | 2 | 2 |
|---|---|---|
| 2 | 2 | 2 |

Head & Neck/Soft Tissue: WNL

Additional Findings

D: 1
M: 7
F: 2

Treatment Completed

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Recommended Treatment Plan

☑ Radiographs

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☑ Periodontal Evaluation 0 I (II) III

☑ Oral Surgical Procedures

☐ Endodontic

☑ Restorative #14 O

☑ Prosthodontic Evaluation

Patient Name Number Sex: M F Age:

Dentist Signature Date
[signature] 8-30-04
MARVIN GOLA, DDS
FCI/FPC Jesup, GA

**Federal Bureau of Prisons Clinical Dental Records**

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 8/30/04 | | Hx✓ S: I have a cavity. |
| S/C 0850 | | O: Pt. reports being told at other |
| | | facility to have caries, & would like |
| | | tooth restored. Occlusal caries present |
| | | #14. Currently asymptomatic. Radiograph |
| | | taken. |
| | | A: Occlusal caries #14 |
| | | P: Periodic exam performed. RTC for oper. #14 |
| | | MARVIN GUIA, DDS. FCI/FPC Jesup, GA DMG |
| 9/2/04 | | Hx✓ Occlusal Tofl. amalgam #14, 2.7cc |
| S/C 0945 | | 4% Citanest 1:200,000 epi. Vitrebond |
| | | MARVIN GUIA, DDS FCI/FPC Jesup, GA |
| 2.1.05 | | Px; BW(4); cav. eject.; Pretty Good OH; |
| S/C 1230 | | pt states he flosses everyday; L-Sub cal; |
| | | Slight bem.; Stressed brush + floss; |
| | | inmate receptive to OHI Debra Griffis RDH |
| | | Debra Griffis, RDH FCI/FSL/FPC Jesup, GA |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

BP-S787.060 DENTAL/MEDICAL HEALTH HISTORY CDFRM
MAY 03
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

Language template provided in Spanish ___, or ___

| Question | YES | NO |
|---|---|---|
| 1. Are your currently taking any medication? If so, what? For Got the NAME Headachs | ✓ YES | ___ NO |
| 2. Are you allergic to or have you had a reaction to any medication or drug? If so, what? ___ | ___ YES | ✓ NO |
| 3. Have you been under the care of a physician during the past two years? If so, why? ___ | ___ YES | ___ NO |
| 4. Have you been hospitalized in the past two years? If so, why? ___ | ___ YES | ✓ NO |
| 5. Do you have or have you ever had a heart murmur or been treated for a heart condition? | ___ YES | ✓ NO |
| 6. Have you ever been treated for a tumor, growth, or cancer? | ___ YES | ✓ NO |
| 7. Have you ever had excessive or prolonged bleeding as a result of a medical condition or medication (ex. Hemophilia or blood thinners)? | ___ YES | ✓ NO |
| 8. Do you have a latex allergy? | ___ YES | ✓ NO |
| 9. Do you currently use tobacco products? | ___ YES | ✓ NO |
| 10. WOMEN ONLY: Are you pregnant? | ___ YES | ___ NO |

Check any of the following that you have had:

___ Congenital heart defects
___ Heart attack or heart problems
___ Stroke
___ Rheumatic fever
___ Mitral Valve Prolapse
___ Anemia (blood problems)
___ Thyroid problems
___ Chronic bronchitis
___ STD (syphilis, gonorrhea, herpes)
___ Angio edema
___ Arthritis
___ Artificial heart valve
___ Hepatitis (☐A ☐B ☐C)
___ Any type of transplant
___ Steroid treatment
___ Sickle Cell Anemia
___ Angina
___ High blood pressure
___ Heart pacemaker
___ Glucose - 6-phosphate dehydrogenase deficiency
___ Epilepsy or seizures
___ Diabetes
___ AIDS or HIV infection
___ Emphysema
___ Tuberculosis (TB)
___ Psychiatric treatment
___ Artificial joint
___ Radiation therapy
___ Asthma

Do you have any disease, condition, or problem not listed? No

Check any of the following that you have had or applies to you:

