# ATTACHMENT D
# PART 5

KELLY, Leslie
Reg. No.: 26864-039
MCK 327552-F2

## PART B-RESPONSE

This is in response to your Request for Administrative Remedy receipted in my office on March 3, 2004, in which you claim you are not receiving appropriate medical care and deliberate indifference. Specifically, you request to see a medical doctor and a CT scan for chronic headaches.

An investigation of your complaint reveals you arrived at FCI McKean on July 19, 2002. Your first complaint of headache was at sick call on June 2, 2003. You were treated with ibuprofen (Motrin). The next complaint of headache was August 28, 2003, and Motrin was again prescribed. You have been evaluated for headaches 11 times since the August 28, 2003, visit, including examinations by the clinical director and medical officer. You are currently on medication for your headaches. A CT scan is not clinically indicated at this time. There is no evidence of deliberate indifference or improper conduct by medical staff.

Based on this information, your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP-DIR-230 to the regional director.

3/23/04
Date

James F. Sherman, Warden

LOU SENSITIVE

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

FCI, McKEAN OFFICE

**REQUEST FOR ADMINISTRATIVE REMEDY**

'04 MAR -3 PM 2:01

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Kelly | Leslie | R | #26864-039 | BB | FCI McKean |
|---|---|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | | | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

The Petitioner filed an informal resolution on or about February 16, 2004 complaining about the "deliberate indifference" experiencing with the institutional staff as well as the medical department. Due to the fact that The Petitioner is dissatisfied with the response to his BP-8, and nothing has changed in regards to his original complaint, he is appealing the decision.

(see relief requested explained on the attached sheet).

3-2-04
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 327552

**Part C- RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT _____

DATE _____

RECIPIENT'S SIGNATURE (STAFF MEMBER)

**Relief Requested:**

The Petitioner has requested nothing that is not required; however, no one seems to take his request seriously. He is now making them once aagin.

1.) The Petitioner is requesting to see a "Medical Doctor" due to the fact the frequency in which he has these headaches is not normal.

2.) The Petitioner is requesting that until he does see a Medical Doctor that the medical department supply him with the necessary amount of pain medication.

3.) The Petitioner is requesting that the serverity of his headaches be considered an "emergency", and that he be allowed to come down to the hospital whenever necessary.

4.) The Petitioner is requesting a "cat scan" performed by a real M.D.

5.)  The Petitioner is requesting that the head doctor Mr. Smith be reprimanded, and that he be issued a sanction in the amount of two (2) weeks suspension with the loss of pay. He is not taking my medical problem seriously. Someone in his position should not be showing an inmate deliberate indifference in regards to their medical needs when his job is so necessary to overseeing that an inmate not suffer any unnecessary pain.

Respectfully Submitted,

*Leslie Kelly*
Leslie R. Kelly In Pro-se.

Dated: March 2, 2004

PART 1 NOTICE TO INMATE. Before filing a Request for Administrative Remedy Form BP-229, you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state your complaint and in list what effort you have made to resolve your complaint informally, stating the names of staff contacted.

This Informal Resolution Form was issued by ▮▮▮▮▮▮▮▮ Correctional Counselor, on _____ and returned to the Counselor on 2/16/04
                   date                                                    date

INMATE: Leslie R. Kelly        REG. NO. #26864-039 –        QUARTERS:

1. COMPLAINT: On February 7, 2004, I filed a BP-8 with the case manager Mr. Kenavator complaining about the severe headaches I've been having, and the "deliberate indifference" I've experienced with staff and medical department. I have not received a response yet of this date. I've been to the Warden a number of times complaining about the situation, and he has referred me each time to another individual. This complaint is in regards to February 13, 2004,

2. EFFORTS MADE TO INFORMALLY RESOLVE & STAFF CONTACTED:
I talked to the Warden, the A.W., and Mr. Smith From Medical. As of today I have not received any of the things that I have request, nor have I received any refills of medicine although my headaches continue.

_Leslie Kelly_          _26864-039_          _2-14-04_
INMATE'S SIGNATURE        REG. NO.            DATE

***DO NOT WRITE BELOW THIS LINE***

PART 2 CORRECTIONAL COUNSELOR'S COMMENTS:

EFFORTS MADE TO INFORMALLY RESOLVE & NAMES OF STAFF CONTACTED:
See Attached

DATE INFORMALLY RESOLVED or BP-229 ISSUED (circle one): 2/18/04

_____
COUNSELOR'S SIGNATURE

DISTRIBUTION: If complaint is NOT informally resolved, forward original attached to BP-229 form to Warden (Attn: Warden's Secretary).

