# ATTACHMENT B

```
  BOPUK   531.01  *              INMATE HISTORY              *    01-27-2006
 PAGE 001           *               WRK DETAIL               *    10:06:12

 REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
 CATEGORY: WRK         FUNCTION: PRT         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| BEN | UNASSG | UNASSIGNED | 12-22-2005 1352 | CURRENT |
| BEN | FCI A&O | ADMISSION AND ORIENTATION | 12-01-2005 1100 | 12-22-2005 1352 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 11-30-2005 1411 | 12-01-2005 0414 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 11-23-2005 0900 | 11-30-2005 0454 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 09-29-2005 0001 | 11-23-2005 0724 |
| JES | UNASSG | UNASSIGNED | 09-23-2005 1457 | 09-29-2005 0001 |
| JES | UNASSG | UNASSIGNED | 09-13-2005 1044 | 09-23-2005 0834 |
| JES | SHU | SPECIAL HOUSING UNIT | 09-12-2005 1334 | 09-13-2005 1044 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 06-09-2005 0001 | 09-12-2005 1334 |
| JES | IDLE2 | IDLE - 2 DAYS | 06-08-2005 0730 | 06-09-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 03-04-2005 0001 | 06-08-2005 0730 |
| JES | MED CONV | MEDICAL CONVALESCENCE | 03-02-2005 0001 | 03-04-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 10-05-2004 0001 | 03-02-2005 0001 |
| JES | CMS | CMS CLERK | 10-01-2004 0001 | 10-05-2004 0001 |
| JES | ORDERLY C1 | C1 UNIT ORDERLY | 08-10-2004 0800 | 10-01-2004 0001 |
| JES | UNASSG | UNASSIGNED | 08-09-2004 1603 | 08-10-2004 0800 |
| JES | A&O | ADMISSION & ORIENTATION PGM | 08-03-2004 1315 | 08-09-2004 1603 |
| JES | UNASSG | UNASSIGNED | 08-02-2004 1256 | 08-03-2004 1315 |
| JES | SHU | SPECIAL HOUSING UNIT | 07-16-2004 0715 | 08-02-2004 1256 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 06-29-2004 1700 | 07-16-2004 0305 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-24-2004 1755 | 06-29-2004 0800 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-21-2004 1457 | 05-24-2004 1033 |
| MCK | VACATION | VACATION | 05-14-2004 0001 | 05-21-2004 1100 |
| MCK | REC | RECREATION ORDERLY | 03-23-2004 0001 | 05-14-2004 0001 |
| MCK | CONV | CONVALESCENT | 03-17-2004 1123 | 03-23-2004 0001 |
| MCK | REC | RECREATION ORDERLY | 06-15-2003 0001 | 03-17-2004 1123 |
| MCK | IDLE | IDLE | 06-13-2003 1021 | 06-15-2003 0001 |
| MCK | REC | RECREATION ORDERLY | 05-08-2003 0001 | 06-13-2003 1021 |
| MCK | UNASSG | UNASSIGNED | 04-25-2003 0001 | 05-08-2003 0001 |

```
MCK    I ASEMBLY1   ASSEMBLY 1                  10-03-2002 0001 04-25-2003 0001
MCK    I LAYUP 1    LAYUP 1                     09-03-2002 0001 10-03-2002 0001
MCK    ORD B B      ORDERLY B B                 07-30-2002 0001 09-03-2002 0001
MCK    UNASSG       UNASSIGNED                  07-24-2002 0001 07-30-2002 0001
MCK    A&O          ADMISSION & ORIENTATION     07-19-2002 0825 07-24-2002 0001
LEW    PAINT 2      PAINT 2                     06-12-2002 0001 07-19-2002 0520
LEW    INS GM1      INSIDE GENERAL MAINT 1      06-04-2002 0001 06-12-2002 0001
LEW    INS FA       INSIDE FACILITY ASSISTANT   06-01-2002 0001 06-04-2002 0001
LEW    UNASSG       UNASSIGNED WORK DETAIL      05-24-2002 0826 06-01-2002 0001
LEW    PAINT 2      PAINT 2                     11-24-2001 0001 04-18-2002 1214
LEW    IDLE 3       IDLE #3 - 3 DAYS            11-21-2001 1510 11-24-2001 0001
LEW    PAINT 2      PAINT 2                     05-30-2001 0001 11-21-2001 1510


G0002        MORE PAGES TO FOLLOW . . .



  BOPUK  531.01 *              INMATE HISTORY              *    01-27-2006
PAGE 002 OF 002 *                WRK DETAIL                *    10:06:12
  REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
  CATEGORY: WRK         FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT   DESCRIPTION                 START DATE/TIME STOP DATE/TIME
LEW    UNASSG       UNASSIGNED WORK DETAIL      05-12-2001 0712 05-30-2001 0001
LEW    PAINT 2      PAINT 2                     04-18-2001 0001 05-12-2001 0712
LEW    UNASSG       UNASSIGNED WORK DETAIL      03-19-2001 2114 04-18-2001 0001
ATL    UNASSG       UNASSIGNED WORK DETAIL      02-21-2001 1910 03-19-2001 1113
OKL    UNASSG       UNASSIGNED HOLDOVER         08-11-1999 1645 08-17-1999 0730
MIL    UNASSG       UNASSIGNED WORK DETAIL      08-03-1999 1200 08-11-1999 1125
MIL    UNASSG       UNASSIGNED WORK DETAIL      08-03-1999 1155 08-03-1999 1159
```

G0000          TRANSACTION SUCCESSFULLY COMPLETED