# ATTACHMENT C



# SUBMITTAL DATA

☒ OPEN RADIAL
☐ TYPE P

INDUSTRIAL EXHAUSTERS
Arrangement 1

ROTATION DISCHARGE POSITIONS
(Clockwise sho...)

**CUSTOMER:** Underwood Air Systems, Inc.

| ITEM NO. | QUAN. | CUSTOMER P.O./JOB# | DATE | SALES OFFICE |
|---|---|---|---|---|
| 1 | 2 | VWA0870 / 890843 | 9/11/89 | UAS |

| FAN BLOWER SIZE | SWSI | EXTRA HD | HEAVY DUTY | DISCHARGE POSITION STD | SPEC | ROTATION (viewed from drive side) CLOCKWISE | COUNTERCLOCKWISE |
|---|---|---|---|---|---|---|---|
| 37 | ☒ | ☐ | ☒ | ☒ | UB ☐ | 1 ☒ | 1 ☒ |

| CFM | S.P. | PERFORMANCE RPM | BHP | DENSITY | TEMPERATURE | MAX OPERATING TEMPERATURE |
|---|---|---|---|---|---|---|
| 34,000 | | | | Std. | Std. | |

**YES   ACCESSORIES**                                      **SPECIAL INSTRUCTIONS**

☐ ACCESS DOOR   BOLTED ☐   HINGED ☐   RAISED ☐

☐ DRAIN PLUG

☐ SPLIT HOUSING   ☐ SPLIT BOX

☐ INLET   FLANGED ☐   DRILL ☐   SCREEN ☐   BOX ☐

☐ INLET VANE   EXTERNAL ☐

☒ FLANGED OUTLET   DRILL ☐

☐ DAMPER   PARALLEL ☐   OPPOSED ☐   INLET ☐   OUTLET ☐   MANUAL ☐   AUTO ☐

☒ PAINT   STANDARD ☒   HI-TEMP ☐   OTHER

☐ GUARDS   SHAFT ☐   BELT ☐   COUPLING ☐

☐ PLUG COOLER

☐ SHAFT COOLING WHEEL

☐ SHAFT SEALS   STANDARD ☐   GAS TIGHT ☐

☐ SPARK RESISTANCE   TYPE A ☐   B ☐   C ☐

☐ INTERGAL BASE   RIS ☐   SPRING ☐   MOTOR POSITION  W ☐   X ☐   Y ☐   Z ☐

☐ MOTOR   SUPPLIED BY: IAP ☐   OTHERS ☐

MOUNTED BY: IAP ☐   OTHERS ☐

| | HP | RPM | DUTY | ENCL | FRAME |
|---|---|---|---|---|---|
| ☐ DRIVE | V-BELT ☐ | C.S. ☐ | ADJ ☐ | | |

☐ SILENCER   INLET ☐   OUTLET ☐

☐ TRANSITIONS

☐ ROTABLE HOUSINGS

☐ FILTER BOXES

CERTIFIED FOR CONSTRUCTION
IAP, Inc.
PHILLIPS, WISCONSIN
SEP 11 1989
BY Robert M Shue   DATE

**Rotation Discharge Positions:**
- Up Blast CW 360
- Top Angular U... CW 45
- Top Horizontal CW 90
- Top Angular Do... CW 135
- Down Blast CW 180
- Bottom Angular Do... CW 225
- Bottom Horizont... CW 270
- Bottom Angular ... CW 315

All drawings are the property of IAP, Inc., and any use for manufacturing purposes is strictly forbidden.   IAP, Inc.

FORM RP-1



**IAP INC.**
P.O. BOX 50
PHILLIPS, WI 54555
715/339-3074

# SUBMITTAL DATA

☒ OPEN RADIAL
☐ TYPE P
INDUSTRIAL EXHAUSTERS
Arrangement 1

ROTATION DISCHARGE POSITIONS
(Clockwise sho[wn])

CUSTOMER: Underwood Air Systems, Inc.

| ITEM NO. | QUAN. | CUSTOMER P.O./JOB# | | DATE | SALES OFFICE |
|---|---|---|---|---|---|
| 1 | 2 | VWA0870 / 890843 | | 9/11/89 | UAS |

| FAN BLOWER SIZE | SWSI | EXTRA HD | HEAVY DUTY | DISCHARGE POSITION STD / SPEC | ROTATION (viewed from drive side) CLOCKWISE / COUNTERCLOCKWISE |
|---|---|---|---|---|---|
| 37 | ☒ | ☐ | ☒ | ☒ UB / ☐ | 1 ☒ / 1 ☐ |

| CFM | S.P. | PERFORMANCE RPM | BHP | DENSITY | TEMPERATURE | MAX OPERATING TEMPERATURE |
|---|---|---|---|---|---|---|
| 34,000 | | | | Std. | Std. | |

**YES — ACCESSORIES** | **SPECIAL INSTRUCTIONS**

☐ ACCESS DOOR — BOLTED ☐  HINGED ☐  RAISED ☐

☐ DRAIN PLUG

☐ SPLIT HOUSING   ☐ SPLIT BOX

☐ INLET — FLANGED ☐  DRILL ☐  SCREEN ☐  BOX ☐

☐ INLET VANE — EXTERNAL ☐

☒ FLANGED OUTLET — DRILL ☐

☐ DAMPER — PARALLEL ☐  OPPOSED ☐  INLET ☐  OUTLET ☐  MANUAL ☐  AUTO ☐

☒ PAINT — STANDARD ☒  HI-TEMP ☐  OTHER ☐

☐ GUARDS — SHAFT ☐  BELT ☐  COUPLING ☐

☐ PLUG COOLER

☐ SHAFT COOLING WHEEL

☐ SHAFT SEALS — STANDARD ☐  GAS TIGHT ☐

☐ SPARK RESISTANCE — TYPE A ☐  B ☐  C ☐

☐ INTERGAL BASE — RIS ☐  SPRING ☐  MOTOR POSITION W ☐  X ☐  Y ☐  Z ☐

☐ MOTOR — SUPPLIED BY: IAP ☐  OTHERS ☐
  MOUNTED BY: IAP ☐  OTHERS ☐

☐ DRIVE — HP / RPM / DUTY / ENCL / FRAME
  V-BELT ☐  C.S. ☐  ADJ ☐

☐ SILENCER — INLET ☐  OUTLET ☐

☐ TRANSITIONS

☐ ROTABLE HOUSINGS

☐ FILTER BOXES

CERTIFIED FOR CONSTRUCTION
IAP, Inc.
PHILLIPS, WISCONSIN

SEP 11 1989

BY [signature] Robert M. Shue  DATE

All drawings are the property of IAP, Inc., and any use for manufacturing purposes is strictly forbidden.   IAP, Inc.

Rotation Discharge Positions:
- Up Blast CW 360
- Top Angular U[p] CW 45
- Top Horizontal CW 90
- Top Angular Dow[n] CW 135
- Down Blast CW 180
- Bottom Angular Do[wn] CW 225
- Bottom Horizont[al] CW 270
- Bottom Angular [ ] CW 315

FORM RP-1