# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Leslie R. Kelly )
)
)
Plaintiff )
vs. )    No.    CA 03-368 Erie
Marty Sapko, et al )
)
)
Defendants )

HEARING ON   August 24, 2006   Case Management Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

| Richard A. Lanzillo, Esq. | Michael Colville, Esq., AUSA |
| Neil Devlin, Esq. | Douglas Goldring, Esq. |
| Appear for Plaintiff | Appear for Defendant |

Hearing Begun   2:00 pm         Hearing Adjourned to

Hearing concluded C.A.V.  3:00 pm       Stenographer Ron Bench
                                        CD:          Index:

### WITNESSES
For Plaintiff                           For Defendant

Dispositive motions due December 15, 2006 - Responses due 30 days later

Discovery deadline - December 1, 2006

Consolidated for trial purposes with 04-11, 03-355 & 03-323