**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL W. HILL, | ) Docket No. 03-323E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) PROPOSED ORDER IN SUPPORT OF JOINT |
| | ) MOTION TO MODIFY CASE |
| | ) MANAGEMENT ORDER |
| UNITED STATES OF AMERICA, | ) |
| JOHN J. LAMANNA, WILLIAM K. | ) |
| COLLINS, MARTY SAPKO, | ) Filed on behalf of:  Plaintiffs and Defendants |
| STEPHEN HOUSLER, ROBERT | ) |
| KLARK, ROBERT REOME, | ) Counsel of record for this party: |
| BETH FANTASKEY, and | ) |
| DEBORAH FORSYTH, | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall |
| Defendants | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| LESLIE R. KELLY, | ) Docket No. 03-368E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| JOHN J. LAMANNA, MARTY SAPKO, | ) |
| DEBORAH FORSYTH, STEPHEN | ) |
| HOUSLER | ) |
| | ) |
| Defendants | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN SIGGERS,                )    C.A. No. 03-355 Erie
                                 )    (Judge Susan Paradise Baxter)

        Plaintiff           )

                                 )

    vs.                        )

                                 )

UNITED STATES OF AMERICA,   )
JOHN LAMANNNA, DEBORAH    )
FORSYTH, MARTY SAPKO, and   )
STEPHEN HOUSLER,           )

                                 )

        Defendants         )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MYRON WARD,              )  Docket No. 04-11
                                 )  (Judge Susan A. Paradise Baxter)

        Plaintiff,          )

                                 )

    vs.                        )

                                 )

UNITED STATES OF AMERICA,   )
JOHN LAMANNA, DEBORAH     )
FORSYTH, MARTY SAPKO,      )
STEPHEN HOUSLER, NED WATSON, )

                                 )

        Defendants         )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KENNY HILL,               )  Docket No. 05-160E
                                 )  (Judge Susan Paradise Baxter)

        Plaintiff,          )

                                 )

    vs.                        )

                                 )

JOHN J. LAMANNA, DEBORAH   )
FORSYTH, MARTY SAPKO, and   )
STEPHEN HOUSLER          )

                                 )

        Defendants         )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PROPOSED ORDER**

AND NOW, this _____ day of November, 2006, after consideration of

the Joint Motion to Modify Case Management Order, it is hereby ORDERED that the motion is

GRANTED.  The original Case Management Order is modified as follows:

        a)     Discovery due by February 1, 2007

        b)     Dispositive Motions due by March 1, 2007

        c)     Response to Dispositive Motions due by April 2, 2007

        BY THE COURT:

        _____

        Honorable Sean J. McLaughlin
        United Stated District Judge

# 699463