# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Leslie R. Kelly )
)
)
)
Plaintiff )
vs. )   No.   CA 03-368 Erie
United States of America )
)
)
Defendant )

HEARING ON   November 14, 2006   Motion Hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Richard A. Lanzillo, Esq.                               Michael C. Colville, Esq., AUSA
Neil Devlin, Esq.                                       Phil O'Connor, Esq., AUSA
Lori Watson, paralegal                                  Doug Goldring, Esq. - UNICOR
        Appear for Plaintiff                                    Appear for Defendant

Hearing Begun   11:30 am                                Hearing Adjourned to

Hearing concluded C.A.V.   12:45                        Stenographer Ron Bench
                                                        CD:        Index:

**WITNESSES**

For Plaintiff                                           For Defendant

Joint Motion to Modify Case Management Order (Document #71) is
granted as follows:
Dispositive motions due February 2, 2007
Responses due February 16, 2007