```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

```
KENNY HILL,                    )
                               )
        Plaintiff,             )   CIVIL ACTION NO. 05-160E
                               )
v.                             )   JUDGE McLAUGHLIN
                               )   MAGISTRATE JUDGE BAXTER
JOHN LAMANNA, et al.,          )
                               )
        Defendants.            )


MICHAEL HILL,                  )
                               )
        Plaintiff,             )   CIVIL ACTION NO. 03-323E
                               )
v.                             )   JUDGE McLAUGHLIN
                               )   MAGISTRATE JUDGE BAXTER
JOHN LAMANNA, et al.,          )
                               )
        Defendants.            )


LESLIE KELLY,                  )
                               )
        Plaintiff,             )   CIVIL ACTION NO. 03-368E
                               )
v.                             )   JUDGE McLAUGHLIN
                               )   MAGISTRATE JUDGE BAXTER
JOHN LAMANNA, et al.,          )
                               )
        Defendants.            )


KEVIN SIGGERS,                 )
                               )
        Plaintiff,             )   CIVIL ACTION NO. 03-355E
                               )
v.                             )   JUDGE McLAUGHLIN
                               )   MAGISTRATE JUDGE BAXTER
JOHN LAMANNA, et al.,          )
                               )
        Defendants.            )
```

Case 1:03-cv-00368-SJM-SPB   Document 76-2   Filed 01/10/2007   Page 1 of 2

```
MYRON WARD,                    )
                               )
          Plaintiff,           )    CIVIL ACTION NO. 04-11E
                               )
v.                             )    JUDGE McLAUGHLIN
                               )    MAGISTRATE JUDGE BAXTER
JOHN LAMANNA, et al.,          )
                               )
          Defendants.          )
```

## DISCOVERY DISPUTE CERTIFICATE

I hereby certify that counsel for the parties have on various occasions discussed the discovery dispute set forth in the Defendant's Motion to Compel Discovery. Moreover, counsel for Defendants informed counsel for Plaintiffs that the within Motion to Compel would be filed if responses to the outstanding discovery were not provided on or before January 5, 2007. Notwithstanding, the parties have been unable to resolve the matter and discovery remains outstanding.

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
PA ID No. 56668
