IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-160E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | | |
|---|---|---|
| MICHAEL HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-323E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | | |
|---|---|---|
| LESLIE KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-368E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | | |
|---|---|---|
| KEVIN SIGGERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-355E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | |
|---|---|
| MYRON WARD, )  )  Plaintiff, )  )  v. )  )  JOHN LAMANNA, et al., )  )  Defendants. ) | CIVIL ACTION NO. 04-11E  JUDGE McLAUGHLIN  MAGISTRATE JUDGE BAXTER  (Electronic Filing) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION TO DISMISS

AND NOW, comes Defendants, John LaManna, Marty Sapko, Deborah Forsyth, Stephen Housler, Robert Klark, Robert Reome and Beth Fantaskey, by their attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Michael C. Colville, Assistant United States Attorney for said district, and, pursuant to Rules 12(b) and 56 of the Federal Rules of Civil Procedure, respectfully moves the Court to issue an Order granting Defendants' Motion for Summary Judgment, or in the Alternative Motion to Dismiss the Complaints of Plaintiffs Kenny Hill, Michael Hill, Leslie Kelly, Kevin Siggers and Myron Ward, with prejudice.

A Brief in support of this Motion, as well as the Appendix of Exhibits, are being filed simultaneously herewith and the contents therein incorporated by reference.

WHEREFORE, Defendant respectfully requests that the Court issue an Order granting Defendants' Motion for Summary Judgment, or in the Alternative Motion to Dismiss the Complaints of Plaintiffs Kenny Hill, Michael Hill, Leslie Kelly, Kevin Siggers and Myron Ward, with prejudice and with costs being assessed against Plaintiffs.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


 /s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7337
PA ID No. 56668

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2007, a true and correct copy of the within **Defendants' Motion for Summary Judgment, or in the Alternative, Motion to Dismiss** was served, by either electronic means or by postage paid U.S. Mail, to and upon the following:

Richard A. Lanzillo, Esquire<br>
Knox McLaughlin Gornall & Sennett, P.C.<br>
120 West Tenth Street<br>
Erie, PA 16501-1461

  /s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney