## CLINICAL & OCCUPATIONAL PULMONARY ASSOCIATES, LLC

Gregory J. Fino, MD, FCCP

St. Clair Hospital
1000 Bower Hill Road, Suite 211
Pittsburgh, Pennsylvania 15243-1899

Telephone   (412) 942-2025
Fax             (412) 942-2032
Email         gregory.fino@stclair.org

January 22, 2007

Michael C. Colville
Assistant U.S. Attorney
U.S. Department of Justice
U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

**RE:    Kenneth Hill v. United States**
**C.A. No. 05-160E**
**SSN: 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**
**DOB: 7/17/62**
**OIME: 12/21/06**

Dear Attorney Colville:

I examined Mr. Hill on December 21, 2006.

**Patient Profile**

Mr. Hill was born in 1962 and was 44 years old. His medications included:

1.    Medication for a rash; he has been on the medication for about a year, but it has
       not taken the problem away.
2.    Cortisone cream for the rash.
3.    Eye drops for burning and itchy eyes - this does help.
4.    Breathing treatments about once a week - these work "so-so."

He has no allergies, and he never smoked.

Kenneth Hill
January 22, 2007
Page 2

HILLK.DOJ

## Occupational History

Mr. Hill's job was making furniture from 2001 through 2005, and it was a very dusty job. He denied any skin problems, eye problems or lung problems before 2001. He believes he is about 30% better now that he is not working at the facility. While there, he cut Micore Board and particle board approximately three times per week. He did not have a respirator but was provided paper masks. He believed that the ventilation was not good. He had to use an air hose to remove the dust from his body and eye irrigation to wash out his eyes.

He was also exposed to Lokweld every day, and it created an odor. He also used a compound to remove extra Lokweld from the surfaces of the laminate.

He started to note dizziness, rash and shortness of breath within the first few months. He also developed severe headaches.

He now has shortness of breath, and he can no longer play basketball as he did in the past. He is limited in what he can do because of his breathing.

He does not complain of chest pain. He does admit to daily cough and mucus, and he does wheeze. There is no orthopnea or paroxysmal nocturnal dyspnea.

## Past Medical History

His past medical history is significant for a gunshot wound of the left leg.

He has no history of pneumonia, tuberculosis, emphysema, asthma, bronchitis, bronchiectasis, or frequent colds. There is no history of fractured ribs.

## Family History

There is no family history of malignancy.

## Review of Systems

Neurologic:                    No headaches or seizures

HEENT:                         No chronic sinus problems

Kenneth Hill
January 22, 2007
Page 3

HILLK.DOJ

| | |
|---|---|
| GI: | No history of chronic gastrointestinal disease |
| CVS: | No history of cardiovascular disease |
| GU: | No chronic genitourinary problems |
| MS: | No chronic musculoskeletal problems |
| Endocrine: | No diabetes or thyroid disease |

**Physical Examination**

| | |
|---|---|
| General: | Well-developed, well-nourished black man in no acute distress, oriented X 3 |
| Heart Rate: | 64 |
| Blood Pressure: | 122/82 |
| Respiratory Rate: | 12 |
| Height: | 73" without shoes |
| Weight: | 223 lbs without shoes |
| Skin/Nails: | No cyanosis, clubbing, or edema |
| Neck: | Supple with a midline trachea; no thyromegaly |
| HEENT: | Unremarkable. There was no conjunctivitis nor any evidence of external eye irritation. |
| Lungs: | Clear to auscultation and percussion on a tidal volume breath and a forced expiratory maneuver without wheezes, rales, rhonchi, or rubs |
| Heart: | Normal S1 and S2 without murmurs, gallops, or rubs |

Kenneth Hill
January 22, 2007
Page 4

HILLK.DOJ

| | |
|---|---|
| Abdomen: | No organomegaly |
| Peripheral Pulses: | 2+ and equal |
| Extremities: | Excoriations on his legs. A few papules (pimples) on his back and his abdomen. |
| Edema: | Negative |
| Neurological Exam: | Intact |

## Chest X-Ray

A two-view chest x-ray was performed in conjunction with this examination. The chest x-rays were compared to the revised 2000 ILO classification films.

I have also received for review a Quality 1 two-view chest x-ray dated 10/18/04 performed by DBI Radiology, Inc. (according to the accompanying report), and I have compared this chest x-ray as well to the revised 2000 ILO classification films.

There were no pleural and no parenchymal abnormalities consistent with an occupationally acquired pneumoconiosis, and I classified both of the chest x-rays as 0/0.

Both of the above-referenced films were normal.

## Pulmonary Function Testing

The American Thoracic Society, in conjunction with the European Respiratory Society, has published a follow-up article to their 1991 article on selection of reference values and interpretative strategies in pulmonary function testing.

The original 1991 article is entitled Lung Function Testing: Selection of Reference Values And Interpretative Strategies (AM REV RESPIR DIS 1991; 144:1202-1218). The more recent article is entitled Interpretative Strategies for Lung Function Tests (EUR RESPIR J 2005; 26:948-968).

Kenneth Hill
January 22, 2007
Page 5

The following consensus recommendations have been issued in the 2005 consensus statement:

✓   If the patient's age or height is outside the limits of the reference population, a statement in the interpretation should indicate that an extrapolation has been made.

✓   The practice of using 80% as a fixed value for the lower limit of normal can lead to important errors when interpreting lung function in adults. The practice of using 0.70 as a lower limit of the FEV1/FVC ratio results in a significant number of false positive results in males aged greater than 40 years and females greater than 50 years, as well as in a risk of over diagnosis of chronic obstructive pulmonary disease in asymptomatic elderly never smokers.

✓   Volume corrections should be made for African-Americans and Hispanics when measuring spirometry. Values for lung volumes are, on average, 12% lower in African-Americans than in Caucasians.

✓   Recommended spirometric reference equations come from the National Health and Nutrition Examination Survey (NHANES III) published in 1999 (**AM J RESPIR CRIT CARE MED 1999; 159:179-187**).

✓   Recommended lung volume reference equations were published in 1995 (**EUR RESPIR J 1995; 8:492-506**).

✓   A single set of diffusing capacity reference values could not be recommended. There were two commonly used equations referenced, one of which has been utilized since its publication in 1981 (**AM REV RESPIR DIS; 123:185-189**).

The earlier consensus statement also recommended abandoning the 80% cut off as normal and the 70% cut off for the FEV1/FVC. The new 2005 statement paper goes one step further and has recommended utilization of one set of reference equations for spirometry, one for lung volumes and then one of two for the diffusing capacity. Having reviewed these new recommendations and having reviewed the source material, I believe that it is medically reasonable to follow the recommendations in the statement papers.

Kenneth Hill
January 22, 2007
Page 6

HILLK.DOJ

I have included with the pulmonary function studies that are performed in conjunction with my examinations a new summary for the spirometry, lung volumes and diffusing capacity. This summary utilizes the above noted recommendations for the spirometry, lung volume and diffusing capacity reference equations.

## Spirometry

The spirometry was invalid because of a premature termination to exhalation and a lack of reproducibility in the expiratory tracings. There was also a lack of an abrupt onset to exhalation. The values recorded for this spirometry represent at least the minimal lung function that this man could perform and certainly not this man's maximum lung function. (References: (1) Standardization of Spirometry. *A.R.R.D.* 1987; 136:1285-1298. (2) ATS Statement-Snowbird Workshop on Standardization of Spirometry. *A.R.R.D.* 1979; 119:831-838. (3) Statement on Spirometry. *Chest* 1983; 83:547-550. (4) ATS/ERS Task Force: Standardization of Lung Function Testing - Standardization of Spirometry. Eur Respir J 2005; 26: 319-338.)

## Lung Volumes

The TLC was normal. The RV and RV/TLC were elevated.

## Diffusing Capacity

The diffusing capacity was normal.

## Oxygen Saturation

Normal

## Carboxyhemoglobin Level

Normal

## Laboratory Results

Liver function studies, renal studies, electrolytes, and a CBC were all normal.

Kenneth Hill
January 22, 2007
Page 7

HILLK.DOJ

## **Medical Record Review**

In conjunction with this evaluation, I reviewed the following information:

1.    Background information which included:

- The Microbac Indoor Airy Quality Survey dated 7/31/01.

- The Declaration of Michael Salerno, dated 1/19/05, with detailed information regarding the ventilation system.

- The McKean timeline, which identified when and where the Plaintiff worked within the UNICOR Factory.

- Material Safety Data Sheets for Micore Board and Lokweld.

- The OSHA Inspection Report and supporting documentation.

  Micore Board is a man-made product which contains man-made vitreous fiber, expanded perlite, starch, recycled paper, kaolin and crystalline silica.

  Lokweld is a sprayed grade adhesive used for laminate. It contains acetone, toluene, hexane isomers, and N-hexane.

  In a letter dated August 20, 2003, Mr. Stranahan (from OSHA) discussed the results of air monitoring to evaluate worker exposures to airborne dust concentrations. He stated that the "results show that no worker's exposure exceeded 10% of the relevant exposure limit." He did recommend a number of steps that could be voluntarily taken to eliminate or further reduce the workers' exposure to dust. The OSHA study found no respirable silica.

2.    A copy of the Amended Complaint filed on behalf of the Plaintiff.

3.    The Declaration of Stephen Housler, Safety Manager, dated 1/25/05.

4.    The Declaration of Martin Sapko, Factory Manager, dated 1/25/06.

Kenneth Hill
January 22, 2007
Page 8                                                                                    HILLK.DOJ

5.    The Declaration of Douglas S. Goldring, Assistant General Counsel, dated 2/2/06,
      including an attachment identified as a true and correct copy of the Plaintiff's
      medical records through January 2006.

6.    The Plaintiff's Affidavit dated 3/13/06.

7.    The deposition transcript of Kenny Hill dated 11/1/06.

8.    In addition to the information noted above, I also had an opportunity to review
      miscellaneous records on CD ROMS that accompanied the files forwarded to my
      office.

