**U.S. Department of Labor**
**Occupational Safety & Health Administration**



## Case File Diary

| Company: Federal Correctional Institute, McKean | Location: Rt 59 & Big Shanty Road Lewis Run, PA 16738 | Number: 303712673 |
|---|---|---|

| Date: | Action: | Initials: |
|---|---|---|
| 4/11/03 | Contact made with initial complainant via telephone. Allegations were reviewed. | BMC |
| 4/14/03 | Enough information has been received to warrant an inspection. Complaint officially formalized. | BMC |
| 4/14/03 | Inspection Assigned to CSHO Claybaugh | BMC |
| 4/14/03 | OSHA Directives (FAP) and Federal Agency inspection procedures require advance notice because subject inspection will be done at a Federal Correctional Institute. Attempted to call prison and talk to the safety staff. Safety Staff was gone for the day. | BMC |
| 4/15/03 | Steve Housler (Safety Manger) contacted the CSHO. Advanced notice provided per policy and directives. | BMC |
| 4/16/03 | Opening conference and initial walk-around. Out-brief with Warden Lammana before leaving the site. Safety Manager Housler, Asst Warden Billisits, Asst Warden Forsythe, and Richard Yovichin (Union Pres) were also present. | BMC |
| 5/12/03 | Recived a written 11 ( c ) complaint from an inmate. CSHO spoke with Ed Rhoades. Mr. Roades had CSHO fax the complaint to him. Mr. Rhoades was then going to forward the complaint to the Office of Special Counsel. | BMC |
| 5/14/03 | Second Visit – Continued walk-around and collected wipe and bulk samples. Interviewed inmates and staff members. Out-brief with Warden Lammana before leaving the Site. Safety Manager Housler, Asst Warden Billisits, Asst Warden Forsythe, and Richard Yovichin (Union Pres) were also present. | Bmc |
| 5/21/03 | Per discussions with AD Stranahan and AAD Burbage, air sampling needs to be conducted. | BMC |
| 6/8/03 | Still waiting to conduct air sampling. AAD Seitz assigned to do the sampling but is on vacation and TDY. | BMC |
| 6/13/03 | Referral for Air Sampling Submitted. | BMC |

Page  1  OF  9

**U.S. Department of Labor**
**Occupational Safety & Health Administration**



## Case File Diary

| Company: Federal Correctional Institute, McKean | Location: Rt 59 & Big Shanty Road Lewis Run, PA 16738 | Number: 303712673 |
|---|---|---|
| **Date:** | **Action:** | **Initials:** |
| 6/17/03 | Third Visit - CSHO Claybaugh and Seitz onsite to conduct air sampling. Walk-around continued. Interviews conducted. Conducted out-brief with Assistant Warden Grim Before leaving site. Safety Manager Housler, Asst Warden Billisits, and Richard Yovichin (Union Pres) were also present. | BMC |
| 6/18/03 | Fourth Visit – CSHO Claybaugh and Seitz conducted second day of air sampling. Walk-around continued. Interviews conducted | BMC |
| 7/17/03 | First round of lbs submitted to AAD Burbage for review. | BMC |
| 7/21/03 | Discussed lbs with AAD Burbage. Corrections and additions were made. | BMC |
| 7/31/03 | AAD Seitz conducted telephone closing for his case. CSHO Claybaugh was also on the call. Air sampling results were reviewed. CSHO Claybaugh and AAD Seitz provided recommendations to reduce mechanical irritation to micoreboard. | BMC |
| 8/1/02 | Fifth Visit to the Site for the Closing Conference – Yovichin represented the Union. Closing conducted with Steve Housler (Safety Manager) and Union President Yovichin. Warden John Lammana was present for final 15 minutes of the closing to discuss air sampling and s/h program elements. CSHO Chris Snedden accompanied CSHO Claybaugh at the Closing. | BMC |
| 8/13/03 | CSHO contacted Steve Housler to clarify a few issues. CSHO left voicemail. Housler returned the CSHO's voicemail with his own voicemail. Housler provided a few answers. | BMC |
| 8/14/03 | CSHO contacted Steve Housler to clarify open issues from 8/13/03. CSHO left voicemail. Steve Housler returned the CSHOs call.. Issues clarified. | BMC |
| 8/15/03 | lbs finalized | BMC |

