

# U.S. Department of Labor
Occupational Safety & Health Administration



***www.osha.gov***   Search

Advanced Search   A-Z I



**Directorate of Science, Technology and Medicine (DSTM)**

June 23, 2003

Directo
Techno
Medicir

## Salt Lake Technical Center (SLTC)

Salt
Cent
D
Ir
Cl

D
T



OSHA
SALT LAKE
TECHNICAL
CENTER

Jimmy Roberts
Director

D
S

Keith Motley
Deputy

Fu
St

Ci

Bl
Li

Cl
Ir

Si
A

*"The SLTC offers Integrated Solutions to Agency Problems"*

- To conduct extensive analyses, test, and studies of workplaces to evaluate compliance with OSHA regulations and/or the existence of hazards.
- To develop and manage the OSHA Technical Links for the agency and other users.
- To manage agency mandated certification of clinical testing laboratories.
- To provide emergency field response to Regional and Area Offices.
- To serve as the Agency experts and provide technical support in the areas listed above to all customers, as appropriate.
- To provide integrated solutions to Agency problems using personnel well-versed in chemistry, engineering, computer science, and industrial hygiene.

USDOL/OSHA/████/SLTC
1781 South 300 West
Salt Lake City, UT 84115-1802
(801)524-7900

**Revised: 05 May 2003**

ATTN
TECHN  } ANALYTICAL LAB

**U.S. Department of Labor**



Occupational Safety and Health Administration
Suite B-12
3939 West Ridge Road
Erie, PA 16506
(814) 833-5758

**Establishment Name: Federal Correctional Institution, McKean, Lewis Run, PA/UNICOR Factory**

| Job Title and/or Operation(s) | Contaminant(s) Sampled | Exposure(s) mg/m³ [X] ppm [ ] noise [ ] | PEL mg/m³ [X] ppm [ ] noise [ ] | %PEL (Exposure divided by PEL X 100 =?) | Date Sampled | Comments |
|---|---|---|---|---|---|---|
| Saw Operator | Respirable Silica | None detected | Not Determined | Not Applicable | 6/17/03 | Work practices produce the most dust exposure. Controls cut of product |
| Saw Operator | Total Particulate | 0.54 | 15.00 | 3.6% | 6/17/03 | Good respirator use |
| Feeder Operator | Respirable Silica | None detected | Not Determined | Not Applicable | 6/17/03 | Good respirator use |
| Feeder Operator | Total Particulate | 1.1 | 15.00 | 7.6% | 6/17/03 | Good respirator use |
| Area Sample | Synthetic Vitreous Fiber (SVF) | Fibers/CC None Detected | 3 Fibers/CC REL (NIOSH) 15.00* | Not Applicable | 6/17/03 | Area Sample Above Panel Saw. Four Samples Taken |
| Bulk Samples | SVF, Silica | 30% SVF 20% Silica | Not Applicable | Not Applicable | 6/17/03 6/18/03 | Settled Dust at Processes |
| Router and Shaper Operation | Silica | None Detected | Not Determined | Not Applicable | 6/18/03 | Lower Band of Respirator was not attached. |
| Router and Shaper Operation | Total Particulate | 1.50 | 15.00 | 10.3% | 6/18/03 | Good respirator use |
| Area Sample | Synthetic Vitreous Fibers | None Detected | 3 Fibers/CC REL (NIOSH) 15.00* | Not Applicable | 6/18/03 | Sample taken above router. Two Samples Taken |

PEL = Permissible Exposure Limit, AL = Action Level (usually half of the PEL), TWA = Time Weighted Average (an 8hr exposure); STEL = Short Term Exposure Limit (15 Min); C = Ceiling (value that can never be exceeded)

\* Regulated as a nuisance dust, REL (Recommended Exposure Limit)

Page 1 of 1