Page 1

1　　　　IN THE UNITED STATES DISTRICT COURT
　　　　　FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2
3　MICHAEL W. HILL, et al.,　　: C.A. No. 05-160 Erie
　　　　　Plaintiff　　: C.A. No. 03-323 Erie
4　　　　　　　　　　　: C.A. No. 03-355 Erie
　　　v.　　　　　: C.A. No. 03-368 Erie
5　　　　　　　　　　　: C.A. No. 04-011 Erie
　JOHN J. LAMANNA, et al.,　　:
6　　　　　Defendants　　:
7
8
9　　　　Deposition of DAVID G. ENGLISH, taken before
10　and by Janis L. Ferguson, Notary Public in and for
11　the Commonwealth of Pennsylvania, on Wednesday,
12　December 20, 2006, commencing at 10:00 a.m., at the
13　offices of Knox McLaughlin Gornall & Sennett, PC,
14　120 West 10th Street, Erie, Pennsylvania 16501.
15
16
17　For the Plaintiffs:
　　　Richard A. Lanzillo, Esquire
18　Knox McLaughlin Gornall & Sennett, PC
　　　120 West 10th Street
19　Erie, PA 16501
20　For the Defendants:
　　　Douglas Goldring, Esquire
21　Federal Prison Industries (UNICOR)
　　　400 First Street NW
22　Washington, DC 20534
23
24
　　　Reported by Janis L. Ferguson, RPR, CRR
25　　Ferguson & Holdnack Reporting, Inc.

Page 2

1　　　　　　I N D E X
2
3　TESTIMONY OF DAVID G. ENGLISH
4　　Direct examination by Mr. Lanzillo . . . . . . 3
5　　Cross-examination by Mr. Goldring . . . . . . 55
6　　Redirect examination by Mr. Lanzillo . . . . . 62
7
8
9　EXHIBITS:
10　　English Deposition Exhibit 1 - Page 18
11　　English Deposition Exhibit 2 - Page 38
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1　D A V I D　G.　E N G L I S H, first having
2　been duly sworn, testified as follows:
3
4　　　　　DIRECT EXAMINATION
5　BY MR. LANZILLO:
6
7　　Q.　Good morning, Mr. English. My name is Rich
8　Lanzillo, as I introduced myself a moment ago to you. I
9　represent the Plaintiffs in these related actions.
10　　　　We have scheduled your deposition today so that I
11　can ask you some questions primarily relating to conditions
12　as they formerly existed at the UNICOR facility at FCI
13　McKean.
14　　　　Before I get started with my questions, there are
15　a couple of ground rules and some background that I should
16　share with you.
17　　　　First, as I'm sure you're probably already aware,
18　both my questions and your answers will ultimately be
19　transcribed by Janis, our court reporter. To ensure that
20　the transcript is clear and understandable, it's important
21　that you respond to each of my questions verbally; that you
22　avoid simply shaking or nodding your head, because Janis can
23　miss that and there may not be an answer to my question.
24　　　　Also, I would ask you to use the words yes or no
25　when responding to a question in the affirmative or the

Page 4

1　negative. If you use phrases such as uh-huh or huh-uh, that
2　can be ambiguous on the record as well. Finally, and most
3　importantly, if at any time you do not hear me clearly or do
4　not understand my question, you need to tell me that so that
5　I can repeat or rephrase the question for you. If I ask a
6　question and you respond to it, I will assume that you both
7　heard it and understood it. Is that fair enough?
8　　A.　Yes, it is.
9　　Q.　Very good. Would you state your full name for us.
10　　A.　David G. English.
11　　Q.　And what is your current address, Mr. English?
12　　A.　49 Cobham Park Road. That would be C-O-B-H-A-M
13　Park Road.
14　　Q.　How are you presently employed?
15　　A.　(No response.)
16　　Q.　Where do you work?
17　　A.　I work at FCI McKean, federal prison, UNICOR.
18　　Q.　What is your position there at present?
19　　A.　I'm going with my old title. Night shift
20　supervisor.
21　　Q.　Has there been some transition in your position
22　recently?
23　　A.　Yes. Everybody got displaced. We went from a
24　wood factory to a plastic factory. And the slow startup,
25　everyone is getting foreman positions. I'm presently back

1 (Pages 1 to 4)

Page 5

1  on night shift doing a foreman job or my -- yeah, foreman
2  job on night shift.
3      Q.  How long have you been on the night shift?
4      A.  I started the night shift in 1995 to December of
5  2005, at which time we shut the second shift down and, you
6  know, we all worked day shift.
7      Q.  Okay.
8      A.  And I'm back on nights.  Approximately two and a
9  half months ago I started back on night shift.
10     Q.  When does the night shift begin and when does it
11 end?
12     A.  Shift starts at -- I start at 3:00, and it ends at
13 11:00 p.m.
14     Q.  The day shift and the night shift, do they employ
15 roughly the same number of inmates at the facility?
16     A.  No, they do not.
17     Q.  Okay.  How do they -- and let me back up to the
18 time when the facility was a furniture or wood factory.  At
19 that time was there a difference in the number of inmates
20 working at UNICOR during the day shift versus during the
21 night shift?
22     A.  Yes, there was a difference.
23     Q.  Okay.  Were there fewer or greater number of folks
24 in the night shift?
25     A.  There were fewer on nights.

Page 6

1      Q.  Approximately how many worked on the night shift?
2      A.  At one time I had approximately 120 to 130 inmates
3  on night shift.
4      Q.  How does that compare with the day shift?
5      A.  Day shift, I'm going to take a guess; right around
6  180 to 200, depending on the circumstance.
7      Q.  What was your job title when the UNICOR facility
8  made furniture?
9      A.  Night shift -- night shift supervisor.  Or also
10 could have been called general foreman.  Depends on who
11 was --
12     Q.  Is that the same position, essentially; night
13 shift supervisor versus general foreman?
14     A.  Yes.
15     Q.  I've seen you referred to as the general foreman,
16 that's why I asked.  While you were employed at UNICOR as
17 the general foreman or night shift supervisor and the
18 facility was still a wood or furniture factory, who was your
19 immediate supervisor?
20     A.  Marty Sapko.
21     Q.  Anyone else?
22     A.  Above Marty would have been Debora Forsyth.  Can I
23 add to that?  Another boss that I did work for was Ed
24 Willis.
25     Q.  And what was Mr. Willis' position?

Page 7

1      A.  The structure was Marty Sapko started as the
2  assistant factory manager -- can I ask you one question
3  before I go farther on the structure?
4          MR. GOLDRING:  Can we go off the record for a
5          minute?
6          MR. LANZILLO:  Sure.
7          (Discussion held off the record.)
8      Q.  Mr. English, I'm going to be asking you some
9  questions in a moment regarding your work history and your
10 background.  But for purposes of my current inquiry, let's
11 focus on the time frame 2001 through 2004.  Focusing on
12 those years, who would have been your immediate supervisors?
13     A.  (No response.)
14     Q.  For example, was Mr. Sapko your immediate
15 supervisor throughout the period of time 2001 through 2004?
16     A.  The dates -- I'm confused on the dates.  I
17 can't -- I can't remember when Mr. Sapko came on his actual
18 position.  I'm going to go with Mr. Sapko and Mrs. Forsyth.
19     Q.  Okay.
20     A.  Okay?
21     Q.  Well, let me back up, then, a little bit and just
22 get some additional background.  First of all, what is your
23 educational background?  Did you graduate from high school?
24     A.  Yes, I did.
25     Q.  What year did you graduate from high school?

Page 8

1      A.  1974.
2      Q.  Did you have education beyond high school?
3      A.  I had vocational training, carpenter class.
4      Q.  Where did you receive that training?
5      A.  Warren Area High School and Warren Area Vo-Tech
6  School.
7      Q.  Did you receive that after high school graduation
8  or before?
9      A.  It was all during high school graduation [sic].
10     Q.  So that would have been part of your high
11 school --
12     A.  '71 through '74, yes.
13     Q.  And after completing high school, including your
14 vocational training, did you receive any further education
15 beyond that?
16     A.  Just on-the-job education.
17     Q.  And that's a good segue into your employment
18 background.  Tell me how you were employed after graduating
19 from high school.
20     A.  From 1974 to 1981, I was employed at Struthers &
21 Wells Corporation in Warren, Pennsylvania.
22     Q.  Struthers & Wells?
23     A.  Correct.
24     Q.  What do they do?
25     A.  They made heat exchangers and boilers and stuff

2 (Pages 5 to 8)

Page 9

1  like that.
2      Q.  What was your position there?
3      A.  I held -- had several. I worked in the carpenter
4  shop. I was equipment operator.
5      Q.  Okay. And then after Struthers & Wells
6  Corporation, after 1981 when you left Struthers & Wells,
7  where did you go to work?
8      A.  From 1981 to 1992, I was employed by the Warren
9  County Sheriff's Department as a deputy sheriff.
10     Q.  Why did you leave that position?
11     A.  To further my career in UNICOR at federal prison
12  industries.
13     Q.  So there was an opportunity at UNICOR --
14     A.  Yes.
15     Q.  -- and you decided to leave the Warren County
16  Sheriff's Department to pursue that opportunity?
17     A.  That's correct.
18     Q.  All right. So then 1992, you became an employee
19  of the Bureau of Prisons? Is that correct?
20     A.  That's correct.
21     Q.  And what was your first position at FCI McKean?
22     A.  Correctional officer.
23     Q.  Now, that position, it would have been outside of
24  UNICOR, would it not?
25     A.  Correct.

Page 10

1      Q.  All right. So you're a correctional officer in
2  the general prison population?
3      A.  Yes.
4      Q.  And how long did you remain a correctional
5  officer?
6      A.  Three months.
7      Q.  And what was your next position after correctional
8  officer?
9      A.  Foreman in UNICOR.
10     Q.  Did your job title change between becoming a
11  foreman at UNICOR in around 1992 and the date that the
12  facility ceased to be a wood and furniture factory, or did
13  you remain a foreman throughout that period of time?
14     A.  From 1992 to 1995, I was a foreman, and I was
15  promoted to the night shift general foreman position in '95.
16     Q.  Did your job title change at any time between
17  '95 and the date when UNICOR at FCI McKean ceased to be a
18  wood and furniture factory, or did you remain a general
19  foreman throughout that period?
20     A.  Did it change after we went from wood to plastic?
21  Is that your question, sir?
22     Q.  No. I'm focussing on the period of time between
23  1995, when you became a general foreman, and the date that
24  the facility ceased to be a furniture and wood factory.
25  During that period of time, 1995 to, I guess, approximately

Page 11

1  2005, did you remain a general foreman?
2      A.  Correct. My title never changed.
3      Q.  All right. And what were your responsibilities as
4  a general foreman at UNICOR?
5      A.  I was in charge of the inmate population, the
6  foremen that worked under me, and the production on the
7  night shift.
8      Q.  When you say you were in charge of the production
9  on the night shift, did you set any type of production goals
10  or quotas?
11     A.  Not quotas. We always had due dates we went by,
12  and we pulled orders from the machinery and floors by due
13  dates and worked on specific orders on a nightly basis by
14  due dates.
15     Q.  And how were due dates determined?
16     A.  I don't understand that question.
17     Q.  Were there different projects proceeding through
18  production at UNICOR at any given time?
19     A.  Again, you go by due dates. The boss may have a
20  due date. That job would have to be out the door at such
21  and such a date. That's the due dates. Okay? I mean, the
22  customer had an order, and it had to be out the door by such
23  and such a date.
24     Q.  I got you.
25     A.  We just went by -- in other words, if this job

Page 12

1  had -- is July 10th, and this job had July 15th, and this
2  job was July 20th, we would work on the 15th job that night.
3  Always went by priority dates; earliest date to later date.
4      Q.  And my question is simply: Where did those due
5  dates come from? Did you set them or did they come down
6  from a higher authority?
7      A.  They come down from a higher authority.
8      Q.  All right. Do you know who set the due dates for
9  production?
10     A.  It would come out of the upper office. Like the
11  factory manager's office.
12     Q.  Who within UNICOR was primarily responsible for
13  matters of Occupational Safety and Health during the time
14  that you were general foreman? I'm sorry -- yeah, general
15  foreman.
16     A.  Well, we all were responsible for safety. Any
17  issues that would come up in reference to me, I would try to
18  solve the problem verbally, and if it was a safety or --
19  problem, I would direct that through our safety department
20  and my supervisors.
21     Q.  Who did you understand to be the highest authority
22  within UNICOR on issues of safety and health?
23     A.  The highest authority that I would understand
24  would be Steve Housler, which is our safety manager, and the
25  highest chain of command we'd have after that in our factory

Ferguson & Holdnack Reporting, Inc.

08323d09-b381-49ce-8f14-4746972ce43f

Page 13

1   would be our SOI, superintendent of industries, which would
2   have been Deb Forsyth.
3       Q.   Let me be a little more specific as to certain
4   aspects of Occupational Safety and Health. Who, for
5   example, was responsible for compiling and maintaining
6   Material Safety Data Sheets or MSDS sheets?
7       A.   (Pause.) I don't understand the question. I -- I
8   understand your question, but I don't know who -- what
9   you're looking for.
10          MR. GOLDRING:  And just to remind you, Dave, if
11          you don't know the answer to a question --
12          THE WITNESS:  Right.
13          MR. GOLDRING:  -- it's okay to just --
14          THE WITNESS:  Okay.
15          MR. GOLDRING:  -- to just respond with I don't
16          know the answer to the question.
17      Q.   Yeah, that's fine. I mean, if you don't know, I
18   don't want you to guess.
19      A.   Right.
20      Q.   I mean, do you know who was responsible for
21   compiling and maintaining Material Safety Data Sheets within
22   UNICOR?
23      A.   I would be safe to say the factory manager, and
24   there's a foreman, Darryl Snyder, actually made sure the
25   book was updated.

Page 14

1       Q.   Mr. English, I've noticed that periodically as
2   you're answering my questions, you're referring to documents
3   in a notebook. May I ask you what you have with you today?
4       A.   I just have a few notes jotted down for my memory.
5       Q.   I'm not very good at reading upside-down, but I
6   see that -- is that an e-mail or --
7       A.   That's just our addresses and stuff from here --
8   for here.
9       Q.   All right. This is communication with your
10  counsel, right?
11      A.   Right. That's all that is.
12      Q.   I want to be fair to you. If you look at a
13  document to help yourself answer a question, I'm going to
14  want to see it.
15      A.   That's fine. I have no problem with that.
16      Q.   So I just want to give you a heads up on that.
17      A.   I have no problem.
18      Q.   And I'm not going to discourage you from doing
19  that.
20      A.   Right.
21      Q.   I just want to let you know if you do that, so I
22  know how you're answering the question, I will ask to see
23  the document.
24      A.   I understand that.
25          MR. GOLDRING:  Can we just have a minute?

Page 15

1          MR. LANZILLO:  Sure.
2          (Discussion held off the record.)
3       Q.   So with respect to the MSDS sheets, I think you
4   mentioned the factory manager would have some responsibility
5   for those. Is that right?
6       A.   To my understanding, yes.
7       Q.   And who held the position of factory manager
8   between 2001 and end of 2004?
9       A.   Marty Sapko.
10      Q.   And you mentioned another individual who --
11  whether he was directly responsible for those or not, you
12  believe at least was involved in updating those sheets.
13  What was that person's name again?
14      A.   Darryl Snyder.
15      Q.   What was Mr. Snyder's title again?
16      A.   He's a woodworking foreman or -- yeah.
17  Woodworking foreman.
18      Q.   In the hierarchy at UNICOR, would he be in a
19  position above your position, on the same level as your
20  position, or below you?
21      A.   He'd have been below me positionwise and
22  titlewise.
23      Q.   Do you know how it is that Darryl Snyder came to
24  be working with the MSDS sheets?
25      A.   No, I don't.

