## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. HILL, et al.,       : C.A. No. 05-160 Erie
            Plaintiff          : C.A. No. 03-323 Erie
                               : C.A. No. 03-355 Erie
      v.                       : C.A. No. 03-368 Erie
                               : C.A. No. 04-011 Erie
JOHN J. LAMANNA, et al.,       :
            Defendants         :

Video Conference Deposition of DEBORA FORSYTH, taken before and by Janis L. Ferguson, Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, December 6, 2006, commencing at 10:08 a.m., at the offices of the United States Attorney, 17 South Park Avenue, Suite A330, Erie, Pennsylvania 16501.

For the Plaintiffs:
  Richard A. Lanzillo, Esquire
  Knox McLaughlin Gornall & Sennett, PC
  120 West 10th Street
  Erie, PA 16501

For the Defendants:
  Michael C. Colville, Esquire, AUSA
  Office of the United States Attorney
  700 Grant Street, Suite 4000
  Pittsburgh, PA 15219
  Douglas Goldring, Esquire
  Federal Prison Industries (UNICOR)
  400 First Street NW
  Washington, DC 20534

Reported by Janis L. Ferguson, RPR
Ferguson & Holdnack Reporting, Inc.

## Page 2

INDEX

TESTIMONY OF DEBORA FORSYTH
  Direct examination by Mr. Lanzillo . . . . . . . 3
  Cross-examination by Mr. Colville . . . . . . . 36
  Redirect examination by Mr. Lanzillo . . . . . . 37

## Page 3

1  D E B O R A  F O R S Y T H, first having
2  been duly sworn, testified as follows:
3
4           DIRECT EXAMINATION
5  BY MR. LANZILLO:
6
7      Q. Ms. Forsyth, my name is Rich Lanzillo. I
8  represent Michael Hill, Leslie Kelly, Kevin Siggers, Myron
9  Ward, and Kenny Hill in the matters pending in the United
10 States District Court for the Western District of
11 Pennsylvania. We're conducting your deposition today
12 relative to those cases, and we're doing so by a video
13 hookup, a three-way video hookup. Mr. Colville and Doug are
14 in a remote location. You, I understand, are down in
15 Georgia, and I'm in Erie, Pennsylvania.
16          So a couple of things to keep in mind before we
17 get started. There's a little bit of a delay between the
18 time that I finish speaking and the time you'll hear me, and
19 I think that delay goes all the way around to Mr. Goldring's
20 hookup, Mr. Colville's hookup as well. So you may want to
21 pause for a moment before you start to answer a question to
22 make sure you got the whole question.
23          If at any time during your deposition you do not
24 hear me clearly, just let me know, and I'd be happy to
25 repeat or rephrase my question for you. Also, even if you

## Page 4

1  do hear me clearly, if you don't understand the question,
2  let me know that, and I'll be happy to rephrase it for you.
3  I'm not here to trick you. I simply want to get some
4  information relative to this -- to these cases.
5           And with those instructions, let me ask you,
6  first, to please state your full name and your professional
7  address.
8      A. Debora Ann Forsyth. I work at FCI Jesup. That's
9  2600 South 301 Street, Jesup, Georgia.
10     Q. And how long have you been in Jesup, Georgia?
11     A. Since June 2003.
12     Q. How are you presently employed?
13     A. I'm full-time.
14     Q. And your position?
15     A. Associate warden of industries and education.
16     Q. When you gave your original response, there was a
17 little crackling or static in the transmission. What,
18 precisely, is the name of the Federal Correctional
19 Institution where you are presently located?
20     A. FCI Jesup.
21     Q. Jesup.
22     A. J-E-S-U-P.
23     Q. Where were you employed prior to FCI Jesup?
24     A. FCI McKean.
25     Q. How long were you employed at FCI McKean?

Page 5

1    A.  From July 1989 to June 2003.
2    Q.  Why is it that you transferred -- I assume it was
3  a transfer from FCI McKean to FCI Jesup.  Was it a
4  promotion?
5    A.  Yes, sir.
6    Q.  What was your title while you were employed at FCI
7  McKean?
8    A.  I left there as the superintendent of industries.
9    Q.  How long did you occupy that position?
10   A.  About three and a half years.  I believe in
11 November of 1999 I got that position.
12   Q.  What was your position prior to November of 1999?
13   A.  I was the factory manager at FCI McKean.
14   Q.  And how long were you factory manager at FCI
15 McKean?
16   A.  I really don't remember.  It was probably about
17 two years.
18   Q.  And when you referred to being factory manager, I
19 assume we're talking about what is commonly known as the
20 UNICOR facility at FCI McKean?
21   A.  Yes.
22   Q.  All right.  Was there any period of time between
23 1989, when you started at FCI McKean, and June of 2003 when
24 you were not employed in connection with the UNICOR
25 facility?

Page 6

1    A.  Yes, sir.  It was about a year or a year and two
2  months, I was employed as a contract specialist in the
3  institution business office.
4    Q.  Was that early in your tenure at FCI McKean, or
5  was that middle, late?
6    A.  It was fairly early.  Like '91, '92.
7    Q.  Okay.  And what were your job responsibilities
8  while you occupied the position of superintendent of
9  industries at FCI McKean?
10   A.  I was responsible for the supervision of the total
11 operation of the factory.
12   Q.  Who was your --
13   A.  In addition to --
14   Q.  Go ahead.  I apologize.
15   A.  In addition, I was responsible to advise the
16 warden of day-to-day activities.  And he is who I answered
17 to.
18   Q.  Okay.  That was my next question.  Was the warden
19 your immediate supervisor?
20   A.  Yes, sir.
21   Q.  And that's Warden Lamanna?
22   A.  Yes, sir.
23   Q.  Did you yourself supervise employees?
24   A.  Yes.
25   Q.  Approximately how many?

Page 7

1    A.  I directly supervised the managers, which if we
2  include education, I believe were four.
3    Q.  And, of course, my questions are still focusing on
4  when you were acting as superintendent of industries.  Can
5  you tell me, do you recall the names of the supervisors who
6  you -- or the managers who you supervised as the
7  superintendent?
8    A.  Yes.  Marty Sapko.  He was the factory manager.
9  Tim Houlihan was the business manager.  Michael Hayes.  He
10 was the quality assurance manager.  Beth Fantasky, who was
11 the supervisor of education.
12   Q.  Ms. Forsyth, briefly, what is your educational
13 background?
14   A.  High school education.
15   Q.  When did you graduate from high school?
16   A.  1974.
17   Q.  Have you had any formal education or training
18 after high school graduation?
19   A.  With the Bureau of Prisons; the training that I
20 received on the job and then training that they give for
21 various programs.
22   Q.  That training, was it all provided in-house, for
23 lack of a better term?
24   A.  It was through the Bureau of Prisons, yes, sir.
25   Q.  In other words, the Bureau of Prisons did not send

Page 8

1  you to a program or seminar outside of the prison system
2  itself.  Is that correct?
3    A.  Best that I can recollect, yeah, that's correct.
4    Q.  And did they bring in anyone from outside the
5  prison system to train you, or was it done by existing staff
6  members?
7    A.  They had brought in various times people from the
8  outside to teach leadership training; teamwork approach.
9  That's all I received, I believe, from the outside.  The
10 rest was from the BOP.
11   Q.  So am I correct, then, you were not provided with
12 any outside training in areas of occupational health or
13 safety?
14   A.  Not specifically, no.
15   Q.  Did you receive any such training generally?
16   A.  During annual refresher training, the safety
17 department would give various training, but those were
18 in-house, not outside.
19   Q.  Okay.  Did you have a written job description as
20 the superintendent of industries at UNICOR?
21   A.  Yes.
22   Q.  Did that remain the same throughout the time that
23 you had that position, that job description?
24   A.  To my knowledge, yes.
25   Q.  While you were employed as superintendent of

Ferguson & Holdnack Reporting, Inc.

89b9142d-597d-47ae-a206-15a27c99f86c

Page 9

1  industries at UNICOR, did the facility make anything other
2  than furniture?
3    A.  No.
4    Q.  Do you know whether that facility is still
5  operating -- well, let me stop there -- operating generally?
6    A.  Yes.
7    Q.  And do you know whether it's still making
8  furniture?
9    A.  It is not making furniture.
10   Q.  What are they making now?  Plastic products?
11   A.  Yes, sir.
12   Q.  Do you know why the facility changed from a
13 furniture manufacturing facility to a plastic products
14 facility?
15   A.  Purely economics, I'm sure.  Things were moved to
16 the Coleman plant.
17   Q.  Where is the Coleman plant?
18   A.  Leesburg, Florida.
19   Q.  Was there --
20   A.  I'm sorry, Lees County.
21   Q.  Lees County, Florida?
22   A.  Yes, uh-huh.  I believe that's the name of it.
23   Q.  Was there a furniture manufacturing facility in
24 Lees County, Florida at the same time that one was being
25 operated at FCI McKean?

