Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2
3  MICHAEL W. HILL, et al.,    : C.A. No. 05-160 Erie
         Plaintiff     : C.A. No. 03-323 Erie
4                      : C.A. No. 03-355 Erie
         v.            : C.A. No. 03-368 Erie
5                      : C.A. No. 04-011 Erie
   JOHN J. LAMANNA, et al.,    :
6        Defendants     :
7
8
9        Video Conference Deposition of JOHN J. LAMANNA,
    taken before and by Janis L. Ferguson, Notary
10   Public in and for the Commonwealth of Pennsylvania,
    on Wednesday, December 6, 2006, commencing at
11   1:01 p.m., at the offices of the United States
    Attorney, 17 South Park Avenue, Suite A330,
12   Erie, Pennsylvania 16501.
13
14
15  For the Plaintiffs:
    Neal R. Devlin, Esquire
16   Knox McLaughlin Gornall & Sennett, PC
    120 West 10th Street
17   Erie, PA 16501
18  For the Defendants:
    Michael C. Colville, Esquire, AUSA
19   Office of the United States Attorney
    700 Grant Street, Suite 4000
20   Pittsburgh, PA 15219
21  Douglas Goldring, Esquire
    Federal Prison Industries (UNICOR)
22   400 First Street NW
    Washington, DC 20534
23
24
         Reported by Janis L. Ferguson, RPR
25       Ferguson & Holdnack Reporting, Inc.

Page 2

1              I N D E X
2
3  TESTIMONY OF JOHN J. LAMANNA
4     Direct examination by Mr. Devlin . . . . . . . . 3
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1        J O H N  J.  L A M A N N A, first having
2    been duly sworn, testified as follows:
3
4              DIRECT EXAMINATION
5  BY MR. DEVLIN:
6
7      Q.  Warden Lamanna, my name is Neal Devlin, and I and
8  my firm represent a number of prisoners in some lawsuits in
9  which you were named as a Defendant along with several other
10  Defendants.  Those lawsuits generally involve allegations
11  regarding the UNICOR facility that was operated at FCI
12  McKean, as well as Michael Hill's case involves a dental
13  claim related to some dental treatment he received at FCI
14  McKean.
15        Obviously, we're conducting this deposition by a
16  video hookup.  It's my understanding that as I'm speaking,
17  you should be able to see me.  If Attorneys Colville or
18  Goldring raise objections or speak, you should be able to
19  see them.  And when you're speaking, I should be able to see
20  you.
21        I bring that up because the only -- the only real
22  difficulty this hookup has had is the delay associated with
23  when I say something and when you hear it.  It could lead to
24  us talking over one another.  If that happens, or -- well,
25  to try to avoid that, I will try my best to put a pause at

Page 4

1  the end of all my questions, and I would ask that when
2  you're done answering, you pause for what will probably seem
3  like a little bit longer than you otherwise would have to,
4  just so I'm sure you're done answering.
5        If we do start talking over one another, I will
6  put my hand up to ask that we both stop, and then I'll jump
7  in and either ask you to continue your answer, or if I was
8  in the middle of a question, we'll ask that question, and
9  I'm sure we'll work it out.
10        Other than that instruction, have you ever been
11  deposed before, Warden?
12      A.  Yes, I have.
13      Q.  Okay.  So you're aware we'll need to have all of
14  your answers verbal.  A nod of the head doesn't work, and
15  we'll try to stay away from uh-huh and huh-uh as much as
16  possible.  Additionally, I'll do my best to make my
17  questions understandable, but I have no doubt that some of
18  them will not be.  And so when that happens, just let me
19  know, and I'll be happy to rephrase the question and try to
20  make it so we're both getting at the same thing.
21        If you give me an answer to a question, I'm going
22  to assume that you understood it and that you're giving me a
23  truthful and complete answer.
24        And, finally, if for any reason you don't know the
25  answer to a question, I don't want you to guess or

1 (Pages 1 to 4)

Page 5

1  speculate. Simply tell me that you don't know, and maybe
2  we'll break it down a little bit more. And if you simply
3  don't know, then you don't know, and that's fair enough.
4          With those as the ground rules, can I just get
5  your full name.
6      A.  John J. Lamanna.
7      Q.  And do you prefer Mr. Lamanna or Warden Lamanna?
8      A.  Either is fine.
9      Q.  Okay. Warden Lamanna, can you take me through
10  your education, starting with high school and then taking me
11  beyond that.
12     A.  Went to high school in New York City and also
13  attended college in New York City.
14     Q.  Where -- what college did you attend in New York
15  City?
16     A.  Bernard Baruch College.
17     Q.  And did you graduate from that college with a
18  degree?
19     A.  No, I did not.
20     Q.  Warden, are you currently employed?
21     A.  Yes, I am.
22     Q.  Okay. And who is your current employer?
23     A.  Federal Bureau of Prisons, U.S. Department of
24  Justice.
25     Q.  And what is your current job?

Page 6

1      A.  I am the warden at the Federal Correctional
2  Institution at Edgefield, South Carolina.
3      Q.  And how long have you been the warden at
4  Edgefield?
5      A.  Going on three years.
6      Q.  And prior to being the warden at Edgefield, what
7  job did you have immediately before that?
8      A.  I was warden at FCI McKean, Pennsylvania.
9      Q.  And for how long were you warden at FCI McKean?
10     A.  June 2001 until January 2004.
11     Q.  And if you don't mind, take me back. What did you
12  do before that; before FCI McKean?
13     A.  I was warden at FCI Elkton from August 1996 until
14  June 2001. Prior to that, I was warden at FPC Seymour
15  Johnson, January of 1995 until August 1996. Do you want me
16  to continue to go back?
17     Q.  Yeah, a couple more, if you don't mind.
18     A.  Okay. August 1992 to January 1995 I was executive
19  associate at FCI Buckner, North Carolina. June 1990 to
20  August 1992, I was at -- a national conference administrator
21  at our central office in Washington, D.C. January 1989 to
22  June 1990, I was associate warden, FCI McKean, Pennsylvania.
23  June 1986 to January 1989, I was inspector for the Office of
24  Inspections, its central office in Washington, D.C.
25  July 1985 to June 1986, I was executive assistant to the

Page 7

1  warden at FCC New York. October 1984 to July 1985, I was
2  comptroller at FCI Otisville, New York. September 1983 to
3  October 1984, I was the business manager at the federal
4  prison camp in Boron, California. From August 1980 to
5  September 1983, I was a purchasing agent, property
6  management specialist at FCI Otisville, New York.
7      Q.  That's good, Warden. I appreciate that. I wanted
8  to go back 20 years, and you did that for me, and I
9  appreciate that.
10          Can you generally describe for me, while you were
11  warden at FCI McKean, what were your job duties? And I know
12  that's a broad question, because I know -- I'm sure as a
13  warden, you had a lot of job duties. But let's start with
14  that, and then we can get more specific.
15     A.  Overall, I am responsible for the running and
16  management of the Federal Correctional Institution and the
17  camp.
18     Q.  Now, I am correct that there was what we
19  referred -- what we have thus far referred in this lawsuit
20  to as a UNICOR facility at FCI McKean? Is that correct?
21     A.  That is correct.
22     Q.  And is the UNICOR facility a part of the Bureau of
23  Prisons? In other words, is that something within the --
24  that is run by the Bureau of Prisons, rather than by an
25  outside contractor?

