# UNICOR McKean FAMILIARIZATION HANDBOOK

*Old Issue*

# General Overview

# UNICOR McKEAN OVERVIEW

**Welcome to UNICOR!** We hope that you find your assignment to UNICOR both enjoyable and productive. FPI McKean employs many varied and advanced production procedures, accounting practices, and a detailed paperwork tracking system. As an employee here at FPI McKean you will have the opportunity to learn a variety of skills currently utilized in the Wood Trades. Additionally you may have the opportunity to train on the Factory's state of the art woodworking equipment.

The objective of this Familiarization Booklet is to provide inmate employees at the "Entry" level with a basic and fundamental understanding of the Factory operations. This program covers the basics of production, job flow, work tickets, basic record keeping, safety, inmate responsibilities, pay, promotions and overtime.

Our Factory here at McKean is a state of the art laminated particle board panel manufacturing facility. We employ approximately 320 inmate workers on 2 shifts. Examples of jobs include Machine Operators, Assemblers, Material Handlers, Maintenance workers and Production Clerks. Additional positions include the Business Office and Quality Assurance Inspectors.

UNICOR McKean acknowledges outstanding inmate performance and achievement through the "Employee of the Year" award, "Team Player" award, Excellence Awards, Quality Production Awards, Incentive Awards, and Suggestion Awards. UNICOR Awards are presented in the form of cash bonuses and/or a vacation day.

# Factory Rules
# &
# Regulations

# UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

Name:_____ Unit:_____ Locker #_____ Chit #_____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS **HIGH NOISE LEVEL AREAS**.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR, IS STRICTLY FORBIDDEN. VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS, IS FORBIDDEN. FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) **HORSE PLAY** WILL NOT BE TOLERATED AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT. DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCKS.

10) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY. <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY **NO SMOKING** IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS. ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE AND SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAVE BEEN DISCIPLINARY TRANSFERRED FROM ANOTHER INSTITUTION SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

---

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME:_____ REG. #_____ DATE:_____

**F.C.I. McKean**

# UNICOR FACTORY - REGLAS Y REGULACIONES DE SEGURIDAD DE LA FABRICA PARA LOS TRABAJADORES CONFINADOS

Nombre:_____Unidad:_____ No. de Gabinete:_____

No. de Ficha:_____

1) El trabajador no podra abandonar el lugar de trabajo al cual ha sido asignado, al menos que posea un permiso y un pase de su supervisor o jefe. Cuando entre a otro departamento presentara su respectivo pase al supervisor a cargo de la seccion. Los trabajadores que esten en la lista de llamandos (Call-Out), deberan notificar a su supervisor antes de abandonar su lugar e igualmente lo haran al retornar a el.

2) Todos los trabajadores deberan usar zapatos de SEGURIDAD (con puntera de acero) mientras se encuentran en su lugar de trabajo en UNICOR.

3) Se debe usar lentes de seguridad todo el tiempo en la fabrica.

4) Protectores de oido contra el ruido deben ser usados en las areas de trabajo designadas como **"Areas De Alto Nivel De Ruido"**.

5) El trabajador debera efectuar cualquier trabajor que le sea asignado por su jefe o supervisor.

6) El trabajador tan solo desempenara las funciones para las cuales ha sido asignado. Operar maquinaria o equipo, o desempenar una funcion que no le haya sido asignada especificamente, acarreara un reporte disciplinario.

7) Esta prohibido operar cualquier clase de equipo de la fabrica, sins las debidas medidas de seguridad previstas. Tambien esta prohibido remover estas guardas del lugar asignado. Las violaciones a esta regla estan sujetas a acciones disciplinarias.

8) Los juegos de manos estan prohibidos y estan sujetos a un despido inmediato.

9) Los elevadores manuales y los montacargas electricos solo podran ser operados por las personas aotorizadas con anterioridad.

10) Es responsabilidad del trabajador reportar cualquier peligro, irregularidad o riesgo que ponga en peligro su seguridad o la de los demas trabajadores en su zona de trabajo. **"No Trabaje En Condiciones Inseguras"**.

11) Cualquier herida fisica, ni importa el tamano, debera ser reportada al supervisor de immediato.

12) Esta terminantement prohibido traer propiedades personales dentro de la fabrica. El contrabando esta extrictamente prohibido.

13) La fabricacion o reparacion de cualquier articulo personal utilizando equipos pertenecientes a UNICOR va en contra de las reglas internas. Por lo tanto esta totalmente prohibido.

14) Esta terminantemente prohibido **FUMAR** en la fabrica; tan solo se podra hacer en el area designada. Cualquier violacion a esta clausula dara como resultado una llamada de atencion y un posible despido.

15) El trabajo se detendra 10 minutos antes de la hora de comer con el proposito de asearse y 20 minutos antes del llamado a las unidades para el retorno de herramientas, limpieza del area de trabajo y aseo personal.

16) Los trabajadores que reciban sanciones desciplinarias en **SEGREGACION**, estaran sujetos a la terminacion de su trabajo en UNICOR y seran colocados en la lista de espera regular sin ninguna preferencia.

17) Los trabajodores con **TRANSFERENCIA DISCIPLINARIA** de otras instituciones seran colocados en la lista de espera regular.

YO ENTIENDO Y ACEPTO QUE LA DESOBEDIENCIA A ALGUNA DE ESTAS REGULACIONES SE CONSTITUYE EN UNA RAZON VALEDERA PARA EL **DESPIDO INMEDIATO DE UNICOR**.

Firma:_____ REG. #_____ Fecha:_____

# Production Flow
# &
# Factory Departments

```
Departments in UNICOR McKean:

        Factory Office          Mill
        Business Office         Assembly
        Warehouse               Packing
        Production              Quality Assurance
        Layup                   Maintenance
```

BREAKDOWN:

FACTORY OFFICE    Approximately 15 clerks. Time clerks & Job implementation duties.

BUSINESS OFFICE   Approximately 10 clerks. General office duties. Process orders for raw materials and related operating materials.

WAREHOUSE         Approximately 15 Camp workers. Receives, stores and transfers raw materials to the factory.

PRODUCTION        Approximately 20 workers. Initialize new jobs into the manufacturing circuit and insures production schedules. Also shipping and receiving dock workers and forklift drivers.

LAY-UP            Approximately 65 workers. Various sized particle board is laminated and post formed according to individual specifications.

MILL              Approximately 50 workers. This department cuts materials to specific dimensions using panel saws and CNC's.

ASSEMBLY          Approximately 60 workers. This department routes, shapes, and drills boards according to work ticket blueprints. T-Mold application is also done here.

PACKING           Approximately 35 workers. Cleans, packs, and weighs all finished goods for shipment.

QUALITY ASSURANCE Approximately 35 workers. Inspect all work performed in the factory with the right to approve or reject all work.

MAINTENANCE       Approximately 10 workers. Responsible for up-keep and maintenance of all factory machines and related responsibilities.

The following is a brief description of each department at UNICOR Mckean. It is intended to give you a general idea of what function each department plays in the overall production circuit in our factory.

## FACTORY OFFICE

The Factory Office receives orders for new jobs from UNICOR Central Office, Washington D.C., and occasionally from other UNICORs at Schuylkill, Coleman, Lewisburg, Ashland, and Morgantown. The orders are processed and checked for accuracy. Clerks write the specific work tickets required for each job. Additional clerks generate and maintain the status of orders and track raw material inventories needed for each job. Other clerks determine raw material quantities needed for each job and write requisitions to the warehouse for the material required.

## BUSINESS OFFICE

The Business Office is directly responsible for the procurement of all raw materials used in manufacturing our products. Based on information supplied by the Factory Office, the Business Office prepares and types requests for purchases for each vendor. UNICOR policy statements and other administrative duties are handled by the Business Office clerks. Inmate payroll functions such as doorchecks, vacation time, grade changes, and longevity are also performed by these clerks as are accounts payable and administrative shipping of finished goods.

## CAMP WAREHOUSE

There is a raw material warehouse located at the FPC (camp). They store and transfer to the factory the necessary laminate and particle board as needed to manufacture each job based on information generated and transmitted by the two above mentioned departments. The Warehouse receives raw materials from vendors in response to orders placed by the Business Office.

## PRODUCTION

The Production department is responsible for the introduction of new jobs into the manufacturing circuit. This department consists of material coordinators, receiving & shipping clerks, forklift drivers, dock workers, and panel saw coordinators. New job packets are picked up daily from the Factory Office and are prepared for the manufacturing circuit. Raw materials are received from the Warehouse daily and are cataloged and matched to the corresponding jobs. Work tickets are written and a daily work production plan is assembled and given to the Lay-Up department for first and second shift's lay-up production schedule. Once these boards are laid up, the panel saw coordinator supplies work to the panel saw based on production demands, due dates, and other contributing factors. The shipping clerk records and documents finished goods as they are received in Shipping and generates finished goods sales values based on total finished goods received in Shipping each day. Dock workers and material handlers move and "stage" laminate and board for the lay-up line and panel saw. Forklift drivers operate the lift as required.

| LAY-UP |
|---|

The Lay-Up department is responsible for gluing 2 sheets of Formica brand phenolic laminate to both sides of various thickness particle board. The laminate will always be the same size as the particle board , e.g., 4 x 8 laminate to 4 x 8 particle board, 5 x 10 laminate to 5 x 10 particle board. The particle board thickness may vary among 5/8", 3/4", 1", and 1-1/8". Additionally the laminate colors may also vary according to the customer's choice of color combinations. The Lay-Up line is also referred to as the Cold Press area because the glue used is applied at room temperature as opposed to hot-melt glue which is used in some factories and was at one time used here. The glue we use is a water based polyvinyl acetate emulsion similar to "Elmer's" glue. The glue is applied to **BOTH** sides of the particle board at the same time using an opposing roll coater. The glue is applied at sufficient thickness, (approx. 7-9 mils), to cause a good bond between the laminate and particle board. Insufficient glue application usually causes the laminate to improperly adhere to the particle board with subsequent rejection and scrapping of the parts made from it. Once a full stack of boards has been laminated, the stack is moved into a platen air press and the entire stack is pressed at between 50-80 pounds per square inch pressure for a minimum of 30 minutes. The stacks are marked when removed from the press and must fully cure for 6 hours before any machining of the boards is attempted. The stacks are usually removed from the Lay-Up line and stored near the panel saw to be cut to rough sizes for the parts specified in the job packet.

The Post-Form area is also a section of the Lay-Up department. Some of the parts we make require the laminate to be formed around a curved surface such as drawer fronts and "bull-nose" work surface parts. Special laminate, special glue and specialized equipment is used to form and laminate the curved parts. The laminate used is designated as "post-formable" and is always 0.042" thick. This laminate contains a special plasticizer that allows it to bend when heat is applied and assume the shape of the surface it is being adhered to. The Post-Form area also lays up special one-of-a-kind jobs and parts that must have the grain pattern of the laminate oriented in a special position.

| MILL |
|---|

The Mill department consists of two panel saws and three CNC machines. There is also one tennon machine that shapes drawer fronts and bull-nosed work surfaces. Another tennon machine in another department performs other functions similar to but not exactly the same as the machine in Mill. Once the raw materials for a new job are received and have been laid up, the 4' x 8' boards are cut to their rough size, sometimes to their finished sizes. Sometimes, many parts may be cut from one board. Some parts may require specialized or complex shapes and may also require numerous holes drilled into the part. This is the function of the CNC machines. This machine is computer-driven and many programs are stored in the machine's memory. The CNC machine is set-up for the particular part's dimensions using the appropriate program. The rough-sized piece is placed on the work table, which is axis-driven. The cutting tools remain stationary and the part is moved via the moving work table. The CNC machines are well known for their high degree of accuracy and their ability to ➔

machine complex shapes. Another section of the Mill department is the Edgebanding area. Edgebanding is the decorative laminate edge that is applied to sides of various work station parts and drawer fronts using hot-melt glue and a specialized automated edgebanding machine.

