BOPUK 531.01 * INMATE HISTORY * 09-08-2006
PAGE 001 * WRK DETAIL * 07:44:54

REG NO..: 17110-016 NAME....: HILL, KENNY
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| PET | ORD CAR H | ORD CAR H | 04-17-2006 0001 | CURRENT |
| PET | VACATION | ALL VACATIONS | 04-11-2006 0001 | 04-17-2006 0001 |
| PET | ORD CAR H | ORD CAR H | 01-18-2005 0001 | 04-11-2006 0001 |
| PET | ORD EDUC | EDUCATION ORDERLY | 09-29-2004 0001 | 01-18-2005 0001 |
| PET | UNASSG | UNASSIGNED WORK DETAIL | 09-27-2004 1552 | 09-29-2004 0001 |
| PET | A/O | NEEDS A/O PROCESSING | 08-27-2004 1239 | 09-27-2004 1552 |
| PEM | UNASSG | UNASSG | 08-25-2004 1447 | 08-27-2004 1216 |
| PHL | UNASSG | UNASSG | 08-23-2004 1658 | 08-25-2004 0650 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 08-20-2004 1429 | 08-23-2004 0927 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 04-17-2004 0001 | 08-20-2004 1045 |
| MCK | VACATION | VACATION | 04-16-2004 0001 | 04-17-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 03-25-2004 0001 | 04-16-2004 0001 |
| MCK | VACATION | VACATION | 03-24-2004 0001 | 03-25-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 03-13-2004 0001 | 03-24-2004 0001 |
| MCK | VACATION | VACATION | 03-12-2004 0001 | 03-13-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 02-14-2004 0001 | 03-12-2004 0001 |
| MCK | VACATION | VACATION | 02-13-2004 0001 | 02-14-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 01-21-2004 0001 | 02-13-2004 0001 |
| MCK | VACATION | VACATION | 01-20-2004 0001 | 01-21-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 11-29-2003 0001 | 01-20-2004 0001 |
| MCK | VACATION | VACATION | 11-26-2003 0001 | 11-29-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 10-24-2003 0001 | 11-26-2003 0001 |
| MCK | VACATION | VACATION | 10-23-2003 0001 | 10-24-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 09-16-2003 0001 | 10-23-2003 0001 |
| MCK | VACATION | VACATION | 09-15-2003 0001 | 09-16-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 07-19-2003 0001 | 09-15-2003 0001 |
| MCK | VACATION | VACATION | 07-17-2003 0001 | 07-19-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 04-17-2003 0001 | 07-17-2003 0001 |
| MCK | VACATION | VACATION | 04-14-2003 0001 | 04-17-2003 0001 |

| | | | | |
|---|---|---|---|---|
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 12-21-2002 0001 | 04-14-2003 0001 |
| MCK | VACATION | VACATION | 12-20-2002 0001 | 12-21-2002 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 10-12-2002 0001 | 12-20-2002 0001 |
| MCK | VACATION | VACATION | 10-10-2002 0001 | 10-12-2002 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 08-19-2002 0001 | 10-10-2002 0001 |
| MCK | UNASSG | UNASSIGNED | 08-15-2002 1125 | 08-19-2002 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 08-12-2002 1657 | 08-15-2002 1125 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 06-21-2002 0001 | 08-12-2002 1657 |
| MCK | VACATION | VACATION | 06-17-2002 0001 | 06-21-2002 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 05-08-2002 0001 | 06-17-2002 0001 |
| MCK | UNASSG | UNASSIGNED | 04-29-2002 0754 | 05-08-2002 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 04-07-2002 1917 | 04-29-2002 0754 |

G0002 MORE PAGES TO FOLLOW . . .

BOPUK 531.01 * INMATE HISTORY * 09-08-2006
PAGE 002 OF 002 * WRK DETAIL * 07:44:54

REG NO..: 17110-016 NAME....: HILL, KENNY
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 02-16-2002 0001 | 04-07-2002 1917 |
| MCK | VACATION | VACATION | 02-14-2002 0001 | 02-16-2002 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 08-25-2001 0001 | 02-14-2002 0001 |
| MCK | VACATION | VACATION | 08-24-2001 0001 | 08-25-2001 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 07-05-2001 0001 | 08-24-2001 0001 |
| MCK | I PACK 1 | PACKING 1 | 06-19-2001 0001 | 07-05-2001 0001 |
| MCK | ORD B A | ORDERLY BA | 04-12-2001 0001 | 06-19-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 04-11-2001 0001 | 04-12-2001 0001 |

LAYOF 2 TERMINATION TRANSFER

UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

[3] 1. Type Of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

[3] 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

[3] 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19 22

4. Register Number: 17110-016
5. Resident Name (Last, First, Middle): HILL, KENNY
6. Institution Code: 231

**Action Recommended**

From:

7. Job Number: 012
8. Grade 1 - 4: 4
9. Industry Code: MCFT
10. Wage Plan: 1
11. Dot Code: 769687054
12. Position Title: WOOD MRK SHOP HAND

1 = Hourly
2 = G.P.W. — X = Apprentice
3 = P.W.

To:

13. Job Number
14. Grade 1 - 4
15. Industry Code
16. Wage Plan
17. Dot Code
18. Position Title

19. Effective Date Month, Day, Year: 08-20-04
20. Time Of Action: 0710
21. Check One: AM [x] PM [ ]

[3] 22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

[0] 23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By ______________________ Foreman Date: __________

Approved By ______________________ Plant Superintendent Date: __________

Approved By ______________________ Ass't Supt. Or Business Mgr. Date: __________

Entered On Payroll Records ______________________ Timekeeper Date: __________

PACKING NEW HIRE

UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

[3] 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

[1] 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

[2] 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

4. Register Number: 17110-016
5. Resident Name (Last, First, Middle): HILL, KENNY
6. Institution Code: 231

**Action Recommended**

From:

7. Job Number: 012
8. Grade 1 - 4: 4
9. Industry Code: MCFT
10. Wage Plan: 1
11. Dot Code: 769687 90 5 4
12. Position Title: WD WRK SHOPHAND

1 = Hourly
2 = G.P.W. — X = Apprentice
3 = P.W.

