BOPUK 531.01 * INMATE HISTORY * 09-08-2006
PAGE 001 * WRK DETAIL * 07:45:18

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| BEN | DW CMPND | CMPND DETAIL | 05-25-2006 0001 | CURRENT |
| BEN | UNASSG | UNASSIGNED | 12-22-2005 1352 | 05-25-2006 0001 |
| BEN | FCI A&O | ADMISSION AND ORIENTATION | 12-01-2005 1100 | 12-22-2005 1352 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 11-30-2005 1411 | 12-01-2005 0414 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 11-23-2005 0900 | 11-30-2005 0454 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 09-29-2005 0001 | 11-23-2005 0724 |
| JES | UNASSG | UNASSIGNED | 09-23-2005 1457 | 09-29-2005 0001 |
| JES | UNASSG | UNASSIGNED | 09-13-2005 1044 | 09-23-2005 0834 |
| JES | SHU | SPECIAL HOUSING UNIT | 09-12-2005 1334 | 09-13-2005 1044 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 06-09-2005 0001 | 09-12-2005 1334 |
| JES | IDLE2 | IDLE - 2 DAYS | 06-08-2005 0730 | 06-09-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 03-04-2005 0001 | 06-08-2005 0730 |
| JES | MED CONV | MEDICAL CONVALESCENCE | 03-02-2005 0001 | 03-04-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 10-05-2004 0001 | 03-02-2005 0001 |
| JES | CMS | CMS CLERK | 10-01-2004 0001 | 10-05-2004 0001 |
| JES | ORDERLY C1 | C1 UNIT ORDERLY | 08-10-2004 0800 | 10-01-2004 0001 |
| JES | UNASSG | UNASSIGNED | 08-09-2004 1603 | 08-10-2004 0800 |
| JES | A&O | ADMISSION & ORIENTATION PGM | 08-03-2004 1315 | 08-09-2004 1603 |
| JES | UNASSG | UNASSIGNED | 08-02-2004 1256 | 08-03-2004 1315 |
| JES | SHU | SPECIAL HOUSING UNIT | 07-16-2004 0715 | 08-02-2004 1256 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 06-29-2004 1700 | 07-16-2004 0305 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-24-2004 1755 | 06-29-2004 0800 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-21-2004 1457 | 05-24-2004 1033 |
| MCK | VACATION | VACATION | 05-14-2004 0001 | 05-21-2004 1100 |
| MCK | REC | RECREATION ORDERLY | 03-23-2004 0001 | 05-14-2004 0001 |
| MCK | CONV | CONVALESCENT | 03-17-2004 1123 | 03-23-2004 0001 |
| MCK | REC | RECREATION ORDERLY | 06-15-2003 0001 | 03-17-2004 1123 |
| MCK | IDLE | IDLE | 06-13-2003 1021 | 06-15-2003 0001 |
| MCK | REC | RECREATION ORDERLY | 05-08-2003 0001 | 06-13-2003 1021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCK | UNASSG | UNASSIGNED | 04-25-2003 | 0001 | 05-08-2003 | 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 10-03-2002 | 0001 | 04-25-2003 | 0001 |
| MCK | I LAYUP 1 | LAYUP 1 | 09-03-2002 | 0001 | 10-03-2002 | 0001 |
| MCK | ORD B B | ORDERLY B B | 07-30-2002 | 0001 | 09-03-2002 | 0001 |
| MCK | UNASSG | UNASSIGNED | 07-24-2002 | 0001 | 07-30-2002 | 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 07-19-2002 | 0825 | 07-24-2002 | 0001 |
| LEW | PAINT 2 | PAINT 2 | 06-12-2002 | 0001 | 07-19-2002 | 0520 |
| LEW | INS GM1 | INSIDE GENERAL MAINT 1 | 06-04-2002 | 0001 | 06-12-2002 | 0001 |
| LEW | INS FA | INSIDE FACILITY ASSISTANT | 06-01-2002 | 0001 | 06-04-2002 | 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-24-2002 | 0826 | 06-01-2002 | 0001 |
| LEW | PAINT 2 | PAINT 2 | 11-24-2001 | 0001 | 04-18-2002 | 1214 |
| LEW | IDLE 3 | IDLE #3 - 3 DAYS | 11-21-2001 | 1510 | 11-24-2001 | 0001 |

G0002 MORE PAGES TO FOLLOW . . .

