```
BOPUK  531.01 *              INMATE HISTORY            *    09-08-2006
PAGE 001       *               WRK DETAIL              *    07:45:01
REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
MCK    I CABLE 1  CABLE 1                  06-19-2006 0001 CURRENT
MCK    I MILL 1   MILL 1                   09-28-2005 0001 06-19-2006 0001

MCK    VACATION   VACATION                 09-26-2005 0001 09-28-2005 0001

MCK    I MILL 1   MILL 1                   07-27-2005 0001 09-26-2005 0001

MCK    VACATION   VACATION                 07-26-2005 0001 07-27-2005 0001

MCK    I MILL 1   MILL 1                   05-05-2005 0001 07-26-2005 0001

MCK    I PROD.1   PRODUCTION 1             02-12-2005 0001 05-05-2005 0001

MCK    VACATION   VACATION                 02-10-2005 0001 02-12-2005 0001

MCK    I PROD.1   PRODUCTION 1             09-28-2004 0001 02-10-2005 0001

MCK    VACATION   VACATION                 09-24-2004 0001 09-28-2004 0001

MCK    I PROD.1   PRODUCTION 1             02-28-2004 0001 09-24-2004 0001

MCK    IDLE       IDLE                     02-26-2004 0800 02-28-2004 0001

MCK    I PROD.1   PRODUCTION 1             01-12-2004 0001 02-26-2004 0800

MCK    UNASSG     UNASSIGNED               12-23-2003 1021 01-12-2004 0001

MCK    SHU UNASSG SHU UNASSIGNED           11-18-2003 1200 12-23-2003 1021

MCK    I MILL 1   MILL 1                   03-14-2003 0001 11-18-2003 1200

MCK    IDLE       IDLE                     03-12-2003 0707 03-14-2003 0001

MCK    I MILL 1   MILL 1                   02-04-2003 0001 03-12-2003 0707

MCK    IDLE       IDLE                     02-03-2003 0649 02-04-2003 0001

MCK    I MILL 1   MILL 1                   11-24-2001 0001 02-03-2003 0649

MCK    VACATION   VACATION                 11-23-2001 0001 11-24-2001 0001

MCK    I MILL 1   MILL 1                   09-10-2001 0001 11-23-2001 0001

MCK    IDLE       IDLE                     09-07-2001 0853 09-10-2001 0001

MCK    I MILL 1   MILL 1                   08-24-2001 0001 09-07-2001 0853

MCK    I PROD.1   PRODUCTION 1             06-22-2001 0001 08-24-2001 0001

MCK    UNASSG     UNASSIGNED               06-20-2001 1123 06-22-2001 0001

MCK    SHU UNASSG SHU UNASSIGNED           05-24-2001 0826 06-20-2001 1123

MCK    I PROD.1   PRODUCTION 1             03-06-2001 0001 05-24-2001 0826

MCK    I MILL 1   MILL 1                   01-10-2001 0001 03-06-2001 0001
```

```
MCK    UNASSG      UNASSIGNED            01-09-2001 1000 01-10-2001 0001

MCK    SHU UNASSG SHU UNASSIGNED        12-21-2000 1059 01-09-2001 1000

MCK    I MILL 1    MILL 1               09-20-2000 0001 12-21-2000 1059

MCK    I PROD.1    PRODUCTION 1         08-17-2000 0001 09-20-2000 0001

MCK    IDLE        IDLE                 08-15-2000 0834 08-17-2000 0001

MCK    I PROD.1    PRODUCTION 1         06-29-2000 0001 08-15-2000 0834

MCK    KITCHEN AM KITCHEN AM           02-15-2000 1421 06-29-2000 0001

MCK    DIN RM AM   DINING ROOM AM       12-31-1999 0001 02-15-2000 1421

MCK    CONV        CONVALESCENT         12-27-1999 0839 12-31-1999 0001

MCK    DIN RM AM   DINING ROOM AM       12-17-1999 0001 12-27-1999 0839

MCK    IDLE        IDLE                 12-16-1999 0826 12-17-1999 0001

MCK    DIN RM AM   DINING ROOM AM       11-19-1999 1007 12-16-1999 0826
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK  531.01 *          INMATE HISTORY        *     09-08-2006
PAGE 002 OF 002 *             WRK DETAIL          *     07:45:01
```

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK          FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | FD SVC | FOOD SERVICE | 11-18-1999 0001 | 11-19-1999 1007 |
| MCK | UNASSG | UNASSIGNED | 11-09-1999 1110 | 11-18-1999 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 09-29-1999 2320 | 11-09-1999 1110 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 09-28-1999 0001 | 09-29-1999 2320 |
| MCK | VACATION | VACATION | 09-27-1999 0001 | 09-28-1999 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 06-09-1999 0001 | 09-27-1999 0001 |
| MCK | IDLE | IDLE | 06-08-1999 0958 | 06-09-1999 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 05-25-1999 0001 | 06-08-1999 0958 |

```
MCK   I LAYUP 1   LAYUP 1                      04-13-1999 1304 05-25-1999 0001
MCK   LAYUP 1     LAYUP 1                      03-23-1999 0001 04-13-1999 1304
MCK   KITCHEN AM  KITCHEN AM                   01-14-1999 0001 03-23-1999 0001
MCK   IDLE        IDLE                         01-13-1999 0716 01-14-1999 0001
MCK   KITCHEN AM  KITCHEN AM                   12-02-1998 0001 01-13-1999 0716
MCK   DIN RM AM   DINING ROOM AM               11-20-1998 1348 12-02-1998 0001
MCK   FD SVC      FOOD SERVICE                 11-19-1998 0001 11-20-1998 1348
MCK   LAND IN 1   INSIDE LANDSCAPE FULL-TIME   11-05-1998 0001 11-19-1998 0001
MCK   LAND IN 2   INSIDE LANDSCAPE FULL-TIME   11-04-1998 0001 11-05-1998 0001
MCK   FACL        FACILITIES OFFICE            11-03-1998 0001 11-04-1998 0001
MCK   UNASSG      UNASSIGNED                   10-28-1998 0001 11-03-1998 0001
MCK   A&O         ADMISSION & ORIENTATION      10-21-1998 1015 10-28-1998 0001
LEW   UNASSG      UNASSIGNED WORK DETAIL       10-13-1998 1921 10-21-1998 0516
OKL   UNASSG      UNASSIGNED HOLDOVER          09-23-1998 1800 10-13-1998 0830
ATL   UNASSG      UNASSIGNED WORK DETAIL       05-06-1998 0050 05-06-1998 0818
OKL   UNASSG      UNASSIGNED HOLDOVER          05-01-1998 1915 05-05-1998 0830
RCH   UNASSG      UNASSIGNED WORK DETAIL       03-26-1998 1851 05-01-1998 1508
OKL   UNASSG      UNASSIGNED HOLDOVER          03-18-1998 1815 03-26-1998 0920
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
  BOPUK  540*23 *              SENTENCE MONITORING          *    09-13-2006
PAGE 001         *            COMPUTATION DATA            *    09:47:20
                                AS OF 09-13-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


FBI NO...........: 240532MA5        DATE OF BIRTH: 08-22-1970
ARS1.............: MCK/A-DES
UNIT.............: C                 QUARTERS.....: C03-129L
DETAINERS........: NO                NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 12-18-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-18-2007 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ----------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:97CR329
JUDGE...........................: GAUGHAN
DATE SENTENCED/PROBATION IMPOSED: 08-05-1998
DATE COMMITTED..................: 10-21-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $1,268.00

---------------------CURRENT OBLIGATION NO: 010 --------------------------

OFFENSE CODE....: 554
OFF/CHG: 18:2113(A)&(D) - ARMED BANK ROBBERY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    57 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 10-08-1997




 G0002        MORE PAGES TO FOLLOW . . .
```

```
BOPUK  540*23 *            SENTENCE MONITORING          *     09-13-2006
PAGE 002         *          COMPUTATION DATA            *     09:47:20
                            AS OF 09-13-2006
```

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


------------------------CURRENT OBLIGATION NO: 020 -------------------------

OFFENSE CODE....:  130
OFF/CHG: 18:924(C)(1) - USE OF A FIREARM DURING A CRIME OF VIOLENCE

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 CLASS OF OFFENSE...............: CLASS C FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE................: 10-08-1997
```

------------------------CURRENT COMPUTATION NO: 030 ------------------------


COMPUTATION 030 WAS LAST UPDATED ON 10-27-1999 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010, 030 020

```
DATE COMPUTATION BEGAN..........: 08-05-1998
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:  117 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    9 YEARS      9 MONTHS
AGGREGATED TERM OF SUPERVISION..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 10-08-1997
```

```
JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   10-14-1997   08-04-1998
```

G0002       MORE PAGES TO FOLLOW . . .

