```
  BOPUK              *         PUBLIC INFORMATION              *      01-29-2007
  PAGE 001           *             INMATE DATA                 *        15:13:35
                              AS OF 01-29-2007

 REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR
                      RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 513-684-2603    FAX: 513-684-2603
                                               RACE/SEX...: BLACK / MALE
 FBI NUMBER.: 240532MA5                        DOB/AGE....: 08-22-1970 / 36
 PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
 PROJ REL DT: 06-18-2007                       PAR HEAR DT:
 ------------------------- ADMIT/RELEASE HISTORY ----------------------------
  FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME

  CCN    A-DES      DESIGNATED, AT ASSIGNED FACIL 01-02-2007 1603 CURRENT
  CCN    FURL MED   FURLOUGH-MEDICAL              01-02-2007 0540 01-02-2007 1603

  CCN    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-21-2006 1150 01-02-2007 0540

  3-N    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-21-2006 1150 12-21-2006 1150

  3-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-21-2006 0800 12-21-2006 1150

  MCK    FURL TRANS FURL W/UNESCORTED TRF TO A CCC 12-21-2006 0800 12-21-2006 0800

  MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-18-2006 1113 12-21-2006 0800

  3-N    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-18-2006 1113 12-18-2006 1113

  3-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-07-2006 1255 12-18-2006 1113

  MCK    FED WRIT   RELEASE ON FEDERAL WRIT       12-07-2006 1255 12-18-2006 1113

  MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-21-1998 1015 12-07-2006 1255

  S13    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-21-1998 1015 10-21-1998 1015

  S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-21-1998 0516 10-21-1998 1015

  LEW    HLD REMOVE HOLDOVER REMOVED             10-21-1998 0516 10-21-1998 0516

  LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED  10-13-1998 1921 10-21-1998 0516

  A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-13-1998 1921 10-13-1998 1921

  A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-13-1998 0930 10-13-1998 1921

  OKL    HLD REMOVE HOLDOVER REMOVED             10-13-1998 0830 10-13-1998 0830

  OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  09-23-1998 1800 10-13-1998 0830

  0-U    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-23-1998 1900 09-23-1998 1900

  0-U    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-18-1998 1359 09-23-1998 1900

  CCN    ADMIN REL  ADMINISTRATIVE RELEASE        08-18-1998 1359 08-18-1998 1359

  CCN    A-ADMIN    ADMINISTRATIVE ADMISSION      08-18-1998 1347 08-18-1998 1359

  I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-18-1998 1347 08-18-1998 1347

  I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-07-1998 0530 08-18-1998 1347
```

```
A01   RELEASE     RELEASED FROM IN-TRANSIT FACL  05-07-1998 0530 05-07-1998 0530
A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-06-1998 0818 05-07-1998 0530
ATL   HLD REMOVE  HOLDOVER REMOVED               05-06-1998 0818 05-06-1998 0818
ATL   A-HLD       HOLDOVER, TEMPORARILY HOUSED   05-06-1998 0050 05-06-1998 0818
A01   RELEASE     RELEASED FROM IN-TRANSIT FACL  05-06-1998 0050 05-06-1998 0050
A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-05-1998 0930 05-06-1998 0050
OKL   HLD REMOVE  HOLDOVER REMOVED               05-05-1998 0830 05-05-1998 0830
OKL   A-HLD       HOLDOVER, TEMPORARILY HOUSED   05-01-1998 1915 05-05-1998 0830
RCH   STDY CMPLT  STUDY AND OBS COMPLETED        05-01-1998 1508 05-01-1998 1915
RCH   A-PRE       PRE-SENT ADMIT, ADULT          03-26-1998 1851 05-01-1998 1508
A01   RELEASE     RELEASED FROM IN-TRANSIT FACL  03-26-1998 1951 03-26-1998 1951



G0002       MORE PAGES TO FOLLOW . . .




 BOPUK            *         PUBLIC INFORMATION       *     01-29-2007
 PAGE 002         *             INMATE DATA          *      15:13:35
                           AS OF 01-29-2007
REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR
                    RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 513-684-2603   FAX: 513-684-2603
A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-26-1998 1020 03-26-1998 1951
OKL   HLD REMOVE  HOLDOVER REMOVED               03-26-1998 0920 03-26-1998 0920
OKL   A-HLD       HOLDOVER, TEMPORARILY HOUSED   03-18-1998 1815 03-26-1998 0920
0-U   RELEASE     RELEASED FROM IN-TRANSIT FACL  03-18-1998 1915 03-18-1998 1915
0-U   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-04-1998 1110 03-18-1998 1915
CCN   ADMIN REL   ADMINISTRATIVE RELEASE         03-04-1998 1110 03-04-1998 1110
CCN   A-ADMIN     ADMINISTRATIVE ADMISSION       03-04-1998 1056 03-04-1998 1110
MXR   GCT REL     GOOD CONDUCT TIME REL (CCCA)   01-14-1995 1115 03-04-1998 1056
MXR   A-STCONCUR  STATE CONCURRENCY CASE         04-29-1992 1628 01-14-1995 1115
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK          *         PUBLIC INFORMATION        *    01-29-2007
  PAGE 003        *            INMATE DATA            *    15:13:35
                           AS OF 01-29-2007
```

