**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL W. HILL, | ) | Docket No. 03-323E |
| | ) | (Judge Susan Paradise Baxter) |
| Plaintiff, | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | PLAINTIFFS' MOTION FOR EXTENSION |
| | ) | TO FILE RESPONSE TO MOTION FOR |
| UNITED STATES OF AMERICA, | ) | SUMMARY JUDGMENT |
| JOHN J. LAMANNA, WILLIAM K. | ) | |
| COLLINS, MARTY SAPKO, | ) | Filed on behalf of:  Plaintiffs |
| STEPHEN HOUSLER, ROBERT | ) | |
| KLARK, ROBERT REOME, | ) | Counsel of record for this party: |
| BETH FANTASKEY, and | ) | |
| DEBORAH FORSYTH, | ) | Richard A. Lanzillo, Esq. |
| | ) | Knox McLaughlin Gornall |
| Defendants | ) | & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA 16501 |
| | ) | Telephone (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email rlanzillo@kmgslaw.com |
| | ) | PA53811 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| LESLIE R. KELLY, | ) | Docket No. 03-368E |
| | ) | (Judge Susan Paradise Baxter) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| JOHN J. LAMANNA, MARTY SAPKO, | ) | |
| DEBORAH FORSYTH, STEPHEN | ) | |
| HOUSLER | ) | |
| | ) | |
| Defendants | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| KEVIN SIGGERS, | ) | C.A. No. 03-355 Erie |
| | ) | (Judge Susan Paradise Baxter) |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| JOHN LAMANNNA, DEBORAH | ) | |
| FORSYTH, MARTY SAPKO, and | ) | |
| STEPHEN HOUSLER, | ) | |
| | ) | |
| Defendants | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| MYRON WARD, | ) | Docket No. 04-11 |
| | ) | (Judge Susan A. Paradise Baxter) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| JOHN LAMANNA, DEBORAH | ) | |
| FORSYTH, MARTY SAPKO, | ) | |
| STEPHEN HOUSLER, NED WATSON, | ) | |
| | ) | |
| Defendants | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| KENNY HILL, | ) | Docket No. 05-160E |
| | ) | (Judge Susan Paradise Baxter) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN J. LAMANNA, DEBORAH | ) | |
| FORSYTH, MARTY SAPKO, and | ) | |
| STEPHEN HOUSLER | ) | |
| | ) | |
| Defendants | ) | |

2

## PLAINTIFFS' MOTION FOR EXTENSION
## TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Plaintiffs, through their counsel, Knox McLaughlin Gornall & Sennett, P.C., respectfully move the Court for an extension to file their response to defendants' Motion for Summary Judgment, and state in support as follows:

1. On February 2, 2007, defendants filed their Motion for Summary Judgment, including a 94-page brief and a voluminous appendix of exhibits.

2. Under the Court's present scheduling order, plaintiffs' response to defendants' Motion for Summary Judgment is due on February 16, 2007.

3. Plaintiffs respectfully request that the Court grant them an extension of ten (10) days to respond to defendants' motion.

4. Compelling grounds for an extension exist due to the following:

   a. Plaintiffs' medical expert has yet to receive x-rays necessary to determine whether he can offer a proper expert opinion regarding each of the plaintiffs;

   b. The extensive and voluminous nature of defendants' motion and brief make it impossible to prepare an appropriate response to defendants' motion, particularly given the status of plaintiffs' medical expert review;

   c. Plaintiff Kevin Siggers has been hospitalized at the Cleveland Clinic since early February with lesions on his throat and lungs, and, as yet, the etiology of his illness and condition has not been determined; and

   d. Defendants have failed to comply with local rules that require the submission of a concise statement of material facts identifying the facts they contend are undisputed for purposes of their motion.

WHEREFORE, plaintiffs respectfully request a ten-day extension to respond to defendants' Motion for Summary Judgment.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

BY: /s/ Richard A. Lanzillo, Esq.
    Richard A. Lanzillo, Esquire
    PA I.D. #53811
    Neal R. Devlin, Esquire
    PA I.D. #89223
    120 West Tenth Street
    Erie, Pennsylvania 16501
    (814) 459-2800

    Attorneys for Plaintiffs, Michael Hill,
    Leslie Kelly, Kevin Siggers, Myron Ward
    And Kenny Hill

# 714289