IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLIE KELLY,                    )
                                 )
       vs.                       )   C.A. NO. 03-368 ERIE
                                 )
JOHN LAMANNA, et al              )

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania

TO: Warden - FCI Bennettsville
    Bennettsville, S.C.

GREETINGS:

   WE COMMAND YOU, in the name and by the authority aforesaid that Leslie Kelly, Reg. No. 26864-039, under your custody detained by whatever name he may be charged, you have before this Court at Erie, Pennsylvania, on December 18, 2006 at 9:00 a.m. for a hearing before Susan Paradise Baxter, Chief United States Magistrate Judge, then and there to permit the said person, Leslie Kelly, Reg. No. 26864-039, as a very material and necessary witness in the trial of the above entitled case, on behalf of the United States, or show cause why the body of said person cannot be produced.

   When the said person, Leslie Kelly, Reg. No. 26864-039 is no longer needed as a witness before this Court, Leslie Kelly, Reg. No. 26864-039 shall be returned to FCI Bennettsville.

   AND have you then and there this writ.

                    WITNESS, The Honorable Susan Paradise Baxter
                    Chief Magistrate Judge of the United States
                    District Court this 15th Day of November, 2006, at Erie,
                    Pennsylvania.

                                    _____
                                    Clerk of Court
Date: November 16, 2006
ROBERT V. BART, JR., CLERK      By: _____
                                    Deputy Clerk
By: _____
    Deputy Clerk

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE) ON THE 29 DAY OF MARCH, 2007 BY TAKING CUSTODY OF LESLIE KELLY AT ERIE CO. PRISON .................... TRANSPORTING HIM/HER, AND COMMITTING HIM/HER TO ALLEGHENY CO. JAIL .................... ON THE 29 DAY OF MARCH 20 07

THOMAS FITZGERALD
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

DEPUTY U.S. MARSHAL

\* CASE SETTLED BEFORE COURT APPEARANCE