UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA, ERIE

CIVIL ACTION NO.    03-368E
Kelly vs. Lamanna

NOTICE OF APPEAL

NOW COMES Plaintiff, Leslie Kelly Pro Se. Hereby give Notice of Appeal from The Order entered on March 12, 2007, by District Judge Sean J. McLaughlin, granting Defendants' Motion for Summary Judgement and dismissing all claims by adopting the Report and Recommendation of Chief U.S. Magistrate Judge, Susan Paridise Baxter, dated February 23, 2007.
(Appeal to the U.S. Court of Appeals forThe Third Circuit)

3/31 ·07
DATE

Leslie Kelly, Pro Se
#26864-039
FCI Bennittsville
P.O. Box 52020
Bennittsville, SC.
29512

U.S. DISTRICT COURT
CLERK

'07 APR -4 AM 11:26

FILED

3-31-07

Dear Clerk of Court:

Please find enclosed (3) Three separate notices of Appeal. Each one has the Persons name case No. and Prison address. We are currently in transit and could only come across (1) one envelope. Thank you for your time

Sincerely,

_Leslie Kelly_
Leslie Kelly

_Kenny Hill_
Kenny Hill

_Myron Ward_
Myron Ward