```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

        # 07000452 - SP
         July 16, 2007

   Code    Case #    Qty    Amount

   2ND CIVI 03-368E           10.00 CH


   TOTAL →              10.00


   FROM: U.S. TREASURY FOR LESLIE KELLY
```

1:03-cv-368
part pay
receipt #07-452

$10.00