```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
       ERIE Division

 # 07000475 - DM
   August 6, 2007

 Code    Case #    Qty      Amount

FIRSTAPP 03-368 E           10.00 CH


 TOTAL->             10.00


From: DEPT OF JUSTICE FOR:
      LESLIE KELLY
```

CA 03-368 E
$10.00

receipt # 07-2175
appeal part pay