```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 07000520 - SF
      August 31, 2007

   Code    Case #    Qty    Amount

  FIRSTAPP ca-03-368E         10.00 CH


   TOTAL →                   10.00



  FROM: U.S. TREASURY FOR LESLIE
        KELLY
```

appeal pmt pd

10.⁰⁰