```
            UNITED STATES
            DISTRICT COURT
         WESTERN DISTRICT OF PENNSYLVANIA
                ERIE Division

         #  08000067  -  DM
         November 29, 2007


     Code     Case #    Qty      Amount

     FIRSTAPP 03-368 E                10.00 CH


     TOTAL→                           10.00


     FROM: LESLIE KELLY
```