___ Sensitive teeth
___ Bleeding gums
___ Food impaction
___ Pain around ear
___ Tooth ache
___ Wear partial dentures
___ Unusual sounds while eating
___ Snoring
___ Blisters on lips or mouth
___ Clenching or grinding
___ Swelling or lumps in mouth/throat
___ Burning tongue
___ Bad breath
___ Decayed teeth
___ Loose teeth
___ Wear dentures

| | |
|---|---|
| Printed Name: leslie Kelly | Signature: [signature] |
| Reg. No.: 26864-039 | Institution: Jesup |
| Date of initial review: 8-30-04 | Updated: |
| Updated: | Updated: |

CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 3-15-04 | **Continuation of Comprehensive Exam** | |
| 1100 hrs | **1. Charting** **3. Oral Cancer Exam** **2. Oral Exam** **4. Consultation** | J Colvin DA<br>J. Colvin, D.A.<br>FCI McKean |
| | Pt to RTC for restorative procedures. | W. K. Collins, DDS<br>CDO<br>FCI McKean |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)
Kelly, Leslie

REGISTER NO. 26864-039

WARD NO.

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

FCI McKean

EF

W. K. Collins DDS

**Federal Bureau of Prisons Clinical Dental Records**

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 10-10-03 | | SOA: Routine Care pt. |
| 1040hrs | | P: Completed H.H, soft tissue exam, assessment, ultrasonic scaled Q1 facial, Q2 Facial + lingual pt has very tenacious calculus in deep pockets and furcations. Pt ed on brushing. Next Q1 linguals, Q3+4. Johnna L Schroll RDH Johnna L. Schroll |
| | | W. K. Collins, DDS CDO FCI McKean |
| 10-10-03 | | SOA: Routine care pt |
| 1045hrs | | P. Vert. Bitewings x4 Johnna L Schroll RDH Johnna L. Schroll W. K. Collins DDS |
| | | W. K. Collins, DDS CDO FCI McKean |
| 11-3-03 | | SOA: Routine care pt |
| 1240hrs | | P: Reviewed HH, cursory exam, pt presents w/ very tenacious calculus, ultrasonic + hand scale Q1 linguals, Q 3+4, polished w/ coarse paste, fl2 tx 4min topical, pt ed on routine care. Next: comp exam w/ Dr. Collins — Johnna L Schroll RDH Johnna L. Schroll W. K. Collins DDS |
| | | W. K. Collins, DDS CDO FCI McKean |

U.S. DEPARTMENT OF JUSTI[illegible] FE[illegible]RAL BUREAU OF PRISONS

Language template provided in Spanish ___, or ___

| Question | YES | NO |
|---|---|---|
| 1. Are your currently taking any medication? If so, what? ___ | ___ | ✓ |
| 2. Are you allergic to or have you had a reaction to any medication or drug? If so, what? ___ | ___ | ✓ |
| 3. Have you been under the care of a physician during the past two years? If so, why? Chest pain + headaches | ✓ | ___ |
| 4. Have you been hospitalized in the past two years? If so, why? ___ | ___ | ✓ |
| 5. Do you have or have you ever had a heart murmur or been treated for a heart condition? | ___ | ✓ |
| 6. Have you ever been treated for a tumor, growth, or cancer? | ___ | ___ |
| 7. Have you ever had excessive or prolonged bleeding as a result of a medical condition or medication (ex. Hemophilia or blood thinners)? | ___ | ✓ |
| 8. Do you have a latex allergy? | ___ | ✓ |
| 9. Do you currently use tobacco products? Smoke | ✓ | ✓ |
| 10. WOMEN ONLY: Are you pregnant? | ___ | ✓ |

Check any of the following that you have had:

- ___ Congenital heart defects
- ___ Heart attack or heart problems
- ___ Stroke
- ___ Rheumatic fever
- ___ Mitral Valve Prolapse
- ___ Anemia (blood problems)
- ___ Thyroid problems
- ___ Chronic bronchitis
- ___ STD (syphilis, gonorrhea, herpes)
- ___ Angio edema
- ___ Arthritis
- ___ Artificial heart valve
- ___ Hepatitis (☐A ☐B ☐C)
- ___ Any type of transplant
- ___ Steroid treatment
- ___ Sickle Cell Anemia
- ___ Angina
- ___ High blood pressure
- ___ Heart pacemaker
- ___ Glucose - 6-phosphate dehydrogenase deficiency
- ___ Epilepsy or seizures
- ___ Diabetes
- ___ AIDS or HIV infection
- ___ Emphysema
- ___ Tuberculosis (TB)
- ___ Psychiatric treatment
- ___ Artificial joint
- ___ Radiation therapy
- ___ Asthma