(Attachment).

I went to the Warden in the dining hall and again complained that I was not being treated competently for my severe headaches, and that the people he had referred me to had failed to adequately deal with my problem. He referred me to the A.W., whom referred me again back to the P.A. Mr. Smith. He called and made an arrangement for me to see the doctor on the following Friday. I tried to explain to him that I was in pain right now, and that I had ran out of medication, he in turn showed "deliberate indiffenrence" and said that it wasn't anything that he could do for me, that I had to wait until next Friday when I had an appointment. My head hurts every single day, I told him that, as well as I was going over there when my head starts hurting whether I have an appointment or not. He obtained an attitude. The treatment that I'm am receiving is unsatisfactory, and unacceptable.

**Relief Requested:**

I am again requesting to see a "real" Medical Doctor", these headache are not normal.

I am requesting that until I am seen by a doctor that the medical department provide me with an adequate amount of pain medicine.

I am requesting that my headaches be considered an emergency, and that I be allowed to come to the medical whenever they occured.

I am requesting a "catscan" by a real M.D.

I am requesting that P.A. Smith be reprimanded, and that he be sanctioned to two (2) weeks suspension with loss of pay. He told me he could do nothing for me until next Friday like I am playing. I have been coming to the doctor for over a year now and it is well documented, it I was playing it would be over by now. My headaches are severe, and they occur everyday.

Respectfully Submitted,

Leslie R. Kelly  In Pro-se.

# Informal Resolution Response

NAME: Kelly, Leslie
REG NO. 26864-039

In your request for "Informal Resolution", you stated you are not getting the proper medical attention you feel you deserve in regards the headaches you have been getting.

After investigating your complaint the following information was obtained.  You were showing up during the Urgent Sick Call for your headaches and staff instructed you that headaches were not considered emergencies, and you needed to sign up for sick call. Which you failed to do.  You have also been scheduled for an appointment on February 20, 2004, at 12:30 PM.

G. Buck, Correctional Counselor

<u>February 18, 2004</u>
Date



# FEDERAL BUREAU OF PRISONS
# m e m o r a n d u m

FCI McKean, Pennsylvania

**DATE:** March 15, 2004

**REPLY TO**
**ATTN. OF:** Rosemary Dean, Warden's Secretary

**SUBJECT:** Administrative Remedy (BP-9)
MCK 327552-F2

**TO:** Rodney Smith, HSA

Please investigate the attached Request for Administrative Remedy (BP-9) filed by inmate **KELLY, Leslie, Reg. No. 26864-039.** Route your response through your associate warden and the camp administrator/legal liaison. Your response is due in the warden's office no later than **March 22, 2004.**

**LOU SENSITIVE**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Medical | 3-22-04 |
| FROM: Leslie Kelly | REGISTER NO.: 26864-039 |
| WORK ASSIGNMENT: Rec | UNIT: BB 223 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I Need A Copy of My Medical Record
Date Back From 8-2003 And I would Like to have
And Know the After Fact of the Prescribed
Medicine I'm on at the time Thank you Very Much
From 8-03 to Now

(Do not write below this line)

DISPOSITION:

See attached
pages (8)

**FCI McKean**

| Signature Staff Member | Date 3/24/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

## INSTRUCTIONS
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9:)

1.  Name: _Leslie Kelly_
    (Nombre)

2.  Reg. Number: _22864-039_
    (Numero de Registro)

3.  Date: _2-8-04_
    (Fecha)

4.  Housing unit and Unit Team: _B.B 223_    TEAM: A (B) C  D
    (unidad y equipo de la unidad)

5.  Complaint, What is your problem?
    (Queja). (Cual es su problema?)
    _The pain want go Away_
    _it last for Three hours everyday I need to see a real. Doc, No_ M.D.
    _No P.A Something is not right with me I need a xray or something soon_

6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days _____ Months _____ Years _____
    (Dias)        (Meses)       (Anos)

7.  Are you on any medication(s) at present? Yes __✓__ No _____
    (Esta usted tomando alguna(s) medicinas actualmente?)