**Diagnoses**

I have reached the following diagnoses:

1.    Normal Pulmonary Examination
2.    History of a rash and irritation of the eyes

**Discussion**

I find no evidence of a respiratory impairment or disability. This man did not give a
maximum effort on the spirometry. The values for the FVC and FEV1 underestimate his
true lung function. If this man really had values that low, he would no doubt require
oxygen and would not be able to ambulate more than 50 feet. Certainly, historically, he
does not have symptoms comparable to the lung function studies; therefore, this is
another reason why the lung function studies for the FVC and FEV1 underestimate his
true lung function. However, I would also point out that the diffusing capacity was
normal, indicating no scarring or fibrosis of the lungs and no difficulty transferring
oxygen from the air sacs to the bloodstream with exertion.

The determination of pulmonary impairment and subsequent disability has been
extensively researched in the American medical literature. In the late 1980s, there was a
worldwide conference on the assessment of respiratory impairment sponsored by the
National Institutes of Health. This was published in the American Review of Respiratory
Disease in 1988 (ARRD 1988; 137:1505-1510). All of the participants agreed that
symptoms of shortness of breath on effort and exercise intolerance were not reliable
predictors of impairment. There was also agreement that a physical examination was not

Kenneth Hill
January 22, 2007
Page 9

HILLK.DOJ

helpful in measuring pulmonary impairment. Lung function tests, however, were essential in assessing whether or not impairment was present and essential in rating its severity. Dr. Hans Weill commented that "resting lung function tests, usually spirometry, all are the cornerstone in the clinician's assessment of respiratory impairment, and provided they are technically sound, are generally believed to be adequate for ascertaining the presence of respiratory limitation. Likewise, it is generally believed that exercise limitation is not likely to be present in the face of normal or marginal resting lung function."

Similar statements have been issued by the American Thoracic Society and the American Medical Association with respect to guidelines for the evaluation of respiratory impairment. It is of utmost importance that valid lung function studies be performed. An invalid study does not represent the patient's maximum pulmonary capacity and cannot be used to assess impairment or disability. An invalid pulmonary function study indicates poor patient effort. The values recorded can only represent the minimum lung function of the patient.

There is no evidence of either chronic or accelerated silicosis based on the normal chest films.

This patient should have no fear of contracting silicosis in the future. First of all, there were no measurable levels of respirable silica noted by OSHA. Furthermore, it is well documented in the medical literature that at least 20 years of exposure to dust that is measurable and above the PEL is required before chronic silicosis occurs.

If this were my patient, I would not follow him for the subsequent development of silicosis, and I would assure him that he has no reason to worry about developing silicosis in the future.

I find no evidence of any chronic condition with reference to his eyes or throat or skin. Although he has complaints referable to these systems, I find no objective evidence of any abnormality.

From a respiratory standpoint, I do not find any objective evidence of any respiratory impairment or disease process of the pulmonary system. He did not give a maximum effort on the spirometry. However, the TLC and the diffusing capacity were normal.

He has numerous complaints regarding a rash and eye irritation. Of course, dermatology and ophthalmology are not my specialties. He states that there was a lot of dust where he

Kenneth Hill
January 22, 2007
Page 10

HILLK.DOJ

worked. Certainly he may have sustained some irritation of the skin and the eyes as a result of the dusts. However, I found no evidence of any eye irritation at the time I examined him.

There were excoriations on his legs which suggest itching. However, I found no evidence that this was related to his exposures at work.

Based on the objective evidence that I have reviewed, I do not find any objective evidence of a respiratory impairment or any pulmonary illness related to his work exposures.

## Conclusions

My conclusions have been reached with a reasonable degree of medical certainly. I find no evidence of any chronic condition of the lungs or pulmonary system related to Mr. Hill's alleged exposures. I find no evidence of a chronic condition with reference to the skin, eyes or nose.

Sincerely,

Gregory J. Fino, M.D., F.C.C.P.

GJF/kms

# CLINICAL AND OCCUPATIONAL PULMONARY ASSOCIATES
## GREGORY J. FINO, M.D., F.C.C.P.
### PREDICTED VALUES BASED ON THE 2005 SPIROMETRY RECOMMENDATIONS
Recommendations from the ATS/ERS : INTERPRETATIVE STRATEGIES FOR
LUNG FUNCTION TESTS EUR RESPIR J 2005; 26:948-968.

| Name | Hill, Kenneth | | MD | Fino | |
|------|------|------|------|------|------|
| Ht | 185.4 | cm | Date | 12/21/2006 | |
| Age | 44 | years | Race | African American | |

### SPIROMETRY PREDICTED VALUES USING THE NHANES III STUDY
Spirometric Reference Values from a Sample of the General U.S. Population
AM J RESPIR CRIT CARE MED 1999; 159:179-187

| TEST | PATIENT | PRED | %PRED | LLN | LLN% | POST | %PRED | BD % | |
|------|---------|------|-------|-----|------|------|-------|------|---|
| FVC | 3.82 | 4.77 | 80 | 3.75 | 79 | 3.97 | 83 | 4 | |
| FEV1 | 1.31 | 3.86 | 34 | 2.96 | 77 | 1.87 | 48 | 43 | |
| FEV1/FVC | 34 | 81 | | 71 | | 47 | | | |
| FEF25-75 | 0.98 | 3.88 | 25 | 1.94 | 50 | 1.54 | 40 | 57 | |

### REFERENCE VALUES FOR RV,FRC AND TLC - ATS WORKSHOP ON LUNG VOLUME
MEASUREMENTS OFFICIAL STATEMENT OF THE EUROPEAN RESPIRATORY SOCIETY
EUR RESPIR J 1995; 8:492-506

| L.V. | PATIENT | PRED | %PRED | LLN | LLN% | ULN | ULN% | |
|------|---------|------|-------|-----|------|-----|------|---|
| TLC | 6.69 | 6.81 | 98 | 5.60 | 82 | 9.10 | 134 | |
| RV | 2.99 | 1.91 | 157 | 1.32 | 69 | 2.84 | 149 | |
| FRC | 3.71 | 3.25 | 114 | 2.37 | 73 | 4.68 | 144 | |
| RV/TLC% | 45 | 31 | 144 | 20 | 66 | 42 | 134 | |

### STANDARDIZED SINGLE BREATH NORMAL VALUES FOR THE DLCO
AM REV RESPIR DIS 1981;123:185-189

| DLCO | PATIENT | PRED | %PRED | LLN | LLN% | |
|------|---------|------|-------|-----|------|---|
| DLCO | 29.49 | 36.21 | 81 | 29.00 | 80 | |
| DL/VA | 5.21 | 4.91 | 106 | 3.68 | 75 | |

Prebronchodilator
FVC
FEV1
FEV1/FVC
FEF25-75

Post Bronchodilator
FVC
FEV1

Lung Volumes
FRC
TLC
RV
RV/TLC

Diffusing Capacity
DLCO
DL/VA
IMPRESSION

| | PRE | | POST | |
|------|------|------|------|------|
| FVC | 3.82 | FVC | 3.97 | |
| FEV1 | 1.31 | FEV1 | 1.87 | |
| FEV1/FVC | 34 | FEF25-75 | 1.54 | |
| FEF25-75 | 0.98 | | PRE | |
| TLC | 6.69 | RV/TLC% | 45 | |
| RV | 2.99 | DLCO | 29.49 | |
| FRC | 3.71 | DL/VA | 5.21 | |

Gregory J. Fino, M.D.

# St. Clair Hospital

**Pulmonary Function Report**

1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| Name: | Hill, Kenny | ID: | 88-14-20 | D.O.B.:07/17/1962 | Date: | 12/21/2006 |
|---|---|---|---|---|---|---|
| Tech: | Diane Smith, CRT | Height: | 73.00 | Age: 44 | Room: | Outpatient |
| Doctor: | G. Fino, M.D. | Weight: | 223.00 | Sex: Male | Race: | Black |

Diagnosis:   S.O.B.

Dyspnea:  After severe exertion          Cough: Productive          Wheeze: Frequent

Tbco Prod:  Never Smoked          Yrs Smk:          Pks/Day:          Yrs Quit:

Medications:

Pre Test Comments:

Post Test Comments:   Good patient effort and cooperation.  Patient met ATS standards.  Albuterol MDI 2 puffs given  PFT Authors DLCO (Crapo), FVC (Nhanes III), FRC (ECCS)

| | Pre-Bronch | | | Post-Bronch | | |
|---|---|---|---|---|---|---|
| | **Actual** | **Pred** | **%Pred** | **Actual** | **%Pred** | **%Chng** |
| ---- SPIROMETRY ---- | | | | | | |
| FVC (L) | 3.82 | 4.77 | 80 | 3.97 | 83 | 4 |
| FEV1 (L) | 1.31 | 3.86 | 34 | 1.87 | 48 | 43 |
| FEV1/FVC (%) | 34 | 81 | 42 | 47 | 58 | 38 |
| FEF 25% (L/sec) | 1.27 | 8.50 | 15 | 2.00 | 24 | 58 |
| FEF 75% (L/sec) | 0.69 | 1.93 | 36 | 1.41 | 73 | 106 |
| FEF 25-75% (L/sec) | 0.98 | 3.88 | 25 | 1.54 | 40 | 58 |
| FEF Max (L/sec) | 1.33 | 9.83 | 14 | 2.12 | 22 | 59 |
| FIVC (L) | 1.97 | | | 3.12 | | 58 |
| FIF Max (L/sec) | 1.72 | | | 1.71 | | -1 |
| | | | | | | |
| ---- LUNG VOLUMES ---- | | | | | | |
| SVC (L) | 3.70 | 5.47 | 68 | | | |
| IC (L) | 2.98 | 3.69 | 81 | | | |
| ERV (L) | 0.72 | 1.78 | 41 | | | |
| FRC (N2) (L) | 3.71 | 3.86 | 96 | | | |
| RV (N2) (L) | 2.99 | 2.08 | 144 | | | |
| TLC (N2) (L) | 6.69 | 7.55 | 89 | | | |
| RV/TLC (N2) (%) | 45 | 28 | 159 | | | |
| Washout Time (min) | 1.25 | | | | | |
| | | | | | | |
| ---- DIFFUSION ---- | | | | | | |
| DLCOunc (ml/min/mmHg) | 29.49 | 36.37 | 81 | | | |
| DLCOcor (ml/min/mmHg) | | 40.47 | | | | |
| DL/VA (ml/min/mmHg/L) | 5.21 | 6.20 | 84 | | | |
| VA (L) | 5.66 | 7.55 | 75 | | | |
| IVC (L) | 3.55 | | | | | |
| BHT (sec) | | | | | | |