Page 2 OF 9

**U.S. Department of Labor**
**Occupational Safety & Health Administration**



## Case File Diary

| Company: | Location: | Number: |
|---|---|---|
| Federal Correctional Institute, McKean | Rt 59 & Big Shanty Road<br>Lewis Run, PA 16738 | 303712673 |

| Date | Action | Initials |
|---|---|---|
| 8/19/03 | Remainder of case turned into supervisor for review. | BMC |
| 8-19-03 | Reviewed - OK to issue | BB |
| 8-19-03 | Drafted 1960.8 Ltr. Reviewed by Seitz w/ no changes. Reviewed by Strausphan w/ minor changes. | BMC |
| 8-20-03 | 1960.8 Ltr reviewed by AAD Burkey w/ no changes. | BMC |
| 8/20/03 | Cit issued and signed by AD. Cit prep and sent via FedEx. Save to final/global save accomplished. | BMC |
| 8/20/03 | 1960.8 Ltr issued and signed by AD. Sent via FedEx but under different # & package. | BMC |
| 8/20/03 | Called Forster to let Mr. Keen know I'm on the way and to review issues w/ him. Forster was not in, calls left w/mem. | BMC |

Page  3  OF  9

**U.S. Department of Labor**
**Occupational Safety & Health Administration**



## Case File Diary

| Company: | Location: | Number: |
|---|---|---|
| Federal Correctional Institute, McKean | Rt 59 & Big Shanty Road<br>Lewis Run, PA 16738 | 303712673 |

| Date: | Action: | Initials: |
|---|---|---|
| 8/21/03 | Houston returned callers voicemail. CSHO reviewed issues. (See notes). | [init] |
| 8/21/03 | E-mailed Houston a copy of the LOTO program template. Also, e-mailed copies of abate cert letter and sample abate cert letter. | [init] |
| 9/2/03 | Composed union letter. Letter signed and mailed to the AFGE union pres for the FCI. | [init] |
| 9/2/03 | Complaint response letter signed by AD. Sent air monitoring results, citations, and 1903.8 letter along w/ the complaint response letter. | [init] |

**U.S. Department of Labor**
**Occupational Safety & Health Administration**



## Case File Diary

| Company: Federal Correctional Institute, McKean | Location: Rt 59 & Big Shanty Road Lewis Run, PA 16738 | Number: 303712673 |
|---|---|---|

| Date | Action | Initials |
|---|---|---|
| 9/2/03 | Steve Housler called OHS about citations. Only issue raised was reluctance of FCI to allow inmates to do the locking out and retaining control of locks. He said he was @ a meeting with other safety officers and someone sent him a letter from OSHA that he felt would let FCI retain current practice of FCI supervisors doing the locking out. I asked him to send me the letter and I would take it under consideration. When I rec. letter from Steve I consulted with CSHO who was already aware of letter. CSHO had consulted w/ RO & NO and all agreed there was nothing to preclude inmate acting as authorized employee & could apply/remove locks. Letter provided by Steve did not support his position, in fact the letter strongly implied that FCI policy was consistent w/ CSHO and cited .147 items. | |
| 9/4/03 | AHS spoke w/ Steve H. & discussed the above. Although he did not fully agree, he would accept OSHA position. This will require FCI to revise procedures & policies & retrain the inmates. They most likely will also need to procure combination lock w/ key override to deal w/ circumstances described in 7/10/00 interpretation. To accomplish this Steve & I agreed to extend abate. dates for LOTO items to 11/30/03. Steve said all other cited items were abated or would be abated by dates specified in citation. | |