Page 16

1       Q.   When you joined UNICOR, did you receive any -- any
2   training?
3       A.   Just on-the-job training; being familiar with the
4   factory, the machinery, the production process.
5       Q.   And by on-the-job training, do you mean that you
6   started working and that over time you learned about the
7   machinery, you learned about the operations, essentially by
8   being there, by going through the processes?
9       A.   That's correct.
10      Q.   All right. So there was no formal training
11  program where you were -- you know, you sat down either in a
12  classroom or in the facility itself and someone said, this
13  is how it's done, this is what we do, this is the way you
14  handle this machine, things of that nature?
15      A.   No.
16      Q.   Was there any occupational safety or health
17  training provided while you were employed at UNICOR?
18      A.   No.
19      Q.   Did you ever participate in maintaining or
20  updating the MSDS sheets?
21      A.   No.
22      Q.   Did you ever read the MSDS sheets?
23      A.   Not a whole lot.
24      Q.   When you say "not a whole lot", can you remember
25  any occasion where you found -- found it necessary or

4 (Pages 13 to 16)

**Page 17**

1  helpful to review the MSDS sheets?
2      A. If an issue would come up, I would try to find
3  that specific sheet and read on it, correct.
4      Q. Do you know whether an MSDS sheet existed between
5  2001 and 2004, the end of 2004, for Micore board?
6      A. Yes.
7      Q. I take it from your answer that you're aware that
8  one did exist?
9      A. Was your question --
10     Q. Yes.
11     A. -- was there a sheet?
12     Q. Yes.
13     A. Yes.
14     Q. All right. And did you ever have occasion to
15  review that sheet for Micore board? That MSDS for Micore
16  board.
17     A. Yeah.
18     Q. Okay. And what prompted you to review the MSDS
19  sheet for Micore board?
20     A. One of my foremen had an issue with it, so I read
21  up on it.
22     Q. Which foreman was that?
23     A. Robin Bevevino.
24     Q. When did you review the MSDS sheet for Micore
25  board?

**Page 18**

1      A. I don't recall the date.
2      Q. Do you recall the year?
3      A. No. I'd have to guess, and I don't recall the
4  year.
5      Q. All right. What was the issue that Robin Bevevino
6  had with Micore board?
7      (Discussion held off the record.)
8      Q. Before you get started in responding, for the
9  record, the witness has indicated a desire to see a memo
10  that we previously exchanged.
11     MR. LANZILLO: And so the record is clear, why
12     don't we go ahead and mark this as English Exhibit
13     1.
14     MR. GOLDRING: If we can, again, agree that we're
15     not a hundred percent certain that the date is
16     correct on the top of the memo.
17     MR. LANZILLO: Since Mr. English is the author of
18     this document, I'll ask him some questions about
19     the date and make sure it's clear on the record.
20     (English Deposition Exhibit 1
21      marked for identification.)
22     Q. And while you're reviewing that, Mr. English, let
23  me just note a couple things for the record. An almost
24  identical version of your Deposition Exhibit 1 has been
25  previously marked in earlier depositions. There has been

**Page 19**

1  some question regarding the date of this exhibit. And for
2  the record, this is a memo to Marty Sapko from you, and the
3  subject is Foreman Robin Bevevino. The document you're
4  examining now as your Exhibit 1 has a date indicated of
5  April 16, 2003. Other versions of this memo have much more
6  recent dates, which I understand from counsel the difference
7  in the dates arises from the fact that there's an automatic
8  date updating system on the computer, so when counsel
9  retrieved this document from the computer, the computer
10  automatically updated the date. That's why we're seeing
11  more recent dates, including right up through 2006.
12     With that background on the record, let me ask
13  you, first of all, did you create, compose Exhibit 1? Is
14  this your document?
15     A. Yes.
16     Q. All right. Now, this version of Exhibit 1, am I
17  correct that this came out of your files?
18     A. Correct.
19     Q. This version of the memo, Exhibit 1 to your
20  deposition, has a date of April 16, 2003. Is that the date
21  when you first drafted or prepared Exhibit 1?
22     A. Yes.
23     Q. And that would be consistent with the first
24  paragraph of Exhibit 1, which appears to memorialize a
25  conversation that you had with Foreman Bevevino on April 16,

**Page 20**

1  2003 at 7:30 p.m. Is that correct?
2      A. Yes.
3      Q. All right. Recognizing that this is more than
4  three and a half years ago, is it your recollection that
5  after you had that conversation with Mr. Bevevino, you at
6  some point sat down and prepared this memorandum that same
7  day?
8      A. To the best of my knowledge, yes.
9      Q. Where did you prepare this document, Exhibit 1?
10  Did you do it on your computer at work?
11     A. Correct.
12     Q. In the third paragraph of Exhibit 1, there is a
13  statement, it says quote, "He --" and correct me if I'm
14  wrong; the "he" in that sentence, the second sentence of the
15  third paragraph, that's a reference to Mr. Bevevino?
16     A. (No response.)
17     Q. The sentence begins, "He said there is cancer..."
18     A. That's correct; Mr. Bevevino.
19     Q. Okay. So according to the third paragraph of
20  Exhibit 1, Mr. Bevevino, quote, said, "There is cancer
21  causing agents in the micro [sic] board, and he is not going
22  to tolerate it."
23     Let me stop there. Are those his words, or is
24  that your paraphrase of what he told you?
25     A. They are his words.

5 (Pages 17 to 20)

Ferguson & Holdnack Reporting, Inc.

08323d09-b381-49ce-8f14-4746972ce43f

Page 21

1    Q.  To the best of your recollection, tell me what you
2  remember Mr. Bevevino telling you on April 16, 2003
3  regarding concerns he had with Micore board.
4    A.  This was all he said right here (indicating),
5  basically.
6    Q.  Did you know whether he was talking about the dust
7  that was created as a by-product of cutting and sawing the
8  Micore board?
9    A.  Could you repeat that question?
10    Q.  Sure.  And for clarity, I'll back up a little bit.
11  When Micore board is cut on a table saw or another type of
12  saw or mitered, does it generate dust?  Does it create dust
13  as a by-product?
14    A.  Absolutely.  A little bit of dust.  Anything you
15  cut is going to create a little bit of dust.
16    Q.  Okay.  And I understand that there was some sort
17  of a system in place to try to control that dust.  Is that
18  correct?
19    A.  That's correct.
20    Q.  All right.  Notwithstanding that system, based on
21  your observations and knowledge, did some of the dust
22  actually enter the air in the area of the operator?
23    A.  Yes.  There's always a little bit of dust no
24  matter what you're cutting.
25    Q.  And did you see whether the dust, for example, you

Page 22

1  know, would -- you know, would you see it accumulate, you
2  know, in someone's hair or on their clothing?  I mean, could
3  you observe that?
4    A.  No.
5    Q.  How about on the table saw itself?  Would there
6  be, like, some dust that would settle on the top of the saw?
7    A.  Very little.
8    Q.  But there would be at least some.
9    A.  Some.
10    Q.  All right.  And how about on the floor in the area
11  around the saws?  Would there be dust that would accumulate?
12    A.  Possibly in the immediate area; small amount.
13    Q.  And would someone have to clean up that dust?
14    A.  Absolutely.
15    Q.  And how would that be done?
16    A.  The majority of the dust, we had a
17  state-of-the-art dust-collection system.  Big, powerful
18  system.  I would have to say a majority or most of it would
19  go through the dust-collection system.
20        Your question, was there some on the tabletop,
21  yes.  They would clean it up.  How?  They would brush it off
22  or sweep it off the floor into a dust-collection system or
23  sweep it up.
24    Q.  So did you observe inmates, what, brushing the
25  dust off the table -- table saw?  Is that one means by which

Page 23

1  they could --
2    A.  Yes.
3    Q.  -- clean up the dust?  They could sweep it into,
4  what, piles on the floor?
5    A.  Well, they would be -- yeah.  Yes.
6    Q.  And once it was swept into piles on the floor,
7  what, do they use a dust pan and pick it up and then put it
8  in the system, or is there an actual inlet where they could
9  just sweep it right into the system, the dust-collection
10  system?
11    A.  Both.  Dust pan and the dust-collection system.
12    Q.  Did inmates ever use a pneumatic or air pressure
13  device to clean up the dust?
14    A.  On a regular daily basis, air hoses were not
15  allowed to use to blow off machines or equipment.  Did they?
16  Yes.
17    Q.  So they would use the air hoses to blow the dust
18  off of the equipment?
19    A.  That's correct to say they did.
20    Q.  Was there a written policy anywhere about doing
21  that; about using air hoses to blow off the dust from the
22  equipment?
23    A.  I don't know the answer to that one.
24    Q.  If one existed, you're not aware of it.
25    A.  Correct.

Page 24

1    Q.  Now, you're -- I don't know if you're reading from
2  or just referencing your notes in front of you.  When did
3  you prepare those notes that you're looking at?
4    A.  I just jotted these down last week.
5    Q.  Did you jot down those notes after any discussions
6  with anyone?  Let me ask you, did you discuss any of the
7  topics we're exploring today in your deposition with anyone
8  prior to your deposition?
9    A.  (No response.)
10    Q.  Mr. Housler, Mr. Sapko, anyone like that?
11    A.  No.
12    Q.  Anyone at all?
13        MR. GOLDRING:  Just us.
14    A.  Just him.
15    Q.  I don't want to ask you about that.  But let me
16  ask you, has anyone told you what other deponents have said
17  in this case?
18    A.  No, they have not.
19    Q.  Okay.  Were inmates who worked with Micore board,
20  including the sawing of Micore board, required to wear
21  respirators?
22    A.  Dusk masks?
23    Q.  Well, let me start with respirators.  Do you
24  know -- in your mind, is there a difference between a
25  respirator and a dust mask?

Ferguson & Holdnack Reporting, Inc.

Page 25

1    A.  Depends on what you're speaking of.  Respirators,
2  there's -- yes, in my opinion, from your questions,
3  respirators are filtered, screwed on, which painters would
4  use or -- is that your question, sir?  Did they have that?
5    Q.  Yes.  And let me just, for purposes of my next
6  couple questions, adopt your definition; that a respirator
7  would have the filters that attach and be, I guess, firmly
8  secured by straps to someone's face.  With that device in
9  mind, were inmates required to wear respirators when cutting
10  Micore board?
11    A.  No.
12    Q.  Were inmates required to wear masks when cutting
13  Micore board?
14    A.  They had them to use at their convenience.
15    Q.  But they were not required to wear them?  Is that
16  a correct statement?
17    A.  Yes.  That's correct.
18    Q.  So just to make sure the record is clear, there
19  was no requirement -- well, let me ask you the question in a
20  simple form.  Were inmates required to wear masks when
21  cutting Micore board?
22    A.  (No response.)
23    Q.  And I'm just simply looking for a yes or a no on
24  that one.
25    A.  I'm going to say it was required -- can I go off

Page 26

1  the record one second?
2    Q.  Are you going to confer with counsel on -- do you
3  want to confer with your counsel on this?
4    A.  Well, yes.
5    Q.  Okay.
6       (Discussion held off the record.)
7    Q.  Back on the record.  Let me restate the question.
8  My question is simply, were inmates required to wear a dust
9  mask when cutting Micore board?
10    A.  I don't know the answer for the requirement.
11    Q.  If there were such a requirement, you were not
12  aware of it?  Is that a fair statement?
13    A.  Your requirement question, I'm perceiving that --
14  is that a rule and a regulation that I had to enforce?
15    Q.  Um-hum.
16    A.  I'd say if it was a requirement, I would make
17  them, but if a guy didn't want to wear one at his option, I
18  don't know if I would force him.  That's where I'm confusing
19  the question, sir.
20    Q.  Well, let me ask you this:  Did you ever say to an
21  inmate cutting Micore board, or who had a position that
22  involved cutting Micore board or working in the areas where
23  Micore board was being sawed, you must wear a dust mask?
24    A.  (No response.)
25    Q.  Or words to that effect.

Page 27

1    A.  Yes, more than likely.
2    Q.  You say "yes, more than likely".
3    A.  Okay.  Yes.
4    Q.  And to whom did you make that statement?  Which
5  inmates?
6    A.  The operators on my saws.  We'd have available and
7  issue them dust masks, to any operators or workers on that
8  specific equipment.
9    Q.  And why did you do that?  Why did you tell them
10  that they must wear a dust mask?
11    A.  They were the operators of that machine.
12    Q.  And was your understanding that as operators of
13  the machine, they are going to be the ones most directly
14  exposed to dust being generated --
15    A.  From that machine, correct.
16    Q.  Do you know whether anyone else issued any type of
17  similar direction to inmates; that they wear -- specifically
18  that they wear a dust mask when cutting or working in the
19  vicinity of cutting of Micore board?
20    A.  I don't understand your question.  "Anyone else",
21  I don't follow you.
22    Q.  Sure.  Well, you've told me what you told inmates;
23  specifically that they must wear a dust mask when cutting
24  Micore board.  My question is, to your knowledge, did anyone
25  else in the UNICOR facility issue a similar directive?

Page 28

1    A.  I don't recall.
2    Q.  Do you know Michael Hill, Leslie Kelly, Kevin
3  Siggers, Myron Ward, or Kenny Hill?  Are you familiar with
4  those inmates?
5    A.  I'm familiar with Hill, Hill, and Ward.
6    Q.  So you're not familiar with Mr. Siggers?
7    A.  He worked the day shift.
8    Q.  And you're not familiar with Mr. Kelly?
9    A.  He worked the day shift.
10    Q.  Did you ever tell Michael Hill that he had to wear
11  a dust mask when working with Micore board?
12    A.  No, I did not.  I don't believe Mr. Hill ever
13  worked with Micore board.
14    Q.  Did you ever tell Kenny Hill that he had to wear a
15  dust mask when working with Micore board?
16    A.  Not to my knowledge.
17    Q.  And did you ever tell Myron Ward that he had to
18  wear a dust mask when working with Micore board?
19    A.  Not to my knowledge.
20    Q.  After you had your conversation with Robin
21  Bevevino on or about April 16, 2003, is that when you
22  reviewed the MSDS for Micore board?
23    A.  I could have reviewed it prior to that date, but I
24  definitely reviewed it that night after our discussion.
25    Q.  If you reviewed it prior to that date -- and I

Ferguson & Holdnack Reporting, Inc.

Page 29

1  understand what you're telling me; that you may have. But
2  sitting here today, you don't have any recollection of doing
3  that prior to April 16, 2003; is that correct?
4      A.  Correct.
5      Q.  All right. So you know you reviewed it after your
6  conversation with Robin Bevevino on April 16, 2003. My
7  question is -- well, first of all, what do you remember from
8  that review? Was there anything about the information on
9  the MSDS that you thought was significant or important?
10     A.  There was nothing on there that I can recall that
11 bothered me personally in reference to my own safety and
12 health, no.
13     Q.  What about as to the safety and health of machine
14 operators, saw operators? Was there anything in there that
15 raised any concerns regarding that issue?
16     A.  I can't recall what the information was --
17        (Witness asked for clarification by the reporter.)
18     A.  I can't recall what the information was on the
19 MSDS without reviewing this.
20     Q.  Let me ask you this: After reviewing the MSDS
21 sheet, did that prompt you to change anything in the way you
22 supervised the inmates working in UNICOR?
23     A.  No.
24     Q.  The memo we've marked as your deposition Exhibit
25 1, was that transmitted to Marty Sapko on or about April 16,

Page 30

1  2003?
2      A.  Yes.
3      Q.  Was it sent to anyone else?
4      A.  I'm assuming I gave Marty Sapko a copy and Deb
5  Forsyth, but I'm not positive on Deb. I always go by chain
6  of command, and Marty was my first supervisor on the chain
7  of command. For sure he got one.
8      Q.  And you may have given one to Miss Forsyth, but
9  you don't recall.
10     A.  Correct.
11     Q.  And did Mr. Sapko or Ms. Forsyth change any of the
12 policies, procedures, or rules at UNICOR after you issued
13 your memo of April 16th, 2003?
14     A.  I don't recall.
15     Q.  If they did, you don't remember, sitting here
16 today?
17     A.  Correct.
18     Q.  Did any inmate or staff member at UNICOR ever
19 complain of respiratory problems?
20     A.  No inmate ever complained to me ever about any
21 problem and no staff, except for Mr. Bevevino in your
22 Exhibit 1.
23     Q.  Is that also true if I were to ask you whether
24 anyone ever complained about skin or eye irritation?
25     A.  Correct. No one ever complained to me about it.