Page 10

1    A.  Yes.  Part of that time.
2    Q.  Do you know how long there's been a furniture
3  manufacturing facility in Lees County, Florida?
4    A.  No, I -- I don't recall.  I remember when they
5  opened up the facility down there and they started right
6  away doing various furniture products.  But as to the exact
7  date, I don't know.  And it's -- Coleman is the name of the
8  facility, and it is Leesburg, Florida where it is.  I
9  misspoke.
10   Q.  Okay.  When did the UNICOR facility at FCI McKean
11 first open?
12   A.  I don't know.  Late '89, early '90.
13   Q.  Was it in operation when you first arrived at your
14 initial position at FCI McKean?
15   A.  We were setting things up.  But, no, it wasn't in
16 operation yet.
17   Q.  Were you involved in the design or layout of any
18 aspect of the facility?
19   A.  No, sir.
20   Q.  During the period of time that you were
21 superintendent of industries, what were the hours of
22 operation of the UNICOR facility?
23   A.  The majority of the time was 7:30 -- or 7:10 until
24 11:00 at night.
25   Q.  And how many shifts were operated during that time

Page 11

1  frame?
2    A.  Two.
3    Q.  And at any given time during either shift,
4  approximately how many inmates would be engaged in
5  activities, employment, at the UNICOR facility?
6    A.  If memory serves, during the day we were close to
7  200.  It was probably 160 to 200, depending on the workload.
8  At night, we tried to keep it around 100 or less.
9    Q.  And of those employees, approximately how many
10 would be engaged in the cutting or cutting activities
11 involving Micore board?
12   A.  I would be guessing, but very few.  But I would be
13 guessing, so I'm not sure.  I would think less than 10.
14   Q.  The employees engaged in cutting Micore board,
15 would they be in a discreet area of the facility?  In other
16 words, separate from the other employees?
17   A.  No.
18   Q.  So if I'm following correctly, then, this was one
19 large shop floor, and one area would be a cutting area?  Or
20 would they be spread out throughout the facility?
21   A.  It is one -- one large shop, and cutting areas,
22 depending on the machine, could go throughout the area too.
23   Q.  Okay.
24   A.  I'm not -- I'm not an expert on where everything
25 was laid out, but just from me walking on the floor, there

Page 12

1  were different areas of the factory where things were being
2  cut.  So not just one area.
3    Q.  And how often were you actually on the shop floor?
4    A.  At least daily.  Sometimes twice a day.
5    Q.  And at the times when you would be present on the
6  shop floor, approximately how much time would you spend
7  there?
8    A.  Well, it depended on really what I was doing down
9  there.  But just my daily walks would sometime take about a
10 half hour.  If we were checking out a new product, I would
11 assist with that, and sometimes a bit more.  But a normal
12 daily walk was a half hour.
13   Q.  And that walk, would that encompass the entire
14 shop floor?
15   A.  Yes, sir.
16   Q.  Did you have an office?
17   A.  Yes, sir.
18   Q.  And where was that located?
19   A.  Upstairs, overlooking the factory floor.
20   Q.  So you could actually observe what was going on
21 from your office?
22   A.  Yes.
23   Q.  We talked a few moments ago about whether you
24 received any outside training at the UNICOR facility or
25 whether anyone from the outside was brought in, and you had

Page 13

1  addressed those questions. Let me now ask you what, if any,
2  in-house training was provided to you regarding health and
3  safety.
4     A.  To me, I think it was just the yearly annual
5  training that we received from the safety department
6  in-house.
7     Q.  Okay. And when you say "annual training", was
8  there a session once a year?
9     A.  Yes. For all staff.
10    Q.  And when you say "all staff", what do you mean?
11    A.  This particular training that I'm talking about is
12 for all staff that -- employees that work at FCI McKean.
13    Q.  Would that include the regular staff employees
14 alone, or would it also include the inmate employees?
15    A.  Just staff alone.
16    Q.  Did that annual training occur at a particular
17 time during the year?
18    A.  Yes.
19    Q.  When was that?
20    A.  My guess, it's the first part of the year. I
21 think January, February. I could be mistaken, because
22 that's when we do it here. I'm not positive.
23    Q.  And you mentioned the -- was it the safety office?
24 Is that the name of the --
25    A.  Yes.

Page 14

1     Q.  Okay. And who, in particular, provided the
2  training?
3     A.  Steve Housler or someone in his staff.
4     Q.  And how long was the annual training?
5     A.  This particular class, I believe, lasted two
6  hours.
7     Q.  So annually there would be safety training
8  provided by Steve Housler's office, and it would last
9  approximately two hours? Is that correct?
10    A.  Yes.
11    Q.  Other than the two-hour training sessions that
12 occurred on an annual basis, did you receive any other
13 training regarding health and safety?
14    A.  Not from an outside source and not from BOP.
15 Other than program statements that I was to be familiar
16 with.
17    Q.  And what are program --
18    A.  And that was --
19    Q.  What are program statements?
20    A.  Those are policy and procedures that are in place
21 that -- for the factory.
22    Q.  Are those maintained in a central location?
23    A.  Yes.
24    Q.  How often would you receive program statements?
25    A.  I'm not sure. Normal program statements last for

Page 15

1  a year to two years, and then they are updated.
2     Q.  Would the program statements ever be specific
3  enough to address, for example, use or working with Micore
4  board?
5     A.  No, sir.
6     Q.  These are more general guidelines and policies?
7  Is that correct?
8     A.  (Witness nods head.) Yes, sir.
9     Q.  Could you tell me your understanding regarding how
10 the ventilation system worked in the area of the panel saws
11 and other saws in use at the UNICOR facility during the
12 period of time that you were superintendent of industries.
13    A.  Yes, sir. Each -- each machine had a tube that
14 come down, and it actually would suck up any of the dust and
15 debris for the machine so that the factory wasn't polluted
16 with any of the dust. This would go through the
17 air-handling system and go to rest outside in big silos.
18 This air-handling system was so strong that on more than a
19 couple occasions we had screwdrivers and that kind of thing
20 get sucked up in them. So we had to look for tools then.
21    Q.  Were the machines tied into a central air-handling
22 system?
23    A.  Not to my knowledge, but I'm not an expert. I
24 just knew how they sucked everything outside.
25    Q.  And who was responsible for maintaining the

Page 16

1  ventilation system and the air-handling system?
2     A.  Michael Salerno. He was their maintenance
3  supervisor.
4     Q.  Was he specifically assigned to UNICOR, or was he
5  an institutional maintenance person?
6     A.  No, he was specifically assigned to UNICOR.
7     Q.  Are you aware of any instances when the
8  ventilation system or the air-handling system malfunctioned?
9     A.  There -- no, I'm really not. I was trying to
10 think if there would be anything that would be cause to
11 malfunction, but, no. I don't recall.
12    Q.  Did you ever receive or become aware of any
13 complaints by any inmates or staff employees regarding
14 respiratory problems associated with the handling of Micore
15 board?
16    A.  No one made me specifically aware of it. Later I
17 heard from other staff -- Mr. Sapko, I believe, in
18 particular, and Mr. Houlihan -- that was telling me that
19 inmates were complaining. Or that they had filed BP-9's or
20 something. But that was in the interim of me coming here,
21 so I'm --
22    Q.  During the entire time that you were
23 superintendent, do I understand your testimony correctly
24 that during that entire time you were a superintendent, that
25 no inmate or staff employee brought to you any complaints

Page 17

1  regarding respiratory problems associated with the use of
2  Micore board?
3      A.  No. To the best of my knowledge, no.
4      Q.  Are you aware of any staff employees submitting
5  disability, Workers' Comp., or any other type of medical
6  disability claim related to respiratory problems?
7      A.  Disability claims, yes, on staff. I'm not
8  positive if it was respiratory. It might have been. I know
9  he was having issues, but I'm not positive. But I do know
10 one staff had claims. And I was thinking it was Mr.
11 Bevevino.
12     Q.  What was that individual's name?
13     A.  Robin Bevevino.
14     Q.  And Robin Bevevino was a supervisor or a manager?
15 Is that correct?
16     A.  Yes. He was a foreman on the -- with the inmates.
17     Q.  Do you think that Mr. Bevevino's problems included
18 respiratory problems?
19     A.  I know he was -- he was sick quite a bit, yes,
20 with respiratory problems.
21     Q.  When did you first become aware of Mr. Bevevino's
22 respiratory problems?
23     A.  I -- I don't remember. I know he was out quite a
24 bit, and there is a -- he was out quite a bit for various
25 things. He had poison ivy that lasted for a long, long

Page 18

1  time. And then he had pneumonia and some colds. And then
2  he had problems with his back. I'm not sure when all of
3  this took place and exactly when I became aware of it. I
4  wasn't his direct supervisor. I believe Mr. English or
5  Mr. Sapko were his direct supervisor.
6      Q.  Do you know what area of the UNICOR facility he
7  worked in?
8      A.  He worked on the factory floor. The foremen were
9  rotated almost yearly, so I'm not real sure where
10 Mr. Bevevino was.
11     Q.  Did the inmate employees receive any training
12 regarding the use of Micore board?
13     A.  I don't know specifically if -- Micore board, but
14 they received training on safety issues, you know, almost
15 monthly, as far as how to pick boards up and how not to --
16         (Brief interruption in proceedings.)
17         (Discussion held off the record.)
18     Q.  All right, let's resume. The training, safety
19 training provided to the inmates, who was responsible for
20 providing that, Ms. Forsyth?
21     A.  Each of the foremen were responsible for the
22 safety talks.
23     Q.  And the foremen, am I correct that they would have
24 received their training during the annual training sessions
25 that you described earlier?