Page 8

1      A.  It -- yes, it is.
2      Q.  At any of the other institutions that you have
3  worked at or are presently working at, were there UNICOR
4  facilities at those institutions?
5      A.  Yes.
6      Q.  Which institutions had UNICOR facilities?
7      A.  I believe every facility that I have worked at had
8  UNICOR.
9      Q.  Okay. Now, am I correct that the UNICOR facility
10  at FCI McKean was involved in the production of furniture?
11  Is that right?
12     A.  It was involved in the production of segments,
13  pieces that would be used for assembling in another factory
14  of furniture, yes.
15     Q.  So, in other words, the UNICOR facility at FCI
16  McKean did not manufacture final pieces of furniture, but,
17  rather, component parts of that furniture that would later
18  be assembled somewhere else. Is that right?
19     A.  That's my understanding, yes.
20     Q.  The other UNICOR facilities that were located at
21  the other facilities in which you worked, did they have the
22  same responsibility, or did they have other -- did they do
23  other things?
24     A.  Other products.
25     Q.  What other types of products did the UNICOR

2 (Pages 5 to 8)

9ced8cfc-c1c4-4612-b901-d7be25eeeaa6

Page 9

1  facilities manufacture, other than the furniture or
2  furniture components that were manufactured at McKean?
3      A.  Well, at FCI Edgefield, we have a textile factory
4  here, which means we manufacture textile items, which may be
5  military uniforms, to protective vests for the military,
6  tarps, other such items as that.
7      Q.  Okay.  As warden, where did you fall in the chain
8  of command with respect to UNICOR?
9      A.  (No response.)
10     Q.  And let me --
11     A.  As I stated earlier --
12     Q.  Go ahead and answer the question.  It may have
13  been a bad question.  But if you can answer it, go ahead.
14     A.  I was going to say, as I stated earlier, I'm
15  responsible for the overall management and running of the
16  institution.  So as far as the UNICOR operation, I have
17  oversight over it, as I do all functions of the institution.
18     Q.  Okay.  So it's my understanding that at least for
19  one period of time, Debora Forsyth was substantially
20  involved, as superintendent of industries, in handling a lot
21  of the day-to-day operations of UNICOR.  Is that correct?
22     A.  That is correct.
23     Q.  Would she answer directly to you, then?
24     A.  She would answer directly to me and also
25  Washington, D.C.; the corporate leaders for UNICOR.

Page 10

1      Q.  How much involvement did you have in the
2  day-to-day operations of UNICOR?
3      A.  Oh, I would -- I had oversight over it, as I did
4  all other operations.
5      Q.  Okay.  Were you physically there in the UNICOR
6  portion of the prison -- let's say, were you physically
7  there on a daily basis?
8      A.  No, not on a daily.  I usually try to make a trip
9  to visit each part of the institution on a weekly basis.
10     Q.  Okay.  Are you aware, is the UNICOR facility at
11  FCI McKean still operating?  If you know.
12     A.  I don't know.  I'm assuming it is, but I do not
13  know.
14     Q.  As part of the manufacturing operations at UNICOR,
15  am I correct that there would be the cutting and shaping of
16  Micore board?
17     A.  I really don't have any direct knowledge of that.
18     Q.  Well, am I right that one of the things that they
19  did at UNICOR was cut boards?  Whatever the boards were made
20  of, they cut some type of particle or wood-type board?
21     A.  I believe, to the best of my recollection.  It
22  was -- it's been several years since I've been there, but,
23  yes, to the best of my recollection, I believe they did.
24     Q.  Okay.  And, again, to the best of your
25  recollection, on your weekly visits there, do you recall

Page 11

1  observing people cutting or shaping what might have appeared
2  to be some type of board?
3      A.  To the best of my recollection, I recall going
4  through the factory and observing inmates at several
5  different work stations doing several different things.
6  Some of it may have been, I believe, to the best of my
7  recollection, probably cutting some boards, as well as
8  packaging and all different types of different things
9  that -- as you would, I guess, believe to see in a
10  manufacturing setting.
11     Q.  Okay.  The people that were working in the UNICOR
12  facility, obviously, the inmates worked there.  Is that
13  correct?
14     A.  Inmates, as well as staff, yes.
15     Q.  Generally, what were the staff responsibilities in
16  UNICOR?
17     A.  Depending upon their job, they would have
18  different responsibilities.
19     Q.  What would be the range?  I mean, what did --
20     A.  Well, as -- as you had mentioned previously,
21  Miss Forsyth was the superintendent of industries, so she
22  was directly responsible for UNICOR operations.  You would
23  have a factory -- factory manager who would be in charge of
24  the production of the factory.  And this would be on a daily
25  basis.  That's where their offices were located, and that's

Page 12

1  where they spent almost 100 percent of their time while at
2  the institution.
3      Q.  Was there anyone -- and maybe the best way to do
4  this is to go down sort of the employment chain with you as
5  the person with the ultimate oversight.  Then my
6  understanding is Ms. Forsyth, as the superintendent, was the
7  next person in charge.  Below her would be the factory
8  manager?  Is that correct?
9      A.  That's correct.
10     Q.  Okay.  How about --
11     A.  And production.
12     Q.  Okay.  And then how about below the factory
13  manager?  What other staff members would be there?
14     A.  Would be staff foremen, UNICOR foremen.
15     Q.  Are there any other staff members who would --
16  whose jobs would be related to the UNICOR facility or who
17  would work in the UNICOR facility?
18     A.  Well, there would be individuals that would be
19  working in the business office, there would be a business
20  manager, there would probably be a purchasing agent, an
21  accountant, a warehouse person or shipping foreman, shipping
22  the products in and out.
23     Q.  Of the staff members you have identified, from
24  Ms. Forsyth all the way down to the folks you just
25  mentioned, which of those individuals would be working on

3 (Pages 9 to 12)

Page 13

1 the actual manufacturing floor?

2     A. Every single one of them at some point.

3     Q. The inmates who worked at UNICOR, were they the

4 people who would generally do a lot of the -- sort of

5 hands-on work; the cutting of boards -- the various things

6 that you said you saw that you would expect to see in a

7 manufacturing facility? Was it the inmates who did that

8 type of work?

9     A. While being supervised by the staff members, yes.

10     Q. In other words, for instance, if we were to just

11 take a hypothetical piece of equipment, there would be an

12 inmate or multiple inmates operating that piece of

13 equipment, and they would be being supervised by some staff

14 member; is that right?

15     A. That's correct. It's also to train inmates, to

16 prepare them for release, so they do possibly have a trade

17 when they do go outside the institution.

18     Q. The foremen, the staff members who served as

19 foremen, what is their general job description? What did

20 they do?

21     A. Supervised the inmates in the production of the

22 product in which they were manufacturing.

23     Q. Would the foremen spend the majority of their time

24 on the production floor?

25     A. Yes.

Page 14

1     Q. If the UNICOR facility required a capital

2 expenditure, be it a piece of equipment, materials,

3 supplies, would that be something that would go through you,

4 or was that handled internally within UNICOR?

5     A. A request would be sent through my office and then

6 through corporate headquarters in Washington, D.C. for

7 UNICOR corporate headquarters to make the approval of the

8 request or denial.

9     Q. Did you have any personal involvement in the

10 decisions in the types of equipment, materials, or

11 specifically safety equipment that would be used in the

12 UNICOR facility?

13     A. I don't believe I did at that particular facility,

14 no.

15     Q. Do you ever remember anyone, be it a staff member

16 or an inmate, addressing the safety equipment that either

17 was available at UNICOR or that they felt should be

18 available at UNICOR with you personally?

19     A. No. My only recollection is receiving a -- is a

20 complaint about the air quality in UNICOR, and I believe

21 that came to us through OSHA.

22     Q. So you recall being contacted by someone from OSHA

23 about a complaint that had been made to them?

24     A. I don't -- I don't remember being personally

25 contacted, but I remember someone bringing that information

Page 15

1 to me at that particular time. And being so long ago, what

2 I do recall, after receiving the complaint, OSHA came out,

3 took samples, reviewed the operation, and everything came

4 back that it was no problem.

5     Q. Do you know who made the complaint to OSHA?

6     A. I don't have any recollection. To the best of my

7 recollection, I think that came from an inmate. But I don't

8 remember who or what it was about.

9     Q. Okay. Did you have any direct contact with OSHA

10 either before, during, or after their investigation?

11     A. I really don't have any recollection, but what is

12 usually customary is usually when -- after someone comes to

13 the institution and they provided a service or a test, they

14 usually come to the warden's office to provide a report.

15 But I don't have any direct recollection of that happening.

16     Q. Okay. After you were made aware that OSHA had

17 received a complaint, did you -- did you take any action

18 after that?

19     A. Well, as I stated, I don't have any recollection,

20 other than what I just mentioned to you.

21     Q. Okay.

22     A. But what is -- what I normally do is my normal

23 practice, if we receive any complaints at all, it's that I

24 have it investigated immediately, and if there is any

25 corrective action that needs to be taken, we initiate it

Page 16

1 right away.