## ASSEMBLY

The Assembly department covers a wide range of manufacturing functions including: tackboards, T-Molding, the Topmaster machine, vertical boring, horizontal boring, table saw, 70 router, shaper, regular routers, special projects, repair, and drill table. Once the Mill department has cut the large laminated panels to rough size, the pieces are moved to Assembly. Here, they are machined and shaped to proper dimensions according to the accompanying work tickets. Decorative and protective T-Molding is also installed in Assembly, usually with the Topmaster machine or with air driven bumper tables. Another function of Assembly is that of special projects; the design and construction of cabinets, desks, shelving and other items of need and use throughout the entire Institution. Occasionally, a manufactured part may be slightly damaged, but salvageable with minor repairs, this too is a function of Assembly.

## PACKING

Once the various work surfaces, keyboard pads, flipper doors, shelf ends, and other work station parts are finished, they are moved to Packing. The first function in this department is "pre-final" and cleaning. The laminate we use is supplied with a protective plastic peel-off covering that helps prevent scratching and marring of the surface during various manufacturing processes. Here, the plastic covering is removed and the finished pieces are checked for defects. If no defects are found, the piece is then cleaned using a variety of cleaning methods. If a part is found to be defective and not acceptable to ship to the customer, a "red tag" is written by the Q.A. inspector for the defective piece and sent to "Re-Make". The "prefinal" inspection area and cleaning table are also known as the "car wash". Now that the pieces are clean, they are inspected once again at "final" and are packed, usually on pallets, ready to be shipped. The Packing department builds their own pallets as well as customized boxes for shipping parts via U.P.S., Federal Express, etc.. Each pallet is assigned a pallet number and all finished goods are shipped using these numbers. Metal mounting brackets are also installed on shelf ends. Once the finished goods are packed on a pallet and assigned a pallet number, the pallet is weighed using a digital electronic platform scale. This information is recorded on finished goods tickets and the tickets and pallet are sent to shipping. Another function of Packing is to inspect and palletize Ashland and Morgantown panels for shipment.

## QUALITY ASSURANCE

Central to all departments is Quality Assurance. Each department in the manufacturing process has a quality assurance inspector. These inspectors measure, check and certify that the parts being machined and manufactured, conform to the specifications for that particular part. When a particular machine is "set-up" to run a certain part, the part is checked immediately to insure proper dimensions. This is called the first piece inspection. To insure conformance, some parts are checked periodically, such as one➔

in every ten, and some are checked 100%. Ability to read a measurement rule, calipers and other measuring devices is essential to the job of a quality assurance inspector. Additionally, precise and accurate record keeping is required.

## MAINTENANCE

With a wide variety of machinery and manufacturing processes, there may be an occasion when repairs are necessary. The Maintenance department not only performs these repairs, but also provides "preventive" maintenance to insure that the factory's equipment continues to perform as required. Recently, new high intensity lights were installed throughout the factory, an example of the varied maintenance duties. Other duties include plumbing, painting and carpentry.

# Safety Issues

## SAFETY ISSUES

1. Monthly safety talks shall be given by your foreman. This meeting will also be utilized to inform you of any general issues concerning your department or the factory.

2. Before operating any machinery, you <u>must</u> be trained and authorized to do so. There are sign off logs located at all machines. After your foreman has trained you on any machinery, and authorized you to operate that particular equipment, he shall place your name on the machine's SIGN-OFF LOG.

3. The UNICOR Factory, at a minimum, holds quarterly fire drills. You are required to familiarize yourself with the evacuation procedures and meeting areas for your department. Ask your foreman for details regarding this issue.

4. Steel toed safety shoes and safety glasses <u>must</u> be worn at all times while working on the factory floor. Hearing protection is also mandatory in three areas of the factory. Those areas are as follows: **Panel Saw Area, CNC Area,** and the **Top Master Area**. If you are assigned to any of the above work areas, you <u>must</u> wear hearing protection.

5. Be aware of what is going on around you - moving machinery and forklifts. Keep isle ways clear of carts and pallets of products.

6. Always practice safe stacking procedures. Do <u>not</u> stack the product too high and always stack balanced loads.

7. Report all injuries to your foreman **immediately**.

8. The Material Safety Data Sheets (MSDS) are located near the factory entrance, on the wall between the staircase and the Assistant Factory Manager's office. Review the Material Safety Data Sheets periodically. Inmates involved in the handling, application, or utilization of any substance or chemicals used in the factory should familiarize themselves with the MSDS concerning that particular material. Any questions or concerns regarding the MSDS should be directed to the inmate's foreman.

# Contract
# &
# Work Tickets

### READING THE SYMIX CONTRACT
### (PURCHASE ORDER)

| NUMBER: | EQUALS: |
|---|---|

1)       THE ORDERING FACTORY.
         (1a) EACH FACTORY HAS THEIR OWN CODE NUMBER AT THE TOP
         OF THE "BILL TO" ADDRESS. ie: 15082027 = SCHUYLKILL

2)       THIS IS THE "SHIP TO" DESTINATION FOR THE WORK ORDER.
         (a) SCHUYLKILL HAS TWO ADDRESSES, AT TIMES. THESE ARE
         THE **SCHUYLKILL DISTRIBUTION CENTER, AND THE SCHUYLKILL
         WAREHOUSE,** WHICH IS USED FOR PASS THROUGH ITEMS SUCH AS
         WSSP'S, RSE's, LSE'S, F.D.'s, 87's, TB's, TBB's.

3)       THIS IS OUR RECORD NUMBER IN SYMIX.

4)       THIS IS OUR WORK ORDER NUMBER, THAT IS ASSIGNED WITH
         THE PURCHASE ORDER NUMBER. **IF THE WORK ORDER IS AN
         "EXPEDITE", THEN THE W.O.# SHALL BE PLACED AHEAD OF THE
         PURCHASE ORDER#.**

5)       THIS IS THE DATE THAT WE RECEIVED THE WORK ORDER.

6)       THIS IS THE PRINTOUT/ENTRY DATE OF THE ORDER.

7)       THIS IS THE LINE ITEM NUMBER FOR EACH ITEM ORDERED.

8)       THIS IS THE QUANTITY OF EACH ITEM ORDERED.

9)       THIS IS THE DUE DATE OF THE ITEM ORDERED.
         a) **AT TIMES, THESE DUE DATES MAY BE DIFFERENT!!!**

10)      THIS IS THE ITEM DESCRIPTION/CONFIGURATION.
         a) G-85863-L TRANSLATES TO A WSSP WITH A LEFT BORE HOLE,
         WITH GREY TRIM, AND 85863/WEST POINT AS THE LAMINATE.
         b) **THE FIRST LETTER IS ALWAYS THE TRIM COLOR. THE FIVE
         DIGIT NUMBER IS ALWAYS THE LAMINATE COLOR, AND ANY
         OTHER LETTERS AFTER THESE SIGNIFY THE BORE HOLE PATTERNS.**

11)      THIS IS THE COST OF A SINGLE ITEM.

12)      THIS IS THE TOTAL COST OF THE NUMBER OF ITEMS ORDERED.

13)      THIS IS THE LAMINATE COLOR OF THE WORK ORDER.

14)      THIS IS THE TRIM COLOR OF THE WORK ORDER.

15)      THIS IS THE TOTAL NUMBER OF PIECES ON THE WORK ORDER.

16)      THIS IS THE ORIGINAL ORDERING FACTORY'S PURCHASE ORDER #.

17 & 18) THIS SPECIFIES THE "WHERE" AND "WHEN" OF ITEMS TO BE
         SHIPPED.

19)      THIS IS THE TOTAL SELLING PRICE OF ITEMS ORDERED.

**Page 15**

* * * * * ORDER VERIFICATION * * * * *

UNICOR, FPI, INC.
FCI MCKEAN
BOX 6000
BRADFORD  PA  16701
814-362-8900

QUALITY ASSURANCE
INSPECTOR #2

Customer___ 15082027                     Ship    4
           DOJ/FPI/FCI/MINERSVILLE P      To     SCHUYLKILL DIST CTR
           SCHUYLKILL                            FCI SCHUYLKILL
           PO BOX 727                            RT 901 N & I-81
           MINERSVILLE  PA  17954               MINERSVILLE  PA  17954
                                                USA

Order Contact:
   Bill_To:_ 00000000

Order_#_Cust PO No._    Ship_Via_       Pk_PP Date Ord_Terms         Ver Date
232734 5447-1004341     best_way              06/12/95 UNICOR PO'S    06/12/95

Line/Rel Qty_Ordered      Deliver  Item                         Unit_Price/Net_Amt

   1          2.000 07/28/95 WSSP2029                              23.00000
                                                                      46.00
                          FAB/LAM-SUPPT-PNL,20X29H,CONFIG
        Configuration: G-85863-L
                    0.08000 GRAY/GRAY,1-1/8"X5"X10",PRB,FORMICA#858*
                    0.00000 BORE-PATTERN,LEFT,PNL-CONFIG
                   10.16700 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243
                 Drop Ship To: UNICOR WAREHOUSE
                              FCI SCHUYLKILL
                              RT 901 N & I-81
                              MINERSVILLE  PA  17954


   2          1.000 07/28/95 WSSP2029                              23.00000
                                                                      23.00
                          FAB/LAM-SUPPT-PNL,20X29H,CONFIG
        Configuration: G-85863-R
                    0.08000 GRAY/GRAY,1-1/8"X5"X10",PRB,FORMICA#858*
                    0.00000 BORE-PATTERN,RIGHT,PNL-CONFIG
                   10.16700 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243
                 Drop Ship To: UNICOR WAREHOUSE
                              FCI SCHUYLKILL
                              RT 901 N & I-81
                              MINERSVILLE  PA  17954


   3          1.000 07/28/95 WSSP2429                              25.00000
                                                                      25.00
                          FAB/LAM-SUPPT-PNL,24X29H,CONFIG
        Configuration: G-85863-L
                    0.10670 GRAY/GRAY,1-1/8"X5"X10",PRB,FORMICA#858*
                    0.00000 BORE-PATTERN,LEFT,PNL-CONFIG
                   10.83300 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

Page 16

UNICOR, FPI, INC.
FCI MCKEAN
BOX 6000
BRADFORD  PA  16701
814-362-8900


Customer   15082027                    Ship    4
           DOJ/FPI/FCI/MINERSVILLE P   To      SCHUYLKILL DIST CTR
           SCHUYLKILL                          FCI SCHUYLKILL
           PO BOX 727                          RT 901 N & I-81
           MINERSVILLE  PA  17954             MINERSVILLE  PA  17954
                                               USA

Order Contact:
     Bill To: 00000000

| Order # | Cust PO No. | Ship Via | Pk | PP | Date Ord | Terms | Ver Date |
|---------|-------------|----------|----|----|----------|-------|----------|
| 232734 | 5447-1004341 | best way | | | 06/12/95 | UNICOR PO'S | 06/12/95 |

| Line/Rel | Qty Ordered | Deliver | Item | Unit Price/Net Amt |
|----------|-------------|---------|------|--------------------|

                    Drop Ship To: UNICOR WAREHOUSE
                                  FCI SCHUYLKILL
                                  RT 901 N & I-81
                                  MINERSVILLE  PA  17954


   4              2.000 07/28/95 WSSP2429                    25.00000
                                                                50.00
                             FAB/LAM-SUPPT-PNL,24X29H,CONFIG
           Configuration: G-85863-R
                     0.10670 GRAY/GRAY,1-1/8"X5´X10´,PRB,FORMICA#858*
                     0.00000 BORE-PATTERN,RIGHT,PNL-CONFIG
                    10.83300 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243
                    Drop Ship To: UNICOR WAREHOUSE
                                  FCI SCHUYLKILL
                                  RT 901 N & I-81
                                  MINERSVILLE  PA  17954