To:

13. Job Number: 01
14. Grade 1 - 4:
15. Industry Code:
16. Wage Plan:
17. Dot Code:
18. Position Title:

19. Effective Date Month, Day, Year: 06-19-01
20. Time of Action: 0710
21. Check One: AM [X] PM [ ]

[ ] 22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

[ ] 23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

[ - - ] 24. Date Of Enrollment Month, Day, Year

[ ] 25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By [signature] Foreman Date: [illegible]

Approved By [signature] Plant Superintendent Date: [illegible]

Approved By [signature] Ass't Supt. Or Business Mgr. Date:

Entered On Payroll Records [signature] Timekeeper Date: 6/29/01

FPI Form 96 (9/98)

Distribution: White (Business Office) Canary (Terminal Operator) Pink (Placement) Goldenrod (Foreman)

# FACTORY RULES AND REGULATIONS

NAME [signature] UNIT BA-235-L LOCKER#________ CHIT#________

1. INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2. ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3. SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4. HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5. INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6. INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPERVISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7. OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8. HORSEPLAY WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9. FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. DO NOT RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. DO NOT CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF, UNICOR.

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY NO SMOKING IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACEDON THE NON-PRIORITY UNICOR WAITING LIST.

*I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.*

Signature: [signature] Register No: 17110-016 Date: 6-19-01

*FEDERAL PRISON INDUSTRIES, Inc.*
UNICOR - McKEAN
P.O. BOX 8000
Phone #(814) 362-8900
Fax #(814) 362-4151

# MEMORANDUM

DATE: September 30, 1999

REPLY TO:
ATTN OF Martin Sapko, Factory Manager.

SUBJECT: Issuance of Safety Glasses

TO: New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses, These safety glasses may e kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost, Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on 6/19/01, and I agree to the above conditions.

Signature: [signature]

Name: KENNY HILL

Reg. Number: 17110-016

# Production Worker's Training Record

(CHECKLIST)
for

Inmate Name Kenny Hill Reg. Number 17110-016

- ☑ 1.) I have had a department orientation by my department supervisor.
- ☑ 2.) I have read and understand the Factory Rules and Safety Regulations.
- ☑ 3.) I have read and understand the department procedures for my assigned area.
- ☑ 4.) I have participated in the 3 credit hrs., Industrial Familiarization Class.
- ☑ 5.) I have had on the job training with an experienced production worker.
- ☑ 6.) I have read and understand my Job Description.
- ☑ 7.) I have been instructed on the MSDS center in the Unicor Factory.
- ☑ 8.) I have familiarized myself with ISO-9001-2000 standards, Unicor McKeans Q.M.S., and the role I play in the system.

Kenny Hill #17110-016
Inmate Signature & Reg. Number

6-23-03
Date

[signature]
Woodworking Supervisor Signature

6/23/03
Date

**UNICOR McKean**
**Federal Prison Industries, Inc.**
**Federal Correctional Institution**
**McKean, Pa. 16701**

# JOB DESCRIPTION REPORT

Inmate's Name: Kenny Hill Register Number: 17110-016

Institution Code: 231 Industry Code: MCFT

---

**Job Description:** **Woodwork Shophand** **Department:** **Packing**

***Duties:*** ***Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes. All other duties as assigned in UNICOR.***

I have instructed inmate Kenny Hill Reg. No. 17110-016 in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

Foreman

7/17/01
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

Kenny Hill
Signature of Inmate

17110-016
Register Number

7-17-01
Date

MCK2G 531.01 * INMATE HISTORY * 08-30-2006
PAGE 001 * WRK DETAIL * 14:59:09

REG NO..: 17110-016 NAME....: HILL, KENNY
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| PET | ORD CAR H | ORD CAR H | 04-17-2006 0001 | CURRENT |
| PET | VACATION | ALL VACATIONS | 04-11-2006 0001 | 04-17-2006 0001 |
| PET | ORD CAR H | ORD CAR H | 01-18-2005 0001 | 04-11-2006 0001 |
| PET | ORD EDUC | EDUCATION ORDERLY | 09-29-2004 0001 | 01-18-2005 0001 |
| PET | UNASSG | UNASSIGNED WORK DETAIL | 09-27-2004 1552 | 09-29-2004 0001 |
| PET | A/O | NEEDS A/O PROCESSING | 08-27-2004 1239 | 09-27-2004 1552 |
| PEM | UNASSG | UNASSG | 08-25-2004 1447 | 08-27-2004 1216 |
| PHL | UNASSG | UNASSG | 08-23-2004 1658 | 08-25-2004 0650 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 08-20-2004 1429 | 08-23-2004 0927 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 04-17-2004 0001 | 08-20-2004 1045 |
| MCK | VACATION | VACATION | 04-16-2004 0001 | 04-17-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 03-25-2004 0001 | 04-16-2004 0001 |
| MCK | VACATION | VACATION | 03-24-2004 0001 | 03-25-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 03-13-2004 0001 | 03-24-2004 0001 |
| MCK | VACATION | VACATION | 03-12-2004 0001 | 03-13-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 02-14-2004 0001 | 03-12-2004 0001 |
| MCK | VACATION | VACATION | 02-13-2004 0001 | 02-14-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 01-21-2004 0001 | 02-13-2004 0001 |
| MCK | VACATION | VACATION | 01-20-2004 0001 | 01-21-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 11-29-2003 0001 | 01-20-2004 0001 |
| MCK | VACATION | VACATION | 11-26-2003 0001 | 11-29-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 10-24-2003 0001 | 11-26-2003 0001 |
| MCK | VACATION | VACATION | 10-23-2003 0001 | 10-24-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 09-16-2003 0001 | 10-23-2003 0001 |
| MCK | VACATION | VACATION | 09-15-2003 0001 | 09-16-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 07-19-2003 0001 | 09-15-2003 0001 |
| MCK | VACATION | VACATION | 07-17-2003 0001 | 07-19-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 04-17-2003 0001 | 07-17-2003 0001 |
| MCK | VACATION | VACATION | 04-14-2003 0001 | 04-17-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 12-21-2002 0001 | 04-14-2003 0001 |
| MCK | VACATION | VACATION | 12-20-2002 0001 | 12-21-2002 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 10-12-2002 0001 | 12-20-2002 0001 |
| MCK | VACATION | VACATION | 10-10-2002 0001 | 10-12-2002 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 08-19-2002 0001 | 10-10-2002 0001 |
| MCK | UNASSG | UNASSIGNED | 08-15-2002 1125 | 08-19-2002 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 08-12-2002 1657 | 08-15-2002 1125 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 06-21-2002 0001 | 08-12-2002 1657 |
| MCK | VACATION | VACATION | 06-17-2002 0001 | 06-21-2002 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 05-08-2002 0001 | 06-17-2002 0001 |
| MCK | UNASSG | UNASSIGNED | 04-29-2002 0754 | 05-08-2002 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 04-07-2002 1917 | 04-29-2002 0754 |