BOPUK 531.01 * INMATE HISTORY * 09-08-2006
PAGE 002 OF 002 * WRK DETAIL * 07:45:18

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | | STOP DATE/TIME | |
|---|---|---|---|---|---|---|
| LEW | PAINT 2 | PAINT 2 | 05-30-2001 | 0001 | 11-21-2001 | 1510 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-12-2001 | 0712 | 05-30-2001 | 0001 |
| LEW | PAINT 2 | PAINT 2 | 04-18-2001 | 0001 | 05-12-2001 | 0712 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-19-2001 | 2114 | 04-18-2001 | 0001 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 02-21-2001 | 1910 | 03-19-2001 | 1113 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 08-11-1999 | 1645 | 08-17-1999 | 0730 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 | 1200 | 08-11-1999 | 1125 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 | 1155 | 08-03-1999 | 1159 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

ASSEMBLY-PART TERMINATION PROGRAM CHANGE




# Industrial Employment/IPRS Action Report

[3] 1. Type Of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

[3] 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

[3] 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19 22

4. Register Number: 26984-039
5. Resident Name (Last, First, Middle): KELLY, LESLIE
6. Institution Code: 231

**Action Recommended**

From:

7. Job Number: 144
8. Grade 1 - 4: 4
9. Industry Code: MCFT
10. Wage Plan: 1
11. Dot Code: 706687010
12. Position Title: ASSEMBLER

1 = Hourly
2 = G.P.W.
3 = P.W.
X = Apprentice

To:

13. Job Number
14. Grade 1 - 4
15. Industry Code
16. Wage Plan
17. Dot Code
18. Position Title

19. Effective Date Month, Day, Year: 04-23-03
20. Time Of Action: 0710
21. Check One: AM [X] PM [ ]

[ ] 22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

[ ] 23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By ______________________ Foreman Date: ________

Approved By ______________________ Plant Superintendent Date: ________

Approved By ______________________ Ass't Supt. Or Business Mgr. Date: ________

Entered On Payroll Records ______________________ Timekeeper Date: ________

FPI Revised Form 96

Distribution: White ........ Business office; Canary ........ Terminal operator; Green ........ Placement; Pink ........ Foreman

LAYUP 1 INTERDEPARTMENTAL CHANGE FROM LAYUP 1 TO ASSEMBLY-1

UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

2 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

2 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 25864-039 | KELLY, LESLIE | 231 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 4 | MCFT | 1 | 769687054 | WD WRK SHOPHAND |

1 = Hourly
2 = G.P.W.
3 = P.W.
X = Apprentice

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 044 | 4 | MCFT | 1 | 706687010 | COMP ASSEMBLY LINE |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM | PM |
|---|---|---|---|
| 10-03-02 | 0710 | X | |

22 . **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By [signature] Foreman Date: 10/2/02

Approved By ____________ Plant Superintendent Date: ____________

Approved By ____________ Ass't Supt. Or Business Mgr. Date: ____________

Entered On Payroll Records [signature] Timekeeper Date: 10/3/02

FPI Form 96 (9/98)

Distribution: White (Business Office) Canary (Terminal Operator) Pink (Placement) Goldenrod (Foreman)

LAYUP 1 INTERDEPARTMENTAL CHANGE FROM LAYUP 1 TO LAYUP-PART

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

[1] 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

[2] 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

[ ] 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 26864-039 | KELLY, LESLIE | 231 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 4 | MCFT | 1 | 769687054 | WD WRK SHOPHAND |

1 = Hourly
2 = G.P.W. — X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM | PM |
|---|---|---|---|
| 09-11-02 | 0710 | X | |

[ ] 22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

[ ] 23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

[ ]-[ ]-[ ] 24. Date Of Enrollment Month, Day, Year

[ ] 25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By [signature] Foreman Date: 9-10-02

Approved By [signature] Plant Superintendent Date:

Approved By [signature] Ass't Supt. Or Business Mgr. Date:

Entered On Payroll Records [signature] Timekeeper Date: 9/9/02

FPI Form 96 (9/98)

Distribution: White (Business Office) Canary (Terminal Operator) Pink (Placement) Goldenrod (Foreman)