```
MCK2G  531.01 *              INMATE HISTORY        *      08-30-2006
PAGE 001         *             WRK DETAIL           *      15:00:43
```

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | I CABLE 1 | CABLE 1 | 06-19-2006 0001 | CURRENT |
| MCK | I MILL 1 | MILL 1 | 09-28-2005 0001 | 06-19-2006 0001 |
| MCK | VACATION | VACATION | 09-26-2005 0001 | 09-28-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 07-27-2005 0001 | 09-26-2005 0001 |
| MCK | VACATION | VACATION | 07-26-2005 0001 | 07-27-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 05-05-2005 0001 | 07-26-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-12-2005 0001 | 05-05-2005 0001 |
| MCK | VACATION | VACATION | 02-10-2005 0001 | 02-12-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 09-28-2004 0001 | 02-10-2005 0001 |
| MCK | VACATION | VACATION | 09-24-2004 0001 | 09-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-28-2004 0001 | 09-24-2004 0001 |
| MCK | IDLE | IDLE | 02-26-2004 0800 | 02-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 01-12-2004 0001 | 02-26-2004 0800 |
| MCK | UNASSG | UNASSIGNED | 12-23-2003 1021 | 01-12-2004 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 11-18-2003 1200 | 12-23-2003 1021 |
| MCK | I MILL 1 | MILL 1 | 03-14-2003 0001 | 11-18-2003 1200 |
| MCK | IDLE | IDLE | 03-12-2003 0707 | 03-14-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 02-04-2003 0001 | 03-12-2003 0707 |
| MCK | IDLE | IDLE | 02-03-2003 0649 | 02-04-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 11-24-2001 0001 | 02-03-2003 0649 |
| MCK | VACATION | VACATION | 11-23-2001 0001 | 11-24-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 09-10-2001 0001 | 11-23-2001 0001 |
| MCK | IDLE | IDLE | 09-07-2001 0853 | 09-10-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 08-24-2001 0001 | 09-07-2001 0853 |
| MCK | I PROD.1 | PRODUCTION 1 | 06-22-2001 0001 | 08-24-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 06-20-2001 1123 | 06-22-2001 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 05-24-2001 0826 | 06-20-2001 1123 |
| MCK | I PROD.1 | PRODUCTION 1 | 03-06-2001 0001 | 05-24-2001 0826 |
| MCK | I MILL 1 | MILL 1 | 01-10-2001 0001 | 03-06-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 01-09-2001 1000 | 01-10-2001 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 12-21-2000 1059 | 01-09-2001 1000 |
| MCK | I MILL 1 | MILL 1 | 09-20-2000 0001 | 12-21-2000 1059 |
| MCK | I PROD.1 | PRODUCTION 1 | 08-17-2000 0001 | 09-20-2000 0001 |
| MCK | IDLE | IDLE | 08-15-2000 0834 | 08-17-2000 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 06-29-2000 0001 | 08-15-2000 0834 |
| MCK | KITCHEN AM | KITCHEN AM | 02-15-2000 1421 | 06-29-2000 0001 |
| MCK | DIN RM AM | DINING ROOM AM | 12-31-1999 0001 | 02-15-2000 1421 |
| MCK | CONV | CONVALESCENT | 12-27-1999 0839 | 12-31-1999 0001 |
| MCK | DIN RM AM | DINING ROOM AM | 12-17-1999 0001 | 12-27-1999 0839 |
| MCK | IDLE | IDLE | 12-16-1999 0826 | 12-17-1999 0001 |
| MCK | DIN RM AM | DINING ROOM AM | 11-19-1999 1007 | 12-16-1999 0826 |

G0002        MORE PAGES TO FOLLOW . . .

```
MCK2G  531.01 *              INMATE HISTORY          *      08-30-2006
PAGE 002 OF 002 *              WRK DETAIL            *      15:00:43
```

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK          FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | FD SVC | FOOD SERVICE | 11-18-1999 0001 | 11-19-1999 1007 |
| MCK | UNASSG | UNASSIGNED | 11-09-1999 1110 | 11-18-1999 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 09-29-1999 2320 | 11-09-1999 1110 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 09-28-1999 0001 | 09-29-1999 2320 |
| MCK | VACATION | VACATION | 09-27-1999 0001 | 09-28-1999 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 06-09-1999 0001 | 09-27-1999 0001 |
| MCK | IDLE | IDLE | 06-08-1999 0958 | 06-09-1999 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 05-25-1999 0001 | 06-08-1999 0958 |
| MCK | I LAYUP 1 | LAYUP 1 | 04-13-1999 1304 | 05-25-1999 0001 |
| MCK | LAYUP 1 | LAYUP 1 | 03-23-1999 0001 | 04-13-1999 1304 |
| MCK | KITCHEN AM | KITCHEN AM | 01-14-1999 0001 | 03-23-1999 0001 |
| MCK | IDLE | IDLE | 01-13-1999 0716 | 01-14-1999 0001 |
| MCK | KITCHEN AM | KITCHEN AM | 12-02-1998 0001 | 01-13-1999 0716 |
| MCK | DIN RM AM | DINING ROOM AM | 11-20-1998 1348 | 12-02-1998 0001 |
| MCK | FD SVC | FOOD SERVICE | 11-19-1998 0001 | 11-20-1998 1348 |
| MCK | LAND IN 1 | INSIDE LANDSCAPE FULL-TIME | 11-05-1998 0001 | 11-19-1998 0001 |
| MCK | LAND IN 2 | INSIDE LANDSCAPE FULL-TIME | 11-04-1998 0001 | 11-05-1998 0001 |
| MCK | FACL | FACILITIES OFFICE | 11-03-1998 0001 | 11-04-1998 0001 |
| MCK | UNASSG | UNASSIGNED | 10-28-1998 0001 | 11-03-1998 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 10-21-1998 1015 | 10-28-1998 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-13-1998 1921 | 10-21-1998 0516 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 09-23-1998 1800 | 10-13-1998 0830 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 05-06-1998 0050 | 05-06-1998 0818 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-01-1998 1915 | 05-05-1998 0830 |
| RCH | UNASSG | UNASSIGNED WORK DETAIL | 03-26-1998 1851 | 05-01-1998 1508 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-18-1998 1815 | 03-26-1998 0920 |

```
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **1** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number:** 5 1 6 2 7 – 0 6 0

**5. Resident Name (Last, First, Middle):** SIGGERS KEVIN

**6. Institution Code:** 2 3 1

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | WD WRK SHOP HAND |

1 = Hourly
2 = G.P.W.  — X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date Month, Day, Year:** 0 1 – 1 2 – 0 4

**20. Time of Action:** M C F T

**21. Check One:** AM [X]  PM

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _____ Foreman    Date: 1-17-0̶ 4

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: 1-12-04

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | | |
|---|---|---|---|
| **3** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| **3** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number:** 5 1 6 2 7 – 0 6 9

**5. Resident Name (Last, First, Middle):** S I G G E R S , K E V I N

**6. Institution Code:** 2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P   H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date Month, Day, Year:** 1 2 – 1 9 – 0 3

**20. Time of Action:** 0 7 1 0

**21. Check One:** AM **X**   PM ☐

| | |
|---|---|
| **3** | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | |
|---|---|
| **0** | **23. Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

**24. Date Of Enrollment Month, Day, Year:** | – | – |

**25. Total Inmate Hours Involved:** | | | |

### 26. Signatures:

| | | |
|---|---|---|
| Recommended By _____ | Foreman | Date: 12-17-03 |
| Approved By _____ | Plant Superintendent | Date: _____ |
| Approved By _____ | Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _____ | Timekeeper | Date: 12-19-03 |

FPI Form 96 (9/98)

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Kevin Siggers__          Register Number: __51627-060__

Institution Code: __231__          Industry Code: __MCFT__

Job Description: __Industrial Cleaner__          Department: __Production__

> *Duties: Responsible for cleaning assigned areas including loading platform and outside rear of factory. Loads dumpsters and removes trash from throughout the factory. Removes off-fall from panel saws and maintains saw dust dumpster. Other duties include snow removal and material recycle. All other duties as assigned in UNICOR.*

I have instructed inmate __Kevin Siggers__    Reg. No. __51627-060__

in the proper procedures in which to implement his assigned work detail, which

includes standard maintenance, safety procedures, and routine use.

__Chuck~ Mul~__                                    __4-27-01__
            Foreman                                              Date

I have received proper instruction on how to implement my job assignment. If I

have any problem with implementing my assigned job, I am instructed to contact

my foreman immediately.

_____        __51627060__        __4-26-01__
    Signature of Inmate              Register Number            Date

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __SIGGERS, KEVIN__     Register Number: __51627-060__

Institution Code: __231__     Industry Code: __MCFT__

Job Description: __Boring Machine Operator (Hori 1)__     Department: __Assembly 1__

> **Duties:** *Responsible for the proper set-up and operation of the multiple spindles boring machine. Bores holes in laminated particleboard. responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate __SIGGERS__ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_Charl - Mel_
Foreman

JULY 13, 1999
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_Kevin Siggers_
Signature of inmate

51627-060
Register Number

7-13-99
Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin_____    Register Number: __51627-060____

Institution Code: _____231_____    Industry Code: _____MCFT_____

Job Description: __Woodworking Shophand_____    Department: __Layup 1____

---

*Duties:  Responsible for stacking, cushioning and wrapping product.  Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes.  All other duties as assigned in UNICOR.*

---

I have instructed inmate _Kevin L. Siggers Sr._ Reg. No. _51627·060_____ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____                    __4-12-99__
Foreman                                          Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____        __51627·060__        __4-12-99__
Signature of Inmate              Register Number          Date

**FEDERAL PRISON INDUSTRIES, Inc.**

# UNICOR - McKEAN

**P.O. BOX 8000**                                    **MEMORANDUM**
Phone #(814) 362-8900
Fax #(814) 362-4151

---

DATE:   September 30, 1999

REPLY TO:
  ATTN OF   Martin Sapko, Factory Manager.

SUBJECT:   Issuance of Safety Glasses

  TO:   New UNICOR Inmate Workers


Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses, These safety glasses may e kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost, Safety glasses are required for all production workers and must be worn everywhere on the factory floor.


I received one (1) pair of safety glasses on ___6 - 29 - 00___,
and I agree to the above conditions.


Signature: ___Kevin L. Siggens Sr___

Name: ___Kevin L. Siggens Sr___

Reg. Number: ___51627066___

production

# FACTORY RULES AND REGULATIONS

NAME _Kevin L Siggers_   UNIT _CA_   LOCKER#_____   CHIT#_____

1.  INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2.  ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3.  SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4.  HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5.  INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6.  INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPERVISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7.  OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8.  **HORSEPLAY** WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9.  FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. **DO NOT** RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. **DO NOT** CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF, UNICOR.

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY **NO SMOKING** IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

*I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.*

Signature: _Kevin L Siggers_   Register No: _5 16 2 7010_   Date: _6·29·12_

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

INMATE'S NAME: _Rogers Klaus_    UNIT: _CA_    DATE: _8/15/00_

DETAIL: _UNICOR_    REG. NO. _51617-060_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____    THRU 12 MIDNIGHT _8/16_ 19_00_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____    THRU 12 MIDNIGHT _____ 19 _____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____    THRU 12 MIDNIGHT _____ 19 _____

( ) TOTALLY DISABLED: _____
( ) FULL DUTY: _No Rec / month_

_____
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except to meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restriction because of physical, medical or mental disability.