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

```
                   RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 513-684-2603    FAX: 513-684-2603
PRE-RELEASE PREPARATION DATE: 05-11-2007
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-18-2007 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------------

COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT

```
DOCKET NUMBER....................: 4:91CR0182
JUDGE............................: WELLS
DATE SENTENCED/PROBATION IMPOSED: 01-24-1992
DATE SUPERVISION REVOKED.........: 08-11-1998
TYPE OF SUPERVISION REVOKED......: REG
DATE COMMITTED...................: 10-21-1998
HOW COMMITTED....................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED................: NO

                FELONY ASSESS   MISDMNR ASSESS    FINES        COSTS
NON-COMMITTED.: $50.00          $00.00           $00.00       $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------

OFFENSE CODE....:  550
OFF/CHG: ** VIOLATION OF SUPERVISED RELEASE **
         18:2114  -  ASSAULT OF A MAIL CARRIER

 SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION
 SENTENCE IMPOSED/TIME TO SERVE.:    15 MONTHS
 CLASS OF OFFENSE................: CLASS C FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 030 COMP
 DATE OF OFFENSE.................: 09-04-1990




G0002        MORE PAGES TO FOLLOW . . .




  BOPUK           *          PUBLIC INFORMATION         *     01-29-2007
PAGE 004          *             INMATE DATA             *     15:13:35
                            AS OF 01-29-2007

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                  RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 513-684-2603    FAX: 513-684-2603
-------------------------CURRENT COMPUTATION NO: 040 --------------------------

COMPUTATION 040 WAS LAST UPDATED ON 06-15-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-15-2006 BY DESIG/SENTENCE COMPUTATION CTR
```

```
THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010

DATE COMPUTATION BEGAN..........: 05-17-2006
TOTAL TERM IN EFFECT............:    15 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS        3 MONTHS
EARLIEST DATE OF OFFENSE........: 09-04-1990

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 59
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 06-18-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-16-2007


PROJECTED SATISFACTION DATE.....: 06-18-2007
PROJECTED SATISFACTION METHOD...: GCT REL




















G0002          MORE PAGES TO FOLLOW . . .









   BOPUK            *          PUBLIC INFORMATION         *    01-29-2007
PAGE 005            *             INMATE DATA             *    15:13:35
                              AS OF 01-29-2007

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 11-17-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-17-2006 VIA GCT REL
```

```
------------------------PRIOR JUDGMENT/WARRANT NO: 030 ------------------------

   COURT OF JURISDICTION............: OHIO, NORTHERN DISTRICT
   DOCKET NUMBER....................: 4:97CR329
   JUDGE............................: GAUGHAN
   DATE SENTENCED/PROBATION IMPOSED: 08-05-1998
   DATE COMMITTED...................: 10-21-1998
   HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED................: NO

                    FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
   NON-COMMITTED.:  $200.00        $00.00           $00.00        $00.00

   RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $1,268.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------

   OFFENSE CODE....: 554
   OFF/CHG: 18:2113(A)&(D) - ARMED BANK ROBBERY

    SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    57 MONTHS
    TERM OF SUPERVISION.............:     5 YEARS
    CLASS OF OFFENSE................: CLASS B FELONY
    DATE OF OFFENSE.................: 10-08-1997

-------------------------PRIOR OBLIGATION NO: 020 -------------------------

   OFFENSE CODE....: 130
   OFF/CHG: 18:924(C)(1) - USE OF A FIREARM DURING A CRIME OF VIOLENCE

    SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
    TERM OF SUPERVISION.............:     5 YEARS
    CLASS OF OFFENSE................: CLASS C FELONY
    RELATIONSHIP OF THIS OBLIGATION
     TO OTHERS FOR THE OFFENDER....: CONSECUTIVE




   G0002        MORE PAGES TO FOLLOW . . .




    BOPUK           *           PUBLIC INFORMATION          *    01-29-2007
    PAGE 006        *              INMATE DATA              *    15:13:35
                                 AS OF 05-17-2006

   REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                     RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 513-684-2603    FAX: 513-684-2603
```

```
   DATE OF OFFENSE.................: 10-08-1997

   --------------------------PRIOR COMPUTATION NO: 030 -------------------------


   COMPUTATION 030 WAS LAST UPDATED ON 10-27-1999 AT MCK AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   PRIOR COMPUTATION 030:    030 010, 030 020

   DATE COMPUTATION BEGAN...........: 08-05-1998
   AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
   TOTAL TERM IN EFFECT.............:   117 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS       9 MONTHS
   AGGREGATED TERM OF SUPERVISION..:     5 YEARS
   EARLIEST DATE OF OFFENSE........: 10-08-1997

   JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                        10-14-1997    08-04-1998

   TOTAL PRIOR CREDIT TIME.........: 295
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT EARNED AND PROJECTED..: 423
   TOTAL GCT EARNED................: 423
   STATUTORY RELEASE DATE PROJECTED: 05-17-2006
   SIX MONTH /10% DATE.............: N/A
   EXPIRATION FULL TERM DATE.......: 07-14-2007


   ACTUAL SATISFACTION DATE........: 05-17-2006
   ACTUAL SATISFACTION METHOD......: GCT REL
   ACTUAL SATISFACTION FACILITY....: MCK
   ACTUAL SATISFACTION KEYED BY....: PJL

   DAYS REMAINING..................: 423
   FINAL PUBLIC LAW DAYS...........: 0




   G0002       MORE PAGES TO FOLLOW . . .




      BOPUK         *         PUBLIC INFORMATION         *      01-29-2007
   PAGE 007         *            INMATE DATA             *      15:13:35
                              AS OF 05-01-1998

   REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR
```

```
                       RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-01-1998 VIA STDY CMPLT

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------


   COURT OF JURISDICTION............: OHIO, NORTHERN DISTRICT
   DOCKET NUMBER....................: 4:97CR329
   JUDGE............................: GAUGHAN
   DATE SENTENCED/PROBATION IMPOSED: 02-26-1998
   DATE WARRANT ISSUED..............: N/A
   DATE WARRANT EXECUTED............: N/A
   DATE COMMITTED...................: 03-26-1998
   HOW COMMITTED....................: 4241 THRU 4245 STUDY OR EXAM
   PROBATION IMPOSED................: NO
   SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------

OFFENSE CODE....:  550
OFF/CHG: 18:2114, ASSAULT ON A MAIL CARRIER.

   SENTENCE PROCEDURE..............: 4241 DETERM MENTAL COMPETENCY FOR TRIAL
   SENTENCE IMPOSED/TIME TO SERVE.: NOT APPLICABLE
   STUDY LENGTH....................:      60 DAYS
   DATE OF OFFENSE.................: 10-15-1997










G0002         MORE PAGES TO FOLLOW . . .




    BOPUK        *          PUBLIC INFORMATION          *     01-29-2007
    PAGE 008     *              INMATE DATA             *     15:13:35
                              AS OF 05-01-1998
```

```
REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                    RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 513-684-2603    FAX: 513-684-2603
---------------------------PRIOR COMPUTATION NO: 020 -------------------------


COMPUTATION 020 WAS LAST UPDATED ON 03-27-1998 AT RCH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    020 010

DATE COMPUTATION BEGAN..........: 03-26-1998
TOTAL TERM IN EFFECT............:    60 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     1 MONTHS    29 DAYS
EARLIEST DATE OF OFFENSE........: 10-15-1997

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-24-1998

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 05-01-1998
ACTUAL SATISFACTION METHOD......: STDY CMPLT
ACTUAL SATISFACTION FACILITY....: RCH
ACTUAL SATISFACTION KEYED BY....: SJS

DAYS REMAINING..................: 23
FINAL PUBLIC LAW DAYS...........: 0




G0002       MORE PAGES TO FOLLOW . . .





BOPUK              *            PUBLIC INFORMATION            *       01-29-2007
```

```
PAGE 009            *              INMATE DATA              *    15:13:35
                                AS OF 01-14-1995

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                   RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  01-14-1995 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:91CR0182
JUDGE...........................: KRENZLER
DATE SENTENCED/PROBATION IMPOSED: 01-24-1992
DATE COMMITTED..................: 01-24-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.: $50.00          $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....:  550
OFF/CHG: ASSAULT OF A MAIL CARRIER 18:2114

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     41 MONTHS
  TERM OF SUPERVISION............:      3 YEARS
  DATE OF OFFENSE................: 09-04-1990




G0002         MORE PAGES TO FOLLOW . . .
```

```
   BOPUK                *          PUBLIC INFORMATION              *      01-29-2007
PAGE 010 OF 010 *              INMATE DATA                     *      15:13:35
                                AS OF 01-14-1995

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                 RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 513-684-2603    FAX: 513-684-2603
-------------------------PRIOR COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 01-17-1995 AT MXR AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 01-24-1992
TOTAL TERM IN EFFECT............:    41 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS       5 MONTHS
EARLIEST DATE OF OFFENSE........: 09-04-1990

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 160
TOTAL GCT EARNED................: 160
STATUTORY RELEASE DATE PROJECTED: 01-14-1995
SIX MONTH /10% DATE.............: 09-29-1994
EXPIRATION FULL TERM DATE.......: 06-23-1995


ACTUAL SATISFACTION DATE........: 01-14-1995
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MXR
ACTUAL SATISFACTION KEYED BY....: SMG

DAYS REMAINING..................: 160
FINAL PUBLIC LAW DAYS...........: 0




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```