Do you have any disease, condition, or problem not listed? NO

Check any of the following that you have had or applies to you:

- ___ Sensitive teeth
- ___ Bleeding gums
- ___ Food impaction
- ✓ Pain around ear (headache)
- ___ Tooth ache
- ___ Wear partial dentures
- ___ Unusual sounds while eating
- ___ Snoring
- ___ Blisters on lips or mouth
- ___ Clenching or grinding
- ___ Swelling or lumps in mouth/throat
- ___ Burning tongue
- ___ Bad breath
- ___ Decayed teeth
- ___ Loose teeth
- ___ Wear dentures

| | |
|---|---|
| Printed Name: leslie Kelly | Signature: [signature] |
| Reg. No.: 26864-039 | Institution: |
| Date: 10-10-03 | Updated: |

(This form may be replicated via WP)

**CLINICAL RECORD** | **DENTAL TREATMENT RECORD (Continuation)**

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 10/18/02 0930 hrs | SOA: R/V for F/U on pain in lower (L) face. | |
| | Med. Hx. Revd: NKDA | |
| | PAX: Large D cavity on #18 where #17 has abutted it. | |
| | A: #18, Irreversible Pulpitis 2° Chronic caries | |
| | P: Carbocaine 2% c 1:100,000 epinephrine x 3; | |
| | Elevator + forceps extraction of #18; | |
| | Stasis achieved, no sutures | |
| | POIG (Written & verbal - Patient understands) | |
| | Rx: Continue on meds prescribed 10/16/02. | |
| | | William K. Collins DDS |
| | | W.K. COLLINS, DDS FCI McKean |
| 12/17/02 0830 hrs | S: "My tooth has a dark spot on it." (Patient points to #29) | |
| | O: Med. Hx. Reviewed: NKDA | |
| | #29, ⊖ Percussion, ⊖ Palpation | |
| | PAX #29: Small shadow | William K. Collins |
| | | W.K. COLLINS, DDS |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)
Kelly, Leslie

REGISTER NO. 26824-039

WARD NO.

FCI McKean

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

EF

HRSA-237 (4/93)
(REVERSE)

Central FCI McKean

**DENTAL TREATMENT RECORD (Continuation)**

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 12/17/02 | O: in crown just into dentin | |
| 0830 hrs | A: #29, Chronic caries | |
| | P: Patient advised. To watch call-outs | |
| | for his next appointment. | [signature] W.K. COLLINS, DDS CDO FCI McKean |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**CLINICAL RECORD** | **DENTAL TREATMENT RECORD (Continuation)**

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 09/16/02 1300hrs | S: "My tooth hurt last week and had something black on it." (Patient points to #29) | |
| | O: Med. Hx. Rev'd : NKDA | |
| | #29, No caries present clinically | |
| | ⊖ Percussion, ⊖ Palpation | |
| | ⊖ Luxation | |
| | PAX: Questionable on D surface of #29; Malposition of tooth makes it difficult to get straight interproximal "shot". | |
| | A: #29 WNL | |
| | P: Advised patient to submit a cop-out requesting to have his teeth cleaned and that he would be called back in 3-4 months for a F/U X-ray | |
| | Patient understands | |
| | William K. Collins DDS<br>W.K. Collins, DDS<br>Chief Dental | |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)
Kelly, Leslie

REGISTER NO. 26821-039

WARD NO.