8.  Have you purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria?)
    Yes _____ No __✓__

9.  Signature _____
    (Firma)

### TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:

10. Date seen: _____

11. Time seen: _____

12. Subjective: _____
    _____
    _____

13. Objective:    Temp: _____ Pulse _____ Respirations _____ B/P _____

14. Appointment Date: _____ Appointment Time _____

15. Triage Personnel's Signature: _____

RTC
2/20/04   **HEALTH SERVICE DEPARTMENT**
C Bol         **FCI McKEAN**
                **MEDICAL REQUEST SLIP**

[ ] X RAY
[ ] LABORATORY          [ ] OPTOMETRIST
[ ] EKG                 [ ] ORTHOPEDIC
[ ] PHYSICAL EXAM.      [ ] UROLOGIST
                        [ ] CHRONIC MED. CLINIC

NAME _Kelly_ NUMBER _26864-039_ DATE _1-23-04_

REQUESTED PROCEDURE: _Re-Eval. Efficacy Migraine Prophylaxi_     ROUTINE ☑     STAT ☐

REASON FOR PROCEDURE: _Migraines_

DATE TO BE DRAWN: _____     MD/PA SIGNATURE: _____

                                      MED. RECORD DONE [

BP-S148.055 **INMATE REQUEST TO STAFF** CDFPM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dentist | 11-10-03 |
| FROM: Leslie Kelly | REGISTER NO.: 26264-039 |
| WORK ASSIGNMENT: TEC | UNIT: BB 223 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I would like to be put on the list
to have my teeth clean. asap. Thank you
very much.   Leslie Kelly

(Do not write below this line)

DISPOSITION:

Your name will be added to the
dental waiting list.

FCI McKean

| Signature Staff Member | Date |
|---|---|
| J. Colvin DA | 11-10-03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

## U.S. DEPARTMENT OF JUSTICE

**FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical | DATE: 9-25-03 |
|---|---|
| FROM: Leslie Kelly | REGISTER NO.: 26864-039 |
| WORK ASSIGNMENT: Rec | UNIT: BB 223 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*I would like to have a copy of my Medical*
*Records form from November up to today*
*Thank you very much*

*Leslie Kelly*

(Do not write below this line)

DISPOSITION:

# See attached
9 **pages**

*FCI McKean*

| Signature Staff Member | Date 9/26/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.070  INMATE-REQUEST TO STAFF MEMBER  CDFRM
APS. 94
UNITED STATES DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

TO: _Doctor Beam_                    DATE _12-26-02_

[Name and Title of Officer]

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

I have put in a copout and have been call
over to time but never was seen you say
you are going to put me back on the list
to time and Im not on there can you please
put my name back on the callout list
Thank you

(Use other side of page if more space is needed)

NAME: _Leslie Kelly_            NO: _86864039_

WORK ASSIGNMENT: _UNICOR_        UNIT: _B.B 223_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:  Do not write in this space)

The chart shows an appt         DATE _____
having been made for 12/11/02 @ 2:30pm
The quickest way to get this taken care
of is to put a sick call slip in   Thanks

Record Copy - File; Copy - Inmate              Officer

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

## INSTRUCTIONS

You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _LESLIE KELLY_
   (Nombre)
2. Reg. Number: _26864039_
   (Numero de Registro)
3. Date: _1-6-03_
   (Fecha)
4. Housing unit and Unit Team: _BB 223_          TEAM: A  B  C  D
   (unidad y equipo de la unidad)
5. Complaint. What is your problem?
   (Queja). (Cual es su problema?) _I have A Skin Problem_
   _ou my Feet AND I haveN had A bow movement_
   _in there Days_
6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days _✓_ Months _____ Years _____
   (Dias)      (Meses)      (Anos)
7. Are you on any medication(s) at present? Yes _____ No _✓_
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?)
   Yes _✓_ No _____
9. Signature _Leslie Kelly_
   (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date seen: _____
11. Time seen: _____
12. Subjective: _____
    _____
    _____
13. Objective:  Temp: _____ Pulse _____ Respirations _____ B/P _____
14. Appointment Date: _____ Appointment Time _____
15. Triage Personnel's Signature: _____

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) D. Caldwell, HSPA | DATE: 1-2-03 |
|---|---|
| FROM: Kelly Leslie | REGISTER NO.: 26864039 |
| WORK ASSIGNMENT: UNICOR | UNIT: B.B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have send my prescription out
And the Eye Glasses is coming from
Sherita Kelly. 16679 Cruse Det Mich 48235

(Do not write below this line)

DISPOSITION:

A package authorization has been prepared and sent to the mail room.  Tinted glasses
and hard cases will be rejected.