# St. Clair Hospital

## Pulmonary Function Report

1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Hill, Kenny | ID: | 88-14-20 | D.O.B.:07/17/1962 | Date: | 12/21/2006 |
| Tech: | Diane Smith, CRT | Height: | 73.00 | Age: 44 | Room: | Outpatient |
| Doctor: | G. Fino, M.D. | Weight: | 223.00 | Sex: Male | Race: | Black |



# St. Clair Hospital

**Pulmonary Function Report**

1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Hill, Kenny | ID: | 88-14-20 | D.O.B.:07/17/1962 | Date: | 12/21/2006 |
| Tech: | Diane Smith, CRT | Height: | 73.00 | Age: 44 | Room: | Outpatient |
| Doctor: | G. Fino, M.D. | Weight: | 223.00 | Sex: Male | Race: | Black |

| Time | Select | I-Lp | Test Mode | ATS | FVC absolute | FVC % p/c | FEV1 absolute | FEV1 % p/c | FEV1/FVC absolute | FEF 25-75% absolute |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre** | | | | | | | | | | |
| 09:53:38 | * | | | | 3.81 | 80 | 1.31 | 34 | 34 | 0.98 |
| 09:57:33 | * | | | | 3.82 | 80 | 1.25 | 32 | 33 | 0.81 |
| 09:57:11 | * | | | | 3.78 | 79 | 1.14 | 29 | 30 | 0.79 |
| 09:56:08 | * | | | | 3.59 | 75 | 1.13 | 29 | 32 | 0.75 |
| 09:54:09 | * | | | | 3.69 | 77 | 1.01 | 26 | 27 | 0.76 |
| 09:55:23 | * | | | | 3.73 | 78 | 0.89 | 23 | 24 | 0.64 |
| ATS | | | Pre/Baseline | | 3.82 | 80 | 1.31 | 34 | 34 | 0.98 |
| **Post** | | | | | | | | | | |
| 10:25:51 | * | | | | 3.94 | +3 | 1.87 | +43 | 48 | 1.54 |
| 10:26:15 | * | | | | 3.97 | +4 | 1.36 | +4 | 34 | 0.96 |
| 10:22:41 | * | | | | 3.38 | -12 | 1.73 | +32 | 51 | 0.88 |
| 10:23:04 | * | | | | 3.78 | -1 | 1.31 | +0 | 35 | 0.78 |
| 10:23:27 | * | | | | 3.55 | -7 | 1.35 | +3 | 38 | 0.84 |
| ATS | | | Post | | 3.97 | +4 | 1.87 | +43 | 47 | 1.54 |



# St. Clair Hospital
## Pulmonary Function Report
1000 Bower Hill Rd.
Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| | | | | | |
|---|---|---|---|---|---|
| Name: | Hill, Kenny | ID: | 88-14-20 | D.O.B.: 07/17/1962 | Date: 12/21/2006 |
| Tech: | Diane Smith, CRT | Height: | 73.00 | Age: 44 | Room: Outpatient |
| Doctor: | G. Fino, M.D. | Weight: | 223.00 | Sex: Male | Race: Black |



## St. Clair Hospital
### Pulmonary Function Report
1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000   **Fax:** 412-942-2024

| Name: | Hill, Kenny | ID: | 88-14-20 | D.O.B.: | 07/17/1962 | Date: | 12/21/2006 |
|---|---|---|---|---|---|---|---|
| Tech: | Diane Smith, CRT | Height: | 73.00 | Age: | 44 | Room: | Outpatient |
| Doctor: | G. Fino, M.D. | Weight: | 223.00 | Sex: | Male | Race: | Black |

| Time | Select | RpLp | Test Mode | Codes | Protocol | DLCOunc absolute | DLCOunc % p/c | DLCOcor absolute | DLCOcor % p/c | DL/VA absolute |
|---|---|---|---|---|---|---|---|---|---|---|
| Predicted | | | | | | 36.37 | | 40.47 | | 6.20 |
| **Pre** | | | | | | | | | | |
| 10:12:29 | | | Breath | | Jones-Mea | 27.85 | 77 | | | 5.09 |
| 10:15:44 | * | | | | Jones-Mea | 28.47 | 78 | | | 5.25 |
| 10:18:37 | * | | | | Jones-Mea | 30.52 | 84 | | | 5.18 |
| AVG | | | Pre/Baseline | | | 29.49 | 81 | | | 5.21 |
| **Post** | | | | | | | | | | |



# St. Clair Hospital

## Pulmonary Function Report

1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| Name: | Hill, Kenny | ID: | 88-14-20 | D.O.B.:07/17/1962 | Date: | 12/21/2006 |
|---|---|---|---|---|---|---|
| Tech: | Diane Smith, CRT | Height: | 73.00 | Age: 44 | Room: | Outpatient |
| Doctor: | G. Fino, M.D. | Weight: | 223.00 | Sex: Male | Race: | Black |



# St. Clair Hospital

## Pulmonary Function Report

1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| Name: | Hill, Kenny | | ID: | 88-14-20 | | D.O.B.: | 07/17/1962 | Date: | 12/21/2006 |
|---|---|---|---|---|---|---|---|---|---|
| Tech: | Diane Smith, CRT | | Height: | 73.00 | | Age: | 44 | Room: | Outpatient |
| Doctor: | G. Fino, M.D. | | Weight: | 223.00 | | Sex: | Male | Race: | Black |

| Time | Select | RpLp | Test Mode | FRC (N2) absolute | FRC (N2) % p/c | RV (N2) absolute | RV (N2) % p/c | TLC (N2) absolute |
|---|---|---|---|---|---|---|---|---|
| Predicted | | | | 3.86 | | 2.08 | | 7.55 |
| **Pre** | | | | | | | | |
| 10:03:01 | | | | 3.06 | 79 | 2.34 | 113 | 6.04 |
| 10:06:52 | * | | | 3.71 | 96 | 2.99 | 144 | 6.69 |
| AVG | | | Pre/Baseline | 3.71 | 96 | 2.99 | 144 | 6.69 |
| **Post** | | | | | | | | |



10:06:52

HILL,KENNETH
MR#:881420          SEX:M      AGE:44Y    BIRTH:07/17/1962
DOCTOR:FINO, GREGORY J., M.D.
        1000 BOWER HILL RD.    SUITE 211
        PITTSBURGH PA 15243                ST CLAIR HOSPITAL LABORATORY
                                           1000 BOWER HILL ROAD
                                           PITTSBURGH, PA 15243
                                           MARTHA R. CLARKE,MD, MEDICAL DIRECTOR

============================ PHYSICIAN COPY FOR DR: FINO, GREGORY J., M.D. ====================

H6663     COLL: 12/21/2006 10:50 REC: 12/21/2006 10:53

COMP METABOLIC
    SGOT/AST          33            [0-50]          U/L
    SGPT/ALT          45            [0-50]          U/L
    ALKALINE PHOSPHAT  85           [43-122]        U/L
    BILIRUBIN TOTAL   1.2           [0.2-1.3]       MG/DL
    PROTEIN           @8.5          [6.0-8.4]       G/DL
    ALBUMIN           4.5           [3.5-5.0]       G/DL
    CALCIUM           10.0          [8.0-10.2]      MG/DL
    GLUCOSE           93            [70-110]        MG/DL
    BUN               8             [8-25]          MG/DL
    CREATININE        1.0           [0.6-1.5]       MG/DL
    GFR(CAUCAS/OTHER) >59           [>59]           ML/MIN
    GFR(AFRICAN AMER) >59           [>59]           ML/MIN
    SODIUM            139           [133-145]       MMOL/L
    POTASSIUM         4.2           [3.5-5.0]       MMOL/L
    CHLORIDE          103           [96-108]        MMOL/L
    CO2               27            [22-30]         MMOL/L
    ANION GAP         9             [8-16]          MMOL/L

CBC HEMOGRAM
    WBC               5.6           [4.8-10.8]      K/UL
    RBC               5.40          [4.7-6.2]       M/UL
    HEMOGLOBIN        16.1          [14.0-17.0]     GM/DL
    HEMATOCRIT        46.3          [42.0-52.0]     %
    MCV               85.7          [78.0-94.0]     FL
    MCH               29.8          [25.0-35.0]     PG
    MCHC              34.8          [31.0-36.5]     G/DL
    RDW               13.6          [12.9-14.9]     %
    PLATELET          260           [130-460]       K/UL
    MPV               @6.8          [7.4-10.4]      FL

DIFF,ELECTRONIC
    ABSOLUTE NEUTROPH 3.1           [1.5-6.6]       K/UL
    ABSOLUTE LYMPHOCY 2.2           [1.5-3.5]       K/UL
    ABSOLUTE MONOCYTE 0.3           [0-0.9]         K/UL
    ABSOLUTE EOSINOPH 0.1           [0-0.6]         K/UL
    ABSOLUTE BASOPHIL 0.0           [0-0.1]         K/UL
    NEUTROPHIL        55.8          [40-75]         %
    LYMPHOCYTE        36.4          [20-40]         %
    MONOCYTE          5.8           [1-8]           %
    EOSINOPHIL        1.5           [0-5]           %
    BASOPHIL          0.5           [0-1]           %