Page 5 OF 9

**U.S. Department of Labor**
**Occupational Safety & Health Administration**



## Case File Diary

| Company: Federal Correctional Institute, McKean | Location: Rt 59 & Big Shanty Road, Lewis Run, PA 16738 | Number: 303712673 |
|---|---|---|

| Date: | Action: | Initials: |
|---|---|---|
| 9/26/03 | Abate reviewed and updated in the NCR. Abatement extensions are still in place for 1-7a, 1-7b, and 1-9 (LOTO issues). CSHO needs to contact FCI safety manager about cit 1-6, 1-19a, 2-1, 2-2, and 2-3. 1-19a instance B was not certified. 1-6 says will instead of did purchase aerial lift. 2-1 was another will. 2-2 and 2-3 did not satisfy abatement. Abatement for 1-15 provided by 1-16 and 1-17. | |
| 9/26/03 | Spoke w/ AD Stranahan about 2-2 & 2-3. Will call FCI McKean next week. | |
| 9/29/03 | Discussed case w/ AAD Burbage. In agreement w/ CSHO's issues on FCI's abatement submittal. | |
| 9/29/03 | Called Steve Housler. Left voicemail. | |
| 9/29/03 | TELCON w/ Steve Housler, safety manager, FCI McKean. CSHO discussed problems w/ abatement language for 1-6, 2-1, 2-2, 2-3. CSHO also discussed 1-19a instance b, far left of the abate cert form. Revised abate cert form due by end of the week. See notes. | |

Page 6 OF 9

**U.S. Department of Labor**
**Occupational Safety & Health Administration**



## Case File Diary

| Company: Federal Correctional Institute, McKean | Location: Rt 59 & Big Shanty Road Lewis Run, PA 16738 | Number: 303712673 |
|---|---|---|

| Date | Action | Initials |
|---|---|---|
| 9/29/03 | Briefed AAD Burbage on results of Telcon w/ Hovler on Abate cert problem. | [initials] |
| 9/19/03 | Revised Abatement cert letter recd. Wrote Review and updated in the computer; only Lotto items remain i.e. 1-7a, 1-7b, and 1-9. | [initials] |
| 10/21/03 | Telcon w/ Steve Hovler. Steve contacted the CSHO about LOTO items 1-7a, 1-7b, and 1-9. Steve relayed that the LOTO issue went all the way to FCI's Central office. Steve explained FCI McKean would comply w/ the items cited by issuing the Master combo locks and hasps. Steve said that CSHO needs to be aware that other BOP sites are not letting inmates lock out. CSHO responded he would convene w/ regional office on the issue. As a side note, Steve relayed that the items noted in the 5(a)(1) letter have been complied w. Hovler relayed the need for the dumpster lock was good. | [initials] |

Page 7 OF 9

**U.S. Department of Labor**
**Occupational Safety & Health Administration**



## Case File Diary

| Company: | Location: | Number: |
|---|---|---|
| Federal Correctional Institute, McKean | Rt 59 & Big Shanty Road<br>Lewis Run, PA 16738 | 303712673 |

| Date | Action | Initials |
|---|---|---|
| 10/24/03 | Abate reviewed and discussed w/ AAD Verhooge. Problem w/ abate cert ABSTS. Cover letter indicated the abatement is complete. However the abatement cert stated "will be". | [sig] |
| 10/29/03 | Called Kesler, safety mgr. Steve was out. CSHO left voicemail. | [sig] |
| 10/30/03 | Telcon w/ Steve Kesler. Explain abate cert letter/Verhooge issue. Steve stated that all actions for abatement of 1-7a, 1-7b, and 1-9a are completed. CSHO asked Kesler to resend abate letter prove to indicate the issues have been abated ie. past tense. | [sig] |
| 10/30/03 | Review abate cert letter revd. Abatement updated in the computer. | [sig] |
| 10/30/03 | Discussed case and CPT before AAD. OK to close out case per AD. | [sig] |

Page 8 OF 9

**U.S. Department of Labor**
**Occupational Safety & Health Administration**



## Case File Diary

| Company: | Location: | Number: |
|---|---|---|
| Federal Correctional Institute, McKean | Rt 59 & Big Shanty Road<br>Lewis Run, PA 16738 | 303712673 |

| Date: | Action: | Initials: |
|---|---|---|
| 1/3/03 | Sent a copy of cit to Ralph [illegible] per AO request and note. Su [illegible] side of file too [illegible]. copy of cit sent via USPS. | [signature] |
| 10/31/03 | Computer updated w/ info. Case closed in computer. No further action required on the case. | [signature] |

Page 9 OF 9