Page 31

1      Q.  Did you ever hear indirectly that anyone had
2  complained or was having trouble with respiratory problems
3  or skin or eye irritation?
4      A.  No. The best I can recall, no.
5      Q.  So as far as you know, no one had any of those
6  problems in the shop?
7      A.  Best of my knowledge, no.
8      Q.  Now, during the night shift when you worked, where
9  were you located?
10     A.  I was everywhere in the factory. My job was to
11 run the factory, so, obviously, I roamed through the
12 factory. I had an office I work out of, and I would be on
13 the floor the majority of my shift.
14     Q.  Did you actually operate any of the machinery as
15 part of your job?
16     A.  Not on a daily basis, no.
17     Q.  How often would you operate the machinery on the
18 factory floor?
19     A.  Basically inmates always were the ones to operate
20 the machines.
21     Q.  That really wasn't part of your job, I take it.
22     A.  No.
23     Q.  You spoke softly there. That was a no?
24     A.  Oh, I'm sorry.
25     Q.  That's all right. Why did you prepare your

Page 32

1  Deposition Exhibit 1, your memo dated April 16, 2003?
2      A.  Only to inform my supervisor of what is written in
3  this Exhibit 1.
4      Q.  Did your conversation with Mr. Bevevino raise any
5  safety or health concerns in your mind?
6      A.  No.
7      Q.  Do you have a recollection regarding whether the
8  MSDS sheet for Micore board said anything about the use of
9  respirators or masks when cutting or utilizing Micore board?
10     A.  It may have, but without reviewing it, I can't
11 recall.
12     Q.  Do you have any knowledge of any handwritten
13 changes made to the MSDS sheets, specifically with reference
14 to respirators or Micore board? Excuse me. Let me rephrase
15 the question.
16        Do you have any knowledge of anyone changing the
17 MSDS sheet for Micore board, specifically with reference to
18 masks or respirators?
19     A.  No.
20     Q.  Did you ever make a change in that?
21     A.  Absolutely not.
22     Q.  How many copies of the MSDS sheets were maintained
23 at UNICOR? Do you know?
24     A.  Best of my knowledge, there was two copies; two
25 books.

8 (Pages 29 to 32)

08323d09-b381-49ce-8f14-4746972ce43f

Page 33

1    Q.  And where were those two books located?
2    A.  One was right outside the factory office, which
3  all staff and inmates had access to it.  I believe the
4  second copy was always kept in the tool room.
5    Q.  Was there ever any training session conducted with
6  the inmates during which the MSDS sheets were reviewed?
7    A.  I don't know the answer to that one.
8    Q.  If that --
9    A.  Or could you rephrase your question, sir.
10    Q.  Sure.
11    A.  Training for who?  The inmates?
12    Q.  For the inmates, yes.
13    A.  Not to my knowledge.  They had access to it for
14  free reading purposes.
15    Q.  And approximately how many MSDS sheets were in the
16  books?
17    A.  Total sheets in the book?
18    Q.  Um-hum.
19    A.  I have no idea, sir.
20    Q.  Were inmates required to wear any particular type
21  of clothing when working in the UNICOR facility?
22    A.  Not required.  Other than their issued -- let me
23  rephrase that.  They had to have their issued khaki shirt
24  and pants on.
25    Q.  And the issued khaki shirt and pants, was -- were

Page 34

1  those items that they would wear when they were outside of
2  the UNICOR facility as well?
3    A.  Correct.
4    Q.  So basically their regular prison garb.
5    A.  Correct.
6    Q.  The inmates weren't required to wear coveralls, I
7  take it, while working in the shop?
8    A.  We had them, and they would wear them at their
9  request.  I'm not positive there.  I don't recall them being
10  required to wear them.  We had them there, and if they want
11  them, they could wear them.
12    Q.  But would I be accurate in concluding that most of
13  the prisoners working in UNICOR were not wearing coveralls?
14    A.  Correct.
15    Q.  All right.  Were they required to wear
16  long-sleeved shirts, or could they wear short sleeves or
17  even just a T-shirt?
18    A.  You're correct.  They could wear --
19    Q.  At their option they could wear a long-sleeved
20  shirt, if they had one, a short-sleeved shirt, or even just
21  a T-shirt.
22    A.  And/or a jumpsuit, if they wanted to.
23    Q.  Were they required to wear any type of head
24  covering; a cap, or anything like that?  The inmates?
25    A.  No.

Page 35

1    Q.  What about goggles?  They had to wear safety
2  glasses.
3    A.  Safety glasses were definitely worn.
4    Q.  And those are glasses, I take it, designed to
5  protect the inmate from items flying up and hitting them in
6  the eye --
7    A.  Correct.
8    Q.  -- is that correct?  All right.  They weren't
9  required to wear goggles that would form around the face
10  with a strap, were they?
11    A.  No.
12    Q.  And at the end of the shift when the inmates went
13  back to their residences, am I correct that they would leave
14  in the same clothes that they worked in?
15    A.  Yes.
16    Q.  Other than using a hand brush to sweep the
17  tables -- table saws and other equipment, the
18  dust-collection system that was attached, pneumatic air
19  hoses, and brooms and dust pans, was anything else used by
20  the inmates to clean up in the areas in or around the
21  equipment that cut Micore board?
22    A.  I believe they had access to a Shop-Vac.
23    Q.  Where was that stored?
24    A.  I'd say we had one under our stairwell on the
25  factory floor and maintenance shop.

Page 36

1    Q.  How often was a Shop-Vac used to clean up?
2    A.  At their disposal.  Whenever they wanted it, I
3  believe.  I'm not positive.
4    Q.  But as a matter of practice, would it be fair to
5  say that the Shop-Vac was rarely used to clean up in or
6  around the equipment?  It was mostly done with brushes and
7  brooms and the like?
8    A.  Yes.
9    Q.  And certainly using the Shop-Vacs was not
10  required.  Is that a correct statement?
11    A.  Yes.
12    Q.  To phrase my question a little differently, were
13  the inmates required to use Shop-Vacs.  The answer is?
14    A.  No.  Except -- can I elaborate on that?
15    Q.  Of course.
16    A.  If I recall right, on the one router, after OSHA
17  come in, they hooked up a Shop-Vac on that, if I remember
18  correctly.  I'm not a hundred percent positive, but I
19  believe I can remember that.
20    Q.  On the one router, after OSHA came through and did
21  their inspection, when you say they hooked up a Shop-Vac,
22  what do you mean by that?  I think I know, but why don't you
23  explain it.
24    A.  To the best of my recollection on that -- on that
25  router, the router had a hole where most all the dust would

Ferguson & Holdnack Reporting, Inc.

08323d09-b381-49ce-8f14-4746972ce43f

Page 37

1  get sucked down in through dust collection, and they put a
2  Shop-Vac there to use to suck up the little bit on the
3  tabletop, if I recall right.
4      Q.  Okay.  Were any other changes made at UNICOR after
5  OSHA completed its investigation?
6      A.  Not that I can recall, other than that Shop-Vac.
7      Q.  Are you familiar with a product known as Lokweld
8  or Lokweld 860/861?
9      A.  I'm familiar with it, yes.
10     Q.  Was that material utilized in the UNICOR facility?
11     A.  Yes.
12     Q.  And in what areas of the facility was that
13 material used?
14     A.  Let me refresh my mind.  To glue on laminate and
15 backer to particle board products.
16     Q.  And where was that operation conducted within the
17 facility?
18     A.  It would be -- the factory, it would be as you
19 come in the factory, you'd walk in the factory, you'd go
20 straight -- can I -- can I use my shop?
21         MR. GOLDRING:  Sure.  And we'll just let the
22         record show that we're referring to a diagram of
23         the floor plan which I had provided counsel
24         earlier in the day.
25     Q.  Yeah, that's helpful.  Go ahead.

Page 38

1         MR. LANZILLO:  In fact, is it all right if we mark
2         that?
3         (English Deposition Exhibit 2
4         marked for identification.)
5      A.  If you look directly under the UNICOR -- under the
6  UNICOR business office mezzanine, you saw a post form line.
7      Q.  Yes.
8      A.  That was the area where we ran boards to glue
9  laminate and back on them.
10     Q.  That's called post form line?
11     A.  Post form line, correct.
12     Q.  Now, there's some gray shading lines.  They are
13 light.  There are dark lines on this diagram, then there are
14 lighter, but thicker lines.  Do those designate anything in
15 particular?  Do you see what I'm talking about?
16     A.  I'm believing these are aisle lanes, aisleways
17 throughout the factory, to get through the factory.
18     Q.  Does it indicate the presence of any type of a
19 wall or a partition, or are those just designating aisles?
20     A.  They are aisles, except if you direct yourself to
21 the rear dock area.
22     Q.  Are there walls in the locations of those light
23 gray lines?
24     A.  The light gray ones, not to my knowledge, looking
25 at this.

Page 39

1      Q.  So the area designated as the post form line,
2  that's not enclosed, is it?
3      A.  No.
4      Q.  Okay.  I think you were explaining where Lokweld
5  was used, and you indicated on the post form line.
6      A.  Correct.
7      Q.  In any particular area of the post form line where
8  that was -- where Lokweld was used?
9      A.  If you direct yourself to that square right there
10 (indicating), that's basically the machine.  That was an
11 enclosed machine with enclosed doors where the Lokweld was
12 sprayed with a humungous air hood, air dust-collection
13 system right over that square area.
14     Q.  What is that square area called, do you know?
15     A.  That was actually the spray booth area of the post
16 form line.
17     Q.  You know what, to ensure that the record is clear,
18 why don't you just write in the box on the copy that we have
19 marked as your Exhibit 2 "spray booth" where you're just
20 indicating.
21     A.  (Witness complies.)
22     Q.  And so Lokweld would be applied in that spray
23 booth.
24     A.  Um-hum.
25     Q.  And once the Lokweld was applied, would the

Page 40

1  products then come out of that booth and be further
2  processed down the post form line?
3      A.  Correct.
4      Q.  Was Lokweld used in any other area of the
5  facility?
6      A.  Yes.
7      Q.  What area is that?  Or areas.
8      A.  Well, we had a special project area, and I'm
9  searching for that at this moment.
10         (Discussion held off the record.)
11     A.  I can't identify the area on this map, sir.
12     Q.  Okay.  Well, then without regard to the map, the
13 Exhibit 2, just tell me in your own words the location of
14 the special projects area.
15     A.  It was over in this far corner (indicating).
16     Q.  Near the rear dock area?  Oh, I'm sorry.
17     A.  No, we're on the other end.
18     Q.  Near the packing department.
19     A.  Well, it was up on this left end (indicating),
20 correct.  I'm not sure on this diagram what is what, because
21 this ain't a real detailed map.  But it would have been in
22 this area somewhere (indicating).
23     Q.  Oh, somewhere up around the assembly department
24 and the packing department?  Somewhere in that vicinity?
25     A.  Yeah.  Yes.

10 (Pages 37 to 40)

Page 41

1  Q.  And the Lokweld utilized in the special projects
2  area, how was it applied?
3  A.  A roller.  A paint roller type roller.
4  Q.  Would it be dispensed out of some sort of bucket,
5  where you dip the roller and then apply it to some other
6  material?
7  A.  Correct.
8  Q.  And on to what material was the Lokweld applied in
9  the special projects area?
10  A.  It would be applied to the backer side of the
11  laminate and to the face side of the board.
12  Q.  Were inmates required to wear respirators or masks
13  when working with the Lokweld?
14  A.  Not to my knowledge.
15  Q.  Have you ever reviewed the MSDS sheet for Lokweld?
16  A.  I'm not sure.  I may have and I may not.
17  Q.  Do you have any recollection of doing so?
18  A.  No.
19  Q.  Do you know whether a MSDS sheet exists for
20  Lokweld?
21  A.  I'm sure there was one in the book.
22  Q.  And why do you say that?
23  A.  Any product we had would be in that book.  MS --
24  every product would have an MSDS sheet.
25  Q.  And so based on the fact that there should be a

Page 42

1  MSDS sheet for every product utilized in the facility,
2  you're assuming that one existed for Lokweld.
3  A.  Correct.
4  Q.  All right.  But you have no recollection of ever
5  seeing one or referring to it yourself.
6  A.  I can't recall.
7  Q.  Let me ask you some additional questions about
8  Exhibit 2 here.  There's a reference, a box here in the post
9  form line that says Tennon, T-E-N-N-O-N.  What is that?
10  A.  That's a Tennon machine.  That's not -- that's not
11  part of the post form line.  That is a separate machine that
12  put radiuses on boards.
13  Q.  When you say "put radiuses on boards", is that a
14  cutting operation, a sawing-type operation?
15  A.  Yes.  It's a large router-type cutting head on it.
16  Q.  Were Micore board materials cut on the Tennon
17  machine?
18  A.  No.
19  Q.  So that machine was never utilized to work with
20  Micore board?
21  A.  No.
22  Q.  At the other end of the area near the post form
23  line, there's a reference to a sander.  Was that part of the
24  post form line, or was that for a different operation?  Do
25  you see?  Yeah, right there (indicating).

Page 43

1  A.  That's not part of the post form line, no.
2  Q.  Was Micore board cut or machined on that sander?
3  A.  No.
4  Q.  Do you see the reference to the Holzma panel saw?
5  Do you see that?
6  A.  Yes.
7  Q.  Was Micore board processed on that panel saw?
8  A.  Yes.  The majority of it was cut on the Z-32 panel
9  saw, but we cut on both panel saws the Micore board.
10  Q.  The Z-32 panel saw is right next to the Holzma
11  panel saw, correct?
12  A.  Yes.
13  Q.  How many boards at a time were cut on either of
14  those two saws?
15  A.  Usually, most generally, three boards at a time.
16  Q.  And on occasions were more than three cut?
17  A.  No.
18  Q.  Was it possible to cut more than three boards at a
19  time?
20  A.  More than likely it would be possible to do more.
21  Q.  Was the cutting of three boards at a time typical?
22  A.  Yes.
23  Q.  There's a reference below the Z-32 panel saw to a
24  CNC machine.  Is that, what, computer numerical control?
25  A.  Correct.