Page 19

1      A.  If not everything there, they -- they had various
2  topics that they were to talk to the inmates about. So a
3  lot of that was self-taught. There were supplies that they
4  were given, videotapes they were to show. They would
5  educate the inmates with materials they had. Each month
6  they would educate them on something different, and I don't
7  know what all those things were.
8      Q.  Were any Material Safety Data Sheets maintained at
9  the UNICOR facility?
10     A.  Yes.
11     Q.  Who was responsible for maintaining the MSDS?
12     A.  I'm not positive. They -- I believe the safety --
13 or the maintenance foremen took care of those. They were
14 located a couple different places on the factory floor.
15     Q.  When you say they were located at a couple of
16 different places on the factory floor, are you indicating
17 that they were moved from time to time or that there were
18 multiple copies?
19     A.  There were multiple copies.
20     Q.  You don't know who was responsible for maintaining
21 those for sure?
22     A.  I can't -- I can't remember. I do believe that --
23 well, I do know that every chemical that we brought into the
24 institution had to go through the safety department, and
25 Mr. Snyder was the one that was responsible for that. But

Page 20

1  the maintenance department, I think, had a hand in it, but
2  I'm not positive.
3      Q.  Where on the shop floor were the Material Safety
4  Data Sheets maintained?
5      A.  I remember one right as you come in near the
6  factory office, which is on the floor. And then I believe
7  there was one station that was in the back close to the
8  packing area.
9      Q.  Are you aware of any other locations?
10     A.  I can't remember.
11     Q.  Did you ever personally consult the Material
12 Safety Data Sheets?
13     A.  Yes.
14     Q.  Who had access to the Material Safety Data Sheets?
15     A.  Everybody.
16     Q.  Was there a Material Safety Data Sheet that
17 addressed Micore board or silica dust?
18     A.  The Micore board, yes. Even particle board. I
19 think everything came with an MSDS on it.
20     Q.  When did you become aware that there was an MSDS
21 dealing with Micore board?
22     A.  I don't know. We had ACA inspections where we had
23 to make sure everything was in there. I'm not positive. It
24 could have -- it could have been the first time that OSHA
25 came to the factory.

Page 21

1  Q. And do you recall when the first OSHA visit was?
2  A. No, I don't.
3  Q. Do you know what prompted that visit?
4  A. A letter, I think. I don't know for sure.
5  Q. Do you recall the subject of the complaint that
6  prompted the OSHA visit?
7  A. (No response.)
8  Q. Was it Micore board and dust?
9  A. It was the air -- it was the air quality, if I
10 remember correctly.
11 Q. And as part of your receiving notice of the
12 complaint to OSHA and the OSHA visit itself, did you at the
13 same time become aware that inmates were complaining about
14 respiratory problems?
15 A. No, I don't know if I think it was inmates or not.
16 No. This complaining about the air quality, specific inmate
17 ailments, I don't remember. I knew there was an issue,
18 which was why we -- they -- OSHA said that there was
19 complaints about the air quality, but I really didn't know
20 if it was inmate or staff that was making a complaint, and I
21 didn't know any specifics.
22 Q. I just want to make sure that I'm following your
23 testimony correctly here. I mean, when you say you became
24 aware that there were air quality complaints, did you not
25 also understand that in connection with those air quality

Page 22

1  complaints, that people were raising concerns about
2  respiratory health and ailments?
3  A. Yes. That -- that was all part of why they were
4  concerned about the air quality. But specific inmates and
5  specific people, I didn't have that issue. When -- when
6  OSHA made their -- made it known that they were coming in to
7  check it, is that they received complaints about the air
8  quality, and that's when we started asking questions and
9  things. But, specifically, I didn't know specific people,
10 that I remember. I don't remember that.
11 Q. After the OSHA visit, what did you do regarding
12 the air quality issues that were raised?
13 A. I don't recall doing anything. There was no issue
14 with the air quality concerning the OSHA report. Everything
15 was fine. At one point the gentleman that was there said
16 that the air quality inside the factory was better than that
17 outside the factory. So there was no need for me to really
18 react. And at this time is when I was doing my
19 house-hunting trip here and then moving here, so I'm not
20 sure what happened after that. But I personally don't think
21 there was a need to do anything.
22 Q. Who made that statement to you, that the air
23 quality inside the facility was better than that outside?
24 A. I can't remember if it was the OSHA gentleman or
25 Mr. Salerno, but they had one of those readers that -- that

Page 23

1  they were testing different areas of the factory and
2  outside. But I'm not positive whether it was the gentleman
3  from OSHA or Mr. Salerno. But the OSHA gentleman was
4  present at the time.
5  Q. Did you participate in the OSHA inspection and any
6  testing in connection with that inspection?
7  A. No. No.
8  Q. Do you know when they conducted the inspection
9  relative to the operation of the facility?
10 A. I believe it was -- the test was like an
11 eight-hour test, I'm thinking. I know one of the tests that
12 we had was an eight-hour test. And I'm thinking that's what
13 they did. Beginning from, you know, the 7:30 to 4:00 shift,
14 which is when we have most inmates working.
15 Q. Let me ask you this: Is it necessary for the
16 inmates utilizing table saws and other saws periodically to
17 clean up the saw itself; clean up the dust on the machine or
18 in or around the machine?
19 A. I don't know that.
20 Q. Did you ever observe that?
21 A. Observe them, no. I observed them using the air
22 gun, spraying themselves off for whatever reason, but I
23 don't -- that's all I remember seeing.
24 Q. When you referred to the air gun, you're talking
25 about some sort of pneumatic or compressed air device?

Page 24

1  A. Yes.
2  Q. All right. And you observed them, what, using the
3  air gun to blow dust off themselves or clothing? Is that
4  what you're referring to?
5  A. Yes. They were blowing something. I would
6  imagine it was dust that was there.
7  Q. Okay. Were you able to observe dust being blown
8  off of their clothing or themselves?
9  A. No. But there were times that there was dust on
10 the floor, and they would have to sweep up. And I'm not
11 sure where that was or why. But I do remember seeing that.
12 But as far as dust coming off themselves, no.
13 Q. But you did observe them using the air gun to blow
14 what you assumed was dust off of their clothes.
15 A. Yes.
16 Q. And how often did you see that?
17 A. I -- probably once a day. I don't know. When
18 they were getting ready to leave or something.
19 Q. Okay. So as part of their routine, then, when
20 they were leaving, they would be blowing -- blowing dust off
21 their clothing; is that right, at the end of the shift?
22    MR. COLVILLE: I'll object to the form, but you
23    can answer.
24 A. Not -- I don't want to imply that everybody did
25 that. On occasion I would see an inmate doing that. That

6 (Pages 21 to 24)

Page 25

1  being said, they were told not to do that, because it was
2  dangerous. So -- but you asked if I had ever seen it, and I
3  had. Probably once a day one of them were doing it. And it
4  didn't mean that all of them were.
5      Q. Who told you that was dangerous?
6      A. Mr. Salerno, because of the air pressure.
7      Q. Okay. So the force of the air? Is that what the
8  danger was?
9      A. I would assume. I know enough to be dangerous
10 here, so I'm not going to say. I would assume that was it.
11     Q. Okay. That's what you believed. Is that what
12 you --
13     A. I -- yes. Yes.
14     Q. Do you know whether the inmates ever used the air
15 gun to blow dust from the saws themselves?
16     A. I never witnessed that.
17     Q. Do you know whether they did that? Did you learn
18 that through any other --
19     A. Not specifically, no.
20     Q. Did you believe they were doing that?
21     A. The concern that I remember was them using the air
22 gun on themselves, because it could hurt the eyes or
23 something. I don't remember any great talk about the air
24 gun with anything else. So I don't know. I just never
25 thought about it, I guess.

Page 26

1      Q. Were respirators made available to any of the
2  employees at the UNICOR facility while you were
3  superintendent?
4      A. To my knowledge, no. Dust masks were available,
5  but not respirators, to my knowledge.
6      Q. What type of dust mask was provided?
7      A. I don't know. They were just the white masks that
8  you put over your face.
9      Q. Did you ever see inmates wearing the dust masks?
10     A. Yes.
11     Q. Anyone in particular? And by anyone, I don't
12 necessarily mean names, but I'm more interested in the
13 activities they were performing with the dust masks.
14     A. I couldn't -- I couldn't tell you specifically
15 where. It was rare to see it.
16     Q. To your knowledge, were the inmates ever
17 instructed to wear dust masks?
18     A. No.
19     Q. Are you aware of any Material Safety Data Sheets
20 or other safety documents that either required or suggested
21 the wearing of respirators or dust masks when using any
22 particular material within UNICOR?
23     A. Possibly if it was in an enclosed area without an
24 air-handler system. I would think even particle board would
25 require it. But seeing that we were in a huge room with a

Page 27

1  great airing system that I was told was almost double the
2  capacity that we needed, it wasn't necessary, and OSHA
3  agreed with that, as best as I can remember.
4      Q. So just so I understand your testimony, then, it's
5  your testimony that -- and even here sitting here today,
6  based on what you know today, that it was unnecessary for
7  inmates to wear respirators or even dust masks when
8  performing tasks at the UNICOR facility. Is that correct?
9      A. That's my belief, yes. Yes.
10     Q. And do you recall the identity of any person in
11 particular who told you that?
12     A. I can't recall specifically, but I do remember
13 reading that. And then I would ask about our air-handling
14 system and the space, and I think Mr. Salerno and
15 Mr. Housler is who I talked to at length about that when we
16 knew OSHA was coming in. But, specifically, that's just my
17 understanding.
18     Q. Did you ask anyone at OSHA about that
19 understanding; whether your understanding was correct?
20     A. I asked OSHA about the facility, about the
21 cleanliness, about potential harm, and they -- their -- even
22 that day of walking around, he said it was the cleanest
23 place that he had seen, and there shouldn't be any concern
24 with anything. Specifically, no. But I just -- it was
25 concerning the air in the factory itself.

Page 28

1      Q. What about, though, that -- what about inmates who
2  were directly using saws to cut Micore board, and rather
3  than just breathing the ambient air in the facility, but who
4  were actually in proximity to the operations point of the
5  saws? Did you discuss those people with anyone at OSHA?
6      A. I don't think I did, no.
7      Q. Did you have an understanding regarding any
8  differences in exposure levels that might occur between an
9  operator of a machine working with Micore board,
10 particularly a saw, as opposed to someone just breathing the
11 ambient air -- the air generally in the facility?
12     A. No. I don't have that knowledge. I do -- do know
13 that when they did the air quality testing, those machines
14 they would set up would be near the various machines. And
15 when they tell me things were fine, I -- I was down there
16 walking, I was by those machines and watching them. I
17 didn't notice any difference. But I don't have that
18 specific knowledge, other than things I observed.
19     Q. Other than your daily walk through the facility,
20 which I understand encompassed the whole facility and lasted
21 approximately a half an hour, would you spend any
22 significant periods of time on the shop floor?
23     A. That's where I was the half hour, was on the shop
24 floor, going throughout each machine, talking to inmates,
25 seeing the product. On occasion I would be asked by Mr.