2     Q. Okay.

3     A. And that's been my practice all my years while in

4 the prison system.

5     Q. With the understanding that you don't have a

6 specific recollection of that -- and I appreciate you going

7 based upon your practices, because that's what I want to ask

8 you. Based upon that practice that you would have had

9 someone -- or had an investigation done, who would you have

10 spoken to about that, if you know or if, based upon your

11 practices, you can determine who you think you would have

12 spoken to?

13     A. If it has something to do with the safety in the

14 institution, I'm sure I would have spoken to the safety

15 manager.

16     Q. And do you recall who the safety manager was?

17     (Discussion held off the record.)

18     Q. Do you remember who the safety manager was at FCI

19 McKean in 2001?

20     A. To the best of my recollection, while I was at FCI

21 McKean, I believe was Steve Housler, was the safety manager.

22     Q. And you believe he was the safety manager there

23 for your entire tenure at FCI McKean.

24     A. To the best of my recollection, yes.

25     Q. Warden, I'm going to ask you a couple of questions

4 (Pages 13 to 16)

Page 17

1  about the UNICOR facility, its physical structure, with the
2  understanding that I know you were there on a weekly basis,
3  but that it was a while ago. So if you don't know the
4  answers to these, that's fine. But I just want to make sure
5  that I ask them, so that if you do know the answers, I can
6  get them.
7       Do you recall how many inmates would be working in
8  the UNICOR facility at any given time?
9  A.  I don't recall. Not at this time. Not three
10 years later.
11 Q.  How about the number of foremen? Do you know how
12 many foremen would be working at UNICOR at any given time?
13 A.  I don't -- I don't specifically remember exactly
14 how many.
15 Q.  Do you have any recollection of the type of
16 ventilation system that was used at the UNICOR facility?
17 A.  I don't know. It's not my specialty area. I
18 don't know exactly what it is. But I do seem to have some
19 sort of recollection that it was -- was above and beyond
20 what was necessary for that type of operation that we were
21 performing at that facility.
22 Q.  And upon what -- upon what do you base that? Why
23 do you think it was above and beyond what you needed?
24 A.  I -- that just on my memory three years ago, I
25 think that was part of the report that came back to me from

Page 18

1  the safety manager. However he determined that, the
2  determination was made; that it exceeded whatever the
3  requirements were for that type of operation.
4  Q.  Okay. So I make sure I understand that, you
5  believe that the safety manager -- and that would have been
6  Steven Housler -- reported to you that the ventilation
7  system exceeded whatever the requirements would be for a
8  facility like UNICOR's.
9  A.  To the best of my recollection, yes.
10 Q.  Other than the OSHA complaint that you've already
11 told me about, did you ever receive any other complaints or
12 comments regarding the ventilation system at the UNICOR
13 facility?
14 A.  I don't have any recollection, but that's not to
15 say I hadn't. When you're in a correctional institution,
16 you receive many, many complaints.
17 Q.  That's fair enough. Do you have any recollection
18 of there being any problems with the ventilation system;
19 either a malfunction of it or problems when it would go
20 down?
21 A.  No, I do not.
22 Q.  Do you have any recollection during your visits to
23 the UNICOR facility whether there was any dust around the
24 area, either on the ground or in the air or built up on the
25 machines?

Page 19

1  A.  No, I do not recall. And as I mentioned, I made
2  weekly trips down to UNICOR, and I never wore a mask or
3  anything or had any sort of anything on my clothing after
4  leaving. As I am dressed today is how I would dress then,
5  and never had any issues.
6  Q.  The physical layout of the UNICOR facility, when
7  you would do your weekly walk-throughs, was there a
8  discernible production floor where the equipment would be
9  located?
10 A.  The equipment was located throughout the entire
11 production floor.
12 Q.  Was it a one-floor facility, or were there
13 multiple floors in the UNICOR facility?
14 A.  The production was one floor, and they had a
15 little raised area which was for the business office, the
16 accounting, and purchasing section. But all production was
17 on one level.
18 Q.  When you would do your weekly walk-through, what
19 areas of the UNICOR facility would you walk through?
20 A.  The entire facility. The entire area.
21 Q.  Do you know if the UNICOR facility had any
22 production quotas?
23 A.  I am not familiar with what their production
24 quotas were, but I'm sure all factories have production
25 quotas.

Page 20

1  Q.  What type of safety training, in general, was
2  provided to the employees of FCI McKean? Was there -- and I
3  know there are a lot of different types of employees in a
4  federal prison. But was there a general safety training
5  protocol or -- be it annual or some type of regular safety
6  training that all employees had to go through?
7  A.  Well, there's annual training, annual refresher
8  training that all employees have to go through, at McKean as
9  well as the rest of the Bureau of Prisons. And there was
10 also additional safety training that was provided by the
11 safety manager to all employees of UNICOR, as well as other
12 areas throughout the institution.
13 Q.  That annual training, would the type of training
14 that the individual got depend upon the job that they had?
15 A.  Annual refresher training was broad training for
16 everyone throughout the facility; all staff. And then the
17 specific training would be -- would be more individualized
18 to that particular area that the safety manager would
19 provide, as well as providing daily oversights of the entire
20 operation of the facility on a daily basis.
21 Q.  What types of things would you go over on the
22 annual training, the broad training?
23 A.  Well, the safety manager would -- would -- would
24 provide the training, the safety training. Not myself, if
25 that's what you're implying.

## Page 21

1    Q.   No. And that's -- and I didn't mean to imply
2    that. But are you aware of what would be gone over during
3    that training; what the safety manager would go over?
4    A.   Safe practices, what to do, what not to do, CPR,
5    safety data sheets that are located in all areas of the
6    institution, how to use cleaning supplies, what not to use,
7    how to use certain tools, what to do, not to do, and items
8    such as that.
9    Q.   You had mentioned safety data sheets. Was there a
10   central repository for all safety data sheets at FCI McKean?
11   A.   I don't know if there was a central. I would
12   assume there was, but I know they are all located by
13   wherever the particular operation was; that they were
14   located at that area.
15   Q.   You also indicated there would be additional
16   safety training that would be more specialized. How was
17   that arranged for?
18   A.   Normally, the department heads would notify the
19   safety manager. The safety manager would come down to the
20   departments. Or making his regular rounds, if he saw
21   something he thought needed a little more explaining, he
22   would provide that training.
23   Q.   Were you involved in the hiring of individuals
24   for -- to work in the UNICOR facility?
25   A.   Are you speaking of staff, or are you speaking of

## Page 22

1    inmates?
2    Q.   Staff. I'm sorry. Staff.
3    A.   I normally would be, but I don't -- I don't have
4    any recollection of hiring any staff for that particular
5    UNICOR operation while there.
6    Q.   Your answer to that question brought up another
7    one. The employees -- rather, the inmates who worked in
8    UNICOR, they were paid for what they did; is that correct?
9    A.   That is correct.
10   Q.   We have heard testimony earlier in this case
11   regarding something called an open house. Does that term
12   have any -- is that a term with which you are familiar
13   related to serving as warden at FCI McKean?
14   A.   Well, I believe with -- when an open house is
15   referred to in a prison setting, it's usually when a
16   department opens itself up for inmates to come and ask
17   questions.
18   Q.   I believe one of the Plaintiffs in this case
19   testified that you would hold an open house at some regular
20   interval during a meal time in which inmates could actually
21   come and ask you questions or express concerns. Is that
22   right?
23   A.   No, I never held an open house. An open house is
24   what we refer to at the particular department. What I have
25   done, and what I continue to do is I stand main line, which

## Page 23

1    is during the serving of the noon meal. Or if I work
2    evening, I stand main line at the serving of the evening
3    meal. At that time myself, as well as all the department
4    heads are present. If the inmates have any issues, they are
5    free to approach us to address any issues, and 99 percent of
6    the time we are able to resolve it at that particular time.
7    Q.   While -- and you did that at FCI McKean; is that
8    right?
9    A.   That's correct.
10   Q.   During that, did you ever receive any questions or
11   complaints from inmates regarding the UNICOR facility, that
12   you can recall?
13   A.   Not that I can recall, no.
14   Q.   If an inmate had a complaint, you've just
15   described for me one way they could bring it to your
16   attention, which is through main line. They also could
17   submit certain requests for what we refer to as
18   administrative remedies, but I believe our BP-9, 10, and 11
19   forms. Is that right?
20   A.   That's correct.
21   Q.   At some point in that process, if the complaint is
22   not resolved early enough on, do those eventually come to
23   your office or land on your desk?
24   A.   In administrative remedies, yes, they would
25   eventually wind up on my desk.