   5              1.000 07/28/95 CT36                        32.00000
                                                                32.00
                             COUNTERTOP,15X36W,CONFIG
           Configuration: G-91562
                     0.10670 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                    10.66700 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243


   6              3.000 07/28/95 CT48                        36.00000
                                                               108.00
                             COUNTERTOP,15X48W,CONFIG
           Configuration: G-91562
                     0.10670 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                    12.66700 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243      **Page 17**


   7             30.000 07/28/95 AKP                         18.00000
                                                               540.00

UNICOR FPI, INC.
FCI MCKEAN
BOX 6000
BRADFORD  PA  16701
814-362-8900

| Customer | 15082027 | Ship | 4 |
| | DOJ/FPI/FCI/MINERSVILLE P | To | SCHUYLKILL DIST CTR |
| | SCHUYLKILL | | FCI SCHUYLKILL |
| | PO BOX 727 | | RT 901 N & I-81 |
| | MINERSVILLE  PA  17954 | | MINERSVILLE  PA  17954 |
| | | | USA |

Order Contact:
    Bill To: 00000000

| Order # | Cust PO No. | Ship Via | Pk | PP | Date Ord | Terms | Ver Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 232734 | 5447-1004341 | best_way | | | 06/12/95 | UNICOR PO´S | 06/12/95 |

| Line/Rel | Qty Ordered | Deliver | Item | Unit Price/Net Amt |
| --- | --- | --- | --- | --- |
| | | | KYB-PAD,12X20-3/4W,CONFIG | |

Configuration: G-91562
    0.06250 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
    7.66700 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

| Line/Rel | Qty Ordered | Deliver | Item | Unit Price/Net Amt |
| --- | --- | --- | --- | --- |
| 8 | 1.000 | 07/28/95 | WS2424 | 26.00000 |
| | | | | 26.00 |
| | | | RECT-WKSURF,24X24,CONFIG | |

Configuration: G-91562-NOBORE
    0.08000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
    0.00000 BORE-PATTERN,NO-BORE,PNL-CONFIG
    10.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

| Line/Rel | Qty Ordered | Deliver | Item | Unit Price/Net Amt |
| --- | --- | --- | --- | --- |
| 9 | 5.000 | 07/28/95 | WS2424 | 26.00000 |
| | | | | 130.00 |
| | | | RECT-WKSURF,24X24,CONFIG | |

Configuration: G-91562-C
    0.08000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
    0.00000 BORE-PATTERN,CENTER,PNL-CONFIG
    10.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

| Line/Rel | Qty Ordered | Deliver | Item | Unit Price/Net Amt |
| --- | --- | --- | --- | --- |
| 10 | 4.000 | 07/28/95 | WS2430 | 28.00000 |
| | | | | 112.00 |
| | | | RECT-WKSURF,24X30,CONFIG | |

Configuration: G-91562-C
    0.10670 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
    0.00000 BORE-PATTERN,CENTER,PNL-CONFIG
    11.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

**Page 18**

| Line/Rel | Qty Ordered | Deliver | Item | Unit Price/Net Amt |
| --- | --- | --- | --- | --- |
| 11 | 21.000 | 07/28/95 | WS2436 | 33.00000 |
| | | | | 693.00 |
| | | | RECT-WKSURF,24X36,CONFIG | |

Configuration: G-91562-C

12              8.000 07/28/95 WS2442                          38.00000
                                                                 304.00
                           RECT-WKSURF,24X42,CONFIG
        Configuration: G-91562-C
                    0.16000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                    0.00000 BORE-PATTERN,CENTER,PNL-CONFIG
                    13.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

13              2.000 07/28/95 WS2442                          38.00000
                                                                  76.00
                           RECT-WKSURF,24X42,CONFIG
        Configuration: G-91562-LR
                    0.16000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                    0.00000 BORE-PATTERN,LEFT/RIGHT,PNL-CONFIG
                    13.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

14              14.000 07/28/95 WS2448                         40.00000
                                                                 560.00
                           RECT-WKSURF,24X48,CONFIG
        Configuration: G-91562-LR
                    0.16000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                    0.00000 BORE-PATTERN,LEFT/RIGHT,PNL-CONFIG
                    14.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

15              5.000 07/28/95 WS2454                          42.00000
                                                                 210.00
                           RECT-WKSURF,24X54,CONFIG
        Configuration: G-91562-LR
                    0.32000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                    0.00000 BORE-PATTERN,LEFT/RIGHT,PNL-CONFIG
                    15.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

16              8.000 07/28/95 WS2460                          46.00000
                                                                 368.00
                           RECT-WKSURF,24X60,CONFIG
        Configuration: G-91562-LR
                    0.32000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                    0.00000 BORE-PATTERN,LEFT/RIGHT,PNL-CONFIG
                    16.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

17              1.000 07/28/95 WS2472                          50.00000
                                                                  50.00
                           RECT-WKSURF,24X72,CONFIG
        Configuration: G-91562-LR
                    0.32000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                    0.00000 BORE-PATTERN,LEFT/RIGHT,PNL-CONFIG
                    18.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

18              2.000 07/28/95 WS3048                          46.00000
                                                                  92.00
                           RECT-WKSURF,30X48,CONFIG
        Configuration: G-91562-LR
                    0.21340 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562

**Page 19**

19          1.000 07/28/95 WS3072                        60.00000
                                                              60.00

                          RECT-WKSURF,30X72,CONFIG
        Configuration: G-91562-LR
                     0.64000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                     0.00000 BORE-PATTERN,LEFT/RIGHT,PNL-CONFIG
                    19.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

20          2.000 07/28/95 WSD3060                       70.00000
                                                             140.00

                          D-WKSURF,30X60W,CONFIG
        Configuration: G-91562-NOBORE
                     0.64000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                     0.00000 BORE-PATTERN,NO-BORE,PNL-CONFIG
                    16.00000 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

21         26.000 07/28/95 WS902436                      47.00000
                                                           1,222.00

                          90-WKSURF,24X36W,CONFIG
         Configuration: G-91562-C
                     0.32000 GS/PHEN,1-1/8"X5´X10´,PRB,FORMICA#91562
                     0.00000 BORE-PATTERN,CENTER,PNL-CONFIG
                    12.66700 FLAT,PVC,STORM-GRAY,1-9/32",PATWIN#243

(13)
   ↓
   91562 = SAND GRANDIN LAMINATE
   GREY = TRIM ← (14)
   140 PCS. TOTAL ← (15)
   P.O.# 5447-95
   ITEMS 1-4 TO SCHUYLKILL JULY 28 1995 ← (17)
   ITEMS 5-21 TO S.D.C. JULY 28 1995

(16)                                    (18)

**Page 20**

                                          (19)
                                            ↓
                    Sale Amount:     4,867.00

                           Misc:         0.00
                            Tax:         0.00
                        Freight:         0.00

                          Total:     4,867.00

# ORDER FOR SUPPLIES OR SERVICES

| 1. DATE OF ORDER | 2. CONTRACT NO. (if any) | 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | PAGE of PAGES |
|---|---|---|---|---|
| 10/17/95 | UNICOR-MCKEAN | 235-PID-0270-96-SF-00 | 266-96-SKSF | 1 1 |

| 5. ISSUING OFFICE (Address correspondence to) | 6. SHIP TO: (consignee and address. ZIP Code) |
|---|---|
| UNICOR, FPI, INC<br>P.O. Box 727<br>Minersville PA 17954<br>717-544-7267 | UNICOR DISTRIBUTION CTR.<br>FCI SCHUYLKILL<br>PA. RT 901 N & I-81<br>MINERSVILLE, PA 17954 |

| 7. TO: CONTRACTOR (Name, address and ZIP Code) | 8. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| 799<br>UNICOR, FCI MCKEAN<br>P.O. BOX 6000<br>BRADFORD, PA 16701-0500<br>ATTN: ED WILUSZ 814-362-8900 | 15X4500.235 |
| | 9. REQUISITIONING OFFICE |
| | Minersville, PA |
| | 10. PLACE OF INSPECTION AND ACCEPTANCE |
| | Minersville, PA |
| | 11. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) |
| | 12/20/95 |

| 12. F.O.B. POINT | 13. SHIP VIA. | 14. GOVERNMENT B/L NO. | 15. DISCOUNT TERMS | 16. BUSINESS CLASSIFICATION |
|---|---|---|---|---|
| DESTINATION | MOST ECONOMICAL | | NET30 | unf |

| 17. TYPE OF ORDER A. PURCHASE | 17. TYPE OF ORDER B. DELIVERY |
|---|---|
| Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheets, if any, including delivery as indicated. This purchase is negotiated under authority of: | Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above numbered-contract. |
| | X |

## 18. SCHEDULE (See reverse for Rejections)

| ITEM NO.<br>(A) | QUANTITY ORDERED<br>(B) | UNIT<br>(C) | UNIT PRICE<br>(D) | AMOUNT<br>(E) | QUANTITY ACCEPTED |
|---|---|---|---|---|---|
| 1 CT24B | 1.000 | | 28.00000 | 28.00 | |

GL Num: 13010-
Due: 12/20/95

COUNTERTOP,15X24W,BLACK,ASSY
WO#1005856 MC TO DIST USN BESTHESDA MD

TRIM:BLACK
LAM:91537 SMOKE GRANITE

SHIP:THIS LINE ITEM TO DIST/CNTR
BY 12/20/95

NOTE:COC REQURIED ON OR BEFORE SHIPPING.
DUE DATE:12/20//95

ALL DELIVERIES BETWEEN 8AM-3PM.NO UNLOADING BETWEEN
11-11:30AM. DISCOUNTS WILL BE BASED ON THE LATTER OF (1)
INVOICE RECEIPT OR (2) ACCEPTANCE OF GOODS.

| 19. SHIPPING POINT | 20. GROSS SHIPPING WEIGHT | 21. INVOICE NO. | | 18(G). PAGE TOT. |
|---|---|---|---|---|
| BRADFORD PA | | | $28.00 | |

| 22. MAIL INVOICE TO: (Include ZIP Code) ACCOUNTS PAYABLE,BUSINESS MANAGE | | 18(H). GRAND TOTAL |
|---|---|---|
| UNICOR, FPI, INC PHONE: 717-544-7341<br>P.O. Box 727<br>Minersville, PA 17954 | RO# 0270-96 | $28.00 |

| 23. UNITED STATES OF AMERICA BY (Signature) | 24. NAME (Typed) |
|---|---|
| | PETER TIPKA, CONT SPEC |
| | TITLE: CONTRACTING/ORDERING OFFICER   717-544-7267 |

FPI-LVN-3000

| JOB NUMBER: 232756 | **WORK** | PART NUMBER: WS2448RE |
|---|---|---|
| SYMIX #: _____ | **TICKET** | DESCRIPTION: 24" x 48" |
| | | POSTFORM WORKSURFACE |

| TOTAL QTY | LAMINATION | TRIM | RAW MATERIAL INFORMATION | | |
|---|---|---|---|---|---|
| | | | DESCRIPTION | | APECS # |
| 14 ea | 91560 Tenn-Oak | Tidal Sand | PATICLEBOARD | 1-1/8" x 5' x 8' | PRB-0027 |
| | | | LAMINATE | .042" x 5' x 8' | PLM-0330 |
| | | | PHENOLIC BACKER | .020" x 5' x 8' | PLM-0546 |
| | | | EDGE BANDING PVC | .024" X 1-3/4" | MLD-0159 |
| | | | COLD PRESS GLUE ----------------- | | ------------- |

| | LENGTH | WIDTH | THICKNESS |
|---|---|---|---|
| ROUGH SIZE | 50.375" (50-3/8") | 24.250" (24-1/4") | 1-1/8" |
| SIZE PRIOR TO TRIM | 47.882" (47-7/8") | 23.864" (23-7/8") | 1-1/8" |