G0002 MORE PAGES TO FOLLOW . . .

MCK2G 531.01 * INMATE HISTORY * 08-30-2006
PAGE 002 OF 002 * WRK DETAIL * 14:59:09

REG NO..: 17110-016 NAME....: HILL, KENNY
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 02-16-2002 0001 | 04-07-2002 1917 |
| MCK | VACATION | VACATION | 02-14-2002 0001 | 02-16-2002 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 08-25-2001 0001 | 02-14-2002 0001 |
| MCK | VACATION | VACATION | 08-24-2001 0001 | 08-25-2001 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 07-05-2001 0001 | 08-24-2001 0001 |
| MCK | I PACK 1 | PACKING 1 | 06-19-2001 0001 | 07-05-2001 0001 |
| MCK | ORD B A | ORDERLY BA | 04-12-2001 0001 | 06-19-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 04-11-2001 0001 | 04-12-2001 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 04-06-2001 0845 | 04-11-2001 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 04-02-2001 1905 | 04-06-2001 0603 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-28-2001 1715 | 04-02-2001 0810 |
| THA | IND FIN PM | INDUSTRIES FINISH P.M. | 11-06-2000 0001 | 03-28-2001 0800 |
| THA | IND FINISH | INDUSTRIES FINISH | 09-22-2000 0001 | 11-06-2000 0001 |
| THA | ORD C | ORD | 08-04-2000 0001 | 09-22-2000 0001 |
| THA | UNASSG | UNASSIGNED WORK DETAIL | 07-06-2000 1000 | 08-04-2000 0001 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 07-03-2000 1640 | 07-06-2000 0710 |

| | | | | |
|---|---|---|---|---|
| MCK | UNASSG | UNASSIGNED | 08-15-2002 1125 | 08-19-2002 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 08-12-2002 1657 | 08-15-2002 1125 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 06-21-2002 0001 | 08-12-2002 1657 |
| MCK | VACATION | VACATION | 06-17-2002 0001 | 06-21-2002 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 05-08-2002 0001 | 06-17-2002 0001 |
| MCK | UNASSG | UNASSIGNED | 04-29-2002 0754 | 05-08-2002 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 04-07-2002 1917 | 04-29-2002 0754 |

G0002 MORE PAGES TO FOLLOW . . .

MCK2G 531.01 * INMATE HISTORY * 08-30-2006
PAGE 002 OF 002 * WRK DETAIL * 14:59:54

REG NO..: 17110-016 NAME....: HILL, KENNY
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 02-16-2002 0001 | 04-07-2002 1917 |
| MCK | VACATION | VACATION | 02-14-2002 0001 | 02-16-2002 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 08-25-2001 0001 | 02-14-2002 0001 |
| MCK | VACATION | VACATION | 08-24-2001 0001 | 08-25-2001 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 07-05-2001 0001 | 08-24-2001 0001 |
| MCK | I PACK 1 | PACKING 1 | 06-19-2001 0001 | 07-05-2001 0001 |
| MCK | ORD B A | ORDERLY BA | 04-12-2001 0001 | 06-19-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 04-11-2001 0001 | 04-12-2001 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 04-06-2001 0845 | 04-11-2001 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 04-02-2001 1905 | 04-06-2001 0603 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-28-2001 1715 | 04-02-2001 0810 |
| THA | IND FIN PM | INDUSTRIES FINISH P.M. | 11-06-2000 0001 | 03-28-2001 0800 |
| THA | IND FINISH | INDUSTRIES FINISH | 09-22-2000 0001 | 11-06-2000 0001 |
| THA | ORD C | ORD | 08-04-2000 0001 | 09-22-2000 0001 |
| THA | UNASSG | UNASSIGNED WORK DETAIL | 07-06-2000 1000 | 08-04-2000 0001 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 07-03-2000 1640 | 07-06-2000 0710 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED



**UNITED STATES GOVERNMENT**

# memorandum

**FEDERAL BUREAU OF PRISONS**
**UNICOR FEDERAL PRISON INDUSTRIES**
**Federal Correctional Institution, McKean**
**Bradford, Pennsylvania**

---

September 1, 2006

MEMORANDUM FOR DOUG GOLDRING, ASSISTANT GENERAL COUNSEL, FPI

FROM: Tim Holohan, System Accountant

SUBJECT: FPI Form 96

The original (attached) Form 96 dated August 20, 2004 for Inmate Hill, Kenny, reg. no. 17110-016 was a carbon form and is not legible. We are attaching a hand written replication of the Form 96 which can be easily read.