**UNICOR McKean**
**Federal Prison Industries, Inc.**
**Federal Correctional Institution**
**McKean, Pa. 16701**

# JOB DESCRIPTION REPORT

Inmate's Name: Leslie Kelly Register Number: 26864-039

Institution Code: 231 Industry Code: MCFT

---

Job Description: **Woodworking Shophand** Department: **Layup 1**

***Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.***

I have instructed inmate Leslie Kelly Reg. No. 26864-039 in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

[signature] Foreman

9-11-02 Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

[signature] Signature of Inmate

26864039 Register Number

9-11-02 Date

**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

3 — 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

1 — 2. If UNICOR Action
- Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
- Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
- Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

2 — 3. If IPRS Action
- Enter 2 For Enrollment, Complete Items 4-6, 19
- Enter 3 For Completion, Complete Items 4-6, 19
- Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 26864-039 | KELLY, LESLIE | 231 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 4 | MCFT | 1 | 769687054 | WD WRK SHOPHAND |

1 = Hourly
2 = G.P.W. — X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM | PM |
|---|---|---|---|
| 09-03-02 | 0710 | X | |

22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By [signature] Foreman Date: 9-3-02

Approved By ______ Plant Superintendent Date: ______

Approved By ______ Ass't Supt. Or Business Mgr. Date: ______

Entered On Payroll Records [signature] Timekeeper Date: 9-3-02

FPI Form 96 (9/98)

Distribution: White (Business Office) Canary (Terminal Operator) Pink (Placement) Goldenrod (Foreman)

# F.C.I. McKean

## UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

NAME: Leslie Kelly UNIT:________ LOCKER#________ CHIT#________

1) INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND AFTER RETURNING FORM A CALL-OUT.

2) ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES AT ALL TIMES WHILE IN THE FACTORY.

3) SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION MUST BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH-NOISE LEVEL AREAS.

5) INMATES SHALL PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR IS STRICTLY FORBIDDEN. VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN. FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED, AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) REPORT ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY. DO NOT CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

10) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT. DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCK.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR, OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS WITH UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY NO SMOKING IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS. ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN AND ALSO TO WASH UP.

16) INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAS BEEN TRANSFERRED FROM ANOTHER INSTITUTION FOR DISCIPLINARY PURPOSES, SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

---

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND ALSO UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE RULES SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: Leslie Kelly REG.# 26864039 DATE: 9-3-03

ASSIGNED DEPARTMENT: I-LAY UP-I

Federal Prison Industries, Inc.
UNICOR - McKean
P.O. Box 8000
Phone #(814) 362-8900
Fax #(814) 362-4151

# MEMORANDUM

DATE: March 27, 2002

REPLY TO:
ATTN OF: Martin Sapko, Factory Manager

SUBJECT: Issuance of Safety Glasses

TO: New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair. These safety glasses may be kept in the housing unit or work locker. However, regardless of where you store your issued safety glass, it is your responsibility and must be well cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost. Safety glasses are required for **all** production workers and **must** be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on ______________________, and I agree to the above conditions.