 **UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| `1` | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| `2` | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| `_` | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| `5 1 6 2 7 - 0 6 0` | `S T G G E R S , K E V I N` | `2 3 1` |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `3` | `M C F T` | `2` | `7 5 9 6 8 9 0 5 4` | `P P W R K S H O P H A N D` |

```
                    1 = Hourly
                    2 = G.P.W.  ⌐ X = Apprentice
                    3 = P.W.    ⌐
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `3` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `P P W R K S H O P H A N D` |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM PM |
|---|---|---|
| `0 4 - 1 1 - 0 2` | `0 7 0` | `X` `_` |

| `_` | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| `_` | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| ` - - ` | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| ` ` | 25. Total Inmate Hours Involved |
|---|---|

26. Signatures:

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Revised Form 96    Distribution:    White-------------- Business office    Green-------------- Placement
                                                              Pink-------------- Foreman



**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| 1. | Type Of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| | |
|---|---|
| 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | |
|---|---|
| 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4.  Register Number | 5.  Resident Name (Last, First, Middle) | 6.  Institution Code |
|---|---|---|

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|

1 = Hourly
2 = G.P.W.    ⎤  X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|

| | |
|---|---|
| 22. **Reason For Termination Of Employment Or Withdrawal** | |
| 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request | |
| 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs | |

| | |
|---|---|
| 23. **Continuation of Longevity Status** | |
| 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). | |

| 24. Date Of Enrollment Month, Day, Year |
|---|

| 25. Total Inmate Hours Involved |
|---|

26. **Signatures:**

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

HILL 1                                    GRADE CHANGE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1** 1. Type of Report:  UNICOR Action = 1 IPRS Action = 2 Both = 3

**2** 2. If UNICOR Action  Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

3. If IPRS Action  Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

4. Register Number: `5 1 6 2 7 – 0 6 0`   5. Resident Name (Last, First, Middle): `S I G G E R S , K E V I N`   6. Institution Code: `2 3 1`

**Action Recommended**

From:

7. Job Number: `0 1 2`  8. Grade 1-4: `3`  9. Industry Code: `M C F T`  10. Wage Plan: `1`  11. Dot Code: `7 6 9 6 8 7 0 5 4`  12. Position Title: `W D M R K S H O P H A N D`

1 = Hourly
2 = G.P.W.  ⎤ X = Apprentice
3 = P.W.  ⎦

To:

13. Job Number: `⌷`  14. Grade 1-4: `4`  15. Industry Code: `⌷`  16. Wage Plan: `⌷`  17. Dot Code: `⌷`  18. Position Title: `⌷`

19. Effective Date Month, Day, Year: `0 1 – 2 7 – 0 1`   20. Time of Action: `0 7 1 0`   21. Check One: AM `X`  PM `⌷`

22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year: `⌷ – ⌷ – ⌷`

25. Total Inmate Hours Involved: `⌷`

26. **Signatures:**

Recommended By _____ Foreman   Date: `1-29.01`

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't. Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: _____

FPI Form 96 (9/98)

Distribution:   White (Business Office)   Canary (Terminal Operator)   Pink (Placement)   Goldenrod (Foreman)

MILL 1                                                GRADE CHANGE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|

| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S ,  K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | N C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | N C F T | 3 | 7 5 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM  PM |
|---|---|---|
| 1 0 – 2 9 – 0 0 | 0 7 1 0 | X ☐ |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole). |

| ☐ – ☐ ☐ – ☐ | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| ☐ ☐ ☐ ☐ | 25. Total Inmate Hours Involved |
|---|---|

26. **Signatures:**

Recommended By _____ Foreman                    Date: _10-13-00_

Approved By _____ Plant Superintendent           Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper       Date: _____

Distribution:      White (Business Office)      Canary (Terminal Operator)      Pink (Placement)      Goldenrod (Foreman)

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate: Siggers, Kevin            Reg. No.    51627-060

in the proper operation of the:    *   CNC ANDI TRAINEE

including safety procedures, routine use, and standard maintenance.

Chuck Nolan
Foreman

Date:    2/18/03

Dept:  Mill 1

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate

Reg. No. 51627060
2-18-03

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

### DEPARTMENT FOREMAN

I have instructed Inmate   **Siggers, Kevin**          Reg. No.   **51627-060**

in the proper operation of the:          **PANEL SAW Z-32 (SCMI)**

including safety procedures, routine use, and standard maintenance.

Foreman

Date:  _1-31-02_

Dept:  Mill 1

### INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate

Reg. No. _51627060_

_1/31/02_

### FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: _____ Siggers, Kevin _____     Register Number: ___ 51627-060 ___

Institution Code: _____ 231 _____     Industry Code: _____ MCFT _____

**#2.**

Job Description: __ Saw Operator (Z-32 Panel Saw) __     Department: __ Mill 1 __

> *Duties: Responsible for the proper set-up and safe operation of the Panel Saw. Cuts laminated particleboard for the fabrication of work surfaces, drawer fronts, end panels and other parts. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate ___ Siggers, Kevin ___ Reg. No. ___ 51627-060 ___ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____
Foreman

_____ 6-4-02 _____
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____
Signature of Inmate

_____ 5162706O _____
Register Number

_____ 5-15-02 _____
Date

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, Pa. 16701

## CERTIFICATATION FOR EQUIPMENT

### DEPARTMENT FOREMAN

I have instructed inmate:   Kevin Siggers                    Reg. No:   51627-060

in the proper use of the:   Tennon Machine

including safety procedures, routine use, and standard maintenance.

_____
Foreman

Date: July 14, 2003
Department: Mill 1

### INMATE

I have received the proper instructions on how to operate the above-mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_____
Signature of Inmate

Reg. No. 5162 7060

### FACTORY FOREMAN

I am certain that the above inmate is qualified for operating the equipment listed above and that he understands the proper and safe procedures that are necessary for the operation of the equipment.

_____
Factory Foreman

# UNICOR
### Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**   **5. Resident Name (Last, First, Middle)**   **6. Institution Code**

`5 1 6 2 7 _ 0 6 0`    `S I G G E R S ,   K E V I N`    `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D   W R K   S H O P H A N D` |

1 = Hourly
2 = G.P.W.    ┐ X = Apprentice
3 = P.W.      ┘

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| `0 6 — 2 9 — 0 0` | `0 7 1 0` | `X` `_` |

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
|---|---|---|

1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

| | 23. | **Continuation of Longevity Status** |
|---|---|---|

1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole).)

| `| | — | | — | |` | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| `| | | |` | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

Recommended By _Chuck ~ Nolan_ Foreman          Date: 7-3-00

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: 7/5/00

FPI Form 96 (9/98)
Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER** CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE**      FEDERAL BUREAU OF PRISONS

DATE _May 19, 1999_

TO: _Mr. Pigrotto_
_____
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

I would like my Job changed to
The Vertical Boring Machine on the Assembly
line. I've spoke to Mr. Nolan and was told
to have you sign this Inmate Request form
Releasing me to work in the Assembly Dept. I thank
you for Time concerning this Matters.

OK or Refused

**POSTED**

(Use other side of page if more space is needed)

NAME: _Kevin L. Siggers Sr._      NO.: _51627-060_

WORK ASSIGNMENT: _Lay up I_      UNIT: _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

DATE _5-19-99_

LAYUP I
TO
ASSM I

OK with me

_Chuck - Nul._
Officer

5/25/99

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)   Replaces BP-148 of Oct 86

F.C.I. McKean

# UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

Name: _Kevin L. Siggins Sr._    Unit: _3 A_  Locker # _____    Chit # _____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH NOISE LEVEL AREAS.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR, IS STRICTLY FORBIDDEN. VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN. FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT. DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCKS.

10) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY. <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY <u>NO SMOKING</u> IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS. ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE AND SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAVE BEEN DISCIPLINARY TRANSFERRED FROM ANOTHER INSTITUTION SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: _Kevin L. Siggins Sr._    REG. # _51627-060_    DATE: _3-22-90_

# MEMORANDUM

F.P.I. McKEAN, PA

DATE:

Y TO
N OF: Debora Forsyth, Factory Manager

JECT: Issuance of Safety Glasses

TO: New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses. These safety glasses may be kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost. Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _March 22, 1999_, and I agree to the above conditions.

Signature _Kevin L. Siggens Sr._

Name _Kevin L. Siggens Sr._

Reg. Number _51627-060_

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701


## CERTIFICATION FOR EQUIPMENT


## DEPARTMENT FOREMAN

I have instructed Inmate:    Siggers, Kevin                Reg. No. _____ 51627-060

in the proper operation of the:    *    CNC ANDI TRAINEE
including safety procedures, routine use, and standard maintenance.

_____ Chuck Nolan _____
Foreman

Date: _____ 2/18/03

Dept: Mill 1


## INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate

Reg. No. _5 16 2 7 0 6 0_
2-18-03


## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman .

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__        Register Number: __51627-060__

Institution Code: _____231_____        Industry Code: _____MCFT_____

Job Description: __Router Operator Trainee - CNC__ ANDI        Department: __Mill 1__

> *Duties: Responsible for learning the proper procedures for setting up and operating the multiple spindle CNC routing machine. Assists CNC Operator to cut slats, grooves, designs or recesses in laminated particleboard. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate ____Siggers, Kevin____ Reg. No. __51627-060__, in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____                    __2-18-03__
Foreman                                              Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    __5162706.0__    __2-18-03__
Signature of Inmate           Register Number        Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin_____    Register Number: __51627-060____

Institution Code: _____231_____    Industry Code: _____MCFT_____

Job Description: __Woodworking Shophand_____    Department: __Production__

> *Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for belmishes or defects. Off loads machines and fill in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate _Siggers, Kevin_____ Reg. No._51627-060_____

in the proper procedures in which to implement his assigned work detail, which

includes standard maintenance, safety procedures, and routine use.

_____          _____
                Foreman                                    Date

I have received proper instruction on how to implement my job assignment. If I

have any problem with implementing my assigned job, I am instructed to contact

my foreman immediately.

_____    _____    _____
        Signature of Inmate              Register Number            Date



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| 1 | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number** — 5 1 6 2 7 - 0 6 0
**5. Resident Name (Last, First, Middle)** — S I G G E R S   K E V I N
**6. Institution Code** — 2 3 1

**Action Recommended**

From:

**7. Job Number** — 0 1 2
**8. Grade 1 - 4** — 4
**9. Industry Code** — M C F T
**10. Wage Plan** — 1
**11. Dot Code** — 7 6 9 6 8 7 0 5 4
**12. Position Title** — W D   W R K   S H O R H A N D

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

To:

**13. Job Number** — 0 1 2
**14. Grade 1 - 4** — 4
**15. Industry Code** — M C F T
**16. Wage Plan** — 1
**17. Dot Code** — 7 6 9 6 8 7 0 5 4
**18. Position Title** — W D   W R K   S H O R H A N D

**19. Effective Date Month, Day, Year** — 0 4 - 2 3 - 9 1
**20. Time Of Action** — 0 7 1 9
**21. Check One:  AM  PM** — X (AM)

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no          (For use only when termination is for release (MR or parole).

| | | |
|---|---|---|
| | | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman                Date: _____

Approved By _____ Plant Superintendent       Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: _____

FPI Revised Form 96          Distribution:    White—————— Business office    Green—————— Placement
                                              Canary—————— Terminal operator  Pink—————— Foreman


**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type Of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| | | |
|---|---|---|
| **1** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

*From:*

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 5 | | M G F 1 | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

*To:*

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 3 - 2 3 - 9 9 | 0 7 1 0 | X |

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes 0 = no 2 = no   (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|
| - - | |

| | 25. Total Inmate Hours Involved |
|---|---|
| | |

**26. Signatures:**

Recommended By _____ Foreman   Date: 3-23-99

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: _____

# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

**1.** Type Of Report:  `1`    UNICOR Action = 1  IPRS Action = 2  Both = 3

**2.** If UNICOR Action  `2`
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**3.** If IPRS Action
Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

**4.** Register Number `5 1 6 2 Z 0 6 0`   **5.** Resident Name (Last, First, Middle) `S I G G E R S   K E V I N`   **6.** Institution Code `2 3 1`

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 5` | `4` | `M C F T 1` | `6 5 6 3 8 2 0 1 0` | | `B O R I N G   M A C H.   O P E R.` |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 5` | `3` | `M C F T 1` | `6 5 6 3 8 2 0 1 0` | | `B O R I N G   M A C H.   O P E R.` |

**19.** Effective Date Month, Day, Year `0 6  0 1  9 9`   **20.** Time Of Action `0 9 0 0`   **21.** Check One:  AM  PM  `X`

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

**24.** Date Of Enrollment Month, Day, Year

**25.** Total Inmate Hours Involved

**26. Signatures:**

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Revised Form 96