FCI McKean

HRSA-237 (4/93) (REVERSE)

FCI McKean

# DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 10/09/02 | S: "My tooth was hurting Sunday | |
| 1120hrs | and they sent me down here, then. | |
| | (Patient points to T's 17 and 18) | |
| | O: Med Hx Rev'd: NKDA | CHIEF DENTIST W.K. COLLINS DDS |
| | #17, mesially inclined | |
| | #18, appears normal | |
| | A: Pain of vague origins | |
| | P: Patient to be subscribed medication | |
| | and then scheduled for F/U | |
| | Rx: PenVK 500mg × 30, i q12h | |
| | Ibuprofen 800mg × 20, i q8h | |
| | | [signature] W.K. COLLINS, DDS C.D.O. FCI McKean |
| 10/16/02 | SOA - Request for refill on medication | |
| 0807hrs | Med. Hx Rev'd: NKDA | |
| | PI: 3 | |
| | P: Rx: PenVK 500mg × 30, i q12h | |
| | Ibuprofen 800mg × 20, i q8h | [signature] |
| | 10/16/02 [signature] Violette Geza, PharmD. Chief Pharmacist | W.K. COLLINS, DDS C.D.O. FCI McKean |

10/9/02 [signature] PharmD Violette Geza, PharmD. RPh Chief Pharmacist

INFORMED CONSENT FOR ORAL MAXILLOFACIAL SURGERY

Procedure: Extraction #18- Irreversible Pulpitis 2° Chronic caries

Alternative to surgery:

I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:

1. Infection
2. Pain
3. Health complications beyond the present problem.

Possible complications which have been explained to me:

1. Pain
2. Dry socket (Alveolitis)
3. Infection
4. Decision to leave a small piece of tooth root in the jaw when its removal would require extensive surgery and increased risk of complications
5. Bleeding and bruising
6. Swelling
7. Injury to adjacent teeth or restorations
8. Maxillary sinus involvement
9. Nerve injury
10. Bony fractures
11. Temporomandibular joint disorder

I have had the opportunity to discuss and to ask questions about my surgery with

Doctor: Collins.

I consent to the surgery as described.

Date: 10/18/02 Time: 1043 hrs.

Kelly, Leslie 26864-039

Patient's printed name and number

[signature]

Patient's signature

William L. Collins

Doctor's printed name

[signature]

Doctor's signature

Witness (Not Required)

Institution: FCI McKean

BP-S618.060 **CLINICAL DENTAL RECORD** CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Examination: ☑ Screening ☐ Comprehensive ☐ Periodic

RIGHT 1 (2) 3 4 5 6 7 8 9 10 11 12 13 (14) 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Occlusion: Class I

Oral Hygiene: Good (Fair) Poor

CPITN

| 3 | 3 | 3 |
|---|---|---|
| 3 | 2 | 3 |

Head & Neck/Soft Tissue: WNL

Additional Findings

D: 2

M: 6

F: 1

## Treatment Completed

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 (18) 17

## Recommended Treatment Plan

☑ Radiographs

☑ Dental Prophylaxis

☑ Oral Hygiene Instruction

☑ Periodontal Evaluation 0 I II (III)

☐ Oral Surgical Procedures
10/18/02 - #18 extracted @ FCI McKean

☐ Endodontic

☑ Restorative
#2
#14

☐ Prosthodontic Evaluation

Patient Name: Kelly, Leslie Number: 26864-039 Sex: (M) F Age:

Dentist Signature: [signature] Date: 7-3-01

Reginald Ballard, DDS
Dental Officer

USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA

Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| S/C 0800 7-3-01 | | S: "My upper gums are sore" |
| | | O: Pt points to the upper anterior gingiva; Minimum plaque present c̄ subgingival calculus; ~4-5mm gingiva pockets (generalized); Pt doesn't floss. |
| | | A: periodontal disease |
| | | P: MHR; A&O completed; Added pt to sched for routine care; OHI given |
| | | Reginald Ballard, DDS [signature] Dental Officer |
| S/C 0840 1-7-02 | | S: "I'm getting a hole in this tooth" |
| | | O: Occlusal carious lesion on tooth #2 |
| | | A: Restorable #2 |
| | | P: Gave the pt two carpules of 2% Xylocaine c̄ 1:100,000 epi. Prepared a Cl II MO prep. Applied dycal to the pulpal floor; applied adhesive c̄ catalyst; filled c̄ Tytin FC amalgam |
| | | Reginald Ballard, DDS [signature] Dental Officer |
| 3-25-02 1000 | | Pt did not show for prophy appt; will reschedule 1x/only. |
| | | Sheree L Snyder |
| | | Sheree L Snyder, RDH |
| | | Dental Hygienist |