| Signature Staff Member D. Caldwell, HSPA | Date 1-3-03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via  FCI McKean          This form replaces BP-148.070 dated Oct 86
                                   P.O. Box 5000        and BP-S148.070 APR 94
Diane Caldwell                     Bradford, PA 16701
Health Services Program Assistant

Printed on Recycled Paper

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

## INSTRUCTIONS
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente. numeros 1-9.)

1.  Name: _Leslie Kelly_
    (Nombre)
2.  Reg. Number: _26864039_
    (Numero de Registro)
3.  Date: _12-4-02_
    (Fecha)
4.  Housing unit and Unit Team: _B.B_  TEAM: A  B  C  D
    (unidad y equipo de la unidad)
5.  Complaint, What is your problem?
    (Queja). (Cual es su problema?)
    _-My Feet From the Shower._
    _And my hand is looken very Bad_
6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days _____ Months _2_ Years_____
    (Dias)        (Meses)        (Anos)
7.  Are you on any medication(s) at present? Yes _____ No _✓_
    (Esta usted tomando alguna(s) medicinas actualmente?)
8.  Have you purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria?)
    Yes_____ No_✓_
9.  Signature _Leslie Kelly_
    (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date seen: _____
11. Time seen: _____
12. Subjective: _____
    _12/11/02 @ 1430_
13. Objective:  Temp: _____ Pulse_____ Respirations _____ B/P _____
14. Appointment Date: _____ Appointment Time_____
15. Triage Personnel's Signature: _____

A. BEAM, MD
FCI McKEAN

BP-S148.055 INMATE REQUEST STAFF CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) D. Caldwell, HSPA | DATE: 12/4/02 |
|---|---|
| FROM: Kelly, Leslie | REGISTER NO.: 26864-039 |
| WORK ASSIGNMENT: Unicor | UNIT: B/B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I am requesting a copy of my current prescription for eye glasses.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Do not write below this line)

DISPOSITION:

Attached, is a copy of your current prescription for eye glasses.

If you want glasses from the outside, send me a cop out with the name and address of the
person who will be sending the glasses to you. I will prepare a package authorization
and have it approved. Let me know you already have the prescription and do not require
a copy.

| Signature Staff Member  D. Caldwell, HSPA | Date  12-5-02 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)           This form replaces BP-148.070 dated Oct 86
Diane Caldwell                                 and BP-S148.070 APR 94
Health Services Program Assistant    FCI McKean
                                     P.O. Box 5000
                                     Bradford, PA 16701

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
### (Formulario y Registro para Atencion Medica de Confinados)

### INSTRUCTIONS:
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.  Name: _Leslie Kelly_
    (Nombre)
2.  Reg. Number: _____
    (Numero de Registro)
3.  Date: _____
    (Fecha)
4.  Housing unit and Unit Team: _____    TEAM:  A  B  C  D
    (Unidad y equipo de la unidad)
5.  Complaint. What is your problem ?
    (Queja). (Cual es su problema?)
    _____
    _____
6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days_____  Months_____  Years_____
    Dias)        (Meses)         (Anos)
7.  Are you on any medication(s) at present?  Yes_____   No __✓__
    (Esta usted tomando alguna(s) medicinas actualmente?)
8.  Have you purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria?
    Yes_____  No __✓__
9.  Signature _Leslie Kelly_
    (Firma)

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10.  Date Seen: _10/18/02_

11.  Time Seen: _0930.hrs_

12.  Subjective: _#18, Dcarious lesion at point of_
     _contact 2 #1.9._
     _Extracted today_

13.  Objective:  Temp._____ Pulse_____ Respirations_____ B/P_____

13.  Appointment Date: _____

14.  Triage Personnel's Signature: _RDL Collura RDH_  Appointment Time_____

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 9-26-02 |
|---|---|
| FROM: *Leslie Kelly* | REGISTER NO.: 26864039 |
| WORK ASSIGNMENT: *LAY UP* | UNIT: B.B 218 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I Would like to have My teeth checked up
all of Them

(Do not write below this line)

DISPOSITION:

Your name has been added to the
list. Please watch the Call outs.

| Signature Staff Member | Date |
|---|---|
| *J Batista* | 10-02-02 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