                                        PAGE:1
                                             1TIME
        FINO, GREGORY J., M.D.          * = CRITICAL VALUE
        1000 BOWER HILL RD.  SUITE 211  @ = OUTSIDE NORMAL RANGE
        PITTSBURGH PA 15243          END OF REPORT

# CLINICAL & OCCUPATIONAL PULMONARY ASSOCIATES, LLC

Gregory J. Fino, MD, FCCP

St. Clair Hospital
1000 Bower Hill Road, Suite 211
Pittsburgh, Pennsylvania 15243-1899

Telephone    (412) 942-2025
Fax          (412) 942-2032
Email        gregory.fino@stclair.org

PATIENT _HILL, KENNETH_

DATE _12-31-06_

PULSE OXIMETRY                    CC = ___3___ ppm

97%, RA                                ___0.00___ COHb

# CLINICAL & OCCUPATIONAL PULMONARY ASSOCIATES, LLC

St. Clair Hospital
1000 Bower Hill Road, Suite 211
Pittsburgh, Pennsylvania 15243-1899

Gregory J. Fino, MD, FCCP

Telephone  (412) 942-2025
Fax         (412) 942-2032
Email       gregory.fino@stclair.org

January 22, 2007

Michael C. Colville
Assistant U.S. Attorney
U.S. Department of Justice
U.S. Post Office & Courthouse
700 Grant Street,  Suite 4000
Pittsburgh, PA 15219

RE:    **Michael Hill v. United States**
       **C.A. No.03-323E**
       **SSN: 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**
       **DOB: 4-30-57**
       **OIME: 1/3/07**

Dear Attorney Colville:

I examined Mr. Hill on January 3, 2007.

**Patient Profile**

Mr. Hill was born in 1957 and is 49 years old.

His medications included:

1.    Cozaar
2.    Flomax
3.    Nifedipine
4.    Aspirin - 1 low dose per day
5.    Flexeril

He has used breathing medications off and on in the past. The last time was in 2005. It was apparently some type of inhaler.

Michael Hill
January 22, 2007

Page 2                                                                                    HILLM.DOJ

He smoked off and on at the rate of no more than 10 cigarettes per day and continued this habit over a 4 year span (1995 until 1999).

## Occupational History

Mr. Hill worked for Unicor from August of 2002 until November of 2003. He helped cut Micore Board for the entire time he worked there. He said he was fired from that job because he complained about the work environment. He stated that the ventilation was not good, and he was offered a paper mask but not a respirator. He was also exposed to wood dust when he cut the particle board and to Lokweld, a glue used at Unicor.

Prior to 2002, he had no breathing problems. He did have some hay fever and post nasal drip. Early on in his work, he noted nasal congestion and some vertigo. He was diagnosed as having rhinitis. He did develop shortness of breath while he was working, and since leaving Unicor he is back to normal except that he does not have the stamina for running as he did before. When he was working, he noted a number of rashes and a lot of itching. He occasionally gets chest pain and he has had a few EKGs.

After the Micore board was removed from Unicor, Mr. Hill continued to have shortness of breath and a tightness in his chest; the chest tightness can occur at rest and with exertion.

He has a dry cough with little mucous production. He does wheeze.

He is also worried about developing silicosis down the road.

He notes that his hands and feet get numb, which he did not experience prior to 2002. He also has seen a rheumatologist, and he has a positive ANA, RNP and SSA.

He has had Raynaud's syndrome since 2004.

There is no orthopnea or paroxysmal nocturnal dyspnea.

## Past Medical History

1.    Hospitalized for broken left wrist - in the 1960s; surgery was performed
2.    Hospitalized for Hepatitis A - about 1979

Michael Hill
January 22, 2007
Page 3

HILLM.DOJ

3.     Right shoulder surgery - 2001
4.     History of nephropathy, and he is positive for some type of connective tissue
       disorder
5.     Has been on breathing medications in the past - unsure of diagnosis
6.     History of headaches "off and on"
7.     History of sinus problems - 2002 until 2004
8.     As noted above, there is a history of Raynaud's disease; he has numbness in his
       hands and feet that is currently being evaluated by a rheumatologist.
9.     Recently treated for Hepatitis C
10.    On crutches at this time - left foot injury

He has no history of pneumonia, tuberculosis, emphysema, asthma, bronchitis,
bronchiectasis, or frequent colds. There is no history of fractured ribs.

**Family History**

There is no reported family history of lung disease, heart disease, or malignancy.

**Review of Systems**

Neurologic:                     No seizures

GI:                             No history of chronic gastrointestinal disease

CVS:                            No history of cardiovascular disease

Endocrine:                      No diabetes or thyroid disease

**Physical Examination**

General:                        Well-developed, well-nourished African American in
                                no acute distress, oriented X 3

Heart Rate:                     68

Blood Pressure:                 121/76

Michael Hill
January 22, 2007
Page 4

| | |
|---|---|
| Respiratory Rate: | 12 |
| Height: | 68" without shoes |
| Weight: | 170 lbs without shoes |
| Skin/Nails: | No cyanosis, clubbing, or edema |
| Neck: | Supple with a midline trachea; no thyromegaly |
| HEENT: | Unremarkable |
| Lungs: | Clear to auscultation and percussion on a tidal volume breath and a forced expiratory maneuver without wheezes, rales, rhonchi, or rubs |
| Heart: | Normal S1 and S2 without murmurs, gallops, or rubs |
| Abdomen: | No organomegaly |
| Peripheral Pulses: | 2+ and equal |
| Extremities: | Cyanosis and erythema of the hands - consistent with Raynaud's |
| Edema: | Negative |
| Neurological Exam: | Intact |

**Chest X-Ray**

A two-view chest x-ray was performed in conjunction with this examination. The chest x-rays were compared to the revised 2000 ILO classification films.

Michael Hill
January 22, 2007
Page 5                                                                                                  HILLM.DOJ

There were no pleural and no parenchymal abnormalities consistent with an
occupationally acquired pneumoconiosis.

Classification:          0/0

### Pulmonary Function Testing

The American Thoracic Society, in conjunction with the European Respiratory Society,
has published a follow-up article to their 1991 article on selection of reference values and
interpretative strategies in pulmonary function testing.

The original 1991 article is entitled Lung Function Testing: Selection of Reference
Values And Interpretative Strategies (AM REV RESPIR DIS 1991; 144:1202-1218). The more
recent article is entitled Interpretative Strategies for Lung Function Tests (EUR RESPIR J
2005; 26:948-968).

The following consensus recommendations have been issued in the 2005 consensus
statement:

✓      If the patient's age or height is outside the limits of the reference population, a
       statement in the interpretation should indicate that an extrapolation has been made.

✓      The practice of using 80% as a fixed value for the lower limit of normal can lead
       to important errors when interpreting lung function in adults. The practice of using
       0.70 as a lower limit of the FEV1/FVC ratio results in a significant number of false
       positive results in males aged greater than 40 years and females greater than 50
       years, as well as in a risk of over diagnosis of chronic obstructive pulmonary
       disease in asymptomatic elderly never smokers.

✓      Volume corrections should be made for African-Americans and Hispanics when
       measuring spirometry. Values for lung volumes are, on average, 12% lower in
       African-Americans than in Caucasians.

✓      Recommended spirometric reference equations come from the National Health and
       Nutrition Examination Survey (NHANES III) published in 1999 (AM J RESPIR
       CRIT CARE MED 1999; 159:179-187).

Michael Hill
January 22, 2007
Page 6

✓    Recommended lung volume reference equations were published in 1995 (**EUR RESPIR J 1995; 8:492-506).**

✓    A single set of diffusing capacity reference values could not be recommended. There were two commonly used equations referenced, one of which has been utilized since its publication in 1981 (**AM REV RESPIR DIS; 123:185-189).**

The earlier consensus statement also recommended abandoning the 80% cut off as normal and the 70% cut off for the FEV1/FVC. The new 2005 statement paper goes one step further and has recommended utilization of one set of reference equations for spirometry, one for lung volumes and then one of two for the diffusing capacity. Having reviewed these new recommendations and having reviewed the source material, I believe that it is medically reasonable to follow the recommendations in the statement papers.

I have included with the pulmonary function studies that are performed in conjunction with my examinations a new summary for the spirometry, lung volumes and diffusing capacity. This summary utilizes the above noted recommendations for the spirometry, lung volume and diffusing capacity reference equations.

## Spirometry

The spirometry was invalid because of a premature termination to exhalation and a lack of reproducibility in the expiratory tracings. There was also a lack of an abrupt onset to exhalation. The values recorded for this spirometry represent at least the minimal lung function that this man could perform and certainly not this man's maximum lung function. (References: (1) Standardization of Spirometry. *A.R.R.D.* 1987; 136:1285-1298. (2) ATS Statement-Snowbird Workshop on Standardization of Spirometry. *A.R.R.D.* 1979; 119:831-838. (3) Statement on Spirometry. *Chest* 1983; 83:547-550. (4) ATS/ERS Task Force: Standardization of Lung Function Testing - Standardization of Spirometry. Eur Respir J 2005; 26: 319-338.)

## Lung Volumes

Normal FRC and RV.

Michael Hill
January 22, 2007
Page 7

HILLM.DOJ

## Diffusing Capacity

Mr. Hill was unable to complete DLCO testing.

## Oxygen Saturation

Normal

## Carboxyhemoglobin Level

Normal

## Laboratory Results

Liver function and renal function studies were normal, and electrolytes were normal. There was a decrease in this man's white blood cell count and in his hemoglobin/hematocrit.

## Medical Record Review

In conjunction with this evaluation, I also reviewed the following information:

1. Background information which included:

   - The Microbac Indoor Airy Quality Survey dated 7/31/01.