Page 44

1  Q.  What was the function of that CNC machine?
2  A.  A CNC machine was capable of routing boards,
3  specific shapes.
4  Q.  Did that CNC machine -- well, let me rephrase.
5  Was that CNC machine used to router Micore board?
6  A.  No.
7  Q.  Never?
8  A.  To the best of my knowledge, no.
9  Q.  Do you see at the opposite end of the three boxes
10  there, there's a reference to another CNC machine.  What is
11  that?
12  A.  Basically the same type of machine, for routing
13  and cutting particle boards.
14  Q.  Okay.  Was that one used for --
15  A.  Wood products.
16  Q.  Yeah.  Was that one used for Micore board?
17  A.  No.
18  Q.  Were there any machines in the UNICOR facility
19  used to miter or router Micore board?
20  A.  Yes.  The only machines that Micore board went on
21  or saw or whatever way you want to phrase it would be your
22  panel saws.
23  Q.  Okay.  The Z-32 and the Holzma.
24  A.  Right.  Go to your left.  There's a diagram for
25  pin routers.

11 (Pages 41 to 44)

Page 45

1    Q.  I'm sorry; which one is that?  Oh, I see.  Pin
2  routers.  Okay.
3    A.  The boards went from the saw to them routers.
4  From them routers to a boring machine to your far left.
5    Q.  I got it.  All the way over in the assembly area.
6    A.  Um-hum.
7    Q.  On the left.  Okay.
8    A.  And then back down here to the packing department
9  (indicating).
10    Q.  Okay.  And so, then, the only machines on which
11  Micore board was processed would have been the two panel
12  saws in the center of the diagram, the pin routers to the
13  left of the panel saws as you look at the diagram, and then
14  the boring machine that's at the far left of the diagram
15  marked as Exhibit 2.  Is that correct?
16    A.  Correct.
17    Q.  All right.  What is the function of a pin router?
18    A.  I route the top of the board a three/eighth
19  radius, all the way around the Micore board, on the one pin
20  router, and I would route the corners on the other pin
21  router.  Basically that's what I did on night shift.
22    Q.  It says pin routers, and it's plural.  Is there
23  more than one machine there, or is that just a single
24  machine?
25    A.  There's four machines there.

Page 46

1    Q.  All right.  And what does the boring machine do?
2    A.  It would bore four holes in the corner of them
3  Micore boards.
4    Q.  In terms of spending the most time on the shop
5  floor itself -- well, let me rephrase that question.  Among
6  yourself, Mr. Sapko, and Mr. Housler, who would spend the
7  most time on the shop floor itself?
8    A.  (No response.)
9    Q.  Among those three individuals.
10    A.  (No response.)
11    Q.  I'm assuming it's you.
12    A.  I can't speak for them.  I never worked for them.
13  But out of the three -- I can't speak for them.  I work
14  second shift.
15    Q.  Okay.  Mr. Sapko was your immediate supervisor,
16  though, was he not?
17    A.  Correct.
18    Q.  And in terms of being down on the floor when you
19  would be there -- well, how much of your day would you spend
20  on the floor?  When I say "day", I mean your shift.
21    A.  (No response.)
22    Q.  Versus in your office.
23    A.  Oh, at least three-quarters of my shift I would be
24  on the floor, if not 90 -- I'd put 90 percent down, to be
25  safe, accurate.

Page 47

1    Q.  What is the E.B. machine?  Do you see that?  Next
2  to the pin router.
3    A.  E.B. stands for edge bander.
4    Q.  And what's a Brandt, B-R-A-N-D-T?
5    A.  (No response.)
6    Q.  It's right below the E.B.
7    A.  I see it.  I believe, sir, that Brandt is that
8  contour banding.  That's just -- I'm not sure where the word
9  Brandt come from.  I think we had -- that was another
10  banding machine we had.
11    Q.  In either case, neither of those two machines, the
12  one designated as E.B. and the one designated as Brandt, was
13  used to process Micore board?
14    A.  No.
15    Q.  So my statement is correct; they weren't used.
16    A.  Correct.
17    Q.  There is a machine here between the two CNC
18  machines in the center of the diagram, Exhibit 2.  It's --
19  well, it's spelled W-E-E-K-E.
20    A.  Weeke.
21    Q.  Weeke.  What is a Weeke?
22    A.  That was a boring -- another type boring machine.
23    Q.  Okay.  Not used to process Micore board.
24    A.  No.
25    Q.  Where was your office on this diagram?

Page 48

1    A.  It would be located right under the word UNICOR or
2  this thing right here (indicating).  I'm not sure.  It's
3  either right here in this block or right beside it.
4    Q.  Okay.  Were you up on the mezzanine, or was your
5  office on the shop floor?
6    A.  The shop floor.
7    Q.  Okay.  Whose offices were located in the UNICOR
8  business office mezzanine?  And I assume by mezzanine, it's
9  up higher than the shop floor.
10    A.  You're speaking the second floor.  That would be
11  the factory manager's office, quality assurance manager --
12  quality assurance manager's office.
13    Q.  Who was that?  Who was that at the time, between,
14  let's say, '01 and '04?  Who was quality assurance manager?
15    A.  Mike Hayes.
16    Q.  Mike Hayes, okay.
17    A.  And the next office down would be the business
18  office.  The next office down would have been the
19  superintendent's.  That's going from left to right down as
20  you're looking at it.
21    Q.  And who was the superintendent at the time?  Was
22  that Miss Forsyth?
23    A.  Correct.
24    Q.  The offices you just identified, did they have
25  windows that looked down onto the shop floor?

12 (Pages 45 to 48)

Ferguson & Holdnack Reporting, Inc.

08323d09-b381-49ce-8f14-4746972ce43f

Page 49

1    A.  Correct.
2    Q.  This says Notes Area.  What is that?
3    A.  (No response.)
4    Q.  It's the far right of Exhibit 2.
5    A.  That area was a new area that we took on.  I will
6  describe it to you as best I can.  They worked with
7  fiberboard in that area in reference to putting on a fabric.
8    Q.  Like a felt-type fabric or what's --
9    A.  Cloth-type fabric.  And, again, that was done all
10  on day shift.
11    Q.  Were there any cutting operations in that area;
12  sawing or cutting Micore board?
13    A.  Not to -- no.
14    Q.  In the assembly area, which I understand is close
15  or proximate to the special projects area, was Lokweld used
16  to, you know, glue legs or anything else onto or into any of
17  the furniture, or was the Lokweld simply used on the
18  laminate board?
19    A.  Best of my knowledge, it was just used for
20  laminate board in that area.  Not that often.
21    Q.  How often?
22    A.  Not on a daily basis.
23    Q.  Every other day?  Three times a week?  Can you
24  quantify it at all?
25    A.  (No response.)

Page 50

1        (Discussion held off the record.)
2    A.  I don't know.
3    Q.  There is a reference above boring machine to a
4  T.M.  What does that stand for?
5    A.  Topmaster machine.
6    Q.  What is that used to do?
7    A.  That could shape particle board, but mainly we put
8  a banding on the particle boards on that machine.  An edge
9  banding type banding.
10    Q.  Was that used at all on Micore board?
11    A.  No.
12    Q.  There is a reference there to S.A. Office.  What
13  is that?
14    A.  Our computer specialist's office.
15    Q.  Do you know what the S.A. stands for?
16    A.  System administrator, I believe.
17    Q.  Makes sense.  What is the difference between
18  particle board and Micore board?
19    A.  The difference?  I don't understand your question.
20    Q.  You have referenced particle board a number of
21  times in your deposition, and I have asked you follow-up
22  questions.  For example, you have identified machines where
23  particle board was cut, sawed, mitered, routered.  And I
24  followed up and asked you whether Micore board was processed
25  on the same machines, and you have said no.  So, obviously,

Page 51

1  there's a difference between particle board and Micore
2  board.
3        And my question is, what do you understand to be
4  the difference between the two?
5    A.  Well, particle board is a hard, glued-type board,
6  and Micore board is a softer, lighter board.
7    Q.  So they are composed of different materials?
8    A.  Correct.
9    Q.  Do you know any of the constituent parts of Micore
10  board?  Do you know what it's made of?
11    A.  No.
12    Q.  After OSHA came through the facility and issued
13  its report, were there any meetings among the staff or the
14  inmates to go over the results of OSHA's investigation?
15    A.  I don't recall of any.
16    Q.  If there were any, you were not involved, I take
17  it?
18    A.  I don't recall.
19    Q.  Okay.  Let me rephrase.  If there were any, you
20  don't remember them, sitting here today.
21    A.  Correct.
22    Q.  The only change you remember after OSHA came
23  through was the addition of the Shop-Vac on -- what was it,
24  a router?
25    A.  Correct.

Page 52

1        (Discussion held off the record.)
2    Q.  Was there any difference in the jobs performed
3  during the day at the shop versus during the night at the
4  facility?
5    A.  There would be no difference, other than the fact
6  I ran on a smaller scale with a smaller crew.
7    Q.  But the functions were basically the same?
8    A.  Except for the pin routers.  They routed a cavity
9  in them Micore boards, and I did not do that on night shift.
10    Q.  Otherwise, it was the same functions?
11    A.  That's correct.
12        (Discussion held off the record.)
13        (Recess held from 11:34 a.m. till 11:40 a.m.)
14    Q.  I want to ask you some additional questions about
15  Exhibit 1.  That was the -- do you have that there?  It's
16  right over here.
17        MR. GOLDRING:  That was the memo?
18        MR. LANZILLO:  Yes.
19    Q.  The first paragraph states, "On April 16, 2003, at
20  7:30 p.m., I called Foreman Bevevino to my office to discuss
21  some things.  I started off by addressing Robin Bevevino
22  with information about the MSDS book located in UNICOR.  I
23  told Mr. Bevevino that OSHA was here today, and he needed
24  information from the book, and what he needed was not listed
25  under the index, and it was apparently misplaced in the

13 (Pages 49 to 52)

Ferguson & Holdnack Reporting, Inc.

08323d09-b381-49ce-8f14-4746972ce43f

Page 53

1  book."
2      First, the word "he" in that sentence, where it
3  says, "He needed information and what he needed was not
4  listed," the "he", I assume, is someone from OSHA?
5      A.  Correct.
6      Q.  All right.  Do you remember that person's name?
7      A.  No, I do not.
8      Q.  What did the person from OSHA need that was not
9  listed in the index and was apparently misplaced in the
10  book?
11      A.  I was advised that they were looking for the MSDS
12  sheet in that book on the Micore board, and, of course, it's
13  indexed, A through Z.
14      Q.  Right.
15      A.  And they had trouble locating it.  And they did
16  locate it in the book someplace, but it took them a while
17  finding it.
18      Q.  Okay.  Am I correct that it wasn't listed in the
19  index?
20      A.  No.
21      Q.  No, it was not listed, or, no --
22      A.  No, you're not correct.  It was not in its proper
23  place.  Whether it was under M for Micore board.
24      Q.  I'm just trying to understand what you meant by
25  the phrase, "What he needed was not listed under the index."

Page 54

1  What was not listed under the index?
2      A.  Meaning A through Z.  Not the index at the
3  beginning of the book.  It was -- that's what I'm referring
4  to there.
5      Q.  But what wasn't listed?  Micore board?
6      A.  The Micore board sheet for -- in the MSDS book was
7  not in its proper place, meaning A through Z, M for Micore
8  board, under the listing of M's in the book.
9      Q.  Why were you addressing this concern to
10  Mr. Bevevino regarding the MSDS book?
11      A.  I was advised, I believe, if I remember correctly,
12  by Miss Forsyth, that they went to find -- OSHA and -- OSHA
13  went to find the MSDS sheet in the book on Micore boards,
14  and it was not where it was supposed to be.  If I recall
15  correctly, Mr. Bevevino was in that book the day before or
16  the day before, and I did not imply that he misplaced it,
17  because inmates had access at the book any day they want to
18  look in the book also.  I just wanted to make the point, if
19  he was in the book, if he takes a page out, make sure he put
20  it back where it belonged.
21      Q.  Do you have any reason to believe that
22  Mr. Bevevino removed the MSDS sheet regarding Micore board
23  from the MSDS book?
24      A.  I have no reason to believe he did.  Or anybody
25  else.

Page 55

1      (Discussion held off the record.)
2      MR. LANZILLO:  Those are all the questions I have.
3  Thank you, Mr. English.
4      MR. GOLDRING:  I just wanted to follow up on a
5  couple of things.
6
7      CROSS-EXAMINATION
8  BY MR. GOLDRING:
9
10      Q.  Earlier you testified about the training you
11  received.  Did you attend annual refresher training with the
12  Bureau of Prisons?
13      A.  Yes.  Every year I do.
14      Q.  And as part of that annual refresher training, was
15  a component provided regarding safety or occupational health
16  or anything of that nature?
17      A.  There is always a segment at every annual
18  refresher training on safety.
19      Q.  And you attended that segment every year?
20      A.  Correct.
21      Q.  And do you recall who provided that training?
22      A.  It would be either Mr. Housler or his associate.
23      Q.  Okay.  I want to refer to what has been previously
24  marked as Exhibit 2, which is this map.  And you had
25  previously testified that the two panel saws, the pin

Page 56

1  router, and the boring machines were the only machines used
2  to process Micore board.  Is that correct?
3      A.  Correct.
4      Q.  And let's just do this, if we can:  If you can
5  take this blue pen and just put an "M" next to any machine
6  that was used for Micore board.
7      A.  (Witness complies.)
8      Q.  And were all of the machines that you just marked
9  used on both the day shift and the night shift?
10      A.  Correct.
11      Q.  Okay.  Now, I want to refer specifically to the
12  inmates associated with this case.  And you previously
13  testified that, I believe, Siggers and Kelly were never
14  assigned to the night shift.  Is that correct?
15      A.  Correct.
16      Q.  So we're talking about Michael Hill, Kenny Hill,
17  and Ward.
18      A.  Yeah.
19      Q.  Were any of those three inmates ever assigned to
20  any of these machines that you marked with an "M"?
21      A.  No.
22      Q.  Were any of those three inmates ever assigned to
23  the post form line where Lokweld was applied?
24      A.  No.
25      Q.  Were any of those inmates assigned to the special

Page 57

1  area -- or special projects area where Lokweld was being
2  used?
3    A. No.
4    Q. Can you tell me, based on this map, what area or
5  areas three inmates would have been assigned to.
6    A. The only area they were assigned to, to the best
7  of my knowledge, or their last working area, was right over
8  here in the packing department (indicating).
9    Q. Okay.
10   A. By this little table (indicating). This was the
11 table they worked on, which was a cleanup table, where they
12 just wiped boards down. And the area that basically they
13 would sit.
14   Q. So do these three circles in the packing
15 department represent the three inmates we are talking about?
16   A. Correct.
17   Q. If you could just circle that for me.
18   A. (Witness complies.)
19   Q. And this is the only area, to the best of your
20 recollection, that those inmates would have been assigned.
21   A. Yes.
22   Q. How far, to the best of your recollection,
23 approximately, would those inmates have been from the tools
24 that were cutting or routing the Micore board?
25   A. Approximately, they would be 77 foot away from the

Page 58

1  hose in the panel saw, 66 feet away from the Z-32 panel saw,
2  and 70 feet away from the pin router.
3    Q. Okay. And are those distances reflected on the
4  map?
5    A. (No response.)
6    Q. Are they accurately reflected on the notes on the
7  map?
8    A. Yes.
9    Q. Okay.
10   MR. LANZILLO: Just for clarification, to make
11   sure I'm clear, there's some handwritten numbers
12   there with lines drawn to the three dots. I
13   assume those are the distances to which you were
14   referring?
15   MR. GOLDRING: Yes. Yes.
16   Q. With respect to the respirators, you previously
17 indicated that you would expect anybody who was actually
18 operating a machine to be wearing a mask of some kind?
19   A. At their discretion they had a mask to use.
20   Q. And would you have provided them with a mask or
21 given them a mask at their discretion because of any
22 specific concern with respect to Micore board, or just
23 because of the cutting operation generally?
24   A. Cutting operation generally. And they were in the
25 tool room available at their request.