Page 29

1  Hayes to come down and look at something he thought maybe
2  wasn't quite right, and that would involve me watching them
3  cut something and looking at it. So, yes, I was on the shop
4  floor quite a bit.
5     Q.  Did you ever observe employees actually engaged in
6  the process of sawing boards, Micore boards specifically?
7     A.  On the routing machines, yes.
8     Q.  How many boards would the inmates cut at a time on
9  a panel saw, for example?
10    A.  I don't know.
11    Q.  Do you have any knowledge regarding anyone
12 altering any Material Safety Data Sheets relating to the use
13 of Micore board?
14    A.  No.
15    Q.  Specifically, are you -- do you have any knowledge
16 of anyone striking out the word "respirator" and inserting
17 the word "mask" regarding the use of Micore board?
18    A.  No.
19    Q.  Have you ever heard that -- from anyone that that
20 occurred?
21    A.  What I recall is in the declaration stating that I
22 never altered an MSDS sheet. I have never seen the supposed
23 MSDS sheet that was altered. So that, to my knowledge, is
24 what I remember then, looking back.
25    Q.  Did you ever become aware of any complaints from

Page 30

1  either inmate employees or staff employees regarding skin
2  irritations or other skin conditions experienced by those
3  people while -- or while working in association with Micore
4  board?
5     A.  No.
6     Q.  Other than the air testing that was undertaken in
7  connection with the OSHA inspection, are you aware of any
8  other air test performed in the UNICOR facility?
9     A.  Yes. We had a private company come in and do a
10 testing prior to OSHA coming in and doing their testing.
11    Q.  And when was that?
12    A.  I -- I don't remember specifically.
13    Q.  Do you recall the name of the company who
14 performed the test?
15    A.  No.
16    Q.  Recognizing that you can't recall precisely when
17 that occurred, do you recall whether it was soon before the
18 OSHA testing?
19    A.  Not too before. I'm thinking there was quite a
20 few months, if not a year before, but I'm guessing. But
21 memory -- memory tells me that it was before, so. Long
22 before, but I'm not positive.
23    Q.  And why was that testing performed?
24    A.  It was in response to a letter from OSHA stating
25 that they had received a written complaint, and they asked

Page 31

1  us to investigate it and give a report.
2     Q.  Other than that testing and any testing performed
3  by OSHA, are you aware of any other air tests performed at
4  the UNICOR facility?
5     A.  I believe that safety department had a little
6  machine that they could test. I want to say they did. I
7  know they do it here, so.
8     Q.  What --
9     A.  It's part of that policy.
10    Q.  The machine, can you -- can you be more specific,
11 what you're talking about?
12    A.  No.
13    Q.  You have such a device at your current facility?
14    A.  Pardon me?
15    Q.  Do you have such a testing device at your current
16 facility?
17    A.  Yes.
18    Q.  Did you ever see a similar device at FCI McKean?
19    A.  I can't remember. That's why now I'm hesitating.
20 You know, I'm over 50, so I don't know if I'm combining the
21 factory in two plants or not. So the air quality in any
22 factory is real important, but I'm not -- I guess I should
23 just back up on that one, and Mr. Housler can answer that.
24 I'm not real sure now.
25    Q.  Okay.

Page 32

1     A.  But I just never had any concerns with the air
2  quality in that factory. Even when the complaints were
3  issued, we had the testing done immediately, and I -- I just
4  thought this was the -- the -- you know, I was amazed,
5  because I know I never even had problems, and we were there
6  a lot on the floor.
7     Q.  Well, just backing up for a second to the device
8  for testing air quality.
9     A.  Yes.
10    Q.  If I understand your testimony correctly, what you
11 are certain of is that such a device is used at your current
12 facility, and you can't recall whether one was available or
13 used at FCI McKean? Is that correct?
14    A.  Correct.
15    Q.  And as far as the response to notice that there
16 were at least concerns about air quality, am I correct that
17 no testing was undertaken until OSHA notified you that it
18 had received a letter from someone raising concerns about
19 the air quality? Is that also correct?
20    A.  I -- I honestly don't know that, and I don't
21 remember. I know the private company coming in that we
22 paid, that that's the first I remember doing it. But I
23 wasn't over at the factory the whole time. So in-house
24 testing is where I'm not sure of. But to pay an outside
25 person to come in, that's the first time. That I remember.

Page 33

1  Q. If there was any in-house testing, you're not
2  aware of it, though. Is that correct?
3  A. I don't remember.
4  Q. Okay. Did the employees have production quotas?
5  A. No. We -- we just were a job factory. The job
6  was there, it went through the factory, and it had a due
7  date.
8  Q. So there was a schedule by which employees were
9  expected to complete certain tasks or products?
10  A. Of course.
11  Q. Did you review anything in preparation for your
12  deposition today, Ms. Forsyth?
13  A. I tried to review the declarations that I had
14  given prior. Because it was in 2004, a lot of them.
15  Q. Did you review any production records or
16  photographs or any other records in preparation for your
17  deposition?
18  A. No, I don't have access to those.
19  Q. Are you familiar with a product known as Loc-Weld?
20  A. Is that the glue?
21  Q. Do you remember it as some sort of glue or
22  adhesive?
23  A. I don't know. I remember a glue, and I -- I think
24  it was like an Elmer's glue. If that's the one. I don't
25  know.

Page 34

1  Q. But as far as a glue or adhesive known as --
2  specifically as Loc-Weld, have you heard that term before?
3  A. I've heard that term. Prior to being the factory
4  manager, I was the business manager, so I helped pay bills.
5  Loc-Weld was a term that I heard, and I'm not sure -- I
6  think it's a glue. That's all I can tell you.
7  Q. Okay. Do you recall whether -- well, let me back
8  up. You've told us that your recollection of OSHA's
9  comments about air quality was that the quality of the air
10  was quite good. Do you recall whether OSHA raised concerns
11  about any other conditions in the factory or even issued
12  citations?
13  A. Yes. They did. Which is sort of normal, I think,
14  for OSHA when they come in. And I can't remember what they
15  were. I remember once that a fire hydrant wasn't accessible
16  and that kind of thing. But that's all I remember about
17  those.
18  Q. After you received OSHA's report or citations, did
19  you do anything in response to it?
20  A. The -- I can't recall if I saw the actual written
21  report, because I wasn't there. If I did see it, I would
22  have done everything that they had requested, because then I
23  have to respond to the warden as to what we have done to
24  correct things.
25  Q. It --

Page 35

1  A. I don't recall those -- those things.
2  Q. Is it your belief that you had already left the
3  facility by the time the OSHA report or citations were
4  issued?
5  A. That's what I'm thinking. I know that -- that
6  there was a verbal that had come in while I was still there,
7  but I don't recall seeing a written report.
8  Q. Did you maintain any notes, personal notes or
9  professional notes regarding your involvement with the OSHA
10  inspection?
11  A. No.
12  Q. Do you recall taking any actions after you spoke
13  with the OSHA representatives, but before they issued their
14  report, findings, or citations?
15  A. Specifically, I don't recall.
16  Q. Was it your practice to maintain any type of
17  journal or personal notes regarding your activities at
18  UNICOR?
19  A. No.
20  MR. LANZILLO: Give me one minute, please.
21  (Brief pause.)
22  MR. LANZILLO: Ms. Forsyth, thank you very much.
23  Those are all the questions that I have.
24  THE WITNESS: Thank you.
25  MR. COLVILLE: I have just a couple questions.

Page 36

1
2        CROSS-EXAMINATION
3  BY MR. COLVILLE:
4
5  Q. With regard to the MSDS sheets, you were
6  questioned about them being altered. Just a straightforward
7  question. Did you alter the MSDS sheets?
8  A. No, sir.
9  Q. You also mentioned that when the OSHA inspection
10  did occur, that -- I thought you said that they -- they
11  inspected or reviewed the MSDS sheets that were located -- I
12  think at least in two spots on the factory floor. Is that
13  an accurate statement?
14  A. To my knowledge. I can see in my mind where one
15  specifically is, and I'm pretty sure there is one in the
16  back, but I'm not positive. I'm almost positive.
17  Q. My question is a little more pointed than that.
18  Did OSHA ever go to the MSDS sheets, wherever they were
19  located, and inspect them?
20  A. I recall the man standing at the one in the front
21  looking through it, yes.
22  Q. Do you know whether or not when they were looking
23  through it, if they were looking at the MSDS sheet for
24  Micore board or Loc-Weld?
25  A. No, I don't know that.