## Page 24

1    Q.   And we have all the documentation related to the
2    administrative remedies that the various Plaintiffs here
3    filed, so I'm not asking -- and, you know, I don't need to
4    go through those with you. But what I'd like to know is if
5    you have any specific recollection -- understanding that you
6    haven't reviewed those documents, but any specific
7    recollection up through the administrative remedy process
8    being made aware of any complaints or concerns regarding the
9    UNICOR facility.
10   A.   As I mentioned before, my only recollection,
11   without reviewing the documents, was that we received a
12   complaint about the air quality of UNICOR, and I believe
13   that was from OSHA. And they came in, investigated, and
14   their finding was that it was fine; air quality -- there was
15   no problem with the air quality. And as I mentioned
16   previously, I made weekly rounds before that inspection and
17   after that inspection. Myself personally.
18   Q.   Do you know if there were any changes made to the
19   UNICOR facility as a result of that inspection?
20   A.   I don't believe there was any changes made as far
21   as the -- the air quality or air flow at the -- at the
22   system. Without -- without reviewing the document, it's
23   hard for me to say. But usually when OSHA comes in, even if
24   they don't find a problem with what they are coming in and
25   looking at, they usually make recommendations in other areas

Ferguson & Holdnack Reporting, Inc.

9ced8cfc-c1c4-4612-b901-d7be25eeeaa6

Page 25

1  of the facility.
2      Q.  Okay.  During your weekly walk-throughs at the
3  UNICOR facility, what type of safety equipment would the
4  inmates be wearing?
5      A.  Safety glasses is what I would see most of the
6  time.  Safety shoes.  Gloves in certain areas.  And I
7  believe some may have had masks on their faces.
8      Q.  With respect to the masks, were they sort of the
9  smaller -- what I refer to as a dust mask, or were they the
10  larger type of respirators that you see that appear to have
11  carbon filters and those types of things?  If you recall.
12      A.  I really don't recall.  I really don't recall.
13  But like I said, when I walked through the factory, I wore
14  no mask at all.
15      Q.  How much time would you spend at the factory when
16  you were on that walk-through?
17      A.  I would say approximately 30 minutes or so.
18      Q.  Okay.  If an employee was hired into the UNICOR
19  facility to work there, do you know what type of training
20  they would be given prior to beginning their job?
21      A.  Are you speaking of staff or are you speaking of
22  inmates?
23      Q.  No, inmates.
24      A.  My understanding is they are provided whatever
25  their required training was for that particular area.  I

Page 26

1  don't have any specific knowledge exactly what that type of
2  training would be for that particular factory, though.
3      Q.  Okay.  And, obviously, you wouldn't be personally
4  involved in that training, correct?
5      A.  That's correct.
6      Q.  Do you know if the UNICOR facility at FCI McKean
7  was outfitted with or had any type of air monitoring
8  equipment?
9      A.  I -- I really don't know.
10      Q.  That's fair enough.
11      A.  Would have no knowledge.
12      Q.  Do you remember a foreman by the name of Rob
13  Bevevino, who I believe worked at the UNICOR facility while
14  you were warden?
15      A.  I believe I had an individual by the name of Robin
16  Bevevino.  And if it's the individual I am thinking of, I
17  don't think he was at work a lot of the time I was there.  I
18  think he was off for miscellaneous different reasons there.
19      Q.  When you say "miscellaneous different reasons",
20  what type of reasons?
21      A.  I really don't remember exactly right, but I just
22  remember that it was either injured -- injured arms or foot
23  or something, and different issues that he was away quite a
24  bit of the time.  If it's the individual I'm thinking of.
25      Q.  Do you know if at any point, assuming we're

Page 27

1  talking about the same individual -- and I think we are --
2  if at any point Mr. Bevevino went on disability while you
3  were a warden at FCI McKean?
4      A.  I don't have any recollection of that.  Don't
5  remember exactly.  But being my memory that he was gone
6  quite a bit for different physical reasons, it is quite
7  possible.  But I don't have any direct recollection at this
8  time.
9      Q.  Do you ever recall Mr. Bevevino ever bringing to
10  you any concerns or questions or having any conversation
11  with him regarding the UNICOR facility?
12      A.  Any concerns being -- as problems?
13      Q.  Well, anything.  Did he ever talk to you at all
14  about the UNICOR facility?
15      A.  I don't have any recollection, but it's hard for
16  me to believe that -- you know, I go around and I meet with
17  all employees and I speak with all of them.  So I would ask
18  him, you know, how are you doing, how's your job, things
19  like that, but I don't have any other than that specific
20  recollection of anything that was mentioned.  Does that
21  answer your question?
22      Q.  It does.  And I just wanted -- understanding that,
23  you know, I'm sure during your walk-throughs you talk to
24  folks and that type of thing.  I just wanted to get whether
25  you have a specific recollection of Mr. Bevevino ever

Page 28

1  talking to you about the UNICOR facility.  And my
2  understanding is you don't have a specific recollection of
3  it, but based upon your practices, you assume you probably
4  talked to him at some point.
5      A.  Right.  And -- and general issues; you know, how
6  is everything going.  And I'm sure his response would have
7  been fine.  If not, then I probably would have a
8  recollection of our conversation.
9      Q.  Okay.  Shifting gears a little bit here, I'd like
10  to talk to you a little bit about the dental care provided
11  to inmates, and just a couple of questions on this point.
12          Do you recall during your tenure at FCI McKean
13  whether any requests ever came to you for
14  out-of-the-ordinary or accessory dental treatment?  And
15  those requests likely would have come from the -- I would
16  imagine, from the chief dental officer.
17      A.  I don't think I really understand your question.
18      Q.  Okay.  Well, are you aware -- well, let me back up
19  and ask some foundational questions.  Inmates at FCI McKean
20  are provided with both medical and dental care; is that
21  correct?
22      A.  Yes, that is correct.
23      Q.  Okay.  Do you know if with -- specifically with
24  respect to the dental care, if there are limits on the types
25  of routine care that an inmate can get?  For example, while

Ferguson & Holdnack Reporting, Inc.

9ced8cfc-c1c4-4612-b901-d7be25eeeaa6



Page 29

1   an inmate may be allowed to go and have their teeth cleaned
2   and have cavities filled, the policies do not provide for
3   porcelain veneers or certain types of orthodontic care. Is
4   that consistent with your understanding of the dental
5   services provided at FCI McKean?
6        A.  Yes, it is.
7        Q.  Okay. And I believe -- and just take this as
8   true, and if it ends up not being true, then the foundation
9   of the question is off. But if you take it as true that
10  under the policies there are certain types of accessory
11  dental care or dental treatments that can be requested, but
12  if they are, they have to be requested through a process
13  involving you, if that is correct, that's where my question
14  is getting at. I'm trying to get at if you ever recall
15  having a request be made of you that some inmate may be
16  allowed to get some type of accessory dental care.
17       A.  My recollection is they -- that what I would deal
18  with, the type of dental treatment at the facility, would be
19  fillings, extraction, would be cleaning, and dentures. That
20  is my recollection of dental care.
21       Q.  Do you ever have any recollection of the chief
22  dental officer coming to you or submitting any paperwork to
23  you requesting out-of-the-ordinary care; something other
24  than the types of stuff you just described?
25       A.  No, I have no recollection of that.