**SPECIAL INSTRUCTIONS**

DUE DATE:

| OPR | AREA | DESCRIPTION | DATE | QTY | QA | FM |
|---|---|---|---|---|---|---|
| 1. | P.S. | ROUGH CUT 1-1/8" PRB. TO 50.375" (50-3/8") x 24.250". | | | | |
| 2. | P.S. | CUT .042" LAMINATE TO 50.500" GRAIN x 27". | | | | |
| 3. | P.S. | CUT .020" THICK BACKER TO 51" x 24.250". | | | | |
| 4. | TEN. | 180° RADIUS ALONG ONE SIDE TO 50.375" (50-3/8") x | | | | |
| | | 23.832" (23-27/32") x 1-1/8". | | | | |
| 5. | P.F. | WRAP PLASTIC AROUND RADIUS OF BOARD. | | | | |
| 6. | LAM. | LAMINATE WITH 51" x 24.250" BACKER TO BOARD AND TRIM. | | | | |
| 7. | CNC | ROUT AND BORE TO PROGRAM: WS2448RE. | | | | |
| | | **NOTE: 2-3/4" GROMMET HOLES ARE OPTIONAL.** | | | | |
| | | ✱✱✱ SEE SPECIAL INSTRUCTIONS ABOVE FOR BORING PATTERN. ✱✱✱ | | | | |
| 8. | E.B. | APPLY EDGEBANDING TO 3 SIDES AND TRIM. | | | | |
| 9. | PACK | CLEAN, FINAL INSPECT, AND PACK PER GUIDELINES. | | | | |
| | | | | | | |

REV. LEVEL: "A" ROUTING PROCEDURE CHANGE. ▨▨▨▨▨▨ REV. DATE: 7/15/95    M.H.ov

**Page 22**



# Quality Assurance

## QUALITY ASSURANCE DEPARTMENT OVERVIEW

The Quality Assurance Department is the nerve center of UNICOR. Any department or section in the factory may produce a product, but a product that does not meet the required specifications is a loss of labor hours and materials. The Quality Assurance department monitors the production of the UNICOR factory to insure that the product is being produced in accordance with the required specifications for that particular work order. Material Handlers, Operators, Coordinators and Quality Assurance Inspectors are responsible for insuring that each part is produced in accordance with specifications. Therefore, *only* through a joint effort, coupled with good communication between all involved, can a work order be completed with a high quality product.

To further emphasize the importance of the Quality Assurance department, the Superintendent of Industries, in accordance with his policy of making quality the top priority at UNICOR McKean, has reminded the Quality Assurance department of their responsibility to ensure that all products manufactured be of the highest quality. He has acknowledged the Quality Assurance Inspector's authority to **stop** production on any product that does not meet the highest quality standards. In every instance, Department Supervisors will be notified of the situation first. The Quality Assurance Inspectors have been assured by the Superintendent of Industries and the Quality Assurance Manager, that they will stand firmly behind the Inspector's judgement and decisions when a defective part is found.

The need for a basic understanding of the Quality Assurance department is required so that the inmate may perform his assigned job in a responsible manner. This will assist in the craftsmanship of a product high in quality.

Within this section are portions taken directly from the "Quality Assurance Inspectors' Training Manual". This should give you a basic understanding of what the Quality Assurance department and the Quality Assurance Inspector's responsibilities are.

Emphasis is placed on measuring devices and their uses. The key phrase of Quality Assurance is **attention to detail**. If you do not know how to read a measuring device, especially a rule or tape, let your foreman know so that he may assign someone to teach you! Don't be embarrassed or afraid to ask for help!!

Each and every operator, material handler, coordinator, inspector, and shophand should be able to read, and understand, the work ticket (order). It is very important to be able to understand the job ticket. All pertinent information concerning the requested part are found on the work ticket; job number, part number, description, quantity, color specifications, trim, contract number, raw material information, special instructions and operation sequence. The work ticket will also contain a blueprint of the part specifying the correct dimensions. An understanding of the Symix codes for raw materials is a must!

A **First Piece Inspection** is done by the Q.A. Inspector assigned to the area. It is his responsibility to check the first piece of each job to ensure that the correct operation is being performed. It is the *Operator's* responsibility to ensure that the "first piece" is inspected prior to running the job.

**Page 25**

The Inspection Records are vital! Without clear documentation, accountably of parts produced and inspected, there can be no way of knowing what jobs have been completed. Record keeping is a constant duty and is vital to the manufacturing process.

Anyone who would like to become a Quality Assurance Inspector should see Mr. Mike Hays, Quality Assurance Manager, to sign up to take a Quality Assurance test.

# Remember!

## *Attention to Detail*

# is what Quality Assurance is all about.

QUALITY ASSURANCE DEPARTMENT FINAL INSPECTION STATION

| DAY | TAG # | CONTRACT NUMBER | JOB NUMBER | PART NUMBER | REJECT COUNT | SHOP FOUND | SHOP RESPN | Q.A. | FORE MAN | PROBLEM CODE | REMEDY CODE | PLM NO. | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |
| | | | J- | | | | | | | | | | |

Page 27

QUALITY ASSURANCE DEPARTMENT

PROBLEM & REMEDY CODES

Departments | 1st Shift | 2nd Shift | 3rd Shift

**ASSEMBLY-1**......L 11.........L 21........L 31
Band Saw
Belt Sander
Boring (All)
Routers(All)
Table Saw
T-Mold Area

**LAY-UP-1**........L 12.........L 22........L 32
Cold Press
Tenon-2
Post Form
Top Master

**MILL-1**..........L 13.........L 23........L 33
C.N.C Routers
Edge Banding
Panel Saw
Tenon-1

**PACKING**.........L 14.........L 24........L 34
Pre-Final
Final
Packing

**REPAIR TABLE**....L 15.........L 25........L 35

**SHIPPING**........L 16

**RECEIVING**.......L 17

**PRE-F.C.I.McKean**... L 10

| P- 1 | Backing Broken |
|------|----------------|
| P- 2 | Backing Loose |
| P- 3 | C.N.C. Cut O/S |
| P- 4 | Defective Laminate |
| P- 5 | Edge Band Damaged |
| P- 6 | Edge Band Loose |
| P- 7 | Holes Drilled O/S |
| P- 8 | Kerf Cut O/S |
| P- 9 | Laminate Broken |
| P-10 | Laminate Scratched |
| P-11 | Laminate Loose |
| P-12 | Laminate Wrong |
| P-13 | Lump/Dip in Laminate |
| P-14 | Material Cut O/S |
| P-15 | Particle Board Damaged |
| P-16 | Post Form O/S |
| P-17 | Radius Cut O/S |
| P-18 | Rout Cut O/S |
| P-19 | Short Count |
| P-20 | T-Mold Damaged |
| P-21 | T-Mold Wrong Color |
| P-22 | Cold Press Reject |
| P-23 | Chipped Laminate |

FIND THE CODE THAT BEST DESCRIBES THE THE PROBLEM WITH THE PART (S) YOUR REJECTING AND THEN LOOK BELOW ON THE REMEDY CHART AND FIND THE CODE THAT DESCRIBES WHAT YOU WANT DONE TO THIS PART(S).

IF YOU AREN'T SURE OF WHAT TO ENTER FOR THE PROBLEM OR THE REMEDY YOU CAN ASK ANOTHER Q.A. FOR HELP ON MAKING THE RIGHT DECISION WE NEED THE RIGHT INFORMATION ON THE TAG(S).

REMEDY CODES
A- Foreman-OK-Part(s)
B- Repaired Problem
C- Remake Replace Part(s)
D- Replace from Fall Off(s)
E- Replace from stock & Relam
F- Relaminate
I- Replace edgebanding
K- Replace T-Mold

☞ ONE OF THESE WILL APPLY ☜

I BET THAT NONE OF YOU EVEN READ THIS INFORMATION THAT I SO PAINSTAKINGLY!! PROVIDE FOR YOU TO HELP YOU DO A GOOD JOB AND TO MAKE MY JOB ALITTLE EASIER BUT AS ALWAYS TIME TELLS THAT YOU CAN NOT HELP THOSE WHO KNOW IT ALL ☺ ☻ ☺

# PAY ATTENTION: WHEN VOIDING OUT A TICKET "DO NOT DRAW A LINE THROUGH IT"

**** ONCE YOU HAVE TURNED TAG INTO CLERK YOU CAN NOT GO BACK AND ADD MORE PARTS.YOU HAVE TO WRITE UP A NEW TAG ****

**** CHECK SHELF STOCK BEFORE MAKING A REJECTION ****    **** IF YOU VOID A TAG, WRITE VOID IN COMMENT BOX ONLY ****

**** LOG ALL REJECTIONS ON THE BACK OF THE 127'S ****    **** SEE REWORK CLERK OR REWORK Q.A. IF TAG NEEDS VOID ****

**** CHECK YOUR TAG TO INSURE THAT ALL INFORMATION IS ON IT, SHOP LOCATIONS, PLM NUMBER, PROBLEM, REMEDY CODES ****

# #  SPECIAL  #
# DISPOSITION

DATE:_____

JOB NO.:_____

PART NO.:_____

QUANTITY:_____

DISCREPANCY:_____

INSPECTED BY:_____

QUANTITY GOOD:_____

QUANTITY  BAD:_____

FOREMAN:_____

**Tag 1 (REJECT):**

CQA-103 FPI-McKEAN
TAG NO.

REJECT _____

SHOP _____
PART NO. _____
JOB NO. _____
QUANTITY _____
DISCREPANCY _____
_____
_____
DATE _____ INSP. _____
DISPOSITION _____
_____
_____
DATE _____ FOREMAN _____
CQA-103
610040 REJECT TAG
FPI-LOM

**Tag 2 (middle):**

Dept. Supervisor Signature

TIME USED

MATERIAL USED

DATE

Insp. Stamp

CAUSE OF DEFECT AND CORRECTIVE ACTION

**Tag 3 (REWORK):**

REWORK

SHOP _____
LOT NO. _____
JOB NO. _____
QUANTITY _____
PART NAME _____
_____
DEFECT _____
_____
_____
_____
INSP. _____ DATE _____
Use Back Of Tag To Indicate Work Done,
Material Used and Time.