Please advise us if you would like us to proceed differently.

TRANSFER

# Industrial Employment/IPRS Action Report

1. Type Of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

2. If UNICOR Action
   - Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
   - Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
   - Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

3. If IPRS Action
   - Enter 2 For Enrollment, Complete Items 4 - 6, 19
   - Enter 3 For Completion, Complete Items 4 - 6, 19
   - Enter 4 For Withdrawal, Complete Items 4 - 6, 19 22

4. Register Number
5. Resident Name (Last, First, Middle)
6. Institution Code

**Action Recommended**

From:

7. Job Number
8. Grade 1 - 4
9. Industry Code
10. Wage Plan
11. Dot Code
12. Position Title

1 = Hourly
2 = G.P.W.
3 = P.W.
X = Apprentice

To:

13. Job Number
14. Grade 1 - 4
15. Industry Code
16. Wage Plan
17. Dot Code
18. Position Title
19. Effective Date Month, Day, Year
20. Time Of Action
21. Check One: AM PM

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By ______________________ Foreman Date: ____________

Approved By ______________________ Plant Superintendent Date: ____________

Approved By ______________________ Ass't Supt. Or Business Mgr. Date: ____________

Entered On Payroll Records ______________________ Timekeeper Date: ____________

FPI Revised Form 96

Distribution: White---------- Business office; Canary---------- Terminal operator; Green---------- Placement; Pink---------- Foreman

# UNICOR Industrial Employment/IPRS Action Report

Federal Prison Industries, Inc.

3 — 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

3 — 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

3 — 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 17110-016 | HILL KENNY | 231 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 4 | MCFT | 1 | 769687054 | MOOD WRK SHOPHAND |

1 = Hourly
2 = G.P.W.
3 = P.W.
X = Apprentice

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM | PM |
|---|---|---|---|
| 08-20-04 | 0710 | X | |

3 — 22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

__ __-__ __-__ __ 24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By ______________________ Foreman Date: __________

Approved By ______________________ Plant Superintendent Date: __________

Approved By ______________________ Ass't Supt. Or Business Mgr. Date: __________

Entered On Payroll Records ______________________ Timekeeper Date: __________

FPI Form 96 (9/98)

Distribution: White (Business Office) Canary (Terminal Operator) Pink (Placement) Goldenrod (Foreman)



NEW HIRE

**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

[3] 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

[1] 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

[2] 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 17110-016 | HILL, KENNY | 231 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 4 | MCFT | 1 | 7696879054 | WD WRK SHOPHAND |

1 = Hourly
2 = G.P.W. — X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 01 | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM | PM |
|---|---|---|---|
| 06-19-01 | 0710 | X | |

[ ] 22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

[ ] 23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

[ - - ] 24. Date Of Enrollment Month, Day, Year

[ ] 25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By *[signature]* Foreman Date: 6/21/01

Approved By *Debora A Forsyth* Plant Superintendent Date: 6/28/01

Approved By *T. [signature]* Ass't Supt. Or Business Mgr. Date: 6/27/01

Entered On Payroll Records *S. K. Kerr* Timekeeper Date: 6/27/01

FPI Form 96 (9/98)

Distribution: White (Business Office) Canary (Terminal Operator) Pink (Placement) Goldenrod (Foreman)



**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice
UNICOR
Federal Prison Industries, Inc.

Federal Correctional Institution
Ray Brook, NY 12977

REQUEST FOR INMATE VACATION

LAYUP II
DEPARTMENT

3-23-04
DATE

11:09

NAME: HILL KENNY
LAST FIRST

17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 4-16 TO 4-17 (1-DAY)

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF________
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:
WORK SUPERVISOR

APPROVED BY:
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 ~~19~~2001, AND HAS ACCUMULATED 11:09 hrs ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7:15 hrs ~~DAY~~ PER MONTH.

(½) (1)

COMPUTED BY:
TIMEKEEPER

REVIEWED BY:
ACCOUNTANT

FINAL APPROVED BY:
SUPERINTENDENT

UNIT TEAM ACTION: APPROVED:________ DISAPPROVED________

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE____________________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39 Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**
**UNICOR**
**Federal Prison Industries, Inc.**

Federal Correctional Institution
Ray Brook, NY 12977

REQUEST FOR INMATE VACATION

LAYUP II
DEPARTMENT

3-8-04
DATE

18:24

NAME: HILL (LAST) KENNY (FIRST)

#17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 3-24 TO 3-25 1-DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF ________
(MUST BE ANNIVERSARY DATE).

[signature]
INMATES SIGNATURE

---

APPROVED BY: [signature]
WORK SUPERVISOR

APPROVED BY: [signature]
DEPARTMENT HEAD

---

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 19 2001, AND HAS ACCUMULATED 18:24 hrs DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7:15 hrs DAY PER MONTH.

(1)

COMPUTED BY: [signature]
TIMEKEEPER

REVIEWED BY: [signature]
ACCOUNTANT

FINAL APPROVED BY: [signature]
SUPERINTENDENT

---

UNIT TEAM ACTION:

APPROVED: ________

DISAPPROVED ________

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE ______________________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)



NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.

U.S. Department of Justice
UNICOR
Federal Prison Industries, Inc.

Federal Correctional Institution
Ray Brook, NY 12977

## REQUEST FOR INMATE VACATION

LAY UP 2 ~~[illegible]~~ II
DEPARTMENT

2-19-04 2/20
DATE

10:54

NAME: HILL KENNY
LAST FIRST

#19110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 3-12 TO 3-13 1-DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF______ (MUST BE ANNIVERSARY DATE).