Signature: Leslie Kelly

Print Name: Leslie Kelly

Reg. Number: 26864039

MCK2G 531.01 * INMATE HISTORY * 08-30-2006
PAGE 001 * WRK DETAIL * 15:00:33

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| BEN | DW CMPND | CMPND DETAIL | 05-25-2006 0001 | CURRENT |
| BEN | UNASSG | UNASSIGNED | 12-22-2005 1352 | 05-25-2006 0001 |
| BEN | FCI A&O | ADMISSION AND ORIENTATION | 12-01-2005 1100 | 12-22-2005 1352 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 11-30-2005 1411 | 12-01-2005 0414 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 11-23-2005 0900 | 11-30-2005 0454 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 09-29-2005 0001 | 11-23-2005 0724 |
| JES | UNASSG | UNASSIGNED | 09-23-2005 1457 | 09-29-2005 0001 |
| JES | UNASSG | UNASSIGNED | 09-13-2005 1044 | 09-23-2005 0834 |
| JES | SHU | SPECIAL HOUSING UNIT | 09-12-2005 1334 | 09-13-2005 1044 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 06-09-2005 0001 | 09-12-2005 1334 |
| JES | IDLE2 | IDLE - 2 DAYS | 06-08-2005 0730 | 06-09-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 03-04-2005 0001 | 06-08-2005 0730 |
| JES | MED CONV | MEDICAL CONVALESCENCE | 03-02-2005 0001 | 03-04-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 10-05-2004 0001 | 03-02-2005 0001 |
| JES | CMS | CMS CLERK | 10-01-2004 0001 | 10-05-2004 0001 |
| JES | ORDERLY C1 | C1 UNIT ORDERLY | 08-10-2004 0800 | 10-01-2004 0001 |
| JES | UNASSG | UNASSIGNED | 08-09-2004 1603 | 08-10-2004 0800 |
| JES | A&O | ADMISSION & ORIENTATION PGM | 08-03-2004 1315 | 08-09-2004 1603 |
| JES | UNASSG | UNASSIGNED | 08-02-2004 1256 | 08-03-2004 1315 |
| JES | SHU | SPECIAL HOUSING UNIT | 07-16-2004 0715 | 08-02-2004 1256 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 06-29-2004 1700 | 07-16-2004 0305 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-24-2004 1755 | 06-29-2004 0800 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-21-2004 1457 | 05-24-2004 1033 |
| MCK | VACATION | VACATION | 05-14-2004 0001 | 05-21-2004 1100 |
| MCK | REC | RECREATION ORDERLY | 03-23-2004 0001 | 05-14-2004 0001 |
| MCK | CONV | CONVALESCENT | 03-17-2004 1123 | 03-23-2004 0001 |
| MCK | REC | RECREATION ORDERLY | 06-15-2003 0001 | 03-17-2004 1123 |
| MCK | IDLE | IDLE | 06-13-2003 1021 | 06-15-2003 0001 |
| MCK | REC | RECREATION ORDERLY | 05-08-2003 0001 | 06-13-2003 1021 |
| MCK | UNASSG | UNASSIGNED | 04-25-2003 0001 | 05-08-2003 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 10-03-2002 0001 | 04-25-2003 0001 |
| MCK | I LAYUP 1 | LAYUP 1 | 09-03-2002 0001 | 10-03-2002 0001 |
| MCK | ORD B B | ORDERLY B B | 07-30-2002 0001 | 09-03-2002 0001 |
| MCK | UNASSG | UNASSIGNED | 07-24-2002 0001 | 07-30-2002 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 07-19-2002 0825 | 07-24-2002 0001 |
| LEW | PAINT 2 | PAINT 2 | 06-12-2002 0001 | 07-19-2002 0520 |
| LEW | INS GM1 | INSIDE GENERAL MAINT 1 | 06-04-2002 0001 | 06-12-2002 0001 |
| LEW | INS FA | INSIDE FACILITY ASSISTANT | 06-01-2002 0001 | 06-04-2002 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-24-2002 0826 | 06-01-2002 0001 |
| LEW | PAINT 2 | PAINT 2 | 11-24-2001 0001 | 04-18-2002 1214 |
| LEW | IDLE 3 | IDLE #3 - 3 DAYS | 11-21-2001 1510 | 11-24-2001 0001 |

G0002 MORE PAGES TO FOLLOW . . .

MCK2G 531.01 * INMATE HISTORY * 08-30-2006
PAGE 002 OF 002 * WRK DETAIL * 15:00:33

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| LEW | PAINT 2 | PAINT 2 | 05-30-2001 0001 | 11-21-2001 1510 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-12-2001 0712 | 05-30-2001 0001 |
| LEW | PAINT 2 | PAINT 2 | 04-18-2001 0001 | 05-12-2001 0712 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-19-2001 2114 | 04-18-2001 0001 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 02-21-2001 1910 | 03-19-2001 1113 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 08-11-1999 1645 | 08-17-1999 0730 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1200 | 08-11-1999 1125 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1155 | 08-03-1999 1159 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

ASSEMBLY PART | TERMINATION | PROGRAM CHANGE



UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

3 | 1. Type Of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

3 | 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

3 | 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19 22

4. Register Number: 26864-039
5. Resident Name (Last, First, Middle): KELLY, LESLIE
6. Institution Code: 231

**Action Recommended**

From:

7. Job Number: 044
8. Grade 1 - 4: 4
9. Industry Code: MCFT
10. Wage Plan: 1
11. Dot Code: 7066687010
12. Position Title: ASSEMBLER

1 = Hourly
2 = G.P.W. — X = Apprentice
3 = P.W.