Distribution:  White-------------- Business office    Green-------------- Placement
Canan ---------- Terminal operator    Pink-------------- Foreman

# Production Worker's Training Record

(CHECKLIST)
for

Inmate Name  ___Siggers, Kevin___    Reg. Number  ___51627-060___

☑ 1.)  I have had a department orientation by my department supervisor.

☑ 2.)  I have read and understand the Factory Rules and Safety Regulations.

☑ 3.)  I have read and understand the department procedures for my assigned area.

☑ 4.)  I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.)  I have had on the job training with an experienced production worker.

☑ 6.)  I have read and understand my Job Description.

☑ 7.)  I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.)  I have familiarized myself with ISO-9001-2000 standards, Unicor McKeans Q.M.S.,
and the role I play in the system.

___(signature) 51627060___    ___6-16-03___
Inmate Signature  &  Reg. Number            Date

___(signature)___    ___6-16-03___
Woodworking Supervisor Signature            Date

| TITLE: | TRAINING RECORD | CONTROL NO. | 1403 | DATE: | 6/11/03 |
|---|---|---|---|---|---|
| Production - | UNICOR MCKEAN | REV: | Original Issue | SHEET | 1 OF 1 |

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name:____Siggers, Kevin____    Register Number:__51627-060__

Institution Code:_____231_____    Industry Code:_____MCFT_____

Job Description:__Wood Working Shophand__    Department:__Mill 1__

> *Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate ____Siggers, Kevin____ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____
Foreman                         __9-20-00__
                                   Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____        __51627060__        __9-20-00__
Signature of Inmate            Register Number          Date

PRODUCTION-1                JOB CHANGE

**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 2 | 1. Type of Report | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 2 | 3. If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19<br>Enter 3 For Completion, Complete 4-6, 19<br>Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

**4. Registration Number**  `5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)**  `S I G G E R S   K E V I N`

**6. Institution Code**  `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 1` | `2` | `M C F T` | `1` | `6 6 7 6 8 2 0 2 2` | `P A N E L   S A W   O P E R A T` |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 4` | `2` | `M C F T` | `1` | `2 2 1 1 6 7 0 1 4` | `M A T E R I A L   C O O R D I N` |

**19. Effective Date** Month, Day, Year  `0 4 - 0 7 - 0 5`

**20. Time of Action**  `0 7 1 0`

**21. Check One:**  AM `X`   PM ` `

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purpose   7 = Institution Needs

**23. Continuation of Longevity Status**

1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole).

`| - | - |` **24. Date Of Enrollment Month, Day, Year**

`| | | | |` **25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _____ Foreman   Date: 4-7-05

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: 4/7/05

FPI Form 96 (9/98)

Distribution:   1. Business Office   2. Terminal Operator   3. Placement   4. Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: _____ Siggers, Kevin _____    Register Number: __51627-060__

Institution Code: _____ 231 _____    Industry Code: _____ MCFT _____

---

Job Description: __Woodworking Shophand__ *(LABOR)*    Department: __Mill 1__

> *Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quality and quantity of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate _____ Siggers, Kevin _____ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____
Foreman

8/24/01
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____
Signature of Inmate

51627-060
Register Number

8/24/01
Date

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate __Siggers, Kevin_____    Reg. No. __51627-060_____

in the proper operation of the:_____**PANEL SAW Z-32 (SCMI)**_____

including safety procedures, routine use, and standard maintenance.

_____
Foreman

Date: __1-31-02_____

Dept: __Mill 1_____

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment. In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_____
Signature of Inmate

Reg. No. _51627060_____

1/31/02

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

_____
Factory Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: ___ Siggers,    Kevin ___    Register Number: ___ 51627-060 ___

Institution Code: ___ 231 ___    Industry Code: ___ MCFT ___

---

**NUMBER 2**

Job Description: __Saw Operator (Z-32 Panel Saw)__    Department: __Mill 1__

> *Duties: Responsible for the proper set-up and safe operation of the Panel Saw. Cuts laminated particleboard for the fabrication of work surfaces, drawer fronts, end panels and other parts. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate ___ Siggers,    Kevin ___ Reg. No. ___ 51627-060 ___ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____    ___ 11-13-01 ___
Foreman                                          Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    ___ 51627060 ___    ___ 11-13-01 ___
Signature of Inmate              Register Number              Date

PRODUCTION-1     JOB CHANGE



## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 2 | 1. Type of Report | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| 2 | 2   If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26 |
| | | Enter 2 For Change in Employment Status, Complete Items 4-21, and 26 |
| | | Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 2 | 3.   If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19 |
| | | Enter 3 For Completion, Complete 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

**4. Registration Number**  `5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)**  `S I G G E R S   K E V I N`

**FILE COPY**

**6. Institution Code**  `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 1` | `2` | `M C F T` | `1` | `6 6 7 6 8 2 0 2 2` | `P A N E L   S A W   O P E R A T` |

1= Hourly
2= G.P.W.       X = Apprentice
3= P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 4` | `2` | `M C F T` | `1` | `2 2 1 1 6 7 0 1 4` | `M A T E R I A L   C O O R D I N` |

**19. Effective Date Month, Day, Year**  `0 4 - 0 7 - 0 5`

**20. Time of Action**  `0 7 1 0`

**21. Check One:**   AM  PM   `X` `_`

| | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Capital Projects   7 = Institution Needs |

| | **23. Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| `_ - _ - _` | 24. Date Of Enrollment Month, Day, Year |

| `_ _ _ _` | 25. Total Inmate Hours Involved |

**26.   Signatures:**

Recommended By _____ Foreman         Date: 4-7-05

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: 4/7/05

FPI Form 96 (9/98)

Distribution:    1. Business Office      2. Terminal Operator      3. Placement      4. Foreman

PRODUCTION-1
REHIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| **1** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.  ⎤ X = Apprentice
3 = P.W.  ⎦

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM    PM |
|---|---|---|
| 0 1 – 1 2 – 0 4 | M C F T | X |

| | |
|---|---|
| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | |
|---|---|
| | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| | – – | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| | 25. Total Inmate Hours Involved |

26. **Signatures:**

| | | |
|---|---|---|
| Recommended By | Foreman | Date: 1-12-04 |
| Approved By | Plant Superintendent | Date: 1/12/ |
| Approved By | Ass't Supt. Or Business Mgr. | Date: 1/12/ |
| Entered On Payroll Records | Timekeeper | Date: 1-12-04 |

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

MTE.I1                          TERMINATION.                 3C DAYS N/W SHU

# UNICOR
## Industrial Employment/IPRS Action Report
Federal Prison Industries, Inc.

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | | |
|---|---|---|---|
| **3** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| **3** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**   **5. Resident Name (Last, First, Middle)**   **6. Institution Code**

`5 1 6 2 7 - 0 6 9`   `S I G G E R S , K E V I N`   `2 3 1`

## Action Recommended
### From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `2` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D  W R K  S H O P H A N D` |

1 = Hourly
2 = G.P.W.       X = Apprentice
3 = P.W.

### To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| `1 2 — 1 9 — 0 3` | `0 7 1 0` | `X` |

| | |
|---|---|
| **3** | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | |
|---|---|
| **0** | **23. Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| | 25. Total Inmate Hours Involved |

**26. Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | _(signature)_ | Foreman | Date: 12-19-03 |
| Approved By | _(signature)_ | Plant Superintendent | Date: _____ |
| Approved By | _(signature)_ | Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records | _(signature)_ | Timekeeper | Date: 12/19/03 |

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)



## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1. Type Of Report:** UNICOR Action = 1 IPRS Action = 2 Both = 3

**2. If UNICOR Action**
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**3. If IPRS Action**
Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19 22

**4. Register Number** 5 1 6 2 7 - 0 6 0
**5. Resident Name (Last, First, Middle)** S I G G E R S   K E V I N
**6. Institution Code** 3 3

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2   3 | | M C F T | 2 | 7 6 9 6 8 6 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.   — X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2   2 | | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

**19. Effective Date** Month, Day, Year  0 4 - 1 1 - 9 2
**20. Time Of Action** 0 7 1 0
**21. Check One:** AM   PM   X

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment** Month, Day, Year

**25. Total Inmate Hours Involved**

**26. Signatures:**

| | | |
|---|---|---|
| Recommended By _____ | Foreman | Date: 4-11-02 |
| Approved By _____ | Plant Superintendent | Date: 4/16/02 |
| Approved By _____ | Ass't Supt. Or Business Mgr. | Date: 4/16/02 |
| Entered On Payroll Records _____ | Timekeeper | Date: 4/15/02 |

FPI Revised Form 96

Distribution:
White — Business office
~~Canary~~ — Terminal operator
Green — Placement
Pink — Foreman

 **UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number**  5. Resident Name (Last, First, Middle)  **6. Institution Code**

`5 1 6 2 7 - 0 6 0`   `S I G G E R S , K E V I N`   `2 3 1`

### Action Recommended
**From:**

7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title

`0 1 2`  `2`   `M C F T`  `1`  `7 5 9 6 8 7 0 5 4`   `W D  W R K  S H O P H A N D`

1 = Hourly
2 = G.P.W.  — X = Apprentice
3 = P.W.

**To:**

13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title

`0 1 2`  `3`   `M C F T`  `1`  `7 5 9 6 8 7 0 5 4`   `W D  W R K  S H O P H A N D`

19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM

`0 3 - 1 1 - 0 2`   `0 7 1 0`   AM `X`  PM ` `

| | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | **23. Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |

| | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman  Date: 3-21-02

Approved By _ Debra A. Forsyth _____ Plant Superintendent  Date: 3/22/02

Approved By _____ Ass't Supt. Or Business Mgr.  Date: 3/2/02

Entered On Payroll Records _____ Timekeeper  Date:

GRADE CHANGE

MILL 1

# UNICOR    **Industrial Employment/IPRS Action Report**
Federal Prison Industries, Inc.

| [1] | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| [2] | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| [ ] | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 — 0 6 0 | S I G G E R S ,  K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 4P | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM    PM |
|---|---|---|
| 0 1 — 2 7 — 0 1 | 0 7 1 0 | [X] [ ] |

| [ ] | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| [ ] | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| [ ] — [ ] [ ] — [ ] | 24. Date Of Enrollment Month, Day, Year |

| [ ] | 25. Total Inmate Hours Involved |

26. **Signatures:**

| Recommended By _____ Foreman | Date: 1-29.01 |
| Approved By _____ Plant Superintendent | Date: 2/2/01 |
| Approved By _____ Ass't Supt. Or Business Mgr. | Date: |
| Entered On Payroll Records _____ Timekeeper | Date: 1-29-01 |

FPI Form 96 (9/98)

| Distribution: | White (Business Office) | Canary (Terminal Operator) | Pink (Placement) | Goldenrod (Foreman) |

MILL 1                    GRADE CHANGE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |
|---|---|---|---|

**1**

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, and 26 |
|---|---|---|---|
| **2** | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**
*From:*

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.

*To:*

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 3 | 7 5 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 1 0 – 2 9 – 0 0 | 0 7 1 0 | X    |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes   0 = no   2 = no        (For use only when termination is for release (MR or parole).

| | | – | | – | | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|---|---|---|

| | | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|---|

26. Signatures:

| Recommended By | _X̶ ̶V̶o̶i̶t̶t̶_ | Foreman | Date: 10-13-00 |
|---|---|---|---|
| Approved By | _Debra A. Forsyth_ | Plant Superintendent | Date: 10/14/00 |
| Approved By | _T. Kalahar_ | Ass't Supt. Or Business Mgr. | Date: 10/16/00 |
| Entered On Payroll Records | _C. Mineman_ | Timekeeper | Date: 10/16/00 |

PRODUCTION                    NEW HIRE



## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**3** 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

**1** 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**2** 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

4. Register Number   5. Resident Name (Last, First, Middle)   6. Institution Code

| 5 | 1 | 6 | 2 | 7 | — | 0 | 6 | 0 |   | S | I | G | G | E | R | S | , | K | E | V | I | N | | | | | | 2 | 3 | 1 |

**Action Recommended**

From:

7. Job Number   8. Grade 1 - 4   9. Industry Code   10. Wage Plan   11. Dot Code   12. Position Title

| 0 | 1 | 2 |   | 4 |   | M | C | F | T |   | 1 |   | 7 | 6 | 9 | 6 | 8 | 7 | 0 | 5 | 4 |   | W | D |   | W | R | K | | S | H | O | P | H | A | N | D |

1 = Hourly
2 = G.P.W.   } X = Apprentice
3 = P.W.

To:

13. Job Number   14. Grade 1 - 4   15. Industry Code   16. Wage Plan   17. Dot Code   18. Position Title

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

19. Effective Date Month, Day, Year   20. Time of Action   21. Check One:   AM   PM

| 0 | 6 | — | 2 | 9 | — | 0 | 0 |       | 0 | 7 | 1 | 0 |       **X** | |

22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole).

| | | — | | | — | | |   24. Date Of Enrollment Month, Day, Year

| | | | |   25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _Chuck ~ Nolan_ Foreman   Date: _7-3-00_

Approved By _Deboa O Forsyth_ Plant Superintendent   Date: _7/5/00_

Approved By _G Halahan_ Ass't Supt. Or Business Mgr.   Date: _7/5/00_

Entered On Payroll Records _Cin Newman_ Timekeeper   Date: _7/5/00_

# UNICOR
## Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 | |

**3**

| 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|
| | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

**3**

| 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|
| | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**3**

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 0 2 7 - 0 0 0 | S I G G E R S , K E V I N | 1 1 1 |

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 6 6 6 3 8 2 0 1 0 | B O R I N G  M A C H  O P T R |