1. Are you presently taking any medication? If so, what? ______ Yes (No)

2. Are you allergic to or have you had a reaction to any medication or drug? If so, what? ______ Yes (No)

3. Have you been under the care of a physician during the past two years? If so, why? ______ Yes (No)

4. Have you been hospitalized in the past two years? If so, why? ______ Yes (No)

5. When you walk upstairs or take a walk, do you ever have to stop because of pain in your chest, shortness of breath, or because you feel very tired? Yes (No)

6. Do your ankles ever swell during the day? Yes (No)

7. Have you ever been treated for a tumor or growth? Yes (No)

8. Have you ever had abnormal bleeding? Yes (No)

9. Have you had any serious difficulty with any previous dental treatment? Yes (No)

Circle any of the following that you have or have had:

Congenital heart defects
Heart attack or heart trouble
Rheumatic Fever
Stroke
Asthma
Anemia(blood problems)
Hepatitis
Thyroid problems
Chronic bronchitis
Venereal disease (syphilis, gonorrhea)
Arthritis
Artificial Heart Valve

Heart murmur
Angina
High blood pressure
Heart pacemaker
Epilepsy or seizures
Diabetes
AIDS or HIV infection
Emphysema
Tuberculosis (TB)
Psychiatric treatment
Artificial Joint Prosthesis

Do you have any disease, condition, or problem not listed? Yes (No)

WOMEN ONLY: Are you pregnant? Yes No

Name Leslie Kelly

Reg. No. 26864039

Institution ______

Date 7-3-01

USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

C

## MEDICAL REPORT OF DUTY STATUS

NAME: Leslie Kelly

HOSPITAL REGISTRATION NO.: 26864-039

ADDRESS: CA

| | | | |
|---|---|---|---|
| INPATIENT | INCLUSIVE DATES OF TREATMENT<br>From: | Through: | |
| OUTPATIENT | DATE | TIME ARRIVED<br>A.M./P.M. | TIME DEPARTED<br>A.M./P.M. |
| DISPOSITION | Can resume usual occupation | DATE | Can perform limited duties as specified under REMARKS — DATE |
| | To return to clinic | DATE | To be hospitalized — DATE |
| | OTHER *(Specify)* | | |

REMARKS

Idle x 3 days - until 3/4/05

Paul W. Wickard, PAC
Physician Assistant
FCI/FPC/FSL Jesup, Ga

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| FCI Jesup | Paul W Wickard | 3-1-05 |

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED UNIT: DATE: 3/17/04
INMATE'S NAME: Kelly, Leslie DETAIL: REG. NO. 26864-039

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

**MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)**

( ) IDLE: Reason ______ THRU 12 MIDNIGHT ______ 19___
(X) CONVALESCENCE: List any restricted activity for medical reasons. ______ THRU 12 MIDNIGHT 3/22/2004
( ) RESTRICTED DUTY: Specify exact restriction and reason. ______ THRU 12 MIDNIGHT ______ 19___
( ) TOTALLY DISABLED:
( ) FULL DUTY:

[signature] MD
Physician or Physician Assistant

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from wo and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefiite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED UNIT: BB DATE: 6-13-03
INMATE'S NAME: Kelly, Leslie DETAIL: Rec Yard REG. NO. 26864-039

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

**MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)**

(✓) IDLE: Reason medical THRU 12 MIDNIGHT 6/14/03 19___
( ) CONVALESCENCE: List any restricted activity for medical reasons. ______ THRU 12 MIDNIGHT ______ 19___
( ) RESTRICTED DUTY: Specify exact restriction and reason. ______ THRU 12 MIDNIGHT ______ 19___
( ) TOTALLY DISABLED:
( ) FULL DUTY:

[signature]
Steven Labrozzi, PA-C
Physician Assistant
Physician or Physician Assistant

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from wor and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefiite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED UNIT: BB DATE: 10/18/02
INMATE'S NAME: Kelly, Leslie DETAIL: Unicor REG. NO. 26864-03

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

**MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)**

( ) IDLE: Reason ______ THRU 12 MIDNIGHT ______ 19__
(✓) CONVALESCENCE: List any restricted activity for medical reasons. Oral Surgery THRU 12 MIDNIGHT 10/19/2002
( ) RESTRICTED DUTY: Specify exact restriction and reason. ______ THRU 12 MIDNIGHT ______ 19__
( ) TOTALLY DISABLED:
( ) FULL DUTY:

William R. Collins [signature]
Physician or Physician Assistant

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from wor and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefiite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

UNITED STATES PENITENTIARY
LEWISBURG, PENNSYLVANIA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED UNIT: F309 DATE: 11-21-01
INMATE'S NAME: Kelly, Leslie DETAIL: UNICOR REG. NO.: 26864-039

**MEDICAL CLASSIFICATION STATUS: (Check One)**

(✓) IDLE: Off work THRU 12 MIDNIGHT 11/23, 2001
( ) CONVALESCENT: ______ THRU 12 MIDNIGHT 11/28, 2001
(✓) RESTRICTED DUTY: No Sports activities
______ THRU 12 MIDNIGHT ______, 20__
( ) MEDICALLY UNASSIGNED: ______

B Prince EMT-P [signature]
Physician or Physician Assistant
Beverly Prince, EMT-P

IDLE STATUS – Temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals. No recreation activity.
CONVALESCENT STATUS – Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days. Excused from work with no recreation activities.
RESTRICTED DUTY – Restricted from specific activities because of physical condition. List condition, work limitation, and time period.
MEDICALLY UNASSIGNED – Unassigned due to existing medical condition.

PRINTED ON RECYCLED PAPER

LVN-20-F

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: 3-23-05 |
|---|---|
| FROM: leslie Kelly | REGISTER NO.: 26864-039 |
| WORK ASSIGNMENT: Hv.a.c | UNIT: C.A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I Would like To have a Copy of My Blood test

Leslie Kelly

(Do not write below this line)

DISPOSITION:

Lab dated 3-9-05 attached.

| Signature Staff Member | Date |
|---|---|
| L. Oliver, RHIT | 3-31-05 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

L. Oliver, RHIT
FCI Jesup, GA

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) Dental | DATE: 2-10-05 |
| FROM: Leslie Kelly | REGISTER NO.: 26864039 |
| WORK ASSIGNMENT: Hvac | UNIT: CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I Would like to be put on the list to have My teeth Clean

Thank you

Leslie Kelly
26864039

(Do not write below this line)

DISPOSITION:

COP-OUT RECEIVED
NAME PLACED ON THE HYG/TX LIST

MARVIN GUIA, DDS
FCI/McKean, GA

Signature Staff Member [signature]

Date 2/11/05

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

**From:** James Yurkewicz
**To:** Oliver, Linda K.
**Date:** 1/25/2005 1:53:46 PM
**Subject:** Medical Records - KELLY, Leslie (26864-039)

Linda,

I am the legal liaison at FCI McKean and I'm investigating a tort claim (TRT-NER-2005-01398) filed by an inmate who is now at your facility. The inmates name is KELLY, Leslie, register number 26864-039. Inmate KELLY filed this 5 million dollar claim against our Unicor, claiming he suffers health problems caused by the working conditions. In order for our Health Services to answer his claim, we need a copy of his medical records from 2003 to the present. You can mail them to the address provided below.

Thanks for your attention into this matter.

P.S. - Tell Debbie Forsyth I said hi.

Jim Yurkewicz, Leagl Liaison
FCI McKean
P.O. Box 5000
Bradford, PA 16701

Completed 1-26-05

L Oliver, HIT

L. Oliver, HIT
FCI Jesup, GA

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) Medical Records | DATE: 11-29-04 |
| FROM: leslie Kelly | REGISTER NO.: 26864-039 |
| WORK ASSIGNMENT: C.M.S- H.V.C. | UNIT: C.A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like to have a copy OF My Medical Records FroM -2001 to 2004 11-29-04 a.s.a.p.

Thank you Very Much
Leslie Kelly

(Do not write below this line)

DISPOSITION:

attached.