### FCI McKean
### Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

**INSTRUCTIONS:**
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _LESLIE KELLY_
   (Nombre)
2. Reg. Number: _24864039_
   (Numero de Registro)
3. Date: _9-18-02_
   (Fecha)
4. Housing unit and Unit Team: _BB218_ TEAM: A (B) C D
   (Unidad y equipo de la unidad)
5. Complaint. What is your problem ?
   (Queja). (Cual es su problema?)
   _I would like to have_
   _My teeth checked up all of them_

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days_____ Months_____ Years_____
   Dias)        (Meses)        (Anos)
7. Are you on any medication(s) at present? Yes_____ No _✓_
   (Esta usted tomando alguna(s) medicinas actualmente?)
8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?
   Yes_____ No _✓_
9. Signature _Leslie Kelly_
   (Firma)

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen:_____
11. Time Seen:_____
12. Subjective: _____
    _____
    _____
    _____
13. Objective: Temp._____ Pulse_____ Respirations_____ B/P_____
13. Appointment Date: _____ Appointment Time_____
14. Triage Personnel's Signature: _____

_Please submit the enclosed cop-_
_out form. This sheet is for sick call_
_only._
_J Batista 9-25-02_

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

INSTRUCTIONS:
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _LESLIE KELLY_
   (Nombre)
2. Reg. Number: _26869139_
   (Numero de Registro)
3. Date: _9-4-02_
   (Fecha)
4. Housing unit and Unit Team: _BB 245_ TEAM: A B C D
   (Unidad y equipo de la unidad)
5. Complaint. What is your problem ? _I need_
   (Queja). (Cual es su problema?)
   _I have a tooth Ake_

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days _2_ Months_____ Years_____
   Dias)    (Meses)    (Anos)
7. Are you on any medication(s) at present? Yes_____ No _✓_
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?
   Yes_____ No _✓_

9. Signature _Leslie Kelly_
   (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen: _09/16/02_

11. Time Seen: _1300 hrs_

12. Subjective: _My tooth hurt last week and had something black on it._

13. Objective: Temp._____ Pulse_____ Respirations_____ B/P_____

13. Appointment Date: _____ Appointment Time_____

14. Triage Personnel's Signature: _____

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

### INSTRUCTIONS:
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _LESLIE KELLY_
   (Nombre)

2. Reg. Number: _26864039_
   (Numero de Registro)

3. Date: _9-4-02_
   (Fecha)

4. Housing unit and Unit Team: _BB245_    TEAM: A  B  C  D
   (Unidad y equipo de la unidad)

5. Complaint. What is your problem ?
   (Queja). (Cual es su problema?) _I have A Blister on_
   _my toe From the shoes I had it For to week_

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days _8_    Months_____    Years_____
   Dias     (Meses)          (Anos)

7. Are you on any medication(s) at present? Yes_____ No _✓_
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria? .
   Yes_____ No _✓_

9. Signature _Leslie Kelly_
   (Firma)

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen:_____

11. Time Seen:_____

12. Subjective: _____

13. Objective:    Temp._____ Pulse_____ Respirations_____ B/P_____

13. Appointment Date: _9/16/02_    Appointment Time _8:30_

14. Triage Personnel's Signature:_____

BP-S148.055 **INMATE REQU. T TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 7-28-02 |
|---|---|
| FROM: Leslie Kelly | REGISTER NO.: 26864039 |
| WORK ASSIGNMENT: None | UNIT: BB 245 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like to have my teeth cleaned
so can you put me on the list asp
Thank you very much

I was on the callout to get my teeth
clean at Lewisbrog But I had to go on a
Rit And when I got Back they sent me
here I Done waiting A year in a half
And I need it Bad Thank you very
Much

(Do not write below this line)

DISPOSITION:

You have been added
to our list —

FCI McKean

| Signature Staff Member | Date |
|---|---|
| Johna Schdl-Schdl | 8-5-02 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055
SEP 98

# INMATE REQUEST TO STAFF  CDFRM

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| TO: (Name and title of staff member): | Date: |
|---|---|
| Dentist | 3-25-02 |
| From: Leslie Kelly | Registration number: 26864039 |
| Work assignment: Paint -2 | Unit: F/12 |

SUBJECT:    (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like to know about getting my teeth
clean I had one For 3-25-02 but the C.O Didn't
give me a pass to come I been waiting
over a year now And I need it Bad
please can you put me back on the list callout
soon Thank you

(Continue on back if necessary)

(Do not write below this line)    rescheduled?

Disposition: _____

you're rescheduled for Monday April 29,
2002 @ 0800

Signature of staff member:

Reginald Ballard, DDS

Date: 3/29/02

(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94