   - The Declaration of Michael Salerno, dated 1/19/05, with detailed information regarding the ventilation system.

   - The McKean timeline, which identified when and where the Plaintiff worked within the UNICOR Factory.

   - Material Safety Data Sheets for Micore Board and Lokweld.

   - The OSHA Inspection Report and supporting documentation.

     Micore Board is a man-made product which contains man-made vitreous fiber, expanded perlite, starch, recycled paper, kaolin and crystalline silica.

Michael Hill
January 22, 2007
Page 8                                                                    HILLM.DOJ

> Lokweld is a sprayed grade adhesive used for laminate. It contains acetone, toluene, hexane isomers, and N-hexane.
>
> In a letter dated August 20, 2003, Mr. Stranahan (from OSHA) discussed the results of air monitoring to evaluate worker exposures to airborne dust concentrations. He stated that the "results showed no worker's exposure exceeded 10% of the relevant exposure limit." He did recommend a number of steps that could be voluntarily taken to eliminate or further reduce the workers' exposure to dust. No respirable silica was measured.

2.    A copy of the Fifth Amended Complaint filed on behalf of the Plaintiff.

3.    The Declaration of Doris M. Williams, M.D., dated 4/20/04.

4.    The Declaration of Stephen Housler, Safety Manager, dated 1/25/06.

5.    The Declarations of Martin Sapko, Factory Manager, dated 1/25/06.

6.    The Declaration of Debora Forsyth, Associate Warden, dated 1/30/06.

7.    The Declaration of Douglas S. Goldring, Assistant General Counsel, dated 2/9/06, which included information from the Bureau of Corrections' medical file on Mr. Hill with notations between January of 2000 and January of 2006.

8.    A transcript of the video deposition of Michael Hill dated 11/1/06.

9.    In addition to the information noted above, I also had an opportunity to review miscellaneous records on CD ROMS that accompanied the files forwarded to my office.

Included in the medical records noted above were rheumatology evaluations. I would note that there was a history of Raynaud's phenomenon, hepatitis C, a positive RNP antibody and a low complement level.

## Diagnoses

1.    Normal Pulmonary Examination
2.    Probable connective tissue disease and hepatitis C

Michael Hill
January 22, 2007
Page 9

HILLM.DOJ

## **Discussion**

I found no evidence of a respiratory impairment or disability. This man's spirometry was invalid. When lung volumes were performed, the TLC and RV/TLC were also invalid, while the FRC and RV were normal.

The determination of pulmonary impairment and subsequent disability has been extensively researched in the American medical literature. In the late 1980s, there was a worldwide conference on the assessment of respiratory impairment sponsored by the National Institutes of Health. This was published in the American Review of Respiratory Disease in 1988 (ARRD 1988; 137:1505-1510). All of the participants agreed that symptoms of shortness of breath on effort and exercise intolerance were not reliable predictors of impairment. There was also agreement that a physical examination was not helpful in measuring pulmonary impairment. Lung function tests, however, were essential in assessing whether or not impairment was present and essential in rating its severity. Dr. Hans Weill commented that "resting lung function tests, usually spirometry, all are the cornerstone in the clinician's assessment of respiratory impairment, and provided they are technically sound, are generally believed to be adequate for ascertaining the presence of respiratory limitation. Likewise, it is generally believed that exercise limitation is not likely to be present in the face of normal or marginal resting lung function."

Similar statements have been issued by the American Thoracic Society and the American Medical Association with respect to guidelines for the evaluation of respiratory impairment. It is of utmost importance that valid lung function studies be performed. An invalid study does not represent the patient's maximum pulmonary capacity and cannot be used to assess impairment or disability. An invalid pulmonary function study indicates poor patient effort. The values recorded can only represent the minimum lung function of the patient.

There is no evidence of either chronic or accelerated silicosis based on the normal chest films.

This patient should have no fear of contracting silicosis in the future. First of all, there were no measurable levels of respirable silica noted by OSHA. Furthermore, it is well documented in the medical literature that at least 20 years of exposure to dust that is measurable and above the PEL is required before chronic silicosis occurs.

Michael Hill
January 22, 2007
Page 10

If Mr. Hill were my patient, I would not follow him for the subsequent development of silicosis, and I would assure him that he has no reason to worry about developing silicosis in the future.

I also found no evidence of any chronic condition with reference to his eyes or throat or skin.

I would point out that this man had recently injured his foot shooting baskets. If he really had the lung function suggested by the invalid spirometry, there is no way that he could be shooting baskets.

**Conclusions**

My conclusions have been reached with a reasonable degree of medical certainly. I find no evidence of any chronic condition of the lungs or pulmonary system related to Mr. Hill's alleged exposures. I find no evidence of a chronic condition with reference to the skin, eyes or nose.

Sincerely,

Gregory J. Fino, M.D., F.C.C.P.

GJF/kms

## CLINICAL AND OCCUPATIONAL PULMONARY ASSOCIATES
### GREGORY J. FINO, M.D., F.C.C.P.

**PREDICTED VALUES BASED ON THE 2005 SPIROMETRY RECOMMENDATIONS**
**Recommendations from the ATS/ERS : INTERPRETATIVE STRATEGIES FOR**
**LUNG FUNCTION TESTS EUR RESPIR J 2005; 26:948-968.**

| Name | Hill, Michael | | MD | Fino | |
|---|---|---|---|---|---|
| Ht | 172.7 | cm | Date | 1/3/2007 | |
| Age | 49 | years | Race | African American | |

**SPIROMETRY PREDICTED VALUES USING THE NHANES III STUDY**
**Spirometric Reference Values from a Sample of the General U.S. Population**
**AM J RESPIR CRIT CARE MED 1999; 159:179-187**

| TEST | PATIENT | PRED | %PRED | LLN | LLN% | POST | %PRED | BD % | |
|---|---|---|---|---|---|---|---|---|---|
| FVC | 3.49 | 3.92 | 89 | 3.03 | 77 | 3.75 | 96 | 7 | |
| FEV1 | 2.10 | 3.14 | 67 | 2.36 | 75 | 2.76 | 88 | 31 | |
| FEV1/FVC | 60 | 80 | | 70 | | 74 | | | |
| FEF25-75 | 1.55 | 3.19 | 49 | 1.51 | 47 | 2.57 | 81 | 66 | |

**REFERENCE VALUES FOR RV,FRC AND TLC - ATS WORKSHOP ON LUNG VOLUME**
**MEASUREMENTS OFFICIAL STATEMENT OF THE EUROPEAN RESPIRATORY SOCIETY**
**EUR RESPIR J 1995; 8:492-506**

| L.V. | PATIENT | PRED | %PRED | LLN | LLN% | ULN | ULN% | |
|---|---|---|---|---|---|---|---|---|
| TLC | 3.75 | 5.91 | 63 | 4.71 | 80 | 8.09 | 137 | |
| RV | 2.42 | 1.86 | 130 | 1.27 | 68 | 2.78 | 150 | |
| FRC | 2.84 | 3.03 | 94 | 2.16 | 71 | 4.43 | 146 | |
| RV/TLC% | 65 | 33 | 196 | 22 | 68 | 44 | 132 | |

**Prebronchodilator**
FVC
FEV1
FEV1/FVC
FEF25-75

**Post Bronchodilator**
FVC
FEV1

**Lung Volumes**
FRC N
TLC INV
RV N
RV/TLC INV

**IMPRESSION**

| | PRE | | POST | |
|---|---|---|---|---|
| FVC | 3.49 | FVC | 3.75 | |
| FEV1 | 2.1 | FEV1 | 2.76 | |
| FEV1/FVC | 60 | FEF25-75 | 2.57 | |
| FEF25-75 | 1.55 | PRE | | |
| TLC | 3.75 | RV/TLC% | 65 | |
| RV | 2.42 | | | |
| FRC | 2.84 | | | |

Gregory J. Fino, M.D.

# St. Clair Hospital

## Pulmonary Function Report

1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| Name | Hill, Michael | ID: | 882026 | D.O.B.: | 04/30/1957 | Date: | 01/03/2007 |
|------|---------------|-----|--------|---------|------------|-------|------------|
| Tech: | Diane Smith, CRT | Height: | 68.00 | Age: | 49 | Room: | Out Patient |
| Doctor: | G. Fino, M.D. | Weight: | 170.00 | Sex: | Male | Race: | Black |

Diagnosis:

Dyspnea:  Cough:  Wheeze:

Tbco Prod:  Yrs Smk:  Pks/Day:  Yrs Quit:

Medications:

Pre Test Comments:

Post Test Comments:  PFT Authors DLCO (Crapo), FVC (Nhanes III), FRC (ECCS)  The results of this test are questionable due to the patient's inability to perform the maneuvers according to the ATS standards.  Patient unable to complete DLCO testing  Albuterol MDI 2 puffs given for post bronchodilator FVC.

| | Pre-Bronch | | | Post-Bronch | | |
|---|---|---|---|---|---|---|
| | **Actual** | **Pred** | **%Pred** | **Actual** | **%Pred** | **%Chng** |
| **---- SPIROMETRY ----** | | | | | | |
| FVC (L) | 3.49 | 4.34 | 80 | 3.75 | 86 | 7 |
| FEV1 (L) | 2,10 | 3.54 | 59 | 2.76 | 78 | 31 |
| FEV1/FVC (%) | 60 | 80 | 75 | 74 | 92 | 22 |
| FEF 25% (L/sec) | 1.41 | 7.36 | 19 | 3.82 | 52 | 170 |
| FEF 75% (L/sec) | 0.83 | 1.74 | 48 | 1.54 | 88 | 84 |
| FEF 25-75% (L/sec) | 1.55 | 3.70 | 42 | 2.57 | 69 | 66 |
| FEF Max (L/sec) | 2.12 | 8.53 | 25 | 3.83 | 45 | 80 |
| FIVC (L) | 2.85 | | | 2.52 | | -12 |
| FIF Max (L/sec) | 1.26 | | | 1.55 | | 24 |
| | | | | | | |
| **---- LUNG VOLUMES ----** | | | | | | |
| SVC (L) | 1.32 | 4.65 | 28 | 2.67 | 57 | 102 |
| IC (L) | 0.91 | 3.26 | 28 | 1.83 | 56 | 102 |
| ERV (L) | 0.41 | 1.39 | 30 | 0.84 | 60 | 103 |
| FRC (N2) (L) | 2.84 | 3.30 | 86 | | | |
| RV (N2) (L) | 2.42 | 1.91 | 127 | | | |
| TLC (N2) (L) | 3.75 | 6.56 | 57 | | | |
| RV/TLC (N2) (%) | 65 | 29 | 223 | | | |
| Washout Time (min) | 5.49 | | | | | |