Page 59

1    Q. Did you have any specific concerns with respect to
2  Micore dust versus any other kind of dust that would have
3  been generated from a cutting operation?
4    A. No. To be honest with you, if I had a concern, I
5  would have been wearing a mask. Or my foremen.
6    Q. And did you wear a mask?
7    A. No. Never.
8    Q. Never in the entire time that you worked in
9  UNICOR, you never once wore a mask?
10   A. No.
11   Q. Just one second. (Pause.) Let me just ask you
12 about the sanitation in the factory. Every one of these
13 machines that operated -- or, excuse me, that was used on
14 the Micore board, did all of those machines have a
15 dust-collection system attached to it?
16   A. Yes. To the best of my knowledge.
17   Q. And did that dust-collection system -- to the best
18 of your knowledge, was it fully operational at all times?
19   A. Yes.
20   Q. Can you describe to me how the dust-collection
21 system worked.
22   A. The dust collections would come down to each
23 machine with a pipe, hose-type adaptor, and it had enough
24 suction to suck tools up that dust collection and out
25 through the system.

Page 60

1    Q. And so that -- that sucked the dust -- did it suck
2  the dust up off the table or down from the table?
3    A. Majority of it would be down through the table.
4    Q. And it sucked it to somewhere outside the factory.
5    A. Outside, yes.
6    Q. And with respect to the dust that was left over,
7  that wasn't sucked into the ventilation system, how much
8  dust would you describe that as being?
9    A. Very little percentage.
10   Q. Okay. And -- go ahead.
11   A. I was just going to say, for percentage, on a 1 to
12 10, 10 being the worst-case scenario of dust piled up, I'd
13 say what was left on any machine, in my professional
14 opinion, would be a 1, a 1.5, to a 10 being the worse.
15   Q. And you previously testified that that was then
16 cleaned using a Shop-Vac, a broom, or a hand sweeper.
17 Correct?
18   MR. LANZILLO: Objection to form.
19   MR. GOLDRING: Okay.
20   Q. What was then used to clean up the remainder of
21 the dust?
22   A. They could sweep it up with a broom and dust pan.
23   Q. Did you ever authorize an inmate to use a
24 pneumatic air hose to blow the dust off of a table?
25   A. No, I did not authorize it. And I believe I

15 (Pages 57 to 60)



Page 61

1 stated that they were used, but it wasn't a regular daily
2 basis. They were not authorized of all that stuff.
3    Q. Did you ever observe them using a pneumatic air
4 hose to blow dust?
5    A. Absolutely.
6    Q. If you observed an inmate using a pneumatic air
7 hose to blow dust, what action would you have taken?
8       MR. LANZILLO: Objection to form.
9    Q. Would you have taken any action at that point?
10      MR. LANZILLO: Same objection.
11      MR. GOLDRING: Is it okay for him to answer?
12      MR. LANZILLO: Sure.
13   A. Yes, I'd take some action. If I saw them actually
14 using the air hose on the machine, blowing it around, I'd go
15 over and say, you aren't really supposed to be using an air
16 hose; don't blow that -- sawdust or Micore dust, either
17 dust -- to get it -- you know, I'd tell them, you know, wipe
18 the machine up, sweep it up.
19   Q. Okay. Putting aside the instance that is
20 documented in the memo that is marked as Exhibit 2 [sic],
21 did any staff members complain to you about any health --
22 any health concerns as a result of their working in the
23 factory?
24   A. No. No.
25   Q. Did any inmates ever come to you and complain

Page 62

1 about any health concerns?
2    A. No.
3    Q. Were inmates told what to do if they had a health
4 concern in the factory?
5    A. Yes.
6    Q. And to the best of your recollection, what were
7 inmates told to do if they had a health concern as a result
8 of their working in the factory?
9    A. Part of our orientation is any safety violation
10 that they saw or had a concern with, they were supposed to
11 report it to their immediate supervisor, immediately upon
12 any safety hazard or violation they felt.
13   Q. And during the time that you were working in
14 UNICOR, did any inmate for any reason, not just these
15 reasons, but for any reason report a safety hazard either
16 directly or indirectly to you?
17   A. No.
18   Q. No? Okay.
19      MR. GOLDRING: That's all I have.
20      MR. LANZILLO: Just one very brief follow-up.
21
22          REDIRECT EXAMINATION
23 BY MR. LANZILLO:
24
25   Q. You indicated that Michael Hill, Kenny Hill, and

Page 63

1 Myron Ward were all assigned to the packaging department.
2 And I think you've indicated their location by three dots
3 which are circled.
4    A. (Witness nods head.)
5    Q. Is that correct?
6    A. Correct.
7    Q. All right. Did those individuals ever operate any
8 of the machinery upon which Micore board was processed?
9    A. Not to my knowledge.
10   Q. When things were slow in the packaging department,
11 do you know whether they would go over and actually assist
12 with the saws; either, you know, catching boards or
13 operating the saw?
14   A. That's possible, but not to my knowledge, that I
15 can remember right now.
16      (Discussion held off the record.)
17      MR. LANZILLO: That's all.
18      MR. GOLDRING: We'll waive.
19
20      (Deposition concluded at 11:56 a.m.)

16 (Pages 61 to 63)

**A**

about 16:6,7 18:18
21:6 22:5,10 23:20
23:21 24:15 28:21
29:8,13,25 30:20,24
30:25 32:8 35:1
38:15 42:7 52:14,22
55:10 56:16 57:15
59:12 61:21 62:1
above 6:22 15:19 50:3
Absolutely 21:14 22:14
32:21 61:5
access 33:3,13 35:22
54:17
according 20:19
accumulate 22:1,11
accurate 34:12 46:25
accurately 58:6
action 61:7,9,13
actions 3:9
actual 7:17 23:8
actually 13:24 21:22
31:14 39:15 58:17
61:13 63:11
adaptor 59:23
add 6:23
addition 51:23
additional 7:22 42:7
52:14
address 4:11
addresses 14:7
addressing 52:21 54:9
administrator 50:16
adopt 25:6
advised 53:11 54:11
affirmative 3:25
after 8:7,13,18 9:5,6
10:7,20 12:25 20:5
24:5 28:20,24 29:5
29:20 30:12 36:16,20
37:4 51:12,22
again 11:19 15:13,15
18:14 49:9
agents 20:21
ago 3:8 5:9 20:4
agree 18:14
ahead 18:12 37:25
60:10
ain't 40:21
air 21:22 23:12,14,17
23:21 35:18 39:12,12
60:24 61:3,6,14,15
aisle 38:16
aisles 38:19,20
aisleways 38:16
al 1:3,5
allowed 23:15
almost 18:23
already 3:17

always 11:11 12:3
21:23 30:5 31:19
33:4 55:17
ambiguous 4:2
among 46:5,9 51:13
amount 22:12
And/or 34:22
annual 55:11,14,17
another 6:23 15:10
21:11 44:10 47:9,22
answer 3:23 13:11,16
14:13 17:7 23:23
26:10 33:7 36:13
61:11
answering 14:2,22
answers 3:18
anybody 54:24 58:17
anyone 6:21 24:6,7,10
24:12,16 27:16,20,24
30:3,24 31:1 32:16
anything 21:14 29:8,14
29:21 32:8 34:24
35:19 38:14 49:16
55:16
anywhere 23:20
apparently 52:25 53:9
appears 19:24
applied 39:22,25 41:2,8
41:10 56:23
apply 41:5
approximately 5:8 6:1
6:2 10:25 33:15
57:23,25
April 19:5,20,25 21:2
28:21 29:3,6,25
30:13 32:1 52:19
area 8:5,5 21:22 22:10
22:12 38:8,21 39:1,7
39:13,14,15 40:4,7,8
40:11,14,16,22 41:2
41:9 42:22 45:5 49:2
49:5,5,7,11,14,15,20
57:1,1,4,6,7,12,19
areas 26:22 35:20
37:12 40:7 57:5
arises 19:7
around 6:5 10:11 22:11
35:9,20 36:6 40:23
45:19 61:14
aside 61:19
asked 6:16 29:17 50:21
50:24
asking 7:8
aspects 13:4
assembly 40:23 45:5
49:14
assigned 56:14,19,22
56:25 57:5,6,20 63:11
assist 63:11
assistant 7:2

associate 55:22
associated 56:12
assume 4:6 48:8 53:4
58:13
assuming 30:4 42:2
46:11
assurance 48:11,12,14
attach 25:7
attached 35:18 59:15
attend 55:11
attended 55:19
author 18:17
authority 12:6,7,21,23
authorize 60:23,25
authorized 61:2
automatic 19:7
automatically 19:10
available 27:6 58:25
avoid 3:22
aware 3:17 17:7 23:24
26:12
away 57:25 58:1,2
a.m 1:12 52:13,13
63:20

**B**

back 4:25 5:8,9,17 7:21
21:10 26:7 35:13
38:9 45:8 54:20
backer 37:15 41:10
background 3:15 7:10
7:22,23 8:18 19:12
bander 47:3
banding 47:8,10 50:8,9
50:9
based 21:20 41:25 57:4
basically 21:5 31:19
34:4 39:10 44:12
45:21 52:7 57:12
basis 11:13 23:14 31:16
49:22 61:2
became 9:18 10:23
becoming 10:10
before 1:9 3:14 7:3 8:8
18:8 54:15,16
begin 5:10
beginning 54:3
begins 20:17
being 16:3,8 26:23
27:14 34:9 46:18
57:1 60:8,12,14
believe 15:12 28:12
33:3 35:22 36:3,19
47:7 50:16 54:11,21
54:24 56:13 60:25
believing 38:16
belonged 54:20
below 15:20,21 43:23
47:6
beside 48:3

best 20:8 21:1 31:4,7
32:24 36:24 44:8
49:6,19 57:6,19,22
59:16,17 62:6
between 10:10,16,22
15:8 17:4 24:24
47:17 48:13 50:17
51:1,4
Bevevino 17:23 18:5
19:3,25 20:5,15,18
20:20 21:2 28:21
29:6 30:21 32:4
52:20,21,23 54:10,15
54:22
beyond 8:2,15
Big 22:17
bit 7:21 21:10,14,15,23
37:2
block 48:3
blow 23:15,17,21 60:24
61:4,7,16
blowing 61:14
blue 56:5
board 17:5,15,16,19,25
18:6 20:21 21:3,8,11
24:19,20 25:10,13,21
26:9,21,22,23 27:19
27:24 28:11,13,15,18
28:22 32:8,9,14,17
35:21 37:15 41:11
42:16,20 43:2,7,9
44:5,16,19,20 45:11
45:18,19 47:13,23
49:12,18,20 50:7,10
50:18,18,20,23,24
51:1,2,5,5,6,6,6,10
53:12,23 54:5,6,8,22
56:2,6 57:24 58:22
59:14 63:8
boards 38:8 42:12,13
43:13,15,18,21 44:2
44:13 45:3 46:3 50:8
52:9 54:13 57:12
63:12
boilers 8:25
book 13:25 33:17 41:21
41:23 52:22,24 53:1
53:10,12,16 54:3,6,8
54:10,13,15,17,18,19
54:23
books 32:25 33:1,16
booth 39:15,19,23 40:1
bore 46:2
boring 45:4,14 46:1
47:22,22 50:3 56:1
boss 6:23 11:19
both 3:18 4:6 23:11
43:9 56:9
bothered 29:11
box 39:18 42:8

boxes 44:9
Brandt 47:4,7,9,12
brief 62:20
broom 60:16,22
brooms 35:19 36:7
brush 22:21 35:16
brushes 36:6
brushing 22:24
bucket 41:4
Bureau 9:19 55:12
business 38:6 48:8,17
by-product 21:7,13
B-R-A-N-D-T 47:4

**C**

called 6:10 38:10 39:14
52:20
came 7:17 15:23 19:17
36:20 51:12,22
cancer 20:17,20
cap 34:24
capable 44:2
career 9:11
carpenter 8:3 9:3
case 24:17 47:11 56:12
catching 63:12
causing 20:21
cavity 52:8
ceased 10:12,17,24
center 45:12 47:18
certain 13:3 18:15
certainly 36:9
chain 12:25 30:5,6
change 10:10,16,20
29:21 30:11 32:20
51:22
changed 11:2
changes 32:13 37:4
changing 32:16
charge 11:5,8
circle 57:17
circled 63:3
circles 57:14
circumstance 6:6
clarification 29:17
58:10
clarity 21:10
class 8:3
classroom 16:12
clean 22:13,21 23:3,13
35:20 36:1,5 60:20
cleaned 60:16
cleanup 57:11
clear 3:20 18:11,19
25:18 39:17 58:11
clearly 4:3
close 49:14
clothes 35:14
clothing 22:2 33:21
Cloth-type 49:9

CNC 43:24 44:1,2,4,5
44:10 47:17
Cobham 4:12
collection 37:1 59:24
collections 59:22
come 12:5,5,7,10,17
17:2 36:17 37:19
40:1 47:9 59:22
61:25
command 12:25 30:6,7
commencing 1:12
Commonwealth 1:11
communication 14:9
compare 6:4
compiling 13:5,21
complain 30:19 61:21
61:25
complained 30:20,24
30:25 31:2
completed 37:5
completing 8:13
complies 39:21 56:7
57:18
component 55:15
compose 19:13
composed 51:7
computer 19:8,9,9
20:10 43:24 50:14
concern 54:9 58:22
59:4 62:4,7,10
concerns 21:3 29:15
32:5 59:1 61:22 62:1
concluded 63:20
concluding 34:12
conditions 33:11
conducted 33:5 37:16
confer 26:2,3
confused 7:16
confusing 26:18
consistent 19:23
constituent 51:9
contour 47:8
control 21:17 43:24
convenience 25:14
conversation 19:25
20:5 28:20 29:6 32:4
copies 32:22,24
copy 30:4 33:4 39:18
corner 40:15 46:2
corners 45:20
Corporation 8:21 9:6
correct 8:23 9:17,19,20
9:25 11:2 16:9 17:3
18:16 19:17,18 20:1
20:11,13,18 21:18,19
23:19,25 25:16,17
27:15 29:3,4 30:10
30:17,25 34:3,5,14
34:18 35:7,8,13
36:10 38:11 39:6

40:3,20 41:7 42:3
43:11,25 45:15,16
46:17 47:15,16 48:23
49:1 51:8,21,25
52:11 53:5,18,22
55:20 56:2,3,10,14
56:15 57:16 60:17
63:5,6
correctional 9:22 10:1
10:4,7
correctly 36:18 54:11
54:15
counsel 14:10 19:6,8
26:2,3 37:23
County 9:9,15
couple 3:15 18:23 25:6
55:5
course 36:15 53:12
court 1:1 3:19
coveralls 34:6,13
covering 34:24
create 19:13 21:12,15
created 21:7
crew 52:6
Cross-examination 2:5
55:7
CRR 1:24
current 4:11 7:10
customer 11:22
cut 21:11,15 35:21
42:16 43:2,8,9,13,16
43:18 50:23
cutting 21:7,24 25:9,12
25:21 26:9,21,22
27:18,19,23 32:9
42:14,15 43:21 44:13
49:11,12 57:24 58:23
58:24 59:3
C-O-B-H-A-M 4:12
C.A 1:3,3,4,4,5

――――――――――
D

D 2:1 3:1,1
daily 23:14 31:16 49:22
61:1
dark 38:13
Darryl 13:24 15:14,23
Data 13:6,21
date 10:11,17,23 11:20
11:21,23 12:3,3 18:1
18:15,19 19:1,4,8,10
19:20,20 28:23,25
dated 32:1
dates 7:16,16 11:11,13
11:14,15,19,21 12:3
12:5,8 19:6,7,11
Dave 13:10
David 1:9 2:3 4:10
day 5:6,14,20 6:4,5
20:7 28:7,9 37:24