Page 37

1  Q. Okay. Subsequent to OSHA looking at those MSDS
2  sheets, did they come to you at any time and report any
3  concern with what they found to be tampering or alteration
4  of MSDS sheets that they did look at, whether they were for
5  Micore board or any other?
6      MR. LANZILLO: Objection to form.
7  A. No. Not that I recall.
8  Q. Do you know whether or not FCI McKean was issued a
9  citation for having altered MSDS sheets as part of the OSHA
10 investigation?
11 A. Not that I'm aware of.
12 Q. When you walked the factory floor on a daily
13 basis, did you wear a respirator?
14 A. No, sir.
15 Q. Did any staff members wear a respirator while they
16 were on the floor?
17 A. Not to my knowledge.
18     MR. COLVILLE: That's all I have. Thank you.
19     MR. LANZILLO: Yeah, just a couple quick
20     follow-ups.
21
22         REDIRECT EXAMINATION
23 BY MR. LANZILLO:
24
25 Q. Miss Forsyth, you don't know whether OSHA actually

Page 38

1  inspected the MSDS sheets for the Loc-Weld or the Micore
2  board, do you?
3  A. I don't know that, no.
4  Q. Okay.
5  A. I can't recall.
6  Q. And how often did you actually operate a panel saw
7  or a router with Micore board on the facility floor?
8      MR. COLVILLE: Object to form.
9  A. Me specifically?
10 Q. Did you ever operate one of those machines with
11 Micore board, ma'am?
12 A. I did not.
13 Q. And how often would the supervisors or managers on
14 the floor actually be the operators of the equipment?
15 A. I don't know that.
16 Q. That would certainly not be a regular activity
17 undertaken by a manager, would it?
18 A. No. These were supervisors, so.
19     MR. LANZILLO: That's all I have. Thank you very
20     much.
21     MR. COLVILLE: That's all. We'll waive. Thank
22     you.
23
24     (Deposition concluded at 11:16 a.m.)
25

**A**
able 24:7
about 5:10,16,19 6:1
    12:9,23 13:11 19:2
    21:13,16,19 22:1,4,7
    23:25 25:23,25 27:13
    27:15,18,20,20,21
    28:1,1 31:11 32:16
    32:18 34:9,11,16
    36:6
ACA 20:22
access 20:14 33:18
accessible 34:15
accurate 36:13
acting 7:4
actions 35:12
activities 6:16 11:5,10
    26:13 35:17
activity 38:16
actual 34:20
actually 12:3,20 15:14
    28:4 29:5 37:25 38:6
    38:14
addition 6:13,15
address 4:7 15:3
addressed 13:1 20:17
adhesive 33:22 34:1
advise 6:15
after 7:18 22:11,20
    34:18 35:12
ago 12:23
agreed 27:3
ahead 6:14
ailments 21:17 22:2
air 21:9,9,16,19,24,25
    22:4,7,12,14,16,22
    23:21,24,25 24:3,13
    25:6,7,14,21,23
    27:25 28:3,11,11,13
    30:6,8 31:3,21 32:1,8
    32:16,19 34:9,9
airing 27:1
air-handler 26:24
air-handling 15:17,18
    15:21 16:1,8 27:13
al 1:3,5
almost 18:9,14 27:1
    36:16
alone 13:14,15
already 35:2
alter 36:7
alteration 37:3
altered 29:22,23 36:6
    37:9
altering 29:12
amazed 32:4
ambient 28:3,11
Ann 4:8
annual 8:16 13:4,7,16

14:4,12 18:24
annually 14:7
answer 3:21 24:23
    31:23
answered 6:16
anyone 8:4 12:25 26:11
    26:11 27:18 28:5
    29:11,16,19
anything 9:1 16:10
    22:13,21 25:24 27:24
    33:11 34:19
apologize 6:14
approach 8:8
approximately 6:25
    11:4,9 12:6 14:9
    28:21
area 11:15,19,19,22
    12:2 15:10 18:6 20:8
    26:23
areas 8:12 11:21 12:1
    23:1
around 3:19 11:8 23:18
    27:22
arrived 10:13
asked 25:2 27:20 28:25
    30:25
asking 22:8
aspect 10:18
assigned 16:4,6
assist 12:11
Associate 4:15
associated 16:14 17:1
association 30:3
assume 5:2,19 25:9,10
assumed 24:14
assurance 7:10
Attorney 1:11,19
AUSA 1:18
available 26:1,4 32:12
Avenue 1:11
aware 16:7,12,16 17:4
    17:21 18:3 20:9,20
    21:13,24 26:19 29:25
    30:7 31:3 33:2 37:11
away 10:6
a.m 1:11 38:24
A330 1:11

**B**
B 3:1
back 18:2 20:7 29:24
    31:23 34:7 36:16
background 7:13
backing 32:7
based 27:6
basis 14:12 37:13
became 18:3 21:23
become 16:12 17:21
    20:20 21:13 29:25
before 1:9 3:16,21

30:17,19,20,21,22
    34:2 35:13
Beginning 23:13
being 5:18 9:24 12:1
    24:7 25:1 34:3 36:6
belief 27:9 35:2
believe 5:10 7:2 8:9
    9:22 14:5 16:17 18:4
    19:12,22 20:6 23:10
    25:20 31:5
believed 25:11
best 8:3 17:3 27:3
Beth 7:10
better 7:23 22:16,23
between 3:17 5:22 28:8
Bevevino 17:11,13,14
    18:10
Bevevino's 17:17,21
big 15:17
bills 34:4
bit 3:17 12:11 17:19,24
    17:24 29:4
blow 24:3,13 25:15
blowing 24:5,20,20
blown 24:7
board 11:11,14 15:4
    16:15 17:2 18:12,13
    20:17,18,18,21 21:8
    26:24 28:2,9 29:13
    29:17 30:4 36:24
    37:5 38:2,7,11
boards 18:15 29:6,6,8
BOP 8:10 14:14
BP-9's 16:19
breathing 28:3,10
Brief 18:16 35:21
briefly 7:12
bring 8:4
brought 8:7 12:25
    16:25 19:23
Bureau 7:19,24,25
business 6:3 7:9 34:4

**C**
C 1:18
came 20:19,25
capacity 27:2
care 19:13
cases 3:12 4:4
cause 16:10
central 14:22 15:21
certain 32:11 33:9
certainly 38:16
changed 9:12
check 22:7
checking 12:10
chemical 19:23
citation 37:9
citations 34:12,18 35:3
    35:14

claim 17:6
claims 17:7,10
class 14:5
clean 23:17,17
cleanest 27:22
cleanliness 27:21
clearly 3:24 4:1
close 11:6 20:7
clothes 24:14
clothing 24:3,8,21
colds 18:1
Coleman 9:16,17 10:7
Colville 1:18 2:5 3:13
    24:22 35:25 36:3
    37:18 38:8,21
Colville's 3:20
combining 31:20
come 15:14 20:5 29:1
    30:9 32:25 34:14
    35:6 37:2
coming 16:20 22:6
    24:12 27:16 30:10
    32:21
commencing 1:10
comments 34:9
commonly 5:19
Commonwealth 1:10
Comp 17:5
company 30:9,13 32:21
complaining 16:19
    21:13,16
complaint 21:5,12,20
    30:25
complaints 16:13,25
    21:19,24 22:1,7
    29:25 32:2
complete 33:9
compressed 23:25
concern 25:21 27:23
    37:3
concerned 22:4
concerning 22:14
    27:25
concerns 22:1 32:1,16
    32:18 34:10
concluded 38:24
conditions 30:2 34:11
conducted 23:8
conducting 3:11
Conference 1:9
connection 5:24 21:25
    23:6 30:7
consult 20:11
contract 6:2
copies 19:18,19
correct 8:2,3,11 14:9
    15:7 17:15 18:23
    27:8,19 32:13,14,16
    32:19 33:2 34:24
Correctional 4:18

correctly 11:18 16:23
    21:10,23 32:10
County 9:20,21,24 10:3
couple 3:16 15:19
    19:14,15 35:25 37:19
course 7:3 33:10
Court 1:1 3:10
crackling 4:17
Cross-examination 2:5
    36:2
current 31:13,15 32:11
cut 12:2 28:2 29:3,8
cutting 11:10,10,14,19
    11:21
C.A 1:3,3,4,4,5

**D**
D 2:1 3:1
daily 12:4,9,12 28:19
    37:12
danger 25:8
dangerous 25:2,5,9
Data 19:8 20:4,12,14
    20:16 26:19 29:12
date 10:7 33:7
day 11:6 12:4 24:17
    25:3 27:22
day-to-day 6:16
DC 1:22
dealing 20:21
Debora 1:9 2:3 4:8
debris 15:15
December 1:10
declaration 29:21
declarations 33:13
Defendants 1:6,18
delay 3:17,19
department 8:17 13:5
    19:24 20:1 31:5
depended 12:8
depending 11:7,22
deposition 1:9 3:11,23
    33:12,17 38:24
described 18:25
description 8:19,23
design 10:17
device 23:25 31:13,15
    31:18 32:7,11
difference 28:17
differences 28:8
different 12:1 19:6,14
    19:16 23:1
direct 2:4 3:4 18:4,5
directly 7:1 28:2
disability 17:5,6,7
discreet 11:15
discuss 28:5
Discussion 18:17
District 1:1,1 3:10,10
documents 26:20

doing 3:12 10:6 12:8
    22:13,18 24:25 25:3
    25:20 30:10 32:22
done 8:5 32:3 34:22,23
double 27:1
Doug 3:13
Douglas 1:21
down 3:14 10:5 12:8
    15:14 28:15 29:1
due 33:6
duly 3:2
during 3:23 8:16 10:20
    10:25 11:3,6 13:17
    15:11 16:22,24 18:24
dust 15:14,16 20:17
    21:8 23:17 24:3,6,7,9
    24:12,14,20 25:15
    26:4,6,9,13,17,21
    27:7