Page 30

1        Q.  When you were walking through the UNICOR facility,
2   did you ever see any of the inmates blowing themselves off
3   with the pneumatic equipment?
4        A.  No, I have not.
5        Q.  And, sir, finally, did you review any documents in
6   preparation for this deposition?
7        A.  What I did review is a list of the places that I
8   have been previously (indicating), and I had some documents
9   over here as far as -- I briefly looked at, I guess, the
10  administrative remedies that were filed in this particular
11  case. But I did look at them maybe -- maybe 20 minutes
12  before we started here. So I just did a cursory review.
13            MR. DEVLIN: Sir, those are all the questions I
14       have. Mr. Colville or Mr. Goldring may have some
15       for you.
16       (Discussion held off the record.)
17            MR. COLVILLE: We have no questions. Thank you.
18       We'll waive.
19            MR. DEVLIN: Thank you very much, Warden. I
20       appreciate the time.
21            THE WITNESS: You're welcome.
22
23       (Deposition concluded at 1:48 p.m.)
24
25

8 (Pages 29 to 30)

9ced8cfc-c1c4-4612-b901-d7be25eeeaa6

**A**

able 3:17,18,19 23:6
about 12:10,12 14:20
   14:23 15:8 16:10
   17:1,11 18:11 24:12
   27:1,14 28:1,10
above 17:19,23
accessory 28:14 29:10
   29:16
accountant 12:21
accounting 19:16
action 15:17,25
actual 13:1
actually 22:20
additional 20:10 21:15
Additionally 4:16
address 23:5
addressing 14:16
administrative 23:18
   23:24 24:2,7 30:10
administrator 6:20
after 15:2,10,12,16,18
   19:3 24:17
again 10:24
agent 7:5 12:20
ago 15:1 17:3,24
ahead 9:12,13
air 14:20 18:24 24:12
   24:14,15,21,21 26:7
al 1:3,5
allegations 3:10
allowed 29:1,16
almost 12:1
along 3:9
already 18:10
annual 20:5,7,7,13,15
   20:22
another 3:24 4:5 8:13
   22:6
answer 4:7,21,23,25
   9:12,13,23,24 22:6
   27:21
answering 4:2,4
answers 4:14 17:4,5
anyone 12:3 14:15
anything 19:3,3 27:13
   27:20
appear 25:10
appeared 11:1
appreciate 7:7,9 16:6
   30:20
approach 23:5
approval 14:7
approximately 25:17
area 17:17 18:24 19:15
   19:20 20:18 21:14
   25:25
areas 19:19 20:12 21:5
   24:25 25:6

**B**

arms 26:22
around 18:23 27:16
arranged 21:17
asking 24:3
assembled 8:18
assembling 8:13
assistant 6:25
associate 6:19,22
associated 3:22
assume 4:22 21:12 28:3
assuming 10:12 26:25
attend 5:14
attended 5:13
attention 23:16
Attorney 1:11,19
Attorneys 3:17
August 6:13,15,18,20
   7:4
AUSA 1:18
available 14:17,18
Avenue 1:11
avoid 3:25
aware 4:13 10:10 15:16
   21:2 24:8 28:18
away 4:15 16:1 26:23
A330 1:11

**B**

back 6:11,16 7:8 15:4
   17:25 28:18
bad 9:13
Baruch 5:16
base 17:22
based 16:7,8,10 28:3
basis 10:7,9 11:25 17:2
   20:20
before 1:9 4:11 6:7,12
   6:12 15:10 24:10,16
   30:12
beginning 25:20
being 6:6 13:9,13 14:22
   14:24 15:1 18:18
   24:8 27:5,12 29:8
believe 8:7 10:21,23
   11:6,9 14:13,20
   16:21,22 18:5 22:14
   22:18 23:18 24:12,20
   25:7 26:13,15 27:16
   29:7
below 12:7,12
Bernard 5:16
best 3:25 4:16 10:21,23
   10:24 11:3,6 12:3
   15:6 16:20,24 18:9
Bevevino 26:13,16 27:2
   27:9,25
beyond 5:11 17:19,23
bit 4:3 5:2 26:24 27:6
   28:9,10
blowing 30:2

**C**

board 10:16,20 11:2
boards 10:19,19 11:7
   13:5
Boron 7:4
both 4:6,20 28:20
BP-9 23:18
break 5:2
briefly 30:9
bring 3:21 23:15
bringing 14:25 27:9
broad 7:12 20:15,22
brought 22:6
Buckner 6:19
built 18:24
Bureau 5:23 7:22,24
   20:9
business 7:3 12:19,19
   19:15

**C**

C 1:18
California 7:4
called 22:11
came 14:21 15:2,3,7
   17:25 24:13 28:13
camp 7:4,17
capital 14:1
carbon 25:11
care 28:10,20,24,25
   29:3,11,16,20,23
Carolina 6:2,19
case 3:12 22:10,18
   30:11
cavities 29:2
central 6:21,24 21:10
   21:11
certain 21:7 23:17 25:6
   29:3,10
chain 9:7 12:4
changes 24:18,20
charge 11:23 12:7
chief 28:16 29:21
City 5:12,13,15
claim 3:13
cleaned 29:1
cleaning 21:6 29:19
clothing 19:3
college 5:13,14,16,17
   30:14,17
Colville 1:18 3:17
   30:14,17
come 15:14 21:19
   22:16,21 23:22 28:15
comes 15:12 24:23
coming 24:24 29:22
command 9:8
commencing 1:10
comments 18:12
Commonwealth 1:10
complaint 14:20,23
   15:2,5,17 18:10

23:14,21 24:12
complaints 15:23 18:11
   18:16 23:11 24:8
complete 4:23
component 8:17
components 9:2
comptroller 7:2
concerns 22:21 24:8
   27:10,12
concluded 30:23
conducting 3:15
conference 1:9 6:20
consistent 29:4
contact 15:9
contacted 14:22,25
continue 4:7 6:16
   22:25
contractor 7:25
conversation 27:10
   28:8
corporate 9:25 14:6,7
correct 7:18,20,21 8:9
   9:21,22 10:15 11:13
   12:8,9 13:15 22:8,9
   23:9,20 26:4,5 28:21
   28:22 29:13
correctional 6:1 7:16
   18:15
corrective 15:25
couple 6:17 16:25
   28:11
COURT 1:1
CPR 21:4
current 5:22,25
currently 5:20
cursory 30:12
customary 15:12
cut 10:19,20
cutting 10:15 11:1,7
   13:5
C.A 1:3,3,4,4,5

**D**

D 2:1
daily 10:7,8 11:24
   20:19,20
data 21:5,9,10
day-to-day 9:21 10:2
DC 1:22
deal 29:17
Debora 9:19
December 1:10
decisions 14:10
Defendant 3:9
Defendants 1:6,18 3:10
degree 5:18
delay 3:22
denial 14:8
dental 3:12,13 28:10,14
   28:16,20,24 29:4,11

29:11,16,18,20,22
dentures 29:19
department 5:23 21:18
   22:16,24 23:3
departments 21:20
depend 20:14
Depending 11:17
deposed 4:11
deposition 1:9 3:15
   30:6,23
describe 7:10
described 23:15 29:24
description 13:19
desk 23:23,25
determination 18:2
determine 16:11
determined 18:1
Devlin 1:15 2:4 3:5,7
   30:13,19
different 11:5,5,8,8,18
   20:3 26:18,19,23
   27:6
difficulty 3:22
direct 2:4 3:4 10:17
   15:9,15 27:7
directly 9:23,24 11:22
disability 27:2
discernible 19:8
Discussion 16:17 30:16
DISTRICT 1:1,1
document 24:22
documentation 24:1
documents 24:6,11
   30:5,8
doing 11:5 27:18
done 4:2,4 16:9 22:25
doubt 4:17
Douglas 1:21
down 5:2 12:4,24 18:20
   19:2 21:19
dress 19:4
dressed 19:4
duly 3:2
during 15:10 18:22
   21:2 22:20 23:1,10
   25:2 27:23 28:12
dust 18:23 25:9
duties 7:11,13
D.C 6:21,24 9:25 14:6