DO NOT REMOVE

CQA-102 FPI-LOM

# PACKING/FINAL

INSTITUTION: F.C.I. McKEAN

FACTORY: WOOD PRODUCTS

ACTIVITY: PACKING/FINAL (L 14) (L 24)

DWG./SPEC. & REV.: SEE PART NUMBER BELOW

MTL-STD-105D: INSPECTION LEVEL: 97.5%

| DATE | PART NUMBER | LOT SIZE | LOT ACCPT | LOT REJCT | JOB # / QA.INT | 1. ENSURE CORRECT SEQUENCE OF OPERATIONS ON JOB WORK TICKET | 2. ENSURE REINFORCED, WRAPPED AND STRAPPED CORRECTLY | 3. ENSURE TOTAL LOT ON CONTRACT MATCHES SAME TOTAL PIECES PACKED | 4. LAMINATE NUMBER AND TRIM COLOR | PALLET NUMBERS | RECAP | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16 | CI-FD-42 | 40 | 40 | 0 | 2026 / HW | 40 / 0 | 40 / 0 | 40 / 0 | 961 / 709 | #999 | 40 | | |
| 10/18 | WSSP2429L | 10 | 9 | 1 | 2029 / HW | 10 / 0 | 9 / 1 | 9 / 0 | 909 Black | #1010 | 9 | | |
| 10/19 | CI-FD-36 | 10 | 5 | 5 | 2030 / HW | 10 / 0 | 5 / 5 | 5 / 0 | 961 / 709 | #1011 | 5 | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| DATE | TYPE OF REJECTION | | | QTY. | PLM # | DESCRIPTION OF DEFECT |
|---|---|---|---|---|---|---|
| | RED TAG | BLUE TAG | 111 | | | |
| 10/18/95 | — | ✓ | — | 1 | PLM 0407 | WSSP-2429L Scratched — ReLAm PNL 1384 909/BLACK |
| 10/19/95 | #066 | — | — | 5 | PLM 0334 | CI-FD36 MOUNTING SLOTS .500" OFF SPECS SCRAP É REMAKE PNL 1738 961/FOG |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | 1. ENSURE CORRECT SEQUENCE OF OPERATIONS ON WORK TICKET | 2. ENSURE PARTICLE BOARD CORRECT DIMENSION ± 1/32" ENSURE LAMT. OR BACKER CORRECT COLOR, GRAIN DIRECTION, and DAMAGE FREE. | 3. ENSURE CORRECT PART AND HOLE ORIENTATION PER SPECIFICATION. | L 1 IS TENNON (SHAPE) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**INSTITUTION:** F.C.I. Mc KEAN

**FACTORY:** WOOD PRODUCTS

**ACTIVITY:** ASSEMBLY AREAS

**DWG/SPEC.& REV. SEE PART NUMBER BELOW**

**MTL-SID - 105D: INSPECTION LEVEL: 97.5%**

L 1 IS TENNON (SHAPE)

L 2 IS BORING (SHAPE)
L 3 IS BORING (ROUTER)
L 4 IS BORING (KERF)
L 5 IS BORING (BORING JIGS)

L 6 IS BORING (VERTICAL)
L 7 IS BORING (HORIZONTAL)
L 8 IS BORING (T-MOLDING)
L 9 IS BORING (GROMMET)

L10 IS TOPMASTER (SHAPE)
L11 IS TOPMASTER (KERF)
L12 IS TOPMASTER (T-MOLDING)

| DATE | PART NUMBER | LOT SIZE | LOT ACPT | LOT REJ. | J-# Q.A | 1 | 2 | 3 | | | | | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/23 | CI-WS 2448 | 10 | 10 | 0 | 1086 | 10/0 | 10/0 | 10/0 | | | | | | | | | | | | | |
| | | | | | BN | 10/23 | 10/23 | 10/23 | | | | | | | | | | | | | |
| 10/23 | CI-WS 2472·C | 20 | 18 | 2 | 1087 | 20/0 | 18/0 | 18/0 | | | | | | | | | | | | | |
| | | | | | BN | 10/23 | 10/23 | 10/23 | | | | | | | | | | | | | |
| 10/25 | CI-WS 2460 | 40 | 35 | 5 | 1092 | 40/0 | 35/0 | 35/0 | | | | | | | | | | | | | |
| | | | | | BN | 10/25 | 10/25 | 10/25 | | | | | | | | | | | | | |

# Business Office

# Contents

Recruitment/Hiring . . . . . . . . . . . . . . . . pg 36

Waiting Lists . . . . . . . . . . . . . . . . . . pg 36

Refusal to Employ . . . . . . . . . . . . . . . . pg 37

Assignment to FPI . . . . . . . . . . . . . . . . pg 37

UNICOR Assignment . . . . . . . . . . . . . . . . pg 38

Inmate Pay and Benefits . . . . . . . . . . . . . pg 38

Premium Pay . . . . . . . . . . . . . . . . . . . pg 39

Performance Appraisal . . . . . . . . . . . . . . pg 39

Performance Rating . . . . . . . . . . . . . . . pg 39

Inmate Worker Dismissal . . . . . . . . . . . . . pg 39

Longevity Pay . . . . . . . . . . . . . . . . . . pg 40

Overtime Compensation . . . . . . . . . . . . . . pg 41

Administrative Pay . . . . . . . . . . . . . . . pg 41

Holiday Pay . . . . . . . . . . . . . . . . . . . pg 41

Full-time & Part-time Work Status . . . . . . . . pg 41

Vacation Pay . . . . . . . . . . . . . . . . . . pg 42

Retention of Benefits . . . . . . . . . . . . . . pg 42

Awards Program . . . . . . . . . . . . . . . . . pg 44

Education - Literacy Requirements . . . . . . . . pg 45

Guidelines for Inmate Pay & Benefits . . . . . pg 46

Pay Slip Reading Diagram . . . . . . . . . . . . pg 47

UNICOR Pay Scale Chart - Day Shift . . . . . . pg 48

UNICOR Pay Scale Chart - Night Shift . . . . . pg 49

Education "Do Not Promote List" Memo . . . . . pg 50

## 1. Recruitment

Inmate workers for FPI (Federal Prison Industries) locations may be recruited through admission and orientation lectures or through direct recruiting.

a. <u>Admission and Orientation Lectures</u> - Each SOI (Superintendent of Industries) is required to assure that a lecture and/or film or videotape presentation is presented to each group of inmates during Admission and Orientation (A&O) program. Each location shall have a written lecture or outline to ensure that all inmate A&O classes receive the same information.

b. <u>Direct Recruiting</u> - The SOI may solicit inmates with needed skills for employment in Industries. The SOI and other FPI employees may inform prospective workers of the benefits of a career with FPI prior to receipt of the workers' applications for employment in industries.

## 2. Hiring

Inmate workers are ordinarily hired through waiting lists. Except as noted below, inmates are to be placed on the waiting lists in order of receipt of applications for work with Industries, and are to be hired in the same sequence.

a. Waiting lists are to be maintained and kept available for scrutiny by auditors and other staff with a need to know. SOI's are encouraged to maintain a waiting list for each FPI Factory.

## 3. Waiting List Hiring Exceptions

a. <u>Needed Skills</u> - An inmate may be hired ahead of other inmates on the waiting list if the inmate possesses needed skills and the SOI documents the reasons for the action in the position classification files.

b. <u>Prior FPI Work Assignment</u> - An inmate with prior FPI work experience during the inmate's current commitment and with no break in custody will ordinarily be placed within the top ten percent of the waiting lists unless the inmate was transferred for disciplinary reasons, was placed in segregation, or voluntarily left the FPI assignment for non-program reasons (i.e. for some reason other than formal education, vocational training, drug abuse or similar programs). For example, an inmate transferred administratively for nondisciplinary reasons, and who has documented credit as a prior worker, is covered under the provisions of this paragraph. Such an inmate is designated a "priority transfer" and is to be placed in the top ten percent of the waiting list.

c. <u>Industry Closing and Relocation</u> - When an FPI factory closes in a location with two or more FPI factories, an inmate worker affected may be transferred to remaining FPI factories ahead of the top portion of the inmates on the waiting lists, so there is no break in active duty with FPI. Such actions are also in order where the work force of an industry is reduced to meet institution or FPI needs.

d. <u>Disciplinary Transfers</u> - An inmate who is a disciplinary transfer from the last institution designated and who wishes re-assignment to FPI at the receiving institution may be hired on a case-by-case basis at the discretion of the SOI, who should consider the security evel and reasons for misconduct. Such an inmate, despite prior experience, is not due special placement on the waiting list, is not given advance hiring preference, and does not receive consideration for accelerated promotion back to the grade held at the time of the transfer.

e. <u>Special Needs</u> - For special needs, such as Inmate Financial Responsibility assignment to assist in paying a significant financial obligation or for release preparation, the Unit Team may recommend an inmate for priority placement on the waiting list. Such placement must be documented and include the reason for the exception.

### 4. *Refusal to Employ*

The SOI has the authority to refuse an FPI assignment to an inmate who, in the judgement of the SOI, would constitute a serious threat to the orderly and safe operation of the FPI factory. A refusal to assign must be documented by a memorandum to the unit team listing the reasons for the refusal, with a copy to the position classification files in FPI. The refusal to assign may be rescinded when, in the judgement of the SOI, the worker no longer constitutes a serious threat to the FPI industrial operation.

### 5. *Assignments to FPI*

a. Any request by an inmate for consideration must be made through the **Unit Team**. All inmates may be considered for assignment to FPI. FPI does not discriminate on the basis of race, color, religion, ethnic origin, age, or disability.

b. New workers are ordinarily assigned at pay grade five. All first time inmate workers shall enter at a pay grade five and may be required to successfully complete a course in pre-industrial training or on-the-job training before promotion to pay grade four.

c. An inmate who has not successfully completed pre-industrial or on-the-job training remains at a pay grade five for at least 30 days. Inmates undergoing such training should expect a period of at least 30 days for successful completion of the training. After 30 days, promotions may occur based on available openings and job performance.

d. An inmate hired after having resigned voluntarily from FPI may be excused from pre-industrial training and may be hired at a pay grade based on previous training and experience. For example, an inmate who previously worked in the FPI print factory and is hired to again work in the FPI print factory may be exempted from pre-industrial training. An inmate who previously worked in the FPI print factory and is rehired to work in the FPI broom factory may be required to complete a course in pre-industrial training at the SOI's discretion.

**6.** *UNICOR Assignment:*

| Shift | Starts | Lunch | Lunch Ends | Shift Ends | Total |
|-------|--------|-------|------------|------------|-------|
| 1st | 07:10 | 11:00 | 11:40 | 15:20 | 7.5 hrs |
| 2nd | 15:45 | 16:30 | 17:10 | 23:00 | 7.25 hrs |
| 3rd | 23:00 | 03:00 | 03:40 | 06:00 | 7.5 hrs |

Time/hours are maintained on Doorcheck Sheets prepared by the Foreman in each department. All coming and going by inmates are kept on the Doorcheck to make certain that time marked in and time marked out are recorded accurately. It is important for the inmate to check with his foreman before leaving on any call-outs, and promptly upon his return from any call-outs.

**7.** *Inmate Pay and Benefits*

    a. <u>Grade Levels</u> - Inmate workers in FPI locations receive pay at five levels ranging from 5th grade pay (lowest) to 1st grade pay (highest).

The hourly compensation rates are as follows:

| Grade | Compensation Rate |
|-------|-------------------|
| 1 | $1.15 |
| 2 | .92 |
| 3 | .69 |
| 4 | .46 |
| 5 | .23 |

    b. <u>Time-in-Grade Requirements</u> - Each institution will establish minimum times in grade, which shall not be less than the following:

      (1). Fifth grade to fourth grade - No time limit with a minimum of 30 days for inmates not having completed an FPI or pre-industrial training program.

      (2). All other promotions - 90 days except at court processing-short term facilities such as MCC's and MDC's, where the minimum time in grade will be 30 days.

The minimum time-in-grade requirement may not apply when an inmate has prior FPI work experience, or possesses needed skills, and is eligible for accelerated promotion. At the SOI's discretion, an accelerated promotion may be applicable in the following situations:

    1. non-disciplinary transfer;
    2. FPI factory closing;
    3. after 30 days on writ;
    4. after 30 days on medical idle;
    5. after 30 days in administrative detention;

FPI Mckean has set the following **minimum** time-in-grade requirements:

| Grade | Time-in-Grade |
|-------|---------------|
| 5 - 4 | 30 days |
| 4 - 3 | 90 days |
| 3 - 2 | 90 days |
| 2 - 1 | 90 days |
| 1 - P | 180 days |

Inmate workers who wish to secure an FPI assignment above grade 4 of compensation must have obtained a GED or high school diploma. Generally, for promotion purposes, the current literacy requirements do not apply to inmates who were promoted above entry level prior to May 1, 1991. These inmates fall under the literacy requirements which were in effect at the time of their promotion.