[signature]
INMATES SIGNATURE

APPROVED BY: [signature]
WORK SUPERVISOR

APPROVED BY: [signature]
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 ~~19~~ 2001, AND HAS ACCUMULATED 10:54 hrs ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7:15 hrs ~~DAY~~ PER MONTH.

(½) (1)

COMPUTED BY: [signature]
TIMEKEEPER

REVIEWED BY: [signature]
ACCOUNTANT

FINAL APPROVED BY: [signature]
SUPERINTENDENT

UNIT TEAM ACTION:

APPROVED:______

DISAPPROVED:______

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE______

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39 Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**

UNICOR

**Federal Prison Industries, Inc.**

Federal Correctional Institution
Ray Brook, NY 12977

REQUEST FOR INMATE VACATION

Layup 2 ~~Pallet Shop II~~
DEPARTMENT

1-22-04
DATE

2/2
11:09

NAME: HILL, Kenny
LAST FIRST

#17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 2-13 TO 2-17 1-DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF__________ (MUST BE ANNIVERSARY DATE).

Kenny Hill
INMATES SIGNATURE

APPROVED BY: [signature]
WORK SUPERVISOR

APPROVED BY: T. [signature]
DEPARTMENT HEAD

1781 - 1788 AD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 ~~19~~2001, AND HAS ACCUMULATED 11:09 hrs ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7:15 hrs ~~DAY~~ PER MONTH.

(½) (1)

COMPUTED BY: [initials]
TIMEKEEPER

REVIEWED BY: [initials]
ACCOUNTANT

FINAL APPROVED BY: T. [signature]
SUPERINTENDENT

UNIT TEAM ACTION: APPROVED:________ DISAPPROVED________

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE____________________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE. (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39 Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**

UNICOR
Federal Prison Industries, Inc.

Federal Correctional Institution
Ray Brook, NY 12977

REQUEST FOR INMATE VACATION

LAY UP II
DEPARTMENT

1-9-04
DATE

NAME: HILL LENNY
LAST FIRST

17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 1-21 TO 1-22 1-DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF__________
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:
WORK SUPERVISOR

APPROVED BY:
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19/2001, AND HAS ACCUMULATED 25:24 hrs ~~DAY(S)~~ VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7:15 hrs ~~DAY~~ PER MONTH.

(½) (1)

COMPUTED BY:
TIMEKEEPER

REVIEWED BY:
ACCOUNTANT

FINAL APPROVED BY:
SUPERINTENDENT

UNIT TEAM ACTION: APPROVED:________ DISAPPROVED________

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE____________________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39 Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**
**UNICOR**
**Federal Prison Industries, Inc.**

Federal Correctional Institution
Ray Brook, NY 12977

REQUEST FOR INMATE VACATION

Lay up - 2
DEPARTMENT

1/5/07
DATE

1/8
25.24

NAME: Hill Terry
LAST FIRST

#17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 1-20 TO 1-21 1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF ______
(MUST BE ANNIVERSARY DATE).

Terry Hill
INMATES SIGNATURE

APPROVED BY:
WORK SUPERVISOR

APPROVED BY:
T. Nalahan
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 2004, AND HAS ACCUMULATED 25.24 hrs (S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7.15 hrs PER MONTH.

(½) (1)

COMPUTED BY:
TIMEKEEPER

REVIEWED BY:
ACCOUNTANT

FINAL APPROVED BY:
T. Nalahan
SUPERINTENDENT

UNIT TEAM ACTION: APPROVED: ______ DISAPPROVED ______

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE ______

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39 Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.

U.S. Department of Justice
UNICOR
Federal Prison Industries, Inc.

Federal Correctional Institution
Ray Brook, NY 12977

Not valid assignment?

## REQUEST FOR INMATE VACATION

Lay-up
DEPARTMENT

11-7-03
DATE

2-DAYS

NAME: Hill Kenny
LAST FIRST

#17110-016
REGISTRATION NUMBER

25.24

I REQUEST VACATION FROM 11-26 TO 11-28 2 DAYS

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF________
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:
WORK SUPERVISOR

APPROVED BY:
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 2001, AND HAS ACCUMULATED 25.24 hrs (S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7.15 hrs PER MONTH.

(½) (1)

COMPUTED BY:
TIMEKEEPER

REVIEWED BY:
ACCOUNTANT

FINAL APPROVED BY:
SUPERINTENDENT

UNIT TEAM ACTION: APPROVED:________ DISAPPROVED________

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE________________________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39 Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**From:** Tim Holohan
**To:** Mincemoyer, Chris
**Date:** 10/22/03 10:20AM
**Subject:** Award Day

Chris,

Can you accept this as granting an on the spot award day fro Kenny Hill (2nd shift)?

He suggested a safety issue to us on the lay-up line regarding placing non-skid material on either side of the elevated platform.

I told Hill he could use this on Thursday, October 23, 2003. VAC

Thanks,
Tim

17110-016

Day 2

10:54
7:15

~~17:69~~

18:09

File



NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.

U.S. Department of Justice

Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

DEPARTMENT: [handwritten]

DATE: 8-29-03

NAME: LAST FIRST [handwritten]

REGISTRATION NUMBER: [handwritten]

I REQUEST VACATION FROM 9-15 TO 9-16-03 1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF ________ (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY: WORK SUPERVISOR

APPROVED BY: DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19/2001, AND HAS ACCUMULATED 25:24 hrs ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7:15 hrs ~~DAY~~ PER MONTH.