To:

13. Job Number:
14. Grade 1 - 4:
15. Industry Code:
16. Wage Plan:
17. Dot Code:
18. Position Title:

19. Effective Date Month, Day, Year: 04-25-03
20. Time Of Action: 0710
21. Check One: AM X PM

22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By [signature] Foreman Date: 4/25/03

Approved By [signature] Plant Superintendent Date: 4/25/03

Approved By T. Holohan Ass't Supt. Or Business Mgr. Date: 4/25/03

Entered On Payroll Records C. L. Mummay Timekeeper Date: 4/25/03

FPI Revised Form 96
October 1, 1982

Distribution: White — Business office; Canary — Terminal operator; Green — Placement; Pink — Foreman

LAYUP 1 INTERDEPARTMENTAL CHANGE FROM LAYUP 1 TO ~~ASSEMBLY~~ Assembly-Part 1

UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

2 — 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

2 — 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 25864-039 | KELLY, LESLIE | 231 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 4 | MCFT | 1 | 769687054 | WD WRK SHOPHAND |

1 = Hourly
2 = G.P.W.
3 = P.W.
X = Apprentice

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 044 | 4 | MCFT | 1 | 706687010 | COMP ASSEMBLY LINE |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM | PM |
|---|---|---|---|
| 10-03-02 | 0710 | X | |

22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By [signature] Foreman Date: 10/2/02

Approved By [signature] Plant Superintendent Date: 10-2-02

Approved By [signature] Ass't Supt. Or Business Mgr. Date: 10/2/02

Entered On Payroll Records Linda K. Kerr Timekeeper Date: 10/3/02

FPI Form 96 (9/98)

Distribution: White (Business Office) Canary (Terminal Operator) Pink (Placement) Goldenrod (Foreman)

LAYUP 1 INTERDEPARTMENTAL CHANGE FROM LAYUP 1 TO LAYUP-PART

**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

[1] 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

[2] 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

[ ] 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

4. Register Number: 26864-039
5. Resident Name (Last, First, Middle): KELLY, LESLIE
6. Institution Code: 231

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 4 | MCFT | 1 | 769687054 | WD WRK SHOPHAND |

1 = Hourly
2 = G.P.W.
3 = P.W.
X = Apprentice

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

19. Effective Date Month, Day, Year: 09-11-02
20. Time of Action: 0710
21. Check One: AM [X] PM [ ]

[ ] 22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

[ ] 23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

[ ]-[ ]-[ ] 24. Date Of Enrollment Month, Day, Year

[ ] 25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By [signature] Foreman Date: 9-10-02

Approved By [signature] Plant Superintendent Date: 9/10/02

Approved By [signature] Ass't Supt. Or Business Mgr. Date: 9/9/02

Entered On Payroll Records Linda K. Kerr Timekeeper Date: 9/9/02

FPI Form 96 (9/98)
Distribution: White (Business Office) Canary (Terminal Operator) Pink (Placement) Goldenrod (Foreman)

LAYUP 1 NEW HIRE

UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

[3] 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

[1] 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

[2] 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

4. Register Number: 26864-039
5. Resident Name (Last, First, Middle): KELLY, LESLIE
6. Institution Code: 231

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 4 | MCFT | 1 | 769687054 | WD WRK SHOPHAND |

1 = Hourly
2 = G.P.W. — X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

19. Effective Date Month, Day, Year: 09-03-02
20. Time of Action: 0710
21. Check One: AM [X] PM [ ]

[ ] 22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released 2 = Transferred 3 = Program Change 4 = Inmate Request
5 = Program Discontinued 6 = Control Purposes 7 = Institutional Needs

[ ] 23. **Continuation of Longevity Status**
1 = yes 0 = no 2 = no (For use only when termination is for release (MR or parole).