```
                              1 = Hourly
                              2 = G.P.W. ←——— X = Apprentice
                              3 = P.W.
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM   PM |
|---|---|---|
| 1 0 - 2 9 - 9 9 | 0 7 1 0 | X |

### 22. Reason For Termination Of Employment Or Withdrawal
**3**

| 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
|---|
| 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

### 23. Continuation of Longevity Status
**0**

1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

### 26. Signatures:

| | | |
|---|---|---|
| Recommended By | _____ Foreman | Date: 11-4-99 |
| Approved By | Debora A Forsyth _____ Plant Superintendent | Date: 11/8/99 |
| Approved By | _____ Ass't Supt. Or Business Mgr. | Date: 11/-/99 |
| Entered On Payroll Records | _____ Timekeeper | Date: 11/3/99 |

FPI Revised Form 96
October 1, 1982

| Distribution: | White——————— Business office | Green——————— Placement |
|---|---|---|
| | Canary——————— Terminal operator | Pink——————— Foreman |

**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

**1**

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

**2**

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7  0 6 0 | S I G G E R S  K E V I N | 2 3 1 |

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 5  4 | | M C F T  1 | | 6 6 6 3 8 2 0 1 0 | B O R I N G  M A C H.  O P E R. |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 5  3 | | M C F T  2 | | 6 6 6 3 8 2 0 1 0 | B O R I N G  M A C H.  O P E R. |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 6  0 1  9 9 | 7/21/99  0 9 0 0 | X |

| | 22. Reason For Termination Of Employment Or Withdrawal |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
| | 1 = yes 0 = no 2 = no    (For use only when termination is for release (MR or parole). |

| | | 24. Date Of Enrollment Month, Day, Year |

| | 25. Total Inmate Hours Involved |

26. Signatures:

| Recommended By | _Charles Mole_ | Foreman | Date: 6-24-99 |
| Approved By | _[signature]_ | Plant Superintendent | Date: 6/25/99 |
| Approved By | _Holahan_ | Ass't Supt. Or Business Mgr. | Date: 6/25/99 |
| Entered On Payroll Records | _Chris Mooney_ | Timekeeper | Date: 6/25/99 |

FPI Revised Form 96
October 1, 1982

Distribution:   White——————— Business office   Green——————— Placement
                Canary——————— Terminal operator  Pink——————— Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|
| **1** | | | |

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| **2** | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number:** 5 1 6 2 7 - 0 6 0
**5. Resident Name (Last, First, Middle):** S I G G E R S , K E V I N
**6. Institution Code:** 2 3 1

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 5 | M C E T 1 | 7 | 6 9 6 8 7 0 5 4 | W D  W R K  S H O R H A N D |

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C E T 1 | 7 | 6 9 6 8 7 0 5 4 | W D  W R K  S H O R H A N D |

**19. Effective Date Month, Day, Year:** 0 4 - 2 2 - 9 9
**20. Time Of Action:** 0 7 1 0
**21. Check One:** AM [X]  PM [ ]

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request |
| | 5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no          (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

| | | | Date: |
|---|---|---|---|
| Recommended By | _[signature]_ | Foreman | 4-13-99 |
| Approved By | _Debora Forsyth_ | Plant Superintendent | 4/16/99 |
| Approved By | _Tim Halahan_ | Ass't Supt. Or Business Mgr. | 6/12/99 |
| Entered On Payroll Records | _Cir Muncamayr_ | Timekeeper | 4/13/99 |

FPI Revised Form 96
October 1, 1987

| Distribution: | White | Business office | Green | Placement |
|---|---|---|---|---|
| | Canary | Terminal operator | Pink | Foreman |



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **1** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number**  `5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)**  `S I G G E R S   K E V I N`

**6. Institution Code**  `7 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `5` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D  W R K  S H O R T H A N D` |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| `0 3 - 2 3 - 9 9` | `0 7 1 0` | `x` |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

| | | | Date: |
|---|---|---|---|
| Recommended By | _(signature)_ | Foreman | 3-23-99 |
| Approved By | _(signature)_ | Plant Superintendent | 3/25/99 |
| Approved By | _(signature)_ | Ass't Supt. Or Business Mgr. | 3/25/99 |
| Entered On Payroll Records | _(signature)_ | Timekeeper | 3/23/99 |

FPI Revised Form 96
October 1, 1982

Distribution:
White................ Business office
Canary............... Terminal operator

Green................ Placement
Pink................. Foreman

NOTE: THIS FORM MUST BE SUBMITTED
2 WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**

Federal Prison Industries, Inc.