Signature Staff Member: L Oliver, HIT
Date: 12-1-04

L. Oliver, HIT
FCI Jesup, GA

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dental | DATE: 9-13-04 |
|---|---|
| FROM: Leslie Kelly | REGISTER NO.: 26864-039 |
| WORK ASSIGNMENT: Orderly | UNIT: C-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like To have My Teeth Clean
Thank you Very Much Leslie Kelly

(Do not write below this line)

DISPOSITION:

COP-OUT RECEIVED
NAME PLACED ON THE HYG/TX LIST

MARVIN GULA, DDS
FCI/FPC Jesup, GA

| Signature Staff Member | Date 9/13/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

# FOOD HANDLERS EXAMINATION SCREENING FORM

## FCI / FSL / FPC JESUP, GEORGIA

1. Do you have any history of any of the following within the last 30 days?

   _____Yes __X__No.........Skin Rash

   _____Yes __X__No..........Diarrhea

   _____Yes __X__No..........Respiratory Infection

2. Are you aware of being exposed to any communicable diseases within the past 30 days
   (Hepatitis, HIV, Syphilis, TB, etc)?

   _____Yes __X__No

3. Physical Examination:

   Head: WNL

   EENT: WNL

   Lungs: WNL

   Skin: WNL.

4. TB Screening Current: __X__ Yes _____ No

This inmate is APPROVED __X__ DISAPPROVED ______ for food handling.

Name: Kelly, Leslie

Reg. No: 26864-039

[signature]
Health Care Provider's Signature

9/10/04
Date

Original: Medical Records
Copy: Food Service 9-10-04
Date

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) Medica | DATE: 8-25-04 |
| FROM: leslie Kelly | REGISTER NO.: 26864-039 |
| WORK ASSIGNMENT: Orderly | UNIT: C.A 100 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like To Have A copy of My Blood Test FROM This Month in August

Thank you Very Much
[signature]

(Do not write below this line)

DISPOSITION:

Completed.

| Signature Staff Member | Date |
|---|---|
| [signature] L. Oliver, HIT FCI Jesup, GA | 8-30-04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) Dental | DATE: 7-26-04 |
| FROM: leslie Kelly | REGISTER NO.: 26864-039 |
| WORK ASSIGNMENT: N/A | UNIT: C03-314U ~~HO Detention~~ |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like For the Dental to take care of My tooth My Record From McKean will tell you What need to be Done
I would like it taking care of [illegible]

IN SPECIAL housing unit

Leslie Kelly

(Do not write below this line)

DISPOSITION:

If you have a problem report to dental sick call so that we may properly evaluate you.

MARVIN GUIA, DDS
FCI/FPC Jesup, GA

| Signature Staff Member [signature] | Date 8/3/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



# MEDICAL DUTY STATUS (MDS)

## WORK/QUARTERS

(✓) REG DUTY
( ) REG DUTY W
( ) NO DUTY

( ) YES F/S
( ) NO F/S

( ) ALLRG/WOOL
( ) ART LIMB
( ) ATH RESTR
( ) COLD/WIND
( ) DRIV RESTR
( ) HEAR RESTR
( ) HGT RESTR
( ) LIMIT SUN
( ) LOWER BUNK

( ) NO DRIVING
( ) NO POLLUT
( ) ORTH SHOES
( ) OTHER - SPECIFY: ________________
( ) SMOKE FREE
( ) SOFT SHOES
( ) STAND RSTR
( ) WGT 15, 20, 25 LB

DISABILITY ASSIGNMENTS (see TRM 028-9 (6000) for definitions)

| | |
|---|---|
| ( ) BLIND: | Total Blindness |
| ( ) DEAF: | Total Deafness |
| ( ) HEAR LOSS: | Partial hearing loss |
| ( ) LD: | Learning Disability |
| ( ) MEN ILL: | Mentally Ill |
| ( ) MEN RET: | Mentally Retarded |
| ( ) MISS EXT L: | Missing Lower Extremity. (Legs/Feet) |
| ( ) MIS EXT U: | Missing Upper Extremity. (Hand/Arms) |
| ( ) PARAL LOW: | Partial Paralysis. Lower. |
| ( ) PARAL UPR: | Partial Paralysis. Upper. |
| ( ) PARALYSIS: | Total Paralysis. |
| ( ) TERMINAL: | Terminally Ill. |
| ( ) VISION IMP: | Visual Impairment. |
| ( ) WHEELCHAIR: | Requires Wheelchair. |

(✓) NONE: Check NONE if no disabilities.

Paula Walker RN 7-18-04
Health Care Provider Date

Louis Burgos, MD
FCI/FPC Jesup, GA
7/21/04
Physician Signature Date

FCI FSL FPC JESUP, GEORGIA