# St. Clair Hospital
## Pulmonary Function Report
1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| Name | Hill, Michael | ID: | 882026 | D.O.B.: | 04/30/1957 | Date: | 01/03/2007 |
|------|---------------|-----|--------|---------|------------|-------|------------|
| Tech: | Diane Smith, CRT | Height: | 68.00 | Age: | 49 | Room: | Out Patient |
| Doctor: | G. Fino, M.D. | Weight: | 170.00 | Sex: | Male | Race: | Black |



# St. Clair Hospital

## Pulmonary Function Report

1000 Bower Hill Rd.
Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| | | | |
|---|---|---|---|
| Name: Hill, Michael | ID: 882026 | D.O.B.: 04/30/1957 | Date: 01/03/2007 |
| Tech: Diane Smith, CRT | Height: 68.00 | Age: 49 | Room: Out Patient |
| Doctor: G. Fino, M.D. | Weight: 170.00 | Sex: Male | Race: Black |

| Time | Select | I-Lp | Test Mode | ATS | FVC absolute | FVC % p/c | FEV1 absolute | FEV1 % p/c | FEV1/FVC absolute | FEF 25-75% absolute |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre** | | | | | | | | | | |
| 11:59:41 | * | | | back e | 3.49 | 80 | 2.10 | 59 | 60 | 1.55 |
| 12:02:17 | * | | | | 3.25 | 75 | 1.93 | 54 | 59 | 1.47 |
| 12:00:12 | * | | | back e | 2.92 | 67 | 1.65 | 47 | 57 | 1.26 |
| 12:01:33 | * | | | back e | 2.91 | 67 | 1.13 | 32 | 39 | 0.75 |
| 11:59:02 | * | | | back e | 2.74 | 63 | 1.31 | 37 | 48 | 0.89 |
| 12:01:10 | * | | | | 2.74 | 63 | 0.90 | 25 | 33 | 0.47 |
| Composite | | | Pre/Baseline | | 3.49 | 80 | 2.10 | 59 | 60 | 1.55 |
| **Post** | | | | | | | | | | |
| 12:10:55 | * | | | | 3.75 | +7 | 2.76 | +31 | 74 | 2.57 |
| 12:11:15 | * | | | | 3.30 | -5 | 2.26 | +8 | 69 | 1.87 |
| 12:09:23 | * | | | | 3.30 | -6 | 2.08 | -1 | 63 | 1.24 |
| 12:09:01 | * | | | | 3.58 | +2 | 1.69 | -19 | 47 | 1.13 |
| 12:10:13 | * | | | | 3.05 | -13 | 1.74 | -17 | 57 | 0.92 |
| 12:08:37 | * | | | | 2.93 | -16 | 1.56 | -25 | 53 | 0.93 |
| ATS | | | Post | | 3.75 | +7 | 2.76 | +31 | 74 | 2.57 |



# St. Clair Hospital

## Pulmonary Function Report

1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024



| | | | |
|---|---|---|---|
| Name: Hill, Michael | ID: 882026 | D.O.B.: 04/30/1957 | Date: 01/03/2007 |
| Tech: Diane Smith, CRT | Height: 68.00 | Age: 49 | Room: Out Patient |
| Doctor: G. Fino, M.D. | Weight: 170.00 | Sex: Male | Race: Black |



# St. Clair Hospital

## Pulmonary Function Report

1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000     **Fax:** 412-942-2024

| Name: | Hill, Michael | ID: | 882026 | D.O.B.: | 04/30/1957 | Date: | 01/03/2007 |
|---|---|---|---|---|---|---|---|
| Tech: | Diane Smith, CRT | Height: | 68.00 | Age: | 49 | Room: | Out Patient |
| Doctor: | G. Fino, M.D. | Weight: | 170.00 | Sex: | Male | Race: | Black |

| Time | Select | RpLp | Test Mode | Codes | Protocol | DLCOunc absolute | DLCOunc % p/c | DLCOcor absolute | DLCOcor % p/c | DL/VA absolute |
|---|---|---|---|---|---|---|---|---|---|---|
| Predicted | | | | | | 29.64 | | 34.22 | | 5.41 |
| **Pre** | | | | | | | | | | |
| **Post** | | | | | | | | | | |
| 12:16:20 | | | | Inspirat | Jones-Mea | 24.95 | ?? | | ?? | 5.32 |
| AVG | | | Post | | | | ?? | | ?? | |



### St. Clair Hospital
**Pulmonary Function Report**
1000 Bower Hill Rd.
Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| Name: | Hill, Michael | ID: | 882026 | D.O.B.: | 04/30/1957 | Date: | 01/03/2007 |
|-------|---------------|-----|--------|---------|-----------|-------|-----------|
| Tech: | Diane Smith, CRT | Height: | 68.00 | Age: | 49 | Room: | Out Patient |
| Doctor: | G. Fino, M.D. | Weight: | 170.00 | Sex: | Male | Race: | Black |

| Time | Select | RpLp | Test Mode | FRC (N2) absolute | FRC (N2) % p/c | RV (N2) absolute | RV (N2) % p/c | TLC (N2) absolute |
|------|--------|------|-----------|-------------------|----------------|------------------|---------------|-------------------|
| Predicted | | | | 3.30 | | 1.91 | | 6.56 |
| **Pre** | | | | | | | | |
| 11:49:53 | | | | 17.15 | 520 | 16.74 | 876 | 18.06 |
| 11:56:45 | * | | | 2.84 | 86 | 2.42 | 127 | 3.75 |
| AVG | | | Pre/Baseline | 2.84 | 86 | 2.42 | 127 | 3.75 |
| **Post** | | | | | | | | |



11:56:45

HILL,MICHAEL
MR#:882026          SEX:M      AGE:49Y    BIRTH:04/30/1957
DOCTOR:FINO, GREGORY J., M.D.
        1000 BOWER HILL RD.    SUITE 211
        PITTSBURGH PA 15243

                                        ST CLAIR HOSPITAL LABORATORY
                                        1000 BOWER HILL ROAD
                                        PITTSBURGH, PA 15243
                                        MARTHA R. CLARKE,MD, MEDICAL DIRECTOR

========================= PHYSICIAN COPY FOR DR: FINO, GREGORY J., M.D. =====================

W6762      COLL: 01/03/2007 10:41 REC: 01/03/2007 10:44

| COMP METABOLIC | | | |
|---|---|---|---|
| SGOT/AST | 30 | [0-50] | U/L |
| SGPT/ALT | 19 | [0-50] | U/L |
| ALKALINE PHOSPHAT | 68 | [43-122] | U/L |
| BILIRUBIN TOTAL | 0.3 | [0.2-1.3] | MG/DL |
| PROTEIN | 7.6 | [6.0-8.4] | G/DL |
| ALBUMIN | 3.7 | [3.5-5.0] | G/DL |
| CALCIUM | 8.8 | [8.0-10.2] | MG/DL |
| GLUCOSE | 94 | [70-110] | MG/DL |
| BUN | 9 | [8-25] | MG/DL |
| CREATININE | 0.8 | [0.6-1.5] | MG/DL |
| GFR(CAUCAS/OTHER) | >59 | [>59] | ML/MIN |
| GFR(AFRICAN AMER) | >59 | [>59] | ML/MIN |
| SODIUM | 142 | [133-145] | MMOL/L |
| POTASSIUM | 4.0 | [3.5-5.0] | MMOL/L |
| CHLORIDE | 107 | [96-108] | MMOL/L |
| CO2 | 29 | [22-30] | MMOL/L |
| ANION GAP | @6 | [8-16] | MMOL/L |

| CBC HEMOGRAM | | | |
|---|---|---|---|
| WBC | @2.5 | [4.8-10.8] | K/UL |
| RBC | @4.63 | [4.7-6.2] | M/UL |
| HEMOGLOBIN | @13.4 | [14.0-17.0] | GM/DL |
| HEMATOCRIT | @38.8 | [42.0-52.0] | % |
| MCV | 83.9 | [78.0-94.0] | FL |
| MCH | 28.9 | [25.0-35.0] | PG |
| MCHC | 34.5 | [31.0-36.5] | G/DL |
| RDW | 13.4 | [12.9-14.9] | % |
| PLATELET | 151 | [130-460] | K/UL |
| MPV | @7.2 | [7.4-10.4] | FL |

| DIFF,ELECTRONIC | | | |
|---|---|---|---|
| ABSOLUTE NEUTROPH | @1.1 | [1.5-6.6] | K/UL |
| ABSOLUTE LYMPHOCY | @1.3 | [1.5-3.5] | K/UL |
| ABSOLUTE MONOCYTE | 0.2 | [0-0.9] | K/UL |
| ABSOLUTE EOSINOPH | 0.1 | [0-0.6] | K/UL |
| ABSOLUTE BASOPHIL | 0.0 | [0-0.1] | K/UL |
| NEUTROPHIL | 42.2 | [40-75] | % |
| LYMPHOCYTE | @47.6 | [20-40] | % |
| MONOCYTE | 7.5 | [1-8] | % |
| EOSINOPHIL | 2.4 | [0-5] | % |
| BASOPHIL | 0.2 | [0-1] | % |