46:19,20 49:10,23
52:3 54:15,16,17
56:9
DC 1:22
Deb 13:2 30:4,5
Debora 6:22
December 1:12 5:4
decided 9:15
Defendants 1:6,20
definitely 28:24 35:3
definition 25:6
department 9:9,16
12:19 40:18,23,24
45:8 57:8,15 63:1,10
depending 6:6
Depends 6:10 25:1
deponents 24:16
deposition 1:9 2:10,11
3:10 18:20,24 19:20
24:7,8 29:24 32:1
38:3 50:21 63:20
depositions 18:25
deputy 9:9
describe 49:6 59:20
60:8
designate 38:14
designated 39:1 47:12
47:12
designating 38:19
designed 35:4
desire 18:9
detailed 40:21
determined 11:15
device 23:13 25:8
diagram 37:22 38:13
40:20 44:24 45:12,13
45:14 47:18,25
difference 5:19,22 19:6
24:24 50:17,19 51:1
51:4 52:2,5
different 11:17 42:24
51:7
differently 36:12
dip 41:5
direct 2:4 3:4 12:19
38:20 39:9
direction 27:17
directive 27:25
directly 15:11 27:13
38:5 62:16
discourage 14:18
discretion 58:19,21
discuss 24:6 52:20
discussion 7:7 15:2
18:7 26:6 28:24
40:10 50:1 52:1,12
55:1 63:16
discussions 24:5
dispensed 41:4
displaced 4:23

disposal 36:2
distances 58:3,13
DISTRICT 1:1,1
dock 38:21 40:16
document 14:13,23
18:18 19:3,9,14 20:9
documented 61:20
documents 14:2
doing 5:1 14:18 23:20
29:2 41:17
done 16:13 22:15 36:6
49:9
door 11:20,22
doors 39:11
dots 58:12 63:2
Douglas 1:20
down 5:5 12:5,7 14:4
16:11 20:6 24:4,5
37:1 40:2 45:8 46:18
46:24 48:17,18,19,25
57:12 59:22 60:2,3
drafted 19:21
drawn 58:12
due 11:11,12,14,15,19
11:20,21 12:4,8
duly 3:2
during 5:20,20 8:9
10:25 12:13 31:8
33:6 52:3,3 62:13
Dusk 24:22
dust 21:6,12,12,14,15
21:17,21,23,25 22:6
22:11,13,16,25 23:3
23:7,11,13,17,21
24:25 26:8,23 27:7
27:10,14,18,23 28:1
28:15,18 35:19 36:25
37:1 59:2,2,22,24
60:1,2,6,8,12,21,22
60:24 61:4,7,16,17
dust-collection 22:17
22:19,22 23:9,11
35:18 39:12 59:15,17
59:20

――――――――――
E

E 2:1 3:1
each 3:21 59:22
earlier 18:25 37:24
55:10
earliest 12:3
Ed 6:23
edge 47:3 50:8
education 8:2,14,16
educational 7:23
effect 26:25
either 16:11 43:13
47:11 48:3 55:22
61:16 62:15 63:12
elaborate 36:14

employ 5:14
employed 4:14 6:16
8:18,20 9:8 16:17
employee 9:18
employment 8:17
enclosed 39:2,11,11
end 5:11 15:8 17:5
35:12 40:17,19 42:22
44:9
ends 5:12
enforce 26:14
English 1:9 2:3,10,11
3:7 4:10,11 7:8 14:1
18:12,17,20,22 38:3
55:3
enough 4:7 59:23
ensure 3:19 39:17
enter 21:22
entire 59:8
equipment 9:4 23:15
23:18,22 27:8 35:17
35:21 36:6
Erie 1:3,3,4,4,5,14,19
Esquire 1:17,20
essentially 6:12 16:7
et 1:3,5
even 34:17,20
ever 16:19,22 17:14
23:12 26:20 28:10,12
28:14,17 30:18,20,20
30:24,25 31:1 32:20
33:5 41:15 42:4
56:19,22 60:23 61:3
61:25 63:7
every 41:24 42:1 49:23
55:13,17,19 59:12
Everybody 4:23
everyone 4:25
everywhere 31:10
examination 2:4,6 3:4
62:22
examining 19:4
example 7:14 13:5
21:25 50:22
except 30:21 36:14
38:20 52:8
exchanged 18:10
exchangers 8:25
excuse 32:14 59:13
exhibit 2:10,11 18:12
18:20,24 19:1,4,13
19:16,19,21,24 20:9
20:12,20 29:24 30:22
32:1,3 38:3 39:19
40:13 42:8 45:15
47:18 49:4 52:15
55:24 61:20
EXHIBITS 2:9
exist 17:8
existed 3:12 17:4 23:24

Ferguson & Holdnack Reporting, Inc.

42:2
exists 41:19
expect 58:17
explain 36:23
explaining 39:4
exploring 24:7
exposed 27:14
eye 30:24 31:3 35:6
e-mail 14:6
E.B 47:1,3,6,12

**F**

fabric 49:7,8,9
face 25:8 35:9 41:11
facility 3:12 5:15,18
  6:7,18 10:12,24
  16:12 27:23 33:21
  34:2 37:10,12,17
  40:5 42:1 44:18
  51:12 52:4
fact 19:7 38:1 41:25
  52:5
factory 4:24,24 5:18
  6:18 7:2 10:12,18,24
  12:11,25 13:23 15:4
  15:7 16:4 31:10,11
  31:12,18 33:2 35:25
  37:18,19,19 38:17,17
  48:11 59:12 60:4
  61:23 62:4,8
fair 4:7 14:12 26:12
  36:4
familiar 16:3 28:3,5,6,8
  37:7,9
far 31:5 40:15 45:4,14
  49:4 57:22
farther 7:3
FCI 3:12 4:17 9:21
  10:17
federal 1:21 4:17 9:11
feet 58:1,2
felt 62:12
felt-type 49:8
Ferguson 1:10,24,25
few 14:4
fewer 5:23,25
fiberboard 49:7
files 19:17
filtered 25:3
filters 25:7
Finally 4:2
find 17:2 54:12,13
finding 53:17
fine 13:17 14:15
firmly 25:7
first 1:21 3:1,17 7:22
  9:21 19:13,21,23
  29:7 30:6 52:19 53:2
floor 22:10,22 23:4,6
  31:13,18 35:25 37:23

46:5,7,18,20,24 48:5
  48:6,9,10,25
floors 11:12
flying 35:5
focus 7:11
Focusing 7:11
focussing 10:22
folks 5:23
follow 27:21 55:4
followed 50:24
follows 3:2
follow-up 50:21 62:20
foot 57:25
force 26:18
foreman 4:25 5:1,1
  6:10,13,15,17 10:9
  10:11,13,14,15,19,23
  11:1,4 12:14,15
  13:24 15:16,17 17:22
  19:3,25 52:20
foremen 11:6 17:20
  59:5
form 25:20 35:9 38:6
  38:10,11 39:1,5,7,16
  40:2 42:9,11,22,24
  43:1 56:23 60:18
  61:8
formal 16:10
formerly 3:12
Forsyth 6:22 7:18 13:2
  30:5,8,11 48:22
  54:12
found 16:25,25
four 45:25 46:2
frame 7:11
free 33:14
from 4:23 7:23,25 8:19
  8:20 9:8 10:14,20
  11:12 12:5,6,7 14:7
  14:18 17:7 19:2,6,7,9
  23:21 24:1 25:2
  27:15 29:7 35:5 45:3
  45:4 47:9 48:19
  52:13,24 53:4,8
  54:23 57:23,25 58:1
  58:2 59:3 60:2
front 24:2
full 4:9
fully 59:18
function 44:1 45:17
functions 52:7,10
furniture 5:18 6:8,18
  10:12,18,24 49:17
further 8:14 9:11 40:1

**G**

G 1:9 2:3 3:1,1 4:10
garb 34:4
gave 30:4
general 6:10,13,15,17

10:2,15,18,23 11:1,4
  12:14,14
generally 43:15 58:23
  58:24
generate 21:12
generated 27:14 59:3
getting 4:25
give 14:16
given 11:18 30:8 58:21
glasses 35:2,3,4
glue 37:14 38:8 49:16
glued-type 51:5
go 7:3,4,18 9:7 11:19
  18:12 22:19 25:25
  30:5 37:19,25 44:24
  51:14 60:10 61:14
  63:11
goals 11:9
goggles 35:1,9
going 4:19 6:5 7:8,18
  14:13,18 16:8 20:21
  21:15 25:25 26:2
  27:13 48:19 60:11
Goldring 1:20 2:5 7:4
  13:10,13,15 14:25
  18:14 24:13 37:21
  52:17 55:4,8 58:15
  60:19 61:11 62:19
  63:18
good 3:7 4:9 8:17 14:5
Gornall 1:13,18
graduate 7:23,25
graduating 8:18
graduation 8:7,9
gray 38:12,23,24
greater 5:23
ground 3:15
guess 6:5 10:25 13:18
  18:3 25:7
guy 26:17

**H**

H 3:1
hair 22:2
half 5:9 20:4
hand 35:16 60:16
handle 16:14
handwritten 32:12
  58:11
hard 51:5
having 3:1 31:2
Hayes 48:15,16
hazard 62:12,15
head 3:22 34:23 42:15
  63:4
heads 14:16
health 12:13,22 13:4
  16:16 29:12,13 32:5
  55:15 61:21,22 62:1
  62:3,7

hear 4:3 31:1
heard 4:7
heat 8:25
held 7:7 9:3 15:2,7 18:7
  26:6 40:10 50:1 52:1
  52:12,13 55:1 63:16
help 14:13
helpful 17:1 37:25
hierarchy 15:18
high 7:23,25 8:2,5,7,9
  8:10,13,19
higher 12:6,7 48:9
highest 12:21,23,25
Hill 1:3 28:2,3,5,5,10
  28:12,14 56:16,16
  62:25,25
him 18:18 24:14 26:18
  61:11
history 7:9
hitting 35:5
Holdnack 1:25
hole 36:25
holes 46:2
Holzma 43:4,10 44:23
honest 59:4
hood 39:12
hooked 36:17,21
hose 58:1 60:24 61:4,7
  61:14,16
hoses 23:14,17,21
  35:19
hose-type 59:23
Housler 12:24 24:10
  46:6 55:22
huh-uh 4:1
humungous 39:12
hundred 18:15 36:18

**I**

idea 33:19
identical 18:24
identification 18:21
  38:4
identified 48:24 50:22
identify 40:11
immediate 6:19 7:12
  7:14 22:12 46:15
  62:11
immediately 62:11
imply 54:16
important 3:20 29:9
importantly 4:3
Inc 1:25
including 8:13 19:11
  24:20
index 52:25 53:9,19,25
  54:1,2
indexed 53:13
indicate 38:18
indicated 18:9 19:4

39:5 58:17 62:25
  63:2
indicating 21:4 39:10
  39:20 40:15,19,22
  42:25 45:9 48:2 57:8
  57:10
indirectly 31:1 62:16
individual 15:10
individuals 46:9 63:7
industries 1:21 9:12
  13:1
inform 32:2
information 29:8,16,18
  52:22,24 53:3
inlet 23:8
inmate 11:5 26:21
  30:18,20 35:5 60:23
  61:6 62:14
inmates 5:15,19 6:2
  22:24 23:12 24:19
  25:9,12,20 26:8 27:5
  27:17,22 28:4 29:22
  31:19 33:3,6,11,12
  33:20 34:6,24 35:12
  35:20 36:13 41:12
  51:14 54:17 56:12,19
  56:22,25 57:5,15,20
  57:23 61:25 62:3,7
inquiry 7:10
inspection 36:21
instance 61:19
introduced 3:8
investigation 37:5
  51:14
involved 15:12 26:22
  51:16
irritation 30:24 31:3
issue 17:2,20 18:5 27:7
  27:25 29:15
issued 27:16 30:12
  33:22,23,25 51:12
issues 12:17,22
items 34:1 35:5

**J**

J 1:5
Janis 1:10,24 3:19,22
job 5:1,2 6:7 10:10,16
  11:20,25 12:1,2,2
  31:10,15,21
jobs 52:2
JOHN 1:5
joined 16:1
jot 24:5
jotted 14:4 24:4
July 12:1,1,2
jumpsuit 34:22
just 7:21 8:16 11:25
  13:10,13,15 14:4,7
  14:16,21,25 16:3

18:23 23:9 24:2,4,13
24:14 25:5,18,23
34:17,20 37:21 38:19
39:18,19 40:13 45:23
47:8 48:24 49:19
53:24 54:18 55:4
56:4,5,8 57:12,17
58:10,22 59:11,11
60:11 62:14,20

**K**

**Kelly** 28:2,8 56:13
**Kenny** 28:3,14 56:16
62:25
kept 33:4
**Kevin** 28:2
khaki 33:23,25
kind 58:18 59:2
know 5:6 12:8 13:8,11
13:16,17,20 14:21,22
15:23 16:11 17:4
21:6 22:1,1,2 23:23
24:1,24 26:10,18
27:16 28:2 29:5 31:5
32:23 33:7 36:22
39:14,17 41:19 49:16
50:2,15 51:9,10
61:17,17 63:11,12
knowledge 20:8 21:21
27:24 28:16,19 31:7
32:12,16,24 33:13
38:24 41:14 44:8
49:19 57:7 59:16,18
63:9,14
known 37:7
**Knox** 1:13,18

**L**

**L** 1:10,24 3:1
**LAMANNA** 1:5
laminate 37:14 38:9
41:11 49:18,20
lanes 38:16
**Lanzillo** 1:17 2:4,6 3:5
3:8 7:6 15:1 18:11,17
38:1 52:18 55:2
58:10 60:18 61:8,10
61:12 62:20,23 63:17
large 42:15
last 24:4 57:7
later 12:3
learned 16:6,7
least 15:12 22:8 46:23
leave 9:10,15 35:13
left 9:6 40:19 44:24
45:4,7,13,14 48:19
60:6,13
legs 49:16
**Leslie** 28:2
let 5:17 7:21 13:3 14:21

18:22 19:12 20:23
24:6,15,23 25:5,19
26:7,20 29:20 32:14
33:22 37:14,21 42:7
44:4 46:5 51:19
59:11
let's 7:10 48:14 56:4
level 15:19
light 38:13,22,24
lighter 38:14 51:6
like 9:1 12:10 22:6
24:10 34:24 36:7
49:8
likely 27:1,2 43:20
line 38:6,10,11 39:1,5,7
39:16 40:2 42:9,11
42:23,24 43:1 56:21
lines 38:12,13,14,23
58:12
listed 52:24 53:4,9,18
53:21,25 54:1,5
listing 54:8
little 7:21 13:3 21:10
21:14,15,23 22:7
36:12 37:2 57:10
60:9
locate 53:16
located 31:9 33:1 48:1
48:7 52:22
locating 53:15
location 40:13 63:2
locations 38:22
**Lokweld** 37:7,8 39:4,8
39:11,22,25 40:4
41:1,8,13,15,20 42:2
49:15,17 56:23 57:1
long 5:3 10:4
long-sleeved 34:16,19
look 14:12 38:5 45:13
54:18
looked 48:25
looking 13:9 24:3
25:23 38:24 48:20
53:11
lot 16:23,24

**M**

**M** 53:23 54:7 56:5,20
machine 16:14 27:11
27:13,15 29:13 39:10
39:11 42:10,11,17,19
43:24 44:1,2,4,5,10
44:12 45:4,14,23,24
46:1 47:1,10,17,22
50:3,5,8 56:5 58:18
59:23 60:13 61:14,18
machined 43:2
machinery 11:12 16:4
16:7 31:14,17 63:8
machines 23:15 31:20