E

E 2:1 3:1
each 15:13,13 18:21
    19:5 28:24
earlier 18:25
early 6:4,6 10:12
economics 9:15
educate 19:5,6
education 4:15 7:2,11
    7:14,17
educational 7:12
eight-hour 23:11,12
either 11:3 26:20 30:1
Elmer's 33:24
employed 4:12,23,25
    5:6,24 6:2 8:25
employee 16:25
employees 6:23 11:9,14
    11:16 13:12,13,14
    16:13 17:4 18:11
    26:2 29:5 30:1,1 33:4
    33:8
employment 11:5
enclosed 26:23
encompass 12:13
encompassed 28:20
end 24:21
engaged 11:4,10,14
    29:5
English 18:4
enough 15:3 25:9
entire 12:13 16:22,24
equipment 38:14
Erie 1:3,3,4,4,5,11,17
    3:15
Esquire 1:15,18,21
et 1:3,5
even 3:25 20:18 26:24
    27:5,7,21 32:2,5
    34:11

ever 15:2 16:12 20:11
    23:20 25:2,14 26:9
    26:16 29:5,19,25
    31:18 36:18 38:10
every 19:23
everybody 20:15 24:24
everything 11:24 15:24
    19:1 20:19,23 22:14
    34:22
exact 10:6
exactly 18:3
examination 2:4,6 3:4
    37:22
example 15:3 29:9
existing 8:5
expected 33:9
experienced 30:2
expert 11:24 15:23
exposure 28:8
eyes 25:22

F

F 3:1
face 26:8
facility 5:20,25 9:1,4
    9:12,13,14,23 10:3,5
    10:8,10,18,22 11:5
    11:15,20 12:24 15:11
    18:6 19:9 22:23 23:9
    26:2 27:8,20 28:3,11
    28:19,20 30:8 31:4
    31:13,16 32:12 35:3
    38:7
factory 5:13,14,18 6:11
    7:8 12:1,19 14:21
    15:15 18:8 19:14,16
    20:6,25 22:16,17
    23:1 27:25 31:21,22
    32:2,23 33:5,6 34:3
    34:11 36:12 37:12
fairly 6:6
familiar 14:15 33:19
Fantasky 7:10
far 18:15 24:12 32:15
    34:1
FCI 4:8,20,23,24,25
    5:3,3,6,13,14,20,23
    6:4,9 9:25 10:10,14
    13:12 31:18 32:13
    37:8
February 13:21
Federal 1:21 4:18
Ferguson 1:9,24,25
few 11:12 12:23 30:20
filed 16:19
findings 35:14
fine 22:15 28:15
finish 3:18
fire 34:15
first 1:22 3:1 4:6 10:11

    10:13 13:20 17:21
    20:24 21:1 32:22,25
floor 11:19,25 12:3,6
    12:14,19 18:8 19:14
    19:16 20:3,6 24:10
    28:22,24 29:4 32:6
    36:12 37:12,16 38:7
    38:14
Florida 9:18,21,24 10:3
    10:8
focusing 7:3
following 11:18 21:22
follows 3:2
follow-ups 37:20
force 25:7
foreman 17:16
foremen 18:8,21,23
    19:13
form 24:22 37:6 38:8
formal 7:17
Forsyth 1:9 2:3 3:7 4:8
    7:12 18:20 33:12
    35:22 37:25
found 37:3
four 7:2
frame 11:1
from 5:1,3 7:15 8:4,7,9
    8:10 9:12 11:16,25
    12:21,25 13:5 14:14
    14:14 16:17 19:17
    23:3,13 25:15 29:19
    29:25 30:24 32:18
front 36:20
full 4:6
full-time 4:13
furniture 9:2,8,9,13,23
    10:2,6

G

gave 4:16
general 15:6
generally 8:15 9:5
    28:11
gentleman 22:15,24
    23:2,3
Georgia 3:15 4:9,10
getting 24:18
give 7:20 8:17 31:1
    35:20
given 11:3 19:4 33:14
glue 33:20,21,23,24
    34:1,6
go 6:14 11:22 15:16,17
    19:24 36:18
goes 3:19
going 12:20 25:10
    28:24
Goldring 1:21
Goldring's 3:19
good 34:10

Gornall 1:16
graduate 7:15
graduation 7:18
Grant 1:19
great 25:23 27:1
guess 13:20 25:25
    31:22
guessing 11:12,13
    30:20
guidelines 15:6
gun 23:22,24 24:3,13
    25:15,22,24

H

H 3:1
half 5:10 12:10,12
    28:21,23
hand 20:1
handling 16:14
happened 22:20
happy 3:24 4:2
harm 27:21
having 3:1 17:9 37:9
Hayes 7:9 29:1
head 15:8
health 8:12 13:2 14:13
    22:2
hear 3:18,24 4:1
heard 16:17 29:19 34:2
    34:3,5
held 18:17
helped 34:4
hesitating 31:19
high 7:14,15,18
Hill 1:3 3:8,9
Holdnack 1:25
honestly 32:20
hookup 3:13,13,20,20
Houlihan 7:9 16:18
hour 12:10,12 28:21,23
hours 10:21 14:6,9
house-hunting 22:19
Housler 14:3 27:15
    31:23
Housler's 14:8
huge 26:25
hurt 25:22
hydrant 34:15

I

identity 27:10
imagine 24:6
immediate 6:19
immediately 32:3
imply 24:24
important 31:22
Inc 1:25
include 7:2 13:13,14
included 17:17
indicating 19:16

individual's 17:12
industries 1:21 4:15
    5:8 6:9 7:4 8:20 9:1
    10:21 15:12
information 4:4
initial 10:14
inmate 13:14 16:25
    18:11 21:16,20 24:25
    30:1
inmates 11:4 16:13,19
    17:16 18:19 19:2,5
    21:13,15 22:4 23:14
    23:16 25:14 26:9,16
    27:7 28:1,24 29:8
inserting 29:16
inside 22:16,23
inspect 36:19
inspected 36:11 38:1
inspection 23:5,6,8
    30:7 35:10 36:9
inspections 20:22
instances 16:7
institution 4:19 6:3
    19:24
institutional 16:5
instructed 26:17
instructions 4:5
interested 26:12
interim 16:20
interruption 18:16
investigate 31:1
investigation 37:10
involve 29:2
involved 10:17
involvement 35:9
involving 11:11
in-house 7:22 8:18 13:2
    13:6 32:23 33:1
irritations 30:2
issue 21:17 22:5,13
issued 32:3 34:11 35:4
    35:13 37:8
issues 17:9 18:14 22:12
ivy 17:25

J

J 1:5
Janis 1:9,24
January 13:21
Jesup 4:8,9,10,20,21,23
    5:3
job 6:7 7:20 8:19,23
    33:5,5
JOHN 1:5
journal 35:17
July 5:1
June 4:11 5:1,23
just 3:24 11:25 12:2,9
    13:4,15 15:24 21:22
    25:24 26:7 27:4,16

Ferguson & Holdnack Reporting, Inc.

27:24 28:3,10 31:23
  32:1,3,7 33:5 35:25
  36:6 37:19
J-E-S-U-P 4:22

**K**

keep 3:16 11:8
Kelly 3:8
Kenny 3:9
Kevin 3:8
kind 15:19 34:16
knew 15:24 21:17
  27:16
know 3:24 4:2 9:4,7,12
  10:2,7,12 17:8,9,19
  17:23 18:6,13,14
  19:7,20,23 20:22
  21:3,4,15,19,21 22:9
  23:8,11,13,19 24:17
  25:9,14,17,24 26:7
  27:6 28:12 29:10
  31:7,20,20 32:4,5,20
  32:21 33:23,25 35:5
  36:22,25 37:8,25
  38:3,15
knowledge 8:24 15:23
  17:3 26:4,5,16 28:12
  28:18 29:11,15,23
  36:14 37:17
known 5:19 22:6 33:19
  34:1
Knox 1:16

**L**

L 1:9,24
lack 7:23
laid 11:25
Lamanna 1:5 6:21
Lanzillo 1:15 2:4,6 3:5
  3:7 35:20,22 37:6,19
  37:23 38:19
large 11:19,21
last 14:8,25
lasted 14:5 17:25 28:20
late 6:5 10:12
Later 16:16
layout 10:17
leadership 8:8
learn 25:17
least 12:4 32:16 36:12
leave 24:18
leaving 24:20
Lees 9:20,21,24 10:3
Leesburg 9:18 10:8
left 5:8 35:2
length 27:15
Leslie 3:8
less 11:8,13
let 3:24 4:2,5 9:5 13:1
  23:15 34:7

letter 21:4 30:24 32:18
let's 18:18
levels 28:8
like 6:6 23:10 33:24
little 3:17 4:17 31:5
  36:17
located 4:19 12:18
  19:14,15 36:11,19
location 3:14 14:22
locations 20:9
Loc-Weld 33:19 34:2,5
  36:24 38:1
long 4:10,25 5:9,14
  10:2 14:4 17:25,25
  30:21
look 15:20 29:1 37:4
looking 29:3,24 36:21
  36:22,23 37:1
lot 19:3 32:6 33:14

**M**

machine 11:22 15:13
  15:15 23:17,18 28:9
  28:24 31:6,10
machines 15:21 28:13
  28:14,16 29:7 38:10
made 16:16 22:6,6,22
  26:1
maintain 35:8,16
maintained 14:22 19:8
  20:4
maintaining 15:25
  19:11,20
maintenance 16:2,5
  19:13 20:1
majority 10:23
make 3:22 9:1 20:23
  21:22
making 9:7,9,10 21:20
malfunction 16:11
malfunctioned 16:8
man 36:20
manager 5:13,14,18
  7:8,9,10 17:14 34:4,4
  38:17
managers 7:1,6 38:13
manufacturing 9:13,23
  10:3
many 6:25 10:25 11:4,9
  29:8
Marty 7:8
mask 26:6 29:17
masks 26:4,7,9,13,17
  26:21 27:7
material 19:8 20:3,11
  20:14,16 26:19,22
  29:12
materials 19:5
matters 3:9
may 3:20

maybe 29:1
ma'am 38:11
McKean 4:24,25 5:3,7
  5:13,15,20,23 6:4,9
  9:25 10:10,14 13:12
  31:18 32:13 37:8
McLaughlin 1:16
mean 13:10 21:23 25:4
  26:12
medical 17:5
members 8:6 37:15
memory 11:6 30:21,21
mentioned 13:23 36:9
Michael 1:3,18 3:8 7:9
  16:2
Micore 11:11,14 15:3
  16:14 17:2 18:12,13
  20:17,18,21 21:8
  28:2,9 29:6,13,17
  30:3 36:24 37:5 38:1
  38:7,11
middle 6:5
might 17:8 28:8
mind 3:16 36:14
minute 35:20
Miss 37:25
misspoke 10:9
mistaken 13:21
moment 3:21
moments 12:23
month 19:5
monthly 18:15
months 6:2 30:20
more 12:11 15:6,18
  26:12 31:10 36:17
most 23:14
moved 9:15 19:17
moving 22:19
MSDS 19:11 20:19,20
  29:22,23 36:5,7,11
  36:18,23 37:1,4,9
  38:1
much 12:6 35:22 38:20
multiple 19:18,19
Myron 3:8