**E**

E 2:1
each 10:9
earlier 9:11,14 22:10
early 23:22
Edgefield 6:2,4,6 9:3
education 5:10
either 4:7 5:8 14:16
   15:10 18:19,24 26:22
Elkton 6:13

employed 5:20
employee 25:18
employees 20:2,3,6,8
  20:11 22:7 27:17
employer 5:22
employment 12:4
end 4:1
ends 29:8
enough 5:3 18:17 23:22
  26:10
entire 16:23 19:10,20
  19:20 20:19
equipment 13:11,13
  14:2,10,11,16 19:8
  19:10 25:3 26:8 30:3
Erie 1:3,3,4,4,5,12,17
Esquire 1:15,18,21
et 1:3,5
even 24:23
evening 23:2,2
eventually 23:22,25
ever 4:10 14:15 18:11
  23:10 27:9,9,13,25
  28:13 29:14,21 30:2
every 8:7 13:2
everyone 20:16
everything 15:3 28:6
exactly 17:13,18 26:1
  26:21 27:5
examination 2:4 3:4
example 28:25
exceeded 18:2,7
executive 6:18,25
expect 13:6
expenditure 14:2
explaining 21:21
express 22:21
extraction 29:19

**F**
faces 25:7
facilities 8:4,6,20,21
  9:1
facility 3:11 7:20,22
  8:7,9,15 10:10 11:12
  12:16,17 13:7 14:1
  14:12,13 17:1,8,16
  17:21 18:8,13,23
  19:6,12,13,19,20,21
  20:16,20 21:24 23:11
  24:9,19 25:1,3,19
  26:6,13 27:11,14
  28:1 29:18 30:1
factories 19:24
factory 8:13 9:3 11:4
  11:23,23,24 12:7,12
  25:13,15 26:2
fair 5:3 18:17 26:10
fall 9:7
familiar 19:23 22:12

far 7:19 9:16 24:20
  30:9
FCC 7:1
FCI 3:11,13 6:8,9,12
  6:13,19,22 7:2,6,11
  7:20 8:10,15 9:3
  10:11 16:18,20,23
  20:2 21:10 22:13
  23:7 26:6 27:3 28:12
  28:19 29:5
federal 1:21 5:23 6:1
  7:3,16 20:4
felt 14:17
Ferguson 1:9,24,25
filed 24:3 30:10
filled 29:2
fillings 29:19
filters 25:11
final 8:16
finally 4:24 30:5
find 24:24
finding 24:14
fine 5:8 17:4 24:14 28:7
firm 3:8
first 1:22 3:1
floor 13:1,24 19:8,11
  19:14
floors 19:13
flow 24:21
folks 12:24 27:24
follows 3:2
foot 26:22
foreman 12:21 26:12
foremen 12:14,14
  13:18,19,23 17:11,12
forms 23:19
Forsyth 9:19 11:21
  12:6,24
foundation 29:8
foundational 28:19
FPC 6:14
free 23:5
from 4:15 5:17 6:13 7:4
  12:23 14:22 15:7
  17:25 23:11 24:13
  28:15,16
full 5:5
functions 9:17
furniture 8:10,14,16,17
  9:1,2

**G**
gears 28:9
general 13:19 20:1,4
  28:5
generally 3:10 7:10
  11:15 13:4
getting 4:20 29:14
give 4:21
given 17:8,12 25:20

giving 4:22
glasses 25:5
Gloves 25:6
go 6:16 7:8 9:12,13
  12:4 13:17 14:3
  18:19 20:6,8,21 21:3
  24:4 27:16 29:1
going 4:21 6:5 9:14
  11:3 16:6,25 28:6
Goldring 1:21 3:18
  30:14
gone 21:2 27:5
good 7:7
Gornall 1:16
graduate 5:17
Grant 1:19
ground 5:4 18:24
guess 4:25 11:9 30:9

**H**
H 3:1
hand 4:6
handled 14:4
handling 9:20
hands-on 13:5
happening 15:15
happens 3:24 4:18
happy 4:19
hard 24:23 27:15
having 3:1 27:10 29:15
head 4:14
headquarters 14:6,7
heads 21:18 23:4
hear 3:23
heard 22:10
held 16:17 22:23 30:16
her 12:7
high 5:10,12
HILL 1:3
Hill's 3:12
him 27:11,18 28:4
hired 25:18
hiring 21:23 22:4
hold 22:19
Holdnack 1:25
hookup 3:16,22
house 22:11,14,19,23
  22:23
Housler 16:21 18:6
how's 27:18
huh-uh 4:15
hypothetical 13:11

**I**
identified 12:23
imagine 28:16
immediately 6:7 15:24
imply 21:1
implying 20:25
Inc 1:25

indicated 21:15
indicating 30:8
individual 20:14 26:15
  26:16,24 27:1
individualized 20:17
individuals 12:18,25
  21:23
industries 1:21 9:20
  11:21
information 14:25
initiate 15:25
injured 26:22,22
inmate 13:12 14:16
  15:7 23:14 28:25
  29:1,15
inmates 11:4,12,14
  13:3,7,12,15,21 17:7
  22:1,7,16,20 23:4,11
  25:4,22,23 28:11,19
  30:2
inspection 24:16,17,19
Inspections 6:24
inspector 6:23
instance 13:10
institution 6:2 7:16
  9:16,17 10:9 12:2
  13:17 15:13 16:14
  18:15 20:12 21:6
institutions 8:2,4,6
instruction 4:10
internally 14:4
interval 22:20
investigated 15:24
  24:13
investigation 15:10
  16:9
involve 3:10
involved 8:10,12 9:20
  21:23 26:4
involvement 10:1 14:9
involves 3:12
involving 29:13
issues 19:5 23:4,5
  26:23 28:5
items 9:4,6 21:7

**J**
J 1:5,9 2:3 3:1,1 5:6
Janis 1:9,24
January 6:10,15,18,21
  6:23
job 5:25 6:7 7:11,13
  11:17 13:19 20:14
  25:20 27:18
jobs 12:16
John 1:5,9 2:3 5:6
Johnson 6:15
July 6:25 7:1
jump 4:6
June 6:10,14,19,22,23

6:25
just 4:4,18 5:4 12:24
  13:10 15:20 17:4,24
  23:14 26:21 27:22,24
  28:11 29:7,24 30:12
Justice 5:24

**K**
know 4:19,24 5:1,3,3
  7:11,12 10:11,12,13
  15:5 16:10 17:2,3,5
  17:11,17,18 19:21
  20:3 21:11,12 24:3,4
  24:18 25:19 26:6,9
  26:25 27:16,18,23
  28:5,23
knowledge 10:17 26:1
  26:11
Knox 1:16

**L**
L 1:9,24 3:1
Lamanna 1:5,9 2:3 3:7
  5:6,7,7,9
land 23:23
larger 25:10
later 8:17 17:10
lawsuit 7:19
lawsuits 3:8,10
layout 19:6
lead 3:23
leaders 9:25
least 9:18
leaving 19:4
let 4:18 9:10 28:18
let's 7:13 10:6
level 19:17
like 4:3 18:8 24:4 25:13
  27:19 28:9
likely 28:15
limits 28:24
line 22:25 23:2,16
list 30:7
little 4:3 5:2 19:15
  21:21 28:9,10
located 8:20 11:25 19:9
  19:10 21:5,12,14
long 6:3,9 15:1
longer 4:3
look 30:11
looked 30:9
looking 24:25
lot 7:13 9:20 13:4 20:3
  26:17

**M**
M 3:1
machines 18:25
made 10:19 14:23 15:5
  15:16 18:2 19:1 24:8

24:16,18,20 29:15
main 22:25 23:2,16
majority 13:23
make 4:16,20 10:8 14:7
    17:4 18:4 24:25
making 21:20
malfunction 18:19
management 7:6,16
    9:15
manager 7:3 11:23
    12:8,13,20 16:15,16
    16:18,21,22 18:1,5
    20:11,18,23 21:3,19
    21:19
manufacture 8:16 9:1
    9:4
manufactured 9:2
manufacturing 10:14
    11:10 13:1,7,22
many 17:7,12,14 18:16
    18:16
mask 19:2 25:9,14
masks 25:7,8
materials 14:2,10
may 9:4,12 11:6 25:7
    29:1,15 30:14
maybe 5:1 12:3 30:11
    30:11
McKean 3:12,14 6:8,9
    6:12,22 7:11,20 8:10
    8:16 9:2 10:11 16:19
    16:21,23 20:2,8
    21:10 22:13 23:7
    26:6 27:3 28:12,19
    29:5
McLaughlin 1:16
meal 22:20 23:1,3
mean 11:19 21:1
means 9:4
medical 28:20
meet 27:16
member 13:14 14:15
members 12:13,15,23
    13:9,18
memory 17:24 27:5
mentioned 11:20 12:25
    15:20 19:1 21:9
    24:10,15 27:20
Michael 1:3,18 3:12
Micore 10:16
middle 4:8
might 11:1
military 9:5,5
mind 6:11,17
minutes 25:17 30:11
miscellaneous 26:18,19
Miss 11:21
monitoring 26:7
more 5:2 6:17 7:14
    20:17 21:16,21

most 25:5
much 4:15 10:1 25:15
    30:19
multiple 13:12 19:13
myself 20:24 23:3
    24:17