### 8. *Premium Pay*

Payment of premium pay to selected inmates is authorized. The total number of qualifying inmates may not exceed 15% of first grade inmates at a location. Inmates in first grade pay status may be considered for premium pay. The premium pay rate is currently an additional $.20 per hour. Premium pay is also paid for vacation, holiday, and administrative hours.

### 9. *Performance Appraisal for Inmate Workers*

Work supervisors should complete a performance appraisal form for each inmate semi-annually, by March 31 and September 30, or upon termination or transfer from industrial work assignment. Copies shall be sent to the unit team. Inmate workers should discuss their appraisals with their supervisors at a mutually agreeable time in order to improve their performance.

### 10. *Performance Ratings and Corrective Action*

SOI's should ensure that inmate performance ratings and corrective actions are consistently used to promote improved inmate work performance. SOI's should insure that there is consistent granting/withholding of the inmate pay, benefit, or award conditions. Regular documentation of satisfactory and unsatisfactory work performance is encouraged to form a basis for the inmate performance rating. Staff must fully document any action taken that directly increases or reduces an inmate's pay, benefits, or official awards, and documentation should include the inmate worker standards.

### 11. *Inmate Worker Dismissal*

The SOI may remove an inmate from industries work status in cooperation with the unit team.

  a.    The SOI may remove an inmate from FPI work status according to the conditions outlined in P.S. 8120.01 (FPI Work Programs for Inmates).

  b.    An inmate may be removed from FPI work status for failure to comply with any court-mandated financial responsibility.

**Page 39**

c.   An inmate found to have committed a prohibited act (whether or not it is FPI related) resulting in segregation or disciplinary transfer is also to be dismissed from Industries based on an unsatisfactory performance rating for failure to be at work. FPI pay and benefits are lost in cases of disciplinary transfer and or segregation.

## 12. *Longevity Pay*

An inmate earns longevity pay raises after 18 months spent in FPI status, regardless of whether or not the work status was continuous. The service may have occurred in one or more FPI factories or shops. The inmate earns the following additional hourly pay allowance:

| Length of Service with FPI | Longevity Pay Per Hour |
|---|---|
| After 18 months of service and payable in the 19th month | .10 |
| After 30 months of service and payable in the 31th month | .15 |
| After 42 months of service and payable in the 43rd month | .20 |
| After 60 months of service and payable in the 61st month | .25 |
| After 84 months of service and payable in the 85th month | .30 |

Longevity pay allowances are added to the inmate's pay after actual hours accumulated have been calculated.

a. Exceptions

1.)  FPI work status during service of a previous sentence with a subsequent break in custody may not be considered in determining longevity pay.

2.)  An inmate who is removed from the FPI work place for any disciplinary reasons or is placed in disciplinary segregation loses any longevity credit previously accumulated.

3.)  An inmate returned to the institution due to program failure at a Community Corrections Center or while on parole or escape is not entitled to credit for time spent in Industries prior to said program failure. This rule also applies to any other program failure which results in a break of confinement status.

4.) An inmate who voluntarily transfers to a non FPI work assignment loses any longevity credit accumulated. Inmates who leave FPI status to enter educational, vocational, or chemical abuse programs may retain any longevity credit accumulated as long as the inmate makes a good faith effort to complete said program. The decision on whether or not a good faith effort was made is made by the SOI in concert with the staff member in charge of said program.

### 13. *Overtime Compensation*

An inmate worker is entitled to overtime pay at a rate of two (2) times the hourly or unit rate for hourly, individual and group piecework rate employees, when the total hours worked exceed the factory's regularly scheduled workday. For example, an inmate's regular scheduled workday is 7-1/2 hours. Any hours worked in excess of 7-1/2 are overtime hours. If an inmate should go on call-out for 1 hour during the day, then the overtime pay does not begin until the inmate has worked 7-1/2 hours.

### 14. *Administrative Pay*

Inmates may receive up to three (3) hours a month Administrative Pay. This pay covers such circumstances as late workcalls due to fog or other inclement weather; factory or institution early/late recalls; power outages, or other situations at the discretion of the SOI.

### 15. *Holiday Pay*

Inmate workers in FPI work status shall receive pay at their current standard hourly rate, plus longevity where applicable, for all Federal Holidays. The inmate must be considered to be in "work status" the day before and the day after the holiday in order to receive holiday pay.

### 16. *Full-Time & Part-Time Work Status*

Full-time work status consists of 90% or more of the normal work week. Part-time work status consists of less than 90% of the normal work week.

Any "regularly" scheduled call-outs that on a consistent basis keep the inmate off the job are to be considered when calculating work status. An example of scheduled call-outs that may be considered:

> Scheduled Education Classes
> Scheduled Vocational-Technical Classes
> Scheduled Recreation Activities
> Scheduled Club Activities

Religious, Medical, Administrative, or other random call-outs are not to be considered when considering work status.

Normal Day Shift Workweek = 37:30 hrs (90% x 37:30 = 33:45)

Normal 2nd Shift workweek = 36:15 hrs (90% x 36:15 = 32:40)

**Page 41**

**17.** *Vacation Pay*

Inmate workers earn vacation credit for each month in FPI work status. Vacation days are earned as follows:

|  | First Year | Subsequent Years |
|---|---|---|
| Full Time Worker | 1/2 day per month | 1 day per month |
| Part Time Worker | 1/4 day per month | 1/2 day per month |

a. An inmate may take accrued vacation time for visits, partic- ipation in institution programs or for other good reasons at the discretion of the SOI. Industrial managers should make every reasonable attempt to schedule an inmate worker's vacation so as not to conflict with the workforce requirements of FPI factory production schedules and Inmate Systems Management requirements.

b. An inmate must take and/or be paid for vacation credit within sixty (60) days after each annual eligibility date of the inmate's most recent date of assignment to FPI. An inmate who elects not to take vacation time should indicate this in writing. That inmate shall receive pay for the annual vacation credit in a lump sum on the regular monthly payroll. This amount is rdinarily paid within sixty days after the annual eligibility date of the inmate's most recent date of assignment to FPI. On the inmate's anniversary date, should the inmate have any vacation credit, a notice shall be posted on the inmate's pay statement indicating that the inmate must either use or automatically be compensated for x amount of hours.

c. An inmate whose employment is terminated by release, reassign- ment, transfer, or other reasons, and who has unused vacation credit shall be paid for this credit on the monthly payroll.

d. An inmate must complete FPI Form 39, <u>Request for Inmate Vacation</u>, or a similar locally developed form requesting vacation time and submit it to the work supervisor, department head, and SOI for approval. To allow for processing, all Requests for Vacation should be submitted at least two (2) weeks prior to the requested date.

**18.** *Retention of Benefits*

Guidelines for retention of benefits for jobs, pay grades, longevity and vacation credit, waiting lists, and positions are to be found in the table following this chapter. Most generic situations involving retention problems are addressed and presented as guidelines in the table. For unforeseen problems involving such benefits, the SOI is delegated authority to dispose of individual cases and is encouraged to contact the FPI Institution Relations Division for policy guidance and coordination. In general the benefits are depicted on a sliding scale of gain-retention-loss, depending on the severity of the situations as explained below and depicted in the table.

a. <u>Job Retention</u>: Ordinarily, when an inmate is absent from the job for a significant period of time, the SOI will fill that position with another inmate, and the first inmate will have no entitlement to continued FPI employment.

1.) For up to the first 30 days when an inmate is in medical idle status, that inmate will retain FPI pay grade status, with suspension of actual pay, and will be able to return to FPI when medically able, provided the absence was not because of a FPI work-related injury resulting from the inmate's violation of safety standards. If the medical idle lasts longer than 30 days, was not caused by a violation of safety standards, and the unit team approves the inmate's return to FPI, the SOI shall place that inmate within the top ten percent of the FPI waiting list.

2.) Likewise, for up to the first 30 days when an inmate is in Administrative Detention, that inmate may retain FPI pay grade status, with actual pay suspended, and will be able to return to FPI, provided the inmate is not found to have committed a prohibited act. If Administrative Detention lasts longer than 30 days, and the inmate is not found to have committed a prohibited act, and the unit team approves the inmate's return to FPI, the SOI shall place that inmate within the top ten percent of the FPI waiting list.

3.) An inmate in Administrative Detention, and found to have committed a prohibited act, may return to FPI work status at the discretion of the SOI.

4.) If an inmate is injured and absent from the job because of a violation of FPI safety standards, the SOI may reassign the inmate within FPI or recommend that the unit team reassign the inmate to a non FPI work assignment.

5.) If an inmate is transferred from one institution to another for administrative (not disciplinary) reasons, and the unit team approves the inmate's return to FPI, the SOI shall place that inmate within the top ten percent of the FPI waiting list.

b. <u>Longevity and Vacation Credit</u>: Ordinarily, when an inmate's FPI employment is interrupted, the inmate loses all accumulated longevity and vacation credit with the following exceptions:

1.) The inmate retains longevity and vacation credit when placed in medical idle status, provided the medical idle is not because of a FPI work-related injury resulting from the inmate's violation of safety standards. If the medical idle results from a FPI work-related injury where the inmate was not at fault, the inmate also continues to earn longevity and vacation credit.

2.) Likewise, the inmate retains, and continues earning for up to 30 days, longevity and vacation credit if placed in Administrative Detention, provided the inmate is not found to have committed a prohibited act.

**Page 43**

3.) The inmate retains, but does not continue earning, longevity and vacation credit when transferred from one institution to another from administrative (not disciplinary) reasons, when absent from the institution on writ, or placed in administrative detention and found to have committed a prohibited act.

c. Pay Grade Retention: Ordinarily, when an inmate's FPI employment is interrupted, that inmate is not entitled to retain his pay grade, with the following exceptions:

1.) An inmate retains pay grade status, with actual pay suspended, for up to 30 days in Administrative Detention. However, the inmate is not reimbursed for the time spent in detention.

2.) Likewise, an inmate retains pay grade status for up to 30 days while absent from the institution with actual pay suspended. The SOI may approve pay grade retention when an inmate is on writ longer than 30 days on a case-by-case basis.

3.) If an inmate is absent because of a FPI work-related injury where the inmate was not at fault, the inmate retains his pay grade, with actual pay suspended.

## 19. *Awards Program*

FPI provides incentive awards of various types to inmate workers for special achievements. In addition, suggestion awards are given for suggestions or inventions which improve the industry process, effect safety, conserve energy or increase material consumption efficiency in the FPI operation. A copy of any award will be forwarded to the inmate's Unit Team for enclosure in the inmate's Central File.

a. Awards for Special Achievements for Inmate Workers: While recognition of inmate worker special achievements may originate from any FPI staff member, the achievement ordinarily will be submitted in writing by the inmate's immediate supervisor.

1.) The SOI shall appoint a committee to consider inmates for special achievement awards.

2.) FPI McKean offers two types of Special Achievements Awards:

**Excellence Award** - $50.00 cash bonus or 10 days good time (the good time option is available for Old Law inmates only)

**Special Achievement** - up to $25.00 cash bonus

3.) In addition, FPI bestows the following awards on an annual basis (at the end of the fiscal year):

**Employee of the Year** - $100.00 cash bonus

**Team Player of the Year** - $75.00 cash bonus

**Page 44**

b.  <u>Suggestion Awards</u>: An inmate worker may receive a suggestion award for any suggestion or invention adopted by FPI.

   1.)  The SOI shall appoint a committee to consider all suggestions submitted by both staff and inmates.

c.  <u>Procedures for Suggestions or Inventions</u>: Inmate suggestions for improvements in operations or safety, or for conservation of energy or material, must be submitted in writing on the Corrective Action Suggestion (CAS) form.

   1.)  Suggestions will be collected from the "Suggestion Box" on the 3rd Thursday of each month. The Quality Awareness Team will then review and evaluate all submissions.