(½) (1)

COMPUTED BY: TIMEKEEPER

REVIEWED BY: ACCOUNTANT

FINAL APPROVED BY: SUPERINTENDENT

UNIT TEAM ACTION:

APPROVED: ________

DISAPPROVED ________

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE ____________________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE. (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39 Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE S[ ]TED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice
UNICOR
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Laus 2
DEPARTMENT

6-19-03    18:09
DATE

NAME: LAST Hill, FIRST Kenny
REGISTRATION NUMBER 17110-016

I REQUEST VACATION FROM 7/17/03 TO 7/18/03 (2 days)

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF________
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:
WORK SUPERVISOR

APPROVED BY:
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 19 2001, AND HAS ACCUMULATED 18:09 hrs ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7:25 hrs ~~DAY~~ PER MONTH.

(½) (1)

COMPUTED BY:
TIMEKEEPER

REVIEWED BY:
ACCOUNTANT

FINAL APPROVED BY:
SUPERINTENDENT

UNIT TEAM ACTION: APPROVED:________ DISAPPROVED________

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE____________________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

**NOTE: THIS FORM MUST BE SU TTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice
UNICOR
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

DEPARTMENT

DATE

NAME: LAST FIRST

REGISTRATION NUMBER

I REQUEST VACATION FROM__________TO__________

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF__________ (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY: W. [signature]
WORK SUPERVISOR

APPROVED BY:
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 19 2001, AND HAS ACCUMULATED 25.29 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7.115 ~~DAY~~ hrs PER MONTH.

(½) (1)

COMPUTED BY: [signature]
TIMEKEEPER

REVIEWED BY: [signature]
ACCOUNTANT

FINAL APPROVED BY:
SUPERINTENDENT

UNIT TEAM ACTION: APPROVED:__________ DISAPPROVED__________

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE__________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE. (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**

UNICOR

**Federal Prison Industries, Inc.**

Federal Correctional Institution
Ray Brook, NY 12977 2/12/02

LAYUP

REQUEST FOR INMATE VACATION

Factory 6 II
DEPARTMENT

12-6-02
DATE

25:24

NAME: Hill Kenny
LAST FIRST

# 17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 12-20 TO 12-23

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF ________
(MUST BE ANNIVERSARY DATE)

Kenny Hill
INMATES SIGNATURE

APPROVED BY: ________
WORK SUPERVISOR

APPROVED BY: T. Callahan
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 ~~19~~2001, AND HAS ACCUMULATED 25:24 hrs ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7:15 hrs ~~DAY~~ PER MONTH.

(½) (1)

COMPUTED BY:
TIMEKEEPER

REVIEWED BY:
ACCOUNTANT

FINAL APPROVED BY: T. Callahan
SUPERINTENDENT

UNIT TEAM ACTION:

APPROVED: ________

DISAPPROVED ________

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE ________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39 Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.

U.S. Department of Justice
UNICOR
Federal Prison Industries, Inc.

9/30/02

I Layup 2

REQUEST FOR INMATE VACATION

18:09

DEPARTMENT

9-16-02
DATE

NAME: Hill Evan
LAST FIRST

17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 10-10 TO 10-12 2 Days

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF ______ (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:
WORK SUPERVISOR

APPROVED BY:
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 2001, AND HAS ACCUMULATED 18:09 hrs ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7:15 hrs ~~DAY~~ PER MONTH.

(½) (1)

COMPUTED BY:
TIMEKEEPER

REVIEWED BY:
ACCOUNTANT

FINAL APPROVED BY:
SUPERINTENDENT

UNIT TEAM ACTION: APPROVED: ______ DISAPPROVED ______

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE ______________________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE. (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39 Business Office (White) • Timekeeper (Green) • Unit (Yellow) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.

U.S. Department of Justice
UNICOR
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

[handwritten] DEPARTMENT

6-26-02 DATE

NAME: [handwritten] LAST FIRST

17110-016 REGISTRATION NUMBER

I REQUEST VACATION FROM 7-5 TO 7-6 1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF (MUST BE ANNIVERSARY DATE).

[signature] INMATES SIGNATURE

APPROVED BY: [signature] WORK SUPERVISOR

APPROVED BY: DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 192001, AND HAS ACCUMULATED 70.'54 HRS ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7.'15 HRS ~~DAY~~ PER MONTH.

(½) (1)

COMPUTED BY: TIMEKEEPER

REVIEWED BY: ACCOUNTANT

FINAL APPROVED BY: SUPERINTENDENT

UNIT TEAM ACTION: APPROVED:_____ DISAPPROVED_____

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE__________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE. (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39

Business Office (White) Unit (Green) Timekeeper (Canary) Factory (Pink) Inmate (Goldenrod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**

**UNICOR**

**Federal Prison Industries, Inc.**

REQUEST FOR INMATE VACATION

DEPARTMENT ______ DATE 5-31-02

NAME: LAST ______ FIRST ______ REGISTRATION NUMBER ______

I REQUEST VACATION FROM 6-17 TO 6-20

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF________ (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY: W. Martin
WORK SUPERVISOR

APPROVED BY:
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE________19______, AND HAS ACCUMULATED________DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT________DAY PER MONTH.

(½) (1)

COMPUTED BY: TIMEKEEPER

REVIEWED BY: ACCOUNTANT

FINAL APPROVED BY: SUPERINTENDENT

UNIT TEAM ACTION: APPROVED:________ DISAPPROVED________

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE________________________

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE. (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)



**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice
UNICOR
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

LAY UP
DEPARTMENT

DATE

NAME: LAST FIRST

REGISTRATION NUMBER

I REQUEST VACATION FROM ______ TO ______ 2 DAYS

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF ______ (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 19 2001, AND HAS ACCUMULATED 25.33 hrs DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT 7.15 hrs DAY PER MONTH.