[ ]-[ ]-[ ] 24. Date Of Enrollment Month, Day, Year

[ ] 25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By [signature] Foreman Date: 9-3-02

Approved By [signature] Plant Superintendent Date: 9/3/02

Approved By [signature] Ass't Supt. Or Business Mgr. Date: 9/3/02

Entered On Payroll Records [signature] Timekeeper Date: 9-3-02

FPI Form 96 (9/98)

Distribution: White (Business Office) Canary (Terminal Operator) Pink (Placement) Goldenrod (Foreman)

Cary Beale
BB

# UNICOR

*(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: Kelly, Leslie (Last, First) Number: 26864-039 Date: 4-11-03

UNICOR McKean start date: ——— Current Grade: 4 Unit: ______ This is to advise you of your unsatisfactory work performance on: ______

Specifically: found not wearing safety glasses at 9:11 Am in Assembly dept

Supervisor's Recommendation:

1) Written Warning ______
2) Grade Reduction from ______ to ______; No. of days ______
3) Job Change ______
4) Removal ** Constant Supervision problem
5) Other: ______

** Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning this matter.

______ Inmate Signature Date

[signature] 4-11-03
Staff Signature Date

Final disposition: Removal due to chronic management issues and progressive ~~dis~~ unsatisfactory work performance.

Tim Halahan for 4/23/03
Superintendent of Industries Date

# UNICOR

*(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: Kelly, Leslie (Last, First) Number: 26864-039 Date: 3-26-03

UNICOR McKean start date: — Current Grade: — Unit: B-B This is to advise you of your unsatisfactory work performance on: ____________

Specifically: Mr Kelly has been previously verbally warned about crowding in line to exit the factory. He again crowded to the front on 3-25-03 at 3:07 pm. Mr. Kelly is a management problem, and needs constant supervision, my recommendation is therefore removal as he has 3-written warning in addition to several verbal

Supervisor's Recommendation:

1) Written Warning ____________

2) Grade Reduction from ________ to ________; No. of days ________

3) Job Change ____________

4) Removal ** (circled)

5) Other: ____________

** Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning this matter.

________________ Inmate Signature Date

[signature] 3-26-03 Staff Signature Date

Final disposition: ____________

________________ Superintendent of Industries Date

# UNICOR

*(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: KELLY LESLIE (Last, First) Number: 26864-039 Date: 12/13

UNICOR McKean start date: ____________ Current Grade: ______ Unit: B-04 This is to advise you of your unsatisfactory work performance on: 12-13-02

Specifically: HAS BEEN PREVIOUSLY WARNED ABOUT LEAVING HIS AREA WHEN WORK NEEDS TO BE DONE. IN THIS CASE HE WAS ABSENT, THUS I HAD TO LOCATE HIM TO GET TO HIS AREA. AT THIS TIME HE PROCEEDED TO ARGUE WITH ME.

Supervisor's Recommendation:

1) Written Warning ____________ (circled)

2) Grade Reduction from ________ to ________; No. of days ________

3) Job Change ____________

4) Removal ** ____________

5) Other: ____________

** Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning this matter.

X REFUSED ____________ Inmate Signature Date

[signature] 12/13/02 Staff Signature Date

Final disposition: ____________

____________ Superintendent of Industries Date

# UNICOR

*(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: Kelly, Leslie (Last, First) Number: 26864-039 Date: 9-18-02

UNICOR McKean start date: — Current Grade: — Unit: B-B This is to advise you of your unsatisfactory work performance on: 9-18-02

Specifically: RETURNED late from Lunch

Supervisor's Recommendation:

1) Written Warning

2) Grade Reduction from ______ to ______; No. of days ______

3) Job Change ______

4) Removal ** ______

5) Other: ______

** Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning this matter.

[signature] 9-18-02 [signature] 9-18-02

Inmate Signature Date Staff Signature Date

Final disposition: ______

______

Superintendent of Industries Date

Employee Work History

NAME: Kelly, Leslie NO. #26864-039

HIRE DATE: 09/03/02 Prior UNICOR Credit Accepted: 15 Months

Year 2002

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | | | | | |
| Feb | | | | | |
| Mar | | | | | |
| Apr | | | | | |
| May | | | | | |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | 16 | 7:30 | | 7:30 | [illegible] |
| Oct | 17 | 3:45 | | 11:15 | [illegible] |
| Nov | 18 | 3:45 | | 15:00 | |
| Dec | 19 | 3:45 | | 18:45 | [illegible] |

Year 2003

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 20 | 3:45 | | 22:30 | |
| Feb | 21 | 3:45 | | 26:15 | |
| Mar | 22 | 3:45 | | 30:00 | |
| Apr | | | | | |
| May | | | | | |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

Year 2004

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | | | | | |
| Feb | | | | | |
| Mar | | | | | |
| Apr | | | | | |
| May | | | | | |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