ENTERED 36:15
9/6

**September 6, 2005**
( DATE )

REQUEST FOR INMATE VACATION

__Mill-1__
( DEPARTMENT )

NAME: **SIGGERS, KEVIN**                    **51627-060**
( LAST )        ( FIRST )                   ( REGISTRATION NUMBER )

*FILE COPY*

I REQUEST TO TAKE    **2**    DAY(S) OFF!        STARTING ON: **September 26, 2005**
( DATE )

AWARD DAYS ?    (NO)

I REQUEST TO CASH IN MY VACATION: (O  YES )    (◉  NO )
(MUST BE ANNIVERSARY DATE)

INMATES SIGNATURE:

_____        APPROVED BY: _____

( WORK SUPERVISOR )                           ( DEPARTMENT HEAD )

**BUSINESS OFFICE USE ONLY! !**

THE ABOVE NAMED INMATE STARTED UNICOR ON:    **January 12, 2004**    , AND HAS ACCUMULATED

**36.15**    HOURS VACATION.   AND    **0.00**    AWARD HOURS.

| | |
|---|---|
| **36.15** | BEGINNING HOURS. |
| 0.00 | AWARD HOURS USED. |
| 36.15 | ENDING HOURS. |

COMPUTED BY:  **Glen Rencher**                   REVIEWED BY: _____
( TIMEKEEPER )                                ( ACCOUNTANT )

APPROVED: _____        DISAPPROVED: _____

* * * PLEASE STATE REASONS WHY IF DISAPPROVED. * * *

SIGNATURE: _____
( Superintendent of Industries )

CC:    INMATE (1)
       FACTORY OFFICE (1)
       BUSINESS OFFICE (2)

F.P.I Form 39

NOTE: THIS FORM MUST BE SUBMITTED
2 WEEKS IN ADVANCE.

U.S. Department of Justice
**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

___Mill-1___
( DEPARTMENT )

**July 18, 2005**
( DATE )

NAME:  **SIGGERS, KEVIN**
( LAST )          ( FIRST )

**51627-060**
( REGISTRATION NUMBER )

I REQUEST TO TAKE    __1__   DAY(S) OFF!          STARTING ON:  **July 26, 2005**
( DATE )

| AWARD DAYS ?    (NO) |
|---|

I REQUEST TO CASH IN MY VACATION:   (O  YES)    (◉  NO)
(MUST BE ANNIVERSARY DATE)

INMATES SIGNATURE:   *Kevin T. Siggers Sr.*          **FILE COPY**

*M. Lamm*                    APPROVED BY:              *T. Walchan*
( WORK SUPERVISOR )                                    ( DEPARTMENT HEAD )

## BUSINESS OFFICE USE ONLY! !

THE ABOVE NAMED INMATE STARTED UNICOR ON:   __January 12, 2004__ , AND HAS ACCUMULATED

__43.30__    HOURS VACATION.   AND   __0.00__   AWARD HOURS.

| 43.30 | BEGINNING HOURS. |
|---|---|
| 0.00 | AWARD HOURS USED. |
| 43.30 | ENDING HOURS. |

COMPUTED BY:  **Glen Rencher**          REVIEWED BY:  _____
( TIMEKEEPER )                                    ( ACCOUNTANT )

APPROVED: ____✓____          DISAPPROVED: _____

* * * PLEASE STATE REASONS WHY IF DISAPPROVED. * * *

SIGNATURE:  *T. Walchan*
( Superintendent of Industries )

CC:   INMATE (1)
      FACTORY OFFICE (1)
      BUSINESS OFFICE (2)

F.P.I Form 39

**U.S. DEPARMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBE**

DATE: 4-14-05

TO: Mr. COOK

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details

I would like to work in MILL I "Notes Dept." on the First Table. keeping my grade (2) Two.

Thank you.

Name: SIGGERS, KEVIN

No.: 51627060

Work assignment: A.M UNICORE

Unit: CB

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    DATE:_____

MOVED FROM
PROD.1 TO MILL1    OK WITH MR
5/5/05    Chente 4-14-05
OK Rlook    EFFECTIVE ~~____~~ 4-19-05
4-14-05

Original - File
Copy - Inmate

Officer

NOTE: THIS FORM MUST BE ~~SUBMITTED~~ 2
WEEKS IN ADVANCE.



**U.S. Department of Justice**

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_2.D. I_
DEPARTMENT

_10/18/00_         _10/27_
DATE                _pov 30:00_

NAME:  _Siggers_           _Kevin_              _81627060_
            LAST              FIRST          REGISTRATION NUMBER

I REQUEST VACATION FROM ———— TO ——  _CASH IN_ ——
                                                              _pov 30:00_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_Kevin Siggers_
INMATES SIGNATURE

APPROVED BY:                              APPROVED BY:

_____                         _____
WORK SUPERVISOR                           DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _1/12/ ~~98~~ 2004_ AND

HAS ACCUMULATED _30:00 HRS_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15 HRS_ DAY PER MONTH.

(½)    (1)

COMPUTED BY:               REVIEWED BY:              FINAL APPROVED BY:

_____          _____          _____
TIMEKEEPER                 ACCOUNTANT                 SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____
                                                       PLEASE STATE REASONS WHY IF
                                                       DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) • Unit (Green) • Timekeeper (Yellow) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE ⬭MITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

9/19
37:15

## REQUEST FOR INMATE VACATION

PoD I
DEPARTMENT

8/17/04
DATE

NAME: _SIGGENS_    _KEVIN_    _51607060_
LAST    FIRST    REGISTRATION NUMBER

I REQUEST VACATION FROM _9/24_ TO _9/28_    2 dAYS

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
   (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:

_____
WORK SUPERVISOR

APPROVED BY:

_____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _1/12_ 19 _2004_, AND

HAS ACCUMULATED _37:15 HRS_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15 HRS_ DAY PER MONTH.

(½)   (1)

COMPUTED BY:

_____
TIMEKEEPER

REVIEWED BY:

_____
ACCOUNTANT

FINAL APPROVED BY:

_____
SUPERINTENDENT

UNIT TEAM ACTION:    APPROVED:_____    DISAPPROVED_____
                                   PLEASE STATE REASONS WHY IF
                                   DISAPPROVED.

_____
_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
   (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Unit (Green) • Timekeeper (Yellow) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

**U.S. Department of Justice**

**UNICOR**

Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_Mill I_
DEPARTMENT

_11/13/03_
DATE

_37:30_

_SIGGERS, KEVIN_

NAME:          LAST          FIRST

_51627-060_
REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF___ _CACH 37:30_
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE___ _6/29  2000_ AND

HAS ACCUMULATED _37.30_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:30_ ~~DAY~~ PER MONTH.

(½)   (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39          Business Office (White) - Timekeeper (Green) - Unit (Yellow) - Factory (Pink) - Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



UNICOR
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

_Mill T_
**DEPARTMENT**

_6/2/63_
**DATE**

_6/16_
_52:30_

_SIGGERS, KEVIN_
**NAME:**        LAST        FIRST

_51627-060_
**REGISTRATION NUMBER**

I REQUEST VACATION FROM ___X___ TO ___Y___

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _52:30 CASH_
(MUST BE ANNIVERSARY DATE).

_X_____  X_____  J._
**INMATES SIGNATURE**

---

APPROVED BY:

_____
**WORK SUPERVISOR**

APPROVED BY:

_T. Calahan for_
**DEPARTMENT HEAD**

---

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/25_ 19_2000_, AND

HAS ACCUMULATED _52:30 hrs_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:30_ DAYS PER MONTH.

(½)   (1)

COMPUTED BY:

_____
**TIMEKEEPER**

REVIEWED BY:

_____
**ACCOUNTANT**

FINAL APPROVED BY:

_T. Calahan for_
**SUPERINTENDENT**

---

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**

**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_____ *(handwritten)*
**DEPARTMENT**

_____ *6/?/00*        *7:30 in July*
**DATE**

_____ *O'Crene     Kevin* _____
**NAME:          LAST          FIRST**

_____ *(handwritten)* _____
**REGISTRATION NUMBER**

I REQUEST VACATION FROM_*7-?*__ TO_*7-6*___

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____ *(signature)*
**INMATES SIGNATURE**

_____ *(signature)*
**APPROVED BY:**

**WORK SUPERVISOR**

**APPROVED BY:** _____

**DEPARTMENT HEAD** _____

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_*6/29*__ *2000*, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

**COMPUTED BY:**                    **REVIEWED BY:**                    **FINAL APPROVED BY:**

_____            _____            _____

**TIMEKEEPER**                    **ACCOUNTANT**                    **SUPERINTENDENT**

**UNIT TEAM ACTION:**            **APPROVED:_____**            **DISAPPROVED_____**
                                                         **PLEASE STATE REASONS WHY IF
                                                         DISAPPROVED.**

_____

_____

_____

_____

_____

**SIGNATURE_____**

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) - Timekeeper (Green) - Unit (Yellow) - Factory (Pink) - Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_MILL I_
DEPARTMENT

_6-03-02_
DATE

_SIGGENS_          _KEVIN_
NAME:          LAST          FIRST

_516 27040_
REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_ _X ALL_
 (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                          APPROVED BY:

_____          _____
WORK SUPERVISOR                    DEPARTMENT HEAD

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____ 19___, AND

HAS ACCUMULATED_____ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____ DAY PER MONTH.