                                        PAGE:1
                                                1TIME
        FINO, GREGORY J., M.D.                * = CRITICAL VALUE
        1000 BOWER HILL RD.  SUITE 211         @ = OUTSIDE NORMAL RANGE
        PITTSBURGH PA 15243                END OF REPORT

LAB-208(7/98)

# CLINICAL & OCCUPATIONAL PULMONARY ASSOCIATES, LLC

Gregory J. Fino, MD, FCCP

St. Clair Hospital
1000 Bower Hill Road, Suite 211
Pittsburgh, Pennsylvania 15243-1899

Telephone    (412) 942-2025
Fax          (412) 942-2032
Email        gregory.fino@stclair.org

PATIENT _HILL, MICHAEL_

DATE _1-3-01_

PULSE OXIMETRY

100% RA

CC = _3_ ppm

_0.6_ COHb

_tests.do_

## CLINICAL & OCCUPATIONAL PULMONARY ASSOCIATES, LLC

Gregory J. Fino, MD, FCCP

St. Clair Hospital
1000 Bower Hill Road, Suite 211
Pittsburgh, Pennsylvania 15243-1899

Telephone    (412) 942-2025
Fax          (412) 942-2032
Email        gregory.fino@stclair.org

January 22, 2007

Michael C. Colville
Assistant U.S. Attorney
U.S. Department of Justice
U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

RE:   **Leslie Kelly v. United States**
      **C.A. No. 03-368E**
      **SSN: 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**
      **DOB: 12/17/62**
      **OIME: 1/16/07**

Dear Attorney Colville:

I examined Mr. Kelly on January 16, 2007.

### Patient Profile

Mr. Kelly was born in 1962 and was 44 years old.

His medications included:

1.   Medication to control high cholesterol
2.   One aspirin per day for his heart
3.   Has used nasal spray "off and on" for "sores in my nose" - the last time was a couple of months ago

He has never used any inhalers for breathing.

Leslie Kelly
January 22, 2007
Page 2

KELLYL.DOJ

He smoked 3-4 cigarettes per day from 1981 until about 2005, but he stopped on more than one occasion. He estimates that he smoked for about 18 years.

## Occupational History

Mr. Kelly worked at Unicor for about 9 months, from August of 2002 through April of 2003. He helped with the drilling of the Micore board and was ten feet from the cutting of the Micore board. Therefore, he was exposed to a lot of dust. He was also exposed to the dust from cutting particle board, and fumes from a glue used for the laminate - Lokweld. He was provided paper masks, but used them infrequently.

He denied any breathing problems prior to working at Unicor. He noticed breathing problems, nasal congestion and persistent headaches after he had been working there for about 6 months. He also noted some coughing. He noted pruritis and a rash on his hands. He also noted epistaxis.

Since he stopped working, the headaches are gone. He still has nosebleeds, and he still awakens at night breathless. He has also noted some spitting up of blood for the last couple of years.

## Past Medical History

1. Hospitalized for pneumonia as a child
2. Gunshot wound to right shoulder and another to his back - about 1986
3. Was told he was a "borderline" diabetic - about 1986
4. Has been on medication for cholesterol control since 2003
5. History of headaches in 2003 - initially on a daily basis, but infrequently now
6. Has been spitting up blood for about 2 years - occurs almost on a daily basis; he has had blood work done, but he does not know the results
7. Currently under evaluation for chest pain - has had a treadmill test
8. As noted above, he has problems sometimes "catching his breath" when he wakes up at night - has been evaluated, but diagnosis unknown.
9. Believes he has a history of sinus problems - often has a runny nose

He has no history of tuberculosis, emphysema, asthma, bronchitis, bronchiectasis, or frequent colds. There is no history of fractured ribs.

Leslie Kelly
January 22, 2007
Page 3

KELLYL.DOJ

## Family History

There is no family history of lung disease or malignancy. His mother had high blood pressure.

## Review of Systems

| | |
|---|---|
| Neurologic: | No seizures |
| GI: | No history of chronic gastrointestinal disease |
| GU: | No chronic genitourinary problems |
| MS: | No chronic musculoskeletal problems |
| Endocrine: | No thyroid disease |

## Physical Examination

| | |
|---|---|
| General: | Well-developed, well-nourished African American man in no acute distress, oriented X 3 |
| Heart Rate: | 64 |
| Blood Pressure: | 119/70 |
| Respiratory Rate: | 14 |
| Height: | 70" without shoes |
| Weight: | 192 lbs without shoes |
| Skin/Nails: | No cyanosis, clubbing, or edema. His skin was generally dry and I noted no rash. |
| Neck: | Supple with a midline trachea; no thyromegaly |

Leslie Kelly
January 22, 2007
Page 4

| | |
|---|---|
| HEENT: | Unremarkable without abnormalities |
| Lungs: | Clear to auscultation and percussion on a tidal volume breath and a forced expiratory maneuver without wheezes, rales, rhonchi, or rubs |
| Heart: | Normal S1 and S2 without murmurs, gallops, or rubs |
| Abdomen: | No organomegaly |
| Peripheral Pulses: | 2+ and equal |
| Extremities: | Negative |
| Edema: | Negative |
| Neurological Exam: | Intact |

### Chest X-Ray

A two-view chest x-ray was performed in conjunction with this examination. The chest x-rays were compared to the revised 2000 ILO classification films.

I have also received for review the following radiographic studies, and I have compared all of the chest x-rays to the revised 2000 ILO classification films:

1.     A Quality 3 AP portable film dated 5/24/04 performed at The Federal Transfer Center.

2.     A Quality 3 AP portable film dated 8/20/04 performed at an unknown facility.

There were no pleural and no parenchymal abnormalities consistent with an occupationally acquired pneumoconiosis, and I classified all of the above-referenced chest x-rays as 0/0. There was evidence of metallic fragments over the right upper chest and right shoulder.

Leslie Kelly
January 22, 2007
Page 5

KELLYL.DOJ

## **Pulmonary Function Testing**

The American Thoracic Society, in conjunction with the European Respiratory Society, has published a follow-up article to their 1991 article on selection of reference values and interpretative strategies in pulmonary function testing.

The original 1991 article is entitled Lung Function Testing: Selection of Reference Values And Interpretative Strategies **(AM REV RESPIR DIS 1991; 144:1202-1218)**. The more recent article is entitled Interpretative Strategies for Lung Function Tests **(EUR RESPIR J 2005; 26:948-968)**.

The following consensus recommendations have been issued in the 2005 consensus statement:

✓   If the patient's age or height is outside the limits of the reference population, a statement in the interpretation should indicate that an extrapolation has been made.

✓   The practice of using 80% as a fixed value for the lower limit of normal can lead to important errors when interpreting lung function in adults. The practice of using 0.70 as a lower limit of the FEV1/FVC ratio results in a significant number of false positive results in males aged greater than 40 years and females greater than 50 years, as well as in a risk of over diagnosis of chronic obstructive pulmonary disease in asymptomatic elderly never smokers.

✓   Volume corrections should be made for African-Americans and Hispanics when measuring spirometry. Values for lung volumes are, on average, 12% lower in African-Americans than in Caucasians.

✓   Recommended spirometric reference equations come from the National Health and Nutrition Examination Survey (NHANES III) published in 1999 **(AM J RESPIR CRIT CARE MED 1999; 159:179-187)**.

✓   Recommended lung volume reference equations were published in 1995 **(EUR RESPIR J 1995; 8:492-506)**.

✓   A single set of diffusing capacity reference values could not be recommended. There were two commonly used equations referenced, one of which has been utilized since its publication in 1981 **(AM REV RESPIR DIS; 123:185-189)**.

Leslie Kelly
January 22, 2007
Page 6

KELLYL.DOJ

The earlier consensus statement also recommended abandoning the 80% cut off as normal and the 70% cut off for the FEV1/FVC. The new 2005 statement paper goes one step further and has recommended utilization of one set of reference equations for spirometry, one for lung volumes and then one of two for the diffusing capacity. Having reviewed these new recommendations and having reviewed the source material, I believe that it is medically reasonable to follow the recommendations in the statement papers.

I have included with the pulmonary function studies that are performed in conjunction with my examinations a new summary for the spirometry, lung volumes and diffusing capacity. This summary utilizes the above noted recommendations for the spirometry, lung volume and diffusing capacity reference equations.

## Spirometry

Normal spirometry. He did not give a maximal effort; had he done so, the values would have been even higher.

## Lung Volumes

The lung volume study was technically invalid due to poor effort. The values are not accurate.

## Diffusing Capacity

The diffusing capacity was invalid because the inspiratory vital capacity was less than 90% of the forced vital capacity. However, when taking into consideration alveolar volume, the diffusing capacity was normal.

## Oxygen Saturation

Normal

## Carboxyhemoglobin Level

Normal

Leslie Kelly
January 22, 2007
Page 7

## Laboratory Results

Liver panel, renal panel, and a complete blood count were normal.

## Medical Record Review

In conjunction with this evaluation, I also reviewed the following records:

1.     Background information which included:

- The Microbac Indoor Airy Quality Survey dated 7/31/01.

- The Declaration of Michael Salerno, dated 1/19/05, with detailed information regarding the ventilation system.

- The McKean timeline, which identified when and where the Plaintiff worked within the UNICOR Factory.

- Material Safety Data Sheets for Micore Board and Lokweld.

- The OSHA Inspection Report and supporting documentation.

    Micore Board is a man-made product which contains man-made vitreous fiber, expanded perlite, starch, recycled paper, kaolin and crystalline silica.

    Lokweld is a sprayed grade adhesive used for laminate. It contains acetone, toluene, hexane isomers, and N-hexane.

    In a letter dated August 20, 2003, Mr. Stranahan (from OSHA) discussed the results of air monitoring to evaluate worker exposures to airborne dust concentrations. He stated that the "results showed no worker's exposure exceeded 10% of the relevant exposure limit." He did recommend a number of steps that could be voluntarily taken to eliminate or further reduce the workers' exposure to dust. No respirable silica dust was measured.