44:18,20 45:10,25
47:11,18 50:22,25
56:1,1,8,20 59:13,14
made 6:8 8:25 13:24
32:13 37:4 51:10
mainly 50:7
maintained 32:22
maintaining 13:5,21
16:19
maintenance 35:25
majority 22:16,18
31:13 43:8 60:3
make 18:19 25:18
26:16 27:4 32:20
54:18,19 58:10
**Makes** 50:17
manager 7:2 12:24
13:23 15:4,7 48:11
48:14
manager's 12:11 48:11
48:12
many 6:1 32:22 33:15
43:13
map 40:11,12,21 55:24
57:4 58:4,7
mark 18:12 38:1
marked 18:21,25 29:24
38:4 39:19 45:15
55:24 56:8,20 61:20
**Marty** 6:20,22 7:1 15:9
19:2 29:25 30:4,6
mask 24:25 26:9,23
27:10,18,23 28:11,15
28:18 58:18,19,20,21
59:5,6,9
masks 24:22 25:12,20
27:7 32:9,18 41:12
material 13:6,21 37:10
37:13 41:6,8
materials 42:16 51:7
matter 21:24 36:4
matters 12:13
may 3:23 11:19 14:3
29:1 30:8 32:10
41:16,16
**McKean** 3:13 4:17
9:21 10:17
**McLaughlin** 1:13,18
mean 11:21 13:17,20
16:5 22:2 36:22
46:20
meaning 54:2,7
means 22:25
meant 53:24
meetings 51:13
member 30:18
members 61:21
memo 18:9,16 19:2,5
19:19 29:24 30:13
32:1 52:17 61:20

memorandum 20:6
memorialize 19:24
memory 14:4
mentioned 15:4,10
mezzanine 38:6 48:4,8
48:8
**Michael** 1:3 28:2,10
56:16 62:25
**Micore** 17:5,15,15,19
17:24 18:6 21:3,8,11
24:19,20 25:10,13,21
26:9,21,22,23 27:19
27:24 28:11,13,15,18
28:22 32:8,9,14,17
35:21 42:16,20 43:2
43:7,9 44:5,16,19,20
45:11,19 46:3 47:13
47:23 49:12 50:10,18
50:24 51:1,6,9 52:9
53:12,23 54:5,6,7,13
54:22 56:2,6 57:24
58:22 59:2,14 61:16
63:8
micro 20:21
**Mike** 48:15,16
mind 24:24 25:9 32:5
37:14
minute 7:5 14:25
misplaced 52:25 53:9
54:16
miss 3:23 30:8 48:22
54:12
miter 44:19
mitered 21:12 50:23
moment 3:8 7:9 40:9
months 5:9 10:6
more 13:3 19:5,11 20:3
27:1,2 43:16,18,20
43:20 45:23
morning 3:7
most 4:2 22:18 27:13
34:12 36:25 43:15
46:4,7
mostly 36:6
**MSDS** 13:6 15:3,24
16:20,22 17:1,4,15
17:18,24 28:22 29:9
29:19,20 32:8,13,17
32:22 33:6,15 41:15
41:19,24 42:1 52:22
53:11 54:6,10,13,22
54:23
much 19:5 46:19 60:7
must 26:23 27:10,23
**Myron** 28:3,17 63:1
myself 3:8
**M's** 54:8

**N**

**N** 2:1 3:1

memorandum 20:6
name 3:7 4:9 15:13
53:6
nature 16:14 55:16
near 40:16,18 42:22
necessary 16:25
need 4:4 53:8
needed 52:23,24 53:3,3
53:25
negative 4:1
neither 47:11
never 11:2 42:19 44:7
46:12 56:13 59:7,8,9
new 49:5
next 10:7 25:5 43:10
47:1 48:17,18 56:5
night 4:19 5:1,2,3,4,9
5:10,14,21,24 6:1,3,9
6:9,12,17 10:15 11:7
11:9 12:2 28:24 31:8
45:21 52:3,9 56:9,14
nightly 11:13
nights 5:8,25
nodding 3:22
nods 63:4
**Notary** 1:10
note 18:23
notebook 14:3
notes 14:4 24:2,3,5
49:2 58:6
nothing 29:10
noticed 14:1
**Notwithstanding** 21:20
number 5:15,19,23
50:20
numbers 58:11
numerical 43:24
**NW** 1:21

**O**

objection 60:18 61:8
61:10
observations 21:21
observe 22:3,24 61:3
observed 61:6
obviously 31:11 50:25
occasion 16:25 17:14
occasions 43:16
occupational 12:13
13:4 16:16 55:15
off 7:4,7 15:2 18:7
22:21,22,25 23:15,18
23:21 25:25 26:6
40:10 50:1 52:1,12
52:21 55:1 60:2,24
63:16
office 12:10,11 31:12
33:2 38:6 46:22
47:25 48:5,8,11,12
48:17,18,18 50:12,14
52:20

**officer** 9:22 10:1,5,8
**offices** 1:13 48:7,24
**often** 31:17 36:1 49:20
    49:21
**Oh** 31:24 40:16,23 45:1
    46:23
**okay** 5:7,17,23 7:19,20
    9:5 11:21 13:13,14
    17:18 20:19 21:16
    24:19 26:5 27:3 37:4
    39:4 40:12 44:14,23
    45:2,7,10 46:15
    47:23 48:4,7,16
    51:19 53:18 55:23
    56:11 57:9 58:3,9
    60:10,19 61:11,19
    62:18
**old** 4:19
**once** 23:6 39:25 59:9
**one** 6:2 7:2 17:8,20
    22:25 23:23,24 25:24
    26:1,17 30:7,8,25
    31:5 33:2,7 34:20
    35:24 36:16,20 41:21
    42:2,5 44:14,16 45:1
    45:19,23 47:12,12 .
    59:11,12 62:20
**ones** 27:13 31:19 38:24
**only** 32:2 44:20 45:10
    51:22 56:11 57:6,19
**onto** 48:25 49:16
**on-the-job** 8:16 16:3,5
**operate** 31:14,17,19
    63:7
**operated** 59:13
**operating** 58:18 63:13
**operation** 37:16 42:14
    42:14,24 58:23,24
    59:3
**operational** 59:18
**operations** 16:7 49:11
**operator** 9:4 21:22
**operators** 27:6,7,11,12
    29:14,14
**opinion** 25:2 60:14
**opportunity** 9:13,16
**opposite** 44:9
**option** 26:17 34:19
**order** 11:17
**orders** 11:12,13
**orientation** 62:9
**OSHA** 36:16,20 37:5
    51:12,22 52:23 53:4
    53:8 54:12,12
**OSHA's** 51:14
**other** 11:25 19:5 24:16
    33:22 35:16,17 37:4
    37:6 40:4,17 41:5
    42:22 45:20 49:23
    52:5 59:2

**Otherwise** 52:10
**out** 11:20,22 12:10
    19:17 31:12 40:1
    41:4 46:13 54:19
    59:24
**outside** 9:23 33:2 34:1
    60:4,5
**over** 16:6 39:13 40:15
    45:5 51:14 52:16
    57:7 60:6 61:15
    63:11
**own** 29:11 40:13

**P**

**PA** 1:19
**packaging** 63:1,10
**packing** 40:18,24 45:8
    57:8,14
**page** 2:10,11 54:19
**paint** 41:3
**painters** 25:3
**pan** 23:7,11 60:22
**panel** 43:4,7,8,9,10,11
    43:23 44:22 45:11,13
    55:25 58:1,1
**pans** 35:19
**pants** 33:24,25
**paragraph** 19:24 20:12
    20:15,19 52:19
**paraphrase** 20:24
**Park** 4:12,13
**part** 8:10 31:15,21
    42:11,23 43:1 55:14
    62:9
**participate** 16:19
**particle** 37:15 44:13
    50:7,8,18,20,23 51:1
    51:5
**particular** 33:20 38:15
    39:7
**partition** 38:19
**parts** 51:9
**Pause** 13:7 59:11
**PC** 1:13,18
**pen** 56:5
**Pennsylvania** 1:1,11,14
    8:21
**perceiving** 26:13
**percent** 18:15 36:18
    46:24
**percentage** 60:9,11
**performed** 52:2
**period** 7:15 10:13,19
    10:22,25
**periodically** 14:1
**person** 53:8
**personally** 29:11
**person's** 15:13 53:6
**phrase** 36:12 44:21
    53:25

**phrases** 4:1
**pick** 23:7
**piled** 60:12
**piles** 23:4,6
**pin** 44:25 45:1,12,17,19
    45:20,22 47:2 52:8
    55:25 58:2
**pipe** 59:23
**place** 21:17 53:23 54:7
**Plaintiff** 1:3
**Plaintiffs** 1:17 3:9
**plan** 37:23
**plastic** 4:24 10:20
**plural** 45:22
**pneumatic** 23:12 35:18
    60:24 61:3,6
**point** 20:6 54:18 61:9
**policies** 30:12
**policy** 23:20
**population** 10:2 11:5
**position** 4:18,21 6:12
    6:25 7:18 9:2,10,21
    9:23 10:7,15 15:7,19
    15:19,20 26:21
**positions** 4:25
**positionwise** 15:21
**positive** 30:5 34:9 36:3
    36:18
**possible** 43:18,20 63:14
**Possibly** 22:12
**post** 38:6,10,11 39:1,5
    39:7,15 40:2 42:8,11
    42:22,24 43:1 56:23
**powerful** 22:17
**practice** 36:4
**prepare** 20:9 24:3
    31:25
**prepared** 19:21 20:6
**presence** 38:18
**present** 4:18
**presently** 4:14,25
**pressure** 23:12
**previously** 18:10,25
    55:23,25 56:12 58:16
    60:15
**primarily** 3:11 12:12
**prior** 24:8 28:23,25
    29:3
**priority** 12:3
**prison** 1:21 4:17 9:11
    10:2 34:4
**prisoners** 34:13
**Prisons** 9:19 55:12
**probably** 3:17
**problem** 12:18,19
    14:15,17 30:21
**problems** 30:19 31:2,6
**procedures** 30:12
**proceeding** 11:17
**process** 16:4 47:13,23

56:2
**processed** 40:2 43:7
    45:11 50:24 63:8
**processes** 16:8
**product** 37:7 41:23,24
    42:1
**production** 11:6,8,9,18
    12:9 16:4
**products** 37:15 40:1
    44:15
**professional** 60:13
**program** 16:11
**project** 40:8
**projects** 11:17 40:14
    41:1,9 49:15 57:1
**promoted** 10:15
**prompt** 29:21
**prompted** 17:18
**proper** 53:22 54:7
**protect** 35:5
**provided** 16:17 37:23
    55:15,21 58:20
**proximate** 49:15
**Public** 1:10
**pulled** 11:12
**purposes** 7:10 25:5
    33:14
**pursue** 9:16
**put** 23:7 37:1 42:12,13
    46:24 50:7 54:19
    56:5
**putting** 49:7 61:19
**p.m** 5:13 20:1 52:20

**Q**

**quality** 48:11,12,14
**quantify** 49:24
**question** 3:23,25 4:4,5
    4:6 7:2 10:21 11:16
    12:4 13:7,8,11,16
    14:13,22 17:9 19:1
    21:9 22:20 25:4,19
    26:7,8,13,19 27:20
    27:24 29:7 32:15
    33:9 36:12 46:5
    50:19 51:3
**questions** 3:11,14,18
    3:21 7:9 14:2 18:18
    25:2,6 42:7 50:22
    52:14 55:2
**quotas** 11:10,11
**quote** 20:13,20

**R**

**radius** 45:19
**radiuses** 42:12,13
**raise** 32:4
**raised** 29:15
**ran** 38:8 52:6
**rarely** 36:5

**read** 16:22 17:3,20
**reading** 14:5 24:1
    33:14
**real** 40:21
**really** 31:21 61:15
**rear** 38:21 40:16
**reason** 54:21,24 62:14
    62:15
**reasons** 62:15
**recall** 18:1,2,3 28:1
    29:10,16,18 30:9,14
    31:4 32:11 34:9
    36:16 37:3,6 42:6
    51:15,18 54:14 55:21
**receive** 8:4,7,14 16:1
**received** 55:11
**recent** 19:6,11
**recently** 4:22
**Recess** 52:13
**Recognizing** 20:3
**recollection** 20:4 21:1
    29:2 32:7 36:24
    41:17 42:4 57:20,22
    62:6
**record** 4:2 7:4,7 15:2
    18:7,9,11,19,23 19:2
    19:12 25:18 26:1,6,7
    37:22 39:17 40:10
    50:1 52:1,12 55:1
    63:16
**Redirect** 2:6 62:22
**refer** 55:23 56:11
**reference** 12:17 20:15
    29:11 32:13,17 42:8
    42:23 43:4,23 44:10
    49:7 50:3,12
**referenced** 50:20
**referencing** 24:2
**referred** 6:15
**referring** 14:2 37:22
    42:5 54:3 58:14
**reflected** 58:3,6
**refresh** 37:14
**refresher** 55:11,14,18
**regard** 40:12
**regarding** 7:9 19:1
    21:3 29:15 32:7
    54:10,22 55:15
**regular** 23:14 34:4
    61:1
**regulation** 26:14
**related** 3:9
**relating** 3:11
**remain** 10:4,13,18 11:1
**remainder** 60:20
**remember** 7:17 16:24
    21:2 29:7 30:15
    36:17,19 51:20,22
    53:6 54:11 63:15
**remind** 13:10

Ferguson & Holdnack Reporting, Inc.

removed 54:22
repeat 4:5 21:9
rephrase 4:5 32:14
33:9,23 44:4 46:5
51:19
report 51:13 62:11,15
Reported 1:24
reporter 3:19 29:17
Reporting 1:25
represent 3:9 57:15
request 34:9 58:25
required 24:20 25:9,12
25:15,20,25 26:8
33:20,22 34:6,10,15
34:23 35:9 36:10,13
41:12
requirement 25:19
26:10,11,13,16
residences 35:13
respect 15:3 58:16,22
59:1 60:6
respirator 24:25 25:6
respirators 24:21,23
25:1,3,9 32:9,14,18
41:12 58:16
respiratory 30:19 31:2
respond 3:21 4:6 13:15
responding 3:25 18:8
response 4:15 7:13
20:16 24:9 25:22
26:24 46:8,10,21
47:5 49:3,25 58:5
responsibilities 11:3
responsibility 15:4
responsible 12:12,16
13:5,20 15:11
restate 26:7
result 61:22 62:7
results 51:14
retrieved 19:9
review 17:1,15,18,24
29:8
reviewed 28:22,23,24
28:25 29:5 33:6
41:15
reviewing 18:22 29:19
29:20 32:10
Rich 3:7
Richard 1:17
right 6:5 9:18 10:1 11:3
12:8 13:12,19 14:9
14:10,11,20 15:5
16:10 17:14 18:5
19:11,16 20:3 21:4
21:20 22:10 23:9
29:5 31:25 33:2
34:15 35:8 36:16
37:3 38:1 39:9,13
42:4,25 43:10 44:24
45:17 46:1 47:6 48:1

48:2,3,3,19 49:4
52:16 53:6,14 57:7
63:7,15
Road 4:12,13
roamed 31:11
Robin 17:23 18:5 19:3
28:20 29:6 52:21
roller 41:3,3,3,5
room 33:4 58:25
roughly 5:15
route 45:18,20
routed 52:8
router 36:16,20,25,25
44:5,19 45:17,20,21
47:2 51:24 56:1 58:2
routered 50:23
routers 44:25 45:2,3,4
45:12,22 52:8
router-type 42:15
routing 44:2,12 57:24
RPR 1:24
rule 26:14
rules 3:15 30:12
run 31:11