**N**

N 2:1
name 3:7 4:6,18 9:22
  10:7 13:24 17:12
  30:13
names 7:5 26:12
near 20:5 28:14
necessarily 26:12
necessary 23:15 27:2
need 22:17,21
needed 27:2
never 25:16,24 29:22
  29:22 32:1,5
new 12:10

next 6:18
night 10:24 11:8
nods 15:8
normal 12:11 14:25
  34:13
Notary 1:9
notes 35:8,8,9,17
notice 21:11 28:17
  32:15
notified 32:17
November 5:11,12
NW 1:22

**O**

O 3:1,1
object 24:22 38:8
Objection 37:6
observe 12:20 23:20,21
  24:7,13 29:5
observed 23:21 24:2
  28:18
occasion 24:25 28:25
occasions 15:19
occupational 8:12
occupied 6:8
occupy 5:9
occur 13:16 28:8 36:10
occurred 14:12 29:20
  30:17
off 18:17 23:22 24:3,8
  24:12,14,20
office 1:19 6:3 12:16,21
  13:23 14:8 20:6
offices 1:11
often 12:3 14:24 24:16
  38:6,13
Okay 6:7,18 8:19 10:10
  11:23 13:7 14:1 24:7
  24:19 25:7,11 31:25
  33:4 34:7 37:1 38:4
once 13:8 24:17 25:3
  34:15
one 9:24 11:18,19,21
  11:21 12:2 16:16
  17:10 19:25 20:5,7
  22:15,25 23:11 25:3
  31:23 32:12 33:24
  35:20 36:14,15,20
  38:10
open 10:11
opened 10:5
operate 38:6,10
operated 9:25 10:25
operating 9:5,5
operation 6:11 10:13
  10:16,22 23:9
operations 28:4
operator 28:9
operators 38:14
opposed 28:10

original 4:16
OSHA 20:24 21:1,6,12
  21:12,18 22:6,11,14
  22:24 23:3,3,5 27:2
  27:16,18,20 28:5
  30:7,10,18,24 31:3
  32:17 34:10,14 35:3
  35:9,13 36:9,18 37:1
  37:9,25
OSHA's 34:8,18
other 7:25 9:1 11:15,16
  14:11,12,15 15:11
  16:17 17:5 20:9
  23:16 25:18 26:20
  28:18,19 30:2,6,8
  31:2,3 33:16 34:11
  37:5
out 11:20,25 12:10
  17:23,24 29:16
outside 8:1,4,8,9,12,18
  12:24,25 14:14 15:17
  15:24 22:17,23 23:2
  32:24
over 26:8 31:20 32:23
overlooking 12:19

**P**

PA 1:17,20
packing 20:8
paid 32:22
panel 15:10 29:9 38:6
Pardon 31:14
Park 1:11
part 10:1 13:20 21:11
  22:3 24:19 31:9 37:9
participate 23:5
particle 20:18 26:24
particular 13:11,16
  14:1,5 16:18 26:11
  26:22 27:11
particularly 28:10
pause 3:21 35:21
pay 32:24 34:4
PC 1:16
pending 3:9
Pennsylvania 1:1,10,12
  3:11,15
people 8:7 22:1,5,9
  28:5 30:3
performed 30:8,14,23
  31:2,3
performing 26:13 27:8
period 5:22 10:20
  15:12
periodically 23:16
periods 28:22
person 16:5 27:10
  32:25
personal 35:8,17
personally 20:11 22:20

photographs 33:16
pick 18:15
Pittsburgh 1:20
place 14:20 18:3 27:23
places 19:14,16
Plaintiff 1:3
Plaintiffs 1:15
plant 9:16,17
plants 31:21
plastic 9:10,13
please 4:6 35:20
pneumatic 23:25
pneumonia 18:1
point 22:15 28:4
pointed 36:17
poison 17:25
policies 15:6
policy 14:20 31:9
polluted 15:15
position 4:14 5:9,11,12
    6:8 8:23 10:14
positive 13:22 17:8,9
    19:12 20:2,23 23:2
    30:22 36:16,16
Possibly 26:23
potential 27:21
practice 35:16
precisely 4:18 30:16
preparation 33:11,16
present 12:5 23:4
presently 4:12,19
pressure 25:6
pretty 36:15
prior 4:23 5:12 30:10
    33:14 34:3
prison 1:21 8:1,5
Prisons 7:19,24,25
private 30:9 32:21
probably 5:16 11:7
    24:17 25:3
problems 16:14 17:1,6
    17:17,18,20,22 18:2
    21:14 32:5
procedures 14:20
proceedings 18:16
process 29:6
product 12:10 28:25
    33:19
production 33:4,15
products 9:10,13 10:6
    33:9
professional 4:6 35:9
program 8:1 14:15,17
    14:19,24,25 15:2
programs 7:21
promotion 5:4
prompted 21:3,6
provided 7:22 8:11
    13:2 14:1,8 18:19
    26:6

providing 18:20
proximity 28:4
Public 1:10
Purely 9:15
put 26:8

_____ Q _____
quality 7:10 21:9,16,19
    21:24,25 22:4,8,12
    22:14,16,23 28:13
    31:21 32:2,8,16,19
    34:9,9
question 3:21,22,25 4:1
    6:18 36:7,17
questioned 36:6
questions 7:3 13:1 22:8
    35:23,25
quick 37:19
quite 17:19,23,24 29:2
    29:4 30:19 34:10
quotas 33:4

_____ R _____
R 3:1,1
raised 22:12 34:10
raising 22:1 32:18
rare 26:15
rather 28:2
react 22:18
readers 22:25
reading 27:13
ready 24:18
real 18:9 31:22,24
really 5:16 12:8 16:9
    21:19 22:17
reason 23:22
recall 7:5 10:4 16:11
    21:1,5 22:13 27:10
    27:12 29:21 30:13,16
    30:17 32:12 34:7,10
    34:20 35:1,7,12,15
    36:20 37:7 38:5
receive 8:15 14:12,24
    16:12 18:11
received 7:20 8:9 12:24
    13:5 18:14,24 22:7
    30:25 32:18 34:18
receiving 21:11
Recognizing 30:16
recollect 8:3
recollection 34:8
record 18:17
records 33:15,16
Redirect 2:6 37:22
referred 5:18 23:24
referring 24:4
refresher 8:16
regard 36:5
regarding 13:2 14:13
    15:9 16:13 17:1

18:12 22:11 28:7
29:11,17 30:1 35:9
35:17
regular 13:13 38:16
related 17:6
relating 29:12
relative 3:12 4:4 23:9
remain 8:22
remember 5:16 10:4
    17:23 19:22 20:5,10
    21:10,17 22:10,10,24
    23:23 24:11 25:21,23
    27:3,12 29:24 30:12
    31:19 32:21,22,25
    33:3,21,23 34:14,15
    34:16
remote 3:14
repeat 3:25
rephrase 3:25 4:2
report 22:14 31:1
    34:18,21 35:3,7,14
    37:2
Reported 1:24
Reporting 1:25
represent 3:8
representatives 35:13
requested 34:22
require 26:25
required 26:20
respirator 29:16 37:13
    37:15
respirators 26:1,5,21
    27:7
respiratory 16:14 17:1
    17:6,8,18,20,22
    21:14 22:2
respond 34:23
response 4:16 21:7
    30:24 32:15 34:19
responsibilities 6:7
responsible 6:10,15
    15:25 18:19,21 19:11
    19:20,25
rest 8:10 15:17
resume 18:18
review 33:11,13,15
reviewed 36:11
Rich 3:7
Richard 1:15
right 5:22 10:5 18:18
    20:5 24:2,21 29:2
Robin 17:13,14
room 26:25
rotated 18:9
router 38:7
routine 24:19
routing 29:7
RPR 1:24