**N**

N 2:1 3:1,1,1
name 3:7 5:5 26:12,15
named 3:9
national 6:20
Neal 1:15 3:7
necessary 17:10
need 4:13 24:3
needed 17:23 21:21
needs 15:25
never 19:2,5 22:23
New 5:12,13,14 7:1,2,6
next 12:7
nod 4:14
noon 23:1
normal 15:22
normally 15:22 21:18
    22:3
North 6:19
Notary 1:9
notify 21:18
number 3:8 17:11
NW 1:22

**O**

O 3:1
objections 3:18
observing 11:1,4
obviously 3:15 11:12
    26:3
October 7:1,3
off 16:17 26:18 29:9
    30:2,16
office 1:19 6:21,23,24
    12:19 14:5 15:14
    19:15 23:23
officer 28:16 29:22
offices 1:11 11:25
Oh 10:3
Okay 4:13 5:9,22 6:18
    8:9 9:7,18 10:5,10,24
    11:11 12:10,12 15:9
    15:16,21 16:2 18:4
    25:2,18 26:3 28:9,18
    28:23 29:7
one 3:24 4:5 9:19 10:18
    13:2 19:14,17 22:7
    22:18 23:15
one-floor 19:12
only 3:21,21 14:19
    24:10
open 22:11,14,19,23,23
opens 22:16

operated 3:11
operating 10:11 13:12
operation 9:16 15:3
    17:20 18:3 20:20
    21:13 22:5
operations 9:21 10:2,4
    10:14 11:22
orthodontic 29:3
OSHA 14:21,22 15:2,5
    15:9,16 18:10 24:13
    24:23
other 3:9 4:10 7:23 8:2
    8:15,20,21,22,23,24
    8:25 9:1,6 10:4 12:13
    12:15 13:10 15:20
    18:10,11 20:11 24:25
    27:19 29:23
otherwise 4:3
Otisville 7:2,6
out 4:9 12:22 15:2
outfitted 26:7
outside 7:25 13:17
out-of-the-ordinary
    28:14 29:23
over 3:24 4:5 9:17 10:3
    20:21 21:2,3 30:9
overall 7:15 9:15
oversight 9:17 10:3
    12:5
oversights 20:19

**P**

PA 1:17,20
packaging 11:8
paid 22:8
paperwork 29:22
Park 1:11
part 7:22 10:9,14 17:25
particle 10:20
particular 14:13 15:1
    20:18 21:13 22:4,24
    23:6 25:25 26:2
    30:10
parts 8:17
pause 3:25 4:2
PC 1:16
Pennsylvania 1:1,10,12
    6:8,22
people 11:1,11 13:4
percent 12:1 23:5
performing 17:21
period 9:19
person 12:5,7,21
personal 14:9
personally 14:18,24
    24:17 26:3
physical 17:1 19:6 27:6
physically 10:5,6
piece 13:11,12 14:2
pieces 8:13,16

Pittsburgh 1:20
places 30:7
Plaintiff 1:3
Plaintiffs 1:15 22:18
    24:2
pneumatic 30:3
point 13:2 23:21 26:25
    27:2 28:4,11
policies 29:2,10
porcelain 29:3
portion 10:6
possible 4:16 27:7
possibly 13:16
practice 15:23 16:3,8
practices 16:7,11 21:4
    28:3
prefer 5:7
preparation 30:6
prepare 13:16
present 23:4
presently 8:3
previously 11:20 24:16
    30:8
prior 6:6,14 25:20
prison 1:21 7:4 10:6
    16:4 20:4 22:15
prisoners 3:8
Prisons 5:23 7:23,24
    20:9
probably 4:2 11:7
    12:20 28:3,7
problem 15:4 24:15,24
problems 18:18,19
    27:12
process 23:21 24:7
    29:12
product 13:22
production 8:10,12
    11:24 12:11 13:21,24
    19:8,11,14,16,22,23
    19:24
products 8:24,25 12:22
property 7:5
protective 9:5
protocol 20:5
provide 15:14 20:19,24
    21:22 29:2
provided 15:13 20:2,10
    25:24 28:10,20 29:5
providing 20:19
Public 1:10
purchasing 7:5 12:20
    19:16
put 3:25 4:6
p.m 1:11 30:23

**Q**

quality 14:20 24:12,14
    24:15,21
question 4:8,8,19,21,25

7:12 9:12,13 22:6
    27:21 28:17 29:9,13
questions 4:1,17 16:25
    22:17,21 23:10 27:10
    28:11,19 30:13,17
quite 26:23 27:6,6
quotas 19:22,24,25

**R**

R 1:15
raise 3:18
raised 19:15
range 11:19
rather 7:24 8:17 22:7
real 3:21
really 10:17 15:11
    25:12,12 26:9,21
    28:17
reason 4:24
reasons 26:18,19,20
    27:6
recall 10:25 11:3 14:22
    15:2 16:16 17:7,9
    19:1 23:12,13 25:11
    25:12,12 27:9 28:12
    29:14
receive 15:23 18:11,16
    23:10
received 3:13 15:17
    24:11
receiving 14:19 15:2
recollection 10:21,23
    10:25 11:3,7 14:19
    15:6,7,11,15,19 16:6
    16:20,24 17:15,19
    18:9,14,17,22 22:4
    24:5,7,10 27:4,7,15
    27:20,25 28:2,8
    29:17,20,21,25
recommendations
    24:25
record 16:17 30:16
refer 22:24 23:17 25:9
referred 7:19,19 22:15
refresher 20:7,15
regarding 3:11 18:12
    22:11 23:11 24:8
    27:11
regular 20:5 21:20
    22:19
related 3:13 12:16
    22:13 24:1
release 13:16
remedies 23:18,24 24:2
    30:10
remedy 24:7
remember 14:15,24,25
    15:8 16:18 17:13
    26:12,21,22 27:5
rephrase 4:19

report 15:14 17:25
reported 1:24 18:6
Reporting 1:25
repository 21:10
represent 3:8
request 14:5,8 29:15
requested 29:11,12
requesting 29:23
requests 23:17 28:13
  28:15
required 14:1 25:25
requirements 18:3,7
resolve 23:6
resolved 23:22
respect 9:8 25:8 28:24
respirators 25:10
response 9:9 28:6
responsibilities 11:15
  11:18
responsibility 8:22
responsible 7:15 9:15
  11:22
rest 20:9
result 24:19
review 30:5,7,12
reviewed 15:3 24:6
reviewing 24:11,22
right 8:11,18 10:18
  13:14 16:1 22:22
  23:8,19 26:21 28:5
Rob 26:12
Robin 26:15
rounds 21:20 24:16
routine 28:25
RPR 1:24
rules 5:4
run 7:24
running 7:15 9:15