20. *Education - Literacy Requirements*

All inmate workers are required to show prior attainment of a GED or High School diploma to be promoted above pay grade 4 except:

1.) An inmate already in a UNICOR position above pay grade 4 at the time of implementation of this rule (May 1, 1991), who does not have a GED or high school diploma but was previously approved for promotion above grade 4.

Each inmate in this status is to be individually counseled by his education representative and encouraged to enroll in the literacy program. The inmate, however, may not be required to participate in the literacy program as a condition of continued employment in pay grades 3, 2 or 1. This exemption applies only to the inmate's present pay grade assignment. If an inmate is released from Bureau of Prisons custody and is later recommitted, or returns as a parole violator, that inmate will be expected to show prior attainment of a GED or high school diploma in order to be promoted above pay grade 4.

2.) Other inmates who, for good cause, the Warden may determine are exempt from completing the academic requirements for promotion above grade 4.

For example, an inmate with documented learning disabilities or other significant learning problems which can cause him to progress at a substantially slower rate than the typical adult learner may be exempted. In such cases, the inmate should attempt to complete the literacy program for a substantial amount of time (ordinarily 6 months) before being recommended for an exemption.

An inmate claiming this exemption is responsible for initiating an exemption request through the instructor. When the inmate transfers, the "good cause" exemptions will remain in effect and be reviewed by the receiving institution.

An inmate in pay grade 3, 2 or 1 assignment at the time of implementation of Program Statement 5350.19, May 1, 1991, Literacy Requirement, who is subsequently transferred to another institution for non-disciplinary reasons, may be reinstated in a position equivalent to the inmate's previous pay grade assignment without being required to participate in the literacy program.

# GUIDELINES FOR INMATE PAY AND BENEFITS

| SITUATION | JOB | LONGEVITY CREDIT | VACATION CREDIT | PAY GRADE RETENTION | WAITING LIST | PROMOTION |
|---|---|---|---|---|---|---|
| Administrative Transfer | lost | retained | retained | lost | Top 10% | Accelerated |
| Disciplinary Transfer | lost | lost | lost | lost | bottom of list w/SOI's Approval | On performance, if rehired |
| Segregation | lost | lost | lost | lost | bottom of list w/SOI's Approval | On performance, if rehired |
| Writ | lost | retained | retained | Greater than 30 days with SOI's Approval | w/SOI's Approval | After 30 days, if rehired, accelerated promotion |
| Administrative Detention/guilty | SOI may retain | retained | retained | retained | w/SOI's Approval | After 30 days, if rehired, accelerated promotion |
| Administrative Detention/ not guilty | ———————— Continues for 30 days of admin. detention ———————— | | | | Top 10% | After 30 days, if rehired, accelerated promotion |
| Medical Idle** (If greater than 30 days, same as Administrative Transfer) | retained | retained | retained | continues | N/A | N/A |
| FPI work related injury and absence, no fault found** | retained | continues | continues | continues | N/A | N/A |
| FPI work related injury and absence w/ safety violation** | * | lost | lost | * | w/SOI's Approval | If rehired, on performance |

(Decisions on all other matters should be based on the Inmate Worker Standards.)

* If the UDC/DHO process does not determine job loss, the SOI may retain or terminate FPI work status.
** Refer to 28 CFR part 301 for information on Lost-Time Wages.

**HOLIDAY PAY**

*Holiday Pay* is calculated by the amount of *Holiday* hours, times your rate of pay.

**STANDARD PAY**

*Standard Pay* is calculated by the amount of standard hours, (hours physically worked), times your rate of pay. This also includes the 1st half of *Overtime/Double* time hours.

**OVERTIME PREMIUM - HOURS**

*Overtime Premium* is calculated by the amount of *Overtime* worked, times your rate of pay. This represents the hours "Premium" for overtime. The *hours* actually worked on overtime are counted in the *Standard Hours* section. This may be viewed as the first half of double time pay. The *Overtime Premium* section adds the "Premium", the second half of the double time, to your pay. *Longevity* and *Premium Pay* are not paid on the second half of double time pay.

**ANNIVERSARY DATE**

*Anniversary Date* is the date the inmate began his current assignment in UNICOR.

**ADMINISTRATIVE PAY**

*Administrative Pay* is calculated by the amount of hours times your rate of pay. A maximum of 3 hours per month may be applied to *Administrative Pay*.

**LONGEVITY MONTHS**

This block indicates the total number of months longevity the inmate has accrued.

**VACATION PAY**

*Vacation Pay* is broken down into either Vacation Taken and/or Vacation Cashed. *Vacation Pay* is calculated by the amount of Vacation hours taken or paid out, times your rate of pay.

**ACCRUED AND PREVIOUS YRS VACATION HOURS**

These two blocks indicate the total amount of vacation hours the inmate has accrued.

**PREMIUM PAY**

*Premium Pay* is a status awarded to an inmate who consistently demonstrates superior work performance. *Premium Pay* is an additional .20¢ per hour.

**CALL-OUTS**

This block shows the total number of unpaid call-outs or hours missed during this pay period.

**LONGEVITY PAY**

*Longevity Pay* is calculated by your longevity status, times all hours in the *Hours* column, with the exception of Overtime Premium hours.

**ADJUSTMENTS**

*Adjustments* are made in this section. Examples of adjustments are *Bonuses, Injury Compensation,* and *Over Payments* and *Under Payments* from previous months.

**GROSS PAY**

*Gross Pay* is calculated by adding the column.

**HOURS**

This block shows the total hours paid as computed from the hours column. These hours, times your rate of pay, plus any longevity, overtime premiums, and/or adjustments will give your total pay.

**NET PAY**

*Net Pay* is the sum of *Gross Pay* plus any adjustments.

```
DATE: 07/03/96   10:34        INMATE EARNING STATEMENT     PAGE:  351
INMATE PAYROLL  mcfcim.db        PAY DATE: 06/28/96         USER ID: ttingley

INST: MC    FACT: FT    GROUP: ft150      CREW: Packing

Name: GUDERIAN, HEINZ                     Grade: 1
Reg-num: 88776-024

                       Amount    Hours
Standard Pay          $169.63   147:30    Date Computed          07/02/96
Group Incentive Pay      0.00     0:00    Anniversary Date       06/16/93
Indiv. Incentive Pay     0.00     0:00    Longevity Months             44
Overtime Premium Pay     8.63     7:30    UNICOR Work Months           44
Holiday Pay              8.63     7:30    Accrued Vacation Hours  037:30
Administrative Pay       3.45     3:00    Prev Yrs Vacation Hours 015:00
Vacation Taken Pay      17.26    15:00    Unpaid Call-out Hours     2:30
Vacation Cashed Pay      8.63     7:30    Rework Hours              0:00
Lost Time Wage           0.00     0:00    Unpaid Off-std Hours      0:00
Premium Pay             29.20     0:00    Final Pay                   NO
Longevity Pay           29.20
Gross Adjustment       274.63            * Prev. vac hours will be paid *
Adjustments             25.00              on August voucher unless taken
Net Pay               $299.63   188:00

Adjustment explanation:
SUGGESTION OF THE MONTH
```

| | Grade Five | Grade Four | Grade Three | Grade Two | Grade One | Grade 1 & Super |
|---|---|---|---|---|---|---|
| *For an Hour* | $0.23 | $0.46 | $0.69 | $0.92 | $1.15 | $1.35 |
| Plus Longevity-1 | $0.33 | $0.56 | $0.79 | $1.02 | $1.25 | $1.45 |
| Plus Longevity-2 | $0.38 | $0.61 | $0.84 | $1.07 | $1.30 | $1.50 |
| Plus Longevity-3 | $0.43 | $0.66 | $0.89 | $1.12 | $1.35 | $1.55 |
| Plus Longevity-4 | $0.48 | $0.71 | $0.94 | $1.17 | $1.40 | $1.60 |
| Plus Longevity-5 | $0.53 | $0.76 | $0.99 | $1.22 | $1.45 | $1.65 |
| *For 7.5 hr shift* | $1.73 | $3.45 | $5.18 | $6.90 | $8.63 | $10.13 |
| Plus Longevity-1 | $2.48 | $4.20 | $5.93 | $7.65 | $9.38 | $10.88 |
| Plus Longevity-2 | $2.85 | $4.58 | $6.30 | $8.03 | $9.75 | $11.25 |
| Plus Longevity-3 | $3.23 | $4.95 | $6.68 | $8.40 | $10.13 | $11.63 |
| Plus Longevity-4 | $3.60 | $5.33 | $7.05 | $8.78 | $10.50 | $12.00 |
| Plus Longevity-5 | $3.98 | $5.70 | $7.43 | $9.15 | $10.88 | $12.38 |
| *For 5 Day Week* | $8.65 | $17.25 | $25.90 | $34.50 | $43.15 | $50.65 |
| Plus Longevity-1 | $12.40 | $21.00 | $29.65 | $38.25 | $46.90 | $54.40 |
| Plus Longevity-2 | $14.25 | $22.90 | $31.50 | $40.15 | $48.75 | $56.25 |
| Plus Longevity-3 | $16.15 | $24.75 | $33.40 | $42.00 | $50.65 | $58.15 |
| Plus Longevity-4 | $18.00 | $26.65 | $35.25 | $43.90 | $52.50 | $60.00 |
| Plus Longevity-5 | $19.90 | $28.50 | $37.15 | $45.75 | $54.40 | $61.90 |
| *For 20 Day Month* | $34.60 | $69.00 | $103.60 | $138.00 | $172.60 | $202.60 |
| Plus Longevity-1 | $49.60 | $84.00 | $118.60 | $153.00 | $187.60 | $217.60 |
| Plus Longevity-2 | $57.00 | $91.60 | $126.00 | $160.60 | $195.00 | $225.00 |
| Plus Longevity-3 | $64.60 | $99.00 | $133.60 | $168.00 | $202.60 | $232.60 |
| Plus Longevity-4 | $72.00 | $106.60 | $141.00 | $175.60 | $210.00 | $240.00 |
| Plus Longevity-5 | $79.60 | $114.00 | $148.60 | $183.00 | $217.60 | $247.60 |
| *For 21 Day Month* | $36.33 | $72.45 | $108.78 | $144.90 | $181.23 | $212.73 |
| Plus Longevity-1 | $52.08 | $88.20 | $124.53 | $160.65 | $196.98 | $228.48 |
| Plus Longevity-2 | $59.85 | $96.18 | $132.30 | $168.63 | $204.75 | $236.25 |
| Plus Longevity-3 | $67.83 | $103.95 | $140.28 | $176.40 | $212.73 | $244.23 |
| Plus Longevity-4 | $75.60 | $111.93 | $148.05 | $184.38 | $220.50 | $252.00 |
| Plus Longevity-5 | $83.58 | $119.70 | $156.03 | $192.15 | $228.48 | $259.98 |
| *For 22 Day Month* | $38.06 | $75.90 | $113.96 | $151.80 | $189.86 | $222.86 |
| Plus Longevity-1 | $54.56 | $92.40 | $130.46 | $168.30 | $206.36 | $239.36 |
| Plus Longevity-2 | $62.70 | $100.76 | $138.60 | $176.66 | $214.50 | $247.50 |
| Plus Longevity-3 | $71.06 | $108.90 | $146.96 | $184.80 | $222.86 | $255.86 |
| Plus Longevity-4 | $79.20 | $117.26 | $155.10 | $193.16 | $231.00 | $264.00 |
| Plus Longevity-5 | $87.56 | $125.40 | $163.46 | $201.30 | $239.36 | $272.36 |
| *For 23 Day Month* | $39.79 | $79.35 | $119.14 | $158.70 | $198.49 | $232.99 |
| Plus Longevity-1 | $57.04 | $96.60 | $136.39 | $175.95 | $215.74 | $250.24 |
| Plus Longevity-2 | $65.55 | $105.34 | $144.90 | $184.69 | $224.25 | $258.75 |
| Plus Longevity-3 | $74.29 | $113.85 | $153.64 | $193.20 | $232.99 | $267.49 |
| Plus Longevity-4 | $82.80 | $122.59 | $162.15 | $201.94 | $241.50 | $276.00 |
| Plus Longevity-5 | $91.54 | $131.10 | $170.89 | $210.45 | $250.24 | $284.74 |