(½) (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:

APPROVED: ______

DISAPPROVED ______

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE ______

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE. (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Green) • Unit (Yellow) • Factory (Pink) • Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

DATE: 6-22-01

TO: Mr. Sapko, Factory Manager
(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to move to the P.M. shift due to my Cam. Drug & Alcohol 40 hr. Program with Ms. Jessica Hayes. That program is twice a week. Also, I have to attend the G.E.D. Class everyday from 2 pm. to 3 pm. recall. Mr. Sapko, I'm hoping you take this in consideration.

Respectfully yours,

POSTED

Name: Kenny Hill

No.: 17110-016

Work assignment: Packing Department

Unit: BA-235L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)

DATE:

OK
6/22/01

OK.
D. English
Lay-up-2

MOVE FROM
PACK I
TO
LAYUP 2
7/5/01

Officer

Original - File
Copy - Inmate



NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.

U.S. Department of Justice
UNICOR
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

DEPARTMENT ____ DATE ____

NAME: ____ LAST ____ FIRST ____ REGISTRATION NUMBER ____

I REQUEST VACATION FROM ____ TO ____ 1 day

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF ____ (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE ____

APPROVED BY: ____ WORK SUPERVISOR

APPROVED BY: ____ DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE ____ 19 ____, AND HAS ACCUMULATED ____ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT ____ DAY PER MONTH.

(½) (1)

COMPUTED BY: ____ TIMEKEEPER

REVIEWED BY: ____ ACCOUNTANT

FINAL APPROVED BY: ____ SUPERINTENDENT

UNIT TEAM ACTION: APPROVED: ____ DISAPPROVED ____

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE ____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE. (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

DATE: 07/05/01 13:42 INMATE EARNING STATEMENT PAGE: 107
INMATE PAYROLL mcf03mcdb PAY DATE 06/30/01 USER ID: cm03

INST: MC FACT: FT GROUP: ft CREW: PACKING

Name: HILL, KENNY Grade: 5
Reg-num: 17110-016

| | Amount | Hours |
|---|---|---|
| Standard Pay | $ 12.13 | 52:45 |
| Group Incentive Pay | 0.00 | 0:00 |
| Indiv. Incentive Pay | 0.00 | 0:00 |
| Overtime Premium Pay | 0.00 | 0:00 |
| Holiday Pay | 0.00 | 0:00 |
| Administrative Pay | 0.58 | 2:30 |
| Vacation Taken Pay | 0.00 | 0:00 |
| Vacation Cashed Pay | 0.00 | 0:00 |
| Lost Time Wage | 0.00 | 0:00 |
| Premium Pay | 0.00 | |
| Longevity Pay | 0.00 | |
| Gross Pay | 12.71 | |
| Adjustments | 0.00 | |
| Net Pay | $ 12.71 | 55:15 |

| | |
|---|---|
| Date Computed | 07/02/01 |
| Anniversary Date | 06/19/01 |
| Longevity Months | 8 |
| UNICOR Work Months | 1 |
| Accrued Vacation Hours | 003:45 |
| Prev Yrs Vacation Hours | 000:00 |
| Unpaid Call-out Hours | 12:15 |
| Rework Hours | 0:00 |
| Unpaid Off-std Hours | 0:00 |
| Final Pay? | NO |

Chris / Davis —
Please check Grade. Was Grade 4 prior. If not correct, please get with him.

Thanks,
Tim H.

P.S. Can Davis check his longevity also.

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

INMATE REQUEST TO

DATE: 6-22

TO: Mr. Sapko, Factory Manager
(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done

I would like to move to the P.M. due to my Am. Drug & Alcohol (40 hr.) with Ms. Jessica Hayes. That program is twice a week. Also, I have to attend the G.E.D. class everyday from 2:pm. to 3:pm. recall. Mr. Sapko, I'm hoping you take this in consideration.

Respectfully Yours,

Name: Kenny Hill

No.: 17110-016

Work assignment: Packing Department

Unit: BA-235L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)

DATE:

OK
[initials]
6/22/01

OK.
D. English
Lay-up-2

MOVE FROM
PACK I
TO
LAYUP 2
7/5/01

Officer

Original - File
Copy - Inmate

# UNICOR

(FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: Hill, Kenny Number: 17110-016 Date: 9-22-03

(Name Last, First)

UNICOR McKean start date: ____________ Current Grade: 4 Unit: B-A

This is to advise you of your unsatisfactory work performance on: 9-22-03

Specifically: Inmate Hill #17110-016, was late returning from the evening meal. The return time to report back to work was 5:40pm, inmate Hill did not return to work until 5:47pm, this making him 7 minutes late.

Supervisor's Recommendation:

1) Written Warning YES
2) Grade Reduction from ____ to ____; No. of days ____
3) Job Change ____
4) Removal * ____
5) Other ____

* Third offenses, whether related acts, or not, automatically require the recommendation for "Removal." All recommendations for "Removal" must be approved by the Superintendent of Industries.

Inmate signature Date

Staff signature 9-22-03 Date

Final disposition : ____

Superintendent of Industries Date

# UNICOR

*(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: Hill Kenny (Last, First) Number: 17110-016 Date: 9/8/03

UNICOR McKean start date:________ Current Grade:______ Unit:______ This is to advise you of your unsatisfactory work performance on:________

Specifically: On 9/4/03 At 10:40pm, Inmate Hill Attempted TO leave Unicor with a 16 oz Bottle of pine oil. He Said he was going TO Use this to Clean his room.

Supervisor's Recommendation:

1) Written Warning ✓
2) Grade Reduction from ______ to ______; No. of days ______
3) Job Change ______
4) Removal ** ______
5) Other: ______

** Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE: Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning this matter.