6 of 4

L15

GED Progress Satisfactory 5/1/01
NON Promotable 4/19/01

MCK2G 531.01 * INMATE HISTORY * 08-28-2002
PAGE 001 OF 001 * WRK DETAIL * 20:16:02

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME | |
|---|---|---|---|---|---|
| MCK | ORD B B | ORDERLY B B | 07-30-2002 0001 | CURRENT | |
| MCK | UNASSG | UNASSIGNED | 07-24-2002 0001 | 07-30-2002 0001 | |
| MCK | A&O | ADMISSION & ORIENTATION | 07-19-2002 0825 | 07-24-2002 0001 | |
| LEW | PAINT 2 | PAINT 2 | 06-12-2002 0001 | 07-19-2002 0520 | 2 |
| LEW | INS GM1 | INSIDE GENERAL MAINT 1 | 06-04-2002 0001 | 06-12-2002 0001 | |
| LEW | INS FA | INSIDE FACILITY ASSISTANT | 06-01-2002 0001 | 06-04-2002 0001 | |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-24-2002 0826 | 06-01-2002 0001 | |
| LEW | PAINT 2 | PAINT 2 | 11-24-2001 0001 | 04-18-2002 1214 | 5 |
| LEW | IDLE 3 | IDLE #3 - 3 DAYS | 11-21-2001 1510 | 11-24-2001 0001 | |
| LEW | PAINT 2 | PAINT 2 | 05-30-2001 0001 | 11-21-2001 1510 | 6 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-12-2001 0712 | 05-30-2001 0001 | |
| LEW | PAINT 2 | PAINT 2 | 04-18-2001 0001 | 05-12-2001 0712 | 2 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-19-2001 2114 | 04-18-2001 0001 | |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 02-21-2001 1910 | 03-19-2001 1113 | |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 08-11-1999 1645 | 08-17-1999 0730 | |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1200 | 08-11-1999 1125 | |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1155 | 08-03-1999 1159 | |