(½)   (1)

COMPUTED BY:          REVIEWED BY:          FINAL APPROVED BY:

_____       _____       _____
TIMEKEEPER             ACCOUNTANT             SUPERINTENDENT

_____

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

                                          PLEASE STATE REASONS WHY IF
                                          DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39       Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SU___TTED 2
WEEKS IN ADVANCE.**

**U.S. Department of Justice**

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_Mill I_
**DEPARTMENT**

_11-19-01_
**DATE**

_2230_

NAME: _____ _Sægers_ _Kvin_ _5162706D_

       **LAST**       **FIRST**       **REGISTRATION NUMBER**

I REQUEST VACATION FROM _1/23_ TO _1/24_ ( _1 DAY_ )

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

**APPROVED BY:**                           **APPROVED BY:**

_____         _____
**WORK SUPERVISOR**                **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)  (1)

**COMPUTED BY:**          **REVIEWED BY:**          **FINAL APPROVED BY:**

_____    _____    _____
**TIMEKEEPER**            **ACCOUNTANT**           **SUPERINTENDENT**

**UNIT TEAM ACTION:**        **APPROVED:_____**        **DISAPPROVED_____**

                                          **PLEASE STATE REASONS WHY IF
DISAPPROVED.**

_____

_____

_____

_____

_____

**SIGNATURE**_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_Will I_
DEPARTMENT

_9/19/01_    15:00.
DATE

_Siems - Kevin_
NAME:    LAST    FIRST

_51627060_
REGISTRATION NUMBER

I REQUEST VACATION FROM _9/1_ TO _9/31_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____ (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY: _____    APPROVED BY: _____
WORK SUPERVISOR                      DEPARTMENT HEAD

---

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/29_ 19_2001_, AND

HAS ACCUMULATED _____ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____ DAY PER MONTH.

(½)    (1)

COMPUTED BY:              REVIEWED BY:              FINAL APPROVED BY:

_____      _____      _____
TIMEKEEPER               ACCOUNTANT               SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____         DISAPPROVED_____

                                                  PLEASE STATE REASONS WHY IF
                                                  DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE                    INMATE REQUEST TO STAFF MEMBER
Federal Bureau of Prisons

DATE: _8-5-01_

TO: _Mr. ~~XXX~~ Parotti_

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to switch to the Panel saw position you have open

Thanks!!!

**POSTED**

Name: _Siggers, Kevin_                    No.: _51627060_

Work assignment: _R.M Unicor Q_           Unit: _CA_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE: _____

Ok
with my
Chalquir Mal
8-6-01

Ok

Prod I
-1C
Mill
8/24/01

                                          Officer

Original - File
Copy - Inmate

**NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

4/29/01
37:30

*Prod. I*
**DEPARTMENT**

**DATE**

*Slater      Kevin*

*E N       0*

**NAME:**          **LAST**          **FIRST**          **REGISTRATION NUMBER**

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF__*All*__
(MUST BE ANNIVERSARY DATE).

**INMATES SIGNATURE**

**APPROVED BY:**                              **APPROVED BY:**

**WORK SUPERVISOR**                          **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19_____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)     (1)

**COMPUTED BY:**              **REVIEWED BY:**              **FINAL APPROVED BY:**

**TIMEKEEPER**              **ACCOUNTANT**              **SUPERINTENDENT**

**UNIT TEAM ACTION:**              **APPROVED:_____**              **DISAPPROVED_____**

                                                          **PLEASE STATE REASONS WHY IF
                                                          DISAPPROVED.**

**SIGNATURE_____**

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

DATE: 3-02-01

TO: Mr. Parrott. (Mill I Supervisor)

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Sir, I would like to change work Departments. I have tried to get along with my co-worker, But things just keep flaring up Mr. Nolan said He can use me In His Department. Im just trying to Avoid a conflict with this guy. I thank you for your help with this matter,

Name: Kevin L. Siggers                 No.: 51627060

Work assignment: AM Unicons        Unit: C A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)        DATE:

Mill I
TO
PROD I
3/6/01

ok with me
c. Nolan
Charlie Nolan

Officer

Original - File
Copy -  Inmate

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_M I l l I_

**DEPARTMENT**

_9-20-00_    _2/20_
_15:00_

**DATE**

_SIGGINS_    _Kevin_    _-06 7-060_

NAME:    LAST    FIRST    REGISTRATION NUMBER

I REQUEST VACATION FROM _9/25_ TO _9/27_ _(2 Days)_    _CASH IN_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____ (MUST BE ANNIVERSARY DATE).

_Kevin Siggins_

**INMATES SIGNATURE**

APPROVED BY: _____    APPROVED BY: _____

**WORK SUPERVISOR**    **DEPARTMENT HEAD**

---

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/25_ 19_00_, AND

HAS ACCUMULATED _____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

COMPUTED BY: _____    REVIEWED BY: _____    FINAL APPROVED BY: _____

**TIMEKEEPER**    **ACCOUNTANT**    **SUPERINTENDENT**

UNIT TEAM ACTION: _____    APPROVED:_____    DISAPPROVED_____

PLEASE STATE REASONS WHY IF DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# INMATE REQUEST TO STAFF MEMBER

DATE: ~~SEP.18~~ SEPT. 18 2000

TO: Mr. PEROTTi (MILL I Supervisor)
_____(Name and Title of Officer)_____

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done(Give Details).

Sir I would like to change my Job, to
work IN MILL I Department. I have gotten the
permission from Mr. Nolan to change Jobs.

Name: Kevin. L. Siggers SR.        No: 516270b0

Work Assignment: Unicore A.m        Unit: C A

NOTE:    If you follow instructions in preparing your request, it can be disposes of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)        Date: _____

OK
Check-Nolan
9-18-00

MOVE
FROM PROD I
TO
MILL I
_____Officer_____
9/20/00

Original-File
Canary-Inmate

FCI McKean        Previously BP-Admin-70        BP-148(70)
July 1°

## Employee Work History

Name: Siggers, Kevin                    No. #51627~060

Hire Date: 03/23/99                    Prior UNICOR Credit Accepted: 00     Months

Year: 1999

|       | # Months | Vac Earned | Vac Used   | Vac Balance | Remarks  |
|-------|----------|------------|------------|-------------|----------|
| Jan   |          |            |            |             |          |
| Feb   |          |            |            |             |          |
| Mar   | 1        | 3:45       |            | 3:45        |          |
| Apr   | 2        | 3:45       |            | 7:30        |          |
| May   | 3        | 3:45       | Pov 11:15  | 0:00        |          |
| Jun   | 4        | 3:45       |            | 3:45        |          |
| Jul   | 5        | 3:45       |            | 7:30        |          |
| Aug   | 6        | 3:45       |            | 11:15       |          |
| Sep   | 7        | 3:45       | 7:30       | 7:30        | VAC 9/27 |
| Oct   |          |            |            |             |          |
| Nov   |          |            |            |             |          |
| Dec   |          |            |            |             |          |

Year: 2000

|       | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|-------|----------|------------|----------|-------------|---------|
| Jan   |          |            |          |             |         |
| Feb   |          |            |          |             |         |
| Mar   |          |            |          |             |         |
| Apr   |          |            |          |             |         |
| May   |          |            |          |             |         |
| Jun   |          |            |          |             |         |
| Jul   |          |            |          |             |         |
| Aug   |          |            |          |             |         |
| Sep   |          |            |          |             |         |
| Oct   |          |            |          |             |         |
| Nov   |          |            |          |             |         |
| Dec   |          |            |          |             |         |

Year: 2001

|       | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|-------|----------|------------|----------|-------------|---------|
| Jan   |          |            |          |             |         |
| Feb   |          |            |          |             |         |
| Mar   |          |            |          |             |         |
| Apr   |          |            |          |             |         |
| May   |          |            |          |             |         |
| Jun   |          |            |          |             |         |
| Jul   |          |            |          |             |         |
| Aug   |          |            |          |             |         |
| Sep   |          |            |          |             |         |
| Oct   |          |            |          |             |         |
| Nov   |          |            |          |             |         |
| Dec   |          |            |          |             |         |

```
   MCK2G  531.01 *            INMATE HISTORY         *    03-22-1999
   PAGE 001 OF 001 *             WRK DETAIL           *    13:27:07

   REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
   CATEGORY: WRK         FUNCTION: PRT        FORMAT:

   FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
   MCK    KITCHEN AM KITCHEN AM                    01-14-1999 0001 CURRENT
   MCK    IDLE       IDLE                          01-13-1999 0716 01-14-1999 0001
   MCK    KITCHEN AM KITCHEN AM                    12-02-1998 0001 01-13-1999 0716
   MCK    DIN RM AM  DINING ROOM AM                11-20-1998 1348 12-02-1998 0001
   MCK    FD SVC     FOOD SERVICE                  11-19-1998 0001 11-20-1998 1348
   MCK    LAND IN 1  INSIDE LANDSCAPE FULL-TIME    11-05-1998 0001 11-19-1998 0001
   MCK    LAND IN 2  INSIDE LANDSCAPE FULL-TIME    11-04-1998 0001 11-05-1998 0001
   MCK    FACL       FACILITIES OFFICE             11-03-1998 0001 11-04-1998 0001
   MCK    UNASSG     UNASSIGNED                    10-28-1998 0001 11-03-1998 0001
   MCK    A&O        ADMISSION & ORIENTATION       10-21-1998 1015 10-28-1998 0001
   LEW    UNASSG     UNASSIGNED WORK DETAIL        10-13-1998 1921 10-21-1998 0516
   OKL    UNASSG     UNASSIGNED HOLDOVER           09-23-1998 1800 10-13-1998 0830
   ATL    UNASSG     UNASSIGNED WORK DETAIL        05-06-1998 0050 05-06-1998 0818
   OKL    UNASSG     UNASSIGNED HOLDOVER           05-01-1998 1915 05-05-1998 0830
   RCH    UNASSG     UNASSIGNED WORK DETAIL        03-26-1998 1851 05-01-1998 1508
   OKL    UNASSG     UNASSIGNED HOLDOVER           03-18-1998 1815 03-26-1998 0920
```