2.     A copy of the Amended Complaint.

Leslie Kelly
January 22, 2007
Page 8

3.    The Declaration of Eduardo F. Limonta, Health services Administrator, dated 5/2/05, with the Plaintiff's attached medical file through mid-April 2005.

4.    The Declaration of Stephen Housler, Safety Manager, dated 5/9/05.

5.    The Declarations of Martin Sapko, Factory Manager, dated 5/10/05 and 1/25/06.

6.    The Declaration of Douglas S. Goldring, Assistant General Counsel, dated 1/27/06, including copies of the Plaintiff's medical file through January of 2006.

7.    The Declaration of Debora Forsyth, Associate Warden, dated 1/30/06.

8.    The transcript of Mr. Kelly's deposition dated 10/31/06.

9.    In addition to the information noted above, I also had an opportunity to review miscellaneous records on CD ROMS that accompanied the files forwarded to my office.

**Diagnosis**

Normal Pulmonary Examination

**Discussion**

I find no evidence of a respiratory impairment or disability. This man's spirometry and diffusing capacity were both normal.

The determination of pulmonary impairment and subsequent disability has been extensively researched in the American medical literature. In the late 1980s, there was a worldwide conference on the assessment of respiratory impairment sponsored by the National Institutes of Health. This was published in the American Review of Respiratory Disease in 1988 (ARRD 1988; 137:1505-1510). All of the participants agreed that symptoms of shortness of breath on effort and exercise intolerance were not reliable predictors of impairment. There was also agreement that a physical examination was not helpful in measuring pulmonary impairment. Lung function tests, however, were essential in assessing whether or not impairment was present and essential in rating its severity. Dr. Hans Weill commented that "resting lung function tests, usually spirometry, all are the

Leslie Kelly
January 22, 2007
Page 9

KELLYL.DOJ

cornerstone in the clinician's assessment of respiratory impairment, and provided they are technically sound, are generally believed to be adequate for ascertaining the presence of respiratory limitation. Likewise, it is generally believed that exercise limitation is not likely to be present in the face of normal or marginal resting lung function."

Similar statements have been issued by the American Thoracic Society and the American Medical Association with respect to guidelines for the evaluation of respiratory impairment. It is of utmost importance that valid lung function studies be performed. An invalid study does not represent the patient's maximum pulmonary capacity and cannot be used to assess impairment or disability. An invalid pulmonary function study indicates poor patient effort. The values recorded can only represent the minimum lung function of the patient.

There is no evidence of either chronic or accelerated silicosis based on the normal chest films.

This patient should have no fear of contracting silicosis in the future. First of all, there were no measurable levels of respirable silica noted by OSHA. Furthermore, it is well documented in the medical literature that at least 20 years of exposure to dust that is measurable and above the PEL is required before chronic silicosis occurs.

If this were my patient, I would not follow Mr. Kelly for the subsequent development of silicosis, and I would assure him that he has no reason to worry about developing silicosis in the future.

I find no evidence of any chronic condition with reference to his eyes or throat or skin.

## Conclusions

My conclusions have been reached with a reasonable degree of medical certainly. I find no evidence of any chronic condition of the lungs or pulmonary system related to his alleged exposures. I find no evidence of a chronic condition with reference to the skin, eyes or nose.

Sincerely,

Gregory J. Fino, M.D., F.C.C.P.

GJF/kms

# CLINICAL AND OCCUPATIONAL PULMONARY ASSOCIATES
## GREGORY J. FINO, M.D., F.C.C.P.

**PREDICTED VALUES BASED ON THE 2005 SPIROMETRY RECOMMENDATIONS**
Recommendations from the ATS/ERS : INTERPRETATIVE STRATEGIES FOR
LUNG FUNCTION TESTS EUR RESPIR J 2005; 26:948-968.

| Name | Kelly, Leslie | | MD | Fino | |
|---|---|---|---|---|---|
| Ht | 177.8 | cm | Date | 1/16/2007 | |
| Age | 44 | years | Race | African American | |

**SPIROMETRY PREDICTED VALUES USING THE NHANES III STUDY**
Spirometric Reference Values from a Sample of the General U.S. Population
AM J RESPIR CRIT CARE MED 1999; 159:179-187

| TEST | PATIENT | PRED | %PRED | LLN | LLN% |
|---|---|---|---|---|---|
| FVC | 4.10 | 4.31 | 95 | 3.37 | 78 |
| FEV1 | 3.38 | 3.50 | 97 | 2.66 | 76 |
| FEV1/FVC | 82 | 81 | | 71 | |
| FEF25-75 | 3.91 | 3.59 | 109 | 1.81 | 50 |

**REFERENCE VALUES FOR RV,FRC AND TLC - ATS WORKSHOP ON LUNG VOLUME
MEASUREMENTS OFFICIAL STATEMENT OF THE EUROPEAN RESPIRATORY SOCIETY
EUR RESPIR J 1995; 8:492-506**

| L.V. | PATIENT | PRED | %PRED | LLN | LLN% | ULN | ULN% | |
|---|---|---|---|---|---|---|---|---|
| TLC | 7.65 | 6.27 | 122 | 5.07 | 81 | 8.50 | 135 | |
| RV | 3.47 | 1.82 | 191 | 1.23 | 68 | 2.74 | 150 | |
| FRC | 4.95 | 3.09 | 160 | 2.22 | 72 | 4.50 | 146 | |
| RV/TLC% | 45 | 31 | 144 | 20 | 66 | 42 | 134 | |

**STANDARDIZED SINGLE BREATH NORMAL VALUES FOR THE DLCO
AM REV RESPIR DIS 1981;123:185-189**

| DLCO | PATIENT | PRED | %PRED | LLN | LLN% | |
|---|---|---|---|---|---|---|
| DLCO | 24.31 | 33.43 | 73 | 26.21 | 78 | |
| DL/VA | 4.27 | 4.91 | 87 | 3.68 | 75 | |

**Prebronchodilator**
FVC
FEV1         } *NORMAL*
FEV1/FVC
FEF25-75

**Diffusing Capacity**
DLCO — *INVALID*
DL/VA — *NORMAL*

**IMPRESSION**

**Lung Volumes**
FRC
TLC         } *INVALID*
RV
RV/TLC

| PRE | |
|---|---|
| FVC | 4.1 |
| FEV1 | 3.38 |
| FEV1/FVC | 82 |
| FEF25-75 | 3.91 |
| TLC | 7.65 |
| RV | 3.47 |
| FRC | 4.95 |

| PRE | |
|---|---|
| RV/TLC% | 45 |
| DLCO | 24.31 |
| DL/VA | 4.27 |

Gregory J. Fino, M.D.

# St. Clair Hospital

## Pulmonary Function Report

1000 Bower Hill Rd.

Pittsburgh, PA, 15243

**Phone:** 412-942-2000    **Fax:** 412-942-2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Kelly, Leslie | ID: | 882590 | D.O.B.: 12/17/1962 | Date: | 01/16/2007 |
| Tech: | T. Zeman, CRT, RPsgT. | Height: | 70.00 | Age: 44 | Room: | Outpatient |
| Doctor: | G. Fino, M.D. | Weight: | 192.00 | Sex: Male | Race: | Black |

Diagnosis:   SOB

Dyspnea:  After severe exertion          Cough: Productive          Wheeze: No Wheeze

Tbco Prod:  Cigarette          Yrs Smk:  18.0          Pks/Day:  0.3          Yrs Quit:  2.0

Medications:

Pre Test Comments:

Post Test Comments:      Good patient effort and cooperation  Patient met ATS standards.  PFT Authors DLCO
(Crapo), FVC (Nhanes III), FRC (ECCS)

| | **Pre-Bronch** | | | **Post-Bronch** | | |
|---|---|---|---|---|---|---|
| | **Actual** | **Pred** | **%Pred** | **Actual** | **%Pred** | **%Chng** |
| **---- SPIROMETRY ----** | | | | | | |
| FVC (L) | 4.10 | 4.31 | 95 | | | |
| FEV1 (L) | 3.38 | 3.50 | 97 | | | |
| FEV1/FVC (%) | 82 | 81 | 102 | | | |
| FEF 25% (L/sec) | 4.70 | 7.92 | 59 | | | |
| FEF 75% (L/sec) | 1.72 | 2.02 | 85 | | | |
| FEF 25-75% (L/sec) | 3.91 | 3.59 | 109 | | | |
| FEF Max (L/sec) | 6.13 | 9.07 | 68 | | | |
| FIVC (L) | 2.72 | | | | | |
| FIF Max (L/sec) | 2.66 | | | | | |
| | | | | | | |
| **---- LUNG VOLUMES ----** | | | | | | |
| SVC (L) | 4.18 | 5.03 | 83 | | | |
| IC (L) | 2.70 | 3.44 | 78 | | | |
| ERV (L) | 1.48 | 1.59 | 93 | | | |
| FRC (N2) (L) | 4.95 | 3.47 | 143 | | | |
| RV (N2) (L) | 3.47 | 2.07 | 168 | | | |
| TLC (N2) (L) | 7.65 | 7.13 | 107 | | | |
| RV/TLC (N2) (%) | 45 | 31 | 146 | | | |
| Washout Time (min) | 2.47 | | | | | |
| | | | | | | |
| **---- DIFFUSION ----** | | | | | | |
| DLCOunc (ml/min/mmHg) | 24.31 | 37.99 | 64 | | | |
| DLCOcor (ml/min/mmHg) | | 37.35 | | | | |
| DL/VA (ml/min/mmHg/L) | 4.27 | 5.58 | 77 | | | |
| VA (L) | 5.69 | 6.94 | 82 | | | |
| IVC (L) | 3.91 | | | | | |
| BHT (sec) | | | | | | |