_____

S

S 3:1
safe 13:23 46:25
safety 12:13,16,18,19
12:22,24 13:4,6,21
16:16 29:11,13 32:5
35:1,3 55:15,18 62:9
62:12,15
same 5:15 6:12 15:19
20:6 35:14 44:12
50:25 52:7,10 61:10
sander 42:23 43:2
sanitation 59:12
Sapko 6:20 7:1,14,17
7:18 15:9 19:2 24:10
29:25 30:4,11 46:6
46:15
sat 16:11 20:6
saw 21:11,12 22:5,6,25
29:14 38:6 43:4,7,9
43:10,11,23 44:21
45:3 58:1,1 61:13
62:10 63:13
sawdust 61:16
sawed 26:23 50:23
sawing 21:7 24:20
49:12
sawing-type 42:14
saws 22:11 27:6 35:17
43:9,14 44:22 45:12
45:13 55:25 63:12
says 20:13 42:9 45:22
49:2 53:3
scale 52:6
scenario 60:12

scheduled 3:10
school 7:23,25 8:2,5,6,7
8:9,11,13,19
screwed 25:3
searching 40:9
second 5:5 20:14 26:1
33:4 46:14 48:10
59:11
secured 25:8
see 14:6,14,22 18:9
21:25 22:1 38:15
42:25 43:4,5 44:9
45:1 47:1,7
seeing 19:10 42:5
seen 6:15
segment 55:17,19
segue 8:17
Sennett 1:13,18
sense 50:17
sent 30:3
sentence 20:14,14,17
53:2
separate 42:11
session 33:5
set 11:9 12:5,8
settle 22:6
several 9:3
shading 38:12
shaking 3:22
shape 50:7
shapes 44:3
share 3:16
sheet 17:3,4,11,15,19
17:24 29:21 32:8,17
41:15,19,24 42:1
53:12 54:6,13,22
sheets 13:6,6,21 15:3
15:12,24 16:20,22
17:1 32:13,22 33:6
33:15,17
sheriff 9:9
Sheriff's 9:9,16
shift 4:19 5:1,2,3,4,5,6
5:9,10,12,14,14,20
5:21,24 6:1,3,4,5,9,9
6:13,17 10:15 11:7,9
28:7,9 31:8,13 35:12
45:21 46:14,20,23
49:10 52:9 56:9,9,14
shirt 33:23,25 34:20,20
shirts 34:16
shop 9:4 31:6 34:7
35:25 37:20 46:4,7
48:5,6,9,25 52:3
Shop-Vac 35:22 36:1,5
36:17,21 37:2,6
51:23 60:16
Shop-Vacs 36:9,13
short 34:16
short-sleeved 34:20

show 37:22
shut 5:5
sic 8:9 20:21 61:20
side 41:10,11
Siggers 28:3,6 56:13
significant 29:9
similar 27:17,25
simple 25:20
simply 3:22 12:4 25:23
26:8 49:17
Since 18:17
single 45:23
sir 10:21 25:4 26:19
33:9,19 40:11 47:7
sit 57:13
sitting 29:2 30:15
51:20
skin 30:24 31:3
sleeves 34:16
slow 4:24 63:10
small 22:12
smaller 52:6,6
Snyder 13:24 15:14,23
Snyder's 15:15
softer 51:6
softly 31:23
SOI 13:1
solve 12:18
some 3:11,15 4:21 7:8
7:22 15:4 18:18 19:1
20:6 21:16,21 22:6,8
22:9,20 38:12 41:4,5
42:7 52:14,21 58:11
58:18 61:13
someone 16:12 22:13
53:4
someone's 22:2 25:8
someplace 53:16
somewhere 40:22,23
40:24 60:4
sorry 12:14 31:24
40:16 45:1
sort 21:16 41:4
speak 46:12,13
speaking 25:1 48:10
special 40:8,14 41:1,9
49:15 56:25 57:1
specialist's 50:14
specific 11:13 13:3
17:3 27:8 44:3 58:22
59:1
specifically 27:17,23
32:13,17 56:11
spelled 47:19
spend 46:6,19
spending 46:4
spoke 31:23
spray 39:15,19,22
sprayed 39:12
square 39:9,13,14

staff 30:18,21 33:3
51:13 61:21
stairwell 35:24
stand 50:4
stands 47:3 50:15
start 5:12 24:23
started 3:14 5:4,9 7:1
16:6 18:8 52:21
starts 5:12
startup 4:24
state 4:9
stated 61:1
statement 20:13 25:16
26:12 27:4 36:10
47:15
states 1:1 52:19
state-of-the-art 22:17
Steve 12:24
still 6:18
stop 20:23
stored 35:23
straight 37:20
strap 35:10
straps 25:8
Street 1:14,18,21
structure 7:1,3
Struthers 8:20,22 9:5,6
stuff 8:25 14:7 61:2
subject 19:3
suck 37:2 59:24 60:1
sucked 37:1 60:1,4,7
suction 59:24
superintendent 13:1
48:21
superintendent's 48:19
supervised 29:22
supervisor 4:20 6:9,13
6:17,19 7:15 30:6
32:2 46:15 62:11
supervisors 7:12 12:20
supposed 54:14 61:15
62:10
sure 3:17 7:6 13:24
15:1 18:19 21:10
25:18 27:22 30:7
33:10 37:21 40:20
41:16,21 47:8 48:2
54:19 58:11 61:12
sweep 22:22,23 23:3,9
35:16 60:22 61:18
sweeper 60:16
swept 23:6
sworn 3:2
system 19:8 21:17,20
22:17,18,19,22 23:8
23:9,10,11 35:18
39:13 50:16 59:15,17
59:21,25 60:7
S.A 50:12,15

**T**

table 21:11 22:5,25,25
  35:17 57:10,11,11
  60:2,2,3,24
tables 35:17
tabletop 22:20 37:3
take 6:5 17:7 31:21
  34:7 35:4 51:16 56:5
  61:13
taken 1:9 61:7,9
takes 54:19
talking 21:6 38:15
  56:16 57:15
tell 4:4 8:18 21:1 27:9
  28:10,14,17 40:13
  57:4 61:17
telling 21:2
Tennon 42:9,10,16
terms 46:4,18
testified 3:2 55:10,25
  56:13 60:15
TESTIMONY 2:3
Thank 55:3
their 22:2 25:14 33:22
  33:23 34:4,8,19
  35:13 36:2,21 57:7
  58:19,21,25 61:22
  62:8,11 63:2
thicker 38:14
thing 48:2
things 16:14 18:23
  52:21 55:5 63:10
think 15:3 36:22 39:4
  47:9 63:2
third 20:12,15,19
though 46:16
thought 29:9
three 10:6 20:4 43:15
  43:16,18,21 44:9
  46:9,13 49:23 56:19
  56:22 57:5,14,15
  58:12 63:2
three-quarters 46:23
three/eighth 45:18
through 7:11,15 8:12
  11:17 12:19 16:8
  19:11 22:19 31:11
  36:20 37:1 38:17
  51:12,23 53:13 54:2
  54:7 59:25 60:3
throughout 7:15 10:13
  10:19 38:17
till 52:13
time 4:3 5:5,18,19 6:2
  7:11,15 10:13,16,22
  10:25 11:18 12:13
  16:6 43:13,15,19,21
  46:4,7 48:13,21 59:8
  62:13

times 49:23 50:21
  59:18
title 4:19 6:7 10:10,16
  11:2 15:15
titlewise 15:22
today 3:10 14:3 24:7
  29:2 30:16 51:20
  52:23
told 20:24 24:16 27:22
  27:22 52:23 62:3,7
tolerate 20:22
tool 33:4 58:25
tools 57:23 59:24
top 18:16 22:6 45:18
topics 24:7
Topmaster 50:5
Total 33:17
training 8:3,4,14 16:2
  16:3,5,10,17 33:5,11
  55:10,11,14,18,21
transcribed 3:19
transcript 3:19
transition 4:21
transmitted 29:25
trouble 31:2 53:15
true 30:23
try 12:17 17:2 21:17
trying 53:24
two 5:8 32:24,24 33:1
  43:14 45:11 47:11,17
  51:4 55:25
type 11:9 21:11 27:16
  33:20 34:23 38:18
  41:3 44:12 47:22
  50:9
typical 43:21
T-E-N-N-O-N 42:9
T-shirt 34:17,21
T.M 50:4

**U**

uh-huh 4:1
ultimately 3:18
Um-hum 26:15 33:18
  39:24 45:6
under 11:6 35:24 38:5
  38:5 48:1 52:25
  53:23,25 54:1,8
understand 4:4 11:16
  12:21,23 13:7,8
  14:24 19:6 21:16
  27:20 29:1 49:14
  50:19 51:3 53:24
understandable 3:20
understanding 15:6
  27:12
understood 4:7
UNICOR 1:21 3:12
  4:17 5:20 6:7,16 9:11
  9:13,24 10:9,11,17

11:4,18 12:12,22
  13:22 15:18 16:1,17
  27:25 29:22 30:12,18
  32:23 33:21 34:2,13
  37:4,10 38:5,6 44:18
  48:1,7 52:22 59:9
  62:14
UNITED 1:1
updated 13:25 19:10
updating 15:12 16:20
  19:8
upper 12:10
upside-down 14:5
use 3:24 4:1 23:7,12,15
  23:17 25:4,14 32:8
  36:13 37:2,20 58:19
  60:23
used 35:19 36:1,5
  37:13 39:5,8 40:4
  44:5,14,16,19 47:13
  47:15,23 49:15,17,19
  50:6,10 56:1,6,9 57:2
  59:13 60:20 61:1
using 23:21 35:16 36:9
  60:16 61:3,6,14,15
Usually 43:15
utilized 37:10 41:1
  42:1,19
utilizing 32:9

**V**

v 1:4 3:1
ventilation 60:7
verbally 3:21 12:18
version 18:24 19:16,19
versions 19:5
versus 5:20 6:13 46:22
  52:3 59:2
very 4:9 14:5 22:7 60:9
  62:20
vicinity 27:19 40:24
violation 62:9,12
vocational 8:3,14
Vo-Tech 8:5

**W**

W 1:3
waive 63:18
walk 37:19
wall 38:19
walls 38:22
want 13:18 14:12,14,16
  14:21 24:15 26:3,17
  34:10 44:21 52:14
  54:17 55:23 56:11
wanted 34:22 36:2
  54:18 55:4
Ward 28:3,5,17 56:17
  63:1·
Warren 8:5,5,21 9:8,15

Washington 1:22
wasn't 31:21 53:18
  54:5 60:7 61:1
way 16:13 29:21 44:21
  45:5,19
wear 24:20 25:9,12,15
  25:20 26:8,17,23
  27:10,17,18,23 28:10
  28:14,18 33:20 34:1
  34:6,8,10,11,15,16
  34:18,19,23 35:1,9
  41:12 59:6
wearing 34:13 58:18
  59:5
Wednesday 1:11
week 24:4 49:23
Weeke 47:20,21,21
well 4:2 7:21 12:16
  23:5 24:23 25:19
  26:4,20 27:22 29:7
  34:2 40:8,12,19 44:4
  46:5,19 47:19 51:5
Wells 8:21,22 9:5,6
went 4:23 10:20 11:11
  11:25 12:3 35:12
  44:20 45:3 54:12,13
were 5:23,25 6:16 8:18
  11:3,8,15,17 12:14
  12:16 16:11,17 23:14
  24:19 25:9,12,15,20
  26:8,11,11 27:11
  30:23 31:9,19 32:22
  33:1,6,15,20,25 34:1
  34:13,15,23 35:3,10
  36:12 37:4 39:4
  41:12 42:16 43:13,16
  44:18 48:4,7 49:11
  51:13,16,16,19 52:7
  53:11 54:9 56:1,8,13
  56:19,22,25 57:6,24
  58:13,24 61:1,2 62:3
  62:6,10,13 63:1,10
weren't 34:6 35:8
  47:15
West 1:14,18
WESTERN 1:1
we'll 37:21 63:18
we're 18:14 19:10 24:7
  37:22 40:17 56:16
we've 29:24
while 6:16 16:17 18:22
  34:7 53:16
whole 16:23,24
Willis 6:24,25
windows 48:25
wipe 61:17
wiped 57:12
witness 13:12,14 18:9
  29:17 39:21 56:7
  57:18 63:4

wood 4:24 5:18 6:18
  10:12,18,20,24 44:15
woodworking 15:16,17
word 47:8 48:1 53:2
words 3:24 11:25 20:23
  20:25 26:25 40:13
wore 59:9
work 4:16,17 6:23 7:9
  9:7 12:2 20:10 31:12
  42:19 46:13
worked 5:6 6:1 9:3
  11:6,13 24:19 28:7,9
  28:13 31:8 35:14
  46:12 49:6 57:11
  59:8,21
workers 27:7
working 5:20 15:24
  16:6 26:22 27:18
  28:11,15,18 29:22
  33:21 34:7,13 41:13
  57:7 61:22 62:8,13
worn 35:3
worse 60:14
worst-case 60:12
write 39:18
written 23:20 32:2
wrong 20:14
W-E-E-K-E 47:19

**X**

X 2:1

**Y**

yeah 5:1 12:14 13:17
  15:16 17:17 23:5
  37:25 40:25 42:25
  44:16 56:18
year 7:25 18:2,4 55:13
  55:19
years 7:12 20:4

**Z**

Z 53:13 54:2,7
Z-32 43:8,10,23 44:23
  58:1

**0**

01 48:14
03-323 1:3
03-355 1:4
03-368 1:4
04 48:14
04-011 1:5
05-160 1:3

**1**

1 2:10 18:13,20,24 19:4
  19:13,16,19,21,24
  20:9,12,20 29:25
  30:22 32:1,3 52:15

60:11,14
**1.5** 60:14
**10** 60:12,12,14
**10th** 1:14,18 12:1
**10:00** 1:12
**11:00** 5:13
**11:34** 52:13
**11:40** 52:13
**11:56** 63:20
**120** 1:14,18 6:2
**130** 6:2
**15th** 12:1,2
**16** 19:5,20,25 21:2
    28:21 29:3,6,25 32:1
    52:19
**16th** 30:13
**16501** 1:14,19
**18** 2:10
**180** 6:6
**1974** 8:1,20
**1981** 8:20 9:6,8
**1992** 9:8,18 10:11,14
**1995** 5:4 10:14,23,25

———————— **2** ————————
**2** 2:11 38:3 39:19 40:13
    42:8 45:15 47:18
    49:4 55:24 61:20
**20** 1:12
**20th** 12:2
**200** 6:6
**2001** 7:11,15 15:8 17:5
**2003** 19:5,20 20:1 21:2
    28:21 29:3,6 30:1,13
    32:1 52:19
**2004** 7:11,15 15:8 17:5
    17:5
**2005** 5:5 11:1
**2006** 1:12 19:11
**20534** 1:22

———————— **3** ————————
**3** 2:4
**3:00** 5:12
**38** 2:11

———————— **4** ————————
**400** 1:21
**49** 4:12

———————— **5** ————————
**55** 2:5

———————— **6** ————————
**62** 2:6
**66** 58:1

———————— **7** ————————
**7:30** 20:1 52:20
**70** 58:2

**71** 8:12
**74** 8:12
**77** 57:25

———————— **8** ————————
**860/861** 37:8

———————— **9** ————————
**90** 46:24,24
**95** 10:15,17