_____ S _____

S 3:1
safety 8:13,16 13:3,5
    13:23 14:7,13 18:14
    18:18,22 19:8,12,24
    20:3,12,14,16 26:19
    26:20 29:12 31:5
Salerno 16:2 22:25
    23:3 25:6 27:14
same 8:22 9:24 21:13
Sapko 7:8 16:17 18:5
saw 23:17 28:10 29:9
    34:20 38:6
sawing 29:6
saws 15:10,11 23:16,16
    25:15 28:2,5
schedule 33:8
school 7:14,15,18
screwdrivers 15:19
second 32:7
see 24:16,25 26:9,15
    31:18 34:21 36:14
seeing 23:23 24:11
    26:25 28:25 35:7
seen 25:2 27:23 29:22
self-taught 19:3
seminar 8:1
send 7:25
Sennett 1:16
separate 11:16
serves 11:6
session 13:8
sessions 14:11 18:24
set 28:14
setting 10:15
sheet 20:16 29:22,23
    36:23
sheets 19:8 20:4,12,14
    26:19 29:12 36:5,7
    36:11,18 37:2,4,9
    38:1
shift 11:3 23:13 24:21
shifts 10:25
shop 11:19,21 12:3,6
    12:14 20:3 28:22,23
    29:3
show 19:4
sick 17:19
Siggers 3:8
significant 28:22
silica 20:17
silos 15:17
similar 31:18
simply 4:3
Since 4:11
sir 5:5 6:1,20,22 7:24
    9:11 10:19 12:15,17
    15:5,8,13 36:8 37:14
sitting 27:5
skin 30:1,2
Snyder 19:25

some 4:3 18:1 23:25
    33:21
someone 14:3 28:10
    32:18
something 16:20 19:6
    24:5,18 25:23 29:1,3
sometime 12:9
sometimes 12:4,11
soon 30:17
sorry 9:20
sort 23:25 33:21 34:13
source 14:14
South 1:11 4:9
space 27:14
speaking 3:18
specialist 6:2
specific 15:2 21:16
    22:4,5,9 28:18 31:10
specifically 8:14 16:4,6
    16:16 18:13 22:9
    25:19 26:14 27:12,16
    27:24 29:6,15 30:12
    34:2 35:15 36:15
    38:9
specifics 21:21
spend 12:6 28:21
spoke 35:12
spots 36:12
spraying 23:22
spread 11:20
staff 8:5 13:9,10,12,13
    13:15 14:3 16:13,17
    16:25 17:4,7,10
    21:20 30:1 37:15
standing 36:20
start 3:21
started 3:17 5:23 10:5
    22:8
state 4:6
statement 22:22 36:13
statements 14:15,19,24
    14:25 15:2
States 1:1,11,19 3:10
static 4:17
stating 29:21 30:24
station 20:7
Steve 14:3,8
still 7:3 9:4,7 35:6
stop 9:5
straightforward 36:6
Street 1:16,19,22 4:9
striking 29:16
strong 15:18
subject 21:5
submitting 17:4
Subsequent 37:1
suck 15:14
sucked 15:20,24
suggested 26:20
Suite 1:11,19

**superintendent** 5:8 6:8 7:4,7 8:20,25 10:21 15:12 16:23,24 26:3
**supervise** 6:23
**supervised** 7:1,6
**supervision** 6:10
**supervisor** 6:19 7:11 16:3 17:14 18:4,5
**supervisors** 7:5 38:13 38:18
**supplies** 19:3
**supposed** 29:22
**sure** 3:22 9:15 11:13 14:25 18:2,9 19:21 20:23 21:4,22 22:20 24:11 31:24 32:24 34:5 36:15
**sweep** 24:10
**sworn** 3:2
**system** 8:1,5 15:10,17 15:18,22 16:1,1,8,8 26:24 27:1,14

**T**

**T** 3:1
**table** 23:16
**take** 12:9
**taken** 1:9
**taking** 35:12
**talk** 19:2 25:23
**talked** 12:23 27:15
**talking** 5:19 13:11 23:24 28:24 31:11
**talks** 18:22
**tampering** 37:3
**tasks** 27:8 33:9
**teach** 8:8
**teamwork** 8:8
**tell** 7:5 15:9 26:14 28:15 34:6
**telling** 16:18
**tells** 30:21
**tenure** 6:4
**term** 7:23 34:2,3,5
**test** 23:10,11,12 30:8 30:14 31:6
**testified** 3:2
**testimony** 2:3 16:23 21:23 27:4,5 32:10
**testing** 23:1,6 28:13 30:6,10,10,18,23 31:2,2,15 32:3,8,17 32:24 33:1
**tests** 23:11 31:3
**thank** 35:22,24 37:18 38:19,21
**their** 16:2 18:24 22:6 24:8,14,19,21 27:21 30:10 35:13
**themselves** 23:22 24:3

24:8,12 25:15,22
**thing** 15:19 34:16
**things** 3:16 9:15 10:15 12:1 17:25 19:7 22:9 28:15,18 34:24 35:1
**think** 3:19 11:13 13:4 13:21 16:10 17:17 20:1,19 21:4,15 22:20 26:24 27:14 28:6 33:23 34:6,13 36:12
**thinking** 17:10 23:11 23:12 30:19 35:5
**though** 28:1 33:2
**thought** 25:25 29:1 32:4 36:10
**three** 5:10
**three-way** 3:13
**through** 7:24 15:16 19:24 25:18 28:19 33:6 36:21,23
**throughout** 8:22 11:20 11:22 28:24
**tied** 15:21
**Tim** 7:9
**time** 3:18,18,23 5:22 8:22 9:24 10:1,20,23 10:25 11:3 12:6 13:17 15:12 16:22,24 18:1 19:17,17 20:24 21:13 22:18 23:4 28:22 29:8 32:23,25 35:3 37:2
**times** 8:7 12:5 24:9
**title** 5:6
**today** 3:11 27:5,6 33:12
**told** 25:1,5 27:1,11 34:8
**tools** 15:20
**topics** 19:2
**total** 6:10
**train** 8:5
**training** 7:17,19,20,22 8:8,12,15,16,17 12:24 13:2,5,7,11,16 14:2,4,7,11,13 18:11 18:14,18,19,24,24
**transfer** 5:3
**transferred** 5:2
**transmission** 4:17
**trick** 4:3
**tried** 11:8 33:13
**trip** 22:19
**trying** 16:9
**tube** 15:13
**twice** 12:4
**two** 5:17 6:1 11:2 14:5 14:9 15:1 31:21 36:12

**two-hour** 14:11
**type** 17:5 26:6 35:16

**U**

**uh-huh** 9:22
**understand** 3:14 4:1 16:23 21:25 27:4 28:20 32:10
**understanding** 15:9 27:17,19,19 28:7
**undertaken** 30:6 32:17 38:17
**UNICOR** 1:21 5:20,24 8:20 9:1 10:10,22 11:5 12:24 15:11 16:4,6 18:6 19:9 26:2 26:22 27:8 30:8 31:4 35:18
**United** 1:1,11,19 3:9
**unnecessary** 27:6
**until** 10:23 32:17
**updated** 15:1
**Upstairs** 12:19
**use** 15:3,11 17:1 18:12 29:12,17
**used** 25:14 32:11,13
**using** 23:21 24:2,13 25:21 26:21 28:2
**utilizing** 23:16

**V**

**v** 1:4
**various** 7:21 8:7,17 10:6 17:24 19:1 28:14
**ventilation** 15:10 16:1 16:8
**verbal** 35:6
**very** 11:12 35:22 38:19
**video** 1:9 3:12,13
**videotapes** 19:4
**visit** 21:1,3,6,12 22:11

**W**

**W** 1:3
**waive** 38:21
**walk** 12:12,13 28:19
**walked** 37:12
**walking** 11:25 27:22 28:16
**walks** 12:9
**want** 3:20 4:3 21:22 24:24 31:6
**Ward** 3:9
**warden** 4:15 6:16,18 6:21 34:23
**Washington** 1:22
**wasn't** 10:15 15:15 18:4 27:2 29:2 32:23 34:15,21

**watching** 28:16 29:2
**way** 3:19
**wear** 26:17 27:7 37:13 37:15
**wearing** 26:9,21
**Wednesday** 1:10
**well** 3:20 9:5 12:8 19:23 32:7 34:7
**went** 33:6
**were** 4:23,25 5:6,14,24 6:7 7:2,4 8:11,17,25 9:15 10:15,17,20,21 10:25 11:6 12:1,1,3 12:10 15:12,21 16:19 16:22,24 18:5,8,21 19:2,3,4,4,7,8,13,15 19:17,17,19 20:3 21:13,24 22:1,3,6,12 23:1 24:5,7,9,18,20 25:1,3,4,20 26:1,2,4 26:7,13,16,25 28:2,4 28:15 32:2,5,16 33:5 33:8 34:15 35:3 36:5 36:11,18,22,23 37:4 37:16 38:18
**West** 1:16
**Western** 1:1 3:10
**We'll** 38:21
**we're** 3:11,12 5:19
**while** 5:6 6:8 8:25 26:2 30:3,3 35:6 37:15
**white** 26:7
**whole** 3:22 28:20 32:23
**Witness** 15:8 35:24
**witnessed** 25:16
**word** 29:16,17
**words** 7:25 11:16
**work** 4:8 13:12
**worked** 15:10 18:7,8
**Workers** 17:5
**working** 15:3 23:14 28:9 30:3
**workload** 11:7
**written** 8:19 30:25 34:20 35:7

**X**

**X** 2:1

**Y**

**Y** 3:1
**yeah** 8:3 37:19
**year** 6:1,1 13:8,17,20 15:1 30:20
**yearly** 13:4 18:9
**years** 5:10,17 15:1

**0**

**03-323** 1:3
**03-355** 1:4

**03-368** 1:4
**04-011** 1:5
**05-160** 1:3

**1**

**10** 11:13
**10th** 1:16
**10:08** 1:11
**100** 11:8
**11:00** 10:24
**11:16** 38:24
**120** 1:16
**15219** 1:20
**160** 11:7
**16501** 1:12,17
**17** 1:11
**1974** 7:16
**1989** 5:1,23
**1999** 5:11,12

**2**

**200** 11:7,7
**2003** 4:11 5:1,23
**2004** 33:14
**2006** 1:10
**20534** 1:22
**2600** 4:9

**3**

**3** 2:4
**301** 4:9
**36** 2:5
**37** 2:6

**4**

**4:00** 23:13
**400** 1:22
**4000** 1:19

**5**

**50** 31:20

**6**

**6** 1:10

**7**

**7:10** 10:23
**7:30** 10:23 23:13
**700** 1:19

**8**

**89** 10:12

**9**

**90** 10:12
**91** 6:6
**92** 6:6