**S**

Safe 21:4
safety 14:11,16 16:13
  16:14,16,18,21,22
  18:1,5 20:1,4,5,10,11
  20:18,23,24 21:3,5,9
  21:10,16,19,19 25:3
  25:5,6
same 4:20 8:22 27:1
samples 15:3
saw 13:6 21:20
school 5:10,12
section 19:16
see 3:17,19,19 11:9
  13:6 25:5,10 30:2
seem 4:2 17:18
segments 8:12
Sennett 1:16
sent 14:5
September 7:2,5
served 13:18

service 15:13
services 29:5
serving 22:13 23:1,2
setting 11:10 22:15
several 3:9 10:22 11:4
  11:5
Seymour 6:14
shaping 10:15 11:1
sheets 21:5,9,10
Shifting 28:9
shipping 12:21,21
shoes 25:6
simply 5:1,2
since 10:22
single 13:2
sir 30:5,13
smaller 25:9
some 3:8,13 4:17 10:20
  11:2,6,7 13:2,13
  17:18 20:5 22:19
  23:21 25:7 28:4,19
  29:15,16 30:8,14
someone 14:22,25
  15:12 16:9
something 3:23 7:23
  14:3 16:13 21:21
  22:11 26:23 29:23
somewhere 8:18
sorry 22:2
sort 12:4 13:4 17:19
  19:3 25:8
South 1:11 6:2
speak 3:18 27:17
speaking 3:16,19 21:25
  21:25 25:21,21
specialist 7:6
specialized 21:16
specialty 17:17
specific 7:14 16:6
  20:17 24:5,6 26:1
  27:19,25 28:2
specifically 14:11
  17:13 28:23
speculate 5:1
spend 13:23 25:15
spent 12:1
spoken 16:10,12,14
staff 11:14,15 12:13,14
  12:15,23 13:9,13,18
  14:15 20:16 21:25
  22:2,2,4 25:21
stand 22:25 23:2
start 4:5 7:13
started 30:12
starting 5:10
stated 9:11,14 15:19
States 1:1,11,19
stations 11:5
stay 4:15
Steve 16:21

Steven 18:6
still 10:11
stop 4:6
Street 1:16,19,22
structure 17:1
stuff 29:24
submit 23:17
submitting 29:22
substantially 9:19
Suite 1:11,19
superintendent 9:20
  11:21 12:6
supervised 13:9,13,21
supplies 14:3 21:6
sure 4:4,9 7:12 16:14
  17:4 18:4 19:24
  27:23 28:6
sworn 3:2
system 16:4 17:16 18:7
  18:12,18 24:22

**T**

take 5:9 6:11 13:11
  15:17 29:7,9
taken 1:9 15:25
taking 5:10
talk 27:13,23 28:10
talked 28:4
talking 3:24 4:5 27:1
  28:1
tarps 9:6
teeth 29:1
tell 5:1
tenure 16:23 28:12
term 22:11,12
test 15:13
testified 3:2 22:19
testimony 2:3 22:10
textile 9:3,4
Thank 30:17,19
their 11:17,25 12:1
  13:19,23 15:10 19:23
  24:14 25:7,20,25
  29:1
themselves 30:2
thing 4:20 27:24
things 8:23 10:18 11:5
  11:8 13:5 20:21
  25:11 27:18
think 15:7 16:11 17:23
  17:25 26:17,18 27:1
  28:17
thinking 26:16,24
though 26:2
thought 21:21
three 6:5 17:9,24
through 5:9 11:4 14:3
  14:5,6,21 19:19 20:6
  20:8 23:16 24:4,7
  25:13 29:12 30:1

throughout 19:10
  20:12,16
time 9:19 12:1 13:23
  15:1 17:8,9,12 22:20
  23:3,6,6 25:6,15
  26:17,24 27:8 30:20
today 19:4
told 18:11
tools 21:7
trade 13:16
train 13:15
training 20:1,4,6,7,8,10
  20:13,13,15,15,17,22
  20:22,24,24 21:3,16
  21:22 25:19,25 26:2
  26:4
treatment 3:13 28:14
  29:18
treatments 29:11
trip 10:8
trips 19:2
true 29:8,8,9
truthful 4:23
try 3:25,25 4:15,19
  10:8
trying 29:14
type 10:20 11:2 13:8
  17:15,20 18:3 20:1,5
  20:13 25:3,10,19
  26:1,7,20 27:24
  29:16,18
types 8:25 11:8 14:10
  20:3,21 25:11 28:24
  29:3,10,24

**U**

uh-huh 4:15
ultimate 12:5
under 29:10
understand 18:4 28:17
understandable 4:17
understanding 3:16
  8:19 9:18 12:6 16:5
  17:2 24:5 25:24
  27:22 28:2 29:4
understood 4:22
UNICOR 1:21 3:11
  7:20,22 8:3,6,8,9,15
  8:20,25 9:8,16,21,25
  10:2,5,10,14,19
  11:11,16,22 12:14,16
  12:17 13:3 14:1,4,7
  14:12,17,18,20 17:1
  17:8,12,16 18:12,23
  19:2,6,13,19,21
  20:11 21:24 22:5,8
  23:11 24:9,12,19
  25:3,18 26:6,13
  27:11,14 28:1 30:1
UNICOR's 18:8

uniforms 9:5
United 1:1,11,19
until 6:10,13,15
use 21:6,6,7
used 8:13 14:11 17:16
  usually 10:8 15:12,12
  15:14 22:15 24:23,25
U.S 5:23

**V**

v 1:4
various 13:5 24:2
veneers 29:3
ventilation 17:16 18:6
  18:12,18
verbal 4:14
very 30:19
vests 9:5
video 1:9 3:16
visit 10:9
visits 10:25 18:22

**W**

W 1:3
waive 30:18
walk 19:19
walked 25:13
walking 30:1
walk-through 19:18
  25:16
walk-throughs 19:7
  25:2 27:23
want 4:25 6:15 16:7
  17:4
wanted 7:7 27:22,24
warden 3:7 4:11 5:7,9
  5:20 6:1,3,6,8,9,13
  6:14,22 7:1,7,11,13
  9:7 16:25 22:13
  26:14 27:3 30:19
warden's 15:14
warehouse 12:21
Washington 1:22 6:21
  6:24 9:25 14:6
way 12:3,24 23:15
wearing 25:4
Wednesday 1:10
weekly 10:9,25 17:2
  19:2,7,18 24:16 25:2
welcome 30:21
well 3:12,24 9:3 10:18
  11:7,14,20 12:18
  15:19 20:7,9,11,19
  20:23 22:14 23:3
  27:13 28:18,18
went 5:12 27:2
were 3:9 6:9 7:10,11
  8:3,20 9:2 10:5,6,19
  11:11,15,25 13:3,10
  13:22 15:16 17:2,20

18:3 19:12,24 21:13
21:23 22:8 24:18
25:8,9,16 26:14 27:3
30:1,10
**West** 1:16
**WESTERN** 1:1
**we'll** 4:8,9,13,15 5:2
30:18
**we're** 3:15 4:20 26:25
**while** 7:10 12:1 13:9
16:3,20 17:3 22:5
23:7 26:13 27:2
28:25
**wind** 23:25
**WITNESS** 30:21
**wood-type** 10:20
**words** 7:23 8:15 13:10
**wore** 19:2 25:13
**work** 4:9,14 11:5 12:17
13:5,8 21:24 23:1
25:19 26:17
**worked** 8:3,7,21 11:12
13:3 22:7 26:13
**working** 8:3 11:11
12:19,25 17:7,12
**wouldn't** 26:3

---
### X
**X** 2:1

---
### Y
**Yeah** 6:17
**years** 6:5 7:8 10:22
16:3 17:10,24
**York** 5:12,13,14 7:1,2
7:6

---
### 0
**03-323** 1:3
**03-355** 1:4
**03-368** 1:4
**04-011** 1:5
**05-160** 1:3

---
### 1
**1:01** 1:11
**1:48** 30:23
**10** 23:18
**10th** 1:16
**100** 12:1
**11** 23:18
**120** 1:16
**15219** 1:20
**16501** 1:12,17
**17** 1:11
**1980** 7:4
**1983** 7:2,5
**1984** 7:1,3
**1985** 6:25 7:1
**1986** 6:23,25

**1989** 6:21,23
**1990** 6:19,22
**1992** 6:18,20
**1995** 6:15,18
**1996** 6:13,15

---
### 2
**20** 7:8 30:11
**2001** 6:10,14 16:19
**2004** 6:10
**2006** 1:10
**20534** 1:22

---
### 3
**3** 2:4
**30** 25:17

---
### 4
**400** 1:22
**4000** 1:19

---
### 6
**6** 1:10

---
### 7
**700** 1:19

---
### 9
**99** 23:5