| Overtime Pay | | | | | | |
|---|---|---|---|---|---|---|
| *For an Hour* | $0.46 | $0.92 | $1.38 | $1.84 | $2.30 | $2.50 |
| Plus Longevity-1 | $0.56 | $1.02 | $1.48 | $1.94 | $2.40 | $2.60 |
| Plus Longevity-2 | $0.61 | $1.07 | $1.53 | $1.99 | $2.45 | $2.65 |
| Plus Longevity-3 | $0.66 | $1.12 | $1.58 | $2.04 | $2.50 | $2.70 |
| Plus Longevity-4 | $0.71 | $1.17 | $1.63 | $2.09 | $2.55 | $2.75 |
| Plus Longevity-5 | $0.76 | $1.22 | $1.68 | $2.14 | $2.60 | $2.80 |
| *For Evening-7:15 hrs* | $3.34 | $6.67 | $10.01 | $13.34 | $16.68 | $18.13 |
| Plus Longevity-1 | $4.06 | $7.40 | $10.73 | $14.07 | $17.40 | $18.85 |
| Plus Longevity-2 | $4.42 | $7.76 | $11.09 | $14.43 | $17.76 | $19.21 |
| Plus Longevity-3 | $4.79 | $8.12 | $11.46 | $14.79 | $18.13 | $19.58 |
| Plus Longevity-4 | $5.15 | $8.48 | $11.82 | $15.15 | $18.49 | $19.94 |
| Plus Longevity-5 | $5.51 | $8.85 | $12.18 | $15.52 | $18.85 | $20.30 |
| *For Weekend-7:30 hrs* | $3.45 | $6.90 | $10.35 | $13.80 | $17.25 | $18.75 |
| Plus Longevity-1 | $4.20 | $7.65 | $11.10 | $14.55 | $18.00 | $19.50 |
| Plus Longevity-2 | $4.58 | $8.03 | $11.48 | $14.93 | $18.38 | $19.88 |
| Plus Longevity-3 | $4.95 | $8.40 | $11.85 | $15.30 | $18.75 | $20.25 |
| Plus Longevity-4 | $5.33 | $8.78 | $12.23 | $15.68 | $19.13 | $20.63 |
| Plus Longevity-5 | $5.70 | $9.15 | $12.60 | $16.05 | $19.50 | $21.00 |

This chart is to be used as a reference only. Actual pay will be calculated based on your grade and time worked minus any and all applicable call-outs.

## UNICOR PAY SCALE
### Night Shift

| | Grade Five | Grade Four | Grade Three | Grade Two | Grade One | Grade 1 & Super |
|---|---|---|---|---|---|---|
| **For an Hour** | $0.23 | $0.46 | $0.69 | $0.92 | $1.15 | $1.35 |
| Plus Longevity-1 | $0.33 | $0.56 | $0.79 | $1.02 | $1.25 | $1.45 |
| Plus Longevity-2 | $0.38 | $0.61 | $0.84 | $1.07 | $1.30 | $1.50 |
| Plus Longevity-3 | $0.43 | $0.66 | $0.89 | $1.12 | $1.35 | $1.55 |
| Plus Longevity-4 | $0.48 | $0.71 | $0.94 | $1.17 | $1.40 | $1.60 |
| Plus Longevity-5 | $0.53 | $0.76 | $0.99 | $1.22 | $1.45 | $1.65 |
| **For 7.25 hr shift** | $1.67 | $3.34 | $5.00 | $6.67 | $8.34 | $9.79 |
| Plus Longevity-1 | $2.39 | $4.06 | $5.73 | $7.40 | $9.06 | $10.51 |
| Plus Longevity-2 | $2.76 | $4.42 | $6.09 | $7.76 | $9.43 | $10.88 |
| Plus Longevity-3 | $3.12 | $4.79 | $6.45 | $8.12 | $9.79 | $11.24 |
| Plus Longevity-4 | $3.48 | $5.15 | $6.82 | $8.48 | $10.15 | $11.60 |
| Plus Longevity-5 | $3.84 | $5.51 | $7.18 | $8.85 | $10.51 | $11.96 |
| **For 5 Day Week** | $8.35 | $16.70 | $25.00 | $33.35 | $41.70 | $48.95 |
| Plus Longevity-1 | $11.95 | $20.30 | $28.65 | $37.00 | $45.30 | $52.55 |
| Plus Longevity-2 | $13.80 | $22.10 | $30.45 | $38.80 | $47.15 | $54.40 |
| Plus Longevity-3 | $15.60 | $23.95 | $32.25 | $40.60 | $48.95 | $56.20 |
| Plus Longevity-4 | $17.40 | $25.75 | $34.10 | $42.40 | $50.75 | $58.00 |
| Plus Longevity-5 | $19.20 | $27.55 | $35.90 | $44.25 | $52.55 | $59.80 |
| **For 20 Day Month** | $33.40 | $66.80 | $100.00 | $133.40 | $166.80 | $195.80 |
| Plus Longevity-1 | $47.80 | $81.20 | $114.60 | $148.00 | $181.20 | $210.20 |
| Plus Longevity-2 | $55.20 | $88.40 | $121.80 | $155.20 | $188.60 | $217.60 |
| Plus Longevity-3 | $62.40 | $95.80 | $129.00 | $162.40 | $195.80 | $224.80 |
| Plus Longevity-4 | $69.60 | $103.00 | $136.40 | $169.60 | $203.00 | $232.00 |
| Plus Longevity-5 | $76.80 | $110.20 | $143.60 | $177.00 | $210.20 | $239.20 |
| **For 21 Day Month** | $35.07 | $70.14 | $105.00 | $140.07 | $175.14 | $205.59 |
| Plus Longevity-1 | $50.19 | $85.26 | $120.33 | $155.40 | $190.26 | $220.71 |
| Plus Longevity-2 | $57.96 | $92.82 | $127.89 | $162.96 | $198.03 | $228.48 |
| Plus Longevity-3 | $65.52 | $100.59 | $135.45 | $170.52 | $205.59 | $236.04 |
| Plus Longevity-4 | $73.08 | $108.15 | $143.22 | $178.08 | $213.15 | $243.60 |
| Plus Longevity-5 | $80.64 | $115.71 | $150.78 | $185.85 | $220.71 | $251.16 |
| **For 22 Day Month** | $36.74 | $73.48 | $110.00 | $146.74 | $183.48 | $215.38 |
| Plus Longevity-1 | $52.58 | $89.32 | $126.06 | $162.80 | $199.32 | $231.22 |
| Plus Longevity-2 | $60.72 | $97.24 | $133.98 | $170.72 | $207.46 | $239.36 |
| Plus Longevity-3 | $68.64 | $105.38 | $141.90 | $178.64 | $215.38 | $247.28 |
| Plus Longevity-4 | $76.56 | $113.30 | $150.04 | $186.56 | $223.30 | $255.20 |
| Plus Longevity-5 | $84.48 | $121.22 | $157.96 | $194.70 | $231.22 | $263.12 |
| **For 23 Day Month** | $38.41 | $76.82 | $115.00 | $153.41 | $191.82 | $225.17 |
| Plus Longevity-1 | $54.97 | $93.38 | $131.79 | $170.20 | $208.38 | $241.73 |
| Plus Longevity-2 | $63.48 | $101.66 | $140.07 | $178.48 | $216.89 | $250.24 |
| Plus Longevity-3 | $71.76 | $110.17 | $148.35 | $186.76 | $225.17 | $258.52 |
| Plus Longevity-4 | $80.04 | $118.45 | $156.86 | $195.04 | $233.45 | $266.80 |
| Plus Longevity-5 | $88.32 | $126.73 | $165.14 | $203.55 | $241.73 | $275.08 |
| **Overtime Pay** | | | | | | |
| **For an Hour** | $0.46 | $0.92 | $1.38 | $1.84 | $2.30 | $2.50 |
| Plus Longevity-1 | $0.56 | $1.02 | $1.48 | $1.94 | $2.40 | $2.60 |
| Plus Longevity-2 | $0.61 | $1.07 | $1.53 | $1.99 | $2.45 | $2.65 |
| Plus Longevity-3 | $0.66 | $1.12 | $1.58 | $2.04 | $2.50 | $2.70 |
| Plus Longevity-4 | $0.71 | $1.17 | $1.63 | $2.09 | $2.55 | $2.75 |
| Plus Longevity-5 | $0.76 | $1.22 | $1.68 | $2.14 | $2.60 | $2.80 |
| **For Evening-7:15 hrs** | $3.34 | $6.67 | $10.01 | $13.34 | $16.68 | $18.13 |
| Plus Longevity-1 | $4.06 | $7.40 | $10.73 | $14.07 | $17.40 | $18.85 |
| Plus Longevity-2 | $4.42 | $7.76 | $11.09 | $14.43 | $17.76 | $19.21 |
| Plus Longevity-3 | $4.79 | $8.12 | $11.46 | $14.79 | $18.13 | $19.58 |
| Plus Longevity-4 | $5.15 | $8.48 | $11.82 | $15.15 | $18.49 | $19.94 |
| Plus Longevity-5 | $5.51 | $8.85 | $12.18 | $15.52 | $18.85 | $20.30 |
| **For Weekend-7:30 hrs** | $3.45 | $6.90 | $10.35 | $13.80 | $17.25 | $18.75 |
| Plus Longevity-1 | $4.20 | $7.65 | $11.10 | $14.55 | $18.00 | $19.50 |
| Plus Longevity-2 | $4.58 | $8.03 | $11.48 | $14.93 | $18.38 | $19.88 |
| Plus Longevity-3 | $4.95 | $8.40 | $11.85 | $15.30 | $18.75 | $20.25 |
| Plus Longevity-4 | $5.33 | $8.78 | $12.23 | $15.68 | $19.13 | $20.63 |
| Plus Longevity-5 | $5.70 | $9.15 | $12.60 | $16.05 | $19.50 | $21.00 |

This chart is to be used as a reference only. Actual pay will be calculated based on your grade and time worked minus any and all applicable call-outs.

UNITED STATES GOVERNMENT

MEMORANDUM

FCI, MCKEAN, PENNSYLVANIA

DATE:  September 11, 1997

REPLY TO
ATTN OF:  Celia L. Vidosh, Supervisor of Education

SUBJECT:  INMATE PAY-DO NOT PROMOTE LISTS

TO:  All Work Supervisors

Attached are the Do Not Promote lists.  List #1 is a list of inmates who are not eligible for promotion above pay grade 4. List #2 is a list of inmates who are eligible for promotion to grades 3 and 2 but not eligible for promotion to grade 1. These new lists are based on program statement #5350.19 which mandates that all inmates coming into the Bureau of Prisons after May 1, 1991 must have a GED in order to be promoted above a pay grade 4.   The lists also take into account the grandfather clause for inmates who were in the system prior to May 1, 1991.

Please call if you have any questions about these lists or the program statements.

Thank you.

cc:  Camp
     Captain
     Food Service
     Hospital
     ISM
     Laundry
     Mechanical Svc.
     Psychology
     Recreation
     Recycling & Safety
     Religious Services
     Rosilyn Jordan, Accountant
     Training
     Unicor
     Unit 1
     Unit 2
     Unit 3
     Unit 4
     Warehouse
     Wellness Coordinator