Kenny Hill 9-8-03 — Inmate Signature, Date

[signature] 9/8/03 — Staff Signature, Date

Final disposition: ______

Superintendent of Industries Date

Employee Work History

NAME: Hill, Kenny NO. # 17110-016

HIRE DATE: 06/19/61 Prior UNICOR Credit Accepted: 07 Months

Year 2002

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 15 | 7:15 | | 25:39 | |
| Feb | 16 | 7:15 | 14:30 | 25:39 | VAC 2/14, 2/15 Error + 7:30 in March |
| Mar | 17 | 7:15 | 7:30 | 25:24 | |
| Apr | 18 | 7:15 | | 32:39 | |
| May | 19 | 7:15 | | 39:54 | |
| Jun | 20 | 7:15 | 29:00+7:15 | 10:54 | VAC 6/7 6/18 6/19 6/20 6/12 |
| Jul | 21 | 7:15 | 7:15 | 10:54 | VAC 7/5 |
| Aug | 22 | 7:15 | | 18:09 | |
| Sep | 23 | 7:15 | 7:15 | 18:09 | VAC 9/16 |
| Oct | 24 | 7:15 | 14:30 | 10:54 | VAC 10/11, 10/12 |
| Nov | 25 | 7:15 | | 18:09 | |
| Dec | 26 | 7:15 | 7:15+7:15 | 10:54 | VAC 12/20 12/23 |

Year 2003

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 27 | 7:15 Extra 7:15 | | Extra 7:15 18:09 | |
| Feb | 28 | 7:15 Extra 7:15 | 7:15+7:15 | 7:15 Extra 10:54 | VAC 2/4 2/5 |
| Mar | 29 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Apr | 30 | 7:15+ 7:15 | 21:45 | 7:15 3:39 | VAC 4/14 4/15 4/16 |
| May | 31 | 7:15+ 7:15 | | 7:15+ 10:54 | |
| Jun | 32 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Jul | 33 | 7:15+ 7:15 | 14:30 | 7:15+ 10:54 | VAC 7/17, 7/18 |
| Aug | 34 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Sep | 35 | 7:15+ 7:15 | 7:30+ 7:15 | 7:15+ 10:54 | VAC 9/5 9/26 |
| Oct | 36 | 7:15+ 7:15 | 7:15 | 7:15+ 18:09 | VAC 10/23 |
| Nov | 37 | 7:15+ 7:15 | 14:30 | 7:15+ 10:54 | VAC 11/26 11/28 |
| Dec | 38 | 7:15+ 7:15 | | 7:15+ 18:09 | |

Year 2004

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 39 | 7:15+ 7:15 | 7:15+ 7:15 | 7:15+ 10:54 | VAC 1/20 1/21 |
| Feb | 40 | 7:15+ 7:30 | 7:15 | 7:15+ ~~10:54~~ 11:09 | VAC 2/13 |
| Mar | 41 | 7:15+ 7:15 | 7:15+7:15 | 7:15+ 3:54 | VAC 3/12 3/24 |
| Apr | 42 | 7:15+ 7:15 | — :5 | 7:15+ 3:54 | VAC 4/16 |
| May | 43 | 7:15+ 7:15 | | 7:15+ 11:09 | |
| Jun | 44 | 7:15+ 7:15 | 7:15 | 7:15+ 11:09 | VAC 6/29 |
| Jul | 45 | 7:15 7:15 | | 7:15 18:24 | |
| Aug | | | 7:15+7:15 | | VAC 8/3 8/20 |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

# Employee Work History

Name: Hill, Kenny No. #17110-016

Hire Date: 06/19/01 Prior UNICOR Credit Accepted: 07 Months

Year: 2000

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | | | | | |
| Feb | | | | | |
| Mar | | | | | |
| Apr | | | | | |
| May | | | | | |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

Year: 2001

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | | | | | |
| Feb | | | | | |
| Mar | | | | | |
| Apr | | | | | |
| May | | | | | |
| Jun | 08 | 3:45 | | 3:45 | |
| Jul | 9 | 3:45 | | 7:30 | |
| Aug | 10 | 3:38 | 7:15 | 3:53 | VAC 8/24 |
| Sep | 11 | 3:38 | | 7:31 | |
| Oct | 12 | 3:38 | | 11:09 | |
| Nov | 13 | 7:15 | 7:15 | 11:09 | VAC 11/26 [signature] |
| Dec | 14 | 7:15 | | 18:24 | |

GED N L7

Enrolled GED Class 5-14-01

MCK2G 531.01 * INMATE HISTORY * 06-15-2001
PAGE 001 OF 001 * WRK DETAIL * 14:48:22

REG NO..: 17110-016 NAME....: HILL, KENNY
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | ORD B A | ORDERLY BA | 04-12-2001 0001 | CURRENT |
| MCK | UNASSG | UNASSIGNED | 04-11-2001 0001 | 04-12-2001 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 04-06-2001 0845 | 04-11-2001 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 04-02-2001 1905 | 04-06-2001 0603 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-28-2001 1715 | 04-02-2001 0810 |
| THA | IND FIN PM | INDUSTRIES FINISH P.M. | 11-06-2000 0001 | 03-28-2001 0800 |
| THA | IND FINISH | INDUSTRIES FINISH | 09-22-2000 0001 | 11-06-2000 0001 |
| THA | ORD C | ORD | 08-04-2000 0001 | 09-22-2000 0001 |
| THA | UNASSG | UNASSIGNED WORK DETAIL | 07-06-2000 1000 | 08-04-2000 0001 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 07-03-2000 1640 | 07-06-2000 0710 |

OK

6/19/01

G0000 TRANSACTION SUCCESSFULLY COMPLETED

```
   MCK2G          *        INMATE DISCIPLINE DATA         *      06-15-2001
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD    *      14:48:07

REGISTER NO: 17110-016 NAME..: HILL, KENNY
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 06-15-2001
```

```
G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```