S11

LAYUP I 9/3/02

5917537 PRIOR OK

DOT 769687054

G0000 TRANSACTION SUCCESSFULLY COMPLETED

```
  MCK2G         *            INMATE DISCIPLINE DATA              *     08-28-2002
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD         *     20:16:10

REGISTER NO: 26864-039 NAME..: KELLY, LESLIE ROMILE
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-28-2002

--------------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 883347 - SANCTIONED  INCIDENT DATE/TIME: 05-12-2001 0705

DHO HEARING DATE/TIME: 05-22-2001 1300
FACL/CHAIRPERSON.....: LEW/EMORY D
REPORT REMARKS.......: ADMITS
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DIS GCT    / 7 DAYS / CS
        COMP:010 LAW:P
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

MCK2G * INMATE EDUCATION DATA * 08-29-2002
PAGE 001 * TRANSCRIPT * 14:11:01

REGISTER NO: 26864-039 NAME..: KELLY FUNC: DIS
FORMAT.....: TRANSCRIPT RSP OF: MCK-MCKEAN FCI

---------------------------- EDUCATION INFORMATION ----------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | ESL HAS | ENGLISH PROFICIENT | 03-20-2001 1334 | CURRENT |
| MCK | GED EN | ENROLL GED NON-PROMOTABLE | 04-19-2001 1317 | CURRENT |
| MCK | GED SAT | GED PROGRESS SATISFACTORY | 05-01-2001 1028 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| MCK | GED CLASSROOM 6,0930-1130, M-F | 07-29-2002 | CURRENT | | | | |
| LEW | READING CLASS M-F 9-11AM | 06-19-2001 | 04-18-2002 | P | W | I | 324 |
| LEW | GED SELF STUDY | 05-01-2001 | 06-19-2001 | C | W | I | 0 |

------------------------------ HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| ABLE | LANGUAGE | 4.0 | 06-06-2001 | LEW | E | |
| | NUMBER OPR | 4.1 | 06-06-2001 | LEW | E | |

G0002 MORE PAGES TO FOLLOW . . .

MCK2G * INMATE EDUCATION DATA * 08-29-2002
PAGE 001 * TRANSCRIPT * 14:11:01

REGISTER NO: 26864-039 NAME..: KELLY FUNC: DIS
FORMAT.....: TRANSCRIPT RSP OF: MCK-MCKEAN FCI

------------------------------ EDUCATION INFORMATION ------------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | ESL HAS | ENGLISH PROFICIENT | 03-20-2001 1334 | CURRENT |
| MCK | GED EN | ENROLL GED NON-PROMOTABLE | 04-19-2001 1317 | CURRENT |
| MCK | GED SAT | GED PROGRESS SATISFACTORY | 05-01-2001 1028 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| MCK | GED CLASSROOM 6,0930-1130, M-F | 07-29-2002 | CURRENT | | | | |
| LEW | READING CLASS M-F 9-11AM | 06-19-2001 | 04-18-2002 | P | W | I | 324 |
| LEW | GED SELF STUDY | 05-01-2001 | 06-19-2001 | C | W | I | 0 |

------------------------------ HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| ABLE | LANGUAGE | 4.0 | 06-06-2001 | LEW | E | |
| | NUMBER OPR | 4.1 | 06-06-2001 | LEW | E | |

G0002 MORE PAGES TO FOLLOW . . .

MCK2G * INMATE EDUCATION DATA * 08-29-2002
PAGE 002 OF 002 * TRANSCRIPT * 14:11:01

REGISTER NO: 26864-039 NAME..: KELLY FUNC: DIS
FORMAT.....: TRANSCRIPT RSP OF: MCK-MCKEAN FCI

------------------------------- HIGH TEST SCORES --------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| ABLE | PROB SOLV | 4.9 | 06-06-2001 | LEW | E | |
| | READ COMP | 3.7 | 06-06-2001 | LEW | E | |
| | SPELLING | 3.0 | 06-06-2001 | LEW | E | |
| | VOCABULARY | 5.3 | 06-06-2001 | LEW | E | |

G0005 TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

BP-S148.070 APR 94 INMATE REQUEST TO STAFF MEMBER CDFRM

UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

TO: Cook

(Name and Title of Officer)

DATE 10/1/02

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

I would appreciate being Reasign to Assembly I thank you in advance for your time & Consideration

ASAP
RCook
10-1-02

(Use other side of page if more space is needed)

NAME: Kelly, Leslie NO: 26864-039

WORK ASSIGNMENT: Layup UNIT: BB

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)

DATE

Entered into IPS 10/2/02

Effective ~~into~~ IPS 10/3/02. Linda K. Kerr

MOVE FROM LAYUP I TO ASSM I 10/3/02

Record Copy - File; Copy - Inmate

Officer

# UNICOR

## FEDERAL PRISON INDUSTRIES, INC.

Federal Correctional Institution
Mckean Office Furniture
P.O. Box 6000
Bradford, PA. 16701

## FACSIMILE TRANSMITTAL COVER SHEET

Date: 09/03/02

To: UNICOR Business Office

FPI USP LEWISBURG

From: Chris Mincemoyer, Accountant
FCI Mckean, Pennsylvania

Please provide the following information on the recently hired inmate who was transferred from your location. Thank you in advance for your prompt reply!

Name: KELLY, LESLIE.

Number: #26864-039.

Last Grade Received: ______ Longevity Upon Leaving: ______.

Inmate Left Your Facility on or about: 07 / 19 / 02.

Number Of Pages __________ (Excluding Cover Sheet)

* If You Did Not Receive A Good Copy, Please Call:
Commercial Number: 814-362-8900 Ext. 3510.
UNICOR FAX Number: 814-362-4151
Institution FAX Number: 814-362-3287

# UNICOR

## FEDERAL PRISON INDUSTRIES, INC.

Federal Correctional Institution
Mckean Office Furniture
P.O. Box 6000
Bradford, PA. 16701

## FACSIMILE TRANSMITTAL COVER SHEET

Date: 09/03/02

To: UNICOR Business Office

FPI USP LEWISBURG

From: Chris Mincemoyer, Accountant
FCI Mckean, Pennsylvania

Please provide the following information on the recently hired inmate who was transferred from your location. Thank you in advance for your prompt reply!

Name: KELLY, LESLIE.

Number: #26864-039.

Last Grade Received: ______ Longevity Upon Leaving: ______.

Inmate Left Your Facility on or about: 07 / 19 / 02.

Number Of Pages __________ (Excluding Cover Sheet)

* If You Did Not Receive A Good Copy, Please Call:
Commercial Number: 814-362-8900 Ext. 3510.
UNICOR FAX Number: 814-362-4151
Institution FAX Number: 814-362-3287