POSTED

```
DATE: 10/28/99 07:23    INMATES NOT WORKING FOR 30 DAYS         PAGE:   1
INMATE PAYROLL                  REPORT DATE: 10/30/99            USER ID: sa1cl
```

| Name | Reg-num | Fact | Group | Crew | Last Lbr LT |
|------|---------|------|-------|------|-------------|
| SIGGERS, KEVIN | 51627-060 | FT | ft130 | Assembly 1 | 09/29/99 |

**NOTE: THIS FORM MUST BE SUBMITTED 2**
**WEEKS IN ADVANCE.**



**U.S. Department of Justice**

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_Way 1_

_____                    _____    7/14/7
**DEPARTMENT**                              **DATE**

_____    _____    7 30
**NAME:**        **LAST**        **FIRST**        **REGISTRATION NUMBER**

I REQUEST VACATION FROM _____ TO _____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

---

**APPROVED BY:**                                **APPROVED BY:**

_Charles Nolan_                                 _____
**WORK SUPERVISOR**                             **DEPARTMENT HEAD**

---

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _Nov._ 19 _99_, AND

HAS ACCUMULATED _7 30_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _45_ DAY PER MONTH.

(½)    (1)

**COMPUTED BY:**            **REVIEWED BY:**                  **FINAL APPROVED BY:**

_____            _____                  _____
**TIMEKEEPER**             **ACCOUNTANT**                    **SUPERINTENDENT**

---

**UNIT TEAM ACTION:**          **APPROVED:_____**        **DISAPPROVED_____**

                                                             PLEASE STATE REASONS WHY IF
                                                             DISAPPROVED.

_____
_____
_____
_____

**SIGNATURE_____**

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

BP-S148.070   INMATE REQUEST TO STAFF MEMBER  CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

DATE _May 19, 1999_

TO: _Mr. Pigrotto_

(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_I would like my Job changed to
The Vertical Boring Machine on the Assembly
line. I've spoke to Mr. Nolan and was told
to have you sign this inmate request form
Releasing me to work in the Assembly Dept. I thank
you for Time concerning this matters._

_OK or Refused_

**POSTED**

(Use other side of page if more space is needed)

NAME: _Kevin L. Siggers Sr._         NO.: _51627-060_

WORK ASSIGNMENT: _Lay up I_         UNIT: _3 A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:    Do not write in this space)

DATE _5-19-99_

_Lay up I
TO
ASSM I_

_OK with me_

_Charles ____
Officer_

_5/25/99_

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)  Replaces BP-148 of Oct 86

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin_____     Register Number: __51627-060__

Institution Code:_____231_____     Industry Code:_____MCFT_____

Job Description: __Woodworking Shophand_____     Department: __Layup 1__

> **Duties:** *Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes. All other duties as assigned in UNICOR.*

I have instructed inmate _Kevin L. Siggers Sr._ Reg. No. _51627.060_ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____     _4-12-99_
Foreman                              Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____     _51627.060_     _4-12-99_
Signature of Inmate                  Register Number   Date

# Pre-Industrial Training Roster

Date:    April 23, 1999

| Name | Number | Department | SOI | Fact. | Safety | Prod. | Work | Q.A. | Bus Of. |
|------|--------|------------|-----|-------|--------|-------|------|------|---------|
| Davila-Bajana, Juan | 47580-053 | Prod 1 | | | | | | | |
| Luna-Navarro, Bernardo | 05659-032 | Laup 1 | | | | | | | |
| Hamilton, James | 09140-055 | Pack 1 | | | | | | | |
| Siggers, Kevin | 51627-060 | Laup 1 | | | | | | | |
| Kowalski, Paul | 08930-055 | Q.A. 1 | | | | | | | |
| Carter, Claude | 19735-039 | Main 1 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| ALTERNATES | | | | | | | | | |
| Gonzalez, William | 21331-038 | Mill 2 | | | | | | | |
| Wills, Eric | 52511-060 | Pack 1 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER**  CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE**     **FEDERAL BUREAU OF PRISONS**

DATE  _3-21-99_

TO: _Unicor Supervisor_
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_I have the realease by my_
_current supervisor to work in the_
_Unicor Factory_

_Kitchen Supervisor_

(Use other side of page if more space is needed)

NAME: _Kevin L Siggens Sr_     NO.: _51627-060_

WORK ASSIGNMENT: _Veg. Prep_     UNIT: _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:  Do not write in this space)

DATE  _3-22-99_

_M. Henry  Clerk Supervisor_

_M Henry_
Officer

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)  Replaces BP-148 of Oct 86

PRODUCTION-1                                          REHIRE



## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| **1** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number     5. Resident Name (Last, First, Middle)     6. Institution Code

`5 1 6 2 7 - 0 6 0`    `S I G G E R S   K E V I N`    `2 3 1`

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `2` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D   W R K   S H O P H A N D` |

1 = Hourly
2 = G.P.W.       X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM   PM |
|---|---|---|
| `0 1 - 1 2 - 0 4` | `M C F T` | `X` |

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole).

` - - `     24. Date Of Enrollment Month, Day, Year

` `     25. Total Inmate Hours Involved

26. **Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | | Foreman | Date: 1-12-04 |
| Approved By | | Plant Superintendent | Date: 1/12/04 |
| Approved By | | Ass't Supt. Or Business Mgr. | Date: 1/12/04 |
| Entered On Payroll Record | | Timekeeper | Date: 1-12-04 |

FPI Form 96 (9/98)

Distribution:     White (Business Office)     Canary (Terminal Operator)     Pink (Placement)     Goldenrod (Foreman)



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. Type of Report | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|
| 2 | | |

| | 2  If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26 |
|---|---|---|
| 2 | | Enter 2 For Change in Employment Status, Complete Items 4-21, and 26 |
| | | Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3.  If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19 |
|---|---|---|
| 2 | | Enter 3 For Completion, Complete 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

**4. Registration Number**  | 5. Resident Name (Last, First, Middle) | 6. Institution Code

| 5 | 1 | 6 | 2 | 7 | - | 0 | 6 | 0 |

| S | I | G | G | E | R | S | | K | E | V | I | N | | | | | | | | |

| 2 | 3 | 1 |

**Action Recommended**
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 1 | 2 | M C F T | 1 | 6 6 7 6 8 2 0 2 2 | P A N E L  S A W  O P E R A T |

POSTED

1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 4 | 2 | M C F T | 1 | 2 2 1 1 6 7 0 1 4 | M A T E R I A L  C O O R D I N |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 4 - 0 7 - 0 5 | 0 7 1 0 | X ☐ |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institution Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| | | - | | | - | | | 24. Date Of Enrollment Month, Day, Year |

| | | | | | 25. Total Inmate Hours Involved |

26.  **Signatures:**

Recommended By _____ Foreman    Date: 4-7-05

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: 4/7/05

FPI Form 96 (9/98)

Distribution:    1. Business Office    2. Terminal Operator    3. Placement    4. Foreman

# UNICOR

(FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: _Sigers Kevin_          Number: _51627-060_     Date: _3/11/02_
       (Name: Last, First)

UNICOR McKean start date: _____ Current Grade: _2_ Unit: _CA_
This is to advise you of your unsatisfactory work performance on: _3/4/02_

Specifically: _Inmate Sigers was observed on the production floor lighting matches. Inmate Sigers was attempting to melt the plastic tip of a cigar. This behavior is unsafe because of the flammable materials on the factory floor_

Supervisor's Recommendation:

    1) Written Warning _____

    (2) Grade Reduction from _2_ to _3_ ; No. of days _90 30_

    3) Job Change_____

    4) Removal *_____

    5) Other _____

*Third offenses, whether related acts, or not , automatically require the recommendation for "Removal." All recommendation for "Removal" must be approved by the Superintendent of Industries.

_____     _____     _3/11/02_
Inmate Signature    Date          Staff Signature          Date

Final disposition: _____
_____
_____
_____
_____
_____

_3/11 → 4/11_

_____
Superintendent of Industries    Date

# UNICOR

## (FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: _Siggers, Kevin_  Number: _51622-060_  Date: _3/6/02_
(Name: Last, First)

UNICOR McKean start date:_____  Current Grade:_____  Unit: _CA_
This is to advise you of your unsatisfactory work performance on:____

Specifically: _Inmate Siggers had in his possession, AVIATOR_
_playing cards in the Unicor Factory. Inmate Siggers had_
_signed a Rules & reg. letter paper when he started UNICOR stating_
_that inmate workers are prohibited from bringing personal property into_
_the factory (Rule # 12)_

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from ___ to ___; No. of days ___

3) Job Change_____

4) Removal *_____

5) Other _____

*Third offenses, whether related acts, or not , automatically require
the recommendation for "Removal." All recommendation for "Removal" must
be approved by the Superintendent of Industries.

_____     _____      _____      3/6/02
Inmate Signature      Date       Staff Signature       Date

Final disposition: _____
_____
_____
_____
_____
_____
_____
_____

_____     _____
                              Superintendent of Industries   Date

JOB EFFICIENCY TRAINING    SSION NUMBER -- [01]

# FACTORY RULES AND REGULATIONS

NAME _Kevin L. Siggers_   UNIT _CA_   LOCKER#_____   CHIT#_____

1.  INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2.  ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3.  SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4.  HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5.  INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6.  INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPER-VISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7.  OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8.  HORSEPLAY WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9.  FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. DO NOT RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. DO NOT CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ~~ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF UNICOR.~~

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY NO SMOKING IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

_I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment._

Signature: _Kevin L. Siggers_   Register No: _5 1627060_   Date: _6-29-02_